## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation** | **22md3043 (DLC)** |

| | |
|---|---|
| 1:25-cv-2982 | 1:25-cv-3838 |
| 1:25-cv-2985 | 1:25-cv-3843 |
| 1:25-cv-2991 | 1:25-cv-3846 |
| 1:25-cv-2993 | 1:25-cv-3849 |
| 1:25-cv-3004 | 1:25-cv-3852 |
| 1:25-cv-3006 | 1:25-cv-3859 |
| 1:25-cv-3010 | 1:25-cv-3861 |
| 1:25-cv-3255 | 1:25-cv-3864 |
| 1:25-cv-3257 | 1:25-cv-3868 |
| 1:25-cv-3876 | |

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated June 24, 2025, MDL Dkt. 1596, and the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: July 21, 2025

Respectfully submitted,

/s/ David R. Buchanan
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
dbuchanan@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

**Appeal of Final Judgment Dated June 24, 2025**
**District Court Docket ECF 1596**

Plaintiff-Appellants' Counsel of Record at District Court: **Jeffrey S. Grand, Esq.**

Plaintiff-Appellants' Firm of Record at District Court: **Seeger Weiss LLP**

**Plaintiff-Appellants**: As Listed below.

| Case Name | Docket No. | Plaintiffs | Defendants |
|---|---|---|---|
| Amro v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-02982 | Zachary Amro | Johnson & Johnson Consumer Inc., Walgreen Co., Walmart Inc. |
| Dewart v. Johnson & Johnson Consumer, Inc. | 1:25-cv-02985 | William Dewart | Johnson & Johnson Consumer Inc. |
| Muniz, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-2991 | Thamires Muniz, M.M. (A minor) | Johnson & Johnson Consumer Inc. |
| Frazier-Holmes, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-02993 | Shalaya Frazier-Holmes, A.H. a minor | Johnson & Johnson Consumer Inc., Walgreen Co. |
| Macon v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03004 | Xzavier Macon | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. Walgreen Co. |
| Putnam v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03006 | Levi Putnam | Johnson & Johnson Consumer Inc. |
| Shell, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03010 | Gol Shell, T.S. a minor | Johnson & Johnson Consumer Inc. |
| Squires, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03255 | Holly Squires, M.S. a minor | Johnson & Johnson Consumer Inc. |
| Medishetty v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03257 | Rohit Medishetty | Johnson & Johnson Consumer Inc., Walgreen Co. |
| Franklin v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03838 | Alicia Franklin | Johnson & Johnson Consumer Inc. |
| Knox, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03843 | Rebecca Knox, Anthony Reed | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. |

| Kurtz, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03846 | Kristen Kurtz, B.K. A minor | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc., The Kroger Co., Walgreen Co. |
|---|---|---|---|
| Hartman v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03849 | Cody Hartman | Johnson & Johnson Consumer Inc., |
| Fortugno, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03852 | Gina Fortugno, E.F. a minor | Johnson & Johnson Consumer Inc. |
| Evan v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03859 | Evan Urban | Johnson & Johnson Consumer Inc. |
| Chavez v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03861 | Frank Chavez | Johnson & Johnson Consumer Inc. |
| Sanchez, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03864 | Martha Sanchez, J.S. a minor | Johnson & Johnson Consumer Inc. |
| Galvan, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03868 | Genyce Galvan, J.F., a minor | Johnson & Johnson Consumer Inc., Walgreen Co. |
| Chesley v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03876 | Kylie Chesley | Johnson & Johnson Consumer Inc. |

APPEAL,ECF,REOPEN

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22−md−03043−DLC

In Re: Acetaminophen − ASD−ADHD Products Liability
Litigation
Assigned to: Judge Denise L. Cote
Related Cases: 1:22−cv−08783−DLC
1:22−cv−08784−DLC
1:22−cv−08785−DLC
1:22−cv−08808−DLC
1:22−cv−08809−DLC
1:22−cv−08810−DLC
1:22−cv−08811−DLC
1:22−cv−08812−DLC
1:22−cv−08813−DLC
1:22−cv−08814−DLC
1:22−cv−08815−DLC
1:22−cv−08816−DLC
1:22−cv−08817−DLC
1:22−cv−08818−DLC
1:22−cv−08830−DLC
1:22−cv−08930−DLC
1:22−cv−08931−DLC
1:22−cv−08930−DLC
1:22−cv−09011−DLC
1:22−cv−09012−DLC
1:22−cv−09020−DLC
1:22−cv−09022−DLC
1:22−cv−09024−DLC
1:22−cv−09025−DLC
1:22−cv−09026−DLC
1:22−cv−09027−DLC
1:22−cv−09028−DLC
1:22−cv−09029−DLC
1:22−cv−09030−DLC
1:22−cv−09031−DLC
1:22−cv−09032−DLC
1:22−cv−09033−DLC
1:22−cv−09034−DLC
1:22−cv−09035−DLC
1:22−cv−09037−DLC
1:22−cv−09038−DLC
1:22−cv−09039−DLC
1:22−cv−09040−DLC
1:22−cv−09041−DLC
1:22−cv−09042−DLC
1:22−cv−09043−DLC
1:22−cv−09045−DLC
1:22−cv−09046−DLC
1:22−cv−09047−DLC

Date Filed: 10/05/2022
Date Terminated: 08/21/2024
Jury Demand: Defendant
Nature of Suit: 367 Personal Injury: Health
Care/Pharmaceutical Personal Injury
Product Liability
Jurisdiction: Diversity

1:22–cv–09048–DLC
1:22–cv–09049–DLC
1:22–cv–09050–DLC
1:22–cv–09052–DLC
1:22–cv–09053–DLC
1:22–cv–09054–DLC
1:22–cv–09055–DLC
1:22–cv–09056–DLC
1:22–cv–09057–DLC
1:22–cv–09058–DLC
1:22–cv–09059–DLC
1:22–cv–09060–DLC
1:22–cv–09069–DLC
1:22–cv–09072–DLC
1:22–cv–09076–DLC
1:22–cv–09078–DLC
1:22–cv–09079–DLC
1:22–cv–09081–DLC
1:22–cv–09083–DLC
1:22–cv–09086–DLC
1:22–cv–09087–DLC
1:22–cv–09091–DLC
1:22–cv–09285–DLC
1:22–cv–09878–DLC
1:22–cv–09879–DLC
1:22–cv–09880–DLC
1:22–cv–09934–DLC
1:22–cv–09992–DLC
1:22–cv–09994–DLC
1:22–cv–09996–DLC
1:22–cv–10020–DLC
1:22–cv–10021–DLC
1:22–cv–10022–DLC
1:22–cv–10023–DLC
1:22–cv–10026–DLC
1:22–cv–10027–DLC
1:22–cv–10029–DLC
1:22–cv–10030–DLC
1:22–cv–10031–DLC
1:22–cv–10034–DLC
1:22–cv–10036–DLC
1:22–cv–10038–DLC
1:22–cv–10039–DLC
1:22–cv–10040–DLC
1:22–cv–10041–DLC
1:22–cv–10042–DLC
1:22–cv–10043–DLC
1:22–cv–10044–DLC
1:22–cv–10045–DLC
1:22–cv–10046–DLC
1:22–cv–10198–DLC
1:22–cv–10210–DLC

1:22–cv–10220–DLC
1:22–cv–10258–DLC
1:22–cv–09891–DLC
1:22–cv–10699–DLC
1:22–cv–10865–DLC
1:23–cv–00209–DLC
1:23–cv–00214–DLC
1:23–cv–01511–DLC
1:23–cv–01512–DLC
1:23–cv–01514–DLC
1:23–cv–01953–DLC
1:23–cv–01955–DLC
1:23–cv–02983–DLC
1:23–cv–02992–DLC
1:23–cv–04285–DLC
1:23–cv–05278–DLC
1:23–cv–05285–DLC
1:23–cv–05298–DLC
1:23–cv–05338–DLC
1:23–cv–05339–DLC
1:23–cv–05341–DLC
1:23–cv–05269–DLC
1:23–cv–05223–DLC
1:23–cv–05035–DLC
1:23–cv–05189–DLC
1:23–cv–05195–DLC
1:23–cv–05187–DLC
1:23–cv–05083–DLC
1:23–cv–00563–DLC
1:23–cv–00664–DLC
1:23–cv–02209–DLC
1:23–cv–02239–DLC
1:23–cv–02357–DLC
1:23–cv–05045–DLC
1:23–cv–05007–DLC
1:23–cv–04923–DLC
1:23–cv–04787–DLC
1:23–cv–04752–DLC
1:23–cv–04725–DLC
1:23–cv–04645–DLC
1:23–cv–04714–DLC
1:23–cv–04719–DLC
1:23–cv–02442–DLC
1:23–cv–02435–DLC
1:23–cv–02417–DLC
1:23–cv–04593–DLC
1:23–cv–04587–DLC
1:23–cv–04644–DLC
1:23–cv–02010–DLC
1:23–cv–02626–DLC
1:23–cv–02711–DLC
1:23–cv–04081–DLC

1:23–cv–04082–DLC
1:23–cv–04036–DLC
1:23–cv–02719–DLC
1:23–cv–02743–DLC
1:23–cv–02745–DLC
1:23–cv–02706–DLC
1:23–cv–02707–DLC
1:23–cv–02726–DLC
1:23–cv–02732–DLC
1:23–cv–03141–DLC
1:23–cv–03118–DLC
1:23–cv–02730–DLC
1:23–cv–02944–DLC
1:23–cv–03035–DLC
1:23–cv–03038–DLC
1:23–cv–03120–DLC
1:23–cv–03128–DLC
1:23–cv–03123–DLC
1:23–cv–03131–DLC
1:23–cv–03233–DLC
1:23–cv–03136–DLC
1:23–cv–03615–DLC
1:23–cv–03619–DLC
1:23–cv–03621–DLC
1:23–cv–03624–DLC
1:23–cv–03634–DLC
1:23–cv–03635–DLC
1:23–cv–03636–DLC
1:23–cv–03638–DLC
1:23–cv–03640–DLC
1:23–cv–03642–DLC
1:23–cv–03648–DLC
1:23–cv–03649–DLC
1:23–cv–03629–DLC
1:23–cv–03632–DLC
1:23–cv–04028–DLC
1:23–cv–04029–DLC
1:23–cv–04024–DLC
1:23–cv–04026–DLC
1:23–cv–04022–DLC
1:23–cv–04019–DLC
1:23–cv–04015–DLC
1:23–cv–04079–DLC
1:23–cv–04077–DLC
1:23–cv–04116–DLC
1:23–cv–04144–DLC
1:23–cv–05415–DLC
1:23–cv–05417–DLC
1:23–cv–05419–DLC
1:23–cv–05421–DLC
1:23–cv–05433–DLC
1:23–cv–05413–DLC

1:23–cv–05408–DLC
1:23–cv–05425–DLC
1:23–cv–04249–DLC
1:23–cv–04248–DLC
1:23–cv–04247–DLC
1:23–cv–04245–DLC
1:23–cv–04282–DLC
1:23–cv–04283–DLC
1:23–cv–04325–DLC
1:23–cv–04324–DLC
1:23–cv–04335–DLC
1:23–cv–04317–DLC
1:23–cv–04311–DLC
1:23–cv–04469–DLC
1:23–cv–04511–DLC
1:23–cv–04512–DLC
1:23–cv–04507–DLC
1:23–cv–04504–DLC
1:23–cv–04516–DLC
1:23–cv–04499–DLC
1:23–cv–04496–DLC
1:23–cv–04517–DLC
1:23–cv–04486–DLC
1:23–cv–04534–DLC
1:23–cv–04539–DLC
1:23–cv–04535–DLC
1:23–cv–04546–DLC
1:23–cv–04543–DLC
1:23–cv–04549–DLC
1:23–cv–04553–DLC
1:23–cv–04552–DLC
1:23–cv–04531–DLC
1:23–cv–04529–DLC
1:23–cv–04568–DLC
1:23–cv–04574–DLC
1:23–cv–04538–DLC
1:23–cv–04594–DLC
1:23–cv–04619–DLC
1:23–cv–04612–DLC
1:23–cv–04608–DLC
1:23–cv–04641–DLC
1:23–cv–04600–DLC
1:23–cv–04588–DLC
1:23–cv–04589–DLC
1:23–cv–04586–DLC
1:23–cv–04564–DLC
1:23–cv–04559–DLC
1:23–cv–04561–DLC
1:23–cv–04576–DLC
1:23–cv–04556–DLC
1:23–cv–04558–DLC
1:23–cv–04168–DLC

1:23–cv–04194–DLC
1:23–cv–04193–DLC
1:23–cv–04191–DLC
1:23–cv–04179–DLC
1:23–cv–04177–DLC
1:23–cv–04188–DLC
1:23–cv–03550–DLC
1:23–cv–03581–DLC
1:23–cv–04621–DLC
1:23–cv–04613–DLC
1:23–cv–04624–DLC
1:23–cv–05478–DLC
1:23–cv–05480–DLC
1:23–cv–05470–DLC
1:23–cv–05445–DLC
1:23–cv–05449–DLC
1:23–cv–05454–DLC
1:23–cv–05474–DLC
1:23–cv–05475–DLC
1:23–cv–05496–DLC
1:23–cv–05497–DLC
1:23–cv–05507–DLC
1:23–cv–05505–DLC
1:23–cv–05499–DLC
1:23–cv–05520–DLC
1:23–cv–05534–DLC
1:23–cv–05532–DLC
1:23–cv–05508–DLC
1:23–cv–05538–DLC
1:23–cv–05513–DLC
1:23–cv–05517–DLC
1:23–cv–05521–DLC
1:23–cv–05522–DLC
1:23–cv–05524–DLC
1:23–cv–05547–DLC
1:23–cv–05526–DLC
1:23–cv–05527–DLC
1:23–cv–05575–DLC
1:23–cv–05566–DLC
1:23–cv–05632–DLC
1:23–cv–05648–DLC
1:23–cv–05649–DLC
1:23–cv–05650–DLC
1:23–cv–05636–DLC
1:23–cv–05629–DLC
1:23–cv–05655–DLC
1:23–cv–05656–DLC
1:23–cv–05680–DLC
1:23–cv–05681–DLC
1:23–cv–05682–DLC
1:23–cv–05683–DLC
1:23–cv–05684–DLC

1:23–cv–05685–DLC
1:23–cv–05686–DLC
1:23–cv–05687–DLC
1:23–cv–05688–DLC
1:23–cv–05689–DLC
1:23–cv–05690–DLC
1:23–cv–05691–DLC
1:23–cv–05703–DLC
1:23–cv–05721–DLC
1:23–cv–05724–DLC
1:23–cv–05765–DLC
1:23–cv–05768–DLC
1:23–cv–05799–DLC
1:23–cv–05930–DLC
1:23–cv–05940–DLC
1:23–cv–05994–DLC
1:23–cv–06027–DLC
1:23–cv–06055–DLC
1:23–cv–06074–DLC
1:23–cv–06080–DLC
1:23–cv–06057–DLC
1:23–cv–06060–DLC
1:23–cv–06062–DLC
1:23–cv–06065–DLC
1:23–cv–06209–DLC
1:23–cv–06263–DLC
1:23–cv–06267–DLC
1:23–cv–06253–DLC
1:23–cv–06254–DLC
1:23–cv–06255–DLC
1:23–cv–06256–DLC
1:23–cv–06259–DLC
1:23–cv–06308–DLC
1:23–cv–06310–DLC
1:23–cv–06311–DLC
1:23–cv–06316–DLC
1:23–cv–06321–DLC
1:23–cv–06330–DLC
1:23–cv–06333–DLC
1:23–cv–06337–DLC
1:23–cv–06381–DLC
1:23–cv–06378–DLC
1:23–cv–06402–DLC
1:23–cv–06398–DLC
1:23–cv–06407–DLC
1:23–cv–06411–DLC
1:23–cv–06507–DLC
1:23–cv–06488–DLC
1:23–cv–06489–DLC
1:23–cv–06490–DLC
1:23–cv–06491–DLC
1:23–cv–06492–DLC

1:23–cv–06493–DLC
1:23–cv–06494–DLC
1:23–cv–06495–DLC
1:23–cv–06514–DLC
1:23–cv–06497–DLC
1:23–cv–06498–DLC
1:23–cv–06504–DLC
1:23–cv–06505–DLC
1:23–cv–06502–DLC
1:23–cv–06574–DLC
1:23–cv–06575–DLC
1:23–cv–06579–DLC
1:23–cv–06580–DLC
1:23–cv–06616–DLC
1:23–cv–06617–DLC
1:23–cv–06618–DLC
1:23–cv–06619–DLC
1:23–cv–06620–DLC
1:23–cv–06621–DLC
1:23–cv–06622–DLC
1:23–cv–06623–DLC
1:23–cv–06562–DLC
1:23–cv–06563–DLC
1:23–cv–06564–DLC
1:23–cv–06606–DLC
1:23–cv–06565–DLC
1:23–cv–06567–DLC
1:23–cv–06569–DLC
1:23–cv–06571–DLC
1:23–cv–06681–DLC
1:23–cv–06659–DLC
1:23–cv–06662–DLC
1:22–cv–08782–DLC
1:23–cv–06663–DLC
1:25–cv–05929–DLC
1:23–cv–06664–DLC
1:23–cv–06682–DLC
1:23–cv–06665–DLC
1:23–cv–06666–DLC
1:23–cv–06669–DLC
1:23–cv–06671–DLC
1:23–cv–06672–DLC
1:23–cv–06676–DLC
1:23–cv–06677–DLC
1:23–cv–06678–DLC
1:23–cv–06636–DLC
1:23–cv–06638–DLC
1:23–cv–06639–DLC
1:23–cv–06641–DLC
1:23–cv–06647–DLC
1:23–cv–06648–DLC
1:23–cv–06654–DLC

1:23–cv–07041–DLC
1:23–cv–07012–DLC
1:23–cv–07073–DLC
1:23–cv–07096–DLC
1:23–cv–07173–DLC
1:23–cv–07214–DLC
1:23–cv–07220–DLC
1:23–cv–07223–DLC
1:23–cv–07350–DLC
1:23–cv–07344–DLC
1:23–cv–07411–DLC
1:23–cv–07412–DLC
1:23–cv–05927–DLC
1:23–cv–07508–DLC
1:23–cv–07590–DLC
1:23–cv–07611–DLC
1:23–cv–07653–DLC
1:23–cv–07726–DLC
1:23–cv–07693–DLC
1:23–cv–07730–DLC
1:23–cv–07731–DLC
1:23–cv–07700–DLC
1:23–cv–07728–DLC
1:23–cv–07807–DLC
1:23–cv–07811–DLC
1:23–cv–07785–DLC
1:23–cv–07817–DLC
1:23–cv–07787–DLC
1:23–cv–07788–DLC
1:23–cv–07815–DLC
1:23–cv–07790–DLC
1:23–cv–07795–DLC
1:23–cv–07821–DLC
1:23–cv–05002–DLC
1:23–cv–05005–DLC
1:23–cv–05327–DLC
1:23–cv–06055–DLC
1:23–cv–06057–DLC
1:23–cv–04992–DLC
1:23–cv–07799–DLC
1:23–cv–07803–DLC
1:23–cv–07801–DLC
1:23–cv–07977–DLC
1:23–cv–08029–DLC
1:23–cv–08176–DLC
1:23–cv–08234–DLC
1:23–cv–08282–DLC
1:23–cv–08333–DLC
1:23–cv–08340–DLC
1:23–cv–08381–DLC
1:23–cv–08374–DLC
1:23–cv–08392–DLC

1:23–cv–08393–DLC
1:23–cv–08396–DLC
1:23–cv–08402–DLC
1:23–cv–08449–DLC
1:23–cv–08444–DLC
1:23–cv–08480–DLC
1:23–cv–08499–DLC
1:23–cv–08567–DLC
1:23–cv–08550–DLC
1:23–cv–08606–DLC
1:23–cv–08602–DLC
1:23–cv–08603–DLC
1:23–cv–08669–DLC
1:23–cv–08715–DLC
1:23–cv–08827–DLC
1:23–cv–08858–DLC
1:23–cv–08859–DLC
1:23–cv–08814–DLC
1:23–cv–08818–DLC
1:23–cv–08974–DLC
1:23–cv–08964–DLC
1:23–cv–09021–DLC
1:23–cv–09032–DLC
1:23–cv–09041–DLC
1:23–cv–09045–DLC
1:23–cv–09099–DLC
1:23–cv–09163–DLC
1:23–cv–09257–DLC
1:23–cv–09242–DLC
1:23–cv–09385–DLC
1:23–cv–09420–DLC
1:23–cv–09446–DLC
1:23–cv–09504–DLC
1:23–cv–09525–DLC
1:23–cv–09527–DLC
1:23–cv–09564–DLC
1:23–cv–09566–DLC
1:23–cv–09571–DLC
1:23–cv–09567–DLC
1:23–cv–09585–DLC
1:23–cv–09594–DLC
1:23–cv–09586–DLC
1:23–cv–09588–DLC
1:23–cv–09595–DLC
1:23–cv–09593–DLC
1:23–cv–09596–DLC
1:23–cv–09597–DLC
1:23–cv–09626–DLC
1:23–cv–09584–DLC
1:23–cv–09583–DLC
1:23–cv–09582–DLC
1:23–cv–09581–DLC

1:23–cv–09607–DLC
1:23–cv–09608–DLC
1:23–cv–09615–DLC
1:23–cv–09659–DLC
1:23–cv–09669–DLC
1:23–cv–09687–DLC
1:23–cv–09814–DLC
1:23–cv–09848–DLC
1:23–cv–09845–DLC
1:23–cv–09852–DLC
1:23–cv–09841–DLC
1:23–cv–09882–DLC
1:23–cv–09892–DLC
1:23–cv–09959–DLC
1:23–cv–09964–DLC
1:23–cv–09967–DLC
1:23–cv–10019–DLC
1:23–cv–10070–DLC
1:23–cv–10055–DLC
1:23–cv–10054–DLC
1:23–cv–10082–DLC
1:23–cv–10081–DLC
1:23–cv–10192–DLC
1:23–cv–10185–DLC
1:23–cv–10183–DLC
1:23–cv–10175–DLC
1:23–cv–10189–DLC
1:23–cv–10221–DLC
1:23–cv–10227–DLC
1:23–cv–10215–DLC
1:23–cv–10228–DLC
1:23–cv–10287–DLC
1:23–cv–10291–DLC
1:23–cv–10286–DLC
1:23–cv–10325–DLC
1:23–cv–10341–DLC
1:23–cv–10412–DLC
1:23–cv–10397–DLC
1:23–cv–10401–DLC
1:23–cv–10417–DLC
1:23–cv–10418–DLC
1:23–cv–10404–DLC
1:23–cv–10422–DLC
1:23–cv–10409–DLC
1:23–cv–10483–DLC
1:23–cv–10458–DLC
1:23–cv–10478–DLC
1:23–cv–10461–DLC
1:23–cv–10470–DLC
1:23–cv–10482–DLC
1:23–cv–10476–DLC
1:23–cv–10445–DLC

1:23–cv–10446–DLC
1:23–cv–10449–DLC
1:23–cv–10450–DLC
1:23–cv–10452–DLC
1:23–cv–10489–DLC
1:23–cv–10492–DLC
1:23–cv–10493–DLC
1:23–cv–10498–DLC
1:23–cv–10499–DLC
1:23–cv–10500–DLC
1:23–cv–10501–DLC
1:23–cv–10505–DLC
1:23–cv–10494–DLC
1:23–cv–10495–DLC
1:23–cv–10496–DLC
1:23–cv–10497–DLC
1:23–cv–10503–DLC
1:23–cv–10529–DLC
1:23–cv–10558–DLC
1:23–cv–10562–DLC
1:23–cv–10526–DLC
1:23–cv–10625–DLC
1:23–cv–10622–DLC
1:23–cv–10634–DLC
1:23–cv–10677–DLC
1:23–cv–10704–DLC
1:23–cv–10705–DLC
1:23–cv–10761–DLC
1:23–cv–10767–DLC
1:23–cv–10760–DLC
1:23–cv–10792–DLC
1:23–cv–10833–DLC
1:23–cv–10820–DLC
1:23–cv–10837–DLC
1:23–cv–10825–DLC
1:23–cv–10904–DLC
1:23–cv–10892–DLC
1:23–cv–10891–DLC
1:23–cv–10888–DLC
1:23–cv–10908–DLC
1:23–cv–10909–DLC
1:23–cv–10910–DLC
1:23–cv–10912–DLC
1:23–cv–10914–DLC
1:23–cv–10916–DLC
1:23–cv–11079–DLC
1:23–cv–11074–DLC
1:23–cv–11121–DLC
1:23–cv–11124–DLC
1:23–cv–11252–DLC
1:23–cv–11243–DLC
1:23–cv–11278–DLC

1:24–cv–00083–DLC
1:24–cv–00071–DLC
1:24–cv–00221–DLC
1:24–cv–00431–DLC
1:24–cv–00693–DLC
1:24–cv–00717–DLC
1:24–cv–00958–DLC
1:24–cv–00978–DLC
1:24–cv–01159–DLC
1:24–cv–01343–DLC
1:24–cv–01332–DLC
1:24–cv–01341–DLC
1:24–cv–01377–DLC
1:24–cv–01378–DLC
1:24–cv–01380–DLC
1:24–cv–01440–DLC
1:24–cv–01476–DLC
1:24–cv–01479–DLC
1:24–cv–01953–DLC
1:24–cv–02340–DLC
1:24–cv–03040–DLC
1:24–cv–03043–DLC
1:24–cv–03027–DLC
1:24–cv–03044–DLC
1:24–cv–03046–DLC
1:24–cv–03047–DLC
1:24–cv–03049–DLC
1:24–cv–03032–DLC
1:24–cv–03034–DLC
1:24–cv–03036–DLC
1:24–cv–03052–DLC
1:24–cv–03037–DLC
1:24–cv–03038–DLC
1:24–cv–03053–DLC
1:24–cv–03034–DLC
1:24–cv–03039–DLC
1:24–cv–03035–DLC
1:24–cv–03962–DLC
1:24–cv–04855–DLC
1:24–cv–04958–DLC
1:24–cv–04976–DLC
1:24–cv–08334–DLC
1:24–cv–08354–DLC
1:24–cv–08358–DLC
1:24–cv–08362–DLC
1:24–cv–08364–DLC
1:24–cv–08346–DLC
1:24–cv–08350–DLC
1:24–cv–08536–DLC
1:24–cv–08537–DLC
1:24–cv–08539–DLC
1:24–cv–08544–DLC

1:24–cv–08577–DLC
1:24–cv–09021–DLC
1:24–cv–09019–DLC
1:24–cv–09024–DLC
1:24–cv–09048–DLC
1:24–cv–09044–DLC
1:24–cv–09041–DLC
1:24–cv–09357–DLC
1:24–cv–09358–DLC
1:24–cv–09360–DLC
1:24–cv–09362–DLC
1:24–cv–09365–DLC
1:24–cv–09368–DLC
1:24–cv–09419–DLC
1:24–cv–09681–DLC
1:24–cv–09683–DLC
1:24–cv–09702–DLC
1:24–cv–09705–DLC
1:24–cv–09706–DLC
1:24–cv–09707–DLC
1:24–cv–09708–DLC
1:24–cv–09817–DLC
1:24–cv–10012–DLC
1:25–cv–00434–DLC
1:25–cv–00422–DLC
1:25–cv–00424–DLC
1:25–cv–00437–DLC
1:25–cv–00426–DLC
1:25–cv–00429–DLC
1:25–cv–00431–DLC
1:25–cv–00433–DLC
1:25–cv–00736–DLC
1:25–cv–00734–DLC
1:25–cv–00733–DLC
1:25–cv–00726–DLC
1:25–cv–00719–DLC
1:25–cv–00722–DLC
1:25–cv–00723–DLC
1:25–cv–00725–DLC
1:25–cv–01212–DLC
1:25–cv–01219–DLC
1:25–cv–01221–DLC
1:25–cv–01223–DLC
1:25–cv–01203–DLC
1:25–cv–01209–DLC
1:25–cv–01394–DLC
1:25–cv–01395–DLC
1:25–cv–01898–DLC
1:25–cv–01904–DLC
1:25–cv–01905–DLC
1:25–cv–01906–DLC
1:25–cv–02218–DLC

1:25–cv–02219–DLC
1:25–cv–02221–DLC
1:25–cv–02413–DLC
1:25–cv–02407–DLC
1:25–cv–02993–DLC
1:25–cv–02982–DLC
1:25–cv–02985–DLC
1:25–cv–02991–DLC
1:25–cv–03010–DLC
1:25–cv–03004–DLC
1:25–cv–03006–DLC
1:25–cv–03255–DLC
1:25–cv–03257–DLC
1:25–cv–03864–DLC
1:25–cv–03838–DLC
1:25–cv–03861–DLC
1:25–cv–03859–DLC
1:25–cv–03852–DLC
1:25–cv–03843–DLC
1:25–cv–03846–DLC
1:25–cv–03868–DLC
1:25–cv–03849–DLC
1:25–cv–03897–DLC
1:25–cv–03888–DLC
1:25–cv–03885–DLC
1:25–cv–03902–DLC
1:25–cv–03876–DLC
1:25–cv–03903–DLC
1:25–cv–04346–DLC
1:25–cv–04328–DLC
1:25–cv–04318–DLC
1:25–cv–04319–DLC
1:25–cv–04326–DLC
1:25–cv–04338–DLC
1:25–cv–04343–DLC
1:25–cv–04562–DLC
1:25–cv–04558–DLC
1:25–cv–04904–DLC
1:25–cv–04899–DLC
1:25–cv–04901–DLC
1:25–cv–04916–DLC
1:25–cv–04905–DLC
1:25–cv–04906–DLC
1:25–cv–04907–DLC
1:25–cv–04908–DLC
1:25–cv–04910–DLC
1:25–cv–04912–DLC
1:25–cv–04913–DLC
1:25–cv–05328–DLC
1:25–cv–05333–DLC
1:25–cv–05337–DLC
1:25–cv–05320–DLC

<u>1:25−cv−05339−DLC</u>
<u>1:25−cv−05343−DLC</u>
<u>1:25−cv−05371−DLC</u>
<u>1:25−cv−05373−DLC</u>
<u>1:25−cv−05376−DLC</u>
<u>1:25−cv−05378−DLC</u>
<u>1:25−cv−05402−DLC</u>
<u>1:25−cv−05927−DLC</u>

Cause: 28:1332pl Diversity−Product Liability

**<u>In Re</u>**

| | | |
|---|---|---|
| **Acetaminophen − ASD−ADHD Products Liability Litigation** | represented by | **Catherine Theodora Heacox** <br> The Lanier Law Firm, P.C. <br> 126 E. 56th Street, 6th Floor <br> New York, NY 10022 <br> (212) 421−2800 <br> Fax: (212) 421−2878 <br> Email: cth@lanierlawfirm.com <br> *ATTORNEY TO BE NOTICED* |

**<u>Debtor</u>**

| | | |
|---|---|---|
| **Joseph Page** | represented by | **Jeffrey S. Grand** <br> Bernstein Liebhard, LLP <br> 10 East 40th Street <br> New York, NY 10016 <br> (212) 779−1414 <br> Fax: (212) 779−3218 <br> Email: jgrand@seegerweiss.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**<u>Special Master</u>**

**Amy M Gernon**

**<u>Special Master</u>**

**Randi Ellis**

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **Tiffany Rutledge** <br> *individually and as mother, general guardian of* | represented by | **Ashley Barriere** <br> KELLER POSTMAN LLC (IL) <br> 150 N RIVERSIDE PLAZA <br> STE 4100 <br> CHICAGO, IL 60606 <br> 312−210−7307 <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Ashley C. Keller** <br> Keller Postman LLC <br> 2333 Ponce De Leon Boulevard <br> Suite R−240 <br> Coral Gables, FL 60606 <br> 833−633−0118 <br> Email: ack@kellerpostman.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Thomas E. Jacobs** <br> 114 E MEEKER AVE |

PUYALLUP, WA 98371
253–845–0577
Fax: 253–845–0577
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren D Postman**
Keller Lenkner LLC
1300 I Street, N.W., Suite 400E
Washington, DC 20005
312–948–8463
Fax: 312–971–3502
Email: wdp@kellerlenkner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
Keller Postman LLC
1101 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202–918–1123
Email: roseann.romano@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Guzman**
*Individually and as Guardian Ad Litem to*

represented by **Corrie Johnson Yackulic**
Corrie Yackulic Law Firm, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
206–787–1915
Fax: (206)–299–9725
Email: corrie@cjylaw.com
*TERMINATED: 06/08/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Mikal C. Watts**
Watts Law Firm LLP
Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, TX 78205
(210)527–0500
Fax: (210)527–0501
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Springer**
*Individually*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
Campbell Knutson PA
Grand Oak Office Center I

860 Blue Gentian Rd, #290
Eagan, MN 55121
651–234–6218
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.S.**
*a Minor, by and through her parent and
natural guardian, Courtney Springer*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franchelle Magana**
*Individually and as as Guardian Ad Litem
to J.I., a minor on behalf of J.I.*

represented by **Mikal Watts**
Watts Guerra LLP
875 E. Ashby Pl
Suite 1200
San Antonio, TX 78212
210–448–0500
Email: efilemcwatts@wattsguerra.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C Wetherall**
Wetherall Group, Ltd.
6671 S. Las Vegas Blvd. Ste 210
Las Vegas, NV 89119
702–838–8500
Fax: 702–837–5081
*TERMINATED: 01/18/2023*

**Plaintiff**

**C. H.**
*a Minor, by and through his parent and*

represented by **Ashley C. Keller**
(See above for address)

*natural guardian, Robin Hatfield*                                    *ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Roberts**                            represented by   **Daniel Martin Sullivan**
*individually and as mother, general*                       Holwell Shuster & Goldberg LLP
*guardian of M.M., a minor agent of M.M.*                   425 Lexington Avenue
                                                            New York, NY 10017
                                                            646–837–5151
                                                            Fax: 646–837–5150
                                                            Email: dsullivan@hsgllp.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Eileen Monaghan Delucia**
                                                            Holwell Shuster & Goldberg LLP
                                                            425 Lexington Avenue
                                                            New York, NY 10017
                                                            (646)–837–5151
                                                            Fax: (646)–837–5150
                                                            Email: edelucia@hsgllp.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Justin Christopher Zachary**
                                                            Denton & Zachary
                                                            700 S. German Lane
                                                            Suite 101
                                                            Conway, AR 72034
                                                            501–358–4999
                                                            Fax: 501–358–4737
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard J Holwell**
                                                            Holwell Shuster & Goldberg LLP
                                                            425 Lexington Avenue
                                                            New York, NY 10017
                                                            (646) 837–5151
                                                            Fax: (646) 837–5150
                                                            Email: rholwell@hsgllp.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Amanda Hunt**
                                                            Keller Postman LLC
                                                            945 Rutland St.
                                                            Houston, TX 77008
                                                            208–484–9365
                                                            Email: amanda.hunt@kellerpostman.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ashley C. Keller**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Roseann Romano**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Hatfield**
*individually and as mother, general*
*guardian of C.H.*

represented by **Daniel Martin Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Holwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Hunt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. M.**
*a Minor, by and through his parent and*
*natural guardian, Lisa Roberts*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Foley**

represented by **Robert L Kinsman**
Krause & Kinsman
Krause & Kinsman
4717 Grand Ave., Suite 300
64112
Kansas City, MO 64116
816–760–2700
Fax: 816–760–2800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. V.**
*a minor*

represented by **Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aunesty Janssen**
*Individually and as Mother and General*
*Guardian of C.R. a Minor*

represented by **Adam W Krause**
Krause & Kinsman LLC
4717 Grand Avenue
Suite 250
Kansas City, MO 64112
816–760–2700
Fax: 816–760–2800

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Cooper**
Cooper Law Partners
1717 Pennsylvania Avenue N.W.
Suite 1025
Washington, DC 20006
202–866–0171
Email: ccooper@cooperlawpartners.com
*(Inactive)*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davis Cooper**
Cooper Law Partners, PLLC
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, DC 20006
202–866–0171
Email: davis@cooperlawpartners.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**C. R.**
*a minor*

represented by **Adam W Krause**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Cooper**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davis Cooper**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Tammy Gaddis**
*Individually and as Mother and General Guardian of T.G., a minor*

represented by **Adam W Krause**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. G.**
*a Minor*

represented by  **Adam W Krause**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Nickles**
*Individually and as Mother and General*
*Guardian of A.N., a Minor*

represented by  **Adam W Krause**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.N.**
*a Minor*

represented by  **Adam W Krause**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helena Stafford**
*Individually and as Mother and General*
*Guardian of S.S., a Minor*

represented by  **Adam W Krause**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.S.**
*a Minor*

represented by  **Adam W Krause**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda M Williams**
Gustafson Gluek PLLC
120 South 6th Street
Suite 2600
Minneapolis, MN 55402
612−333−8844
Fax: 612−339−6622

*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
Gustafson Gluek pLLC
Canadian Pacific Plaza
120 South Sixth Street
Ste 2600
Minneapolis, MN 55402
612−333−8844
Fax: 612−339−6622
Email: dgustafson@gustafsongluek.com
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney−Mosedale**
Gustafson Gluek pLLC
120 South 6th Street
Ste 2600
Minneapolis, MN 55402
612−333−8844
Fax: 612−339−6622
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Kinsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Maguire**                    represented by    **Allen R. Ball**
Law Office of Ball & Yorke
1001 Partridge Drive, Suite 330
Ste 330
Ventura, CA 93003
805−642−5177
Fax: 805−642−4622
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Maguire**                    represented by    **Allen R. Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren D Postman**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheri Greene**                    represented by    **Allen R. Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. I.**                           represented by    **Allen R. Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aujenai Thompson**                represented by    **Mikal Watts**
*Individually and as Guardian ad Litem to*            (See above for address)
*J.D., a minor*                                       *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
Walkup Melodia Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108–2615
(415) 617–1269
*TERMINATED: 01/06/2023*

**Plaintiff**

**J.D.**                            represented by    **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

**January Johnson**
*individually and as Guardian Ad Litem of*
*J. J., a minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
Singleton Schreiber LLP
2945 Townsgate Road Suite 200
Westlake Village, CA 91361
805−256−1116
*TERMINATED: 12/29/2022*

**Plaintiff**

**J. J.**
*a minor*

represented by **Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Katrina McKinney**
*individually and as mother, general*
*guardian of S.M., minor*

represented by **Allen Reynolds Ball**
Law Office of Ball and Yorke
1001 Partridge Drive Suite 330
Ventura, CA 93003
805−642−5177
Fax: 805−642−4622
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Daniel Yorke**
Ball and Yorke
1001 Partridge Drive Suite 330
Ventura, CA 93003
805−642−5177
Fax: 805−642−4622
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.M.**

represented by **Allen Reynolds Ball**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Daniel Yorke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Cherise Chapman** | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C Wetherall**
(See above for address)
*TERMINATED: 01/18/2023*

**Plaintiff**

| | | |
|---|---|---|
| **Cherise Chapman**<br>*as Guardian ad Litem on behalf of D.C.* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C Wetherall**
(See above for address)
*TERMINATED: 01/18/2023*

**Plaintiff**

| | | |
|---|---|---|
| **Frances Taylor**<br>*individually and for minor, on behalf of O.V.* | represented by | **Jonathan Van O'Steen**<br>Jonathan Van O'Steen OSteen & Harrison PLC<br>300 W Clarendon Ave., Ste. 400<br>Phoenix, AZ 85013–3424<br>602–252–8888<br>Fax: 602–274–1209<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**W. Roger Smith , III**
Beasley Allen et al
218 Commerce Street
Montgomery, AL 36104
334–269–2343
Email: roger.smith@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Linda G. Brewer**<br>*Individually and as Mother, General Guardian on behalf of G.C. a minor* | represented by | **Ashley Barriere**<br>(See above for address)<br>*LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Holthus**
Jolley Urga Woodbury & Holthus
50 S. Stephanie Street
Ste. 202
Henderson, NV 89012
(702) 699–7500
Fax: (702) 699–7555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Hatfield**
*Individually and as mother and general
guardian of C.H., a minor agent of C.H.*

represented by    **Daniel Martin Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eileen Monaghan Delucia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Christopher Zachary**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Hunt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alyssa Hanson**
*Individually*

represented by    **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley Keller**
Keller Postman LLC
150 N. Riverside Plaza
Suite 4100

Chicago, IL 60606
312–741–5220
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Warren Postman**
Keller Postman
1101 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
202–918–1870
Email: wdp@kellerpostman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.H.**
*a minor, by and through his parent and natural guardian, Alyssa Hanson*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candice Crawford**
*individually and on behalf of P.C., a minor*

represented by **Yvonne M. Flaherty**
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401–2179
(612) 339–6900
Fax: (612)–339–0981
Email: ymflaherty@locklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**P.C.**
*a minor*

represented by **Yvonne M. Flaherty**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Kelsie Rivera**                                    represented by  **Ashley Barriere**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ashley C. Keller**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jared D. Shepherd**
                                                                    (See above for address)
                                                                    *TERMINATED: 12/09/2022*
                                                                    *LEAD ATTORNEY*

                                                                    **Warren Postman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Roseann Romano**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**C.F.**                                             represented by  **Ashley Barriere**
*a minor, by and through her parent and*                            (See above for address)
*natural guardian, Kelsie Rivera*                                   *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ashley C. Keller**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jared D. Shepherd**
                                                                    (See above for address)
                                                                    *TERMINATED: 12/09/2022*
                                                                    *LEAD ATTORNEY*

                                                                    **Warren Postman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Amy Pfuhl**                                        represented by  **Ashley Barriere**
*Individually*                                                      (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ashley C. Keller**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H.L.**
*a minor, by and through her parent and*
*natural guardian, Amy Pfuhl*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krysanthemum Feiler**
*Individually*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**F.C.**
*a Minor, by and through his parent and
natural guardian, Krysanthemum Feiler*

represented by   **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer King**
*individually*

represented by   **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.C.**
*a minor, by and through his parent and
natural guardian, Jennifer King*

represented by   **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Strydom**                              represented by    **Amanda M Williams**
*Individually and as Mother, General*                             (See above for address)
*Guardian of S.S., a Minor*                                       *TERMINATED: 12/05/2022*
                                                                  *LEAD ATTORNEY*

                                                                  **Daniel E. Gustafson**
                                                                  (See above for address)
                                                                  *TERMINATED: 12/05/2022*
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*

                                                                  **Frances Ivy Mahoney–Mosedale**
                                                                  (See above for address)
                                                                  *TERMINATED: 12/05/2022*
                                                                  *LEAD ATTORNEY*

                                                                  **Mikal Watts**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Cristina Rose Delise**
                                                                  Burns Charest LLP
                                                                  757 Third Avenue
                                                                  Ste 20th Floor
                                                                  New York, NY 10017
                                                                  469–663–5940
                                                                  Email: cdelise@burnscharest.com
                                                                  *TERMINATED: 08/07/2023*

                                                                  **Evan M. Janush**
                                                                  The Lanier Law Firm, P.C.
                                                                  126 E. 56th Street, 6th Floor
                                                                  New York, NY 10022
                                                                  (212)–421–2800
                                                                  Fax: (212)–421–2878
                                                                  Email: emj@lanierlawfirm.com
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **W. Mark Lanier**
                                                                  Lanier Law Firm
                                                                  10940 W. Sam Houston Pkwy N
                                                                  Suite 100
                                                                  Houston, TX 77064

713–659–5200
Fax: 713–659–2204
Email: jrm@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Skibicki**
*Individually and as Mother, General*
*Guardian of J.S., a Minor*

represented by **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney–Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
Guerra LLP
875 E. Ashby Place
Suite 1200
San Antonio, TX 78212
210–447–0500
Fax: 210–447–0501
Email: jneal@guerrallp.com
*ATTORNEY TO BE NOTICED*

**John R.W. Cracken**
Watts Guerra LLC
Millennium Park Plaza RFO
Suite 410, C112
Guaynabo, PR 00966
210–447–0500
Fax: 210–447–0501
Email: jc@crackenlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.S**
*a Minor*

represented by **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney–Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Cagle**
*Individually and as Mother, General
Guardian of M.R., a Minor*

represented by **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney−Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zoe Littlepage**
Littlepage Booth Leckman
1912 W. Main St.
Houston, TX 77098
713−529−8000
Email: zoe@littlepagebooth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.R.**
*a Minor*

represented by **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney−Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Luff**
Luff Law Firm, PLLC

10440 N. Central Expressway
Suite 950
Dallas, TX 75231
469−607−5822
Email: luff@lufflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassie Rodriguez**
*individually and as mother, general guardian of C.R., a minor*

represented by **Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greetus Bureau**
*individually and as mother, general guardian of Z.H., a minor*

represented by **Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z. H.**

represented by **Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trista Wiley**
*Individually and as Mother, General Guardian of A.C., a Minor*

represented by **Allen R. Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Daniel Yorke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. C.**
*a Minor*

represented by **Allen R. Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Daniel Yorke**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Libier Camargo**                          represented by **Warren D Postman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Roseann Romano**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.L.**                                    represented by **Warren Postman**
*a Minor*                                                  (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherika Ferguson**                        represented by **Warren D Postman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Roseann Romano**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.B.**                                    represented by **Warren D Postman**
*a minor*                                                  (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rhiann Lindberg**                         represented by **Warren D Postman**
*Individually and as Mother, General*                      (See above for address)
*Guardian of R. L., a Minor*                               *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Roseann Romano**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. L.**                                   represented by **Warren D Postman**
*a Minor*                                                  (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Siupeli Halafihi**
*Individually and as Guardian Ad Litem to T.T., a minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

**T.T.**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

**Helen Gazley**
*individually and as mother, general guardian of M. A., a minor*

represented by **Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. A.**
*a Minor*

represented by **Warren D Postman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Makesha Anderson**
*individually and as mother, general guardian of T.C., a minor,*

represented by **Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John James Snidow**
Keller Postman LLC
1100 Vermont Avenue NW
12th Floor
20005
Washington, DC 20005
202–274–5404
Fax: 312–971–3502
Email: jj.snidow@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Denise Young**
*individual*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Denise Young**
*as a Guardian ad Litem of A.W. a minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Cori Stark**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

<u>**Plaintiff**</u>

**K. C.**

represented by **Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

<u>**Plaintiff**</u>

**Diana Hernandez**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**M.H.**
*is a minor, as Guardian by Diana Hernandez*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Tiffany Hatcher**
*Individually and as Guardian Ad Litem to N.H., a minor*

represented by **Alicia D. O'Neill**
Watts Guerra LLC
5726 W. Hausman Dr
Suite 119
San Antonio, TX 78249
210–447–0500

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C Wetherall**
(See above for address)
*TERMINATED: 01/18/2023*

**Plaintiff**

**N. H.**
*A Minor*

represented by **Alicia D. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madonna Gevargiz**
*Individually and as Guardian Ad Litem to J.G.V., a minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

**J.G.V.**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

**Jeanette Gray**
*individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**A.K.**
*is a minor, as Guardian ad Litem of Jeanette Gray*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Eric Knight as Guardian Ad Litem of A.K., Minor**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Lilia Oleson**

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Holthus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sharee Miles**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

<u>**Plaintiff**</u>

**A.A.**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Khaldoun A. Baghdadi
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

**Melissa Mcevoy**                          represented by   **Keith Custis**
*individually and as mother and general*                     Custis Law, P.C.
*guardian of P.N., a minor,*                                 1875 Century Park East, Suite 700
                                                             Los Angeles, CA 90067
                                                             213–863–4276
                                                             Fax: 213–863–4277
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Warren D Postman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Hanne Jensen**
                                                             Gibbs Law Group
                                                             1111 Broadway
                                                             Suite 2100
                                                             Oakland, CA 94607
                                                             510–350–9700
                                                             Email: hj@classlawgroup.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Roseann Romano**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Good**                              represented by   **Mikal Watts**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Khaldoun A. Baghdadi**
                                                             (See above for address)
                                                             *TERMINATED: 01/06/2023*

**Plaintiff**

**F.G., III**                               represented by   **Mikal Watts**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Khaldoun A. Baghdadi**
                                                             (See above for address)
                                                             *TERMINATED: 01/06/2023*

**Plaintiff**

**Shannon Costa**                           represented by   **Warren D Postman**
*individually and as mother, general*                        (See above for address)
*guardian of L.S., a minor*                                  *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Roseann Romano**

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **L. S.**<br>*a minor* | represented by | **Warren D Postman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Roseann Romano**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Abby Horowitz**<br>*Individually* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Gerald Blaine Singleton**<br>(See above for address)<br>*TERMINATED: 12/29/2022* |

**Plaintiff**

| **J. S.**<br>*minor, by and through Guardian ad Litem,*<br>*Jaqueline Kay Horowitz* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Gerald Blaine Singleton**<br>(See above for address)<br>*TERMINATED: 12/29/2022* |

**Plaintiff**

| **C. C.**<br>*minor, by and through Guardian ad Litem,*<br>*Jaqueline Kay Horowitz* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Gerald Blaine Singleton**<br>(See above for address)<br>*TERMINATED: 12/29/2022* |

**Plaintiff**

| **Lindsey Baxter**<br>*Individually* | represented by | **Ashley Barriere**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Ashley C. Keller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jared D. Shepherd**<br>(See above for address)<br>*TERMINATED: 12/09/2022*<br>*LEAD ATTORNEY* |

|  | **Warren Postman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|--|--|

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A&K**
*a Minor, by and through his parent and
natural guardian, Lindsey Baxter*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Precious Watts**
*Individually*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.W**
*a Minor, by and through his parent and
natural guardian, Precious Watts*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Brakken**                 represented by    **Ashley Barriere**
*Individually*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ashley C. Keller**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jared D. Shepherd**
                                                      (See above for address)
                                                      *TERMINATED: 12/09/2022*
                                                      *LEAD ATTORNEY*

                                                      **Warren Postman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Roseann Romano**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.L.**                            represented by    **Ashley Barriere**
*a Minor, by and through his parent and*              (See above for address)
*natural guardian, Jessica Brakken*                   *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ashley C. Keller**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jared D. Shepherd**
                                                      (See above for address)
                                                      *TERMINATED: 12/09/2022*
                                                      *LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.B.**
*a Minor, by and through his parent and
natural guardian, Jessica Brakken*

represented by **Ashley Barriere**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared D. Shepherd**
(See above for address)
*TERMINATED: 12/09/2022*
*LEAD ATTORNEY*

**Warren Postman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Correll**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**JC**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Angeles Mijares**
*individually and as Guardian Ad Litem for
D.M., a minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**D.M.**
*a minor by and through his/her guardian
ad litem, Angeles Mijares*

**Plaintiff**

**Linzy Funk**
*Individually and as Mother, General*
*Guardian of D.F, a Minor*

represented by    **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney−Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.F.**
*a Minor*

represented by    **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney−Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Makayla Jellema**
*Individually and as Mother, General*
*Guardian of R.J., a Minor*

represented by    **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney−Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Lewis Moskow**
Moskow Law Group, LLC
425 Kings Highway East
Second Floor
Fairfield, CT 06825
475–999–4177
Fax: 475–999–4186
Email: neal@moskowlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**R.J.**
*a minor*

represented by **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney–Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Kristina Radford–Garcia**
*Individually and as Mother, General Guardian of B.R.G., a Minor*

represented by **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney–Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**B.R.G.**
*a Minor*

represented by **Amanda M Williams**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Daniel E. Gustafson**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Frances Ivy Mahoney–Mosedale**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Monique Bell**
*Guardian ad Litem to A.H., a minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

<u>**Plaintiff**</u>

**A.H.**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

<u>**Plaintiff**</u>

**Cynthia Hampton**
*individually and as Guardian ad Litem of*
*C.B. and C.B., minors*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**C.B.**
*minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Angie Ruiz**
*individually and as Guardian ad Litem of
L.R., Minor*

represented by    **Mikal Watts**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**L.R.**
*Minor, by and through Angie Ruiz as
Guardian ad Litem*

represented by    **Mikal Watts**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Chiyaukaa Archer**
*Individually and as Guardian ad Litem to
D.M., a minor*

represented by    **Ruth Rizkalla**
Carlson Law Firm
1500 Rosecrans Avenue
Ste 500
Manhattan Beach, CA 90266
254–526–5688
Fax: 254–526–2325
Email: rrizkalla@carlsonattorneys.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**D.M.**
*a minor*

represented by    **Ruth Rizkalla**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Plaintiffs Counsel**

represented by    **Ashley Barriere**
Keller Postman, LLC
150 N Riverside Plaza
#4100
Chicago, IL 60606
312–210–7307
Email: ashley.barriere@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cristina Rose Delise**
(See above for address)
*TERMINATED: 08/07/2023*

**Curtis George Hoke**

The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
540–672–4224
Email: cghoke@gmail.com
*ATTORNEY TO BE NOTICED*

**Daniel Martin Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric W Cracken**
TorHoerman Law
227 West Monroe, Suite 2650
Chicago, IL 60606
312–372–4800
Fax: 618–656–4400
Email: ecracken@thlawyer.com
*ATTORNEY TO BE NOTICED*

**Eric D. Holland**
Holland Law Firm
211 North Broadway
Suite 2625
St. Louis, MO 63102
314–241–8111
Email: eholland@hollandtriallawyers.com
*ATTORNEY TO BE NOTICED*

**Erika Marie Stassi**
Holland Law Firm
211 N Broadway
Ste 2625
St. Louis, MO 63102
314–241–8111
Fax: 314–241–5554
Email: estassi@hollandtriallawyers.com
*ATTORNEY TO BE NOTICED*

**John James Snidow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey Scarcello**
Wagstaff & Cartmell LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
816–701–1100
Fax: 816–531–2372
Email: lscarcello@wcllp.com
*ATTORNEY TO BE NOTICED*

**Patricia L Campbell**
Krause & Kinsman
4717 Grand Avenue
Suite 300
Kansas City, MO 64112
816–760–2700
Fax: 816–760–2800
Email: tcampbell@wcllp.com
*ATTORNEY TO BE NOTICED*

**Rebecca King**
Keller Postman

150 N. Riverside Plaza
Suite 4100
60606
Chicago, IL 60606
312–948–8469
Email: rebecca.king@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Richard M. Paul , III**
Paul LLP
601 Walnut Street, Suite 300
Kansas City, MO 64106
(816)–984–8100
Email: rick@paulllp.com
*ATTORNEY TO BE NOTICED*

**Sean Patrick Tracey**
Tracey Fox King & Walters
440 Louisiana St
Ste 1901
Houston, TX 77002–1644
713–495–2333
Fax: 713–495–2331
Email: stracey@traceylawfirm.com
*ATTORNEY TO BE NOTICED*

**Shawn Fox**
Tracey & Fox Law Firm
440 Louisiana Street
Ste. 1901
Houston, TX 77002
713–495–2333
Fax: 866–709–2333
Email: sfox@traceylawfirm.com
*ATTORNEY TO BE NOTICED*

**William Alter Kershaw**
Kershaw Talley Barlow PC
401 Watt Avenue
Ste 1
Sacramento, CA 95864
916–779–7000
Fax: 916–244–4829
Email: bill@ktblegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David B Rheingold**                          represented by  **David B Rheingold**
                                                               PRO SE

**Plaintiff**

**Paul D. Rheingold**                          represented by  **Paul D. Rheingold**
                                                               PRO SE

**Plaintiff**

**Kelly F Mulholland**                         represented by  **Kelly F Mulholland**
                                                               PRO SE

**Plaintiff**

**Antoinette Gameroz**                         represented by  **Mikal Watts**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Rebecca King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shawn Fox**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lashanda Cavaness**                    represented by    **Khaldoun A. Baghdadi**
*TERMINATED: 06/23/2023*                                  (See above for address)
                                                          *TERMINATED: 01/06/2023*

                                                          **Rebecca King**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Shawn Fox**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Janelle Hunter**                       represented by    **Mikal Watts**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rebecca King**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Shawn Fox**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Leah Ricotta**                         represented by    **David Paul Matthews**
*as Mother and General Guardian of K.S.*                  Matthews and Associates
*A Minor*                                                 2905 Sackett St.
                                                          Houston, TX 77098
                                                          (888) 520–5202
                                                          Fax: (713) 535–7184
                                                          Email: dmatthews@thematthewslawfirm.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Leah Ricotta**                         represented by    **David Paul Matthews**
*Individually*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Charmaine Tate**                       represented by    **Richard Moss Golomb**
                                                          Golomb Legal, P.C.
                                                          130 N. 18th Street
                                                          One Logan Square
                                                          Suite 1600
                                                          Philadelphia, PA 19103
                                                          215–985–9177

Fax: 215–985–4169
Email: rgolomb@golomblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Jay Grunfeld**
Kopelowitz Ostrow Ferguson Weiselberg
Gilbert
65 Overhill Road
Bala Cynwyd, PA 19004
954–525–4100
Fax: 954–525–4300
Email: grunfeld@kolawyers.com
*TERMINATED: 10/03/2023*
*ATTORNEY TO BE NOTICED*

**Kevin Fay**
Golomb Legal, P.C.
One Logan Square
130 N. 18th Street
Ste #1600
Philadelphia, PA 19103
215–985–9177
Fax: 215–985–4169
Email: kfay@golomblegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Peavley–Hawes**                 represented by   **Richard Moss Golomb**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kenneth Jay Grunfeld**
                                                          (See above for address)
                                                          *TERMINATED: 10/03/2023*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Fay**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alana Swindell**                      represented by   **Gregory Scott Dovel**
*As guardian on behalf of Plaintiff Child*               Dovel & Luner, LLP
                                                          201 Santa Monica Blvd
                                                          Suite 600
                                                          Santa Monica, CA 90401
                                                          310–656–7066
                                                          Email: greg@dovel.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joanne Bui**
                                                          Dovel & Luner
                                                          201 Santa Monica Blvd
                                                          Ste #600
                                                          Santa Monica, CA 90401
                                                          310–656–7066
                                                          Email: jbui@hausfeld.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Julien Antonio Adams**
                                                          Dovel and Luner
                                                          California

201 Santa Monica Blvd
Ste 600
Santa, Ste Apt E
Santa Monica, CA 90401
310−656−7066
Email: julien@dovel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alana Swindell**                    represented by    **Gregory Scott Dovel**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joanne Bui**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Battista**                  represented by    **Kenneth Jay Grunfeld**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kevin Fay**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Contreras**               represented by    **Allen Reynolds Ball**
*Individually*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Brett Daniel Yorke**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Warren D Postman**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Roseann Romano**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Sanders**                      represented by    **Eric D. Holland**
*individually and as Parent and Natural*               HOLLAND, GROVES, SCHNELLER &
*Guardian of C.S., a minor*                            STOLZE, P.C.
                                                       300 N. Tucker Blvd. Suite 801
                                                       St. Louis, MO 63101
                                                       314−241−8111
                                                       Fax: 314−241−5554
                                                       Email: eholland@allfela.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael Pablo Dowd−Nieto**
                                                       Holland Law Firm

211 N. Broadway
Ste 2625
St. Louis, MO 63102
314–241–8111
Fax: 314–241–5554
Email: mdowd@hollandtriallawyers.com
*ATTORNEY TO BE NOTICED*

**Patrick R Dowd**
Holland Law Firm
211 N. Broadway
Suite 2625
St. Louis, MO 63102
314–241–8111
Fax: 314–241–5554
Email: pdowd@allfela.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Crystal Washington** *individually and as next friend of AW, a minor* | represented by | **Patrick Allen Luff** Luff Law Firm PLLC 10440 N Central Expressway, Suite 950 Dallas, TX 75231 469–607–5822 Fax: 214–427–5616 *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Ingrid Moran** *Individually and as Guardian Ad Litem to M.B., a minor, and I.B., a minor* | represented by | **Alicia Danielle O'Neill** Watts Guerra LLP 5726 W. Hausman Road, Suite 119 San Antonio, TX 78249 (210) 448–0500 Fax: (210) 448–0501 *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

| | | |
|---|---|---|
| **MB** | represented by | **Alicia D. O'Neill** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Mikal Watts**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

**Plaintiff**

**IB**                                    represented by   **Alicia D. O'Neill**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mikal Watts**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mikal C. Watts**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Khaldoun A. Baghdadi**
                                                          (See above for address)
                                                          *TERMINATED: 01/06/2023*

**Plaintiff**

**Ashlynn Brown**                         represented by   **Khaldoun A. Baghdadi**
                                                          (See above for address)
                                                          *TERMINATED: 01/06/2023*

**Plaintiff**

**Z. W.**                                 represented by   **Khaldoun A. Baghdadi**
                                                          (See above for address)
                                                          *TERMINATED: 01/06/2023*

**Plaintiff**

**Erika Avila**                           represented by   **Mikal Watts**
*individually*                                            (See above for address)
*TERMINATED: 06/23/2023*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gerald Blaine Singleton**
                                                          (See above for address)
                                                          *TERMINATED: 12/29/2022*

**Plaintiff**

**Maria Avila**                           represented by   **Mikal Watts**
*as Guardian Ad Litem of A.B., Minor*                     (See above for address)
*TERMINATED: 06/23/2023*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gerald Blaine Singleton**
                                                          (See above for address)
                                                          *TERMINATED: 12/29/2022*

**Plaintiff**

**Yessica Portillo**                      represented by   **Mikal Watts**
*Individually and as Guardian Ad Litem of*                (See above for address)

*J.G.B.P. and G.B.P., Minors*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**J. G. B.P.**                                represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**G. B. P.**                                represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Miesha Flournoy**                        represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**SM**                                    represented by **Mikal Watts**
*Minor*                                                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Nicole White as Guardian Ad Litem of**    represented by **Mikal Watts**
**S.M., Minor**                                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Katie Richie**                            represented by **Mikal Watts**
*Individually*                                           (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**H. G.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**David Giddings as Guardian Ad Litem of H.G., Minor**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Rishona Richardson**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**K. V.**
*minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Pernella Booker, as Guardian Ad Litem of K.V., Minor**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Crystal Chopin**
*individually and as*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**James Patrick as Guardian Ad Litem of**
**N.P., Minor**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Jessica Stahlke**
*Individually and as Guardian Ad Litem of*
*L. J., minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**L. J.**
*minor, Dejuan Jackson as Guardian ad*
*litem*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Tania Osuna**
*individually and as Guardian Ad Litem of*
*J.G., E.A., minors*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**J. G.**
*minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**E. A.**
*minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

| | | |
|---|---|---|
| **Tania Osuna, as Guardian Ad Litem of S.O., Minor** | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gerald Blaine Singleton**<br>(See above for address)<br>*TERMINATED: 12/29/2022* |

**Plaintiff**

| | | |
|---|---|---|
| **Angelica Garcia**<br>*Individually* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gerald Blaine Singleton**<br>(See above for address)<br>*TERMINATED: 12/29/2022* |

**Plaintiff**

| | | |
|---|---|---|
| **J. M. G.**<br>*Minor* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gerald Blaine Singleton**<br>(See above for address)<br>*TERMINATED: 12/29/2022* |

**Plaintiff**

| | | |
|---|---|---|
| **Janelle Hunter**<br>*Individually and as Guardian Ad Litem on behalf of E.K., a minor* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rebecca B. King**<br>Tracey Fox King & Walters<br>440 Louisiana Street<br>Suite 1901<br>Houston, TX 77002<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter C Wetherall**<br>(See above for address)<br>*TERMINATED: 01/18/2023* |
| | | **Sean Patrick Tracey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Shawn Fox**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Jessica Flores**
*individually and as*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Tanner Corlett as Guardian Ad Litem
of J.F., Minor**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Vanessa Valdez**
*individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Erik Thompson, as Guardian Ad Litem
of C.T., Minor**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Farran Elder**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**N. E. S.**
*minor, by and through Farran Elder as
Guardian Ad Litem*

represented by **N. E. S.**
PRO SE

<u>**Plaintiff**</u>

**Laura Sinclair**
*Individually, and as, to, a minor*

represented by **Richard M. Paul , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

represented by

**Natalie Mendez**
*Individually and as Guardian AD Litem to*
*K.S., a minor*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C Wetherall**
(See above for address)
*TERMINATED: 01/18/2023*

**Plaintiff**

**Kymberly Cardenas**                    represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Nydia Gonzalez**                    represented by **Mikal Watts**
*individually and as Guardian Ad Litem of*                (See above for address)
*B.N., Minor*                                                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Laura Hernandez**                    represented by **Mikal Watts**
*individually and as*                                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Laura Oseguera as Guardian Ad Litem**                    represented by **Mikal Watts**
**of A.H., Minor**                                                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

**Aide Soriano**                    represented by **Mikal Watts**
*individually and as Guardian Ad Litem of*                (See above for address)
*J.G., Minor, and E.A., Minor*                                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

**Plaintiff**

represented by

**Lisa Garcia**
*Individually*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**E. R.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Enrique Rodriguez Avalos as Guardian
Ad Litem of E.R., Minor**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Natasha Antoinette Gameroz**
*individually and as Guardian Ad Litem of
M.A.G., Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Jasmine Rios**
*individually and as Guardian ad Litem for
A.L.*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Blaine Singleton**
(See above for address)
*TERMINATED: 12/29/2022*

<u>**Plaintiff**</u>

**Dedre Rudd**
*Individually and as Next Friend of G.B., a
minor*

represented by **Steven Dean Davis**
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
(618) 656–4400
Fax: Not a member
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

represented by

**Colleen Battista**
*INDIVIDUALLY AND ON BEHALF OF*
*D.B., A MINOR*
*TERMINATED: 06/15/2023*

<u>Plaintiff</u>

**Jenaye Smith**
*individually and as general guardian of*
*M.W., a minor*

**Richard Moss Golomb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Francisco Raul Maderal , Jr.**
Maderal Byrne PLLC
2525 Ponce DE Leon Blvd
Ste 9th Floor
Coral Gables, FL 33134
305−520−5690
Fax: 305−520−5698
*TERMINATED: 12/13/2022*
*LEAD ATTORNEY*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**L. M. R.**

represented by **Khaldoun A. Baghdadi**
(See above for address)
*TERMINATED: 01/06/2023*

<u>Plaintiff</u>

**TAMMY PEAVLEY HAWES**

represented by **KEVIN WILLIAM FAY**
Golomb Spirt Grunfeld PC
1835 Market Street
Suite 2900
Philadelphia, PA 19103
215−985−9177
Fax: 215−985−4169
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CHARMINE TATE**
*INDIVIDUALLY AND ON BEHALF OF*
*M.T., A MINOR*

represented by **KEVIN WILLIAM FAY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Jane Roe**
*individually*

represented by **Sandra Greenman Carelli**
GreenmanLaw PC
33 Brookline
Aliso Viejo
CA, CA 92656
949−379−5225
Fax: 949−415−5045
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Police Officer Jane Doe**
*individually*

represented by **Sandra Greenman Carelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Danyelle Jackson**

represented by **Lindsey Scarcello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roseann Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.N.K. International, Inc.**

represented by **Kenneth Harold Frenchman**
Cohen Ziffer Frenchman & McKenna LLP
1325 Avenue of the Americas
31st Floor
New York, NY 10019
212–584–1890
Fax: 212–584–1891
Email: kfrenchman@cohenziffer.com
*(Inactive)*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Norris**
*Individually and on behalf of minor child
W.N.*

represented by **Danielle Treadaway Hufft**
Dugan Law Firm
365 Canal St
Ste 1000
New Orleans, LA 70130
504–481–9652
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Scalia**
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
504–648–0180
Fax: 504–648–0181
Email: dscalia@dugan–lawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Plymale**
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(504)–648–0180
Fax: (504)–648–0181
Email: dplymale@dugan–lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Dugan , II**
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
(504)–648–0180
Fax: (504)–648–0181
Email: jdugan@dugan–lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mekel Smith Alvarez**
Morris Bart, LLC (New Orleans)

909 Poydras St.
Suite 2000
New Orleans, LA 70112–4000
504/599–3385
Fax: 504/599–3380
Email: malvarez@morrisbart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas Norris**
*Individually and on behalf of minor child W.N.*

represented by **Danielle Treadaway Hufft**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Scalia**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Plymale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Dugan , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mekel Smith Alvarez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Norris**

represented by **Douglas Robert Plymale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dequisha Dodd**
*individually and as a mother and general guardian of J.D., a minor*

represented by **Blake Garrett Abbott**
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
843–614–8888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Doolittle**
Poulin, Willey, Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
843–834–4712
Email: paul.doolittle@poulinwilley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J Doolittle**
Poulin Willey Anastopoulo LLC
32 Ann Street

Charleston, SC 29403
843–834–4712
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Haleem Bonaparte**                                    represented by   **Blake Garrett Abbott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tinisha Smith**                                    represented by   **Blake Garrett Abbott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Holmes**                                    represented by   **Mathew K. Higbee**
*Individually and as Mother and General*                             LAW FIRM OF HIGBEE &
*Guardian of W.H., a minor*                                          ASSOCIATES
1504 BROOKHOLLOW DR STE 112
SANTA ANA, CA 92705
(714)617–8348
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Foster**                                    represented by   **Roopal Premchand Luhana**
*Individually and as Guardian on behalf of*                          Chaffin Luhana LLP
*C.F., a minor*                                                      600 Third Ave 12th Floor
New York, NY 10016
(347) 269–4472
Fax: (888) 499–1123
Email: luhana@chaffinluhana.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ty Foster**                                    represented by   **Roopal Premchand Luhana**
*Individually and as Guardian on behalf of*                          (See above for address)
*C.F., a minor*                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Rodriguez**                    represented by   **Daniel C. Burke**
                                                           Bernstein Liebhard, LLP
                                                           10 East 40th Street
                                                           New York, NY 10016
                                                           212–779–1414
                                                           Fax: 212–779–3218
                                                           Email: dburke@bernlieb.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Rodriguez**                         represented by   **Daniel C. Burke**
*as Mother of Nicholas Rodriguez*                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Nolte**                        represented by   **Jennifer L. Nolte**
                                                           Allen & Nolte, PLLC
                                                           5445 La Sierra Drive
                                                           Suite 350
                                                           Dallas, TX 75231
                                                           214–521–2300
                                                           Fax: 214–452–5637
                                                           Email: jnolte@allennolte.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Sampson**                         represented by   **William Alter Kershaw**
*on behalf of minor child, J.L.*                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Jernigan**                        represented by   **William Alter Kershaw**
*on behalf of minor children, L.G., A.G.,*                 (See above for address)
*and A.C*                                                  *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark McDanel**                          represented by   **Daniel C. Burke**
*Child*                                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele McDanel**                       represented by   **Daniel C. Burke**
*Individually*                                             (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zoe Williams**                          represented by   **Jennifer L. Nolte**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mariana Leon**                      represented by   **W. Roger Smith , III**
*Individually and on behalf of minor child,*            (See above for address)
*M.D.,*                                                 *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey DeCarlo**                   represented by   **W. Roger Smith , III**
*Individually and on behalf of minor child,*            (See above for address)
*M.D.,*                                                 *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. D.**                             represented by   **W. Roger Smith , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica McGee**                     represented by   **Roberta A Yard**
                                                        Reinhardt Wendorf & Blanchfield
                                                        80 South 8th Street
                                                        Suite 900
                                                        Minneapolis, MN 55402
                                                        651−287−2100
                                                        Email: r.yard@rwblawfirm.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Whitney Walker**                    represented by   **Patrick Luff**
*Individually, as Mother of M.W.*                       (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Laura J Baughman**
                                                        Martin Baughman, PLLC
                                                        3141 Hood St,
                                                        Suite 600
                                                        Dallas, TX 75219
                                                        214−761−6614
                                                        Fax: 214−744−7590
                                                        Email: lbaughman@weitzlux.com
                                                        *TERMINATED: 09/06/2023*

**Plaintiff**

**Jessica McGee**                     represented by   **Roberta A Yard**
*on behalf of her minor children, A.M. and*             (See above for address)
*L.M.*                                                  *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashleigh Woolbright**               represented by   **Daniel C. Burke**
*as Guardian, on behalf of Plaintiff Child*             (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.W.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Brehm**

represented by **Brett A. Emison**
Langdon & Emison
911 Main Street
P.O. Box 220
Lexington, MO 64067
(660) 259–9903
Fax: (660) 259–6175
Email: brett@lelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Israel Wood**
*individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lyana Wood**
*as mother of Israel Wood*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blythe Amerson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raqwan Brooks**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Meyer**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Lopez**
*Individually and As Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z.L.**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Boyd**
*Individually and as Guardian on Behalf of Plaintiff Child*

represented by **Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.B.**

represented by **Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Fagan**
*As Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**O.F.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Rogers**

**Plaintiff**

**Lorae Hessler**
*As Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.L.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Vincent**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Vincent**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Roberts**
*As Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.R.**

represented by **Daniel C. Burke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Brehm**                          represented by  **Brett A. Emison**
*as Mother, General Guardian of E.B., a*                  (See above for address)
*minor*                                                   *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.B.**                                 represented by  **Brett A. Emison**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keila Chardon**                        represented by  **Jessica Glitz**
*Individually and as a Mother and General*                Johnson Law Group
*Guardian of O.C., a Minor*                               2925 Richmond Ave.
                                                          Suite 1700
                                                          Houston, TX 77098
                                                          713–626–9336
                                                          Email: jglitz@johnsonlawgroup.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Russell W. Lewis , IV**
                                                          Johnson Law Group
                                                          2925 Richmond Avenue
                                                          Suite 1700
                                                          Houston, TX 77098
                                                          713–626–9336
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Siegel**                         represented by  **Jessica Glitz**
*Individually and as a Mother and General*                (See above for address)
*Guardian Of L.S., a MINOR*                               *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Russell W. Lewis , IV**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Alicia Arredondo**              represented by  **Daniel C. Burke**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Garcia**                   represented by  **Daniel C. Burke**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Rhead**
*Individually*

represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jessica Rhead**
*and as Mother of A.L, a minor*

represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**A. L.**

represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Amber Bryant**
*as guardian on behalf of plaintiff child*

represented by  **Alexandra Whitney Robertson**
Ask LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121
651–289–3851
Fax: 612–436–1801
Email: arobertson@askllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Amber Bryant**

represented by  **Alexandra Whitney Robertson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**A.C.**

represented by  **Alexandra Whitney Robertson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Unicque Carroll**
*Individually*

represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Denise Carroll**
*Individually as Mother of Unicque Carroll*

represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Andrew Seymour**

represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Hill**                              represented by **Daniel C. Burke**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Gaffney**                        represented by **Daniel C. Burke**
*as Guardian, on behalf of Plaintiff Child*                 (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Gaffney**                        represented by **Daniel C. Burke**
*individually*                              (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.G.**                                    represented by **Daniel C. Burke**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Talbot**                          represented by **Roopal Premchand Luhana**
*Individually*                              (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shane Talbot**                            represented by **Roopal Premchand Luhana**
*Individually*                              (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alex Hillyer**                            represented by **Daniel C. Burke**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khris Dafney**                            represented by **Brett A. Emison**
*Individually*                              (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. R.**                                   represented by **Brett A. Emison**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham J. Pruneda**                      represented by **Daniel C. Burke**
                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leticia Garcia Barrera**                    represented by   **Daniel C. Burke**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kacee Tyson**                               represented by   **Mikal Watts**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kacee Tyson**                               represented by   **Mikal Watts**
*as Guardian, on Behalf of Plaintiff Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. C.**                                     represented by   **Mikal Watts**
*a minor*                                                      (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Lindsey**                              represented by   **Mikal Watts**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Lindsey**                              represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**V. H.**                                     represented by   **Mikal Watts**
*a minor*                                                      (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Arellano**                          represented by   **Daniel C. Burke**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Arellano**                            represented by   **Daniel C. Burke**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                              represented by

**Luis Banda**
*TERMINATED: 07/31/2023*

**Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karina Gamez**
*individually*
*TERMINATED: 07/31/2023*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alyssa Lemoine**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Higgins**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Higgins**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rhys Farrell**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Karl**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Layla Nishman**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Lane**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zackary Allred**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shandy Beatty**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shandy Beatty**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. B.**
*Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tova Weisz**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zev Weisz**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Paradine**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob Messenger**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Messenger**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Ervin**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Ervin**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Price**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Price**
*and as Mother and Natural Guardian of
D.P., a minor*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. P.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Travon Jackson**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miracle Jackson**
*Individually as Mother of Travon Jackson*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miracle Jackson**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tatiana Jackson**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Klobin Wilkerson**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Williams**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Zukus**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Zukus**                                    represented by  **Daniel C. Burke**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ogoh Jr.**                              represented by  **Daniel C. Burke**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valeria Ogoh**                                  represented by  **Daniel C. Burke**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Zagara**                               represented by  **Daniel C. Burke**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachael Garcia**                                represented by  **Ashley C. Keller**
*Individually*                                                    (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. G. B.**                                      represented by  **Ashley C. Keller**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian Spencer**                                represented by  **Ashley C. Keller**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Vanover**                                represented by  **Ashley C. Keller**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Levindoski**                              represented by  **Mikal C. Watts**
*Individually*                                                    (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Levindoski**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. P.**
*a minor*

represented by **Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Martin**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Martin**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cody Mickle**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Treyvion Nettles**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katia Franco**
*Individually*
*TERMINATED: 07/19/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kailany Santos Franco**
*TERMINATED: 07/19/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Klein**

represented by **Jessica Glitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A,L.**                                          represented by    **Jessica Glitz**
*Minor Child*                                                      (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Bline**                                 represented by    **Ashley C. Keller**
*TERMINATED: 07/19/2023*                                          (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shane Bline**                                   represented by    **Ashley C. Keller**
*TERMINATED: 07/19/2023*                                          (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Cross**                                   represented by    **Ashley C. Keller**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Cross**                                   represented by    **Ashley C. Keller**
*as Guardian, on behalf of Plaintiff Child*                        (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devin Cross**                                   represented by    **Ashley C. Keller**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gavin Webster**                                 represented by    **Ashley C. Keller**
*TERMINATED: 08/03/2023*                                          (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenny Webster**                                 represented by    **Ashley C. Keller**
*As Guardian, on behalf of the Plaintiff*                          (See above for address)
*Child*                                                           *LEAD ATTORNEY*
*TERMINATED: 08/03/2023*                                           *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Logan Holzmann**
*Individually*

                represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carole Holzmann**
*Individually, As Mother of Logan
Holzmann*

                represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Peters**
*Individually*

                represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Gordon**
*Individually as Mother of Sarah Peters*

                represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Silva Garcia**

                represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iris Garcia**
*Individually*

                represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camillia Allen**
*TERMINATED: 07/19/2023*

                represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Skinner**
*TERMINATED: 07/19/2023*

                represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Douglas**

                represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.D.**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Simmons**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyler Donaldson**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donovan Donaldson**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Duke**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Duke**
*Individually as Mother of Sarah Duke*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Addicott**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Addicott**
*And As Mother And Court Appointed*
*Guardian of Alexis Stubblefield*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexis Stubblefield**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Dariel Aponte**
*TERMINATED: 08/02/2023*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Rodriguez**
*individually*
*TERMINATED: 08/02/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Airth**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Airth**
*As Guardian, on behalf of the Plaintiff
Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Airth**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marshelle King**
*Individually*
*TERMINATED: 08/01/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aden King**
*TERMINATED: 08/01/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deidra Dabney**
*Individually*
*TERMINATED: 08/01/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deidra Dabney**
*As Guardian, on behalf of the Plaintiff
Child*
*TERMINATED: 08/01/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alvin Dabney**
*TERMINATED: 08/01/2023*

represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Razeeni Bruno**
*Individually*
*TERMINATED: 08/01/2023*

represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Razeeni Bruno**
*As Guardian, on behalf of the Plaintiff*
*Child*
*TERMINATED: 08/01/2023*

represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keandre Bruno**
*TERMINATED: 08/01/2023*

represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khris Dafney**
*and as Mother, General Guardian as J.R.,*
*a minor*

represented by  **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.F.**

represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antonia Buendia**
*Individually*

represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antonia Buendia**
*As Guardian, on behalf of Plaintiff Child*

represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Greenberg**

represented by

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hunter Greenberg**                    represented by    **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Golden Proctor**                      represented by    **Jennifer A Neal**
*Individually*                                            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Golden Proctor**                      represented by    **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*               (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. S.**                               represented by    **Jennifer A Neal**
*Minor*                                                   (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnisha Thomas**                     represented by    **Jennifer A Neal**
*Individually*                                            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnisha Thomas**                     represented by    **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*               (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. T.**                               represented by    **Jennifer A Neal**
*Minor*                                                   (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Snorton**                      represented by    **Jennifer A Neal**
*Individually*                                            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Snorton**                      represented by    **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff child*               (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**                               represented by    **Jennifer A Neal**
*minor*                                                   (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stormy Dowdell**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stormy Dowdell**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**F. D.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tahcahrah Owens**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tahcahrah Owens**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. B.**
*Minor*
*TERMINATED: 06/23/2023*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. B.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rekita Blackmon**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rekita Blackmon**
*as Guardian, on behalf of Plaintiff Child*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. B.**
*minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Pirtle**
*Individually*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Pirtle**
*as Guardian, on behalf of Plaintiff Child*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. A.**
*Minor*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Carlock**
*Individually*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Carlock**
*as Guardian, on behalf of Plaintiff Child*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**M. C.**
*Minor*

Mikal Watts
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shunta Mathis**
*Individually*

represented by Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shunta Mathis**
*as Guardian, on behalf of Plaintiff child*

represented by Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**X. J.**
*minor*

represented by Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Reed**
*Individually*

represented by Mikal Watts
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Reed**
*as Guardian, on behalf of Plaintiff Child*

represented by Mikal Watts
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. B.**
*Minor*

represented by Mikal Watts
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Thomason**
*Individually*

represented by Jennifer A Neal
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Thomason**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. R.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaclyne Baker**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaclyne Baker**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z. B.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Huda Kasim**
*Individually*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Huda Kasim**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Y. A.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Anderson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Anderson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eman Mohamed**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eman Mohamed**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. E.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. E.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. E.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Hix**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Hix**
*as Guardian, on behalf of plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. R.**
*Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ledricka Thierry**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ledricka Thierry**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. T.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Van Horn**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Van Horn**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. B.**
*minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Rasnake**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Rasnake**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. R.**
*minor*

represented by **Brett A. Emison**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Cordell**                          represented by   **Jennifer A Neal**
*Individually*                                               (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Cordell**                          represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff child*                  (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. R. C.**                                represented by   **Jennifer A Neal**
*minor*                                                      (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hanna Isa**                               represented by   **Mikal Watts**
*Individually*                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hanna Isa**                               represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                  (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. V.**                                   represented by   **Mikal Watts**
*Minor*                                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtnie Chenevert**                      represented by   **Mikal Watts**
*Individually*                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtnie Chenevert**
*as Guardian, on behalf of Plaintiff child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. C.**
*minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamara Freeman**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamara Freeman**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Briggs**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Briggs**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonia Bouley**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonia Bouley**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. B.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natasha Masse**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natasha Masse**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. P.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Smith**
*Individually*
*TERMINATED: 08/10/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Smith**
*As Guardian, on behalf of the Plaintiff Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*

*TERMINATED: 08/10/2023*                *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Revolta**              represented by    **Ashley C. Keller**
*TERMINATED: 08/10/2023*                      (See above for address)
                                            *LEAD ATTORNEY*
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarissa Martin**            represented by    **Mikal Watts**
*Individually*                                 (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Jennifer A Neal**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarissa Martin**            represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*          (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Jennifer A Neal**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. B.**                    represented by    **Mikal Watts**
*Minor*                                     (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Jennifer A Neal**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Davis**            represented by    **Mikal Watts**
*Individually*                                 (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Jennifer A Neal**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Davis**            represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*          (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Jennifer A Neal**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. D.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Caston**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Caston**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anetra Evans**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anetra Evans**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. K.**

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. R.**
*individually*

represented by **M. R.**
PRO SE

**Laura J Baughman**
(See above for address)
*TERMINATED: 09/06/2023*

**Plaintiff**

**Jacqueline Rife**
*as guardian on behalf of plaintiff child*

represented by **Jacqueline Rife**
PRO SE

**Laura J Baughman**
(See above for address)
*TERMINATED: 09/06/2023*

**Plaintiff**

**Zailyn Roberts**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zailyn Roberts**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. P.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Smart**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Smart**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quantae Grant**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quantae Grant**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. G.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Green**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Green**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Morgan Cole**
*Individually*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Morgan Cole**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. C.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Thornton**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Thornton**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. T.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri–Ann Huggett**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri–Ann Huggett**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hannah Robinson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hannah Robinson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. R.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Banks**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Banks**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. B.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Brewer**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Brewer**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. B.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Triniece Jackson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Triniece Jackson**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. M.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Misty Coleman**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Misty Coleman**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**A. C.**
*minor*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**Lindsay Conner−Ali**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**Lindsay Conner−Ali**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**C. G.**
*minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**Alicia Keyes**
*and as Mother, General Guardian as A.M., a minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**A. M.**

represented by **A. M.**
PRO SE

__Plaintiff__

**Tabitha Smith**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**Tabitha Smith**
*As Guardian, on behalf of Plaintiff Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**Nathaniel Smith**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

__Plaintiff__

**Hope Pennington**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

__Plaintiff__

represented by

**Hope Pennington**
*And as Guardian*

Ashley C. Keller
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**William Pennington**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**William Pennington**
*And as Guardian*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Robert Pennington**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Heather Powlowski**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Heather Powlowski**
*As Guardian, on behalf of Plaintiff Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Rebekah Dillard**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Normarys Nunez**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Normarys Nunez**
*as Guardian, on behalf of Plaintiff Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norhalys Delgado**                    represented by    **Ashley C. Keller**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy McManus**                       represented by    **Ashley C. Keller**
*Individually*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy McManus**                       represented by    **Ashley C. Keller**
*And as Guardian*                                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Breanna Altman**                      represented by    **Ashley C. Keller**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nilsa Quezada**                       represented by    **Ashley C. Keller**
*Individually*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesus Delgado**                       represented by    **Ashley C. Keller**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Greene**                     represented by    **Ashley C. Keller**
*TERMINATED: 08/25/2023*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Greene**                       represented by    **Ashley C. Keller**
*TERMINATED: 08/25/2023*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chloe Tagg**                                  represented by  **Daniel C. Burke**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gabriel Bowlin**                              represented by  **Daniel C. Burke**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jennifer Bowlin**                             represented by  **Daniel C. Burke**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jessica Abrams**                              represented by  **Michael Shea Werner**
*Individually*                                                  Slater Slater Schulman LLP
                                                                445 Broad Hollow Road
                                                                Suite 419
                                                                Melville, NY 11747
                                                                631–420–9300
                                                                Email: mwerner@sssfirm.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**J.A. Abrams**                                 represented by  **Michael Shea Werner**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gregory Ross Abrams**                         represented by  **Michael Shea Werner**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Andrea Bissette**                             represented by  **Paul Doolittle**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**E.R.**                                        represented by  **Paul Doolittle**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nadine Wilson**                               represented by  **Ruth Rizkalla**
*as Guardian, on behalf of Kinsbar Bryce*                       (See above for address)
*Wilson*                                                        *LEAD ATTORNEY*
*TERMINATED: 07/31/2023*                                        *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nadine Wilson**
*individually*
*TERMINATED: 07/31/2023*

**Plaintiff**

**Kinsbar Bryce Wilson**
*TERMINATED: 07/31/2023*

**Plaintiff**

**Erin Tarallo**

**Plaintiff**

**B.T.**

**Plaintiff**

**L.T.**

**Plaintiff**

**Shantrell Estes**
*Individually*

**Plaintiff**

**Shantrell Estes**
*As Guardian, on behalf of Claude Felton III*

**Plaintiff**

**Claude Felton III**

**Plaintiff**

**Juliet Lester**
*Individually*

represented by **Ruth Rizkalla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Ruth Rizkalla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Valeria Benitez**
Moll Law Group
180 N Stetson Ave
Ste 35th Floor
Chicago, IL 60601
773–462–1700
Email: vbenitez@molllawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliet Lester**
*As Guardian, on behalf of the Plaintiff Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Ensign**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.N.**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Blanchard**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Blanchard**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. B.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lizbeth Mata**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lizbeth Mata**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gracyln Lott**
*as guardian, on behalf of plaintiff child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.S.**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn Cannon**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn Cannon**
*As Guardian, on behalf of the Plaintiff*
*Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Cannon**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheri Conner**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kammron Thomas**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Normand**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Normand**
*As Guardian, on behalf of the Plaintiff*
*Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briana Normand**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Morin**                      represented by   **Nathaniel E. Baber**
Aeton Law Partners
311 Centerpoint Drive
Middletown, CT 06457
860–724–2160
Fax: 860–724–2161
Email: nate@aetonlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.M.**                              represented by   **Nathaniel E. Baber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kellie Marshall**                   represented by   **Jennifer A Neal**
*Individually*                                         (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kellie Marshall**                   represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. M.**                             represented by   **Jennifer A Neal**
*Minor*                                                (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashlea Lyons**                      represented by   **Jennifer A Neal**
*Individually*                                         (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashlea Lyons**                      represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. L.**                             represented by   **Jennifer A Neal**
*Minor*                                                (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christy Green**                     represented by   **Jennifer A Neal**
*Individually*                                         (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christy Green**                     represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. G.**

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvia Andino**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvia Andino**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. A.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bliss Holder**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bliss Holder**
*As Guardian of James Posey, JR*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Posey, Jr.**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lakeisha Allen**

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lakeisha Allen**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z. W.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tremaine Hawkins**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tremaine Hawkins**                      represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*                (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**R. P.**                                 represented by   **Jennifer A Neal**
*Minor*                                                    (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Krista Gil**                            represented by   **Jennifer A Neal**
*Individually*                                             (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Krista Gil**                            represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*                (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**E. G.**                                 represented by   **Jennifer A Neal**
*Minor*                                                    (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Latasha Hawkins**                       represented by   **Mikal Watts**
*Individually*                                             (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Latasha Hawkins**                       represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**D. D.**                                 represented by   **Mikal Watts**
*Minor*                                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rhonda Gisclair**                       represented by   **Jennifer A Neal**
*Individually*                                             (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rhonda Gisclair**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salyers Monica**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Salyers**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal C. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. C.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raven Deberry**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raven Deberry**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. D.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shantell Maxwell**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shantell Maxwell**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I. J.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Johnson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Johnson**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. J.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel C. Turner**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel C. Turner**                          represented by  **Jennifer A Neal**
*as Guardian, on Behalf of Plaintiff Child*                 (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. S.**                                    represented by  **Jennifer A Neal**
*Minor*                                                     (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bianca Clark**                             represented by  **Jennifer A Neal**
*Individually*                                              (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bianca Clark**                             represented by  **Jennifer A Neal**
*as Guardian, on Behalf of Plaintiff Child*                 (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. C.**                                    represented by  **Jennifer A Neal**
*Minor*                                                     (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Minner**                           represented by  **Ashley C. Keller**
*Individually*                                              (See above for address)
*TERMINATED: 10/05/2023*                                    *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Minner**                           represented by  **Ashley C. Keller**
*As Guardian, on behalf of the Plaintiff*                   (See above for address)
*Child*                                                     *LEAD ATTORNEY*
*TERMINATED: 10/05/2023*                                    *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.R.**                                     represented by  **Ashley C. Keller**
*TERMINATED: 10/05/2023*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Yearby**                          represented by  **Jennifer A Neal**
*Individually*                                              (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Yearby**                          represented by  **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*                 (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                             represented by

**K. F.**
*Minor*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Edwards**
*Individually*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Edwards**
*as Guardian, on Behalf of Plaintiff Child*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. H.**
*minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Gutierrez**
*Individually*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Gutierrez**
*as Guardian, on behalf of Plaintiff Child*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. S.**
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Moore**
*Individually*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Moore**
*as Guardian, on Behalf of Plaintiff Child*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. M.**
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanya Dunn**
*As Guardian, on behalf of Plaintiff Child*

represented by   **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I.D.**

represented by   **Paul Doolittle**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sabrina Korir**
*as guardian, on behalf of plaintiff child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.G.G.**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Soria**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Soria**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. G.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Beckham**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Beckham**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brianna Coada**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brianna Coada**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**J. C.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Meranda White**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Meranda White**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**A. W.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aiesha Offord**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aiesha Offord**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G. C.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Todd**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Todd**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. T.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stella Reynolds**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stella Reynolds**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. R.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melisha Jones**
*as Guardian, on behalf of Plaintiff Child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.J.**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deisi Brownledoux**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deisi Brownledoux**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Denton**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Denton**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dalana Charlot**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dalana Charlot**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brie Whitfield**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Brie Whitfield**
*as Guardian, on behalf of Plaintiff Child*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Y. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melody Ford**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.B.**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briceida Garcia**
*Individually*

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briceida Garcia**
*Guardian of Minor Plaintiff Child*

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**V.T.**

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Mullen**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Tune**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Tune**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. B.**                                    represented by   **Jennifer A Neal**
*Minor*                                                       (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Quintygi Richard**                         represented by   **Mikal Watts**
*Individually*                                                (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer A Neal**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Quintygi Richard**                         represented by   **Mikal Watts**
*as Guardian, on Behalf of Plaintiff Child*                   (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer A Neal**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**J.R.**                                     represented by   **Mikal Watts**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer A Neal**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Chris Deming**                             represented by   **Mikal Watts**
*Individually*                                                (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer A Neal**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Chris Deming**                             represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                   (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer A Neal**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**F. D.**                                    represented by   **Mikal Watts**
*Minor*                                                       (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Reece**                          represented by  **Mikal Watts**
*Individually*                                              (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer A Neal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Reece**                          represented by  **Mikal Watts**
*as Guardian, on Behalf of Plaintiff Child*                (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer A Neal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. M.**                                  represented by  **Mikal Watts**
*Minor*                                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer A Neal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelica Wallace**                       represented by  **Jennifer A Neal**
*Individually*                                             (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelica Wallace**                       represented by  **Jennifer A Neal**
*as Guardian, on Behalf of Plaintiff Child*                (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. D.**                                  represented by  **Jennifer A Neal**
*Minor*                                                    (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Vison**                           represented by  **Jennifer A Neal**
*Individually*                                             (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Vison**                           represented by  **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*                (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. V.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. V.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Whitney Johnson**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Whitney Johnson**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. J.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aliyah Ellis**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aliyah Ellis**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. B.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Trevorrow**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Trevorrow**                    represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                  (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. D.**                                  represented by    **Mikal Watts**
*Minor*                                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juanita Childress**                      represented by    **Mikal Watts**
*Individually*                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juanita Childress**                      represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                  (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. A.**                                  represented by    **Mikal Watts**
*Minor*                                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A Neal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Joseph–Richard**                   represented by    **Mikal Watts**
*Individually*                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

|  |  | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **Ellen Joseph–Richard**<br>*as Guardian, on behalf of Plaintiff Child* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **A. R.**<br>*Minor* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Chanel Hardin**<br>*Individually* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Chanel Hardin**<br>*as Guardian, on behalf of Plaintiff Child* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **C. H.**<br>*Minor* | represented by | **Mikal Watts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Jossy Vega**<br>*Individually*<br>*TERMINATED: 10/05/2023* | represented by | **Ashley C. Keller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

**Jossy Vega**
*As Guardian of Kendrick Vega*
*TERMINATED: 10/05/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kendrick Vega**
*TERMINATED: 10/05/2023*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shanon Baxter**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shanon Baxter**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. B.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebony Murray**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebony Murray**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**T. E.**                                    represented by    **Mikal Watts**
*Minor*                                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer A Neal**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brittany Norfleet**                        represented by    **Mikal Watts**
*Individually*                                                  (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer A Neal**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brittany Norfleet**                        represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                     (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer A Neal**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**E. N.**                                    represented by    **Mikal Watts**
*Minor*                                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer A Neal**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Crystal Sutton**                           represented by    **Jennifer A Neal**
*Individually*                                                  (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Crystal Sutton**                           represented by    **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*                     (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**T. W.**                                    represented by    **Jennifer A Neal**
*Minor*                                                         (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Morgan Kanyuh**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Morgan Kanyuh**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. K.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Andrews**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Andrews**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. W.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Mailia Sumling**
*Individually*

**Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mailia Sumling**
*As Guardian, on behalf of Plaintiff Child*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donnie Sumling**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dolores Rainwater**
*Individually*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dolores Rainwater**
*Mother and Attorney−In−Fact for Andrew*
*Frankli*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Franklin**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Byrd**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Marie Byrd**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Sciocchetti**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Sciocchetti**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ashley Sousa**
*As Guardian, on behalf of plaintiff Child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.S.**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kamonica McWhite–York**
*As Guardian, on behalf of Plaintiff Child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.R.**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Malinda Allison**
*as Guardian, on behalf of Plaintiff Child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W.A.**

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jasmine Hall**
*as Guardian, on behalf of Plaintiff Child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.S.**

represented by **Debra Nicole Guntner**
Aylstock Witkin Kreis & Overholtz
17 E. Main St.
Suite 200
Pensacola, FL 32501
850–202–1010
Email: nguntner@awkolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Doolittle**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophyia Sonia Kegbe–Davis**

represented by **Kimball Jones**
Bighorn Law, LLC
3675 W. Cheyenne Ave.
Ste Unit 100
North Las Vegas, NV 89032
702–333–1111
Email: audrey@bighornlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leigh Ann May**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leigh Ann May**
*and as Mother, General Guardian of J.F.,*
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophyia Kegbe–Davis**
*As Guardian, on behalf of Plaintiff Child*

represented by **Kimball Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amneris Calderon–Santiago**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amneris Calderon–Santiago**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. N.C.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latoshia Atkins**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latoshia Atkins**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**K. S.**
*Minor*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meghan Hutson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meghan Hutson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Gonzalez**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Gonzalez**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Breitweiser**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Breitweiser**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. B.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Young**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Young**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. N.**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Riana Berry**

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Riana Berry**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H. M.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Britany Knight**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Britany Knight**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. K.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teashawn Dawson**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teashawn Dawson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. J.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allyson Carnes Bagley**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Allyson Carnes Bagley**
*as Guardian, on behalf of Plaintiff Child*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. B.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassandra Herrin**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassandra Herrin**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Wells**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Wells**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. W.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christy Landry**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christy Landry**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G. T.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren May**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren May**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juanita Fischer**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juanita Fischer**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. F.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renica Foster**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renica Foster**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. M.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Walker**                          represented by   **Ashley C. Keller**
*Individually*                                             (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Walker**                          represented by   **Ashley C. Keller**
*Mother, Guardian of Lana Walker*                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lana Walker**                           represented by   **Ashley C. Keller**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Lewis**                         represented by   **Ashley C. Keller**
*TERMINATED: 10/05/2023*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheldon Lewis**                         represented by   **Ashley C. Keller**
*TERMINATED: 10/05/2023*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Waterson**                         represented by   **Ashley C. Keller**
*Individually*                                             (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Waterson**                         represented by   **Ashley C. Keller**
*As Guardian, on behalf of Plaintiff Child*                (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.R.**                                  represented by   **Ashley C. Keller**
*Minor*                                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vicki Manyweather**                    represented by   **Ashley C. Keller**
*Individually*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Vicki Manyweather**                    represented by   **Ashley C. Keller**
*As Guardian, on behalf of Plaintiff Child*               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Timothy Manyweather**                  represented by   **Ashley C. Keller**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Erika Morales**                        represented by   **Jennifer A Neal**
*Individually*                                            (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Erika Morales**                        represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*               (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. V.**                                represented by   **Jennifer A Neal**
*Minor*                                                   (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Rigsby**                     represented by   **Jennifer A Neal**
*Individually*                                            (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christina Rigsby**                     represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*               (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**D. R.**                                represented by   **Jennifer A Neal**
*Minor*                                                   (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Whitney Hart**                         represented by   **Jennifer A Neal**
*Individually*                                            (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Whitney Hart**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesse Boney**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesse Boney**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. B.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi Borriello**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi Borriello**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. A.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julianna Staehle**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julianna Staehle**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. L.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Knaack**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Knaack**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**B. K.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley LaBranche**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley LaBranche**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**P. L.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Melissa Smith**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Melissa Smith**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**W. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**J. F.**

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer Acevedo**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer Acevedo**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**N. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Senegal**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Senegal**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerica Sims**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerica Sims**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**U. W.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Knighten**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Knighten**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. T.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Tidwell**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Tidwell**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. T.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Nunez**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Nunez**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Cannon**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Cannon**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. C.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniela Herrera**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniela Herrera**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raeshawn Henderson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Raeshawn Henderson**
*as Guardian, on behalf of Plaintiff child*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Daniels**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Daniels**
*as Guardian, on behalf of Plaintiff child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. D.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carla Slaughter**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carla Slaughter**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. W.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Jones**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Jones**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. W.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer George**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer George**                              represented by  **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                     (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer A Neal**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**P. G.**                                        represented by  **Mikal Watts**
*Minor*                                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer A Neal**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Feda Hamad**                                   represented by  **Jennifer A Neal**
*Individually*                                                  (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Feda Hamad**                                   represented by  **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*                     (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. A.**                                        represented by  **Jennifer A Neal**
*Minor*                                                         (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Misty Norman**                                 represented by  **Jennifer A Neal**
*Individually*                                                  (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Misty Norman**                                 represented by  **Jennifer A Neal**
*as Guardian, on Behalf of Plaintiff Child*                     (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**G. N.**                                        represented by  **Jennifer A Neal**
*Minor*                                                         (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lyntorius Moore**                              represented by  **Jennifer A Neal**
*Individually*                                                  (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lyntorius Moore**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silesse Harris**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silesse Harris**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mara Gabriela Calvani**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mara Gabriela Calvani**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. R.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherly Aguilar**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherly Aguilar**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khelzie Koston**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khelzie Koston**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H. K.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Pulley**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Pulley**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. P.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Marrero**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Marrero**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. R.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raven Hicks**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raven Hicks**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. H.**

represented by

**Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Megan Meece**                              represented by    **Mikal Watts**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer A Neal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Megan Meece**                              represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer A Neal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**F. M.**                                    represented by    **Mikal Watts**
*Minor*                                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer A Neal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jhona Watts**                              represented by    **Mikal Watts**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer A Neal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jhona Watts**                              represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer A Neal**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**J. W.**                                    represented by    **Mikal Watts**
*Minor*                                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. W.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwangi Patton**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwangi Patton**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. P.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chelsie Saucier**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chelsie Saucier**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**H. S.**                               represented by    **Mikal Watts**
*Minor*                                                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Amanda Hubble**                       represented by    **Mikal Watts**
*Individually*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Amanda Hubble**                       represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*              (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**E. V.**                               represented by    **Mikal Watts**
*Minor*                                                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Karen Golightly**                     represented by    **Mikal Watts**
*Individually*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Karen Golightly**                     represented by    **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*              (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A Neal**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. B.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Brooks**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Brooks**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. B.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abigail Proffitt**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abigail Proffitt**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. R.**                           represented by   **Mikal Watts**
*Minor*                                            (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jennifer A Neal**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ayanna Perkins**                  represented by   **Jennifer A Neal**
*Individually*                                      (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ayanna Perkins**                  represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*         (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. P.**                           represented by   **Jennifer A Neal**
*Minor*                                            (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristie Crawford**                represented by   **Jennifer A Neal**
*Individually*                                      (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristie Crawford**                represented by   **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*         (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. C.**                           represented by   **Jennifer A Neal**
*Minor*                                            (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arshaun Stevenson**               represented by   **Mikal Watts**
*Individually*                                      (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jennifer A Neal**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arshaun Stevenson**               represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*         (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jennifer A Neal**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. H.**
*Minor*

          represented by  **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nichole Mack**

          represented by  **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nichole Mack**
*as Guardian, on behalf of Plaintiff Child*

          represented by  **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. M.**
*Minor*

          represented by  **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrianna Tate**
*Individually*

          represented by  **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrianna Tate**
*as Guardian, on behalf of Plaintiff Child*

          represented by  **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. T.**
*Minor*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Whitney**
*Individually*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Whitney**
*as Guardian, on behalf of Plaintiff Child*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. W.**

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chatanya Tezeno**
*Individually*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chatanya Tezeno**
*as Guardian, on behalf of Plaintiff Child*

represented by   **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**D. C.**
*Minor*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Dupree**
*as Guardian, on behalf of Plaintiff Child*

represented by **Kimball Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.L.**

represented by **Kimball Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janely Espinoza**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janely Espinoza**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Holt**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Holt**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christy Savoy**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christy Savoy**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. S.**                              represented by    **Jennifer A Neal**
*Minor*                                                  (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annmarie Morales**                   represented by    **Jennifer A Neal**
*Individually*                                           (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annmarie Morales**                   represented by    **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*              (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. C.**                              represented by    **Jennifer A Neal**
*Minor*                                                  (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Molly Fortune**                      represented by    **Jennifer A Neal**
*Individually*                                           (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Molly Fortune**                      represented by    **Jennifer A Neal**
*as Guardian, on Behalf of Plaintiff Child*              (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. F.**                              represented by    **Jennifer A Neal**
*Minor*                                                  (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany McCalister**                 represented by    **Jennifer A Neal**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany McCalister**                 represented by    **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*              (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**P. M.**                              represented by    **Jennifer A Neal**
*P. M.*                                                  (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Lindemann**                    represented by    **Jennifer A Neal**
*Individually*                                           (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Lindemann**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. T.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathy Raymer**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathy Raymer**

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. R.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherrie Booker**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherrie Booker**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Enrique Lesende**
*other guardian*

represented by **Jessica Glitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Perla Lesende**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jessica Glitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. L.**

represented by **Jessica Glitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Gilley**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Gilley**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jena Bea−Flores**
*Individually*

represented by **Christopher Ross Rodriguez**
Singleton Schreiber, LLP
1414 K Street
Suite 470
Sacramento, CA 95814
916−256−2312
Fax: 619−255−1515
Email: crodriguez@singletonschreiber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.F.**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosann Ferrante**
*Individually*

represented by **Joseph G. Dell**
Dell and Dean, PLLC
1225 Franklin Avenue
Suite 360
Garden City, NY 11530
516−880−9700
Fax: 516−880−9707
Email: jdell@d2triallaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**V.F., an infant**

represented by **Joseph G. Dell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosann Ferrante as Mother and
Natural Guardian of V.F., an infant**

represented by **Joseph G. Dell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randall Helmondollar**

represented by

**Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joyce Helmondollar                    represented by   **Daniel C. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ixchelle Wagner                       represented by   **Daniel C. Burke**
*As Guardian, on behalf of Plaintiff Child*             (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ixchelle Wagner                       represented by   **Daniel C. Burke**
*Individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

R. H.                                 represented by   **Daniel C. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicholas Nelson                       represented by   **Daniel C. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Claudia Green                         represented by   **Daniel C. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Raquel Ballesteros                    represented by   **Kimball Jones**
*individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Roman X–Zavier Ballesteros            represented by   **Kimball Jones**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Vivan Haris–Ganis                     represented by   **Kimball Jones**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Dimitrios Ganis**                             represented by **Kimball Jones**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Danielle Moore**                              represented by **Paul Doolittle**
*as Guardian, on behalf of Plaintiff Child*     (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**L.M.F.**                                      represented by **Paul Doolittle**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Jessica Richmond**                            represented by **Jennifer A Neal**
*Individually*                                  (See above for address)
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Jessica Richmond**                            represented by **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*     (See above for address)
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**D. J.**                                       represented by **Jennifer A Neal**
*Minor*                                         (See above for address)
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Ebony Baines**                                represented by **Jennifer A Neal**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Ebony Baines**                                represented by **Jennifer A Neal**
*as Guardian, on behalf of Plaintiff Child*     (See above for address)
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**D. H.**                                       represented by **Jennifer A Neal**
*Minor*                                         (See above for address)
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Jacklyn Brown**                               represented by **Christopher Ross Rodriguez**
*Individually*                                  (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**
**Jacklyn Brown As Guardian, on behalf**        represented by **Christopher Ross Rodriguez**
**of Plaintiff Child L.E.**                     (See above for address)
                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Lopez**              represented by    **Ashley C. Keller**
*Individually*                                (See above for address)
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Lopez**              represented by    **Ashley C. Keller**
*As Guardian of Eliud Jordan*                 (See above for address)
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eliud Jordan**             represented by    **Ashley C. Keller**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Mccauley**         represented by    **Mikal Watts**
*Individually*                                (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jennifer A Neal**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Mccauley**         represented by    **Mikal Watts**
*as Guardian, on Behalf of Plaintiff Child*   (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jennifer A Neal**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. S.**                    represented by    **Mikal Watts**
*Minor*                                       (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jennifer A Neal**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana Bravo–Segura**         represented by    **Kimball Jones**
*as Guardian, on behalf of Plaintiff Child*   (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Maltos**
*Minor*

represented by **Kimball Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaimi Lala**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaimi Lala**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. R.**

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Arce**
*TERMINATED: 10/30/2023*

represented by **Patrick Luff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Navara Ramirez**
*Individually*

represented by **Roopal Premchand Luhana**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. B.**

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga Edwards**
*as Guardian, on behalf of Samuel Richard*

represented by **Ruth Rizkalla**
(See above for address)

*Edwards*                                          *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Richard Edwards**          represented by **Ruth Rizkalla**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Overall**                  represented by **Ashley C. Keller**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Thomas Jones**             represented by **Ashley C. Keller**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Portnov**                  represented by **Daniel C. Burke**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Inna Portnov**                    represented by **Daniel C. Burke**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rowdy Heffner**                   represented by **Daniel C. Burke**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandy L. Williams**              represented by **Daniel C. Burke**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Wick**                   represented by **Daniel C. Burke**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Wick**                   represented by **Daniel C. Burke**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Jordan Bishop**                                    represented by   **Daniel C. Burke**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Angela O'Barr**                                    represented by   **Daniel C. Burke**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Dafina Gashi**                                     represented by   **Jennifer A Neal**
*Individually*                                                       (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Dafina Gashi**                                     represented by   **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*                          (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**S. G.**                                            represented by   **Jennifer A Neal**
*Minor*                                                              (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Ashley White**                                     represented by   **Jennifer A Neal**
*Individually*                                                       (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Ashley White**                                     represented by   **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*                          (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**D. J.**                                            represented by   **Jennifer A Neal**
*Minor*                                                              (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Stacy Hutchens**                                   represented by   **Jennifer A Neal**
*Individually*                                                       (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Stacy Hutchens**                                   represented by   **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*                          (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**J. H.**                                            represented by   **Jennifer A Neal**
*Minor*                                                              (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Stacy Shawneerae**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy Shawneerae**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aimy Belcher**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aimy Belcher**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. A.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Drago**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Drago**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**P. W.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monique Davis**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monique Davis**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. D.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Perry**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Perry**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Ward–Jones**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Ward–Jones**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. J.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. J.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shea Hankins**

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shea Hankins**
*as mother of M.H.*

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. H.**

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Waymire**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Nicole Waymire**
*As Guardian, on behalf of Plaintiff Child*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valenzcia Gooden**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valenzcia Gooden**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. G.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amia Lonzo**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amia Lonzo**
*as Guardian, on Behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. L.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Mayer**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Mayer**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. M.**
*Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherece Hardin**
*Individually*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherece Hardin**
*as Guardian, on behalf of Plaintiff Child*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. H.**
*Minor*

represented by **Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Arce**
*TERMINATED: 10/30/2023*

**Plaintiff**

**L. C.**
*TERMINATED: 10/30/2023*

represented by **Laura J Baughman**
(See above for address)

**Plaintiff**

**Tiffany Jones**
*as Guardian, on behalf of Plaintiff Child*

represented by **Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.K.**

represented by

**Paul Doolittle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Lumpkins**                          represented by   **Mikal Watts**
*Individually*                                               (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer A Neal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Lumpkins**                          represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                 (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer A Neal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. G.**                                   represented by   **Mikal Watts**
*Minor*                                                     (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer A Neal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evangeline Bailey**                       represented by   **Mikal Watts**
*Individually*                                              (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer A Neal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evangeline Bailey**                       represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*                 (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer A Neal**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. B.**                                   represented by   **Brett A. Emison**
*Minor*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Mikal Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jessica Smith**                      represented by   **Ashley C. Keller**
*Individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jessica Smith**                      represented by   **Ashley C. Keller**
*General Guardian of A.S. and B.S.*                     (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**A.S.**                               represented by   **Ashley C. Keller**
*Minor*                                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**B.S.**                               represented by   **Ashley C. Keller**
*Minor*                                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nichola Ford**                       represented by   **Mikal Watts**
*Individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer A Neal**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nichola Ford**                       represented by   **Mikal Watts**
*as Guardian, on behalf of Plaintiff Child*             (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer A Neal**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**N. F.**                              represented by   **Mikal Watts**
*Minor*                                                 (See above for address)
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Deborah Singleton**                    represented by   **Paul Doolittle**
*as Guardian, on behalf of Plaintiff Child*              (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**D.S.**                                 represented by   **Paul Doolittle**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ayeshia Crump**                        represented by   **Valeria Benitez**
*Individually*                                           (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ayeshia Crump**                        represented by   **Valeria Benitez**
*as Guardian, on behalf of minor Plaintiff*              (See above for address)
*Child, A.B.*                                            *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**A.B.**                                 represented by   **Valeria Benitez**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Junior Denson**                        represented by   **Daniel C. Burke**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Amanda Gaona**                         represented by   **Daniel C. Burke**
*Individually*                                           (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Leslie Castellanos**                   represented by   **Daniel C. Burke**
*Individually*                                           (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Leslie Castellanos**                   represented by   **Daniel C. Burke**
*As Guardian, on behalf of Plaintiff Child*              (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. S.**                                    represented by    **Daniel C. Burke**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Vanessa Hernandez**                        represented by    **Brett A. Emison**
*Individually*                                                 (See above for address)
*TERMINATED: 10/10/2023*                                       *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Vanessa Hernandez**                        represented by    **Brett A. Emison**
*as Mother and General Guardian of J.H.,*                      (See above for address)
*a Minor*                                                      *LEAD ATTORNEY*
*TERMINATED: 10/10/2023*                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. H.**                                    represented by    **Brett A. Emison**
*a Minor*                                                      (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Manuela Lugo Munoz**                       represented by    **Brett A. Emison**
*Individually*                                                 (See above for address)
*TERMINATED: 10/10/2023*                                       *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Manuela Lugo Munoz**                       represented by    **Brett A. Emison**
*as Mother, and General Guardian of D.C.,*                     (See above for address)
*a Minor*                                                      *LEAD ATTORNEY*
*TERMINATED: 10/10/2023*                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. C.**                                    represented by    **Brett A. Emison**
*a Minor*                                                      (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley Walk**                              represented by    **Brett A. Emison**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley Walk**                              represented by    **Brett A. Emison**
*as Mother and General Guardian of A.W.*                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*


**Plaintiff**

**A. W.**                                    represented by    **Brett A. Emison**
*a Minor*                                                      (See above for address)
                                                               *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adejah Tate**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adejah Tate**
*as Mother and General Guardian of M.B.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. B.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Babita Karn**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Babita Karn**
*as Mother and General Guardian of A.K.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. K.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tierra Rawls**
*Individually*
*TERMINATED: 10/10/2023*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tierra Rawls**
*as Mother and General Guardian of I.J., a Minor*
*TERMINATED: 10/10/2023*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I. J.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kadie Rousse**
*Individually*

represented by **Jennifer A Neal**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kadie Rousse**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. C.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. C.**

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janel Edwards**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janel Edwards**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Wilson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Wilson**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. D.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristy Alfonso**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristy Alfonso**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. E.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Esquiliano**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Esquiliano**
*As Guardian, on behalf of Plaintiff Child*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**V. E.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. M.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Greer**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Greer**
*As Guardian, on behalf of Plaintiff Child*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. G.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lissette Berdote–Barroso**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lissette Berdote–Barroso As Guardian, On Behalf Of Plaintiff Child K.B.**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.B.**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalyn Thomas**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalyn Thomas**
*as Mother and General Guardian of S.T.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. T.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cherish Gentle**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cherish Gentle**
*As Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**F. J.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Cervantes**
*As Guardian, on behalf of Plaintiff Child*

represented by **W. Roger Smith , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I.K.**

represented by **W. Roger Smith , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Whitney Mckinnie**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Whitney Mckinnie**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. A.**
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Key**
*Individually*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Key**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. K.**
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Tsui**
*Individually*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Tsui**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. T.**
*Minor*

represented by   **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hope Grady**
*as Guardian, on behalf of Plaintiff Child*

represented by   **Andrew Jacob Van Arsdale**
AVA Law Group
2718 Montana Ave
Suite 220
Billings, MT 59101
623−810−4618
Fax: 619−347−2705
Email: briana@ava.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. L.**

represented by   **Andrew Jacob Van Arsdale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Candice Whitehead**
*Individually*

**Plaintiff**

**Candace Whitehead**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

**Plaintiff**

**W. W.**
*Minor*

**Plaintiff**

**Christina Poray**
*Individually*

**Plaintiff**

**Christina Poray**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

**Plaintiff**

**T. P.**
*Minor*

**Plaintiff**

**Arlene Irizarry**

**Plaintiff**

**Christian Negron**

**Plaintiff**

**Courtney McCreary**
*Individually*

**Plaintiff**

**Courtney McCreary**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

**Plaintiff**

**I. M.**
*Minor*

**Plaintiff**

| | |
|---|---|
| | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Ashley C. Keller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Ashley C. Keller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| represented by | **Jennifer A Neal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Jennifer Belmonte**
*Individually*

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Belmonte**
*As Guardian of Minor Child Plaintiff J.B.*

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.B.**
*A minor*

represented by **Valeria Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annikia Green**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aariel Melvin**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ria Gonowrie**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ria Gonowrie**
*as Mother and General Guardian of J.K.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. K.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Mako**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Mako**
*as Mother and General Guardian of J.M.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. M.**                                represented by   **Brett A. Emison**
*a Minor*                                                 (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raven Miles**                          represented by   **Daniel C. Burke**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Miles**                          represented by   **Daniel C. Burke**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Horne**                        represented by   **Jeffrey S. Grand**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phylicia Harrison**                    represented by   **Jennifer A Neal**
*Individually*                                            (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phylicia Harrison**                    represented by   **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*               (See above for address)
*Minor*                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. B.**                                represented by   **Jennifer A Neal**
*Minor*                                                   (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Landon Johnson**                       represented by   **Daniel C. Burke**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherri Johnson**                       represented by   **Daniel C. Burke**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KateLynn LaBranche**                   represented by   **Jessica Glitz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amrita Banerjee**
*Individually*

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amrita Banerjee**
*As Guardian, on behalf of Plaintiff Child*

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.B.**

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Yoakum**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Yoakum**
*as Mother and General Guardian of E.P.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. P.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Campbell**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Campbell**
*as Guardian of B.C.*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.C.**
*Minor*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kourtney Raby**
*Individually*

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kourtney Raby**
*as Guardian, on behalf of Plaintiff Child*

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.R.**

represented by **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Foust**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Foust**
*as Mother and General Guardian of*
*L.F.−J., S.F., and S.F.−J.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. F.−J.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. F.**
*A Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. F.−J.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meghan Berthiaume**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meghan Berthiaume**
*as Mother and General Guardian of I.C.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I. C.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aida Bicic**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aida Bicic**
*as Mother and General Guardian of A.B.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. B.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonitta Edwards Adolph**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonitta Edwards Adolph**
*as Mother and General Guardian of A.A.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. A.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bailey Stanley**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bailey Stanley**
*as Mother and General Guardian of F.S.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**F. S.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Smith**
*individually*

represented by **William Alter Kershaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. T.**                                          represented by **William Alter Kershaw**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**T. L.**                                          represented by **William Alter Kershaw**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Phoenix Shelton**                                represented by **William Alter Kershaw**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**P. S.**                                          represented by **William Alter Kershaw**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Angela Smith**                                   represented by **William Alter Kershaw**
*on behalf of minor children, T.T., L.T.,*          (See above for address)
*P.S., and adult child, Phoenix Shelton*           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendae Hinson**                                  represented by **William Alter Kershaw**
*individually*                                     (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**J. H.**                                          represented by **William Alter Kershaw**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Micah Stewart**                                  represented by **William Alter Kershaw**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Wendae Hinson**                                  represented by **William Alter Kershaw**
*on behalf of minor child, J. H., and adult*       (See above for address)
*child, Micah Stewart*                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Countess Massey**                                represented by **Brett A. Emison**
*Individually*                                     (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Countess Massey**                                represented by **Brett A. Emison**
*as Mother and General Guardian of I.M.*           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**I. M.**
*a Minor*

represented by **Brett A. Emison**
(See for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Jones**
*individually and on behalf of minor child,*
*M.P., and adult children, Jaylen Jones,*
*Vasento Jones, and Shaquille Jones*

represented by **William Alter Kershaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Jones**
*on behalf of minor child, M.P., and adult*
*children, Jaylen Jones, Vasento Jones,*
*and Shaquille Jones*

represented by **William Alter Kershaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. P.**

represented by **William Alter Kershaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaylen Jones**

represented by **William Alter Kershaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaquille Jones**

represented by **William Alter Kershaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Semmes**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Semmes**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob Semmes**
*Other Parent*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josie Mitchell**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Josie Mitchell**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**N. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sarah Dodson**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sarah Dodson**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**E. Z.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashleigh Hall**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashleigh Hall**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**X. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jasmine Comeaux–Villermin**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jasmine Comeaux–Villermin**

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Z. C–V.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisha Singletary**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisha Singletary**
*As Guardian, on behalf of Plaintiff Child Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laquetta Jones**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laquetta Jones**
*As Guardian, on behalf of Plaintiff Child Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. J.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Ford**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Ford**
*As Guardian, on behalf of Plaintiff Child Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. F.**

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deanne Rosenbaum**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deanne Rosenbaum**
*As Guardian, on behalf of Plaintiff Child Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**B. R.**
*Minor*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lance Bellin**                            represented by    **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Bellin**                            represented by    **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Weaver**                           represented by    **Kimball Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evan Weaver**                             represented by    **Kimball Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guenevere O'Griffin**                     represented by    **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eirinn Merritt**                          represented by    **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anastasia Gray**                          represented by    **Jennifer A Neal**
*Individually*                                               (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anastasia Gray**                          represented by    **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*                  (See above for address)
*Mino*                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. M.**                                   represented by    **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ami Zida**                                represented by    **Brett A. Emison**
*Individually*                                               (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ami Zida**
*as Mother and General Guardian of G.K. Jr.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G. K., Jr.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Ramirez**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Ramirez**
*as Mother and General Guardian of J.R.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. R.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jackie Bowes**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jackie Bowes As Guardian, On Behalf of Plaintiff Child L.S.**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.S.**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chanel Stewart**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chanel Stewart**
*As Guardian, on behalf of Plaintiff Child Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Senske**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Senske**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyler Williams**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyler Williams**
*As Guardian, on behalf of Plaintiff Child*
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. B.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Wagemaker**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Wagemaker**
*as Mother and General Guardian of A.W.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. W.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Misha Motahari**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. H.**
*a minor, by and through his Parent and
Natural Guardian, Misha Motahari*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin Whitaker**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Louise Hughitt**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zuania Perez**
*as Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. R.**
*a Minor by and Through His Parent and
Natural Guardian, Zuania Perez*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brooke N. Dillworth**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brooke N. Dillworth**
*As Guardian, on behalf of Plaintiff Child
Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. D.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Guzman**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Guzman**
*as Mother and General Guardian of N.L.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. L.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fatme Mallah**
*Individually*

represented by **Alexandra Whitney Robertson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Martin**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Martin**
*as Mother and General Guardian of H.S.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H. S.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chrishawn Spann**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chrishawn Spann**
*As Guardian, on behalf of Plaintiff Child Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z. D.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Shryock**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Rebecca Shryock**
*as Mother and General Guardian of J.S.*

**Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**                                represented by  **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Bishop**                         represented by  **Daniel C. Burke**
*As Guardian, on behalf of Plaintiff Child*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lily Bishop**                          represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Solomon L. Shepard**                   represented by  **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy Shepard**                        represented by  **Daniel C. Burke**
*Individually*                                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Jones**                         represented by  **Brett A. Emison**
*Individually*                                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Jones**                         represented by  **Brett A. Emison**
*as Mother and General Guardian of A.J.*              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. J.**                                represented by  **Brett A. Emison**
*a Minor*                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Aguiar**                      represented by  **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Aguiar**       represented by    **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Thompson**      represented by    **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisa Charles**       represented by    **Jennifer A Neal**
*Individually*                                              (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisa Charles**       represented by    **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*    (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. C.**       represented by    **Jennifer A Neal**
*Minor*                                                (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. C.**       represented by    **Jennifer A Neal**
*Minor*                                                (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Buffy Jean Ellis**       represented by    **Jennifer A Neal**
*Individually*                                            (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Buffy Jean Ellis**       represented by    **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*    (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. E.**       represented by    **Jennifer A Neal**
*Minor*                                                (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Sanchez**       represented by    **Joe A Vazquez**
*Individually*                                       The Barnes Firm
New York City
420 Lexington Ave
Ste 2140
New York, NY 10170
800–800–0000
Email: joe.vazquez@thebarnesfirm.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Sanchez**                             represented by   **Joe A Vazquez**
*as Mother and Guardian of L.L., a Minor*                          (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.L., a Minor**                                 represented by   **Joe A Vazquez**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Walston**                                represented by   **Ashley C. Keller**
*Individually*                                                     (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Walston**                                represented by   **Ashley C. Keller**
*General Guardian of E.W.*                                         (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.W.**                                          represented by   **Ashley C. Keller**
*Minor*                                                            (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtnie King**                                 represented by   **Brett A. Emison**
*Individually*                                                     (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtnie King**                                 represented by   **Brett A. Emison**
*as Mother and General Guardian of K.K*                            (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. K.**                                         represented by   **Brett A. Emison**
*a Minor*                                                          (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Merriweather**                            represented by   **Brett A. Emison**
*Individually*                                                     (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Merriweather**
*as Mother and General Guardian of K.B.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. B.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Riley–Simmons**
*as Mother and Guardian of I.R., a Minor*

represented by **Joe A Vazquez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I.R., a Minor**

represented by **Joe A Vazquez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Wilson**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Wilson**
*Guardian of William Wilson*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Wilson**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Marsh**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Marsh**
*and as Mother and General Guardian of Z.M.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z. M.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Delamain**

represented by **Cole Boyett Smith**
Colvin and Smith
P.O. Box 1831
900 Market Street, Suite 300
Shreveport, LA 71166
318–429–6770
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Colvin , Jr.**
Colvin Law Firm
P.O. Box 1831
900 Market Street Suite 300
Shreveport, LA 71101
318–429–6770
Fax: 318–429–6771
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Clayton Caraway**
Colvin, Smith, McKay & Bays
900 Market Street, Suite 300
Shreveport, LA 71101
318–429–6770
Fax: 318–429–6771
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanita Register**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanita Register**
*as Mother and General Guardian of T.R.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. R.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Herbert**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Herbert**
*as Mother and General Guardian of M.L*

represented by **Brett A. Emison**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.L.**                            represented by   **Brett A. Emison**
*a Minor*                                            (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Altheia Madding**                 represented by   **Ashley C. Keller**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Altheia Madding**                 represented by   **Ashley C. Keller**
*as General Guardian of Z.W.*                        (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Z.W.**                            represented by   **Ashley C. Keller**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kadijah Crawley**                 represented by   **Curtis George Hoke**
*As Guardian, on behalf of Plaintiff Child*          (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. C.**                           represented by   **Curtis George Hoke**
*by and through their parent and natural*            (See above for address)
*guardian Kadijah Crawley*                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Staci Leanox**                    represented by   **Curtis George Hoke**
*Individually*                                       (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. L.**                           represented by   **Curtis George Hoke**
*by and through their parent and natural*            (See above for address)
*guardian Staci Leanox*                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trina D. Hunter**                 represented by   **Curtis George Hoke**
*Individually*                                       (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. B.**                           represented by   **Curtis George Hoke**
*by and through their natural guardian*              (See above for address)
*Trina D. Hunter*                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Schupbach**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. S.**
*by and through their parent and natural guardian Erin Schupbach*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandi Robinson**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. R.R.**
*by and through their parent and natural guardian Brandi Robinson*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Allen**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. W.**
*by and through their parent and natural guardian Michelle Allen*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Allen**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Davidson**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**V. D.**
*by and through their parent and natural guardian Emma Davidson*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Davidson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie McIntosh**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Leslie McIntosh**
*As Guardian, on behalf of Plaintiff Child*

**Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. M.**                         represented by **Jennifer A Neal**
*Minor*                                            (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristy Parker**                 represented by **Curtis George Hoke**
*Individually*                                     (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. R.**                         represented by **Curtis George Hoke**
*by and through their parent and natural*          (See above for address)
*guardian Kristy parker*                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristy Parker**                 represented by **Curtis George Hoke**
*as Guardian, on behalf of Plaintiff Child*        (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcela Stephannie Satre**      represented by **Debra Nicole Guntner**
                                                   Email: nguntner@awkolaw.com
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mollie Penn**                   represented by **Debra Nicole Guntner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Engle**                   represented by **Debra Nicole Guntner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Callie Reese Gobble**           represented by **Debra Nicole Guntner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Summer Dawn Foster**            represented by **Debra Nicole Guntner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Scott Ausherman**       represented by **Jeffrey S. Grand**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Ausherman**           represented by **Jeffrey S. Grand**
                                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Case**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Case**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. C.**
*by and through their parent and natural guardian Jessica Case*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany L Emerson**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany L Emerson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. E.**
*by and through their parent and natural guardian Brittany L. Emerson*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanesha Renee Etheridge**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanesha Renee Etheridge**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H. E.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Cooper**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Cooper**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. C.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**H. C.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Aidan John Kennedy**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christine Kennedy**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert Blanchard**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amanda Schambon**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amanda Schambon**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**S. M. W.**
*by and through their parent and natural guardian Amanda Schambon*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Antwanette Patterson**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**M.P.W.**
*by and through their parent and natural guardian Antwanette Patterson*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Antwanette Patterson**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felerio Caine**
*Jr.*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chanal Caine**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridgett Kelley**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridgett Kelley**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I. C.**
*by and through their parent and natural guardian Bridgett Kelley*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keaton Kendrick**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keaton Kendrick**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. K.**
*by and through their parent and natural guardian Keaton Kendrick*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas Mangin**
*as Guarduan, on behalf of Plaintiff Child*

represented by **Andrew Jacob Van Arsdale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H. M.**

represented by **Andrew Jacob Van Arsdale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. M.**

represented by **Andrew Jacob Van Arsdale**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Allred**                              represented by   **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*                      (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**L. A.**                                       represented by   **Jennifer A Neal**
*Minor*                                                          (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Allison Allred**                              represented by   **Jennifer A Neal**
*Individually*                                                   (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Melissa Cheramie**                            represented by   **Jennifer A Neal**
*Individually*                                                   (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Melissa Cheramie**                            represented by   **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*                      (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**B. C.**                                       represented by   **Jennifer A Neal**
*Minor*                                                          (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Victoria Vorise**                             represented by   **Jennifer A Neal**
*Individually*                                                   (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Victoria Vorise**                             represented by   **Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*                      (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**K. V.**                                       represented by   **Jennifer A Neal**
*Minor*                                                          (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Malerie Adams**                               represented by   **Curtis George Hoke**
*Individually*                                                   (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Malerie Adams**                               represented by   **Curtis George Hoke**
*as Guardian, on behalf of Plaintiff*                            (See above for address)
*Children*                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**D. J.**
*by and through their parent and natural guardian Malerie Adams*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. P.**
*by and through their parent and natural guardian Malerie Adams*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meagan Rosa Milligan**
*As Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheldon Marcus Milligan**
*As Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.M.**
*(Minor Child)*

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chrisanna Sullivan**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chrisanna Sullivan**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. S.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jothany Frey**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jothany Frey**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tequilla Tuco**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tequilla Tuco**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. M.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stella James**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stella James**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. D.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kylie Shaffett**
*Individually*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kylie Shaffett**
*as Guardian, on behalf of Plaintiff Child*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. C.**
*by and through their parent and natural
guardian Kylie Shaffett*

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chantell Mayfield**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chantell Mayfield**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. H.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Leah Jones**
*Individually*

Jennifer A Neal
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leah Jones**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. J.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Huntsman**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Huntsman**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. H**
*Minor*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jared S. Satre**

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.S.**

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebbecca Smith**
*As Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mollie Penn**
*As Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.D.**

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcela Stephanie De Satre**
*as Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcela Stephanie Parada De Satre**
*as Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jelissa Sherie Pope**
*As Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.P.**

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lindsey Cassidy**
*As Guardian, on behalf of Plaintiff Child*

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.C.B.**

represented by **Debra Nicole Guntner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Bordelon**
*individually*

represented by **Andrew J. Geiger**
Allan Berger & Associates, PLC
4173 Canal St.
New Orleans, LA 70119
504–486–9481
Fax: (504)–483–8130
Email: ageiger@bergerlawnola.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Jr. Baudoin**

represented by **Andrew J. Geiger**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Renee Campbell–Booth**
*Individually*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Renee Campbell–Booth**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jennifer A Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. F.**
*Minor*

represented by **Jennifer A Neal**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shayla Antoinette Cooper**　　　　　　represented by　**Jennifer A Neal**
*Individually*　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shayla Antoinette Cooper**　　　　　　represented by　**Jennifer A Neal**
*As Guardian, on behalf of Plaintiff Child*　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. M.**　　　　　　　　　　　　　　　　represented by　**Jennifer A Neal**
*Minor*　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Abdin**　　　　　　　　　　　　represented by　**Ashley C. Keller**
*Individually*　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Abdin**　　　　　　　　　　　　represented by　**Ashley C. Keller**
*as General Guardian of M.A.*　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.A.**　　　　　　　　　　　　　　　　represented by　**Ashley C. Keller**
*a Minor*　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.H.**　　　　　　　　　　　　　　　　represented by　**Thomas M. Beh**
　　　　　　　　　　　　　　　　　　　　　　　　　Murray Law Firm
　　　　　　　　　　　　　　　　　　　　　　　　　Louisiana
　　　　　　　　　　　　　　　　　　　　　　　　　701 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 4250
　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70139
　　　　　　　　　　　　　　　　　　　　　　　　　504−525−8100
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 504−584−5249
　　　　　　　　　　　　　　　　　　　　　　　　　Email: tbeh@murray−lawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danyale Lawrence**　　　　　　　　　　represented by　**Ashley C. Keller**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danyale Lawrence**
*as General Guardian of M.D.*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.D.**
*a Minor*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelley Siobhan Costello**
*As Guardian, on behalf of Plaintiff Child*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Hardin**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Hardin**
*as Mother and General Guardin of A.H.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.H.**
*a Minor*

**Plaintiff**

**Carisma Julun**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carisma Julun**
*as Mother and General Guardian of W.J.III*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. J., III**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vondah Dede**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vondah Dede**
*as Mother and General Guardian of
W.D.Jr.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. D., Jr**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaylyn Schell**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaylyn Schell**
*as General Guardian of E.S. and J.S*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.S.**
*a Minor*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.S.**
*a Minor*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betina Blueford**
*Individually*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betina Blueford**
*on behalf of her minor children, M.B. and
N.B.*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MB**
*A minor child by Betina Blueford, Parent*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NB**
*A minor child by Betina Blueford, Parent*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Twanna Floyd**
*Individually*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Twanna Floyd**
*on bahalf of minor child, C.T.*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CT**
*A minor child by Twanna Floyd, Parent*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie J. Hill**
*Individually*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie J. Hill**
*on behalf of minor child, O.H*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**OH**
*A minor child by Stephanie J. Hill, Parent*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christie Appelhanz**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christie Appelhanz**
*as General Guardian of E.E.*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**E.E.**
*a Minor*

Ashley C. Keller
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanie Williams**                    represented by   **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanie Williams**                    represented by   **Ashley C. Keller**
*as General Guardian of H.W.*          (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H.W.**                               represented by   **Ashley C. Keller**
*a Minor*                              (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seanna Hauser**                      represented by   **Patrick Luff**
*Individually*                         (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seanna Hauser**                      represented by   **Patrick Luff**
*As Guardian, on behalf of Plaintiff Child*   (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.H.**                               represented by   **Patrick Luff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lunie Plaisir**                      represented by   **Daniel C. Burke**
*Individually*                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lunie Plaisir**                      represented by   **Daniel C. Burke**
*As Guardian, on behalf of Plaintiff Child*   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. P.**                              represented by   **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teaira White**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teaira White**
*as Mother and General Guardian of D.W. Jr.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. W., Jr.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Anderson**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sunshine Anderson**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Morales**
*Individually*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Morales**
*On behalf of her minor children, P.M. and E.M.*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PM**
*A minor*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EM**
*a minor*

represented by **Thomas M. Beh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taylor McQuaide**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taylor McQuaide**                    represented by   **Daniel C. Burke**
*As Guardian, on behalf of Plaintiff Child*                              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**M. M.**                              represented by   **Daniel C. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jessica Mota**                       represented by   **Ashley C. Keller**
*Individually*                                          (See above for address)
*TERMINATED: 04/11/2024*                                *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jessica Mota**                       represented by   **Ashley C. Keller**
*as General Guardian of M.M.*                           (See above for address)
*TERMINATED: 04/11/2024*                                *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**M.M.**                               represented by   **Ashley C. Keller**
*a Minor*                                               (See above for address)
*TERMINATED: 04/11/2024*                                *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michelle Phippen**                   represented by   **Ashley C. Keller**
*Indvidually*                                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michelle Phippen**                   represented by   **Ashley C. Keller**
*as General Guardian of P.P. and L.A.*                  (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**P.P.**                               represented by   **Ashley C. Keller**
*a Minor*                                               (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**L.A.**                               represented by   **Ashley C. Keller**
*a Minor*                                               (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Taylor**                           represented by   **Ashley C. Keller**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Taylor**                           represented by   **Ashley C. Keller**
*as General Guardian of C.O.*                               (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.O.**                                   represented by   **Ashley C. Keller**
*a Minor*                                                   (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mirza Dogo**                             represented by   **Patrick Luff**
*Individually*                                              (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mirza Dogo**                             represented by   **Patrick Luff**
*As Guardian, on behalf of Plaintiff Child*                (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. D.**                                  represented by   **Patrick Luff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tabitha Cross**                          represented by   **Brett A. Emison**
*Individually*                                              (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tabitha Cross**                          represented by   **Brett A. Emison**
*as Mother and General Guardian of A.C.*                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. C.**                                  represented by   **Brett A. Emison**
*a Minor*                                                   (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisha Day**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisha Day**
*as Mother and General Guardian of A.D.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. D.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Stokes**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Stokes**
*as General Guardian of K.G.*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.G.**
*a Minor*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keya Archie**
*Individually*

represented by **Alexandra Whitney Robertson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabella Archie**

represented by **Alexandra Whitney Robertson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Precious Glover**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Precious Glover**
*as Mother and General Guardian of P.H.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**P. H.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Ramirez**
*Individually*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Ramirez**
*as Mother and General Guardian of M.C.*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. C.**
*a Minor*

represented by **Brett A. Emison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Smith**

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Smith**
*as General Guardian of G.R.*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G.R.**
*a Minor*

represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Emanuel Bordoy**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Elin Arce**

represented by **Daniel C. Burke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Trigloff**                    represented by   **Ashley C. Keller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Trigloff**                    represented by   **Ashley C. Keller**
*as General Guardian of R.S.*                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.S.**                               represented by   **Ashley C. Keller**
*R.S.*                                                  (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Silas**                     represented by   **Brett A. Emison**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Silas**                     represented by   **Brett A. Emison**
*as Mother and General Guardian of D.L.*                (See above for address)
*III*                                                   *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. L., III**                         represented by   **Brett A. Emison**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mya Martin**                         represented by   **Daniel C. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Martin**                     represented by   **Daniel C. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Courington**                  represented by   **Ashley C. Keller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hunter Courington**
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Morrow**
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alena Morrow**
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonnita Roby**
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonnita Roby**
*as General Guardian*
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.P.**
*a Minor*
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Callista Bassett**
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Bassett**
represented by **Ashley C. Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristopher White**                          represented by **Daniel C. Burke**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridget McConnell**                         represented by **Daniel C. Burke**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Mikuski**                           represented by **Ashley C. Keller**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Braydon Mckenzie**                          represented by **Ashley C. Keller**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deandre Barbee**                            represented by **Daniel C. Burke**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jantail Barbee**                            represented by **Daniel C. Burke**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Gilliam**                           represented by **Ashley C. Keller**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colby Gilliam**                             represented by **Ashley C. Keller**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Hurst**                                represented by **Ashley C. Keller**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Hurst**                                       represented by **Ashley C. Keller**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Holland**                                  represented by **Daniel C. Burke**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Holland**                                  represented by **Daniel C. Burke**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taryne Burke**                                       represented by **Daniel C. Burke**
*Individually*                                                       (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taryne Burke**                                       represented by **Daniel C. Burke**
*Guardian*                                                           (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashton Burke**                                       represented by **Daniel C. Burke**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Brown**                                     represented by **Ashley C. Keller**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taylor Brown**                                       represented by **Ashley C. Keller**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samari Sims**                                        represented by **Daniel C. Burke**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denisa Cullom**                                      represented by **Daniel C. Burke**
                                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Collin Stover**                    represented by    **Daniel C. Burke**
*Individually*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dana Stewart**                     represented by    **Daniel C. Burke**
*Individually As Mother of Collin Stover*             (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Becky Howell–Adams**               represented by    **Ashley C. Keller**
*individually*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Becky Howell–Adams**               represented by    **Ashley C. Keller**
*Guardian of Sawyer Adams*                            (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sawyer Adams**                     represented by    **Ashley C. Keller**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kelli Lyken**                      represented by    **Daniel C. Burke**
*Individually,*                                       (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kelli Lyken**                      represented by    **Daniel C. Burke**
*And as Mother and Natural Guardian of*               (See above for address)
*KD, Minor*                                           *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**K.D.**                             represented by    **Daniel C. Burke**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kalli Kobler**                     represented by    **Daniel C. Burke**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kalli Kobler**
*As Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**H.K.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rachel McCormick**
*As Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rachel McCormick**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**M.J.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Deven Brauer**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amy Allen**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kailey Nangle**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amy Allen**
*Individually, As Mother of Kailey Nangle*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kaitlynn Cornett**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Cornett**                    represented by   **Daniel C. Burke**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheena Schnepp**                    represented by   **Daniel C. Burke**
*As Guardian, on behalf of Plaintiff Child*            (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheena Schnepp**                    represented by   **Daniel C. Burke**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.S.**                              represented by   **Daniel C. Burke**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**H.S.**                              represented by   **Daniel C. Burke**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zarina Caldwell–Parsons**           represented by   **Daniel C. Burke**
*Individually*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zarina Caldwell–Parsons**           represented by   **Daniel C. Burke**
*And as Mother and Natural Guardian of*                (See above for address)
*XW, Minor*                                            *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**X.W.**                              represented by   **Daniel C. Burke**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zayne Costello**                    represented by   **Daniel C. Burke**
*Individually*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christy Howard**                    represented by   **Daniel C. Burke**
*Individually, As Mother of Zayne Costello*            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elijah McCall**                              represented by **Daniel C. Burke**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rian Czar Johnson**                          represented by **Daniel C. Burke**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shilo Rich**                                 represented by **Daniel C. Burke**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jade Stubblefield**                          represented by **Daniel C. Burke**
*Individually,*                                (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Stubblefield**                       represented by **Daniel C. Burke**
*Individually, As Mother of Jade*              (See above for address)
*Stubblefield*                                 *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Landon J. Kellogg**                          represented by **Daniel C. Burke**
*Individually*                                 (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christi Kellogg**                            represented by **Daniel C. Burke**
*Individually, As Mother of Landon J.*         (See above for address)
*Kellogg*                                      *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Clark**                              represented by **Jessica Clark**, FL
                                               PRO SE

**Plaintiff**

**Jessica Clark**                              represented by **Daniel C. Burke**
*Individually*                                 (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Clark**                              represented by **Daniel C. Burke**
*As Mother and Natural Guardian of J.C.,*      (See above for address)
*a Minor*                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.C.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Toms**
*as Guardian, on behalf of Plaintiff Child,*
*Individually*

represented by **Alexandra Whitney Robertson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Farrow**
*As Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Farrow**
*individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.F.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Webb**
*individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Webb**
*as Guardian, on behalf of Plaintiff Child*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H.Y.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Alexander**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Crystal Alexander**
*as Mother and Natural Guardian of AA,*
*Minor*

**Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**A.A.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Courtney Tillotson**
*Individually*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Courtney Tillotson**
*As Mother And Natural Guardian Of AS,*
*Minor*

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**A.S.**

represented by **Daniel C. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Elaine Porter**
*as Attorney−In−Fact for Nicholas Porter*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nicholas Porter**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Elaine Porter**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Christopher Nelson**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dora Addai−Mensah**
*as Guardian on behalf of plaintiff−child*
*Kevin Addai−Mensah*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Addai–Mensah**                  represented by  **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dora Addai–Mensah**                   represented by  **Jeffrey S. Grand**
*Individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Czion Burkhalter**                    represented by  **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Debra Taylor**                        represented by  **Jeffrey S. Grand**
*as Guardian for Plaintiff–Child Stephanie*             (See above for address)
*Crouch*                                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephanie Crouch**                    represented by  **Jeffrey S. Grand**
*Plaintiff–Child*                                       (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Debra Taylor**                        represented by  **Jeffrey S. Grand**
*Individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ariella Lee**                         represented by  **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**James Thoussaint**                    represented by  **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephon Albright**                    represented by  **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Cody Trealoff**                       represented by  **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Mitchell**                           represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Unique Jenkins**                              represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Wyatt Peterson**                              represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Gabrielle Howell**                            represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ginamay Cardines**                            represented by **Jeffrey S. Grand**
*as Guardian for Keith Hulihe'e Jr*            (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Keith Hulihe'e, Jr.**                         represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jessica Massey**                              represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Roderick Figures**                            represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Julianne Anemone**                            represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Randall Kukich**                              represented by **Jeffrey S. Grand**
                                                (See above for address)
                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Shearer**                              represented by **Jeffrey S. Grand**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Shearer**                            represented by **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rochelle Rose**                              represented by **Jeffrey S. Grand**
*As Attorney−In−Fact for Michael Caswell*                      (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rochelle Rose**                              represented by **Jeffrey S. Grand**
*As Guardian, on behalf of Plaintiff Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rochelle Rose**                              represented by **Jeffrey S. Grand**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Caswell**                            represented by **Jeffrey S. Grand**
*Plaintiff Child*                                              (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Lovelace**                           represented by **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaneka Lewis**                              represented by **Jeffrey S. Grand**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaneka Lewis**                              represented by **Jeffrey S. Grand**
*As Guardian, on behalf of Plaintiff Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.F.**                                       represented by **Jeffrey S. Grand**
*A Minor, By and Through His Parent and*                       (See above for address)

*Natural Guardian, Shaneka Lewis*                          *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Lester**                          represented by   **Jeffrey S. Grand**
*As Attorney−in−Fact and Guardian for*                     (See for address)
*Gavin Maynard*                                            *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Lester**                          represented by   **Jeffrey S. Grand**
*Individually, as Plaintiff−Mother*                        (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gavin Maynard**                         represented by   **Jeffrey S. Grand**
*Plaintiff−Child*                                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryann Godje**                         represented by   **Jeffrey S. Grand**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Davis**                           represented by   **Jeffrey S. Grand**
*Individually*                                             (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Davis**                           represented by   **Jeffrey S. Grand**
*As Guardian, on behalf of Plaintiff Child*                (See above for address)
*Christian Dorsey*                                         *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Dorsey**                      represented by   **Jeffrey S. Grand**
*Plaintiff Child*                                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Henry**                         represented by   **Jeffrey S. Grand**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vaneng Xiong**                          represented by   **Jeffrey S. Grand**
*Individually*                                             (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                          represented by

**Vaneng Xiong**
*As Attorney−in−Fact for Jack Lee*

**Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Lee**
*Plaintiff−Child*

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Savoca**

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Rebholz**

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cody Thompson**

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Jones**

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Lee**

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leah Hall**
*Individually*

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leah Hall**
*As Guardian for Parker Hall*

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Parker Hall**

represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Kail**                                          represented by  **Jeffrey S. Grand**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Justin Troast**                                       represented by  **Jeffrey S. Grand**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Shana Axthelm**                                       represented by  **Jeffrey S. Grand**
*Individually*                                                          (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Shana Axthelm**                                       represented by  **Jeffrey S. Grand**
*As Guardian for Hunter Axthelm*                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Hunter Axthelm**                                      represented by  **Jeffrey S. Grand**
*Plaintiff−Child*                                                       (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kellyann Tommell**                                    represented by  **Jeffrey S. Grand**
*Individually*                                                          (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kellyann Tommell**                                    represented by  **Jeffrey S. Grand**
*As Guardian, on behalf of Plaintiff Child*                             (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**R. T.**                                               represented by  **Jeffrey S. Grand**
*A Minor, by and through his parent and*                                (See above for address)
*natural guardian, Kellyann Tommell.*                                   *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer Fennig**                                     represented by  **Jeffrey S. Grand**
*Individually*                                                          (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer Fennig**                                     represented by  **Jeffrey S. Grand**
*As Guardian for Austin Fennig*                                         (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin Fennig**
*Plaintiff–Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Davis**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenda Spetter**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenda Spetter**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devon Spetter**
*Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Becki Becker**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Becki Becker**
*As Guardian for Anthony Becker*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Becker**
*Plaintiff–Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Higginbotham**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randall Jimenez**
*Other Parent and natural guardian*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. J.**
*Minor−Child Plaintiff*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Milardo**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Milardo**
*As Guardian, on behalf of*
*Minor−Plaintiff−Child J.J.*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexis Pierce**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emery Layton**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Salazar−Morris**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alyssa Willhite**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Whitebread**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine Watson**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine Watson**
*Individually, as Plaintiff−Mother*

represented by **Jeffrey S. Grand**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Watson**
*Plaintiff–Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Sherry**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Sherry**
*Individually, as Plaintiff–Mother*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trevor Sherry**
*Plaintiff–Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cameron Jones**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Bowling**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocio Aybar**
*As Guardian, on behalf of Minor Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocio Aybar**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. A.**
*A minor, by and through his parent & natural guardian*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Wendy Stephenson**
*As Guardian, on behalf of Plaintiff Child*

**Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy Stephenson**
*Individually, as Plaintiff−Mother*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jadon Prevost**
*Plaintiff−Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tatianna Diaz**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Capuano**
*Individually, as the parent and natural guardian of plaintiff−minor*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Capuano**
*As Guardian on behalf of plaintiff−child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.C.**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connor Munyon**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob Foy**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Jo Faulkner**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucienne Rivera**                          represented by   **Jeffrey S. Grand**
*As Guardian, on behalf of Plaintiff–Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucienne Rivera**                          represented by   **Jeffrey S. Grand**
*Individually*                                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Falcone**                         represented by   **Jeffrey S. Grand**
*Plaintiff Child*                                              (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devyn Perkins**                            represented by   **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Manza**                             represented by   **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace Roberts**                            represented by   **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin Moseley**                           represented by   **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Max Freeman**                              represented by   **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaleb Walters**                            represented by   **Jeffrey S. Grand**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tia Torres**                               represented by   **Jeffrey S. Grand**
*As Guardian, on behalf of Plaintiff Child*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tia Torres**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. T.**
*Minor Plaintiff Child # 1*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**V. S.**
*Minor Plaintiff Child # 2*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**
*Minor Plaintiff Child # 3*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pennie Dewart**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pennie Dewart**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob Dewart**
*Plaintiff−Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candace Taylor**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candace Taylor**
*As Guardian, on behalf of*
*Minor−Plaintiff−Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. T.**
*A minor, by and through his parent and*
*natural guardian Candace Taylor*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Howard**                  represented by  **Jeffrey S. Grand**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chase Thomas**                   represented by  **Jeffrey S. Grand**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fidel Harding**                  represented by  **Jeffrey S. Grand**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noaih Drake**                    represented by  **Jeffrey S. Grand**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shalaya Frazier−Holmes**         represented by  **Jeffrey S. Grand**
*Individually*                                     (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shalaya Frazier−Holmes**         represented by  **Jeffrey S. Grand**
*As a Guardian for Plaintiff−Child−Minor*          (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. H.**                          represented by  **Jeffrey S. Grand**
*Plaintiff−Child−Minor, Guardian,*                 (See above for address)
*Frazier−Holmes*                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Amro**                   represented by  **Jeffrey S. Grand**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Dewart**                 represented by  **Jeffrey S. Grand**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thamires Muniz**                 represented by  **Jeffrey S. Grand**
*Individually*                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thamires Muniz**                    represented by    **Jeffrey S. Grand**
*As Guardian on behalf of plaintiff child*              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. M.**                             represented by    **Jeffrey S. Grand**
*a minor by and through his parent and*                 (See above for address)
*natural guardian Thamires Muniz*                       *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gol Shell**                         represented by    **Jeffrey S. Grand**
*Parent*                                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. S.**                             represented by    **Jeffrey S. Grand**
*Plaintiff–Minor by and through parent*                 (See above for address)
*and natural guardian Gol Shell*                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Levi Putnam**                       represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xzavier Macon**                     represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Squires**                     represented by    **Jeffrey S. Grand**
*Individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Squires**                     represented by    **Jeffrey S. Grand**
*As Guardian on behalf of Plaintiff Child*              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M S**                               represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rohit Medishetty**                  represented by

**Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genyce Galvan**                          represented by   **Jeffrey S. Grand**
*As Guardian on behalf of*                                  (See above for address)
*Minor−Plaintiff−Child*                                     *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genyce Galvan**                          represented by   **Jeffrey S. Grand**
*Individually*                                              (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. F.**                                  represented by   **Jeffrey S. Grand**
*Minor−Plaintiff−Child*                                     (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Sanchez**                         represented by   **Jeffrey S. Grand**
*As Guardian on behalf of*                                  (See above for address)
*Minor−Plaintiff−Child*                                     *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Sanchez**                         represented by   **Jeffrey S. Grand**
*Individually*                                              (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. S.**                                  represented by   **Jeffrey S. Grand**
*Minor−Plaintiff−Child*                                     (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Chavez**                           represented by   **Jeffrey S. Grand**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evan Urban**                             represented by   **Jeffrey S. Grand**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina Fortugno**                          represented by   **Jeffrey S. Grand**
*As Guardian on behalf of*                                  (See above for address)
*Minor−Plaintiff−Child*                                     *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina Fortugno**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. F.**
*Minor−Plaintiff−Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cody Hartman**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Kurtz**
*As Guardian, on behalf of Plaintiff Child,*
*Minor*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Kurtz**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B. K.**
*Minor Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Knox**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Reed**
*Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Franklin**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wesley Rawlings**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bartram**                              represented by  **Jeffrey S. Grand**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kylie Chesley**                               represented by  **Jeffrey S. Grand**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Barber**                               represented by  **Jeffrey S. Grand**
*Individually*                                                  (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Barber**                               represented by  **Jeffrey S. Grand**
*As Guardian on behalf of Plaintiff−Child*                      (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.Q.**                                        represented by  **Jeffrey S. Grand**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohammad Hamzi**                              represented by  **Jeffrey S. Grand**
*Plaintiff−Child*                                               (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Izdihar Abadi**                               represented by  **Jeffrey S. Grand**
*Plaintiff−Mother, Individually*                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nikyia Allen**                                represented by  **Jeffrey S. Grand**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Barber**                               represented by  **Jeffrey S. Grand**
*As Guardian*                                                   (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hezekiah Wilkes**                             represented by  **Jeffrey S. Grand**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Jessica Johnson**
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Jacob Harr**
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Jessica Hincapie**
*As Guardian*
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Jessica Hincapie**
*Individually*
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**L. H.**
*Minor*
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Tracy Frost**
*As Guardian*
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Tracy Frost**
*Individually*
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**D. F.**
*Minor*
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Lori Bennett**
*As Guardian*
                        represented by  **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Lori Bennett**
*Individually*
                        represented by  **Jeffrey S. Grand**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alex Ortiz**                                     represented by  **Jeffrey S. Grand**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anjelika Ortiz**                                 represented by  **Jeffrey S. Grand**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Atalie Mills**                                   represented by  **Jeffrey S. Grand**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Johnson**                                  represented by  **Jeffrey S. Grand**
*As Guardian*                                                     (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leighton Johnson**                               represented by  **Jeffrey S. Grand**
*Deceased*                                                        (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Pierce**                                   represented by  **Jeffrey S. Grand**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaydin Drazen**                                  represented by  **Jeffrey S. Grand**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diamond Patterson**                              represented by  **Jeffrey S. Grand**
*As Guardian on behalf of Minor Plaintiff*                        (See above for address)
*Child*                                                           *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diamond Patterson**                              represented by  **Jeffrey S. Grand**
*Individually*                                                    (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                                   represented by

**K. G.**
*Guardian, Patterson*

Jeffrey S. Grand
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Braden Griffith**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shealyn Moore**
*As Guardian, on behalf of Plaintiff Child*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shealyn Moore**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. H.**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alise Blount**
*As Guardian*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alise Blount**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. H.**
*A Minor*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Summer Medina**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Horine**
*As Guardian*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Horine**
*Individually*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. M.**
*Minor*

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Ross**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Steph**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colin Wager**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Drew Wager**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mason Wager**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magdelena Abby**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelina Downey**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Faith Ridley**

represented by **Jeffrey S. Grand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ariel Whitaker**                    represented by    **Jeffrey S. Grand**
*As Guardian*                                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ariel Whitaker**                    represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. D.**                             represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Madariga**                 represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Garcia**                     represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julian Novoj**                      represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaileigh Heiker**                   represented by    **Jeffrey S. Grand**
*As Guardian*                                           (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaileigh Heiker**                   represented by    **Jeffrey S. Grand**
*Individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**O. H.**                             represented by    **Jeffrey S. Grand**
*Minor*                                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramone Williams**                   represented by    **Jeffrey S. Grand**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Cortinas**                        represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sydney Cross**                         represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Chavez**                           represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curt Foster**                          represented by  **Jeffrey S. Grand**
*As other parent and guardian for Briana*               (See above for address)
*Foster and Adriana Foster*                              *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briana Foster**                        represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adriana Foster**                       represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julius Patton**                        represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yashua Jordan**                        represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sage Gionet**                          represented by  **Jeffrey S. Grand**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Movant**

**Andrew Bluth**

represented by **Andrew Daniel Bluth**
Singleton Schreiber, LLP
1414 K Street
Ste #470
Sacramento, CA 95814
916–248–8478
Fax: 619–255–1515
Email: abluth@singletonschreiber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Christopher R Rodriguez**

represented by **Christopher Ross Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Curtis G Hoke**

represented by **Curtis George Hoke**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rite Aid Corporation**
P.O. Box 3165
Harrisburg, PA 17105
*TERMINATED: 08/05/2024*

represented by **Karen G Felter , I**
Smith Sovik Kendrick & Sugnet, P.C.
250 South Clinton Street, Suite 600
Syracuse, NY 13202
(315)–474–2911
Fax: (315)–474–6015
Email: kfelter@smithsovik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael–Gregory Katz**
Office of the United States Attorney –
Syracuse
James M. Hanley Federal Building
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261
315–448–0672
Fax: 315–448–0646
Email: David.Katz@usdoj.gov
*TERMINATED: 01/05/2024*

**Defendant**

**Wal–Mart Stores Inc.**

represented by **Beth C. Boggs**
Boggs, Avellino, Lach & Boggs, LLC
9326 Olive Boulevard
Suite 200
St. Louis, MO 63132
(314)726–2310
Fax: 314–726–2360
Email: bboggs@balblawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Frederick Zimmer , Jr.**
King & Spalding
50 California Street

STE. 3300
San Francisco, CA 94111
415–318–1200
Email: fzimmer@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M Silverman**
WILLIAMS KASTNER & GIBBS (SEA)
TWO UNION SQUARE
601 UNION ST STE 4100
SEATTLE, WA 98101
206–628–6600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Price Davis**
King & Spalding
50 California Street
Suite 3300
San Francisco, CA 94111
415–318–1228
Email: edavis@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Taylor Stewart**
King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111
415–318–1200
Fax: 415–318–1300
Email: jstewart@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt R. Bonds**
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
702–384–7000
Fax: 702–385–7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Livia M. Kiser**
Latham & Watkins LLP (IL)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312)–876–6568
Fax: (312)–993–9767
Email: lkiser@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Ryan Younger**
Quattlebaum Grooms Tull Burrow PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201
(501) 379–1700
Fax: (501) 379–1701

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney L Umberger , Jr**
WILLIAMS KASTNER & GIBBS (SEA)
TWO UNION SQUARE
601 UNION ST STE 4100
SEATTLE, WA 98101
206–628–6600
Fax: 206–628–6611
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G Williams**
Quattlebaum, Grooms, Tull & Burrow,
PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201
501–379–1700
Fax: 501–379–1701
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Evans**
Greenberg Traurig
1144 15th St
Suite 3300
80202
Denver, CO 80202
303–685–7422
Email: austin.evans@gtlaw.com
*TERMINATED: 08/19/2024*

**Jeffrey S. Bucholtz**
King & Spalding LLP
1700 Pennsylvania Ave., NW
Washington, DC 20006
202–626–2907
Fax: 202–626–3737
Email: jbucholtz@kslaw.com
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
212–790–5342
Email: kfournier@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreens Co.**                    represented by  **Kristen Lee Richer**
Barnes & Thornburg LLP
Litigation
2029 Century Park East
Ste 300
Los Angeles, CA 90067
310–284–3896
Fax: 310–284–3894
Email: kricher@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nadine S. Kohane**
Barnes & Thornburg LLP
390 Madison Avenue, 12th Floor
Suite 700
New York, NY 10017
646–746–2035
Email: nkohane@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel K Anderson**
DAVIS ROTHWELL EARLE &
XOCHIHUA (OR)
200 SW MARKET STREET, STE 1800
PORTLAND, OR 97201
503–222–4422
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Costco Wholesale Corporation**          represented by   **Kristen Lee Richer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark William Wallin**
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
312–214–4591
Email: mwallin@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nadine S. Kohane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreens Boots Alliance**          represented by   **Catherine Paige Lohse**
Barnes & Thornburg LLP
1 N. Wacker Dr.
Suite 4400
Chicago, IL 60606
312–214–8301
Fax: 312–759–5646
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard J. Russell**
Weinberg, Wheeler, Hudgins, Gunn &
Dial, LLC
6385 S. Rainbow Blvd.
Suite 400
Las Vegas, NV 89118
(702) 938–3838
Fax: (702) 938–3864
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James F Holtz**

Ranalli Zaniel Fowler & Moran LLC
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
702–477–7774
Fax: 702–477–7778
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L Brennan**
Barnes & Thornburg LLP
1776 On The Green
67 East Park Place
Suite 1000
Morristown, NJ 07960–7105
973–775–6120
Fax: 973–775–6102
Email: jessica.brennan@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Adrian**
Brown & James, PC–St.Louis
800 Market Street
Suite 1100
St. Louis, MO 63101
(314) 242–5207
Fax: (314) 242–5407
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Lee Richer**
Barnes & Thornburg LLP
2029 Century Park East
Ste 300
Los Angeles, CA 90067
310–284–3896
Fax: 310–284–3894
Email: kricher@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nadine S. Kohane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah E. Johnston**
Barnes and Thornburg LLP
2049 Century Park East Suite 300
Los Angeles, CA 90067
310–284–3880
Fax: 310–284–3894
*TERMINATED: 05/01/2025*

**Defendant**

**CVS Health**                                  represented by   **Kristen Lee Richer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nadine S. Kohane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Health Corporation**                    represented by **Catherine Paige Lohse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L Brennan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Lee Richer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nadine S. Kohane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Johnston**
Barnes & Thornburg LLP
2029 Century Park East, Ste. 300
Los Angeles, CA 46601
310–284–3880
Email: sjohnston@btlaw.com
*TERMINATED: 05/01/2025*

**Defendant**

**Safeway Inc.**                    represented by **Amanda L. Groves**
*TERMINATED: 08/05/2024*                    Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071
213–615–1851
Fax: 213–615–1750
Email: AGroves@winston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra J. Kushner**
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
212–294–3572
Email: akushner@winston.com
*TERMINATED: 06/17/2024*

**Gregory Andrew Ellis**
Winston & Strawn/Chicago
333 South Grand Avenue
Ste 38th Floor
Los Angeles, CA 90071
213–616–1990
Fax: 213–615–1750
Email: gellis@parklawless.com
*TERMINATED: 01/14/2025*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walmart Inc.**
*TERMINATED: 08/05/2024*

represented by **Donald Frederick Zimmer , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Taylor Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirsten Pagel**
Nilan Johnson Lewis PA
250 Marquette Avenue South
Suite 800
Minneapolis, MN 55401
612−305−7529
Fax: 612−305−7501
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt R. Bonds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrice Stephenson−Johnson**
Tyson & Mendes
170 South Green Valley Parkway Suite
300
Henderson, NV 89012
702−724−2648
Fax: 702−410−7684
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy J Van Steenburgh**
Nilan Johnson Lewis PA
120 S 6th St Ste 400
Mpls, MN 55402
612−305−7500
Fax: 612−305−7501
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Evans**
(See above for address)
*TERMINATED: 08/19/2024*

**Ethan Price Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Livia M. Kiser**
King & Spalding
King & Spalding LLP
110 N Wacker Drive
Suite 3800
60606

Chicago, IL 60606
312−764−6911
Email: lkiser@kslaw.com
*ATTORNEY TO BE NOTICED*

**Luke Alexander Bosso**
King & Spalding
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
404−572−4612
Email: lbosso@kslaw.com
*ATTORNEY TO BE NOTICED*

**Rose Jones**
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Rite Aid Corporation**<br>*TERMINATED: 08/05/2024* | represented by | **James S Link**<br>Counselor and Advocate at Law<br>215 North Marengo Avenue 3rd Floor<br>Pasadena, CA 91101−1504<br>626−793−9570<br>Fax: 626−628−1925<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jeffrey H Baraban**
Baraban and Teske
215 North Marengo Avenue 3rd Floor
Pasadena, CA 91101−1569
626−440−9882
Fax: 626−440−9393
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael−Gregory Katz**
(See above for address)
*TERMINATED: 01/05/2024*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dollar Tree, Inc.** | represented by | **Lori Blake Leskin**<br>Arnold & Porter, LLP<br>250 West 55th Street<br>New York, NY 10019<br>212−836−8000<br>Fax: 212−836−8689<br>Email: Lori.Leskin@arnoldporter.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Mitchell Russell Stern**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
(212)−836−7963
Fax: (212)−836−8689
Email: mitchell.stern@arnoldporter.com
*TERMINATED: 06/20/2025*

**Defendant**

| | | |
|---|---|---|
| **Family Dollar, Inc.** | represented by | **Jeanette M. Bazis**<br>Greene Espel PLLP<br>222 S 9th St Ste 2200<br>Mpls, MN 55402<br>612–373–0830<br>Fax: 612–373–0929<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Lori Blake Leskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rhonda R. Trotter**
Akin Gump Strauss Hauer & Feld, LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 229–1000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Russell Stern**
(See above for address)
*TERMINATED: 06/20/2025*

**Defendant**

| | | |
|---|---|---|
| **Wal–Mart Stores, Incorporated**<br>*a Delaware corporation* | represented by | **Grant Daniel Waterkotte**<br>Pettit Kohn Ingrassia Lutz & Dolin PC –<br>Tucson, AZ<br>6363 N Swan Rd., Ste. 200<br>Tucson, AZ 85718–3654<br>520–849–0576<br>Fax: 858–755–8504<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Austin Evans**
(See above for address)
*TERMINATED: 08/19/2024*

**Donald Frederick Zimmer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Bucholtz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Walgreens Boots Alliance Incorporated**<br>*a Delaware corporation* | represented by | **Douglas Robert Cullins**<br>Jones Skelton & Hochuli PLC<br>40 N Central Ave., Ste. 2700 |

Phoenix, AZ 85004
602–263–1700
Fax: 602–263–1784
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Lee Richer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Target Corporation**      represented by   **Alexandra Preece Barlow**
*TERMINATED: 08/05/2024*                     Morrison & Foerster LLP
                                             12531 High Bluff Drive
                                             Suite 100
                                             San Diego, CA 92130
                                             858–720–5100
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Julie Y. Park**
                                             Morrison & Foerster LLP
                                             12531 High Bluff Drive
                                             Suite 100
                                             San Diego, CA 92130
                                             (858)–314–7560
                                             Fax: (858)–720–5125
                                             Email: juliepark@mofo.com
                                             *LEAD ATTORNEY*
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

                                             **Purvi Govindlal Patel**
                                             Morrison & Foerster LLP
                                             707 Wilshire Boulevard, Suite 6000
                                             Los Angeles, CA 90017
                                             (213) 892–5200
                                             Fax: (213) 892–5454
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Kristen Renee Fournier**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

                                             **Tiffani B. Figueroa**
                                             Morrison & Foerster LLP (NYC)
                                             250 West 55th Street
                                             New York, NY 10019
                                             (212)–468–8000
                                             Email: tfigueroa@mofo.com
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreen CO**      represented by   **Kristen Lee Richer**
*TERMINATED: 08/05/2024*              (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreens Boots Alliance, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Sam's West Inc.** | represented by | **Austin Evans**<br>(See above for address)<br>*TERMINATED: 08/19/2024* |
| | | **Jennifer Taylor Stewart**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristen Renee Fournier**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Walmart, Incorporated** | represented by | **Kirsten Pagel**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Tracy J Van Steenburgh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Austin Evans**<br>(See above for address)<br>*TERMINATED: 08/19/2024* |
| | | **Donald Frederick Zimmer , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristen Renee Fournier**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rose Jones**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dollar Tree Inc.** | represented by | **Jeanette M. Bazis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristen Renee Fournier**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Lori Blake Leskin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mitchell Russell Stern**<br>(See above for address)<br>*TERMINATED: 06/20/2025* |

**Defendant**

| | | |
|---|---|---|
| **Costco Wholesale Corporation** | represented by | **Kristen Lee Richer**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Sandra Meeyoun Ko**
Barnes and Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067
310–284–3899
Email: sko@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Pharmacy Inc**
*TERMINATED: 08/05/2024*

represented by **Jessica L Brennan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Lee Richer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nadine S. Kohane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E. Johnston**
(See above for address)
*TERMINATED: 05/01/2025*

**Defendant**

**Wal–Mart Inc.**

represented by **Austin Evans**
(See above for address)
*TERMINATED: 08/19/2024*

**Donald Frederick Zimmer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Bucholtz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Costco Wholesale Corp.**

represented by **Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson**

represented by **David Michael Cohen**
Butler Snow LLP
810 7th Avenue

Ste 1105
New York, NY 10019
646−606−2995
Fax: 646−606−3995
Email: david.cohen@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Nao Takada**
Butler Snow LLP
810 7th Avenue
Ste 1105
New York, NY 10019
646−891−2505
Fax: 646−606−3995
Email: nao.takada@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Raquel Lucas Herraiz**
Butler Snow LLP
810 7th Avenue
Suite 1105
New York, NY 10019
646−588−1996
Fax: 646−606−3995
Email: raquel.lucas@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson Consumer, Inc.**
*TERMINATED: 08/05/2024*

represented by **CHANDA A MILLER**
Barnes & Thornburg LLP
100 N 18th Street, Suite 415
Philadelphia, PA 19103
445−201−8900
Fax: 445−201−8901
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Francis Murdica**
Barnes & Thornburg LLP
390 Madison Avenue
Ste 12th Floor
New York, NY 10017−2509
312−214−4869
Fax: 312−759−5646
Email: jmurdica@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L Brennan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyson B. Jones**
Butler Snow LLP
1020 Highland Parkway Suite 1400
Ridgeland
Ridgeland, MS 39157
601−985−4427
Email: alyson.jones@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Sarah Johnston**
(See above for address)

*TERMINATED: 05/01/2025*

**Defendant**
**McNeil–PPC**

**Defendant**
**McNeil Consumer Healthcare**

**Defendant**
**7–Eleven, Inc.**                        represented by   **James F. Speyer**
Arnold and Porter Kaye Scholer LLP
777 South Figueroa Street 44th Floor
Los Angeles, CA 90017–5844
213–243–4141
Fax: 213–243–4199
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Blake Leskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Russell Stern**
(See above for address)
*TERMINATED: 06/20/2025*

**Rayne Ellis**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212–836–7869
Email: rayne.ellis@arnoldporter.com
*TERMINATED: 08/16/2024*

**Defendant**
**Dollar General Corporation**            represented by   **Anne A Gruner**
Duane Morris LLP
30 So. 17th St.
Philadelphia, PA 19103
215–979–1165
Email: aagruner@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana J Ash**
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215–979–1197
Fax: 215–689–0844
Email: djash@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra J. Kushner**
(See above for address)
*TERMINATED: 06/17/2024*

**Amanda L. Groves**
(See above for address)
*TERMINATED: 04/18/2023*

**Gregory Andrew Ellis**
(See above for address)
*TERMINATED: 04/18/2023*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Kenneth Burke**
Duane Morris LLP
901 New York Ave NW
Ste 700 East
Washington, DC 20001−4795
202−776−5236
Fax: 215−827−5491
Email: sburke@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Big Lots**                                  represented by  **Jaynee Mathis**
Cozen O'Connor
CA
601 S Figueroa Street
Suite 3700
Los Angeles, CA 90017
213−892−7968
Email: jmathis@cozen.com
*ATTORNEY TO BE NOTICED*

**Katie Megan Trinh**
Haight Brown And Bonesteel LLP
555 S Flower St Forty−Fifth Fl
Los Angeles, CA 90071
213−542−8041
Fax: 213−542−8100
Email: ktrinh@hbblaw.com
*TERMINATED: 10/24/2024*

**Keith Rozanski**
Haight Brown & Bonesteel LLP
555 S. Flower Street, 45th Floor
Los Angeles, CA 90071
213−542−8000
Fax: 213−542−8000
Email: krozanski@hbblaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Health Corp.**

**Defendant**

**Walgreens Boot Alliance, Inc.**              represented by  **Jessica L Brennan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Lee Richer**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Johnston**
(See above for address)
*TERMINATED: 05/01/2025*

**Defendant**

**Walgreen, Co.**
*TERMINATED: 08/05/2024*

represented by **Jessica L Brennan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Lee Richer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Johnston**
(See above for address)
*TERMINATED: 05/01/2025*

**Defendant**

**Dollar General**

represented by **Anne A Gruner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana J Ash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra J. Kushner**
(See above for address)
*TERMINATED: 06/17/2024*

**Sean Kenneth Burke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid**
*TERMINATED: 11/14/2024*

represented by **David Michael–Gregory Katz**
(See above for address)
*TERMINATED: 01/05/2024*

**Defendant**

**The Kroger, Co.**

represented by **Gregory E Stone**
Stone Dean LLP
21052 Oxnard Street
Woodland Hills, CA 91367
818–999–2232
Email: gstone@stonedeanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Lara**
Stone Dean

Stone Dean
21052 Oxnard St
Woodland Hills, CA 91367
818–999–2232
Email: joseph.lara@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Kristen Renee Fournier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristi W Dean**
Stone Dean LLP
21052 Oxnard St
Woodland Hills, CA 91367
818–999–2232
Email: ccinnater@stonedeanlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson Consumer Inc.**          represented by   **Jay Philip Lefkowitz**
*TERMINATED: 08/05/2024*                                      Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)–446–4970
Fax: (212)–446–4900
Email: lefkowitz@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison M. Brown**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
Ste 42–216
New York, NY 10001
212–735–3222
Email: alli.brown@kirkland.com
*ATTORNEY TO BE NOTICED*

**Gregory Brian Smith Jackson**
Bulter Snow
150 Third Avenue South
Suite 1600
Nashville, TN 37201
615–651–6716
Fax: 615–651–6701
Email: brian.jackson@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Jessica L Brennan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Davidson**
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West
New York, NY 10001
212–735–2588
Fax: 917–777–2588
Email: Jessica.Davidson@skadden.com
*ATTORNEY TO BE NOTICED*

**Michael B. Hewes**

Bulter Snow
1300 25th Avenue, Suite 204
Butler Snow LLP
Gulfport, Ste Butler Snow LLP
Gulfport, MS 39501
228–575–3039
Fax: 228–868–1531
Email: michael.hewes@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Michael Charles Zogby**
Barnes & Thornburg LLP
1776 ON The Green
67 East Park Place
Suite 1000
Morristown, NJ 07960–7105
973–775–6110
Fax: 973–775–6102
Email: michael.zogby@btlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Johnston**
(See above for address)
*TERMINATED: 05/01/2025*

**Tara L. Blake**
Bulter Snow
The Pinnacle at Symphony Place
150 3rd Ave. South, Suite 1600
Nashville, TN 37201
615–651–6700
Fax: 615–651–6701
Email: tara.blake@kirkland.com
*ATTORNEY TO BE NOTICED*

**Travis B. Swearingen**
Butler Snow LP
1020 Highland Colony Parkway
Ridgeland, MS 39157
615–651–6734
Fax: 615–651–6701
Email: travis.swearingen@butlersnow.com
*ATTORNEY TO BE NOTICED*

**William Padgett**
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
317–231–7353
Fax: 317–231–7433
Email: wpadgett@btlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**McNeil–PPC Inc.**

**Defendant**
**Walmart Stores Inc.**                    represented by   **Walmart Stores Inc.**
PRO SE

**Austin Evans**
(See above for address)
*TERMINATED: 08/19/2024*

**Defendant**

**John Doe's 1–10**

**Defendant**

**Sams West Inc.**                        represented by   **Jennifer Taylor Stewart**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Austin Evans**
                                                          (See above for address)
                                                          *TERMINATED: 08/19/2024*

                                                          **Kristen Renee Fournier**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dollar Tree Stores, Inc.**              represented by   **Lori Blake Leskin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mitchell Russell Stern**
                                                          (See above for address)
                                                          *TERMINATED: 06/20/2025*

                                                          **Rayne Ellis**
                                                          (See above for address)
                                                          *TERMINATED: 08/16/2024*

**Defendant**

**Family Dollar Stores Inc.**             represented by   **Family Dollar Stores Inc.**
                                                          PRO SE

                                                          **Mitchell Russell Stern**
                                                          (See above for address)
                                                          *TERMINATED: 06/20/2025*

**Defendant**

**Walgreen Co.**                          represented by   **Kristen Lee Richer**
*TERMINATED: 08/05/2024*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Walmart, Inc.**                         represented by   **Rose Jones**
*TERMINATED: 08/05/2024*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Pharmacy, Inc.**                    represented by   **Kristen Lee Richer**
*TERMINATED: 08/05/2024*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dolgencorp LLC**                        represented by   **Sean Kenneth Burke**
*TERMINATED: 08/05/2024*                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne A Gruner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana J Ash**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Family Dollar Stores, LLC**                    represented by    **Lori Blake Leskin**
*TERMINATED: 08/05/2024*                                          (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Mitchell Russell Stern**
                                                                  (See above for address)
                                                                  *TERMINATED: 06/20/2025*

                                                                  **Rayne Ellis**
                                                                  (See above for address)
                                                                  *TERMINATED: 08/16/2024*

**Defendant**
**Duane Reade**

**Defendant**
**The Kroger Co.**                               represented by    **Kristi W Dean**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**Publix Super Markets, Inc.**

**Defendant**
**Harris Teeter, LLC**

**Defendant**
**Giant Food LLC**

**Defendant**
**Albertson's**                                  represented by    **Amanda L. Groves**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Gregory Andrew Ellis**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**Johnson and Johnson Consumer Inc.**
*TERMINATED: 08/05/2024*

**Defendant**
**CVS Pharmacy Inc**
*TERMINATED: 08/05/2024*

**Defendant**

**Walgreen Co.**
*TERMINATED: 08/05/2024*

**Defendant**

**Walmart Inc.**                                   represented by  **Rose Jones**
*TERMINATED: 08/05/2024*                                          (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Giant**

**Miscellaneous**

**UNITED STATES OF AMERICA**

**Interested Party**

**BrownGreer PLC**
250 Rocketts Way
Richmond, VA 23231
804–521–7234
*docketharvester@browngreer.com*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2022 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending outside the Southern District of New York, in the Western District of Arkansas, Central District of California, Northern District of California, District of Minnesota, Western District of Missouri, District of Nevada, Western District of Washington, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings. (Signed by MDL Panel on 10/5/2022) (vba) (Entered: 10/07/2022) |
| 10/05/2022 |   | Case Designated ECF. (vba) (Entered: 10/07/2022) |
| 10/05/2022 |   | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vba) (Entered: 10/07/2022) |
| 10/14/2022 | 2 | NOTICE OF APPEARANCE by Karen Guyder Felter on behalf of Rite Aid Corporation..(Felter, Karen) (Entered: 10/14/2022) |
| 10/14/2022 | 7 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending outside the Southern District of New York, in the District of Arizona, District of Central California, District of Northern California, District of Minnesota, District of Nevada, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 10/14/2022) (vba) (Entered: 10/18/2022) |
| 10/15/2022 | 3 | LETTER MOTION for Extension of Time *clarification and request for briefing schedule on motions to dismiss* addressed to Judge Denise L. Cote from Ashley C. Keller and Mikal Watts dated 10/15/2022. Document filed by C. H., Lisa Roberts, Robin Hatfield, M. M...(Keller, Ashley) (Entered: 10/15/2022) |

| 10/17/2022 | 4 | NOTICE OF APPEARANCE by David Michael–Gregory Katz on behalf of Rite Aid Corporation..(Katz, David) (Entered: 10/17/2022) |
|---|---|---|
| 10/17/2022 | 5 | NOTICE OF APPEARANCE by Nadine Shari Kohane on behalf of CVS Health, CVS Health Corporation, Costco Wholesale Corporation, Walgreens Boots Alliance, Walgreens Co...(Kohane, Nadine) (Entered: 10/17/2022) |
| 10/17/2022 | 6 | NOTICE OF APPEARANCE by Kristen Lee Richer on behalf of CVS Health, CVS Health Corporation, Costco Wholesale Corporation, Walgreens Boots Alliance, Walgreens Co...(Richer, Kristen) (Entered: 10/17/2022) |
| 10/18/2022 | 8 | ORDER: It is hereby ORDERED that the plaintiffs shall file any amended complaints by October 28, 2022. It is unlikely that the plaintiffs will have a further opportunity to amend. IT IS FURTHER ORDERED that if no amended complaints are filed, any oppositions to the motions to dismiss shall be filed by October 28, 2022. Replies, if any, shall be filed by November 11, 2022. At the time any reply is filed, the moving parties shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. ( Amended Pleadings due by 10/28/2022., Responses due by 10/28/2022, Replies due by 11/11/2022.) (Signed by Judge Denise L. Cote on 10/18/2022) (vfr) (Entered: 10/18/2022) |
| 10/18/2022 | 9 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Dollar Tree, Inc., Family Dollar, Inc...(Leskin, Lori) (Entered: 10/18/2022) |
| 10/18/2022 | 10 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Dollar Tree, Inc., Family Dollar, Inc...(Stern, Mitchell) (Entered: 10/18/2022) |
| 10/18/2022 | 11 | ORDER: It is hereby Ordered that: I. MULTIDISTRICT LITIGATION ACTION– 1. The cases transferred to this Court by the Panel as Member Cases of this multidistrict litigation action ("MDL"), and any related cases that are filed in the Southern District of New York, shall be referred to collectively as In re Acetaminophen ASD–ADHD Products Liability Litigation, Docket No. 22md3043 (DLC). These actions and any future actions so transferred and filed are hereby consolidated for all pretrial purposes without the need for future motions or orders. 2. No action taken hereunder shall have the effect of making any person, firm, or corporation a party to any action in which the person or entity has not been named, served, or added as such in accordance with the Federal Rules of Civil Procedure. II. MDL DOCKET AND MEMBER CASE DOCKETS– 3. An MDL docket is hereby established for the MDL proceedings. The MDL docket shall be Civil Action No. 22md3043 (DLC). This Order shall be docketed by the Clerk in the MDL Docket herein established. The Clerk shall maintain a separate docket for each of the Member Cases and filings shall be docketed therein in accordance with the regular procedures of the Clerk of this Court except as modified by Sections III and V of this Order. III. NEWLY FILED OR TRANSFERRED ACTIONS– 4. When an action that relates to the same subject matter as the MDL is hereafter filed in or transferred to this Court and assigned to the undersigned, it shall be a Member Case in the MDL, and the Clerk of Court shall docket a copy of this Order in the separate docket for such action and make an appropriate entry in the MDL Docket. 5. The Court requests the assistance of counsel in calling to the attention of the Clerk the filing or transfer of any case which might properly be included in the MDL. IV.CAPTIONS 6. Every pleading filed in the MDL, and in any Member Case included therein, shall bear the following caption, as further set forth herein. 7. When a pleading is intended to be applicable to all actions in the MDL, the caption shall state: "This Document Relates To: All Actions." When a pleading is not intended to apply to all such actions, the docket number for each Member Case to which it is intended to apply shall appear immediately after the words "This Document Relates To:" in the caption. V. FILING– 8. When a party files a document on ECF and the caption shows that is application to All Actions, the party shall file it in the MDL Docket. No other filing need be made. 9. When a party files a document on ECF and the caption shows that it is not applicable to All Actions, the party shall file it in the MDL Docket and in each Member Case docket to which it applies. 10. Unless otherwise orders, all documents shall be filed electronically via the Court's CM/ECF system, as further set forth herein. 11. All counsel shall register promptly for this Court's CM/ECF filing system. VI. SCHEDULE AND PRETRIAL CONFERENCE– 12. With the exception of Roberts v. Wal–Mart Stores Inc., No. 5:22cv5108 (W.D. Ark.) and Hatfield v. Wal–Mart Stores, Inc., No. 5:22cv5109 |

| | | |
|---|---|---|
| | | (W.D. Ark.), the deadlines for any defendant in any Member Case to file a responsive pleading to the complaint with which they were served pursuant to Rule 12, Fed. R. Civ. P., are hereby stayed. 13. A pretrial conference shall be held on November 17, 2022 at 2:30 P.M. at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as further set forth herein. 14.All counsel who intend to appear at the November 17 conference shall file a letter notifying this Court of their intention by November 10, 2022. 15. All counsel appearing at the November 17 conference shall file a proposed case management plan on the MDL Docket by November 10, 2022. Counsel for the plaintiffs and the defendants are encouraged to coordinate amongst themselves and collectively submit proposed case management plans on behalf of all plaintiffs and all defendants, respectively. VII. THIS COURTS INDIVIDUAL PRACTICES– 16. Counsel shall consult this Court's Individual Practices in Civil Cases for instructions on how to proceed before this Court. 17. Pursuant to this Court's Individual Practices, communications with Chambers should be by letter, which shall not exceed two pages in length, filed electronically on ECF. Such letters shall be filed pursuant to Section V of this Order. 18. Pursuant to this Court's Individual Practices, at the time and reply is served on a motion, the moving party shall supply two courtesy copies of all motion papers, including those of their adversaries, to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York 10007. (Initial Conference set for 11/17/2022 at 02:30 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 10/18/2022) (tro) Modified on 7/31/2023 (vfr). (Entered: 10/19/2022) |
| 10/19/2022 | 12 | ORDER: ATTORNEY ADMISSIONS: It is hereby ORDERED that counsel who have appeared as counsel of record in an action transferred into the MDL, 22md3043, prior to its transfer into this District need not enter a notice of appearance or file a motion for pro hac vice admission before this Court, and need not obtain local counsel. Any attorney who appears in a Member Case after its transfer (or, in a case directly filed in this District) must enter a notice of appearance in the MDL, 22md3043, and, if not admitted to the Bar of this Court, must apply for pro hac vice status pursuant to the Southern District of New York's Local Rules. An attorney need file only one pro hac vice motion, even if he or she is the attorney of record for several individual plaintiffs or defendants. The attorney shall be required to pay the pro hac vice fee only one time. IT IS FURTHER ORDERED that pro hac vice motions should be filed in the MDL, 22md3043, and counsel shall "spread" the motion to all cases for which the attorney represents an individual litigant. (Signed by Judge Denise L. Cote on 10/19/2022) (vfr) (Entered: 10/19/2022) |
| 10/20/2022 | 13 | NOTICE of to Attend the November 17th Conference. Document filed by Cherise Chapman, Cherise Chapman(as Guardian ad Litem on behalf of D.C.), Julia Guzman, J. J., J.D., January Johnson, Franchelle Magana, Aujenai Thompson..(Watts, Mikal) (Entered: 10/20/2022) |
| 10/20/2022 | 14 | LETTER MOTION to Stay *(Modify Existing Stay)* addressed to Judge Denise L. Cote from Kristen L. Richer dated October 20, 2022. Document filed by CVS Health, CVS Health Corporation, Costco Wholesale Corporation, Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Co...(Richer, Kristen) (Entered: 10/20/2022) |
| 10/20/2022 | 15 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Ashley C. Keller dated 10/20/2022 re: 14 LETTER MOTION to Stay *(Modify Existing Stay)* addressed to Judge Denise L. Cote from Kristen L. Richer dated October 20, 2022. . Document filed by C. H., Robin Hatfield, M. M., Lisa Roberts..(Keller, Ashley) (Entered: 10/20/2022) |
| 10/21/2022 | 16 | LETTER addressed to Judge Denise L. Cote from W. Roger Smith, III dated 10/21/2022 re: Intention to Appear at November 17, 2022, conference. Document filed by Frances Taylor..(Smith, W.) (Entered: 10/21/2022) |
| 10/21/2022 | 17 | ORDER denying 14 Letter Motion to Stay re: 14 LETTER MOTION to Stay *(Modify Existing Stay)* addressed to Judge Denise L. Cote from Kristen L. Richer dated October 20, 2022. Denied. (Signed by Judge Denise L. Cote on 10/20/2022) (vfr) (Entered: 10/21/2022) |
| 10/21/2022 | 18 | ORDER: MASTER CASE FILE: It is hereby ORDERED that the Clerk of Court is directed to open a master case file bearing docket number 22mc3043. Any filing fees |

| | | |
|---|---|---|
| | | associated with opening the master case file docket are waived. The caption shall read "In re: Acetaminophen – ASD–ADHD Products Liability Litigation." For administrative purposes only, in 22mc3043, plaintiffs shall be listed as "Acetaminophen MDL Plaintiffs," and defendants shall be listed as "Acetaminophen MDL Defendants." IT IS FURTHER ORDERED that the Clerk of Court is directed to docket the following orders currently in the MDL Docket in 22mc3043: Docket No. 1 (Transfer Order), Docket No. 11 (Order dated October 18, 2022), and Docket No. 12 (Order: Attorney Admissions). IT IS FURTHER ORDERED that the master case file will be limited to the Court's case management orders and other orders of significance and substantive filings by the parties that relate to all actions (e.g., master pleadings, motion papers). Among other things, the master case file will not include pro hac vice motion papers, the Court's standing orders, conditional transfer orders, notices of appearance, and ministerial filings. IT IS FURTHER ORDERED that parties shall file documents on the master case file in addition to (not in lieu of) the MDL docket if the documents are (1) master pleadings that apply to most or all Member Cases or (2) substantive motions that apply to most or all Member Cases; or if the parties are directed to do so by the Court. If in doubt, counsel may inquire by submitting a letter no longer than two pages on the MDL docket. (Signed by Judge Denise L. Cote on 10/21/2022) (vfr) Transmission to Office of the Clerk of Court for processing. (Entered: 10/21/2022) |
| 10/24/2022 | <u>19</u> | ORDER: PRE–CONFERENCE SUBMISSIONS: It is hereby ORDERED: The pretrial conference of November 17, will be held in Courtroom 18B, 500 Pearl Street, New York, New York...The notice of intent to appear at the November 17 conference is due 11/10/2022...Also on 11/10/2022, plaintiffs and defendants shall each submit status letters (one letter on behalf of all plaintiffs and one letter on behalf of all plaintiffs and one letter on behalf of all defendants) setting forth the following information in separate paragraphs: (as further set forth in this Order)...Defense counsel shall confer and advise the Court, no later than 11/10/2022, by joint letter, not to exceed three pages, whether they will stipulate that they will not object, based on improper venue, to the filing directly in the Southern District of New York of related cases that emanate from other districts and that would appropriately be included in this MDL, on the understanding that upon completion of all pretrial proceedings applicable to a case directly filed in this Court pursuant to this provision, this Court, pursuant to 28 U.S.C. 1404(a), will transfer that case to a federal district court of proper venue, as defined in 28 U.S.C. 1391. The parties to any such directly filed action shall confer and within 14 days of the filing identify the district or districts to which the action may be transferred upon the completion of all pretrial proceedings. The duties of lead and liaison counsel are enumerated in the MDL Fourth 10.22. No later than 11/3/2022, to the extent possible, counsel representing all plaintiffs shall file a joint letter no to exceed five pages (and to the extent necessary, individual supplemental letters not to exceed two pages) setting forth the following information in separate sections: (as further set forth in this Order). Also on 11/3/2022, to the extent possible, counsel for all defendants shall file a joint letter not to exceed five pages (and to the extent necessary, individual supplemental letters not to exceed two pages) setting forth counsel's views on the necessity and desirability (or lack thereof) of the appointment of lead and liaison counsel for the defendants. It is anticipated that applications for appointment will be due 11/4/2022, with any objections to those applications due 11/16/2022 at 12:00 P.M. The applications and any objections shall be filed solely in 22md3043...Any counsel who anticipates seeking an award of attorneys' fees and reimbursement expenditures from the Court shall comply with the directives in the MCL Fourth 14,213 regarding the maintenance and filing of contemporaneous records reflecting the services performed and the expenses incurred. No motion (other than under Rule 12) shall be filed unless it includes a certification that the movant has conferred with opposing parties and made a good faith effort to resolve the matter without court action. All pretrial conference submissions ordered herein shall be filed in both 22md3043 and 22mc3043 unless otherwise ordered. Counsel for MDL Defendants shall cooperate with each other to serve by 11/3/2022 this Order electronically on counsel for parties in actions related to this MDL whose cases have not yet been transferred to this Court. (As further set forth in this Order) ( Initial Conference set for 11/17/2022 at 02:30 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.), ( Motions due by 11/14/2022., Responses due by 11/16/2022) (Signed by Judge Denise L. Cote on 10/24/2022) (tro) (Entered: 10/25/2022) |

| | | |
|---|---|---|
| 10/25/2022 | 20 | MOTION for Ashley Keller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSD–26865780. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts. (Attachments: # 1 Affidavit Affidavit of Ashley Keller, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Keller, Ashley) Modified on 10/26/2022 (sgz). Modified on 10/26/2022 (sgz). (Entered: 10/25/2022) |
| 10/25/2022 | 21 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated 10/25/2022 re: Intention to Appear at November 17, 2022, conference. Document filed by A&K, Lindsey Baxter, Jessica Brakken, Linda G. Brewer, C.F., F.C., Krysanthemum Feiler, C. H., H.L., Alyssa Hanson, Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Robin Hatfield(individually and as mother, general guardian of C.H.), J.L., K.C., K.W, Jennifer King, L.H., M. M., M.B.(a Minor, by and through his parent and natural guardian, Jessica Brakken), Lilia Oleson, Amy Pfuhl, R.S., Kelsie Rivera, Lisa Roberts, Tiffany Rutledge, Courtney Springer, Precious Watts..(Keller, Ashley) (Entered: 10/25/2022) |
| 10/25/2022 | 22 | LETTER addressed to Judge Denise L. Cote from Ashley Barriere dated 10/25/2022 re: Intention to Appear at November 17, 2022, conference. Document filed by A&K, Lindsey Baxter, Jessica Brakken, Linda G. Brewer, C.F., F.C., Krysanthemum Feiler, H.L., Alyssa Hanson, J.L., K.C., K.W, Jennifer King, L.H., M.B.(a Minor, by and through his parent and natural guardian, Jessica Brakken), Lilia Oleson, Amy Pfuhl, R.S., Kelsie Rivera, Tiffany Rutledge, Courtney Springer, Precious Watts..(Barriere, Ashley) (Entered: 10/25/2022) |
| 10/26/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (31 in 1:22–cv–09011–DLC, 32 in 1:22–cv–09012–DLC, 20 in 1:22–md–03043–DLC) MOTION for Ashley Keller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSD–26865780. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC(sgz)** (Entered: 10/26/2022) |
| 10/26/2022 | 23 | ORDER granting Motion for Ashley Keller to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC (jwh) (Entered: 10/26/2022) |
| 10/27/2022 | 24 | MOTION for Mikal Carter Watts to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSD–26878803. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Diana Hernandez, Angie Ruiz, Denise Young(individual), Denise Young(as Guardian ad Litem of A.W. a minor), Angeles Mijares, Abby Horowitz, Sharee Miles, Cori Stark, Christina Correll, Siupeli Halafihi, Jeanette Gray, Madonna Gevargiz, Cynthia Hampton, Katie Good, Diana Hernandez, Abby Horowitz, Angeles Mijares, Denise Young(as a Guardian ad Litem of A.W. a minor). (Attachments: # 1 Affidavit of Mikal C. Watts, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Watts, Mikal) (Entered: 10/27/2022) |
| 10/28/2022 | 25 | LETTER addressed to Judge Denise L. Cote from Ruth Rizkalla dated 10/28/2022 re: conference set on 11/17/2022. Document filed by Chiyaukaa Archer..(Rizkalla, Ruth) (Entered: 10/28/2022) |
| 10/28/2022 | 26 | NOTICE OF APPEARANCE by Daniel Martin Sullivan on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Sullivan, Daniel) (Entered: 10/28/2022) |
| 10/28/2022 | 27 | NOTICE OF APPEARANCE by Richard J Holwell on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Holwell, Richard) (Entered: 10/28/2022) |
| 10/28/2022 | 28 | NOTICE OF APPEARANCE by Ashley C. Keller on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa |

| | | |
|---|---|---|
| | | Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Keller, Ashley) (Entered: 10/28/2022) |
| 10/28/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (26 in 1:22–cv–09053–DLC, 24 in 1:22–md–03043–DLC, 22 in 1:22–cv–09057–DLC, 34 in 1:22–cv–09060–DLC, 22 in 1:22–cv–09072–DLC, 27 in 1:22–cv–09050–DLC, 34 in 1:22–cv–09055–DLC, 25 in 1:22–cv–09079–DLC, 27 in 1:22–cv–09058–DLC, 24 in 1:22–cv–09069–DLC, 34 in 1:22–cv–09056–DLC, 24 in 1:22–cv–09091–DLC, 27 in 1:22–cv–09059–DLC, 31 in 1:22–cv–09054–DLC) MOTION for Mikal Carter Watts to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26878803. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(sgz)** (Entered: 10/28/2022) |
| 10/28/2022 | 29 | ORDER granting (24) Motion for Mikal Carter Watts to Appear Pro Hac Vice in case 1:22–md–03043–DLC; granting et al. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 10/28/2022) |
| 10/28/2022 | 30 | MOTION for Livia M. Kiser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26888984. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by WALMART INC., Walmart, Incorporated, Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated. (Attachments: # 1 Affidavit of Livia M. Kiser, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kiser, Livia) (Entered: 10/28/2022) |
| 10/28/2022 | 31 | MOTION for Patricia Lynn Campbell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26890800. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by R S, Helena Stafford, S S, Helena Stafford, Samantha Foley, A. V.. (Attachments: # 1 Affidavit Affidavit for Admission Pro Hac Vice, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08808–DLC, 1:22–cv–08812–DLC, 1:22–cv–08813–DLC.(Campbell, Patricia) (Entered: 10/28/2022) |
| 10/28/2022 | 32 | RESPONSE to Motion re: (15 in 1:22–cv–09012–DLC), (15 in 1:22–cv–09011–DLC) *Wal–Mart Stores, Inc.'s Motions to Dismiss*. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Keller, Ashley) (Entered: 10/28/2022) |
| 10/28/2022 | 33 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated 10/28/2022 re: oral argument on Walmart's Motions to Dismiss. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts.Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Keller, Ashley) (Entered: 10/28/2022) |
| 10/31/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (29 in 1:22–cv–08830–DLC, 29 in 1:22–cv–09059–DLC, 17 in 1:22–cv–08810–DLC, 28 in 1:22–cv–09083–DLC, 34 in 1:22–cv–09049–DLC, 26 in 1:22–cv–09069–DLC, 29 in 1:22–cv–09047–DLC, 17 in 1:22–cv–09032–DLC, 12 in 1:22–cv–09034–DLC, 29 in 1:22–cv–09050–DLC, 10 in 1:22–cv–09022–DLC, 31 in 1:22–cv–08816–DLC, 14 in 1:22–cv–09048–DLC, 20 in 1:22–cv–08811–DLC, 17 in 1:22–cv–08930–DLC, 15 in 1:22–cv–09046–DLC, 37 in 1:22–cv–09012–DLC, 19 in 1:22–cv–08808–DLC, 36 in 1:22–cv–09011–DLC, 36 in 1:22–cv–09060–DLC, 29 in 1:22–cv–09043–DLC, 30 in 1:22–cv–09042–DLC, 30 in 1:22–cv–08931–DLC, 26 in 1:22–cv–09038–DLC, 23 in 1:22–cv–09081–DLC, 19 in 1:22–cv–08782–DLC, 28 in 1:22–cv–09031–DLC, 36 in 1:22–cv–09055–DLC, 24 in 1:22–cv–09057–DLC, 30 in 1:22–md–03043–DLC, 37 in 1:22–cv–08814–DLC) MOTION for Livia M. Kiser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26888984. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(sgz)** (Entered: 10/31/2022) |

| | | |
|---|---|---|
| 10/31/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (23 in 1:22–cv–08812–DLC, 31 in 1:22–md–03043–DLC, 20 in 1:22–cv–08808–DLC, 22 in 1:22–cv–08813–DLC) MOTION for Patricia Lynn Campbell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26890800. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08808–DLC, 1:22–cv–08812–DLC, 1:22–cv–08813–DLC**(sgz) (Entered: 10/31/2022) |
| 10/31/2022 | <u>34</u> | MOTION for Zoe Littlepage to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26898157. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jessica Cagle. (Attachments: # <u>1</u> Affidavit Affidavit, # <u>2</u> Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC.(Littlepage, Zoe) (Entered: 10/31/2022) |
| 11/01/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (15 in 1:22–cv–09033–DLC, 34 in 1:22–md–03043–DLC) MOTION for Zoe Littlepage to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26898157. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC**(sgz) (Entered: 11/01/2022) |
| 11/01/2022 | 35 | ORDER granting (30) Motion for Livia M. Kiser to Appear Pro Hac Vice in case 1:22–md–03043–DLC (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 11/01/2022) |
| 11/01/2022 | 36 | ORDER granting (19) Motion for Livia M. Kiser to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 11/01/2022) |
| 11/01/2022 | 37 | ORDER granting Motion for Patricia Lynn Campbell to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08808–DLC, 1:22–cv–08812–DLC, 1:22–cv–08813–DLC (jwh) (Entered: 11/01/2022) |
| 11/01/2022 | 38 | ORDER granting Motion for Zoe Littlepage to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC (jwh) (Entered: 11/01/2022) |
| 11/01/2022 | <u>39</u> | LETTER addressed to Judge Denise L. Cote from Donald F. Zimmer, Jr. dated 11/01/2022 re: oral argument on Walmart's Motions to Dismiss. Document filed by Wal–Mart Stores Inc..Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Zimmer, Donald) (Entered: 11/01/2022) |
| 11/01/2022 | <u>40</u> | LETTER addressed to Judge Denise L. Cote from W. Mark Lanier dated 11/1/2022 re: Intent to Appear. Document filed by Acetaminophen – ASD–ADHD Products Liability Litigation..(Lanier, W.) (Entered: 11/01/2022) |
| 11/01/2022 | <u>41</u> | NOTICE OF APPEARANCE by Zoe Littlepage on behalf of Jessica Cagle. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC.(Littlepage, Zoe) (Entered: 11/01/2022) |
| 11/01/2022 | <u>42</u> | LETTER addressed to Judge Denise L. Cote from Zoe Littlepage dated November 1, 2022 re: Intent to Appear. Document filed by Jessica Cagle..(Littlepage, Zoe) (Entered: 11/01/2022) |
| 11/01/2022 | <u>43</u> | NOTICE OF APPEARANCE by Neal Lewis Moskow on behalf of Makayla Jellema. (Attachments: # <u>1</u> Supplement Proof of Service).(Moskow, Neal) (Entered: 11/01/2022) |
| 11/01/2022 | <u>44</u> | LETTER addressed to Judge Denise L. Cote from Neal L. Moskow, Esquire dated 11/01/2022 re: Intent to Appear at 11/17/22 Conference. Document filed by Makayla Jellema. (Attachments: # <u>1</u> Supplement Proof of Service).(Moskow, Neal) (Entered: 11/01/2022) |

| | | |
|---|---|---|
| 11/01/2022 | 45 | NOTICE OF APPEARANCE by Ashley Barriere on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Barriere, Ashley) (Entered: 11/01/2022) |
| 11/01/2022 | 46 | SUMMONS RETURNED EXECUTED. Service was accepted by Stephanie Gardner – Executive Legal Admin. Document filed by Abby Horowitz, C. C., J.S..(Watts, Mikal) (Entered: 11/01/2022) |
| 11/02/2022 | 47 | MOTION for Russell T. Abney to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26907291. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tiffany Skibicki. (Attachments: # 1 Affidavit of Russell T. Abney, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC.(Abney, Russell) (Entered: 11/02/2022) |
| 11/02/2022 | 48 | MOTION for Mary C. Raybon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26909399. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Frances Taylor, Candice Crawford, P.C.. (Attachments: # 1 Affidavit pursuant to Local Rule 1.3(c), # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08930–DLC, 1:22–cv–09022–DLC.(Raybon, Mary) (Entered: 11/02/2022) |
| 11/02/2022 | 49 | MOTION for Ryan J. Duplechin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26909559. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Frances Taylor, Candice Crawford, P.C.. (Attachments: # 1 Affidavit pursuant to Local Rule 1.3(c), # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08930–DLC, 1:22–cv–09022–DLC.(Duplechin, Ryan) (Entered: 11/02/2022) |
| 11/02/2022 | 50 | LETTER addressed to Judge Denise L. Cote from Ryan J. Duplechin dated 11/2/2022 re: Intent to Appear at November 17, 2022, conference. Document filed by Frances Taylor, Candice Crawford, P.C..Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08930–DLC, 1:22–cv–09022–DLC.(Duplechin, Ryan) (Entered: 11/02/2022) |
| 11/02/2022 | 51 | NOTICE OF APPEARANCE by Patricia L Campbell on behalf of R S, Helena Stafford, S S, Helena Stafford, Samantha Foley, A. V.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08808–DLC, 1:22–cv–08812–DLC, 1:22–cv–08813–DLC.(Campbell, Patricia) (Entered: 11/02/2022) |
| 11/02/2022 | 52 | LETTER addressed to Judge Denise L. Cote from All Plaintiffs' Counsel dated November 2, 2022 re: Appointment of Counsel. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/02/2022) |
| 11/02/2022 | 53 | NOTICE OF APPEARANCE by Catherine Theodora Heacox on behalf of Acetaminophen – ASD–ADHD Products Liability Litigation..(Heacox, Catherine) (Entered: 11/02/2022) |
| 11/02/2022 | 54 | NOTICE OF APPEARANCE by Catherine Theodora Heacox on behalf of Acetaminophen – ASD–ADHD Products Liability Litigation..(Heacox, Catherine) (Entered: 11/02/2022) |
| 11/02/2022 | 173 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of California Central, California Northern and Nevada, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 11/2/22) (laq) (Entered: 11/15/2022) |
| 11/03/2022 | 55 | NOTICE OF APPEARANCE by W. Roger Smith, III on behalf of Candice Crawford, P.C.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09022–DLC.(Smith, W.) (Entered: 11/03/2022) |

| 11/03/2022 | 56 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for W. Mark Lanier to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Heather Strydom. (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC.(Lanier, W.) Modified on 11/7/2022 (aea). (Entered: 11/03/2022) |
|---|---|---|
| 11/03/2022 | 57 | ORDER granting Motion for Russell T. Abney to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC (jwh) (Entered: 11/03/2022) |
| 11/03/2022 | 58 | ORDER granting Motion for Mary C. Raybon to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08930–DLC, 1:22–cv–09022–DLC (jwh) (Entered: 11/03/2022) |
| 11/03/2022 | 59 | ORDER granting Motion for Ryan J. Duplechin to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08930–DLC, 1:22–cv–09022–DLC (jwh) (Entered: 11/03/2022) |
| 11/03/2022 | 60 | LETTER addressed to Judge Denise L. Cote from Defendants dated November 3, 2022 re: Appointment of Counsel. Document filed by CVS Pharmacy Inc, Costco Wholesale Corp., Walgreens Co...(Richer, Kristen) (Entered: 11/03/2022) |
| 11/03/2022 | 62 | ORDER: PLAINTIFFS' LEADERSHIP STRUCTURE: Having considered plaintiffs' November 2, 2022 joint submission on a proposed leadership structure for this litigation, it is hereby ORDERED: I.PLAINTIFFS' LEADERSHIP STRUCTURE: 1. The plaintiffs' proposed leadership structure is adopted. The plaintiffs' leadership structure will include Lead Counsel, Liaison Counsel, a Plaintiffs' Executive Committee ("PEC"), and a Plaintiffs' Steering Committee ("PSC"). There will also be five sub–committees, as further set forth herein. Each sub–committee will have a Chair. 2. Lead Counsel is charged with acting for all plaintiffs –– either personally or by coordinating the efforts of others –– in presenting written and oral arguments and suggestions to the Court, working with opposing counsel in developing and implementing a litigation plan, initiating and organizing discovery requests, responses, and depositions, employing experts, arranging for support services, and ensuring that schedules are met. 3. Liaison Counsel will assist in the administration of the litigation, such as communications between the Court and other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the group), convening meetings of counsel, advising parties of developments, and otherwise assisting in the coordination of activities. Liaison Counsel shall have offices in the Southern District of New York. 4.The PEC will consist of Lead Counsel, Liaison Counsel, and the Chairs of each sub–committee and will work closely with Lead Counsel to manage the litigation. The PSC will consist of ten attorneys. Each PSC member will serve on at least one sub–committee. II. METHOD AND SCHEDULE FOR APPOINTMENTS: 5. There will be an open application process for appointments to leadership positions. Any attorney who has filed an action in this litigation may apply to be considered for the position of Lead Counsel, Liaison Counsel, Chair of a sub–committee, or a member of the PSC. 6. Applications for appointment will be due November 14, 2022, with any objections to those applications due November 16, 2022 at 12:00 P.M. The applications and any objections shall be filed solely in 23md3043. Applications will be heard at the November 17 conference for five minutes or less. Any applicant wishing to be heard at the conference shall indicate so in the application. 7. All applicants for appointment shall file a letter not to exceed three pages detailing their qualifications and commitment to serve. In reviewing applications, the following criteria will be considered, among others, as further set forth herein. 8. Any objection to an applicant shall be filed as a letter no longer than three pages and may be supported by documentation. 9. Also, by November 14, 2022, proposed co–lead counsel, Mikal Watts, Ashley Keller, and Mark Lanier, shall submit a joint letter no longer than five pages addressing how their appointment or the appointment of others identified in their November 2, 2022 letter advances geographic and any other relevant diversity. ( Motions due by 11/14/2022.) (Signed by Judge Denise L. Cote on 11/3/2022) (vfr) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| 11/04/2022 | 61 | LETTER addressed to Judge Denise L. Cote from Patrick A. Luff dated November 4, 2022 re: Intent to Appear at November 17, 2022, Conference. Document filed by Acetaminophen – ASD–ADHD Products Liability Litigation..(Luff, Patrick) (Entered: 11/04/2022) |
| 11/04/2022 | | Pro Hac Vice Fee Payment: for (56 in 1:22–md–03043–DLC, 32 in 1:22–cv–09031–DLC) MOTION for W. Mark Lanier to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number NYSDC–26918953.Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC.(Lanier, W.) (Entered: 11/04/2022) |
| 11/04/2022 | 63 | LETTER addressed to Judge Denise L. Cote from Patricia L. Campbell dated 11/4/2022 re: Intention to Attend November 17, 2022, Conference. Document filed by A. V., Samantha Foley, R.S., S.S., Helena Stafford..(Campbell, Patricia) (Entered: 11/04/2022) |
| 11/04/2022 | 64 | ORDER : DEFENDANTS' LEADERSHIP STRUCTURE: Having considered defendants' November 3, 2022 joint submission on a proposed leadership structure for this litigation, it is hereby ORDERED that the defendants' proposed leadership structure is adopted. For now, the defendants' leadership structure will consist of a Retailer Liaison Committee ("RLC"). This Order does not preclude any future amendments to the defendants' leadership structure. IT IS FURTHER ORDERED that there will be an open application process for appointments to the RLC. Any attorney who has entered an appearance on behalf of a retailer defendant may apply to be considered for an appointment. IT IS FURTHER ORDERED that the method and schedule for appointments ordered in paragraphs 6, 7, and 8 of the November 3, 2022 Order: Plaintiffs' Leadership Structure shall apply to applications for appointments to the RLC. (Signed by Judge Denise L. Cote on 11/4/2022) (vfr) (Entered: 11/04/2022) |
| 11/04/2022 | 65 | NOTICE OF APPEARANCE by Livia M. Kiser on behalf of WALMART INC., Walmart, Incorporated, Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kiser, Livia) (Entered: 11/04/2022) |
| 11/07/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (56 in 1:22–md–03043–DLC, 32 in 1:22–cv–09031–DLC) MOTION for W. Mark Lanier to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas (not the State bar). Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Filed In Associated Cases: 1:22–md–03043–DLC et al.**(aea) (Entered: 11/07/2022) |
| 11/07/2022 | 66 | LETTER addressed to Judge Denise L. Cote from David B. Rheingold dated 11/07/2022 re: In Re: Acetaminophen–ASD–ADHD Product Liability Litigation. Document filed by David B Rheingold..(Rheingold, David) (Entered: 11/07/2022) |
| 11/07/2022 | 67 | LETTER addressed to Judge Denise L. Cote from Paul D. Rheingold dated 11/07/2022 re: In Re: Acetaminophen–ASD–ADHD Product Liability Litigation. Document filed by Paul D. Rheingold..(Rheingold, David) (Entered: 11/07/2022) |
| 11/07/2022 | 68 | LETTER addressed to Judge Denise L. Cote from Kelly F. Mulholland dated 11/07/2022 re: In Re: Acetaminophen–ASD–ADHD Product Liability Litigation. Document filed by Kelly F Mulholland..(Rheingold, David) (Entered: 11/07/2022) |
| 11/07/2022 | 69 | MOTION for W. Mark Lanier to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Heather Strydom. (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC.(Lanier, W.) (Entered: 11/07/2022) |
| 11/07/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (69 in 1:22–md–03043–DLC, 34 in 1:22–cv–09031–DLC) MOTION for W. Mark Lanier to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC**(sgz) (Entered: 11/07/2022) |

| 11/07/2022 | 70 | MOTION for Donald F. Zimmer, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26931222. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by WALMART INC., Walmart, Incorporated, Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated. (Attachments: # 1 Affidavit of Donald F. Zimmer, Jr., # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Zimmer, Donald) (Entered: 11/07/2022) |
|---|---|---|
| 11/07/2022 | 71 | MOTION for Jeffrey S. Bucholtz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26931344. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wal–Mart Stores Inc.. (Attachments: # 1 Affidavit of Jeffrey S. Bucholtz, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Bucholtz, Jeffrey) (Entered: 11/07/2022) |
| 11/07/2022 | 114 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending outside the Southern District of New York, in the District of Central California and the District of Texas Northern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 11/7/2022) (vba) (Entered: 11/10/2022) |
| 11/08/2022 | 72 | NOTICE OF APPEARANCE by Ruth Rizkalla on behalf of Chiyaukaa Archer. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09076–DLC.(Rizkalla, Ruth) (Entered: 11/08/2022) |
| 11/08/2022 | 73 | LETTER addressed to Judge Denise L. Cote from David P. Matthews dated 11/8/2022 re: Notification of intention to appear at the November 17 conference. Document filed by Acetaminophen – ASD–ADHD Products Liability Litigation..(Matthews, David) (Entered: 11/08/2022) |
| 11/08/2022 | 74 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Rebecca B. King to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26933213. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Antoinette Gameroz, Lashanda Cavaness, Janelle Hunter. (Attachments: # 1 Affidavit Affidavit of Rebecca B. King in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit State Bar of Texas Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(King, Rebecca) Modified on 11/9/2022 (sgz). (Entered: 11/08/2022) |
| 11/08/2022 | 75 | LETTER addressed to Judge Denise L. Cote from Amanda L. Groves dated November 8, 2022 re: Intention to Attend the November 17, 2022 Conference. Document filed by Safeway Inc, Safeway Inc..Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08815–DLC.(Groves, Amanda) (Entered: 11/08/2022) |
| 11/09/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (34 in 1:22–cv–08931–DLC, 33 in 1:22–cv–09047–DLC, 27 in 1:22–cv–09081–DLC, 70 in 1:22–md–03043–DLC, 44 in 1:22–cv–09011–DLC, 33 in 1:22–cv–08830–DLC, 26 in 1:22–cv–08808–DLC, 23 in 1:22–cv–09032–DLC, 34 in 1:22–cv–09042–DLC, 26 in 1:22–cv–08930–DLC, 23 in 1:22–cv–08782–DLC, 32 in 1:22–cv–09083–DLC, 24 in 1:22–cv–08811–DLC, 21 in 1:22–cv–08810–DLC, 45 in 1:22–cv–09012–DLC, 33 in 1:22–cv–09043–DLC, 18 in 1:22–cv–09048–DLC, 20 in 1:22–cv–09022–DLC, 35 in 1:22–cv–09031–DLC, 19 in 1:22–cv–09046–DLC) MOTION for Donald F. Zimmer, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26931222. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(sgz) (Entered: 11/09/2022)** |
| 11/09/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (71 in 1:22–md–03043–DLC, 45 in 1:22–cv–09011–DLC, 46 in 1:22–cv–09012–DLC) MOTION for Jeffrey S. Bucholtz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26931344. Motion and supporting** |

| | | |
|---|---|---|
| | | **papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC**(sgz) (Entered: 11/09/2022) |
| 11/09/2022 | 76 | ORDER granting Motion for W. Mark Lanier to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC (jwh) (Entered: 11/09/2022) |
| 11/09/2022 | 77 | ORDER granting Motion for Donald F. Zimmer, Jr. to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 11/09/2022) |
| 11/09/2022 | 78 | ORDER granting Motion for Jeffrey S. Bucholtz to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC (jwh) (Entered: 11/09/2022) |
| 11/09/2022 | 79 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Shawn P. Fox to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26935142. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lashanda Cavaness, Antoinette Gameroz, Janelle Hunter. (Attachments: # 1 Affidavit Declaration of Shawn P. Fox in Support of Motion, # 2 Exhibit State Bar of Texas Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Fox, Shawn) Modified on 11/10/2022 (sgz). (Entered: 11/09/2022) |
| 11/09/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 74 MOTION for Rebecca B. King to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26933213. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas and you did not spread entry into to other civil cases listed on Motion. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 11/09/2022) |
| 11/09/2022 | 80 | NOTICE OF APPEARANCE by W. Mark Lanier on behalf of Heather Strydom. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC.(Lanier, W.) (Entered: 11/09/2022) |
| 11/09/2022 | 81 | LETTER addressed to Judge Denise L. Cote from Charles J. Cooper dated 11/09/2022 re: Intention to Appear at November 17, 2022, Conference. Document filed by C. R., Aunesty Janssen..(Cooper, Charles) (Entered: 11/09/2022) |
| 11/09/2022 | 82 | MOTION for Rebecca Briggs King to Appear Pro Hac Vice *Filing fee $ 200.00, receipt number ANYSDC–26933213.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Plaintiffs Counsel. (Attachments: # 1 Affidavit Declaration of Rebecca B. King in Support of Motion, # 2 Exhibit Supreme Court of Texas Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(King, Rebecca) (Entered: 11/09/2022) |
| 11/09/2022 | 83 | NOTICE OF APPEARANCE by Tiffani B. Figueroa on behalf of Target Corporation..(Figueroa, Tiffani) (Entered: 11/09/2022) |
| 11/09/2022 | 84 | NOTICE OF APPEARANCE by Eileen Monaghan Delucia on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Delucia, Eileen) (Entered: 11/09/2022) |
| 11/09/2022 | 85 | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan dated November 9, 2022 re: Intent to appear at November 17, 2022 conference. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts.Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Sullivan, Daniel) (Entered: 11/09/2022) |

| 11/09/2022 | 86 | MOTION for Sean Patrick Tracey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26939455. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Plaintiffs Counsel. (Attachments: # 1 Affidavit Declaration of Sean P. Tracey in Support of Motion, # 2 Exhibit Supreme Court of Texas Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Tracey, Sean) (Entered: 11/09/2022) |
|---|---|---|
| 11/09/2022 | 87 | LETTER addressed to Judge Denise L. Cote from Sean P. Tracey dated 11/09/2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Plaintiffs Counsel..(Tracey, Sean) (Entered: 11/09/2022) |
| 11/09/2022 | 88 | LETTER addressed to Judge Denise L. Cote from Rebecca B. King dated 11/09/2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Plaintiffs Counsel..(King, Rebecca) (Entered: 11/09/2022) |
| 11/09/2022 | 89 | NOTICE OF APPEARANCE by Donald Frederick Zimmer, Jr on behalf of Walmart, Incorporated, WALMART INC., Wal−Mart Stores Inc., Wal−Mart Stores, Incorporated, Wal−Mart Inc., Wal−Mart Stores Inc., Walmart Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Zimmer, Donald) (Entered: 11/09/2022) |
| 11/09/2022 | 90 | ORDER: An October 18, 2022 Order scheduled an initial pretrial conference for November 17, 2022 at 2:30 P.M. and required all counsel who intend to appear at the conference to file a letter by November 10, 2022 notifying this Court of their intention. Having received inquiries today regarding the appearance of attorneys at the conference who are counsel of record in cases related to this MDL that have not yet arrived in this Court, it is hereby ORDERED that any such attorney wishing to appear at the November 17 conference must file on ECF a notice of appearance and a letter notifying the Court of his or her intent to appear at the conference. Counsel seeking clarification on how to file these documents on ECF shall call the Southern District of New York's ECF Help Desk at 212−805−0800 and select option 2. (Signed by Judge Denise L. Cote on 11/9/2022) (ate) (Entered: 11/09/2022) |
| 11/09/2022 | 91 | LETTER addressed to Judge Denise L. Cote from Julie Y. Park dated 11/09/2022 re: Intention to Appear at November 17, 2022 conference. Document filed by Target Corporation..(Park, Julie) (Entered: 11/09/2022) |
| 11/09/2022 | 92 | LETTER addressed to Judge Denise L. Cote from Tiffani B. Figueroa dated 11/09/2022 re: Intention to Appear at November 17, 2022 conference. Document filed by Target Corporation..(Figueroa, Tiffani) (Entered: 11/09/2022) |
| 11/09/2022 | 93 | NOTICE OF APPEARANCE by Jeffrey S. Bucholtz on behalf of Wal−Mart Stores Inc., Wal−Mart Inc., Wal−Mart Stores Inc., Wal−Mart Stores, Incorporated. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09011−DLC, 1:22−cv−09012−DLC.(Bucholtz, Jeffrey) (Entered: 11/09/2022) |
| 11/10/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 82 MOTION for Rebecca Briggs King to Appear Pro Hac Vice *Filing fee $ 200.00, receipt number ANYSDC−26933213*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz) (Entered: 11/10/2022)** |
| 11/10/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 86 MOTION for Sean Patrick Tracey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26939455. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz) (Entered: 11/10/2022)** |
| 11/10/2022 | 94 | FIRST LETTER addressed to Judge Denise L. Cote from David Katz, Esq. dated November 10, 2022 re: Intention to Appear at November 17, 2022 conference. Document filed by Rite Aid Corporation..(Katz, David) (Entered: 11/10/2022) |
| 11/10/2022 | 95 | LETTER addressed to Judge Denise L. Cote from Lori B. Leskin dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference on behalf of retailer defendants Dollar Tree, Inc., Family Dollar, Inc., and 7−Eleven, Inc.. Document filed by Dollar Tree, Inc., Family Dollar, Inc...(Leskin, Lori) (Entered: 11/10/2022) |

| 11/10/2022 | 96 | LETTER addressed to Judge Denise L. Cote from Eric D. Holland dated 11/10/22 re: Intent to Appear. Document filed by Plaintiffs Counsel..(Holland, Eric) (Entered: 11/10/2022) |
|---|---|---|
| 11/10/2022 | 97 | LETTER addressed to Judge Denise L. Cote from Emily Marlowe dated November 10, 2022 re: conference set on 11/17/2022. Document filed by Chiyaukaa Archer..(Rizkalla, Ruth) (Entered: 11/10/2022) |
| 11/10/2022 | 98 | NOTICE OF APPEARANCE by Eric D. Holland on behalf of Plaintiffs Counsel..(Holland, Eric) (Entered: 11/10/2022) |
| 11/10/2022 | 99 | NOTICE OF APPEARANCE by Richard M. Paul, III on behalf of Plaintiffs Counsel..(Paul, Richard) (Entered: 11/10/2022) |
| 11/10/2022 | 100 | LETTER addressed to Judge Denise L. Cote from Lawrence Robbins dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/10/2022) |
| 11/10/2022 | 101 | LETTER addressed to Judge Denise L. Cote from Richard M. Paul III dated November 10, 2022 re: Intent to Appear. Document filed by Plaintiffs Counsel..(Paul, Richard) (Entered: 11/10/2022) |
| 11/10/2022 | 102 | ORDER granting 82 Motion for Rebecca Briggs to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/10/2022) |
| 11/10/2022 | 103 | ORDER granting 86 Motion for Sean Patrick Tracey to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/10/2022) |
| 11/10/2022 | 104 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by CVS Pharmacy Inc, Walgreen CO..(Richer, Kristen) (Entered: 11/10/2022) |
| 11/10/2022 | 105 | NOTICE OF APPEARANCE by Richard Moss Golomb on behalf of Charmaine Tate, Tammy Peavley–Hawes..(Golomb, Richard) (Entered: 11/10/2022) |
| 11/10/2022 | 106 | NOTICE of Appearance at 11–17–22 Conference. Document filed by Tammy Peavley–Hawes, Charmaine Tate..(Golomb, Richard) (Entered: 11/10/2022) |
| 11/10/2022 | 107 | LETTER addressed to Judge Denise L. Cote from Nadine S. Kohane dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by CVS Pharmacy Inc, Walgreen CO..(Kohane, Nadine) (Entered: 11/10/2022) |
| 11/10/2022 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 79 MOTION for Shawn P. Fox to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26935142. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas 512–463–1312. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz) (Entered: 11/10/2022)** |
| 11/10/2022 | 108 | NOTICE OF APPEARANCE by Eric W Cracken on behalf of Plaintiffs Counsel..(Cracken, Eric) (Entered: 11/10/2022) |
| 11/10/2022 | 109 | LETTER addressed to Judge Denise L. Cote from Eric W. Cracken dated 11/10/2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Plaintiffs Counsel..(Cracken, Eric) (Entered: 11/10/2022) |
| 11/10/2022 | 110 | LETTER addressed to Judge Denise L. Cote from Sandra M. Ko dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Costco Wholesale Corporation..(Ko, Sandra) (Entered: 11/10/2022) |
| 11/10/2022 | 111 | NOTICE OF APPEARANCE by Lindsey Scarcello on behalf of Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Letter to Judge re: November 17th Conference).(Scarcello, Lindsey) (Entered: 11/10/2022) |

| 11/10/2022 | 112 | NOTICE OF APPEARANCE by Erika Marie Stassi on behalf of Plaintiffs Counsel..(Stassi, Erika) (Entered: 11/10/2022) |
|---|---|---|
| 11/10/2022 | 113 | LETTER addressed to Judge Denise L. Cote from W. Roger Smith, III dated November 10, 2022 re: Application for Leadership Appointment. Document filed by Candice Crawford, Frances Taylor..(Smith, W.) (Entered: 11/10/2022) |
| 11/10/2022 | 115 | LETTER addressed to Judge Denise L. Cote from Mikal Watts, Ashley Keller, and Mark Lanier dated November 10, 2022 re: Status in Response to October 24, 2022 Order. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/10/2022) |
| 11/10/2022 | 116 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/10/2022) |
| 11/10/2022 | 117 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of WALMART INC., Walmart, Incorporated, Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Fournier, Kristen) (Entered: 11/10/2022) |
| 11/10/2022 | 118 | LETTER addressed to Judge Denise L. Cote from Julien Adams dated 11/10/2022 re: Intention to Appear at November 17, 2022, conference. Document filed by Plaintiffs Counsel..(Barriere, Ashley) (Entered: 11/10/2022) |
| 11/10/2022 | 119 | LETTER addressed to Judge Denise L. Cote from Donald F. Zimmer, Jr. dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference on behalf of retailer defendant Walmart Inc.. Document filed by Walmart Inc...(Zimmer, Donald) (Entered: 11/10/2022) |
| 11/10/2022 | 120 | LETTER addressed to Judge Denise L. Cote from Paul Danziger dated 11/10/2022 re: Intention to Appear at November 17, 2022, conference. Document filed by Plaintiffs Counsel..(Barriere, Ashley) (Entered: 11/10/2022) |
| 11/10/2022 | 121 | LETTER addressed to Judge Denise L. Cote from Defendants dated November 10, 2022 re: Defendants Pretrial Conference Status Letter. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Richer, Kristen) (Entered: 11/10/2022) |
| 11/10/2022 | 122 | PROPOSED CASE MANAGEMENT PLAN. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/10/2022) |
| 11/10/2022 | 123 | LETTER addressed to Judge Denise L. Cote from Defendants dated November 10, 2022 re: Joint Defense Letter Regarding Direct Filing. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/10/2022) |
| 11/10/2022 | 124 | NOTICE OF APPEARANCE by James Francis Murdica on behalf of Johnson & Johnson Consumer, Inc...(Murdica, James) (Entered: 11/10/2022) |
| 11/10/2022 | 125 | LETTER addressed to Judge Denise L. Cote from James F. Murdica dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Johnson & Johnson Consumer, Inc...(Murdica, James) (Entered: 11/10/2022) |
| 11/10/2022 | 126 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Sarah E. Johnston to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26948289. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer, Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order for Admission Pro Hac Vice).(Johnston, Sarah) Modified on 11/14/2022 (sgz). (Entered: 11/10/2022) |
| 11/10/2022 | 127 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer, Inc...(Johnston, Sarah) (Entered: 11/10/2022) |
| 11/10/2022 | 128 | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Johnson & Johnson Consumer, Inc...(Johnston, Sarah) (Entered: 11/10/2022) |

| | | |
|---|---|---|
| 11/10/2022 | 129 | NOTICE OF APPEARANCE by Alyson B. Jones on behalf of Johnson & Johnson Consumer, Inc...(Jones, Alyson) (Entered: 11/10/2022) |
| 11/10/2022 | 130 | LETTER addressed to Judge Denise L. Cote from Alyson B. Jones dated November 10, 2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Johnson & Johnson Consumer, Inc...(Jones, Alyson) (Entered: 11/10/2022) |
| 11/11/2022 | 131 | REPLY to Response to Motion re: (15 in 1:22−cv−09012−DLC), (15 in 1:22−cv−09011−DLC) *Walmart Inc.'s Motion to Dismiss*. Document filed by Wal−Mart Stores Inc., Walmart Inc.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09011−DLC, 1:22−cv−09012−DLC.(Fournier, Kristen) (Entered: 11/11/2022) |
| 11/11/2022 | 132 | LETTER addressed to Judge Denise L. Cote from James F. Murdica dated November 11, 2022 re: Letter Regarding Defendants Leadership Structure. Document filed by Johnson & Johnson Consumer, Inc...(Murdica, James) (Entered: 11/11/2022) |
| 11/13/2022 | 133 | LETTER MOTION for Leave to File Sur−Reply *to Defendant Walmart, Inc.'s Omnibus Reply* addressed to Judge Denise L. Cote from Ashley C. Keller dated 11/13/2022. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts. (Attachments: # 1 Exhibit Sur−Reply)Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09011−DLC, 1:22−cv−09012−DLC.(Keller, Ashley) (Entered: 11/13/2022) |
| 11/14/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 126 MOTION for Sarah E. Johnston to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26948289. Motion and supporting papers to be reviewed by Clerk's Office staff.The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California 415−865−7000. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. (sgz)** (Entered: 11/14/2022) |
| 11/14/2022 | 134 | LETTER addressed to Judge Denise L. Cote from Neal L. Moskow dated 11/14/2022 re: Application to Serve on Plaintiff's Steering Committee. Document filed by Makayla Jellema..(Moskow, Neal) (Entered: 11/14/2022) |
| 11/14/2022 | 135 | LETTER addressed to Judge Denise L. Cote from Eric D. Holland dated 11/14/22 re: Plaintiff's Executive Committee. Document filed by Plaintiffs Counsel..(Holland, Eric) (Entered: 11/14/2022) |
| 11/14/2022 | 136 | MEMO ENDORSEMENT on re: 132 Letter filed by Johnson & Johnson Consumer, Inc. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 11/14/2022) (vfr) (Entered: 11/14/2022) |
| 11/14/2022 | 137 | NOTICE OF APPEARANCE by Ashley C. Keller on behalf of S M, Katrina McKinney. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−08818−DLC.(Keller, Ashley) (Entered: 11/14/2022) |
| 11/14/2022 | 138 | NOTICE OF APPEARANCE by Ashley Barriere on behalf of S M, Katrina McKinney. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−08818−DLC.(Barriere, Ashley) (Entered: 11/14/2022) |
| 11/14/2022 | 139 | LETTER addressed to Judge Denise L. Cote from Richard M. Golomb, Esquire dated November 14, 2022 re: Acetaminophen Application for Leadership. Document filed by Tammy Peavley−Hawes, Charmaine Tate..(Golomb, Richard) (Entered: 11/14/2022) |
| 11/14/2022 | 140 | NOTICE OF APPEARANCE by Julien Antonio Adams on behalf of Alana Swindell..(Adams, Julien) (Entered: 11/14/2022) |
| 11/14/2022 | 141 | LETTER addressed to Judge Denise L. Cote from W. Mark Lanier dated November 14, 2022 re: application to serve as Plaintiffs Co−Lead Counsel. Document filed by Plaintiffs Counsel..(Lanier, W.) (Entered: 11/14/2022) |

| 11/14/2022 | 142 | FIRST LETTER addressed to Judge Denise L. Cote from Daniel C. Burke dated 11/14/2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Plaintiffs Counsel..(Burke, Daniel) (Entered: 11/14/2022) |
|---|---|---|
| 11/14/2022 | 143 | FIRST LETTER addressed to Judge Denise L. Cote from Andrea N. Smithson dated 11/14/2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Plaintiffs Counsel..(Smithson, Andrea) (Entered: 11/14/2022) |
| 11/14/2022 | 144 | LETTER addressed to Judge Denise L. Cote from Roopal P. Luhana dated 11/14/2022 re: Intent to Appear at November 17, 2022 Conference. Document filed by Plaintiffs Counsel..(Luhana, Roopal) (Entered: 11/14/2022) |
| 11/14/2022 | 145 | OPINION AND ORDER: Walmart's September 6 motions to dismiss are denied. (Signed by Judge Denise L. Cote on 11/14/2022) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC (vfr) (Entered: 11/14/2022) |
| 11/14/2022 | 146 | LETTER addressed to Judge Denise L. Cote from Julien Adams dated 11/14/2022 re: Leadership application. Document filed by Alana Swindell..(Adams, Julien) (Entered: 11/14/2022) |
| 11/14/2022 | 147 | LETTER addressed to Judge Denise L. Cote from Ruth Rizkalla dated November 14, 2022 re: November 3, 2022 Order (Docket 62) Support to Application to Serve on Plaintiff's Steering Committee. Document filed by Acetaminophen – ASD–ADHD Products Liability Litigation..(Rizkalla, Ruth) (Entered: 11/14/2022) |
| 11/14/2022 | 148 | LETTER addressed to Judge Denise L. Cote from Zoe Littlepage dated November 14, 2022 re: Application for Leadership. Document filed by Plaintiffs Counsel..(Littlepage, Zoe) (Entered: 11/14/2022) |
| 11/14/2022 | 149 | LETTER addressed to Judge Denise L. Cote from Sean P. Tracey dated 11/14/2022 re: Application for Leadership. Document filed by Plaintiffs Counsel..(Tracey, Sean) (Entered: 11/14/2022) |
| 11/14/2022 | 150 | LETTER addressed to Judge Denise L. Cote from Eric W. Cracken dated 11/14/2022 re: Application for Leadership. Document filed by Plaintiffs Counsel..(Cracken, Eric) (Entered: 11/14/2022) |
| 11/14/2022 | 151 | ORDER: Having received on November 10, 2022 the parties' preconference submissions and counsel's letters of intention to appear at the November 17 conference, it is hereby ORDERED that by November 16, 2022 at 12:00 P.M., plaintiffs' proposed liason counsel Daniel Sullivan of Holwell Shuster & Goldberg LLP shall submit an appearance sheet for plaintiff's counsel for the November 17 conference. The appearance sheet must list all plaintiffs' counsel who wish to be heard at the conference, so long as they have also timely submitted a letter stating his or her intention to appear at the November 17 conference. For each such attorney, the appearance sheet should identify his or her law firm (including the address of the law firm). IT IS FURTHER ORDERED that by November 16, 2022 at 12:00 P.M., King and Spalding shall submit an appearance sheet for defense counsel for the November 17 conference. The appearance sheet must list all defense counsel who wish to be heard at the conference, so long as they have also timely submitted a letter stating his or her intention to appear at the November 17 conference. For each such attorney, the appearance sheet should identify his or her law firm (including the address of the law firm) and the client/s. IT IS FURTHER ORDERED that by November 16, 2022 at 12:00 P.M., defense counsel shall, in consultation with the plaintiffs' counsel, submit a proposed order governing the direct filing of cases related to the MDL in the Southern District of New York. (Signed by Judge Denise L. Cote on 11/14/2022) (vfr) (Entered: 11/14/2022) |
| 11/14/2022 | 152 | LETTER addressed to Judge Denise L. Cote from Patricia L. Campbell dated 11/14/2022 re: Leadership Application pursuant to the Court's November 3, 2022 Order. Document filed by A. V., Samantha Foley, R.S., S.S., Helena Stafford..(Campbell, Patricia) (Entered: 11/14/2022) |
| 11/14/2022 | 153 | LETTER addressed to Judge Denise L. Cote from Richard M. Paul III dated November 14, 2022 re: Application for Plaintiffs' Steering Commitee. Document filed by Plaintiffs Counsel..(Paul, Richard) (Entered: 11/14/2022) |

| | | |
|---|---|---|
| 11/14/2022 | 154 | LETTER addressed to Judge Denise L. Cote from Ashley Keller dated 11/14/2022 re: Application to serve as Plaintiffs' Co–Lead Counsel. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 11/14/2022) |
| 11/14/2022 | 155 | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan dated November 14, 2022 re: Application for Appointment as Plaintiffs' Liaison Counsel. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Lisa Roberts..(Sullivan, Daniel) (Entered: 11/14/2022) |
| 11/14/2022 | 156 | LETTER addressed to Judge Denise L. Cote from Charles J. Cooper dated 11/14/2022 re: Application for Leadership. Document filed by C. R., Aunesty Janssen..(Cooper, Charles) (Entered: 11/14/2022) |
| 11/14/2022 | 157 | LETTER addressed to Judge Denise L. Cote from David P. Matthews dated 11/14/2022 re: Application for appointment to leadership position. Document filed by Plaintiffs Counsel..(Matthews, David) (Entered: 11/14/2022) |
| 11/14/2022 | 158 | LETTER addressed to Judge Denise L. Cote from Kristen R. Fournier dated 11/14/2022 re: Application for Appointment to the Retailer Liaison Committee. Document filed by Walmart Inc...(Fournier, Kristen) (Entered: 11/14/2022) |
| 11/14/2022 | 159 | LETTER addressed to Judge Denise L. Cote from Mikal Watts, Ashley Keller, and Mark Lanier dated November 14, 2022 re: advancing geographic and other relevant diversity. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/14/2022) |
| 11/14/2022 | 160 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of 7–Eleven, Inc...(Leskin, Lori) (Entered: 11/14/2022) |
| 11/14/2022 | 161 | LETTER addressed to Judge Denise L. Cote from Patrick A. Luff dated November 14, 2022 re: Application to Plaintiffs' Steering Committee. Document filed by Plaintiffs Counsel..(Luff, Patrick) (Entered: 11/14/2022) |
| 11/14/2022 | 162 | LETTER addressed to Judge Denise L. Cote from Paul Danzinger dated 11/14/2022 re: Application to Plaintiffs' Executive Committee. Document filed by Alana Swindell..(Adams, Julien) (Entered: 11/14/2022) |
| 11/14/2022 | 163 | LETTER addressed to Judge Denise L. Cote from Mikal Watts dated November 14, 2022 re: Application to serve as Plaintiffs' Co–Lead Counsel. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/14/2022) |
| 11/14/2022 | 164 | LETTER addressed to Judge Denise L. Cote from Ashley Barriere dated 11/14/2022 re: Application for Appointment to Plaintiffs' Leadership. Document filed by Plaintiffs Counsel..(Barriere, Ashley) (Entered: 11/14/2022) |
| 11/14/2022 | 165 | LETTER addressed to Judge Denise L. Cote from Lori B. Leskin dated November 14, 2022 re: Application for Appointment to the Retailer Liaison Committee. Document filed by 7–Eleven, Inc., Dollar Tree, Inc., Family Dollar, Inc...(Leskin, Lori) (Entered: 11/14/2022) |
| 11/14/2022 | 166 | LETTER addressed to Judge Denise L. Cote from Lindsey N. Scarcello dated November 14, 2022 re: Application for Appointment to Plaintiffs' Steering Committee. Document filed by Plaintiffs Counsel..(Scarcello, Lindsey) (Entered: 11/14/2022) |
| 11/14/2022 | 167 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 14, 2022 re: Application for Retailer Liaison Committee. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/14/2022) |
| 11/14/2022 | 181 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of California Central, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 11/14/2022) (vba) (Entered: 11/16/2022) |

| 11/15/2022 | 168 | MOTION for Sarah E. Johnston to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer, Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order for Admission Pro Hac Vice).(Johnston, Sarah) (Entered: 11/15/2022) |
|---|---|---|
| 11/15/2022 | 169 | JOINT LETTER addressed to Judge Denise L. Cote from James F. Murdica dated November 15, 2022 re: Presentations During Pretrial Conference. Document filed by Johnson & Johnson Consumer, Inc.. (Attachments: # 1 Text of Proposed Order Regarding Standing Order M10468).(Murdica, James) (Entered: 11/15/2022) |
| 11/15/2022 | 170 | MEMO ENDORSEMENT on re: 169 Letter, filed by Johnson & Johnson Consumer, Inc. ENDORSEMENT: The parties shall provide a set of the slides for the Court to each other in advance of the conference. The parties shall email the slides to the Chambers email box by Nov. 16 at 5:00 p.m. If the parties wish to display the slides on the courtroom monitors they shall promptly contact the Courtroom Deputy for assistance in using the equipment. (Signed by Judge Denise L. Cote on 11/15/2022) (vfr) (Entered: 11/15/2022) |
| 11/15/2022 | 171 | MOTION for Alyson B. Jones to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26962432. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer, Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing (MS), # 3 Exhibit Certificate of Good Standing (TN), # 4 Text of Proposed Order for Admission Pro Hac Vice).(Jones, Alyson) (Entered: 11/15/2022) |
| 11/15/2022 | 172 | NOTICE OF APPEARANCE by Paul Danziger on behalf of Acetaminophen – ASD–ADHD Products Liability Litigation..(Danziger, Paul) (Entered: 11/15/2022) |
| 11/15/2022 | 174 | NOTICE OF APPEARANCE by Ethan Price Davis on behalf of WALMART INC., Walmart, Incorporated, Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Davis, Ethan) (Entered: 11/15/2022) |
| 11/15/2022 | 182 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Colorado and Illinois Southern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 11/15/2022) (vba) (Entered: 11/16/2022) |
| 11/16/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 168 MOTION for Sarah E. Johnston to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 11/16/2022) |
| 11/16/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 171 MOTION for Alyson B. Jones to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26962432. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 11/16/2022) |
| 11/16/2022 | 175 | ORDER granting 168 Motion for Sarah E. Johnston to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/16/2022) |
| 11/16/2022 | 176 | ORDER granting 171 Motion for Alyson B. Jones to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/16/2022) |
| 11/16/2022 | 177 | LETTER addressed to Judge Denise L. Cote from Defendants dated 11/16/2022 re: Defendants' Appearance Sheet. Document filed by Walmart Inc...(Fournier, Kristen) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/16/2022 | 178 | NOTICE of Plaintiffs' Appearance Sheet re: 151 Order,,,,,,. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H.), Lisa Roberts..(Sullivan, Daniel) (Entered: 11/16/2022) |
| 11/16/2022 | 179 | LETTER addressed to Judge Denise L. Cote from Defendants dated November 16, 2022 re: Direct Filing Order. Document filed by Johnson & Johnson Consumer, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Murdica, James) (Entered: 11/16/2022) |
| 11/16/2022 | 180 | ORDER: CONFERENCE AGENDA: An initial conference in In Re: Acetaminophen – ASD–ADHD Products Liability Litigation is scheduled for November 17, 2022 at 2:30 P.M. The parties have proposed agendas for the conference. On November 2, Mikal C. Watts, Ashley C. Keller, and W. Mark Lanier submitted a proposal for a leadership structure for plaintiffs' counsel ("Structure") and nominated attorneys to identified positions within that Structure. On November 14, nominees submitted applications. Any objections to the nominations were due November 16 at 12:00 P.M. There having been no objections, it is hereby ORDERED that the Structure is approved subject to modification as appropriate to meet the needs of the litigation. IT IS FURTHER ORDERED that the November 2 nominations to positions within the approved Structure are approved for one year, subject to renewal by Court Order. IT IS FURTHER ORDERED that the following items will compose the agenda for the November 17 conference, subject to further modification as suggested by the parties or as deemed appropriate by the Court. (As further set forth in this Order.) (Signed by Judge Denise L. Cote on 11/16/2022) (vfr) (Entered: 11/16/2022) |
| 11/16/2022 | 183 | NOTICE OF APPEARANCE by Daniel Martin Sullivan on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts, Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Sullivan, Daniel) (Entered: 11/16/2022) |
| 11/16/2022 | 184 | NOTICE OF APPEARANCE by Richard J Holwell on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts, Robin Hatfield(individually and as mother and general guardian of C.H.), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Holwell, Richard) (Entered: 11/16/2022) |
| 11/16/2022 | 185 | NOTICE OF APPEARANCE by Eileen Monaghan Delucia on behalf of Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts, Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Delucia, Eileen) (Entered: 11/16/2022) |
| 11/16/2022 | 186 | NOTICE OF APPEARANCE by Alexandra J. Kushner on behalf of Safeway Inc, Safeway Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08815–DLC.(Kushner, Alexandra) (Entered: 11/16/2022) |
| 11/16/2022 | 187 | NOTICE OF APPEARANCE by Alexandra J. Kushner on behalf of Dollar General Corporation..(Kushner, Alexandra) (Entered: 11/16/2022) |
| 11/17/2022 | 188 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of California Central, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 11/17/2022) (vba) (Entered: 11/17/2022) |
| 11/17/2022 | 189 | NOTICE OF APPEARANCE by Kevin Fay on behalf of Tammy Peavley–Hawes, Charmaine Tate, Colleen Battista..(Fay, Kevin) (Entered: 11/17/2022) |
| 11/17/2022 | 190 | MOTION for Shawn P. Fox to Appear Pro Hac Vice *Filing fee $ 200.00, receipt number ANYSDC–26935142.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Plaintiffs Counsel. (Attachments: # 1 Affidavit Declaration of Shawn P. Fox in Support of Motion, # 2 Exhibit Supreme |

| | | |
|---|---|---|
| | | Court of Texas Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Fox, Shawn) (Entered: 11/17/2022) |
| 11/17/2022 | | Minute Entry for proceedings held before Judge Denise L. Cote: Initial Pretrial Conference held on 11/17/2022. (Court Reporter Sara Beiter) Associated Cases: 1:22–md–03043–DLC et al.(jwh) (Entered: 11/17/2022) |
| 11/17/2022 | 191 | MOTION for Austin Evans to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26976882. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by WALMART INC., Walmart, Incorporated, Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc.. (Attachments: # 1 Affidavit of Austin Evans, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Evans, Austin) Modified on 11/18/2022 (aea). (Entered: 11/17/2022) |
| 11/18/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 190 MOTION for Shawn P. Fox to Appear Pro Hac Vice *Filing fee $ 200.00, receipt number ANYSDC–26935142*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 11/18/2022) |
| 11/18/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (19 in 1:22–cv–09034–DLC, 31 in 1:22–cv–08930–DLC, 44 in 1:22–cv–08814–DLC, 38 in 1:22–cv–09043–DLC, 191 in 1:22–md–03043–DLC, 31 in 1:22–cv–09057–DLC, 39 in 1:22–cv–09042–DLC, 36 in 1:22–cv–09059–DLC, 33 in 1:22–cv–09038–DLC, 42 in 1:22–cv–09031–DLC, 25 in 1:22–cv–09022–DLC, 38 in 1:22–cv–08830–DLC, 38 in 1:22–cv–08816–DLC, 43 in 1:22–cv–09060–DLC, 60 in 1:22–cv–09011–DLC, 28 in 1:22–cv–08782–DLC, 61 in 1:22–cv–09012–DLC, 31 in 1:22–cv–08808–DLC, 43 in 1:22–cv–09055–DLC, 23 in 1:22–cv–09048–DLC, 38 in 1:22–cv–09047–DLC, 26 in 1:22–cv–08810–DLC, 36 in 1:22–cv–09050–DLC, 32 in 1:22–cv–09081–DLC, 24 in 1:22–cv–09046–DLC, 29 in 1:22–cv–08811–DLC, 28 in 1:22–cv–09032–DLC, 33 in 1:22–cv–09069–DLC, 37 in 1:22–cv–09083–DLC, 39 in 1:22–cv–08931–DLC, 41 in 1:22–cv–09049–DLC) MOTION for Austin Evans to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–26976882. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(aea)** (Entered: 11/18/2022) |
| 11/18/2022 | 192 | ORDER granting 190 Motion for Shawn P. Fox to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/18/2022) |
| 11/18/2022 | 193 | ORDER granting Motion for Austin Evans to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 11/18/2022) |
| 11/18/2022 | 194 | ORDER: A conference in In Re: Acetaminophen – ASD–ADHD Products Liability Litigation was held on November 17, 2022. It is hereby ORDERED that by November 30, 2022, plaintiffs' counsel and defense counsel shall meet and confer regarding the Draft Direct Filing Order, attached hereto, and submit a proposed direct filing order, which shall include any alternative language to which the parties cannot agree, and letters describing any disputes. (Signed by Judge Denise L. Cote on 11/18/2022) (Attachments: # 1 Exhibit 1) (vfr) (Entered: 11/18/2022) |
| 11/18/2022 | 195 | ORDER: POST–CONFERENCE SUBMISSIONS: A conference in In Re: Acetaminophen – ASD–ADHD Products Liability Litigation was held on November 17, 2022. It is hereby ORDERED that by November 30, 2022, plaintiffs' counsel and defense counsel shall meet and confer and submit proposed orders and/or status letters on the following, as further set forth in this Order. (Signed by Judge Denise L. Cote on 11/18/2022) (vfr) (Entered: 11/18/2022) |
| 11/18/2022 | 196 | NOTICE OF APPEARANCE by Joseph Lara on behalf of THE KROGER CO..(Lara, Joseph) (Entered: 11/18/2022) |
| 11/20/2022 | 197 | LETTER addressed to Judge Denise L. Cote from Mikal Watts, Mark Lanier, and Ashley Keller dated November 20, 2022 re: Proposed Order regarding Plaintiffs' Leadership Appointments. Document filed by Plaintiffs Counsel. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Text of Proposed Order Re: Plaintiffs' Leadership Appointments).(Watts, Mikal) (Entered: 11/20/2022) |
| 11/20/2022 | 198 | AMENDED LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co–Lead Counsel: Mikal Watts, Ashley Keller and Mark Lanier dated November 20, 2022 re: Plaintiffs' Leadership Appointments. Document filed by Plaintiffs Counsel. (Attachments: # 1 Text of Proposed Order re: Plaintiffs' Leadership Appointments).(Watts, Mikal) (Entered: 11/20/2022) |
| 11/21/2022 | 199 | NOTICE OF APPEARANCE by Kenneth Jay Grunfeld on behalf of Colleen Battista, Tammy Peavley–Hawes, Charmaine Tate..(Grunfeld, Kenneth) (Entered: 11/21/2022) |
| 11/22/2022 | 200 | ORDER: PLAINTIFF'S PROPOSED LEADERSHIP APPOINTMENTS: Accordingly, it is hereby ORDERED that any objection to the following proposal be filed by November 30, 2022. It is proposed by Co–Lead Counsel that for one year, subject to renewal by Court Order, the following lawyers are appointed as plaintiffs' leadership team ("Leadership Team"), as further set forth in this Order. IT IS FURTHER ORDERED that any plaintiffs' attorney who seeks appointment to the Leadership Team and who has not yet submitted an application for such appointment shall submit such an application by November 30, 2022. No attorneys shall be added to the Leadership Team without prior application to and approval from this Court. IT IS FURTHER ORDERED that Co–Lead Counsel shall advise the Court by the first of each month whether any member of the Leadership Team, or any attorney at the law firm to which that member belongs, has filed an action related to this MDL in state court. If such a filing has been made, the member of the Leadership Team shall submit a letter to the Court explaining whether good cause exists for the state court filing. Counsel are reminded that the transfer of an action to the MDL or the direct filing of an action in the MDL (pursuant to an Order to be issued by this Court) do not constitute, for any party, a waiver pursuant to Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998). ( Motions due by 11/30/2022.) (Signed by Judge Denise L. Cote on 11/22/2022) (vfr) (Entered: 11/22/2022) |
| 11/23/2022 | 201 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Ruth Rizkalla to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27000518. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Chiyaukaa Archer. (Attachments: # 1 Affidavit Affidavit, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09076–DLC.(Rizkalla, Ruth) Modified on 11/28/2022 (sgz). (Entered: 11/23/2022) |
| 11/23/2022 | 202 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of California Northern, Florida Southern, Illinois Northern, and Pennsylvania Eastern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 11/23/2022) (vba) (Entered: 11/28/2022) |
| 11/28/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (201 in 1:22–md–03043–DLC, 31 in 1:22–cv–09076–DLC) MOTION for Ruth Rizkalla to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27000518. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09076–DLC(sgz)** (Entered: 11/28/2022) |
| 11/28/2022 | 203 | MOTION for Reconsideration *and Request for Certification Under 28 U.S.C. U.S.C. 1292(b)*. Document filed by Wal–Mart Stores Inc..Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Fournier, Kristen) (Entered: 11/28/2022) |

| | | |
|---|---|---|
| 11/28/2022 | 204 | MEMORANDUM OF LAW in Support re: (63 in 1:22−cv−09012−DLC) MOTION for Reconsideration *and Request for Certification Under 28 U.S.C. U.S.C. 1292(b). .* Document filed by Wal−Mart Stores Inc.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09011−DLC, 1:22−cv−09012−DLC.(Fournier, Kristen) (Entered: 11/28/2022) |
| 11/29/2022 | 205 | ORDER: It is hereby ORDERED that the plaintiffs shall file any opposition by December 12, 2022. A reply, if any, shall be filed by December 19, 2022. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. ( Responses due by 12/12/2022, Replies due by 12/19/2022.) (Signed by Judge Denise L. Cote on 11/29/2022) Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09011−DLC, 1:22−cv−09012−DLC (vfr) (Entered: 11/29/2022) |
| 11/30/2022 | 206 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated November 30, 2022 re: Defendants Leadership and Liaison. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Text of Proposed Order regarding Defendants Leadership and Liaison).(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 207 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co−Lead Counsel Mikal Watts, Ashley Keller, and Mark Lanier dated November 30, 2022 re: State Court Cases Filed By Member of Leadership. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/30/2022) |
| 11/30/2022 | 208 | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan dated November 30, 2022 re: Common Benefit Order. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Lisa Roberts. (Attachments: # 1 Exhibit A− Proposed Common Benefit Order).(Sullivan, Daniel) (Entered: 11/30/2022) |
| 11/30/2022 | 209 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co−Lead Counsel Mikal Watts, Ashley Keller, and Mark Lanier dated November 30, 2022 re: Contact Information for State Court Judge. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 11/30/2022) |
| 11/30/2022 | 210 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co−Lead Counsel Mikal Watts, Ashley Keller, and Mark Lanier dated November 30, 2022 re: Proposed Order: Direct Filing. Document filed by Plaintiffs Counsel. (Attachments: # 1 Text of Proposed Order Exhibit A_Proposed Order: Direct Filing).(Watts, Mikal) (Entered: 11/30/2022) |
| 11/30/2022 | 211 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: Nominations for Special Masters. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 212 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: Census of Cases. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 213 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: Discovery Scheduling. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 214 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: Plaintiff Fact Sheets. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 215 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co−Lead Counsel Mikal Watts, Ashley Keller and Mark Lanier dated November 30, 2022 re: Discovery Issues. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A: Requests for Production of Documents to JJCI).(Watts, Mikal) (Entered: 11/30/2022) |

| | | |
|---|---|---|
| 11/30/2022 | 216 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: Schedule for Bellwether Selection. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 217 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: Initial Meetings with Magistrate Judge Katharine H. Parker. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 218 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: Engagement with FDA. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 219 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated November 30, 2022 re: Direct Filing Order. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Text of Proposed Order Regarding Direct Filing).(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 220 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co–Lead Counsel Mikal Watts, Ashley Keller and Mark Lanier dated November 30, 2022 re: Proposed Preservation Order. Document filed by Plaintiffs Counsel. (Attachments: # 1 Text of Proposed Order Ex. A: Joint Stipulated Order for Preservation of Documents and Electronically Stored Information).(Watts, Mikal) (Entered: 11/30/2022) |
| 11/30/2022 | 221 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 30, 2022 re: MDL Discovery Orders. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 222 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated November 30, 2022 re: Defendants Position Regarding Preservation Order. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Exhibit Transcript of November 17, 2022 Pretrial Conference).(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 223 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co–Lead Counsel Mikal Watts, Ashley Keller and Mark Lanier dated November 30, 2022 re: Plaintiffs' Proposed Schedule for Master Complaints and Motions to Dismiss. Document filed by Plaintiffs Counsel. (Attachments: # 1 Text of Proposed Order Ex. A: [Proposed} Scheduling Order Regarding Master Complaints, Short Form Complaints, and Motions to Dismiss).(Watts, Mikal) (Entered: 11/30/2022) |
| 11/30/2022 | 224 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated November 30, 2022 re: Plaintiffs Written Discovery. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Exhibit Transcript of November 17, 2022 Pretrial Conference).(Richer, Kristen) (Entered: 11/30/2022) |
| 11/30/2022 | 225 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated November 30, 2022 re: Defendants Position on Master Pleadings and Motions to Dismiss. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Exhibit Regarding Master Pleadings and Motions to Dismiss).(Richer, Kristen) (Entered: 11/30/2022) |
| 12/01/2022 | 226 | MEMO ENDORSEMENT on re: 212 Letter filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 12/1/2022) (vfr) (Entered: 12/01/2022) |
| 12/01/2022 | 227 | MEMO ENDORSEMENT on re: 221 Letter filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 12/1/2022) (vfr) (Entered: 12/01/2022) |
| 12/01/2022 | 228 | MEMO ENDORSEMENT on re: 213 Letter filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 12/1/2022) (vfr) (Entered: 12/01/2022) |

| 12/01/2022 | 229 | MEMO ENDORSEMENT on re: 214 Letter filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 12/1/2022) (vfr) (Entered: 12/01/2022) |
|---|---|---|
| 12/01/2022 | 230 | ORDER: On November 30, 2022, the parties submitted proposed Direct Filing Orders. It is hereby ORDERED that a telephonic conference is scheduled for December 2, 2022 at 4:00 P.M. regarding the proposed Direct Filing Orders. IT IS FURTHER ORDERED that the parties shall use the following dial−in credentials for the telephone conference: Dial−in: 888−363−4749 Access Code: 4324948. The parties shall use a landline if one is available. ( Telephone Conference set for 12/2/2022 at 4:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 12/1/2022) (vfr) (Entered: 12/01/2022) |
| 12/01/2022 | 231 | ORDER: DEFENSE LEADERSHIP: It is hereby ORDERED that the defendants' leadership structure be amended as follows: 1. The Court designates Kristen L. Richer to serve as Defense Liaison Counsel for all defendants to this litigation. 2. The Court further designates the following Defense Tier Subgroups: a. Retailer Liaison Committee ("RLC"): The previously approved RLC shall facilitate communications among the Retailer Defendants and shall consist of the following counsel, whose applications for appointment to the RLC are hereby approved without objection: Kristen R. Fournier, Lori B. Leskin, and Kristen L. Richer. b. Manufacturer Liaison: In light of the addition of JJCI to this litigation, the Court approves the appointment of a Manufacturer Liaison to serve on behalf of JJCI and any other manufacturers that may be added to the litigation in the future. Sarah E. Johnston is hereby appointed to serve as Manufacturer Liaison. IT IS FURTHER ORDERED that the aforementioned leadership structure does not preclude any future amendments to the Defendants' leadership structure as may become necessary upon joinder of new or additional defendants to this litigation. (Signed by Judge Denise L. Cote on 12/1/2022) (vfr) (Entered: 12/01/2022) |
| 12/01/2022 | 232 | ORDER: A telephonic conference will be held on December 2, 2022 at 4:00 PM regarding the proposed Direct Filing Orders. It is hereby ORDERED that the Draft Order of December 1, 2022: Direct Filing, attached hereto, will be discussed at the conference. (Signed by Judge Denise L. Cote on 12/1/2022) (Attachments: # 1 Exhibit 1) (vfr) (Entered: 12/01/2022) |
| 12/01/2022 | 233 | LETTER addressed to Judge Denise L. Cote from Eric D. Holland and Ann Callis dated 12/01/22 re: Plaintiffs' Steering Committee. Document filed by Plaintiffs Counsel..(Holland, Eric) (Entered: 12/01/2022) |
| 12/01/2022 | 234 | MEMO ENDORSEMENT on re: 222 Letter, filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: The parties' joint or competing proposals shall be submitted by 1/11/23. (Signed by Judge Denise L. Cote on 12/1/2022) (va) (Entered: 12/02/2022) |
| 12/01/2022 | 237 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court − that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Pennsylvania Eastern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 12/1/2022) (vba) (Entered: 12/02/2022) |
| 12/02/2022 | 235 | PRETRIAL SCHEDULING ORDER: MASTER COMPLAINTS, SFCs, AND MOTIONS TO DISMISS: On November 30, 2022, the parties submitted proposed schedules to govern the filing of two Master Complaints, a model Short Form Complaint ("SFC"), and motions to dismiss. It is hereby ORDERED that the plaintiffs shall file the two Master Complaints by December 16, 2022: one naming the Retailer Defendants and the other naming Johnson & Johnson Consumer Inc. ("J&J"). IT IS FURTHER ORDERED that the plaintiffs shall file a proposed model SFC by December 16, 2022. The parties shall thereafter meet and confer regarding the model SFC. The parties shall submit by January 4, 2023 a joint proposed model SFC or a model SFC indicating any competing proposals along with letters describing the grounds for any disagreements. The parties shall use the following dial−in credentials for the conference: Dial−in: 888−363−4749. Access Code: 4324948. The parties shall use a landline if one is available. IT IS ANTICIPATED that, should a decision |

| | | |
|---|---|---|
| | | regarding the model SFC be reached at the January 6, 2023 conference, the plaintiffs who have cases in the MDL will be required to file their SFCs by January 20, 2023. IT IS FURTHER ORDERED that, in the event SFCs are required to be filed by January 20, the defendants shall be required to file any motion to dismiss by February 10, 2023. The defendants may file motions to dismiss only two SFCs: one made by the Retailer Defendants and one made by J&J. The plaintiffs shall file any oppositions to the motions to dismiss by March 3, 2023. Replies, if any, shall be filed by March 17, 2023. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. Motions due by 2/10/2023. Responses due by 3/3/2023 Replies due by 3/17/2023. Telephone Conference set for 1/6/2023 at 04:00 PM before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 12/2/2022) (jca) (Entered: 12/02/2022) |
| 12/02/2022 | 236 | ORDER: PLAINTIFFS' LEADERSHIP It is hereby ORDERED that the following lawyers are appointed as plaintiffs' leadership team for one year, subject to renewal by Court Order: 1. Plaintiffs' Co–Lead Counsel ("Co–Lead Counsel"): Mikal C. Watts, Ashley C. Keller, and W. Mark Lanier. 2. Plaintiffs' Liaison Counsel ("PLC"): Daniel Sullivan. 3. Plaintiffs' Executive Committee ("PEC"): The PEC shall be composed of Plaintiffs' Co–Lead Counsel, Plaintiffs' Liaison Counsel, and the following committee chairs: a. Law & Briefing Committee: Ashley Barriere. b. Early Vetting/Bellwether Selection Committee: Sean Tracey. c. Discovery/ESI Committee: Eric Holland. d. Science & Expert Committee: W. Roger Smith. e. Settlement/Lien Resolution Committee: Zoe Littlepage. f. Federal/State Court Liaison Committee: Ann Callis. 4. Plaintiffs' Steering Committee ("PSC"): The PSC shall be composed of Julien Adams, Tricia Campbell, Charles J. Cooper, Eric W. Cracken, Paul Danziger, Richard Golomb, Patrick Luff, David P. Matthews, Neal Moskow, Richard M. Paul III, Ruth Rizkalla, and Lindsey Scarcello. (Signed by Judge Denise L. Cote on 12/2/2022) (jca) (Entered: 12/02/2022) |
| 12/02/2022 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Status Conference held on 12/2/2022. (Court Reporter Paula Horovitz) Associated Cases: 1:22–md–03043–DLC et al.(jwh) (Entered: 12/02/2022) |
| 12/02/2022 | 238 | ORDER: DIRECT FILING: It is hereby ORDERED: 1. This Order applies only to personal injury claims brought by United States residents and filed directly in the MDL. 2. Any plaintiff whose case would be subject to transfer to this MDL may directly file his or her complaint against any or all defendants in the United States District Court for the Southern District of New York as related to the MDL. 3. Any complaint that is filed directly in the Southern District of New York pursuant to this Order shall be deemed directly filed in the MDL and filed as a new civil action in the Court's electronic filing system. At the time of filing, the complaint shall bear the caption set forth in Paragraph 4(c) of this Order and be accompanied by a civil cover sheet and summons. The civilcover sheet shall be completed in accordance with the instructions set forth therein. The filing party shall use the origin code 8 on the civil cover sheet. The Clerk of Court is directed to assign the action to the MDL Judge's docket. After review by the Clerk of Court's office, the case will be automatically consolidated for pretrial purposes in the MDL and listed as a Member Case. If counsel have any questions regarding opening a civil case, contact the Civil Case Openings unit of the Southern District of New York at 212–805–0632 or case_openings@nysd.uscourts.gov. 4. The process for direct filing will be as follows: a. Attorneys who are subject to the Local Rules of this District must file the complaint in accordance with the Local Rules. Attorneys who are not admitted to practice in the United States District Court for the Southern District of New York shall seek admission prior to the direct filing of the cases in accordance with this Court's October 19, 2022 Order: Attorney Admissions. b. All plaintiffs directly filing in the MDL are required to pay the standard New Action Filing Fee to initiate the case, as further set forth in this Order. Nothing contained in this Order shall preclude the parties from agreeing, at a future date, to try cases filed pursuant to this Order in the Southern District of New York. All defendants currently before this Court as of the date of this Order have agreed that they will not assert any objection of improper venue pursuant to Fed. R. Civ. P 12(b) as to any Member Case filed directly in the Southern District of New York where the plaintiff has designated in the complaint another district as the plaintiff's Home Venue unless and until the Court determines that the Member Case is ready for transfer. Any choice of law determination in a |

| | | |
|---|---|---|
| | | directly filed action will treat that action as if it had been originally filed in the Home Venue. This Court, as a multidistrict litigation transferee court, will apply the substantive state law, including choice–of–law rules, of the jurisdiction of the Home Venue. The direct filing of a case in the MDL shall not constitute a determination by this Court that venue is proper in this district, nor a waiver of personal jurisdiction or service by any named Defendant. Nor shall the filing of an action directly in the MDL constitute, for any party,a waiver pursuant to Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998). The Court understands that Defendants expressly reserve all rights pursuant to Lexecon. The filing of a complaint directly in the MDL pursuant to this Order shall stop the running of any statute of limitations or prescriptive or preemptive period as if the complaint had been filed in an appropriate venue. Defendants reserve all rights to move to dismiss any directly filed individual complaint under Rule 12 or Rule 9, consistent with a schedule to be entered by the Court. The references to "Defendants" herein shall not constitute an appearance by or for any Defendant not yet named in the MDL and/or not properly served. (As further set forth in this Order.) (Signed by Judge Denise L. Cote on 12/2/2022) (vfr) Transmission to Civil Case Openings Clerk for processing. Transmission to Office of the Clerk of Court for processing. (Entered: 12/02/2022) |
| 12/02/2022 | 239 | ORDER: A pretrial conference was held on December 2, 2022. It is hereby ORDERED that by December 8, 2022, the parties shall meet and confer and submit a proposed order regarding additions to the December 2, 2022 Pretrial Scheduling Order: Master Complaints, SFCs, and Motions to Dismiss. (Signed by Judge Denise L. Cote on 12/2/2022) (vfr) (Entered: 12/02/2022) |
| 12/05/2022 | 240 | CONSENT MOTION to Substitute Attorney. Old Attorney: Daniel E. Gustafson, Amanda M. Williams, and Frances Mahoney–Mosedale, New Attorney: Mikal Watts . Document filed by D. F., Linzy Funk, B.R.G., Kristina Radford–Garcia, Makayla Jellema, R.J., J.S, Tiffany Skibicki, Jessica Cagle, D.F., M.R., S.S., Heather Strydom, M.R., S.S.. (Attachments: # 1 Text of Proposed Order To Withdraw and Substitute Counsel)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Watts, Mikal) (Entered: 12/05/2022) |
| 12/05/2022 | 241 | ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL granting (240) Motion to Substitute Attorney. The Court, having considered Plaintiffs' Motion to Withdraw by Consent and Substitute Counsel find it me1itorious and according; IT IS ORDERED that Daniel E. Gustafson, Amanda M. Williams, and Frances Mahoney–Mosedale of Gustafson Gluek PLLC be withdrawn, and Mikal Watts of Watts Guerra LLC be substituted as lead counsel of record of the above–referenced actions. SO ORDERED.. (Signed by Judge Denise L. Cote on 12/5/2022) Attorney Amanda M Williams; Thomas G Williams; Daniel E. Gustafson and Frances Ivy Mahoney–Mosedale terminated in case 1:22–md–03043–DLC Filed In Associated Cases: 1:22–md–03043–DLC et al. (ks) (Entered: 12/05/2022) |
| 12/05/2022 | 242 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co–Lead Counsel Mikal Watts, Ashley Keller, and Mark Lanier dated December 5, 2022 re: Special Master Update. Document filed by Plaintiffs Counsel..(Watts, Mikal) (Entered: 12/05/2022) |
| 12/06/2022 | 243 | MOTION for Amanda L. Groves to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27046030. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Safeway Inc, Dollar General, Dollar General Corporation, Dollar General Corporation, Safeway Inc.. (Attachments: # 1 Affidavit (Declaration) of Amanda L. Groves with Certificates, # 2 Text of Proposed Order (Proposed) Order on Motion for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10038–DLC, 1:22–cv–10039–DLC.(Groves, Amanda) Modified on 12/7/2022 (aea). (Entered: 12/06/2022) |
| 12/06/2022 | 244 | NOTICE OF APPEARANCE by Alexandra J. Kushner on behalf of Safeway Inc, Dollar General, Dollar General Corporation, Dollar General Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10038–DLC, 1:22–cv–10039–DLC.(Kushner, Alexandra) (Entered: 12/06/2022) |
| 12/06/2022 | 245 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated December 6, 2022 re: Nominations for Special Masters. Document |

| | | |
|---|---|---|
| | | filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 12/06/2022) |
| 12/07/2022 | 246 | ORDER: It is hereby ORDERED that the defendants do not need to respond by December 16. IT IS FURTHER ORDERED that, following the filing of the Master Complaints, the parties shall meet and confer regarding the November 18 discovery demands. IT IS FURTHER ORDERED that counsel shall prioritize discovery related to the issue of general causation. IT IS FURTHER ORDERED that the parties shall advise the Court by January 4, 2023 in letters no longer than two pages of whether they need additional time to confer regarding the November 18 discovery demands, and if so, how long they need. (Signed by Judge Denise L. Cote on 12/7/2022) (vfr) (Entered: 12/07/2022) |
| 12/07/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 243 MOTION for Amanda L. Groves to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27046030. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 12/07/2022) |
| 12/07/2022 | 247 | ORDER granting Motion for Amanda L. Groves to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10038–DLC, 1:22–cv–10039–DLC (jwh) (Entered: 12/07/2022) |
| 12/07/2022 | 248 | ORDER: NOTICE OF SPECIAL MASTER CANDIDATES: Accordingly, it is hereby ORDERED that all parties consider the Court's intention to appoint two special masters pursuant to Rule 53(b), Fed. R. Civ. P. One Special Master will oversee and administer the Common Benefit Fund ("CBF Special Master") and one Special Master will manage a census of cases in this MDL ("Census Special Master"). IT IS FURTHER ORDERED that all parties are hereby notified that the Court is considering the appointment of Amy Gernon of Gernon Law as the CBF Special Master. IT IS FURTHER ORDERED that all parties are hereby notified that the Court is considering the appointment Randi S. Ellis of Randi S. Ellis, LLC as the Census Special Master. IT IS FURTHER ORDERED that pursuant to Rule 53(b)(3)(A), Ms. Gernon and Ms. Ellis must each file an affidavit by December 12, 2022 stating whether there is any ground for disqualification under 28 U.S.C. 455. IT IS FURTHER ORDERED that any party to this litigation with alternative suggestions for a CBF Special Master or a Census Special Master of objections to Ms. Gernon's or Ms. Ellis's appointment may file those suggestions or objections by December 14, 2022. (Signed by Judge Denise L. Cote on 12/7/2022) (vfr) (Entered: 12/07/2022) |
| 12/07/2022 | 249 | NOTICE OF APPEARANCE by Patricia L Campbell on behalf of Plaintiffs Counsel..(Campbell, Patricia) (Entered: 12/07/2022) |
| 12/08/2022 | 250 | AFFIDAVIT of Amy M. Gernon re: (248 in 1:22–md–03043–DLC) Order,,,,, *28 U.S.C. 455 disclosure*. Document filed by Amy M Gernon. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Gernon, Amy) (Entered: 12/08/2022) |
| 12/08/2022 | 251 | MOTION to Withdraw *Jared D. Shepherd as Attorney*., MOTION for Jared D. Shepherd to Withdraw as Attorney . Document filed by A.S., Kayla Strenke, K.W, Precious Watts, J.W., Cara Wicker, A.M., Nicole Tellock, Nicollet Tellock, A&K, Lindsey Baxter, H.L., Amy Pfuhl, Jessica Brakken, J.L., M.B., Alyssa Hanson, I.H., C.F., Kelsie Rivera, F.C., Krysanthemum Feiler, K.C., Jennifer King, Lindsey Baxter, C.F., F.C., J.L., L.H., M.B.(a Minor, by and through his parent and natural guardian, Jessica Brakken), R.S., Courtney Springer. (Attachments: # 1 Affidavit of Jared D. Shepherd, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) (Entered: 12/08/2022) |
| 12/08/2022 | 252 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 12/08/2022 re: Courts December 2, 2022 Pretrial Scheduling Order. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Proposed Order).(Keller, Ashley) (Entered: 12/08/2022) |
| 12/08/2022 | 253 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated December 8, 2022 re: Proposed Order Governing Master Pleadings, Short Form Complaints and Motions to Dismiss. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Text of |

| | | |
|---|---|---|
| | | Proposed Order Regarding Master Complaints, SFCs, and Motions to Dismiss, # 2 Exhibit Transcript of November 17, 2022 Pretrial Conference).(Richer, Kristen) (Entered: 12/08/2022) |
| 12/09/2022 | 254 | ORDER granting 251 Motion to Withdraw *Jared D. Shepherd as Attorney*. Having considered the Motion to Withdraw Counsel Pursuant to Local Rule 1.4 brought before this United States District Court and the Honorable Denise Cote, District Judge, the Motion is hereby GRANTED. IT IS HEREBY ORDERED that Jared Shepherd is relieved as counsel for all Plaintiffs listed in the above–captioned matter. Attorney Jared D. Shepherd terminated. (Signed by Judge Denise L. Cote on 12/9/2022) (vfr) (Entered: 12/09/2022) |
| 12/09/2022 | 255 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/17/2022 before Judge Denise L. Cote. Court Reporter/Transcriber: Sara Beiter, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/30/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/9/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 12/09/2022) |
| 12/09/2022 | 256 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/17/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 12/09/2022) |
| 12/09/2022 | 257 | ORDER: SCHEDULING MASTER COMPLAINTS, SFCs, AND MOTIONS TO DISMISS: It is hereby ORDERED that: 1. Plaintiffs shall file the two Master Complaints by December 16, 2022: one naming the Retailer Defendants and the other naming Johnson & Johnson Consumer Inc. ("JJCI"). These Master Complaints shall apply to all cases presently pending in this MDL against the aforementioned Defendants, and to all actions against Defendants that have been or will in the future be filed directly in or transferred to this MDL. 2. Any Plaintiff whose action is pending in this MDL as of December 16, 2022 shall be deemed to have filed his or her Complaint as to the defendant(s) named in his or her Complaint as of the date he or she filed his or her original Complaint and not the date of the filing of the Master Complaints or the SFCs. 3. Plaintiffs shall file a proposed model SFC by December 16, 2022. The parties shall thereafter confer regarding the model SFC. The parties shall by January 4, 2023 submit a proposed order governing the use of SFCs in the MDL, a model SFC, or competing proposals with letters describing the grounds for any disagreements. 4. Following filing of the Master Complaints, the parties shall meet and confer regarding the form and structure of any motion(s) to dismiss and by January 4, 2023 will report to the Court regarding those discussions. 5. The Court will hold a telephonic conference on January 6, 2023 at 4:00 p.m. regarding the model SFC and other issues covered in this Order. The parties shall use the following dial–in credentials for the conference: Dial–in: 888–363–4749. Access Code: 4324948. The parties shall use a landline if one is available. 6. Any SFC shall be filed in the individual, member docket for the case. SFCS shall not be filed on the Master MDL Dockets (22MD3043 (DLC) and 22MC3043 (DLC)). 7. Should a decision regarding the model SFC be reached at the January 6, 2023 conference, all plaintiffs who have cases in the MDL will be required to file their SFCs by January 20, 2023. 8. Following the Court's approval of the model SFC, any new plaintiff who files directly in this MDL pursuant to the December 2, 2022 Direct Filing Order (22MC3043: ECF No. 25), or any amendment to that Order, shall do so using the approved SFC. 9. Any plaintiff whose case is transferred into this MDL after approval of the model SFC shall file a SFC within fourteen (14) days of the case being transferred to the MDL. 10. Any plaintiff who fails to file a SFC by these deadlines may be dismissed upon motion. The parties will meet and confer regarding that motion practice and propose a process to the Court by January 4. 11. In the event SFCs are required to be filed by January 20, the defendants shall be required to file any motions to dismiss by February 10, 2023. Plaintiffs shall file any oppositions to the motions to dismiss by |

| | | |
|---|---|---|
| | | March 3, 2023. Replies, if any, shall be filed by March 17, 2023. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. 12. The parties shall be prepared to discuss at the conference to be held on January 6, 2023 the extent to which any motion to dismiss shall constitute a defendant's response not only to the Master Complaint but also to any SFC to which the Master Complaint applies. A defendant who moves to dismiss shall not be required to file a Master Answer until twenty–eight (28) days after the Court rules on such a motion, or as otherwise ordered. If and when any defendant files a Master Answer, the Master Answer shall constitute that defendant's Answer to the Master Complaint and to any SFC to which the Master Complaint applies, except that a defendant's Answer will not waive any objections to service, jurisdiction or venue, and will not waive any defenses to any claims or issues not pleaded in the Master Complaint. 13. Nothing in this Order shall preclude any defendant from filing counterclaims, cross– claims, and/or third–party claims, as may be necessary and appropriate under the law, provided that any such claims be asserted in a manner consistent with the procedures and deadlines set forth in the Federal Rules of Civil Procedure. ( Motions due by 2/10/2023., Responses due by 3/3/2023, Replies due by 3/17/2023., Telephone Conference set for 1/6/2023 at 4:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 12/9/2022) (vfr) (Entered: 12/09/2022) |
| 12/09/2022 | 258 | MOTION for Amanda Hunt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27068885. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts, Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Robin Hatfield(individually and as mother, general guardian of C.H.), Lisa Roberts. (Attachments: # 1 Affidavit of Amanda Hunt, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Hunt, Amanda) Modified on 12/12/2022 (sgz). (Entered: 12/09/2022) |
| 12/12/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (69 in 1:22–cv–09012–DLC, 68 in 1:22–cv–09011–DLC, 258 in 1:22–md–03043–DLC) MOTION for Amanda Hunt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27068885. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC(sgz)** (Entered: 12/12/2022) |
| 12/12/2022 | 259 | ORDER granting Motion for Amanda Hunt to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC (jwh) (Entered: 12/12/2022) |
| 12/12/2022 | 260 | AFFIDAVIT of Randi Ellis re: 248 Order,,,,, . Document filed by Randi Ellis..(Ellis, Randi) (Entered: 12/12/2022) |
| 12/12/2022 | 261 | RESPONSE in Opposition to Motion re: (62 in 1:22–cv–09011–DLC, 63 in 1:22–cv–09012–DLC, 203 in 1:22–md–03043–DLC) MOTION for Reconsideration *and Request for Certification Under 28 U.S.C. U.S.C. 1292(b)*. . Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor), Lisa Roberts, Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Robin Hatfield(individually and as mother, general guardian of C.H.), Lisa Roberts. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Keller, Ashley) (Entered: 12/12/2022) |
| 12/12/2022 | 262 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from James F. Murdica dated December 12, 2022 re: 203 MOTION for Reconsideration *and Request for Certification Under 28 U.S.C. U.S.C. 1292(b)*. . Document filed by Johnson & Johnson Consumer, Inc...(Murdica, James) (Entered: 12/12/2022) |
| 12/13/2022 | 263 | ORDER: To make the processing of proposed orders more efficient, it is hereby ORDERED that upon the filing of any proposed order in this action, Plaintiffs' Liaison Counsel and/or Defense Liaison Counsel will email an editable version of the proposed order, such as a Microsoft Word document, to this Court at |

| | | |
|---|---|---|
| | | CoteNYSDchambers@nysd.uscourts.gov. (Signed by Judge Denise L. Cote on 12/13/2022) (vfr) (Entered: 12/13/2022) |
| 12/13/2022 | 264 | CONSENT MOTION for Francisco R. Maderal, Jr. to Withdraw as Attorney *by Consent and Substitute Counsel*. Document filed by JENAYE SMITH, Jenaye Smith. (Attachments: # 1 Text of Proposed Order to Withdraw by Consent and Substitute Counsel)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10220–DLC.(Watts, Mikal) (Entered: 12/13/2022) |
| 12/13/2022 | 265 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/2/2022 before Judge Denise L. Cote. Court Reporter/Transcriber: Paula Horovitz, (212) 805–0348. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/3/2023. Redacted Transcript Deadline set for 1/13/2023. Release of Transcript Restriction set for 3/13/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 12/13/2022) |
| 12/13/2022 | 266 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/2/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 12/13/2022) |
| 12/13/2022 | 267 | MEMO ENDORSEMENT granting 264 Motion to Withdraw as Attorney. ENDORSEMENT: So ordered. Attorney Francisco Raul Maderal, Jr terminated. (Signed by Judge Denise L. Cote on 12/13/2022) (vfr) (Entered: 12/13/2022) |
| 12/13/2022 | 268 | ORDER SCHEDULING SETTLEMENT PLANNING CONFERENCE: A preliminary conference to discuss settlement is scheduled for Friday, January 13, 2023 at 10:00 a.m. in Courtroom 17–D, United States Courthouse, 500 Pearl Street, New York, New York. The Court intends to discuss a settlement process and timetables with counsel for the parties. Thus, only counsel for the parties are required to attend this conference.Counsel for the parties shall be prepared to discuss information needed to evaluate their settlement positions, the process for settlement and possible settlement structures, and timetable for future settlement conferences.SO ORDERED. ( Status Conference set for 1/13/2023 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker.) (Signed by Magistrate Judge Katharine H. Parker on 12/13/2022) (vfr) (Entered: 12/13/2022) |
| 12/13/2022 | 269 | ORDER: On November 30, 2022, plaintiffs' Liaison Counsel submitted a proposed common benefit order. Attached is a revision to that proposed order ("Draft CB Fund Order"). It is hereby ORDERED that plaintiffs' Co–Lead Counsel or their designee shall confer with the proposed Special Master for the Common Benefit Fund regarding the Draft CB Fund Order and provide the Court with any proposed revisions. (Signed by Judge Denise L. Cote on 12/13/2022) (Attachments: # 1 Exhibit exhibit) (va) (Entered: 12/14/2022) |
| 12/16/2022 | 270 | MOTION for Gregory A. Ellis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27099999. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Safeway Inc, Dollar General, Dollar General Corporation, Dollar General Corporation, Safeway Inc.. (Attachments: # 1 Affidavit (Declaration) of Gregory A. Ellis, with Certificates, # 2 Text of Proposed Order – (Proposed) Order on Motion for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Ellis, Gregory) Modified on 12/19/2022 (sgz). (Entered: 12/16/2022) |
| 12/16/2022 | 271 | ORDER: It is hereby ORDERED that by December 20, 2022, the parties shall submit a proposed order that appoints Randi S. Ellis as the Census Special Master. (Signed by Judge Denise L. Cote on 12/16/2022) (vfr) (Entered: 12/16/2022) |
| 12/16/2022 | 272 | LETTER addressed to Judge Denise L. Cote from Eric D. Holland dated 12/16/22 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel. |

|  |  | (Attachments: # <u>1</u> Text of Proposed Order Proposed Order, # <u>2</u> Exhibit 1 – 3M Coordination Order, # <u>3</u> Exhibit 2 – Elmiron CMO 7, # <u>4</u> Exhibit 3 – Infant Formula Coordination Order, # <u>5</u> Exhibit 4 – Eliquis Coordination Letter, # <u>6</u> Exhibit 5 – Eliquis CMO 1).(Holland, Eric) (Entered: 12/16/2022) |
|---|---|---|
| 12/16/2022 | <u>273</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated December 16, 2022 re: ESI Protocol and Protective Order. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 12/16/2022) |
| 12/16/2022 | <u>274</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated December 16, 2022 re: Engagement With FDA. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 12/16/2022) |
| 12/16/2022 | <u>275</u> | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated December 16, 2022 re: Proposed Coordination of State and Federal Litigation. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # <u>1</u> Text of Proposed Order Regarding Coordination of State and Federal Litigation, # <u>2</u> Exhibit A – Plaintiffs' Initial Proposal, # <u>3</u> Exhibit B – Defendants' Initial Proposal, # <u>4</u> Exhibit C – Defendants' Redline of Plaintiffs' Initial Proposal, # <u>5</u> Exhibit D – Plaintiffs' Second Proposal, # <u>6</u> Exhibit E – Plaintiffs' Second Proposal with Redlines, # <u>7</u> Exhibit F – 3M Coordination Order, # <u>8</u> Exhibit G – Dicamba Coordination Order, # <u>9</u> Exhibit H – Paraquat Coordination Order, # <u>10</u> Exhibit I – Zimmer Coordination Order, # <u>11</u> Exhibit J – General Motors Coordination Order).(Richer, Kristen) (Entered: 12/16/2022) |
| 12/16/2022 | <u>276</u> | COMPLAINT against Johnson & Johnson Consumer, Inc.. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 12/16/2022) |
| 12/16/2022 | <u>277</u> | COMPLAINT against 7–Eleven, Inc., Big Lots, CVS Pharmacy Inc, Costco Wholesale Corp., Costco Wholesale Corporation, Costco Wholesale Corporation, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Family Dollar, Inc., Rite Aid Corporation, Rite Aid Corporation, Safeway Inc., Sam's West Inc., Target Corporation, The Kroger, Co., Walgreen CO, Walgreen, Co., Walgreens Co., Walmart Inc., Walmart, Incorporated. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 12/16/2022) |
| 12/16/2022 | <u>278</u> | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts, and Mark Lanier dated 12/16/2022 re: Plaintiffs proposed model Short Form Complaint. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit A – Proposed Model Short Form Complaint).(Keller, Ashley) (Entered: 12/16/2022) |
| 12/19/2022 |  | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (46 in 1:22–cv–09878–DLC, 29 in 1:22–cv–08815–DLC, 76 in 1:22–cv–10026–DLC, 15 in 1:22–cv–10038–DLC, 270 in 1:22–md–03043–DLC, 18 in 1:22–cv–10039–DLC) MOTION for Gregory A. Ellis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27099999. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(sgz) (Entered: 12/19/2022) |
| 12/19/2022 | <u>279</u> | MEMO ENDORSEMENT on re: <u>273</u> Letter filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 12/19/2022) (vfr) (Entered: 12/19/2022) |
| 12/19/2022 | <u>280</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen R. Fournier dated December 19, 2022 re: Discovery Staging Meet and Confer. Document filed by Walmart Inc...(Fournier, Kristen) (Entered: 12/19/2022) |
| 12/19/2022 | <u>281</u> | JOINT LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated December 19, 2022 re: Discovery Staging Meet and Confer. Document filed by Johnson & Johnson Consumer, Inc...(Johnston, Sarah) (Entered: 12/19/2022) |
| 12/19/2022 | <u>282</u> | ORDER: On December 19, 2022, the Retailer Defendants and the plaintiffs filed a joint status letter regarding the staging of and schedule for discovery. It is hereby ORDERED that the Retailer Defendants and the plaintiffs shall file a proposed |

| | | discovery schedule by January 11, 2023. IT IS FURTHER ORDERED that in the event that any issues regarding the discovery schedule remain unresolved, a conference will be held on January 13, 2023 at 12:00 P.M. in Courtroom 18B, 500 Pearl Street, New York, New York. ( Status Conference set for 1/13/2023 at 12:00 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 12/19/2022) (vfr) (Entered: 12/19/2022) |
|---|---|---|
| 12/19/2022 | 283 | MEMO ENDORSEMENT on re: 281 Letter filed by Johnson & Johnson Consumer, Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 12/19/2022) (vfr) (Entered: 12/19/2022) |
| 12/19/2022 | 284 | REPLY to Response to Motion re: (62 in 1:22–cv–09011–DLC, 63 in 1:22–cv–09012–DLC, 203 in 1:22–md–03043–DLC) MOTION for Reconsideration *and Request for Certification Under 28 U.S.C. U.S.C. 1292(b)*. . Document filed by Wal–Mart Stores Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC, 1:22–cv–09012–DLC.(Fournier, Kristen) (Entered: 12/19/2022) |
| 12/20/2022 | 285 | ORDER granting Motion for Gregory A. Ellis to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 12/20/2022) |
| 12/20/2022 | 286 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated December 20, 2022 re: Proposed Order Appointing Census Special Master Randi S. Ellis. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Text of Proposed Order Regarding Appointment of Census Special Master).(Richer, Kristen) (Entered: 12/20/2022) |
| 12/21/2022 | 287 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of 7–Eleven, Inc...(Leskin, Lori) (Entered: 12/21/2022) |
| 12/21/2022 | 288 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Dollar Tree Inc...(Leskin, Lori) (Entered: 12/21/2022) |
| 12/21/2022 | 289 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Family Dollar, Inc...(Leskin, Lori) (Entered: 12/21/2022) |
| 12/21/2022 | 290 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of 7–Eleven, Inc...(Stern, Mitchell) (Entered: 12/21/2022) |
| 12/21/2022 | 291 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Dollar Tree Inc...(Stern, Mitchell) (Entered: 12/21/2022) |
| 12/21/2022 | 292 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Family Dollar, Inc...(Stern, Mitchell) (Entered: 12/21/2022) |
| 12/21/2022 | 293 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of California Southern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 12/21/2022) (vba) (Entered: 12/22/2022) |
| 12/23/2022 | 294 | ORDER: NEGOTIATION OF COORDINATION ORDER: On December 16, 2022, the plaintiffs and defendants each submitted proposed orders to govern the coordination of discovery in this MDL and any related lawsuits that may be filed in state court. This Order sets out principles that should govern the parties' negotiation of a single coordination order. To the extent any party disagrees with these principles, they will be given an opportunity to be heard at the telephone conference scheduled for January 6, 2023. It is hereby ORDERED that the parties shall use the defendants' proposed order as the starting point for their negotiations. IT IS FURTHER ORDERED that the following principles shall apply as the parties negotiate revisions to the defendants' proposed order. IT IS FURTHER ORDERED that the parties shall by January 11, 2023, file a single proposed coordination order with any disagreements as to terms indicated in the single document. (Signed by Judge Denise L. Cote on |

| | | |
|---|---|---|
| | | 12/23/2022) (ate) (Entered: 12/23/2022) |
| 12/23/2022 | <u>295</u> | ORDER: APPOINTMENT OF CENSUS SPECIAL MASTER: Accordingly, it is hereby ORDERED that: Randi S. Ellis is appointed as the Census Special Master. The Census Special Master may retain other professionals whose services she determines to be necessary and appropriate to conduct and complete her work and to assist her with her duties as Census Special Master. The Census Special Master, and her agents and representatives, shall be paid their standard hourly rate and reimbursed for reasonable out−of−pocket expenses in connection with the discharge of her duties. Plaintiffs' leadership shall pay 50% of the fees and expenses of the Census Special Master, her agents, and her representatives. Defendants shall pay the other 50%. (Signed by Judge Denise L. Cote on 12/23/2022) (ate) (Entered: 12/23/2022) |
| 12/23/2022 | <u>296</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated December 23, 2022 re: Vendors for Census of Filed Cases and Common Benefit Fund. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 12/23/2022) |
| 12/27/2022 | <u>297</u> | MEMO ENDORSEMENT on re: <u>296</u> Letter, filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 12/27/2022) (tg) (Entered: 12/27/2022) |
| 12/28/2022 | <u>298</u> | CONSENT MOTION to Substitute Attorney. Old Attorney: Gerald Singleton, New Attorney: Mikal Watts . Document filed by L. J., Jessica Stahlke, J. G. B.P., G. B. P., Yessica Portillo, Jasmine Rios, Farran Elder, N. E. S., E. A., J. G., Tania Osuna, Tania Osuna, as Guardian Ad Litem of S.O., Minor, Ruth Gonzales, G. Q., H. G., David Giddings as Guardian Ad Litem of H.G., Minor, Katie Ritchie, Aide Soriano, Nydia Gonzalez, Tanner Corlett as Guardian Ad Litem of J.F., Minor, Jessica Flores, Erika Avila, Kymberly Cardenas, Crystal Chopin, Miesha Flournoy, Antoinette Gameroz, Natasha Antoinette Gameroz, Angelica Garcia, Lisa Garcia, Nydia Gonzalez, Rishona Richardson, Katie Richie, Angie Ruiz, Aide Soriano, Jessica Stahlke, Tania Osuna, as Guardian Ad Litem of S.O., Minor, Vanessa Valdez, Erika Avila, Maria Avila as Guardian Ad Litem of A.B., Minor, E. R., Enrique Rodriguez Avalos as Guardian Ad Litem of E.R., Minor, L. R., James Patrick as Guardian Ad Litem of N.P., Minor, Miesha Flournoy, S M, Nicole White as Guardian Ad Litem of S.M., Minor, Pernella Booker, as Guardian Ad Litem of K.V., Minor, K. V., Natasha Antoinette Gameroz, Laura Hernandez, Laura Oseguera as Guardian Ad Litem of A.H., Minor, J. M. G., Erik Thompson, as Guardian Ad Litem of C.T., Minor. (Attachments: # <u>1</u> Exhibit Declaration of Gerald Singleton, # <u>2</u> Text of Proposed Order to Withdraw and Substitute Counsel)Filed In Associated Cases: 1:22−md−03043−DLC et al..(Watts, Mikal) (Entered: 12/28/2022) |
| 12/29/2022 | <u>299</u> | ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL granting (298) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−md−03043−DLC; granting (31) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−09072−DLC; granting (30) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−09891−DLC; granting (34) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−09994−DLC; granting (31) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−09996−DLC; granting (43) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10020−DLC; granting (34) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10021−DLC; granting (38) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10022−DLC; granting (35) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10023−DLC; granting (82) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10026−DLC; granting (41) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10027−DLC; granting (36) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10029−DLC; granting (29) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10031−DLC; granting (28) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10034−DLC; granting (26) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22−cv−10036−DLC; granting (31) Motion to Substitute Attorney. Attorney Gerald |

| | | |
|---|---|---|
| | | Blaine Singleton terminated in case 1:22–cv–10040–DLC; granting (27) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–10041–DLC; granting (28) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–10042–DLC; granting (25) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–10043–DLC; granting (30) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–10044–DLC; granting (27) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–10045–DLC; granting (31) Motion to Substitute Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–10046–DLC. The Court, having considered Plaintiffs' Motion to Withdraw by Consent and Substitute Counsel find it meritorious and according; IT IS ORDERED that Gerald Singleton of Singleton Schreiber, LLP be withdrawn, and Mikal Watts of Watts Guerra LLC be substituted as lead counsel of record of the above–referenced actions. SO ORDERED. (Signed by Judge Denise L. Cote on 12/29/2022) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) (Entered: 12/29/2022) |
| 12/30/2022 | 300 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 12/30/22 re: Plaintiffs Proposed Leadership Appointments. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 12/30/2022) |
| 12/30/2022 | 301 | MOTION for Gerald Singleton to Withdraw as Attorney . Document filed by M. H., Diana Hernandez, Denise Young(individual), Denise Young(as Guardian ad Litem of A.W. a minor), D. M., Angeles Mijares, C. C., Abby Horowitz, J. S., J. J., January Johnson, J C, Christina Correll, Jeanette Gray, A K, Eric Knight as Guardian Ad Litem of A.K., Minor, C B, Cynthia Hampton, Diana Hernandez, Abby Horowitz, Angeles Mijares, Denise Young(as a Guardian ad Litem of A.W. a minor). (Attachments: # 1 Exhibit Declaration of Gerald Singleton, # 2 Text of Proposed Order to Withdraw Counsel)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Watts, Mikal) (Entered: 12/30/2022) |
| 01/02/2023 | 302 | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan, Plaintiffs Liaison Counsel dated January 2, 2023 re: discovery staging or scheduling. Document filed by Plaintiffs Counsel..(Sullivan, Daniel) (Entered: 01/02/2023) |
| 01/03/2023 | 303 | ORDER: JANUARY 11 SUBMISSIONS: On January 2, 2023, the parties filed a joint letter regarding the upcoming deadline for submissions relating to discovery. It is hereby ORDERED that the parties' submissions regarding the staging, schedule, and scope of discovery shall be filed by January 11, 2023. No submission regarding these topics need be filed on January 4, 2023. (Signed by Judge Denise L. Cote on 1/3/2023) (vfr) (Entered: 01/03/2023) |
| 01/03/2023 | 304 | MOTION for Erika M. Stassi to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27151461. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Erin Sanders. (Attachments: # 1 Exhibit Declaration, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09879–DLC.(Stassi, Erika) (Entered: 01/03/2023) |
| 01/03/2023 | 305 | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan, Plaintiffs' Liaison Counsel dated January 3, 2023 re: Draft Fund CB Order. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – Revised Draft CB Order).(Sullivan, Daniel) (Entered: 01/03/2023) |
| 01/03/2023 | 317 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER (cto–10) FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Louisiana Eastern and Missouri Eastern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 1/3/2023) (vba) (Entered: 01/06/2023) |
| 01/04/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (304 in 1:22–md–03043–DLC, 16 in 1:22–cv–09879–DLC) MOTION for Erika M. Stassi to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27151461. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** |

| | | |
|---|---|---|
| | | **Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09879–DLC(sgz)** (Entered: 01/04/2023) |
| 01/04/2023 | 306 | MEMO ENDORSEMENT granting (301) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–md–03043–DLC; granting (48) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–08817–DLC; granting (43) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–09056–DLC; granting (38) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–09057–DLC; granting (36) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–09058–DLC; granting (43) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–09059–DLC; granting (54) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–09060–DLC; granting (40) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–09069–DLC; granting (34) Motion to Withdraw as Attorney. Attorney Gerald Blaine Singleton terminated in case 1:22–cv–09091–DLC. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 1/4/2023) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) (Entered: 01/04/2023) |
| 01/04/2023 | 307 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 4, 2023 re: Form and Structure of Anticipated Motions to Dismiss. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 01/04/2023) |
| 01/04/2023 | 308 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 1/4/2023 re: Proposed Short Form Complaint and Rule 12 Briefing Schedule. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Proposed Model Short Form Complaint, # 2 Exhibit B – Proposed Case Management Order).(Keller, Ashley) (Entered: 01/04/2023) |
| 01/04/2023 | 309 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 4, 2023 re: Defendants Proposed Short Form Complaint Template and Order. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Exhibit A: Proposed Order: Approving and Ordering Use of Short Form Complaints, # 2 Exhibit B: Model Short Form Complaint).(Richer, Kristen) (Entered: 01/04/2023) |
| 01/05/2023 | 310 | ORDER granting Motion for Erika M. Stassi to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09879–DLC (jwh) (Entered: 01/05/2023) |
| 01/05/2023 | 311 | MOTION for Robert J. Evola to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27163364. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Erin Sanders. (Attachments: # 1 Exhibit Declaration, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09879–DLC.(Evola, Robert) (Entered: 01/05/2023) |
| 01/05/2023 | 312 | MOTION for Khaldoun A. Baghdadi to Withdraw as Attorney . Document filed by Ashlynn Brown, Z. W., Lashanda Cavaness, L. M. R.. (Attachments: # 1 Exhibit A: Declaration of Khaldoun A. Baghdadi, # 2 Text of Proposed Order Granting Withdraw)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09992–DLC, 1:22–cv–10258–DLC.(Watts, Mikal) (Entered: 01/05/2023) |
| 01/05/2023 | 313 | ORDER: JANUARY 5 DRAFT COMMON BENEFIT ORDER: On January 3, 2023, plaintiff's Liaison Counsel submitted a revised draft Common Benefit Order and a Participation Agreement. Attached are revisions to those documents. It is hereby ORDERED that plaintiffs' Co–Lead Counsel or their designee shall confer with the proposed Special Master for the Common Benefit Fund regarding these documents and provide the Court with a red–lined copy of any proposed revisions. (Signed by Judge Denise L. Cote on 1/5/2023) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (vfr) (Entered: 01/05/2023) |
| 01/05/2023 | 314 | MEMO ENDORSEMENT on re: 307 Letter filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 1/5/2023) (vfr) (Entered: 01/05/2023) |

| 01/06/2023 | 315 | NOTICE OF APPEARANCE by Evan M. Janush on behalf of Heather Strydom. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC.(Janush, Evan) (Entered: 01/06/2023) |
|---|---|---|
| 01/06/2023 | 316 | MEMO ENDORSEMENT on MOTION TO WITHDRAW BY CONSENT AND SUBSTITUTE COUNSEL PURSUANT TO LOCAL RULE 1.4: granting (312) Motion to Withdraw as Attorney. ; granting (33) Motion to Withdraw as Attorney; granting (25) Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Khaldoun A. Baghdadi terminated in case 1:22–md–03043–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09992–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–10258–DLC. (Signed by Judge Denise L. Cote on 1/06/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09992–DLC, 1:22–cv–10258–DLC (ama) (Entered: 01/06/2023) |
| 01/06/2023 | 318 | MOTION for John R.W. Cracken to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27171750. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tiffany Skibicki. (Attachments: # 1 Affidavit of John R.W. Cracken, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order Granting Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC.(Cracken, John) (Entered: 01/06/2023) |
| 01/06/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 311 MOTION for Robert J. Evola to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27163364. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 01/06/2023) |
| 01/06/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 1/6/2023. (Court Reporter Sadie Herbert) (jwh) (Entered: 02/01/2023) |
| 01/09/2023 | 319 | NOTICE OF APPEARANCE by Robert J. Evola on behalf of Erin Sanders. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09879–DLC.(Evola, Robert) (Entered: 01/09/2023) |
| 01/09/2023 | 320 | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan, Plaintiffs Liaison Counsel dated January 9, 2023 re: Draft Common Benefit Fund Order. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – Draft Common Benefit Fund order, # 2 Exhibit 2 – Redline of Draft Common Benefit Fund order, # 3 Exhibit 3 – Redline of Participation Agreement).(Sullivan, Daniel) (Entered: 01/09/2023) |
| 01/09/2023 | 321 | ORDER granting Motion for Robert J. Evola to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09879–DLC (jwh) (Entered: 01/09/2023) |
| 01/09/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (37 in 1:22–cv–09032–DLC, 318 in 1:22–md–03043–DLC) MOTION for John R.W. Cracken to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27171750. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC(sgz)** (Entered: 01/09/2023) |
| 01/09/2023 | 322 | ORDER: SHORT FORM COMPLAINTS: It is hereby ORDERED, that for the reasons stated on the record at the January 6 conference, the model Short Form Complaint ("SFC") attached hereto is approved and adopted for use in this MDL. IT IS FURTHER ORDERED that all current and future plaintiffs shall file and serve SFCs using the attached form, in accordance with the following provisions. I. TIMING OF FILING SHORT FORM COMPLAINTS: 1. Currently Pending Cases: Any plaintiff who has a case pending in this MDL as of the date of this Order is hereby ordered to file his/her SFC on the individual member docket for his/her case, and via the platform for the Census of Filed Cases (the "Census platform"), no later than January 20, 2023, as further set forth in this Order. a. Direct Filings: Plaintiffs who file directly in this MDL must initiate their cases using the SFC, along with the Civil Cover Sheet required by this Court's local rules, and must comply with all Local Rules and with the Direct Filing Order in initiating their respective cases, as further |

set forth herein. II. PROCEDURES FOR FILING OF SHORT FORM COMPLAINTS: 3. Plaintiffs' leadership will make the attached version of the SFC accessible to any new plaintiffs' counsel who request it. A plaintiff will not be excused from compliance with the Court's SFC procedures due to a claimed inability to obtain the SFC template, as further set forth herein. 7. To the extent a plaintiff wishes to amend his or her SFC, or to voluntarily dismiss a party from this action, any such amendment or dismissal shall be done in a manner consistent with the Federal Rules of Civil Procedure, as further set forth herein. III. PROCEDURES FOR DEFICIENT SHORT FORM COMPLAINTS, AND FOR FAILURE TO TIMELY FILE SHORT FORM COMPLAINTS: 8. In the event a plaintiff fails to file a SFC by the deadlines set forth in this Order, or to fully and accurately fill out the SFC in the manner contemplated by the form, the defendants shall reach out to the plaintiff to advise the plaintiff of the failure, as further set forth herein. IV. 11. Service may be effectuated as to the following entities via the means set forth below, as further set forth in this Order. 12. The failure to email a defendant's appropriate service email address, as set forth above, shall constitute a failure to effect service on that defendant.13. Under no circumstances shall a defendant's agreement to accept service via email or any alternative means, pursuant to Paragraph IV.11, above, be deemed to waive any defenses available to that defendant. Nor shall a defendant's agreement to accept service via email waive ordinary service requirements outside this MDL. 14. Co–Lead Counsel for the plaintiffs and other defendants' counsel shall confer regarding whether those defendants will accept service of SFCs via email or any other means, including via the Census platform currently contemplated by the Court. The parties shall report to the Court no later than January 23, 2023, regarding these discussions. In the interim, to the extent not covered by Paragraph IV.10, above, the plaintiffs must continue to serve any SFCs in accordance with the Federal Rules of Civil Procedure. (As further set forth in this Order.) (Signed by Judge Denise L. Cote on 1/9/2023) (Attachments: # 1 Exhibit 1) (vfr) (Entered: 01/09/2023)

| 01/09/2023 | 323 | ORDER: COMMON BENEFIT FUND: This Order is entered to prepare for that possibility and to assist plaintiffs' counsel in their performance of common benefit work. Among other things, this Order: 1. defines common benefit work and explains who will be entitled to receive materials generated by common benefit work; 2. describes the creation of a Plaintiffs' Steering Committee Activities Fund ("PSC Activities Fund") to support ongoing common benefit work in this litigation; 3. sets out the procedures that eligible plaintiffs' attorneys must follow to be eligible to receive payment from the PSC Activities Fund or from a CB Fund the Court may establish; and 4. appoints a Special Master to assist in the administration of this process. 1. Pursuant to Federal Rule of Civil Procedure 53(a), the Court appoints Amy Gernon as the Special Master who will assist the Court with the management of the record keeping process for common benefit fund work, and should a CB Fund be established, with the management and administration of payments from such a fund ("CBF Special Master"). 2. As required by Federal Rule of Civil Procedure 53(b) (1), the parties were given notice on November 17, 2022, and an opportunity to be heard regarding the appointment of a CBF Special Master. On December 7, all parties were given notice of the Court's consideration of Amy Gernon for that appointment. Objections to the appointment of Ms. Gernon were due on December 14, and no objection was filed. On December 8, Ms. Gernon filed a declaration that states that she has no relationship that requires disqualification under the standards set out at 28 U.S.C. § 455. 3. During these proceedings, the CBF Special Master ("Special Master") and the parties shall notify the Court promptly if they become aware of any grounds that would require disqualification of Ms. Gernon to serve as the Special Master. 4. The Court directs the Special Master to proceed with all reasonable diligence in carrying out her duties as assigned by the Court. 5. Plaintiffs' counsel are responsible for the payment of the fees and expenses of the Special Master. The Special Master's fees and expenses will be paid monthly. The Special Master, and her agents and representatives, shall maintain billing records of the time spent on this matter, with descriptions of the activities and matters worked on, which shall be submitted to Co–Lead Counsel for the plaintiffs ("Co–Lead Counsel") on a periodic basis for review and payment. This Order applies to all "Participating Counsel" and "CB–Approved Counsel". Those terms are defined below. (as further set forth herein). SO ORDERED. (Signed by Judge Denise L. Cote on 1/9/2023) (kv) (kv). (Additional attachment(s) added on 1/9/2023: # 1 Exhibit Exhibit) (kv). (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/09/2023 | <u>324</u> | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 1/9/2023 re: Revised Model Short Form Complaint Template. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit A – Revised Model Short Form Complaint, # <u>2</u> Exhibit B – Proposed Case Management Order: Approving and Ordering Use of Short Form Complaints).(Keller, Ashley) (Entered: 01/09/2023) |
| 01/10/2023 | <u>325</u> | LETTER addressed to Magistrate Judge Katharine H. Parker from Daniel M. Sullivan dated January 10, 2023 re: Settlement Conference. Document filed by Robin Hatfield(individually and as mother, general guardian of C.H.), Lisa Roberts..(Sullivan, Daniel) (Entered: 01/10/2023) |
| 01/10/2023 | <u>326</u> | MEMO ENDORSEMENT on re: <u>325</u> Letter, filed by Lisa Roberts, Robin Hatfield. ENDORSEMENT: Only Liaison Counsel are required to attend the conference on 1/13/23. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 1/10/2023) (vfr) (Entered: 01/10/2023) |
| 01/10/2023 | <u>327</u> | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan dated January 10, 2023 re: PSC Activities Fund. Document filed by Robin Hatfield(Individually and as mother and general guardian of C.H., a minor agent of C.H.), Lisa Roberts..(Sullivan, Daniel) (Entered: 01/10/2023) |
| 01/10/2023 | <u>328</u> | NOTICE OF APPEARANCE by Kenneth Harold Frenchman on behalf of L.N.K. International, Inc...(Frenchman, Kenneth) (Entered: 01/10/2023) |
| 01/10/2023 | <u>329</u> | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by L.N.K. International, Inc...(Frenchman, Kenneth) (Entered: 01/10/2023) |
| 01/10/2023 | <u>330</u> | MEMO ENDORSEMENT: on re: <u>327</u> Letter filed by Lisa Roberts, Robin Hatfield. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 1/10/2023) (ama) (Entered: 01/10/2023) |
| 01/10/2023 | <u>331</u> | NOTICE OF APPEARANCE by Kenneth Harold Frenchman on behalf of L.N.K. International, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Frenchman, Kenneth) (Entered: 01/10/2023) |
| 01/11/2023 | <u>332</u> | LETTER addressed to Judge Denise L. Cote from Kristen R. Fournier dated 01/11/2023 re: Joint Status Report Regarding Discovery Staging Meet and Confer. Document filed by Walmart Inc.. (Attachments: # <u>1</u> Exhibit Chart A (Requests for Production), # <u>2</u> Exhibit Chart B (Interrogatories)).(Fournier, Kristen) (Entered: 01/11/2023) |
| 01/11/2023 | <u>333</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 11, 2023 re: Proposed Coordination of State and Federal Litigation. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # <u>1</u> Text of Proposed Order Regarding Coordination of State and Federal Litigation).(Richer, Kristen) (Entered: 01/11/2023) |
| 01/11/2023 | <u>334</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 11, 2023 re: Preservation. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 01/11/2023) |
| 01/11/2023 | <u>335</u> | JOINT LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated January 11, 2023 re: Discovery Staging Meet and Confer. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # <u>1</u> Text of Proposed Order Regarding Phase One Discovery).(Johnston, Sarah) (Entered: 01/11/2023) |
| 01/12/2023 | <u>336</u> | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc...(Brennan, Jessica) (Entered: 01/12/2023) |
| 01/12/2023 | <u>337</u> | NOTICE OF APPEARANCE by Michael Charles Zogby on behalf of Johnson & Johnson Consumer Inc...(Zogby, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | <u>338</u> | MOTION for Khaldoun A. Baghdadi to Withdraw as Attorney . Document filed by A. A., Sharee Miles, K. C., Cori Stark, Allison Hillix, M M, Siupeli Halafihi, T. T., Madonna Gevargiz, J. G. V., I B, M B, Ingrid Moran, A.A., A.H., Monique Bell, F.G., III, Katie Good, IB, J.D., J.G.V., K.C., M. M., MB, T.T., Aujenai Thompson, J D, F. G., III, A. H.. (Attachments: # <u>1</u> Exhibit A: Declaration of Khaldoun A. |

| | | Baghdadi, # 2 Text of Proposed Order Granting Withdrawal of Counsel)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Watts, Mikal) (Entered: 01/12/2023) |
|---|---|---|
| 01/12/2023 | 339 | MEMO ENDORSEMENT on re: 334 Letter filed by Costco Wholesale Corporation, Walgreen CO, CVS Pharmacy Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 1/12/2023) (vfr) (Entered: 01/12/2023) |
| 01/12/2023 | 340 | STIPULATED ORDER REGARDING PHASE ONE DISCOVERY: Pursuant to the Court's December 7, 2022 Order (DE 246) directing prioritization of discovery related to the issue of general causation, specifically whether prenatal exposure to acetaminophen products causes ASD and ADHD, Plaintiffs and Defendant Johnson & Johnson Consumer Inc. ("JJCI") hereby stipulate and agree that Phase One discovery shall proceed as set forth below. Timing and scope of Phase Two discovery, which shall include sales and marketing issues, shall be decided by the Court. The parties will be prepared to discuss this with the Court during the conference on Friday, January 13, 2023. November 18 Requests for Production: 1. Plaintiffs' November 18 Requests for Production to JJCI are hereby withdrawn, subject to the custodial and non–custodial production agreements, below. Plaintiffs shall have the right to serve Requests for Production as part of Phase Two discovery. Phase One Custodial Productions and Depositions: 2. Defendant JJCI will produce custodial files, based on agreed search terms, for five initial Phase One custodians relevant to the issue of ASD/ADHD prenatal acetaminophen exposure medical causation. Defendant JJCI will identify the five initial Phase One custodians within one week of entry of an order memorializing this agreement, specify each custodian's relevancy to the issue of ASD/ADHD prenatal acetaminophen exposure medical causation, and thereafter will meet and confer with plaintiffs on any questions or issues regarding the five initial Phase One custodians to ensure that the parties reach agreement concerning the initial Phase One custodians. The parties will meet and confer on a reasonable timeline for rolling productions based on timing of agreed search terms and the Court's discovery schedule. 3. Thereafter, plaintiffs may request custodial files for up to five additional Phase One custodians relevant to the issue of ASD/ADHD prenatal acetaminophen exposure medical causation. If JJCI believes that a custodian selected by plaintiffs is not relevant to the issue of ASD/ADHD prenatal acetaminophen exposure medical causation, JJCI reserves the right to object to that selection. Plaintiffs reserve the right to request more than five additional Phase One custodians for good cause shown. 4. Defendant JJCI will produce up to five Phase One custodians for deposition (one day/7 hours pursuant to Fed. R. Civ. P. 30(d)(1)) on a mutually convenient date, and cross noticed in all jurisdictions as applicable. The subject matter of the depositions will encompass the witnesses' work and/or knowledge relevant to the issue of ASD/ADHD prenatal acetaminophen exposure, and each witness will only be produced for deposition once (i.e., no second deposition during Phase 2), unless good cause is shown to retake any deposition based upon the later production of documents concerning the same deponents, if such documents should have been produced in Phase 1. The parties will meet and confer on a reasonable timeline for the scheduling of depositions based on entry of a protective order, rolling productions, and deposition guidelines order. Phase One Non–Custodial Productions: 5. In addition to the NDA, which will be produced in full without search terms applied, with its interrogatory responses, Defendant JJCI will provide a list of non–custodial document and data sources relevant to the issue of ASD/ADHD prenatal acetaminophen exposure medical causation. The parties will meet and confer on a reasonable timeline for rolling production of these non–custodial sources, which shall include any responsive modern attachments per the ESI protocol, based on timing of agreed search terms, the Court's discovery schedule, and entry of the ESI protocol and protective order. November 18 Interrogatories: 6. JJCI will respond and/or object to the following November 18 Interrogatories as part of Phase One discovery related to ASD/ADHD prenatal acetaminophen exposure medical causation. This staging agreement does not concede the relevancy of the requests or information sought, reflect any agreement to produce specific documents or information, nor is it a waiver of any objections. 7. This Order may not be modified absent agreement of the parties or further order of the Court for good cause shown. IT IS SO ORDERED. (Signed by Judge Denise L. Cote on 1/12/2023) (vfr) (Entered: 01/12/2023) |
| 01/13/2023 | 341 | ORDER granting Motion for John R.W. Cracken to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC (jwh) (Entered: 01/13/2023) |

| 01/13/2023 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Settlement Conference held on 1/13/2023 – Counsel Only. THIS PROCEEDING NOT RECORDED – NO TRANSCRIPT (ca) (Entered: 01/13/2023) |
|---|---|---|
| 01/13/2023 | 342 | MEMO ENDORSEMENT granting (338) Motion to Withdraw as Attorney; granting (46) Motion to Withdraw as Attorney; granting (41) Motion to Withdraw as Attorney; granting (49) Motion to Withdraw as Attorney; granting (44) Motion to Withdraw as Attorney; granting (36) Motion to Withdraw as Attorney; granting (51) Motion to Withdraw as Attorney; granting (41) Motion to Withdraw as Attorney; granting (36) Motion to Withdraw as Attorney; granting (22) Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Khaldoun A. Baghdadi terminated in case 1:22–md–03043–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–08816–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09038–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09049–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09050–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09053–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09054–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09055–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09079–DLC. Attorney Khaldoun A. Baghdadi terminated in case 1:22–cv–09934–DLC. (Signed by Judge Denise L. Cote on 1/13/2023) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) (Entered: 01/13/2023) |
| 01/13/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Status Conference held on 1/13/2023. (Court Reporter Rebecca Forman) Associated Cases: 1:22–md–03043–DLC et al.(jwh) (Entered: 01/13/2023) |
| 01/13/2023 | 343 | ORDER: A conference was held on January 13, 2023. It is hereby ORDERED that the parties' proposed schedule for Phase 1 fact and expert discovery shall be filed by January 27, 2023. IT IS FURTHER ORDERED that the parties' proposed Deposition Protocol Order shall be filed by February 10, 2023. IT IS FURTHER ORDERED that the plaintiffs' proposed label change shall be filed by April 7, 2023. (Signed by Judge Denise L. Cote on 1/13/2023) (vfr) (Entered: 01/13/2023) |
| 01/13/2023 | 344 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 13, 2023 re: ESI Protocol and Protective Order. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Text of Proposed Order Establishing Protocol for ESI, # 2 Text of Proposed Order Regarding Protective Order).(Richer, Kristen) (Entered: 01/13/2023) |
| 01/17/2023 | 345 | ORDER ESTABLISHING PROTOCOL FOR ELECTRONICALLY STORED INFORMATION ("ESI"): The procedures and protocols set forth in this Order shall govern the production of ESI in this matter, unless the Parties agree in writing to change them or they are changed by the Court at the request of a Party. To the extent that non–parties produce documents in this case, the Parties agree to request that such non–parties adopt this Order. This Order does not address the scope of Defendants' production. The Parties shall meet and confer regarding custodial and non–custodial sources of potentially discoverable documents, including the production of databases or other structured data. Within 7 days of entry of this Order, the Parties shall meet and confer to discuss additional parameters for productions, including production date range(s) and search terms and the use of TAR/Predictive Coding, if applicable. Nothing in this Order shall be construed to compel use of TAR and/or predictive coding. This Order shall not preclude subsequent agreements between the Parties relating to ESI, nor shall it preclude any Party from seeking relief from or an amendment to this Order upon a showing of good cause. Nothing in this protocol shall be deemed to constitute a waiver of any objections a Producing Party may have with respect to any document request. ( As further set forth in this Order.) SO ORDERED. (Signed by Judge Denise L. Cote on 1/17/2023) (vfr) (Entered: 01/17/2023) |
| 01/18/2023 | 346 | NOTICE OF APPEARANCE by Donald Frederick Zimmer, Jr on behalf of Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09029–DLC.(Zimmer, Donald) (Entered: 01/18/2023) |
| 01/18/2023 | 347 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09029–DLC.(Fournier, Kristen) (Entered: 01/18/2023) |

| | | |
|---|---|---|
| 01/18/2023 | 348 | NOTICE OF APPEARANCE by Austin Evans on behalf of Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09029–DLC.(Evans, Austin) (Entered: 01/18/2023) |
| 01/18/2023 | 349 | MOTION for Peter C. Wetherall to Withdraw as Attorney . Document filed by Cherise Chapman, Cherise Chapman(as Guardian ad Litem), Franchelle Magana, Natalie Mendez, Tiffany Hatcher, N.H., Cherise Chapman(as Guardian ad Litem on behalf of D.C.), N. H., Tiffany Hatcher, Franchelle Magana. (Attachments: # 1 Exhibit Declaration of Peter C. Wetherall, # 2 Text of Proposed Order Granting Withdrawal of Counsel)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08785–DLC, 1:22–cv–08830–DLC, 1:22–cv–09081–DLC, 1:22–cv–10039–DLC.(Watts, Mikal) (Entered: 01/18/2023) |
| 01/18/2023 | 350 | MOTION to Substitute Attorney. Old Attorney: Peter C. Wetherall, New Attorney: Mikal C. Watts . Document filed by Janelle Hunter(Individually and as Guardian Ad Litem), Janelle Hunter, Janelle Hunter(Individually and as Guardian Ad Litem on behalf of E.K., a minor). (Attachments: # 1 Exhibit Declaration of Peter C. Wetherall, # 2 Text of Proposed Order Granting)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10030–DLC.(Watts, Mikal) (Entered: 01/18/2023) |
| 01/18/2023 | 351 | PROTECTIVE ORDER:...regarding procedures to be followed that shall govern the handling of confidential material. And as set forth herein. SO ORDERED. (Signed by Judge Denise L. Cote on 1/18/2023) (ama) (Entered: 01/18/2023) |
| 01/18/2023 | 352 | MEMO ENDORSEMENT on MOTION TO WITHDRAW BY CONSENT AND SUBSTITUTE COUNSEL PURSUANT TO LOCAL RULE 1.4: granting (350) Motion to Substitute Attorney. ENDORSEMENT. Granted. Attorney Peter C Wetherall terminated in case 1:22–md–03043–DLC. (Signed by Judge Denise L. Cote on 1/18/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10030–DLC (ama) (Entered: 01/18/2023) |
| 01/18/2023 | 353 | MEMO ENDORSEMENT granting (349) Motion to Withdraw as Attorney. Attorney Peter C Wetherall terminated in case 1:22–md–03043–DLC; granting (41) Motion to Withdraw as Attorney. Attorney Peter C Wetherall terminated in case 1:22–cv–08785–DLC; granting (46) Motion to Withdraw as Attorney. Attorney Peter C Wetherall terminated in case 1:22–cv–08830–DLC; granting (40) Motion to Withdraw as Attorney. Attorney Peter C Wetherall terminated in case 1:22–cv–09081–DLC; granting (21) Motion to Withdraw as Attorney. Attorney Peter C Wetherall terminated in case 1:22–cv–10039–DLC. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 1/18/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08785–DLC, 1:22–cv–08830–DLC, 1:22–cv–09081–DLC, 1:22–cv–10039–DLC (vfr) (Entered: 01/18/2023) |
| 01/18/2023 | 354 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen CO, Walgreens Boots Alliance, Inc., Walgreens Boots Alliance, Walgreens Co, Walgreens Boots Alliance Incorporated, Walgreen, Co., Walgreens Boot Alliance, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 01/18/2023) |
| 01/18/2023 | 355 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy Inc., CVS Pharmacy Inc, CVS Health Corporation, CVS Health Corp.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 01/18/2023) |
| 01/19/2023 | 356 | NOTICE OF APPEARANCE by Ashley C. Keller on behalf of Danyelle Jackson. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00209–DLC.(Keller, Ashley) (Entered: 01/19/2023) |
| 01/19/2023 | 357 | NOTICE OF APPEARANCE by Ashley Barriere on behalf of Danyelle Jackson. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00209–DLC.(Barriere, Ashley) (Entered: 01/19/2023) |
| 01/19/2023 | 358 | NOTICE OF APPEARANCE by Ashley C. Keller on behalf of T. G., Tammy Gaddis. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08810–DLC.(Keller, Ashley) (Entered: 01/19/2023) |
| 01/19/2023 | 359 | NOTICE OF APPEARANCE by Ashley C. Keller on behalf of Aunesty Janssen, C. R.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08809–DLC.(Keller, Ashley) (Entered: 01/19/2023) |

| 01/19/2023 | 360 | NOTICE OF APPEARANCE by Ashley C. Keller on behalf of A N, Stephanie Nickles. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08811–DLC.(Keller, Ashley) (Entered: 01/19/2023) |
| 01/19/2023 | 361 | NOTICE OF APPEARANCE by Ashley Barriere on behalf of T. G., Tammy Gaddis. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08810–DLC.(Barriere, Ashley) (Entered: 01/19/2023) |
| 01/19/2023 | 362 | NOTICE OF APPEARANCE by Ashley Barriere on behalf of Aunesty Janssen, C. R.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08809–DLC.(Barriere, Ashley) (Entered: 01/19/2023) |
| 01/19/2023 | 363 | NOTICE OF APPEARANCE by Ashley Barriere on behalf of A N, Stephanie Nickles. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08811–DLC.(Barriere, Ashley) (Entered: 01/19/2023) |
| 01/20/2023 | 364 | ORDER: Accordingly, it is hereby ORDERED that a telephone conference with the appropriate representatives from the plaintiffs and defendants will be held on January 27, 2023 at 4:00 P.M. to discuss the attached draft Discovery Coordination Order. In advance of the conference, those representatives shall consult with each other to identify any joint proposals for revisions to the draft Discovery Coordination Order, and to discuss proposals on which they may disagree. IT IS FURTHER ORDERED that the parties shall use the following dial–in credentials for the telephone conference: Dial–in: 888–363–4749 Access Code: 4324948. The parties shall use a landline if one is available. ( Telephone Conference set for 1/27/2023 at 4:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 1/20/2023) (Attachments: # 1 Exhibit 1) (vfr) (Entered: 01/20/2023) |
| 01/20/2023 | 365 | MOTION for Paul Danziger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27229274. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # 1 Affidavit Declaration of Paul Danziger, # 2 Text of Proposed Order Text of Order Granting Pro Hac Vice).(Adams, Julien) (Entered: 01/20/2023) |
| 01/20/2023 | 366 | **FILING ERROR – DEFICIENT DOCKET ENTRY** AMENDED MOTION for Paul Danziger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27230476. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # 1 Affidavit Paul Danziger, # 2 Text of Proposed Order Granting Pro Hac Vice).(Adams, Julien) Modified on 1/23/2023 (sac). (Entered: 01/20/2023) |
| 01/20/2023 | 367 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** AMENDED COMPLAINT amending 277 Complaint, against CVS Health Corp. with JURY DEMAND.Document filed by Crystal Washington. Related document: 277 Complaint,..(Luff, Patrick) Modified on 1/23/2023 (gp). (Entered: 01/20/2023) |
| 01/20/2023 | 368 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 20, 2023 re: Preservation. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 01/20/2023) |
| 01/20/2023 | 369 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** COMPLAINT against Johnson & Johnson Consumer Inc.. (Filing Fee $ 402.00, Receipt Number BNYSDC–27232873)Document filed by Alana Swindell..(Adams, Julien) Modified on 1/23/2023 (gp). (Entered: 01/20/2023) |
| 01/23/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 366 AMENDED MOTION for Paul Danziger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27230476. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas: Tel. (512) 463–1312. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sac)** (Entered: 01/23/2023) |
| 01/23/2023 | 370 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/6/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Sadie Herbert, (212) 805–0310. |

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2023. Redacted Transcript Deadline set for 2/23/2023. Release of Transcript Restriction set for 4/24/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 01/23/2023) |
| 01/23/2023 | 371 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/6/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 01/23/2023) |
| 01/23/2023 | 372 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/13/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2023. Redacted Transcript Deadline set for 2/23/2023. Release of Transcript Restriction set for 4/24/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 01/23/2023) |
| 01/23/2023 | 373 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/13/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 01/23/2023) |
| 01/23/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Patrick Luff to RE–FILE Document No. 367 belonging to case SDNY civil case number (as instructed in the Judge's Order) that was incorrectly filed on 1/20/2023 in case 1:22–md–3043. The filing is deficient for the following reason(s): the pleading was filed in the wrong case. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (gp)** (Entered: 01/23/2023) |
| 01/23/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Julien Adams to RE–FILE Document No. 369 belonging to case SDNY CIVIL CASE (IF YOU DO NOT HAVE A CIVIL MATTER YOU MUST COMMENCE AN ACTION WITH OUR COURT) that was incorrectly filed on 1/20/2023 in case 1:22–MD–3043. The filing is deficient for the following reason(s): the pleading was filed in the wrong case. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (gp)** (Entered: 01/23/2023) |
| 01/23/2023 | 374 | AMENDED MOTION for Paul Danziger to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # 1 Affidavit Declaration of Paul Danziger, # 2 Text of Proposed Order Granting Pro Hac Vice).(Adams, Julien) (Entered: 01/23/2023) |
| 01/23/2023 | 375 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 23, 2023 re: Service Emails and Order: Short Form Complaints. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 Text of Proposed Order Short Form Complaints).(Richer, Kristen) (Entered: 01/23/2023) |

| 01/24/2023 | | >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 374 AMENDED MOTION for Paul Danziger to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 01/24/2023) |
|---|---|---|
| 01/24/2023 | 376 | MOTION for Douglas R. Plymale to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27241969. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jennifer Norris. (Attachments: # 1 Exhibit Declaration of Douglas Plymale, # 2 Text of Proposed Order Order).(Plymale, Douglas) (Entered: 01/24/2023) |
| 01/24/2023 | 377 | NOTICE OF APPEARANCE by Douglas Robert Plymale on behalf of Jennifer Norris..(Plymale, Douglas) (Entered: 01/24/2023) |
| 01/25/2023 | | >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 376 MOTION for Douglas R. Plymale to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27241969. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 01/25/2023) |
| 01/25/2023 | 378 | ORDER granting 374 Motion for Paul Danziger to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 01/25/2023) |
| 01/25/2023 | 379 | ORDER granting 376 Motion for Douglas R. Plymale to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 01/25/2023) |
| 01/26/2023 | 380 | SUPPLEMENTAL ORDER: SHORT FORM COMPLAINTS: The Order: Short Form Complaint issued on January 9, 2023. On January 23, the parties notified the Court that three additional defendants consent to service of short form complaints via email. Accordingly, it is hereby ORDERED that service may be effectuated as to the following entities via the means set forth below, as further set forth in this Order. SO ORDERED. (Signed by Judge Denise L. Cote on 1/26/2023) (vfr) (Entered: 01/26/2023) |
| 01/27/2023 | 381 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 01/27/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 01/27/2023) |
| 01/27/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 1/27/2023. (Court Reporter George Malinowski) (jwh) (Entered: 01/27/2023) |
| 01/27/2023 | 382 | ORDER: DISCOVERY COORDINATION: Accordingly, it is hereby ORDERED that: 1. No discovery produced or conducted in the MDL shall be provided to counsel in a Coordinated Action unless (a) the Coordinated Action Court has adopted this Coordination Order, (b) each of the parties in the Coordinated Action has executed the MDL Protective Order (22MC3043: ECF No.41), and (c) all plaintiffs' counsel in the Coordinated Action have executed the Participation Agreement (22MC3043: ECF No. 39, Exhibit 1). 2. Plaintiffs in the Coordinated Action shall select one plaintiffs' attorney from the Coordinated Action ("Coordinated Action Liaison") to coordinate with the MDL's Federal/State Liaison. 3. The MDL shall be the lead case for discovery and pre–trial proceedings. Discovery in a Coordinated Action shall not delay or interfere with discovery in the MDL and shall not be more expedited than the fact and expert discovery schedule set in the MDL. 4. Unless amended by separate order, each court that adopts this Order also adopts the Protective Order, Order Establishing Protocol for Electronically Stored Information ("ESI"), Plaintiff Fact Sheet Order, Deposition Protocol Order, and other Orders entered in the MDL governing pre–trial proceedings (collectively, the "MDL Discovery Orders"). 5. With the exception of depositions taken of expert witnesses, discovery produced or conducted in the MDL may be used in a Coordinated Action as if produced or conducted in that proceeding to the extent permitted by the Coordinated Action Court. Any agreement with regard to discovery entered by the parties in the MDL and approved by the MDL Court shall have effect in a Coordinated Action as if it had been approved by the Coordinated Action Court.6. The Federal/State Liaison shall keep all parties to the MDL and the MDL Court appropriately apprised, as least |

monthly, of relevant activities in Coordinated Actions. The Federal/State Liaison shall keep Coordinated Action Liaison and all defense counsel in a Coordinated Action appropriately apprised, at least monthly, of relevant activities in the MDL. I. WRITTEN DISCOVERY: 7. Written Discovery includes requests for documents, interrogatories, depositions on written questions, and requests for admission. Coordinated Action Liaison may submit to the Federal/State Liaison non–duplicative requests for additional Written Discovery to be propounded in the MDL. 8. Any limitations on Written Discovery in the MDL will be set by the MDL Court. Any disputes regarding Written Discovery in the MDL will be resolved by the MDL Court. 9. No party in a Coordinated Action may take Written Discovery in the Coordinated Action that is duplicative of Written Discovery taken in the MDL. Parties in a Coordinated Action may serve non–duplicative Written Discovery requests in a Coordinated Action after representing that they have reviewed the relevant discovery materials in the MDL and determined that such requests are non–duplicative and necessary to address issues unique to the Coordinated Action. Nonetheless, Federal/State Liaison and the Coordinated Action Liaison shall confer and seek to avoid the service of additional Written Discovery in the Coordinated Action. 10. All parties to the MDL shall be entitled to receive the Written Discovery produced in any Coordinated Action. 11. An attorney who is a member of a law firm to which a member of the MDL Plaintiffs' Leadership Team belongs may not seek Written Discovery in a Coordinated Action. II. NON–EXPERT DEPOSITIONS: 12. For non–expert depositions taken in the MDL, the MDL Court shall set limits on the number of deponents, determine the length of each deposition, describe the procedures for the scheduling of the depositions, and rule on any disputes that arise in connection with the depositions. 13. Every reasonable effort shall be made to depose witnesses common to the MDL and Coordinated Actions only once. To that end, there shall be coordination as to the time and place of depositions. Parties to a Coordinated Action who receive notice of a deposition scheduled in the MDL shall not be permitted to re–depose the deponent in a Coordinated Action absent a showing of good cause. 14. Counsel in a Coordinated Action (other than any member of the law firm to which a member of the MDL Plaintiffs' Leadership Team belongs) shall be permitted to cross–notice, attend, and, subject to the conditions set forth below, participate in any non–expert deposition scheduled in the MDL by making objections and asking non–repetitive questions. If a non–expert deposition initiated in the MDL proceeding is not cross–noticed by a plaintiff in a Coordinated Action, counsel for a defendant in the Coordinated Action may cross–notice it unless precluded by the Coordinated Action Court. 15. The Federal/State Liaison shall confer with all examining plaintiffs' counsel to assist them in dividing the time allotted for a deposition appropriately and in avoiding duplicative questioning. Parties in a Coordinated Action shall be allotted time to conduct a non–duplicative examination of a non–expert deponent so long as that additional examination does not extend the deposition beyond the time to which the parties in the MDL have agreed or beyond the time set by the MDL Court for the deposition. 16. If counsel for a party in a Coordinated Action has received notice of a non–expert deposition in the MDL, such deposition may be used in the Coordinated Action for all purposes permitted under the jurisdiction's applicable rules without regard to whether counsel for a party in the Coordinated Action attended or examined the witness at the noticed deposition. 17. If depositions in addition to those taken in the MDL occur in a Coordinated Action, the noticing party shall provide reasonable written notice to MDL Federal/State Liaison and to counsel for all defendants in the MDL consistent with service requirements set forth in the Federal Rules of Civil Procedure and MDL Discovery Orders. 18. No deposition of any party in the MDL may be taken in a Coordinated Action unless the Coordinated Action Court has given approval upon a showing of good cause. That showing must include an explanation of why the deposition could not have been taken in the MDL. No attorney from a law firm to which a member of the MDL Plaintiffs' Leadership Team belongs may seek such a deposition. 19. Any party or witness receiving notice of a deposition which it contends is not permitted by the terms of this Order shall have seven (7) days from receipt of the notice within which to serve the noticing party with a written objection to the deposition. In the event of such an objection, the deposition shall not go forward until the noticing party applies for and receives an Order from the MDL Court permitting the deposition, if the notice was issued in the MDL; or from the Coordinated Action Court, if the notice was issued in a Coordinated Action. III. EXPERT DEPOSITIONS: 20. No deposition of an expert witness taken in the MDL may be used in a Coordinated Action other than for

| | | |
|---|---|---|
| | | impeachment, and vice versa. V. DISCOVERY DISPUTES: 21. In accordance with S.D.N.Y. Local Civil Rule 37.2 and this Court's Individual Practices in Civil Cases, any party wishing to raise an MDL−related discovery dispute must confer in good faith with the opposing party in an effort to resolve the dispute. If this meet−and−confer process does not resolve the dispute, the party may file a letter−motion on ECF no longer than two pages, explaining the nature of the dispute. The letter must include a representation that the meet−and−confer process occurred and was unsuccessful. If the opposing party wishes to respond to the letter, it should call Chambers to advise that a responsive letter will be forthcoming. Any such responsive letter must be promptly filed on ECF. 22. Any party permitted by this Order to participate in the discovery in question may seek resolution of the dispute with the MDL Court. V. NO WAIVER OF RIGHTS: 23. Nothing in this Order shall constitute a waiver of any objection of any defendant or plaintiff to the admissibility at trial of any Written Discovery responses or deposition testimony provided or obtained in accordance with this Order. VI. COMMON BENEFIT WORK: 24. Nothing in this Order alters the entitlement of attorneys performing common benefit work, as set forth in the Order: Common Benefit Fund (22MC3043: ECF No. 39), to seek compensation for the benefits of their services provided to other plaintiffs and their attorneys pursuant to that Order. VII. IMPLEMENTING ORDER: 5. Any Related Action Court may adopt this Coordination Order by executing the attached Order or otherwise indicating the adoption of this Coordination Order for their action. 26. Each court that adopts this Coordination Order retains jurisdiction to rescind and/or enforce the terms of this Order. (Signed by Judge Denise L. Cote on 1/27/2023) (Attachments: # 1 Exhibit 1) (vfr) (Entered: 01/27/2023) |
| 01/30/2023 | 383 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 1/30/2023 re: Proposed Schedule for Fact and Expert Discovery. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A − Proposed Order, # 2 Exhibit B − In Re: Gen Elec. Co. Sec. Litig., # 3 Exhibit C − FHFA v. UBS Americas, Inc. et al.,, # 4 Exhibit D − In Re: Natl Prescription Opiate Litig.).(Keller, Ashley) (Entered: 01/30/2023) |
| 01/30/2023 | 384 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 1/30/2023 re: Proposed Schedule for Fact and Expert Discovery as to Retailer Defendants. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A − Proposed Scheduling Order).(Keller, Ashley) (Entered: 01/30/2023) |
| 01/30/2023 | 385 | LETTER addressed to Judge Denise L. Cote from Kristen R. Fournier on behalf of Defendants dated January 30, 2023 re: Proposed Schedule for Phase 1 Fact & Expert Discovery. Document filed by Walmart Inc...(Fournier, Kristen) (Entered: 01/30/2023) |
| 01/30/2023 | 386 | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated January 30, 2023 re: Phase One Discovery Schedule. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Text of Proposed Order Regarding Phase One Discovery Schedule, # 2 Exhibit A: Defendants Proposed Order Regarding Phase One Discovery Schedule).(Johnston, Sarah) (Entered: 01/30/2023) |
| 01/31/2023 | 387 | ORDER: On January 30, 2023, the parties submitted competing proposals for the schedule governing Phase 1 discovery, Rule 702 motions, and a Rule 702 hearing. It is hereby ORDERED that a telephone conference will be held on February 1, 2023 at 3:00 P.M. to discuss the competing proposals. IT IS FURTHER ORDERED that the parties shall use the following dial−in credentials for the telephone conference: Dial−in: 888−363−4749 Access Code: 4324948 The parties shall use a landline if one is available. ( Telephone Conference set for 2/1/2023 at 3:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 1/31/2023) (vfr) (Entered: 01/31/2023) |
| 01/31/2023 | 388 | ORDER: A telephone conference will be held on February 1, 2023 at 3:00 PM regarding the proposed general causation discovery and motions schedule. It is hereby ORDERED that the Draft Order of January 31, 2023: General Causation Discovery and Motions, attached hereto, will be discussed at the conference. ( Telephone Conference set for 2/1/2023 at 3:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 1/31/2023) (Attachments: # 1 Exhibit 1) (vfr) (Entered: 01/31/2023) |

| 01/31/2023 | 389 | LETTER MOTION to Seal *FDA Documents and Status Update Regarding FDA Engagement* addressed to Judge Denise L. Cote from Sarah E. Johnston dated January 31, 2023. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 01/31/2023) |
|---|---|---|
| 01/31/2023 | 390 | ***SELECTED PARTIES***REDACTION *AND SEALING OF FDA DOCUMENTS* by Johnson & Johnson Consumer Inc., Julia GuzmanMotion or Order to File Under Seal: 389 .(Johnston, Sarah) (Entered: 01/31/2023) |
| 01/31/2023 | 397 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER (CTO−11) FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of South Carolina, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 1/31/2023) (vba) (Entered: 02/03/2023) |
| 02/01/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 2/1/2023. (Court Reporter Alena Lynch) (jwh) (Entered: 02/01/2023) |
| 02/01/2023 | 391 | ORDER: GENERAL CAUSATION DISCOVERY AND MOTIONS: It is hereby ORDERED that the schedule for fact and expert discovery and for Rule 702 proceedings on the issue of general causation is as follows: I. GENERAL CAUSATION FACT DISCOVERY: 1. The parties shall meet and confer and reach agreement on search terms for Phase One discovery, or submit any disputed issues to the Court, by February 8, 2023. 2. The defendants shall make a rolling production of their documents. The defendants shall confirm to plaintiffs' Co−Lead Counsel ("Co−Lead Counsel") by letter or email, by May 5, 2023, that each defendant has substantially completed production of all relevant documents responsive to search terms and/or discovery requests. All Phase One fact discovery is to be completed by June 2, 2023. 3. As soon as possible, but no later than one week before each witness's scheduled deposition date, the defendants shall confirm with Co−Lead Counsel that the individual witness's custodial file production is substantially complete. 4. The schedule of Phase One fact discovery as to Johnson & Johnson Consumer Inc. ("JJCI"), including written discovery, is set forth in the Court's January 12, 2023 Order (22MD3043: ECF No. 340), and as follows: a. On or before February 24, 2023, JJCI shall respond to the plaintiffs' interrogatories. b. As soon as possible, but no later than March 10, 2023, the plaintiffs shall identify up to five additional Phase One JJCI custodians for purposes of custodial productions, per paragraph 3 of the January 12, 2023 Order. c. As soon as possible, but no later than April 21, 2023, the plaintiff shall identify up to five JJCI Phase One custodians they wish to depose, per paragraph 4 of the January 12, 2023 Order. Within one week thereafter, JJCI shall provide two proposed deposition dates for each witness, from which, and within three days of receipt, plaintiffs shall select the dates for the depositions. 5. The Retailer Defendants will serve responses and objections to written discovery, the scope of which is set forth in the parties' January 11, 2023 Joint Status Report (22MD3043: ECF No. 332), by February 24, 2023. 6. The plaintiffs and the Retailer Defendants shall finalize their agreement regarding Retailer custodians and depositions, including any Fed. R. Civ. P. 30(b) (6) depositions, or submit competing proposals on these issues by March 3, 2023. II. GENERAL CAUSATION EXPERT DISCOVERY: 7. Within two weeks of entry of this Order, the plaintiffs shall provide defendants and the Court with a list of subject matter areas regarding which the plaintiffs intend to serve general causation expert reports, limited to disclosure of no more than six subject matter areas for purposes of general causation. 8. Within two weeks thereafter, the defendants shall disclose any subject matter areas for which they intend to disclose expert testimony that are in addition to any subject matter areas disclosed by the plaintiffs. 9. If such a disclosure is made by the defendants, within two weeks of said disclosure, the plaintiffs shall disclose whether or not they intend to designate an expert in that additional area(s). 10. Neither the plaintiffs nor the defendants may designate more than one expert in a subject matter area. 11. For purposes of Phase One expert discovery, each side (plaintiffs and defendants) is limited to disclosure of eight experts. 12. The general causation expert reports of the plaintiffs, along with three dates for each expert's deposition, shall be served on Defendants' Liaison Counsel on or before June 16, 2023. 13. The general causation expert reports of the defendants, |

| | | |
|---|---|---|
| | | along with three dates for each expert's deposition, shall be served on Co–Lead Counsel on or before July 14, 2023. 14. The plaintiffs shall serve rebuttal expert reports conforming to Fed. R. Civ. P. 26(a) (2) (D) (ii) on or before July 21, 2023. 15. The plaintiffs' experts will be deposed before the defendants' experts. The defendants shall complete any depositions they desire to take of the plaintiffs' experts by August 25, 2023. 16. The plaintiffs shall complete any depositions they desire to take of the defendants' experts by September 12, 2023. III. RULE 702 BRIEFING AND HEARING SCHEDULE: 17. Any Rule 702 motions shall be filed on or before September 19, 2023. 18. Oppositions to any Rule 702 motions shall be filed on or before October 10, 2023. 19. Replies to any oppositions to any Rule 702 motions shall be filed on or before October 20, 2023. 20. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. 21. At the Court's discretion, a hearing will be held on the Rule 702 motions during the week of December 4, 2023. If a hearing is to be held, the Court will discuss with the parties the scope and logistics of any such hearing in advance of the hearing. IV. PHASE TWO DISCOVERY: 22. Phase Two written discovery shall be served by plaintiffs on October 20, 2023. The defendants' obligation to respond to or otherwise investigate responses to Phase Two discovery, including sales and marketing issues, is hereby stayed pending the Court's decision on the parties' Rule 702 motions. Depositions due by 9/12/2023., Fact Discovery due by 6/2/2023., Motions due by 9/19/2023., Replies due by 10/20/2023., Responses due by 10/10/2023) (Signed by Judge Denise L. Cote on 2/1/2023) (vfr) (Entered: 02/01/2023) |
| 02/01/2023 | 392 | ORDER granting 389 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 2/1/2023) (vfr) (Entered: 02/02/2023) |
| 02/02/2023 | 393 | NOTICE OF APPEARANCE by Roopal Premchand Luhana on behalf of Katie Foster, Ty Foster. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00563–DLC.(Luhana, Roopal) (Entered: 02/02/2023) |
| 02/02/2023 | 394 | LETTER MOTION for Extension of Time *Regarding FDA Engagement and Rule 12 Briefing Schedule* addressed to Judge Denise L. Cote from Sarah E. Johnston dated February 2, 2023. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 02/02/2023) |
| 02/03/2023 | 395 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Sarah E. Johnston dated February 2, 2023 re: 394 LETTER MOTION for Extension of Time *Regarding FDA Engagement and Rule 12 Briefing Schedule* addressed to Judge Denise L. Cote from Sarah E. Johnston dated February 2, 2023. . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 02/03/2023) |
| 02/03/2023 | 396 | ORDER denying 394 Letter Motion for Extension of Time. Denied. (Signed by Judge Denise L. Cote on 2/3/2023) (vfr) (Entered: 02/03/2023) |
| 02/06/2023 | 398 | JOINT LETTER MOTION for Extension of Time *to Submit Proposed Plaintiff Fact Sheet* addressed to Judge Denise L. Cote from Kristen L. Richer dated February 6, 2023. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 02/06/2023) |
| 02/06/2023 | 399 | ORDER granting 398 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 2/6/2023) (vfr) (Entered: 02/06/2023) |
| 02/06/2023 | 400 | ORDER denying as moot (8 in 1:22–cv–09031–DLC) Motion to Transfer/Change Venue; denying as moot (17 in 1:22–cv–09042–DLC) Motion to Transfer/Change Venue ; denying as moot (16 in 1:22–cv–09043–DLC) Motion to Transfer/Change Venue ; denying as moot (8 in 1:22–cv–09047–DLC) Motion to Transfer/Change Venue. It is hereby ORDERED that the motions to transfer/change venue filed in the following member cases are denied as moot: Strydom et al. v. Walmart, Incorporated, 22cv9031; Baxter et al. v. Walmart, Inc., 22cv9042; Watts et al. v. Walmart, Inc., 22cv9043; Jellema et al. v. Walmart, Incorporated, 22cv9047. (Signed by Judge Denise L. Cote on 2/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC, 1:22–cv–09043–DLC, 1:22–cv–09047–DLC (vfr) (Entered: 02/06/2023) |
| 02/06/2023 | 401 | **FILING ERROR – DEFICIENT DOCKET ENTRY** MOTION for Gregory Dovel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27303725. |

| | | |
|---|---|---|
| | | **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # 1 Affidavit of Gregory Dovel, # 2 Text of Proposed Order Granting Pro Hac Vice).(Adams, Julien) Modified on 2/7/2023 (sac). (Entered: 02/06/2023) |
| 02/06/2023 | 402 | MOTION for Julien Adams to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27303809. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # 1 Affidavit of Julien Adams, # 2 Text of Proposed Order Granting Pro Hac Vice).(Adams, Julien) (Entered: 02/06/2023) |
| 02/06/2023 | 403 | **FILING ERROR – DEFICIENT DOCKET ENTRY** MOTION for Joanne Bui to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27303842. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # 1 Affidavit of Joanne Bui, # 2 Text of Proposed Order Granting Pro Hac Vice).(Adams, Julien) Modified on 2/7/2023 (sac). (Entered: 02/06/2023) |
| 02/07/2023 | 404 | NOTICE OF APPEARANCE by Cristina Rose Delise on behalf of Heather Strydom. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09031–DLC.(Delise, Cristina) (Entered: 02/07/2023) |
| 02/07/2023 | 405 | LETTER addressed to Judge Denise L. Cote from Richard M. Golomb, Esquire dated February 7, 2023 re: Resignation from Plaintiff's Steering Committee. Document filed by Colleen Battista(INDIVIDUALLY AND ON BEHALF OF D.B., A MINOR), TAMMY PEAVLEY HAWES, CHARMINE TATE..(Golomb, Richard) (Entered: 02/07/2023) |
| 02/07/2023 | 406 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/27/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: George Malinowski, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/28/2023. Redacted Transcript Deadline set for 3/10/2023. Release of Transcript Restriction set for 5/8/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 02/07/2023) |
| 02/07/2023 | 407 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/27/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 02/07/2023) |
| 02/07/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 402 MOTION for Julien Adams to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27303809. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 02/07/2023) |
| 02/07/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 403 MOTION for Joanne Bui to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27303842. Motion and supporting papers to be reviewed by Clerk's Office staff., 401 MOTION for Gregory Dovel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27303725. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): the motion was not signed by filer. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (sac)** (Entered: 02/07/2023) |
| 02/07/2023 | 408 | ORDER granting 402 Motion for Julien Adams to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 02/07/2023) |

| | | |
|---|---|---|
| 02/07/2023 | <u>409</u> | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 2/7/2023 re: Resignation of Richard Golomb. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 02/07/2023) |
| 02/08/2023 | <u>410</u> | ORDER: On February 7, 2023, plaintiffs' counsel Richard M. Golomb filed a letter resigning from his position on the Plaintiffs' Steering Committee ("PSC"). It is hereby ORDERED that Mr. Golomb's resignation is accepted and his appointment to the PSC is terminated. (Signed by Judge Denise L. Cote on 2/8/2023) (vfr) (Entered: 02/08/2023) |
| 02/08/2023 | <u>411</u> | ORDER denying as moot <u>133</u> Letter Motion for Leave to File Document. It is hereby ORDERED that the plaintiffs' November 13 letter motion for leave to file a sur–reply is denied as moot. (Signed by Judge Denise L. Cote on 2/8/2023) (vfr) (Entered: 02/08/2023) |
| 02/08/2023 | <u>412</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen R. Fournier on behalf of Plaintiffs Co–Lead Counsel, the PEC and Retailer Defendants dated February 8, 2023 re: Search Terms for Phase One Discovery. Document filed by Walmart Inc...(Fournier, Kristen) (Entered: 02/08/2023) |
| 02/08/2023 | <u>413</u> | JOINT LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated February 8, 2023 re: JJCI Phase One Search Terms. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # <u>1</u> Exhibit A).(Johnston, Sarah) (Entered: 02/08/2023) |
| 02/09/2023 | <u>414</u> | AMENDED MOTION for Joanne Bui to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # <u>1</u> Affidavit of Joanne Bui, # <u>2</u> Text of Proposed Order Granting Pro Hac Vice).(Bui, Joanne) (Entered: 02/09/2023) |
| 02/09/2023 | <u>415</u> | AMENDED MOTION for Gregory Dovel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alana Swindell. (Attachments: # <u>1</u> Affidavit of Gregory Dovel, # <u>2</u> Text of Proposed Order Granting Pro Hac Vice).(Dovel, Gregory) (Entered: 02/09/2023) |
| 02/10/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 414 AMENDED MOTION for Joanne Bui to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.; 415 AMENDED MOTION for Gregory Dovel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 02/10/2023) |
| 02/10/2023 | 416 | ORDER granting <u>414</u> Motion for Joanne Bui to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 02/10/2023) |
| 02/10/2023 | 417 | ORDER granting <u>415</u> Motion for Gregory Dovel to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 02/10/2023) |
| 02/10/2023 | <u>418</u> | JOINT LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 2/10/2023 re: Service of Short Form Complaints. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order).(Keller, Ashley) (Entered: 02/10/2023) |
| 02/10/2023 | <u>419</u> | JOINT LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 02/10/2023 re: Status on Deposition Protocol. Document filed by Plaintiffs Counsel..(Lanier, W.) (Entered: 02/10/2023) |
| 02/10/2023 | <u>420</u> | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated February 10, 2023 re: Sealing of FDA Documents. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 02/10/2023) |
| 02/10/2023 | <u>421</u> | MEMO ENDORSEMENT on re: <u>419</u> Letter filed by Plaintiffs Counsel. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 2/10/2023) (vfr) (Entered: 02/10/2023) |
| 02/10/2023 | <u>422</u> | JOINT MOTION to Dismiss . Document filed by 7–Eleven, Inc., CVS Pharmacy Inc, Costco Wholesale Corp., Dollar General Corporation, Dollar Tree Inc., Family Dollar, Inc., Rite Aid Corporation, Safeway Inc., Sam's West Inc., Target Corporation, The Kroger, Co., Wal–Mart Inc., Walgreen, Co.. Responses due by 3/3/2023.(Fournier, |

| | | |
|---|---|---|
| | | Kristen) (Entered: 02/10/2023) |
| 02/10/2023 | 423 | MEMORANDUM OF LAW in Support re: 422 JOINT MOTION to Dismiss . . Document filed by 7–Eleven, Inc., CVS Pharmacy Inc, Costco Wholesale Corp., Dollar General Corporation, Dollar Tree Inc., Family Dollar, Inc., Rite Aid Corporation, Safeway Inc., Sam's West Inc., Target Corporation, The Kroger, Co., Walgreen, Co., Walmart Inc...(Fournier, Kristen) (Entered: 02/10/2023) |
| 02/10/2023 | 424 | DECLARATION of Kristen R. Fournier in Support re: 422 JOINT MOTION to Dismiss .. Document filed by 7–Eleven, Inc., CVS Pharmacy Inc, Costco Wholesale Corp., Dollar General Corporation, Dollar Tree Inc., Family Dollar, Inc., Rite Aid Corporation, Safeway Inc., Sam's West Inc., Target Corporation, The Kroger, Co., Walgreen, Co., Walmart Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11).(Fournier, Kristen) (Entered: 02/10/2023) |
| 02/10/2023 | 425 | MOTION to Dismiss . Document filed by Johnson & Johnson Consumer Inc.. Responses due by 3/3/2023.(Johnston, Sarah) (Entered: 02/10/2023) |
| 02/10/2023 | 426 | MEMORANDUM OF LAW in Support re: 425 MOTION to Dismiss . . Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 02/10/2023) |
| 02/10/2023 | 427 | DECLARATION of Sarah E. Johnston in Support re: 425 MOTION to Dismiss .. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit A: April 7, 2017 FDA Document, # 2 Exhibit B: February 10, 2017 FDA Document, # 3 Exhibit C: Timeline, # 4 Exhibit D: May 15, 2014 FDA Document, # 5 Exhibit E: March 18, 2015 FDA Document, # 6 Exhibit F: October 14, 2016 FDA Document, # 7 Exhibit G: July 15, 2022 FDA Document, # 8 Exhibit H: Cases Naming JJCI, # 9 Exhibit I: Cases Alleging Branded Tylenol Use Prior to 2017, # 10 Exhibit J: Cases Alleging Branded Tylenol Use Prior to 2013, # 11 Exhibit K: Cases Alleging Count IV Against JJCI, # 12 Exhibit L: Cases Alleging Count V Against JJCI, # 13 Exhibit M: Cases Alleging Count VI Against JJCI).(Johnston, Sarah) (Entered: 02/10/2023) |
| 02/10/2023 | 428 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated February 10, 2023 re: Request for Oral Argument on Defendants' Motions to Dismiss. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 02/10/2023) |
| 02/10/2023 | 439 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER (CTO–12) FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Utah, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 2/10/2023) (vba) (Entered: 02/15/2023) |
| 02/12/2023 | 429 | JOINT LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 2/12/2023 re: Revised Proposed Order for Service of Short Form Complaints. Document filed by Plaintiffs Counsel. (Attachments: # 1 Text of Proposed Order Proposed Amended SFC Order).(Keller, Ashley) (Entered: 02/12/2023) |
| 02/12/2023 | 430 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 2/12/2023 re: Response to Defendants' Letter re Request for Oral Argument on Motions to Dismiss. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 02/12/2023) |
| 02/13/2023 | 431 | SECOND SUPPLEMENTAL ORDER: SHORT FORM COMPLAINTS: The Order: Short Form Complaint issued on January 9, 2023, and a Supplemental Order: Short Form Complaints was issued on January 26 (collectively, "SFC Orders"). On February 10, the parties notified the Court that the defendants who had previously consented to email service as indicated in the SFC Orders ("Consenting Defendants") have agreed to waive the requirement to receive a Civil Cover Sheet and Summons. Accordingly, it is hereby ORDERED that service may be effectuated on the Consenting Defendants by serving via email a fully executed Short Form Complaint. |

| | | |
|---|---|---|
| | | A Civil Cover Sheet and Summons need not be served on the Consenting Defendants. (Signed by Judge Denise L. Cote on 2/13/2023) (ama) (Entered: 02/13/2023) |
| 02/13/2023 | 432 | MEMO ENDORSEMENT: on re: 420 Letter filed by Johnson & Johnson Consumer Inc. ENDORSEMENT: The Clerk of Court shall unseal DKT. entry # 390. (Signed by Judge Denise L. Cote on 2/13/2023) (ama) (Entered: 02/13/2023) |
| 02/13/2023 | 433 | JOINT LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 02/13/2023 re: Joint Proposed Deposition Protocol. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Joint Proposed Deposition Protocol).(Lanier, W.) (Entered: 02/13/2023) |
| 02/13/2023 | 434 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Natasha Antoinette Gameroz, Individually and as Guardian Ad Litem of M.A.G., a minor, and or their counsel, hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice, against Defendants CVS Pharmacy, Inc., Rite Aid Corporation, and Johnson & Johnson Consumer, Inc. SO ORDERED. (Signed by Judge Denise L. Cote on 2/13/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10045–DLC (ama) (Entered: 02/13/2023) |
| 02/13/2023 | 435 | PROTOCOL FOR PHASE ONE FACT AND EXPERT DEPOSITIONS: This Order shall apply to all cases currently pending in MDL No. 3043 and to all related actions that have been or will be originally filed in, transferred to, or removed to this Cou1t and assigned hereto, and those Coordinated Actions subject to the MDL Court's Coordination Order (DE 382). This Order is binding on all Parties and theircounsel in all cases currently pending or subsequently made part of these Proceedings and will govern each case in these MDL Proceedings. This Order shall also apply to all non–party witnesses. Discovery shall be governed by the applicable provisions of the Federal Rules of Civil Procedure, except as otherwise provided herein or in any other Case Management Order. Unless specifically modified herein, nothing in this Order shall be construed to abrogate, modify, or enlarge the Federal Rules of Civil Procedure. The Parties may, by agreement, alter, amend, or modify any practice relating to the noticing or conducting of a deposition, including, but not limited to, the provisionsin this Order. Absent agreement of the Parties, good cause, or an order of the MDL Court, any deposition notice must be served at least thirty (30) days beforethe date the noticed deposition is to occur. To the extent an expert deposition notice includes a request for production, the written response and document production shall be produced no later than 10 days before the scheduled deposition date. Nothing herein is intended to (nor shall it) modify the terms of the Protective Order, which will govern the treatment of documents andinformation designated pursuant to the Protective Order. If a deponent is to produce or be asked about any documents that have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the Stipulated Protective Order entered in this action (the "Protective Order"), and the deponent is a person who must sign the Protective Order before reviewing CONFIDENTIAL or HIGHLY CONFIDENTIAL documents, a copy of the Protective Order shall be provided to the deponent before the deposition commences. This Order is subject to modification by agreement of Parties subject to Court approval, or by further of this Court. And as set forth herein. SO ORDERED. (Signed by Judge Denise L. Cote on 2/13/2023) (ama) (Entered: 02/13/2023) |
| 02/14/2023 | 436 | ORDER: On February 13, 2023, the Court adopted the parties' proposed protocol for phase one fact and expert depositions with the exception of paragraph 16(g), which addressed the submission of 50 or more written objections. It is hereby ORDERED that, in the event of a discovery dispute that remains unresolved after a meet and confer process, a party may file a letter no longer than two pages describing the dispute or disputes. (Signed by Judge Denise L. Cote on 2/14/2023) (vfr) (Entered: 02/14/2023) |
| 02/14/2023 | 437 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/1/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/7/2023. Redacted Transcript Deadline set for 3/17/2023. Release of Transcript Restriction set |

| | | |
|---|---|---|
| | | for 5/15/2023.Filed In Associated Cases: 1:22−md−03043−DLC et al..(McGuirk, Kelly) (Entered: 02/14/2023) |
| 02/14/2023 | [438](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/1/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22−md−03043−DLC et al..(McGuirk, Kelly) (Entered: 02/14/2023) |
| 02/15/2023 | [440](#) | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 2/15/2023 re: Plaintiffs General Causation Expert Subject Matter Areas. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 02/15/2023) |
| 02/16/2023 | [441](#) | NOTICE OF APPEARANCE by Sandra Ko on behalf of Costco Wholesale Corporation, Costco Wholesale Corp.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09072−DLC, 1:22−cv−09087−DLC, 1:22−cv−09091−DLC.(Ko, Sandra) (Entered: 02/16/2023) |
| 02/16/2023 | [442](#) | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy Inc, CVS Pharmacy, Inc, CVS Pharmacy, Inc., CVS Pharmacy, Inc.,. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Kohane, Nadine) (Entered: 02/16/2023) |
| 02/16/2023 | [443](#) | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co, Walgreen Co., Inc., Walgreen Co.,, Walgreen Co., Walgreens Co., Walgreen Co., Walgreen Co.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Kohane, Nadine) (Entered: 02/16/2023) |
| 02/16/2023 | [444](#) | ORDER: The parties having selected BrownGreer PLC's MDL Centrality platform as the platform for the census of cases in this MDL, it is hereby ORDERED that the Clerk of Court is directed to add BrownGreer PLC as an interested party to the MDL docket (22MD3043) and the master case file docket (22MC3043). BrownGreer PLC shall be added as follows: BrownGreer PLC, 250 Rocketts Way, Richmond, VA 23231, 804−521−7234, docketharvester@browngreer.com, jswoody@browngreer.com. BrownGreer PLC added. (Signed by Judge Denise L. Cote on 2/16/2023) (vfr) (Entered: 02/16/2023) |
| 02/17/2023 | [445](#) | JOINT LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 02/17/2023 re: Proposed Privilege Log Addendum. Document filed by Plaintiffs Counsel..(Lanier, W.) (Entered: 02/17/2023) |
| 02/17/2023 | [446](#) | MEMO ENDORSEMENT on re: 445 Letter filed by Plaintiffs Counsel. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 2/17/2023) (vfr) (Entered: 02/17/2023) |
| 02/20/2023 | [447](#) | LETTER addressed to Judge Denise L. Cote from Kristen R. Fournier dated 02/20/2023 re: Walmart's Motion for Reconsideration and request for certification under 28 U.S.C. § 1292(b). Document filed by WALMART INC., Walmart Inc..Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09011−DLC, 1:22−cv−09012−DLC.(Fournier, Kristen) (Entered: 02/20/2023) |
| 02/22/2023 | [448](#) | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) CVS Pharmacy, Inc., WALMART INC., Walgreen Co.. Document filed by S S, Helena Stafford. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−08812−DLC.(Campbell, Patricia) (Entered: 02/22/2023) |
| 02/22/2023 | [449](#) | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** MOTION for Patrick R. Dowd to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC−27375844. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Erin Sanders. (Attachments: # [1](#) Exhibit Declaration, # [2](#) Text of Proposed Order Proposed Order).(Dowd, Patrick) Modified |

| | | |
|---|---|---|
| | | on 2/23/2023 (vba). (Entered: 02/22/2023) |
| 02/23/2023 | | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 448 Notice of Voluntary Dismissal, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (tp) (Entered: 02/23/2023) |
| 02/23/2023 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 449 MOTION for Patrick R. Dowd to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27375844. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Missouri;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (vba) (Entered: 02/23/2023) |
| 02/23/2023 | 450 | MOTION for Patrick R. Dowd to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Erin Sanders. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Dowd, Patrick) (Entered: 02/23/2023) |
| 02/23/2023 | 451 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i): Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Helena Stafford, Individually and as Mother and General Guardian of S.S., a minor, by and through their counsel hereby give notice that the above–captioned action is voluntarily dismissed without prejudice against Defendants CVS Pharmacy, Inc., Walgreen Co., and Walmart Inc. Each party shall bear their own costs. So ordered. Filed in Associated Case: 1:22–cv–08812–DLC. (Signed by Judge Denise L. Cote on 2/23/2023) (vfr) (Entered: 02/23/2023) |
| 02/24/2023 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 450 MOTION for Patrick R. Dowd to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba) (Entered: 02/24/2023) |
| 02/24/2023 | 452 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 02/24/2023) |
| 02/24/2023 | 453 | ORDER granting 450 Motion for Patrick R. Dowd to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 02/24/2023) |
| 02/24/2023 | 454 | NOTICE OF APPEARANCE by Patrick R Dowd on behalf of Erin Sanders..(Dowd, Patrick) (Entered: 02/24/2023) |
| 02/24/2023 | 455 | CONSENT LETTER MOTION for Extension of Time to Serve Discovery Responses, addressed to Judge Denise L. Cote from Gregory A. Ellis dated February 24, 2023. Document filed by Safeway Inc, Safeway Inc..Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08815–DLC, 1:22–cv–09079–DLC, 1:22–cv–10038–DLC.(Ellis, Gregory) (Entered: 02/24/2023) |
| 02/24/2023 | 456 | ORDER granting 455 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 2/24/2023) (vfr) (Entered: 02/24/2023) |
| 02/27/2023 | 457 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION for William A. Kershaw to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27396514. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Plaintiffs Counsel. (Attachments: # 1 Text of Proposed Order Propsed Order).(Kershaw, William) Modified on 2/28/2023 (sgz). (Entered: 02/27/2023) |
| 02/28/2023 | 458 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 02/28/2023) |

| | | |
|---|---|---|
| 02/28/2023 | 459 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer Companies Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer Inc. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 02/28/2023) |
| 02/28/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 457 MOTION for William A. Kershaw to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27396514. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California 415–865–7000; missing notarized Affidavit. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 02/28/2023) |
| 02/28/2023 | 460 | MOTION for Michael Pablo Dowd–Nieto to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27401259. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Erin Sanders. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Dowd–Nieto, Michael) (Entered: 02/28/2023) |
| 02/28/2023 | 461 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 02/28/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 02/28/2023) |
| 02/28/2023 | 462 | JOINT LETTER MOTION for Extension of Time *to Submit Proposed Plaintiff Fact Sheet* addressed to Judge Denise L. Cote from Kristen L. Richer dated February 28, 2023. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 02/28/2023) |
| 03/01/2023 | 463 | ORDER granting 462 Letter Motion for Extension of Time. Approved. (Signed by Judge Denise L. Cote on 3/1/2023) (vfr) (Entered: 03/01/2023) |
| 03/01/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 460 MOTION for Michael Pablo Dowd–Nieto to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27401259. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 03/01/2023) |
| 03/01/2023 | 464 | ORDER granting 460 Motion for Michael Pablo Dowd–Nieto to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 03/01/2023) |
| 03/01/2023 | 465 | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated March 1, 2023 re: Defendants' Disclosure of Expert Subject Matter Areas. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 03/01/2023) |
| 03/02/2023 | 466 | NOTICE OF APPEARANCE by Gregory E Stone on behalf of The Kroger, Co...(Stone, Gregory) (Entered: 03/02/2023) |
| 03/02/2023 | 467 | NOTICE OF APPEARANCE by Gregory E Stone on behalf of The Kroger, Co...(Stone, Gregory) (Entered: 03/02/2023) |
| 03/02/2023 | 468 | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated March 2, 2023 re: FDAs Production of Documents. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit A – March 2, 2023 FDA Production of Documents).(Johnston, Sarah) (Entered: 03/02/2023) |
| 03/03/2023 | 469 | JOINT LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 03/03/2023 re: Privilege Log Addendum. Document filed by Plaintiffs Counsel. (Attachments: # 1 Text of Proposed Order Proposed Privilege Log Addendum to Protective Order).(Lanier, W.) (Entered: 03/03/2023) |
| 03/03/2023 | 470 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated March 3, 2023 re: Letter Brief in Support of Categorical Privilege Logs. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A – Defendants Proposed Protocol Concerning Privileged Information).(Richer, Kristen) (Entered: 03/03/2023) |
| 03/03/2023 | 471 | LETTER addressed to Judge Denise L. Cote from Evan M. Janush dated 03/03/2023 re: Retailer Custodians. Document filed by Plaintiffs Counsel..(Janush, Evan) (Entered: 03/03/2023) |
| 03/03/2023 | 472 | LETTER MOTION to Seal *Exhibits 1 and 2 of the Declaration in Support of Plaintiffs Opposition to Johnson & Johnson Consumer Inc.s Motion to Dismiss, as well as portions of the Memorandum of Law in Opposition* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 3/3/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 03/03/2023) |
| 03/03/2023 | 473 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 425 MOTION to Dismiss . . Document filed by Plaintiffs Counsel, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Motion or Order to File Under Seal: 472 .(Keller, Ashley) (Entered: 03/03/2023) |
| 03/03/2023 | 474 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Opposition re: 425 MOTION to Dismiss .. Document filed by Plaintiffs Counsel, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. (Attachments: # 1 Exhibit 1 – Correspondence, # 2 Exhibit 2 – Correspondence, # 3 Exhibit 3 – Epidemiology: Review of Published Studies, # 4 Exhibit 4 – Newly Identified Safety Signal (NISS) Integrated Review Memorandum, # 5 Exhibit 5 – Epidemiology: Comparison of Multiple Studies or Literature Review)Motion or Order to File Under Seal: 472 .(Keller, Ashley) (Entered: 03/03/2023) |
| 03/03/2023 | 475 | MEMORANDUM OF LAW in Opposition re: 425 MOTION to Dismiss ., 472 LETTER MOTION to Seal *Exhibits 1 and 2 of the Declaration in Support of Plaintiffs Opposition to Johnson & Johnson Consumer Inc.s Motion to Dismiss, as well as portions of the Memorandum of Law in Opposition* addressed to Judge Denise L. Cote *Redacted*. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 03/03/2023) |
| 03/03/2023 | 476 | DECLARATION of Ashley C. Keller in Opposition re: 425 MOTION to Dismiss ., 472 LETTER MOTION to Seal *Exhibits 1 and 2 of the Declaration in Support of Plaintiffs Opposition to Johnson & Johnson Consumer Inc.s Motion to Dismiss, as well as portions of the Memorandum of Law in Opposition* addressed to Judge Denise L. Cote. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – Correspondence, # 2 Exhibit 2 – Correspondence, # 3 Exhibit 3 – Epidemiology: Review of Published Studies, # 4 Exhibit 4 – Newly Identified Safety Signal (NISS) Integrated Review Memorandum, # 5 Exhibit 5 – Epidemiology: Comparison of Multiple Studies or Literature Review).(Keller, Ashley) (Entered: 03/03/2023) |
| 03/03/2023 | 477 | MEMORANDUM OF LAW in Opposition re: 422 JOINT MOTION to Dismiss . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 03/03/2023) |
| 03/06/2023 | 478 | NOTICE OF APPEARANCE by Michael Pablo Dowd–Nieto on behalf of Erin Sanders..(Dowd–Nieto, Michael) (Entered: 03/06/2023) |
| 03/06/2023 | 479 | MEMO ENDORSEMENT on re: 471 Letter filed by Plaintiffs Counsel. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 3/6/2023) (vfr) (Entered: 03/06/2023) |
| 03/06/2023 | 480 | ORDER terminating 472 Letter Motion to Seal. Accordingly, it is hereby ORDERED that the plaintiffs shall re–submit their request to redact certain sentences of the Opposition and to file related exhibits under seal. The request shall include proposed findings that support the request. (Signed by Judge Denise L. Cote on 3/6/2023) (vfr) (Entered: 03/06/2023) |
| 03/06/2023 | 481 | ORDER: On March 3, 2023, the parties submitted competing proposals for a privilege log addendum to the Protective Order. It is hereby ORDERED that a telephone conference will be held on March 8, 2023 at 2:00 P.M. to discuss the competing proposals. IT IS FURTHER ORDERED that the parties shall use the following dial–in credentials for the telephone conference: Dial–in: 888–363–4749 Access Code: 4324948. The parties shall use a landline if one is available. ( Telephone Conference set for 3/8/2023 at 2:00 PM before Judge Denise L. Cote.) (Signed by |

| | | |
|---|---|---|
| | | Judge Denise L. Cote on 3/6/2023) (vfr) (Entered: 03/06/2023) |
| 03/06/2023 | 482 | MOTION for William A. Kershaw to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Plaintiffs Counsel. (Attachments: # 1 Affidavit of William A. Kershaw, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Kershaw, William) Modified on 3/7/2023 (aea) (Entered: 03/06/2023) |
| 03/07/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 482 MOTION for William A. Kershaw to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/07/2023) |
| 03/07/2023 | 483 | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated March 7, 2023 re: FDAs Production of Documents. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit A – FDA's Unredacted January 27, 2023 Production, # 2 Exhibit B – FDA's March 6, 2023 Production).(Johnston, Sarah) (Entered: 03/07/2023) |
| 03/07/2023 | 484 | ORDER granting 482 Motion for William A. Kershaw to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 03/07/2023) |
| 03/07/2023 | 485 | **FILING ERROR – DEFICIENT DOCKET ENTRY** MOTION for Jennifer Nolte to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27433663. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jennifer Nolte. (Attachments: # 1 Affidavit Declaration of Jennifer Nolte, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Order on Motion for PHV).(Nolte, Jennifer) Modified on 3/7/2023 (sac). (Entered: 03/07/2023) |
| 03/07/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 485 MOTION for Jennifer Nolte to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27433663. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from the Supreme Court (NOT STATE BAR). Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sac)** (Entered: 03/07/2023) |
| 03/07/2023 | 486 | LETTER MOTION to Seal *Exhibits 1 and 2 of the Declaration in Support of Plaintiffs Opposition to Johnson & Johnson Consumer Inc.s Motion to Dismiss, as well as portions of the Memorandum of Law in Opposition* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 3/7/2023. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Proposed Findings of Fact).(Keller, Ashley) (Entered: 03/07/2023) |
| 03/07/2023 | 487 | JOINT LETTER MOTION for Extension of Time *to Submit Proposed Plaintiff Fact Sheet* addressed to Judge Denise L. Cote from Kristen L. Richer dated March 7, 2023. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 03/07/2023) |
| 03/08/2023 | 488 | ORDER granting 487 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 3/8/2023) (vfr) (Entered: 03/08/2023) |
| 03/08/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 3/8/2023. (Court Reporter Sharonda Jones) (jwh) (Entered: 03/16/2023) |
| 03/10/2023 | 489 | JOINT LETTER addressed to Judge Denise L. Cote from Evan M. Janush dated 03/10/2023 re: Phase I Discovery Custodians. Document filed by Plaintiffs Counsel..(Janush, Evan) (Entered: 03/10/2023) |
| 03/13/2023 | 490 | MOTION for Jessica Davidson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27459509. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Affidavit of Jessica Davidson, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Proposed Order).(Davidson, Jessica) (Entered: |

| | | |
|---|---|---|
| | | 03/13/2023) |
| 03/13/2023 | **491** | LETTER addressed to Judge Denise L. Cote from Sarah Johnston dated March 13, 2023 re: Defendants Opposition to Plaintiffs Request to Publicly File Exhibits. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 03/13/2023) |
| 03/14/2023 | **492** | AMENDED MOTION for Jennifer Nolte to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jennifer Nolte. (Attachments: # **1** Affidavit Declaration of Jennifer Nolte, # **2** Exhibit Certificates of Good Standing, # **3** Text of Proposed Order Proposed Order).(Nolte, Jennifer) (Entered: 03/14/2023) |
| 03/14/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 492 AMENDED MOTION for Jennifer Nolte to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 490 MOTION for Jessica Davidson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27459509. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/14/2023) |
| 03/14/2023 | 493 | ORDER granting **492** Motion for Jennifer Nolte to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 03/14/2023) |
| 03/14/2023 | **494** | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Jaynee Mathis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27466565. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # **1** Affidavit of Jaynee Mathis, # **2** Exhibit Certificate of Standing, # **3** Text of Proposed Order Proposed Order).(Mathis, Jaynee) Modified on 3/15/2023 (sgz). (Entered: 03/14/2023) |
| 03/14/2023 | 495 | ORDER granting **490** Motion for Jessica Davidson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 03/14/2023) |
| 03/14/2023 | **496** | JOINT LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 03/14/2023 re: Proposed Privilege Log Addendum to the Protective Order. Document filed by Plaintiffs Counsel. (Attachments: # **1** Exhibit Proposed Privilege Log Addendum to the Protective Order, # **2** Exhibit In Re: Xarelto (Rivaroxaban) Products Liability Litigation, # **3** Exhibit In Re: Zantac (Ranitidine) Products Liability Litigation).(Lanier, W.) (Entered: 03/14/2023) |
| 03/14/2023 | **497** | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated March 14, 2023 re: Defendants Letter Brief in Support of Revised Privilege Protocol. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # **1** Exhibit A: Text of Proposed Protocol Concerning Privileged Information, # **2** Exhibit B: Proposal with Plaintiffs and Defendants Positions, # **3** Exhibit C: Protocols Entered in Other Actions).(Richer, Kristen) (Entered: 03/14/2023) |
| 03/14/2023 | **498** | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated March 14, 2023 re: Defendants' Proposed Plaintiff Fact Sheet. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO. (Attachments: # **1** Text of Proposed Order Regarding Plaintiff Fact Sheets, # **2** Exhibit A: Model Plaintiff Fact Sheet).(Richer, Kristen) (Entered: 03/14/2023) |
| 03/14/2023 | **499** | JOINT LETTER addressed to Judge Denise L. Cote from Mikal Watts, Mark Lanier, Ashley Keller dated March 14, 2023 re: Plaintiffs' Letter Brief Concerning Plaintiff Fact Sheet and Implementation Order Disputes. Document filed by Plaintiffs Counsel. (Attachments: # **1** Exhibit A: Order: Plaintiff Fact Sheets).(Watts, Mikal) (Entered: 03/14/2023) |
| 03/15/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 494 MOTION for Jaynee Mathis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27466565. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): the motion was not signed; missing** |

| | | |
|---|---|---|
| | | **Certificate of Good Standing from Supreme Court of California. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 03/15/2023) |
| 03/15/2023 | 500 | MEMO ENDORSEMENT on re: 496 Letter, filed by Plaintiffs Counsel. ENDORSEMENT: The plaintiffs' request for an informational key is denied. (Signed by Judge Denise L. Cote on 3/15/2023) (vfr) (Entered: 03/15/2023) |
| 03/15/2023 | 501 | LETTER addressed to Judge Denise L. Cote from Plaintiffs' Co–Lead Counsel, Mikal C. Watts dated March 15, 2023 re: Court's Approval for an Additional Lawyer to be designated as CB–Approved Counsel. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A: Resume of Paul J. Doolittle).(Watts, Mikal) (Entered: 03/15/2023) |
| 03/15/2023 | 502 | ORDER: It is hereby ORDERED that a telephone conference will be held on March 16, 2023 at 2:00 P.M. to discuss the competing proposals. IT IS FURTHER ORDERED that the parties shall use the following dial–in credentials for the telephone conference: Dial–in: 888–363–4749 Access Code: 4324948.The parties shall use a landline if one is available. ( Telephone Conference set for 3/16/2023 at 02:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 3/15/2023) (vfr) (Entered: 03/15/2023) |
| 03/15/2023 | 503 | MEMO ENDORSEMENT on re: 501 Letter, filed by Plaintiffs Counsel. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 3/15/2023) (vfr) (Entered: 03/15/2023) |
| 03/15/2023 | 504 | MEMO ENDORSED ORDER on re: 472 Letter Motion granting 486 Letter Motion to Seal. ENDORSEMENT: The requests to redact and seal are approved, after reviewing the defendant's letter of 3/13/23. (Signed by Judge Denise L. Cote on 3/15/2023) (vfr) (Entered: 03/16/2023) |
| 03/16/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 3/16/2023. (Court Reporter Kristen Carannante) (jwh) (Entered: 03/16/2023) |
| 03/17/2023 | 505 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/8/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/7/2023. Redacted Transcript Deadline set for 4/17/2023. Release of Transcript Restriction set for 6/15/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 03/17/2023) |
| 03/17/2023 | 506 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/8/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 03/17/2023) |
| 03/17/2023 | 507 | REPLY MEMORANDUM OF LAW in Support re: 425 MOTION to Dismiss . . Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 03/17/2023) |
| 03/17/2023 | 508 | REPLY to Response to Motion re: 422 JOINT MOTION to Dismiss . . Document filed by 7–Eleven, Inc., CVS Pharmacy Inc, Costco Wholesale Corp., Dollar General Corporation, Dollar Tree Stores, Inc., Family Dollar Stores Inc., Rite Aid Corporation, Safeway Inc., Sam's West Inc., Target Corporation, The Kroger, Co., Walgreen Co., Walmart Inc...(Fournier, Kristen) (Entered: 03/17/2023) |
| 03/17/2023 | 509 | DECLARATION of Sarah E. Johnston in Support re: 425 MOTION to Dismiss .. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit N – |

| | | |
|---|---|---|
| | | Jan. 24, 2018 FDA Document, # <u>2</u> Exhibit O – July 15, 2022 FDA Document, # <u>3</u> Exhibit P – Feb. 10, 2017 FDA Document, # <u>4</u> Exhibit Q – June 22, 2006 FDA Correspondence).(Johnston, Sarah) (Entered: 03/17/2023) |
| 03/20/2023 | <u>510</u> | LETTER addressed to Judge Denise L. Cote from Mikal C. Watts dated March 20, 2023 re: Agreed Plaintiffs Fact Sheet and Implentation Order. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit A: Agreed Plaintiffs' Fact Sheet, # <u>2</u> Exhibit B: Agreed Implementation Order of Plaintiff Fact Sheets).(Watts, Mikal) (Entered: 03/20/2023) |
| 03/21/2023 | <u>511</u> | MOTION for Roberta A. Yard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−27499050. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jessica McGee. (Attachments: # <u>1</u> Affidavit Declaration of Roberta Yard, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Exhibit Text of Proposed Order).(Yard, Roberta) (Entered: 03/21/2023) |
| 03/21/2023 | <u>512</u> | LETTER addressed to Judge Denise L. Cote from Mikal C. Watts dated March 21, 2023 re: Agreed Plaintiff Fact Sheet and Implementation Order. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Text of Proposed Order : Plaintiff Fact Sheets, # <u>2</u> Exhibit A: Plaintiff Fact Sheet).(Watts, Mikal) (Entered: 03/21/2023) |
| 03/21/2023 | <u>513</u> | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated March 21, 2023 re: State Court Litigation. Document filed by Walgreen CO..(Richer, Kristen) (Entered: 03/21/2023) |
| 03/22/2023 | <u>514</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for W. Roger Smith, III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27501701. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jeffrey DeCarlo, Mariana Leon, M.D.. (Attachments: # <u>1</u> Exhibit Affidavit with Exhibit A, # <u>2</u> Text of Proposed Order Proposed Order for Admission of W. Roger Smith, III, Esq. Pro Hac Vice).(Smith, W.) Modified on 3/22/2023 (aea). (Entered: 03/22/2023) |
| 03/22/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>511</u> MOTION for Roberta A. Yard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−27499050. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/22/2023) |
| 03/22/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. <u>514</u> MOTION for W. Roger Smith, III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27501701. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from innesota, Mississippi, Tennessee, West Virginia, and Arizona;. Re−file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (aea)** (Entered: 03/22/2023) |
| 03/22/2023 | 515 | ORDER granting <u>511</u> Motion for Roberta A. Yard to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 03/22/2023) |
| 03/23/2023 | <u>516</u> | ORDER: PLAINTIFF AUTHORIZATION FORMS It is herebyORDERED that: The HIPAA Compliant Authorization Form to Disclose Health Information and the Psychotherapy Notes Authorization attached to this Order have been approved for use in all claims affected by this Order and are HIPAA compliant. Any Authorization Forms dated after the entry of this Order will be effective for the production of any records relating to a plaintiff in this MDL for the duration of this MDL. (And as further set forth herein.) (Signed by Judge Denise L. Cote on 3/23/2023) (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5) (jca) (Entered: 03/23/2023) |
| 03/23/2023 | <u>517</u> | ORDER: PLAINTIFF FACT SHEETS: Accordingly, it is hereby ORDERED that the PFS attached to this Order shall be used in this MDL, subject to stylistic and formatting changes intended to facilitate electronic completion and transmission of |

the PFS. IT IS FURTHER ORDERED that the following instructions shall govern use of the PFS. I. COMPLETION OF PLAINTIFF FACT SHEET, DOCUMENT PRODUCTION, AND AUTHORIZATIONS: 1. In accordance with the schedule set forth in Section II, each plaintiff in each current and future Member Case shall, as further set forth herein. 2. Substantial Completeness: All PFS submissions must be substantially complete, which means a plaintiff must: a. Answer all questions in the PFS to the best of their ability and/or recollection, as further set forth herein. 3. A plaintiff's responses to the PFS shall be treated as answers to interrogatories under Fed. R. Civ. P. 33 and responses to requests for production of documents under Fed. R. Civ. P. 34, and shall be supplemented in accordance with Fed. R. Civ. P. 26. 4. The defendants' use of the PFS, document productions, and Authorization Forms shall be without prejudice to defendants' right to serve additional, non–duplicative discovery as part of a bellwether process. Otherwise, the defendants shall not serve any additional discovery without either consent of a plaintiff or prior authorization from the Court. 5. Nothing in the PFS shall limit the scope of inquiry at depositions or the admissibility of evidence at trial. 6. All objections to the admissibility of information contained in the PFS are reserved; therefore, no objections shall be lodged in the responses to the questions and requests contained therein. 7. A plaintiff may withhold or redact information requested in the PFS based upon the attorney–client privilege. Information or Responsive Documents withheld or redacted on the basis of such privilege shall be recorded in a privilege log provided to the defendants within thirty (30) days of the service of the completed PFS and production of Responsive Documents. II. TIMING AND SERVICE OF PLAINTIFF FACT SHEETS: 8. Currently Pending Cases: Plaintiffs who have already filed a Short Form Complaint shall have sixty (60) days from the entry of this Order to complete, verify, and serve their PFS upon counsel for each defendant named in their Member Case, in the manner prescribed herein. 9. Future Cases: Any future plaintiff who files directly in this MDL pursuant to this Court's Order: Direct Filing (22MC3043: ECF No. 25), or whose case is otherwise removed or transferred into this MDL from another jurisdiction, is required to complete, verify, and serve his or her PFS, in the manner prescribed herein, within sixty (60) days of filing his or her Short Form Complaint. a. In the event this 60–day period is not sufficient for a specific plaintiffs' law firm to comply with this deadline in any given month, counsel from that firm shall contact the defendants' leadership via email at DEC–APAP@btlaw.com to request consent for an extension, and if consent is not forthcoming, may request an extension from the Court. b. In the event an individual plaintiff requires an extension to file their PFS, plaintiff's counsel shall meet and confer with defense counsel for the defendants named in his or her Member Case, and if consent for an extension is not forthcoming, may request an extension from the Court. III. REVIEW OF PLAINTIFF FACT SHEETS FOR DEFICIENCIES: 10. For those plaintiffs who serve their PFS in accordance with this Order, the defendants shall have forty–five (45) days to review and notify the plaintiff of any deficiencies with their PFS. In the event that this 45–day period is not sufficient for a defendant's law firm in any given month, defense counsel shall contact plaintiffs' leadership via email at APAP–Co–Leads@wattsguerra.com, and if consent for an extension is not forthcoming, may request an extension from the Court. 11. The failure of a physician, healthcare provider, federal, state, and/or local government agency, or any other entity asked to produce records relating to a plaintiff ("Entity") to accept an Authorization Form will not be considered a deficiency for purposes of this Order. To the extent an Entity fails to accept an Authorization Form, the parties must meet and confer in good faith in an effort to resolve the issue so that the records may be collected. Those efforts may include the plaintiff executing a new authorization form that meets the Entity's requirements. 12. Deficiency Notice Process: a. Failure to timely serve a PFS: In the event a plaintiff misses the deadline to timely complete and serve a PFS, defendants shall serve a Notice of Overdue PFS on that plaintiff's counsel of the failure to comply with this Order. The plaintiff shall have fourteen (14) days from the date of notice to timely complete, verify, file, and serve the PFS. A plaintiff who fails to do so by the deadline to cure shall be subject to process set forth in Section IV, as further set forth herein. IV. ORDER TO SHOW CAUSE PROCESS: 13. If a plaintiff fails to complete and serve a PFS following Notice of Overdue PFS or to cure any deficiencies in his or her PFS pursuant to the Notice of Deficient PFS, a defendant may seek relief from the Court, including a request that the Court issue an Order to Show Cause why the Member Case should not be dismissed with prejudice. 14. A defendant may raise multiple Member Cases' deficiencies in a single application to

| | | |
|---|---|---|
| | | the Court. V. CONFIDENTIALITY OF DATA: 15. Information any plaintiff provides pursuant to a PFS is deemed confidential, will only be used for purposes related to this litigation, and may be disclosed only as permitted by the Protective Order (22MC3043: ECF No. 41). (Signed by Judge Denise L. Cote on 3/23/2023) (Attachments: # 1 Exhibit 1) (vfr) (Entered: 03/23/2023) |
| 03/23/2023 | 518 | LETTER addressed to Judge Denise L. Cote from Ashley Keller dated 3/23/2023 re: Court's Approval for an Additional Lawyer to be designated as CB–Approved Counsel. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Resume of William J. Lee).(Keller, Ashley) (Entered: 03/23/2023) |
| 03/23/2023 | 519 | MEMO ENDORSEMENT on re: 518 Letter, filed by Plaintiffs Counsel. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 3/23/2023) (vfr) (Entered: 03/23/2023) |
| 03/27/2023 | 520 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 3/27/2023 re: Plaintiffs' Reservation of Rights for Rebuttal Expert. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Email).(Keller, Ashley) (Entered: 03/27/2023) |
| 03/29/2023 | 521 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 3/29/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 03/29/2023) |
| 03/29/2023 | 522 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 03/29/2023) |
| 03/29/2023 | 523 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated March 29, 2023 re: Plaintiffs' Expert Designations. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen CO..(Richer, Kristen) (Entered: 03/29/2023) |
| 03/29/2023 | 524 | NOTICE OF APPEARANCE by Donald Frederick Zimmer, Jr on behalf of WALMART INC., Wal–Mart Inc., Walmart, Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Zimmer, Donald) (Entered: 03/29/2023) |
| 03/29/2023 | 525 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of WALMART INC., Wal–Mart Inc., Walmart, Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Fournier, Kristen) (Entered: 03/29/2023) |
| 03/29/2023 | 526 | NOTICE OF APPEARANCE by Austin Evans on behalf of WALMART INC., Wal–Mart Inc., Walmart, Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Evans, Austin) (Entered: 03/29/2023) |
| 03/29/2023 | 527 | NOTICE OF APPEARANCE by Ethan Price Davis on behalf of WALMART INC., Wal–Mart Inc., Walmart Inc., Walmart Inc., Walmart, Inc., Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Davis, Ethan) (Entered: 03/29/2023) |
| 03/29/2023 | 528 | NOTICE OF APPEARANCE by Livia M. Kiser on behalf of WALMART INC., Wal–Mart Inc., Walmart, Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kiser, Livia) (Entered: 03/29/2023) |
| 03/30/2023 | 529 | MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27538975. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Katie Brehm. (Attachments: # 1 Exhibit Declaration in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing – KS, # 3 Exhibit Certificate of Good Standing – IL, # 4 Exhibit Certificate of Good Standing – MO, # 5 Text of Proposed Order Proposed Order).(Emison, Brett) (Entered: 03/30/2023) |

| 03/30/2023 | 530 | ORDER: It is hereby ORDERED that by April 4, 2023, the plaintiffs shall disclose to the defendants whether they intend to serve on the defendants an affirmative expert report on maternal fetal medicine by the Order's deadline of June 16. IT IS FURTHER ORDERED that the plaintiffs may serve on the defendants a rebuttal report conforming to Fed. R. Civ. P. 26 (a) (2) (D) (ii) on maternal fetal medicine only if the plaintiffs serve on the defendants an affirmative expert report on maternal fetal medicine by the Order's deadline of June 16. (Signed by Judge Denise L. Cote on 3/30/2023) (vfr) (Entered: 03/30/2023) |
|---|---|---|
| 03/31/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 529 MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27538975. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 03/31/2023) |
| 03/31/2023 | 531 | ORDER granting 529 Motion for Brett Ashley Emison to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 03/31/2023) |
| 03/31/2023 | 532 | NOTICE OF APPEARANCE by Gregory Scott Dovel on behalf of Alana Swindell..(Dovel, Gregory) (Entered: 03/31/2023) |
| 03/31/2023 | 533 | NOTICE OF APPEARANCE by Joanne Bui on behalf of Alana Swindell..(Bui, Joanne) (Entered: 03/31/2023) |
| 03/31/2023 | 534 | NOTICE OF APPEARANCE by Austin Evans on behalf of Sams West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00664–DLC.(Evans, Austin) (Entered: 03/31/2023) |
| 03/31/2023 | 535 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00664–DLC.(Fournier, Kristen) (Entered: 03/31/2023) |
| 03/31/2023 | 536 | NOTICE OF APPEARANCE by Jennifer Taylor Stewart on behalf of Sams West Inc., Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09029–DLC, 1:23–cv–00664–DLC.(Stewart, Jennifer) (Entered: 03/31/2023) |
| 03/31/2023 | 537 | NOTICE OF APPEARANCE by Jennifer Taylor Stewart on behalf of WALMART INC., Walmart, Incorporated, Walmart, Inc., Wal–Mart Stores Inc., Wal–Mart Inc., Walmart Inc., Walmart Inc., Walmart, Inc., Walmart Inc., Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Stewart, Jennifer) (Entered: 03/31/2023) |
| 04/03/2023 | 538 | NOTICE OF APPEARANCE by Austin Evans on behalf of Walmart Inc., Walmart, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02010–DLC, 1:23–cv–02209–DLC.(Evans, Austin) (Entered: 04/03/2023) |
| 04/03/2023 | 539 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of Walmart Inc., Walmart, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02010–DLC, 1:23–cv–02209–DLC.(Fournier, Kristen) (Entered: 04/03/2023) |
| 04/03/2023 | 540 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #541)** JOINT LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 04/03/2023 re: Privilege Log Addendum. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Proposed Privilege Log Addendum to the Protective Order).(Lanier, W.) Modified on 4/5/2023 (kj). **As per email request dated 4/4/2023 9:23 AM.** – (Entered: 04/03/2023) |
| 04/04/2023 | 541 | LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 04/04/2023 re: Privilege Log Addendum. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Proposed Privilege Log Addendum to the Protective Order).(Lanier, W.) (Entered: 04/04/2023) |
| 04/04/2023 | 542 | ADDENDUM TO JANUARY 18, 2023 PROTECTIVE ORDER [DE 351] PRIVILEGED INFORMATION FOR PHASE 1 DISCOVERY re: 351 Protective Order: This Addendum to the January 18, 2023 Protective Order [DE 351] shall be |

| | | | |
|---|---|---|---|
| | | | deemed to be incorporated in the Order as if set forth there in full. 1. General Principles. a. A party may withhold from production information or documents on the grounds of attorney–client privilege and/or work product protection ("Privileged Information"). b. The party asserting a privilege for material shall provide privilege log(s) explicitly identifying the privilege asserted for the material and containing information sufficient to enable the opposing party to assess the applicability of the privilege consistent with Fed. R. Civ. P. 26(b)(5) and Local Civil Rule 26.2. c. A privilege log should describe the nature of the documents, communications, or tangible things not produced or disclosed–and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim. (As further set forth in this Order.) SO ORDERED the 4th day of April, 2023. (Signed by Judge Denise L. Cote on 4/4/2023) (vfr) (Entered: 04/04/2023) |
| 04/04/2023 | | 543 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/4/2023 re: Maternal Fetal Medicine Expert. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 04/04/2023) |
| 04/05/2023 | | 544 | MOTION for Paul Doolittle to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27564550. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blythe Amerson, Haleem Bonaparte, Dequisha Dodd, Tinisha Smith. (Attachments: # 1 Affidavit In support of the Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order Proposed Order, # 3 Exhibit Certificate Of Good Standing SC).(Doolittle, Paul) (Entered: 04/05/2023) |
| 04/05/2023 | | 545 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer Companies, Inc., Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 04/05/2023) |
| 04/05/2023 | | 552 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER (CTO – 13) FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Florida Southern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 4/5/2023) (vba) (Entered: 04/10/2023) |
| 04/06/2023 | | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 544 MOTION for Paul Doolittle to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27564550. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 04/06/2023) |
| 04/06/2023 | | 546 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc., CVS Pharmacy Inc., CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 04/06/2023) |
| 04/06/2023 | | 547 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreens Co., Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02010–DLC, 1:23–cv–02435–DLC, 1:23–cv–02707–DLC, 1:23–cv–02726–DLC.(Kohane, Nadine) (Entered: 04/06/2023) |
| 04/07/2023 | | 548 | ORDER granting 544 Motion for Paul Doolittle to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 04/07/2023) |
| 04/07/2023 | | 549 | LETTER MOTION to Seal *Exhibit 2 in support of Plaintiffs Letter to the Court regarding Plaintiffs Proposed Language for Acetaminophen Labels* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/7/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 04/07/2023) |
| 04/07/2023 | | 550 | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/7/2023 re: Plaintiffs' Proposed Language for Acetaminophen Labels. Document filed by Plaintiffs Counsel, Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer, Inc.. (Attachments: # 1 Exhibit 1 – PRAC recommendations on signals, # 2 Exhibit 2 – Email)Motion or |

| | | |
|---|---|---|
| | | Order to File Under Seal: <u>549</u> .(Keller, Ashley) (Entered: 04/07/2023) |
| 04/07/2023 | <u>551</u> | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/7/2023 re: Plaintiffs' Proposed Language for Acetaminophen Labels. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 1 – PRAC recommendations on signals, # <u>2</u> Exhibit 2 – Email).(Keller, Ashley) (Entered: 04/07/2023) |
| 04/10/2023 | <u>553</u> | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER (CTO – 14) FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Florida Middle, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 4/10/2023) (vba) (Entered: 04/10/2023) |
| 04/10/2023 | <u>554</u> | NOTICE OF APPEARANCE by Austin Evans on behalf of Walmart Inc., Walmart Inc., WALMART INC.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Evans, Austin) (Entered: 04/10/2023) |
| 04/10/2023 | <u>555</u> | NOTICE OF APPEARANCE by Jennifer Taylor Stewart on behalf of Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Stewart, Jennifer) (Entered: 04/10/2023) |
| 04/10/2023 | <u>556</u> | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Fournier, Kristen) (Entered: 04/10/2023) |
| 04/10/2023 | <u>557</u> | LETTER addressed to Magistrate Judge Katharine H. Parker from Zoe Littlepage dated April 10, 2023 re: Lien Resolution Update. Document filed by Plaintiffs Counsel..(Littlepage, Zoe) (Entered: 04/10/2023) |
| 04/11/2023 | <u>558</u> | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09076–DLC, 1:23–cv–02357–DLC, 1:23–cv–02944–DLC.(Johnston, Sarah) (Entered: 04/11/2023) |
| 04/11/2023 | <u>559</u> | ORDER granting <u>549</u> Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 4/11/2023) (vfr) (Entered: 04/11/2023) |
| 04/11/2023 | <u>560</u> | PROPOSED MODIFICATION TO JANUARY 9, 2023 ORDER: COMMON BENEFIT FUND: It is hereby ORDERED that any objections to the following revisions to the Order shall be filed by April 17, 2023. It is hereby proposed that the Order be modified as follows: 1. To add a category to Paragraph 22 of the Order: Travel Time. The time spent traveling out of town to in–person court appearances, depositions, and other events related to casework. Travel time shall be eligible for reimbursement up to a maximum of 2.0 hours of travel to the event and 2.0 hours to return. 2. To add a category of travel expenses to Paragraph 26 of the Order: Ridesharing/Taxis. The use of a ridesharing service will be eligible for reimbursement at the lowest available rate. If a higher class of a rideshare is taken, the applicant is required to document what the lowest available rate would have been. Taxi rides will be reimbursed based on the receipt submitted. 3. To revise Paragraph 27 of the Order by eliminating Subsection iv. Computerized research will be treated as firm overhead and not be eligible for reimbursement. (Signed by Judge Denise L. Cote on 4/11/2023) (vfr) (Entered: 04/11/2023) |
| 04/12/2023 | <u>561</u> | ORDER: On April 7, 2023, the plaintiffs submitted their proposed label change ("Plaintiffs' Proposed Warning"). The Court is interested in soliciting the views of the United States, including the Food and Drug Administration, on the Plaintiffs' Proposed Warning. Attached to this Order is a Draft Invitation For Statement of Interest ("Draft Invitation"). It is hereby ORDERED that by April 18, 2023, the parties may propose any revisions to the Draft Invitation. (Signed by Judge Denise L. Cote on 4/12/2023) (Attachments: # <u>1</u> Exhibit 1 Draft Invitation) (vfr) (Entered: 04/12/2023) |

| 04/12/2023 | 562 | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dollar General, Dollar Corporation..(Gruner, Anne) (Entered: 04/12/2023) |
|---|---|---|
| 04/12/2023 | 563 | MOTION for Dana J. Ash to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27596027. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dollar General, Dollar General Corporation, Dollar General Corporation. (Attachments: # 1 Affidavit Declaration of Dana J. Ash, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10039–DLC.(Ash, Dana) Modified on 4/13/2023 (va). (Entered: 04/12/2023) |
| 04/12/2023 | 564 | MOTION for Sean K. Burke to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27596274. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dollar General, Dollar General Corporation, Dollar General Corporation. (Attachments: # 1 Affidavit Declaration of Sean Burke, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10039–DLC.(Burke, Sean) Modified on 4/13/2023 (va). (Entered: 04/12/2023) |
| 04/12/2023 | 565 | NOTICE OF APPEARANCE by Austin Evans on behalf of Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Evans, Austin) (Entered: 04/12/2023) |
| 04/12/2023 | 566 | NOTICE OF APPEARANCE by Austin Evans on behalf of Sams West Inc., Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Evans, Austin) (Entered: 04/12/2023) |
| 04/12/2023 | 567 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Fournier, Kristen) (Entered: 04/12/2023) |
| 04/12/2023 | 568 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of Sams West Inc., Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Fournier, Kristen) (Entered: 04/12/2023) |
| 04/12/2023 | 569 | NOTICE OF APPEARANCE by Jennifer Taylor Stewart on behalf of Walmart Inc., Walmart Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Stewart, Jennifer) (Entered: 04/12/2023) |
| 04/12/2023 | 570 | NOTICE OF APPEARANCE by Jennifer Taylor Stewart on behalf of Sams West Inc., Sam's West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Stewart, Jennifer) (Entered: 04/12/2023) |
| 04/13/2023 | 571 | ORDER granting Motion for Dana J. Ash to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10039–DLC (jwh) (Entered: 04/13/2023) |
| 04/13/2023 | 572 | ORDER granting Motion for Sean K. Burke to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10039–DLC (jwh) (Entered: 04/13/2023) |
| 04/13/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 563 MOTION for Dana J. Ash to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–27596027. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va) (Entered: 04/13/2023)** |
| 04/13/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (564 in 1:22–md–03043–DLC, 68 in 1:22–cv–09878–DLC, 43 in 1:22–cv–10039–DLC, 109 in 1:22–cv–10026–DLC) MOTION for Sean K. Burke to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–27596274. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC,** |

| | | |
|---|---|---|
| | | **1:22−cv−10039−DLC(va) (Entered: 04/13/2023)** |
| 04/14/2023 | 573 | NOTICE of WITHDRAWAL OF APPEARANCE. Document filed by L.N.K. International, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Frenchman, Kenneth) (Entered: 04/14/2023) |
| 04/14/2023 | 574 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/14/2023 re: Draft Invitation, Dkt. 561−1. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 04/14/2023) |
| 04/14/2023 | 575 | MOTION for Jaynee Mathis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27610523. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit Affidavit of Jaynee Mathis, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Mathis, Jaynee) (Entered: 04/14/2023) |
| 04/17/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 575 MOTION for Jaynee Mathis to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC−27610523. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 04/17/2023) |
| 04/17/2023 | 576 | ORDER granting 575 Motion for Jaynee Mathis to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 04/17/2023) |
| 04/17/2023 | 577 | MOTION for Gregory Ellis, Amanda Groves and Alexandra Kushner to Withdraw as Attorney *for Defendant Dollar General Corporation*. Document filed by Dollar General, Dollar General Corporation, Dollar General Corporation.Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09878−DLC, 1:22−cv−10026−DLC, 1:22−cv−10039−DLC.(Ellis, Gregory) (Entered: 04/17/2023) |
| 04/17/2023 | 578 | DECLARATION of Gregory A. Ellis in Support re: (73 in 1:22−cv−09878−DLC, 48 in 1:22−cv−10039−DLC, 577 in 1:22−md−03043−DLC, 114 in 1:22−cv−10026−DLC) MOTION for Gregory Ellis, Amanda Groves and Alexandra Kushner to Withdraw as Attorney *for Defendant Dollar General Corporation*.. Document filed by Dollar General, Dollar General Corporation, Dollar General Corporation. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09878−DLC, 1:22−cv−10026−DLC, 1:22−cv−10039−DLC.(Ellis, Gregory) (Entered: 04/17/2023) |
| 04/17/2023 | 579 | LETTER addressed to Judge Denise L. Cote from Daniel M. Sullivan dated April 17, 2023 re: Proposed Revisions to Common Benefit Order. Document filed by Plaintiffs Counsel..(Sullivan, Daniel) (Entered: 04/17/2023) |
| 04/17/2023 | 580 | MOTION for Alexandra Robertson to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by A.C., Amber Bryant, Amber Bryant(as guardian on behalf of plaintiff child). (Attachments: # 1 Affidavit Declaration of Alexandra Robertson, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−03141−DLC.(Robertson, Alexandra) (Entered: 04/17/2023) |
| 04/18/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (16 in 1:23−cv−03141−DLC, 580 in 1:22−md−03043−DLC) MOTION for Alexandra Robertson to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−03141−DLC(va) (Entered: 04/18/2023)** |
| 04/18/2023 | 581 | ORDER granting (580) Motion for Alexandra Robertson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−03141−DLC (jwh) (Entered: 04/18/2023) |
| 04/18/2023 | 582 | MEMO ENDORSEMENT granting (577) Motion to Withdraw as Attorney. Attorney Alexandra J. Kushner; Gregory Andrew Ellis, I and Amanda L. Groves terminated in case 1:22−md−03043−DLC; granting (73) Motion to Withdraw as Attorney. Attorney Alexandra J. Kushner; Gregory Andrew Ellis, I and Amanda L. Groves terminated in |

| | | |
|---|---|---|
| | | case 1:22–cv–09878–DLC; granting (114) Motion to Withdraw as Attorney. Attorney Alexandra J. Kushner; Gregory Andrew Ellis, I and Amanda L. Groves terminated in case 1:22–cv–10026–DLC; granting (48) Motion to Withdraw as Attorney. Attorney Alexandra J. Kushner; Gregory Andrew Ellis, I and Amanda L. Groves terminated in case 1:22–cv–10039–DLC. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 4/18/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC, 1:22–cv–10026–DLC, 1:22–cv–10039–DLC (vfr) (Entered: 04/18/2023) |
| 04/18/2023 | 583 | MODIFICATION TO JANUARY 9, 2023 ORDER: COMMON BENEFIT FUND: It is hereby ORDERED that the Order is modified as follows: 1. The below category "Travel Time" is added to Paragraph 22 of the Order: Travel Time. The time spent traveling out of town to in–person court appearances, depositions, and other events related to casework. Travel time shall be eligible for reimbursement up to a maximum of 2.0 hours of travel to the event and 2.0 hours to return. 2. The below category "Ridesharing/Taxis" is added to Paragraph 26 of the Order: Ridesharing/Taxis. The use of a ridesharing service will be eligible for reimbursement at the lowest available rate. If a higher class of a rideshare is taken, the applicant is required to document what the lowest available rate would have been. Taxi rides will be reimbursed based on the receipt submitted. 3. Subsection iv is eliminated from Paragraph 27 of the Order. Computerized research will be treated as firm overhead and not be eligible for reimbursement. (Signed by Judge Denise L. Cote on 4/18/2023) (vfr) (Entered: 04/18/2023) |
| 04/18/2023 | 584 | NOTICE OF APPEARANCE by Jaynee Mathis on behalf of Big Lots..(Mathis, Jaynee) (Entered: 04/18/2023) |
| 04/18/2023 | 585 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated April 18, 2023 re: Draft Invitation for Statement of Interest. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Text of Proposed Order – Draft Invitation for Statement of Interest).(Richer, Kristen) (Entered: 04/18/2023) |
| 04/19/2023 | 586 | ORDER: On April 12, 2023, a Draft Invitation For Statement of Interest was shared with the parties, and any proposed revisions to that draft were due by April 18. The plaintiffs did not propose any revisions. The defendants submitted proposed revisions. Attached to this Order is a revised Draft Invitation For Statement of Interest ("Revised Draft Invitation"). It is hereby ORDERED that any objections to the Revised Draft Invitation shall be filed by April 19, 2023 at 3:00 P.M. (Signed by Judge Denise L. Cote on 4/19/2023) (Attachments: # 1 Text of Proposed Order) (jwh) (Entered: 04/19/2023) |
| 04/19/2023 | 587 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/19/2023 re: Plaintiffs' Objections to Revised Draft Invitation for Statement of Interest. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 04/19/2023) |
| 04/19/2023 | 588 | INVITATION FOR STATEMENT OF INTEREST: Accordingly, the United States is hereby INVITED to submit by July 28, 2023, or as soon thereafter as possible, the views of the United States on the following questions and the reasons for such views: 1.Should the Plaintiffs' Proposed Warning be added to acetaminophen labels? 2.As of today, does science warrant the addition to acetaminophen labels of any warning or advice regarding in utero exposure to acetaminophen and the risk of ASD or ADHD? IT IS ORDERED that this Invitation will be delivered to the United States Attorney's Office for the Southern District of New York. (Signed by Judge Denise L. Cote on 4/19/2023) (jwh) (Entered: 04/19/2023) |
| 04/20/2023 | 589 | OPINION AND ORDER re: 425 MOTION to Dismiss filed by Johnson & Johnson Consumer Inc. JJCI's February 10, 2023 motion to dismiss the Chapman action on the ground of preemption is denied. (Signed by Judge Denise L. Cote on 4/20/2023) (vfr) (Entered: 04/20/2023) |
| 04/21/2023 | 590 | OPINION AND ORDER re: (422 in 1:22–md–03043–DLC) JOINT MOTION to Dismiss . filed by 7–Eleven, Inc., Dollar Tree Inc., Family Dollar, Inc., Target Corporation, Sam's West Inc., Safeway Inc., Costco Wholesale Corp., The Kroger, Co., Rite Aid Corporation, Dollar General Corporation, CVS Pharmacy Inc, Wal–Mart Inc., Walgreen, Co. The Plaintiffs' TCPA claim is dismissed. The motion |

| | | |
|---|---|---|
| | | to dismiss the remaining claims on the grounds that they are subsumed within the TPLA is denied. (Signed by Judge Denise L. Cote on 4/21/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09011–DLC (yv) (Entered: 04/21/2023) |
| 04/24/2023 | 591 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy Inc, CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02239–DLC, 1:23–cv–03141–DLC.(Kohane, Nadine) (Entered: 04/24/2023) |
| 04/24/2023 | 592 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co., Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02239–DLC, 1:23–cv–02944–DLC, 1:23–cv–03123–DLC, 1:23–cv–03141–DLC.(Kohane, Nadine) (Entered: 04/24/2023) |
| 04/24/2023 | 593 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 04/24/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 04/24/2023) |
| 04/24/2023 | 594 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Dollar Tree Stores, Inc...(Leskin, Lori) (Entered: 04/24/2023) |
| 04/24/2023 | 595 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Family Dollar Stores, LLC..(Leskin, Lori) (Entered: 04/24/2023) |
| 04/24/2023 | 596 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Dollar Tree Stores, Inc...(Stern, Mitchell) (Entered: 04/24/2023) |
| 04/24/2023 | 597 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Family Dollar Stores, LLC..(Stern, Mitchell) (Entered: 04/24/2023) |
| 04/24/2023 | 598 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/24/2023 re: Rule 15 Motion to Amend Short Form Complaints and File Amended Master Complaints in Accordance with Courts Opinion and Order, Dkt. 590. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 04/24/2023) |
| 04/24/2023 | 599 | MEMO ENDORSEMENT on re: 598 Letter, filed by Plaintiffs Counsel. ENDORSEMENT: Counsel are advised to wait until the Court completes ruling on the entirety of the motions to dismiss before amending the pleadings. (Signed by Judge Denise L. Cote on 4/24/2023) (vfr) (Entered: 04/24/2023) |
| 04/27/2023 | 600 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 04/27/2023) |
| 04/27/2023 | 601 | MEMORANDUM OPINION AND ORDER re: 203 MOTION for Reconsideration *and Request for Certification Under 28 U.S.C. U.S.C. 1292(b)* filed by Wal–Mart Stores Inc. Walmart's November 28, 2022 motion for reconsideration and certification is denied. (Signed by Judge Denise L. Cote on 4/27/2023) (vfr) (Entered: 04/27/2023) |
| 04/27/2023 | 602 | OPINION AND ORDER: JJCI's February 10, 2023 motion to dismiss the Chapman action for failure to plead causation and knowledge as required by Rule 8 is denied. (Signed by Judge Denise L. Cote on 4/27/2023) (vfr) (Entered: 04/27/2023) |
| 04/27/2023 | 603 | OPINION AND ORDER: JJCI's February 10, 2023 motion to dismiss claims of negligent and strict misrepresentation is granted in part. Since California requires these claims to be based on an affirmative misrepresentation, these claims are dismissed in the Anderson Action. Since Nevada permits a claim of negligent misrepresentation to be pursued on an omission theory, the motion to dismiss this claim from the Chapman Action is denied. (Signed by Judge Denise L. Cote on 4/27/2023) (vfr) (Entered: 04/27/2023) |
| 04/27/2023 | 604 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27667067. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Khris Dafney. (Attachments: # 1 Exhibit Declaration, # 2 Text of Proposed Order Proposed Order, # 3 Exhibit Kansas COGS, # 4 Exhibit |

| | | |
|---|---|---|
| | | Illinois COGS, # <u>5</u> Exhibit Missouri COGS).(Emison, Brett) Modified on 4/27/2023 (sgz). (Entered: 04/27/2023) |
| 04/27/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. <u>604</u> MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27667067. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Proposed Order. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 04/27/2023) |
| 04/27/2023 | <u>605</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Roseann Romano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27667971. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by M A, A.K., A.M., A.S., Makesha Anderson, M B, Lindsey Baxter, Lindsey Baxter, Jessica Brakken, Linda G. Brewer, Greetus Bureau, A. C., G. C., T. C., C.F., Libier Camargo, Christine Contreras, Christine Contreras, Shannon Costa, F.C., Krysanthemum Feiler, Sherika Ferguson, T. G., Tammy Gaddis, Helen Gazley, Sheri Greene, C. H., Z. H., H.L., Alyssa Hanson, Robin Hatfield, M. I., I.H., C. J., J.L., J.W., Danyelle Jackson, Aunesty Janssen, K.C., K.W, Jennifer King, J L, I. L., R. L., Rhiann Lindberg, S M, D. M., M. M., M.B., Derek Maguire, Michelle Maguire, Katrina McKinney, Melissa Mcevoy, A N, P. N., Stephanie Nickles, Lilia Oleson, Amy Pfuhl, C. R., L. R., Kelsie Rivera, Lisa Roberts, Cassie Rodriguez, Tiffany Rutledge, L. S., Kayla Strenke, Nicole Tellock, Precious Watts, Cara Wicker, Trista Wiley. (Attachments: # <u>1</u> Affidavit of Roseann Romano, # <u>2</u> Exhibit A, # <u>3</u> Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Romano, Roseann) Modified on 4/28/2023 (sgz). (Entered: 04/27/2023) |
| 04/28/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (41 in 1:22–cv–09035–DLC, 30 in 1:23–cv–00209–DLC, 65 in 1:22–cv–09042–DLC, 46 in 1:22–cv–09026–DLC, 65 in 1:22–cv–08931–DLC, 51 in 1:22–cv–09052–DLC, 44 in 1:22–cv–09030–DLC, 40 in 1:22–cv–09041–DLC, 95 in 1:22–cv–09012–DLC, 34 in 1:22–cv–09040–DLC, 44 in 1:22–cv–09045–DLC, 43 in 1:22–cv–09020–DLC, 47 in 1:22–cv–08815–DLC, 46 in 1:22–cv–09078–DLC, 51 in 1:22–cv–09037–DLC, 53 in 1:22–cv–08811–DLC, 59 in 1:22–cv–09083–DLC, 44 in 1:22–cv–09025–DLC, 63 in 1:22–cv–09043–DLC, 38 in 1:22–cv–09087–DLC, 605 in 1:22–md–03043–DLC, 48 in 1:22–cv–08818–DLC, 53 in 1:22–cv–08782–DLC, 57 in 1:22–cv–08809–DLC, 45 in 1:22–cv–09028–DLC, 69 in 1:22–cv–08814–DLC, 76 in 1:22–cv–09878–DLC, 50 in 1:22–cv–08810–DLC, 93 in 1:22–cv–09011–DLC, 41 in 1:22–cv–09024–DLC, 33 in 1:22–cv–09039–DLC, 50 in 1:22–cv–09086–DLC, 41 in 1:22–cv–09034–DLC, 45 in 1:22–cv–09027–DLC, 44 in 1:22–cv–09029–DLC) MOTION for Roseann Romano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27667971. Motion and supporting papers to be reviewed by Clerk's Office staff. the filing is deficient for the following reason(s): Affidavit Not Notarized. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Filed In Associated Cases: 1:22–md–03043–DLC et al.(sgz)** (Entered: 04/28/2023) |
| 04/28/2023 | <u>606</u> | MOTION for Brett Ashley Emison to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by J. R., Khris Dafney. (Attachments: # <u>1</u> Exhibit KS COGS, # <u>2</u> Exhibit IL COGS, # <u>3</u> Exhibit MO COGS, # <u>4</u> Exhibit Declaration, # <u>5</u> Text of Proposed Order Proposed Order).(Emison, Brett) (Entered: 04/28/2023) |
| 04/28/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>606</u> MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/28/2023) |

| 04/28/2023 | 607 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Aunesty Janssen, Individually and as Mother, General Guardian of C.R., a Minor, and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) CVS Pharmacy, Inc., Walgreen Co., and Walmart Inc. So ordered. (Signed by Judge Denise L. Cote on 4/28/2023) (vfr) (Entered: 04/28/2023) |
|---|---|---|
| 04/28/2023 | 608 | OPINION AND ORDER: The February 10, 2023 motion to dismiss Plaintiffs' standalone claim for apparent manufacturer liability under Tennessee law is granted. The motion to dismiss the remaining claims based on the innocent seller provision in the TPLA is denied. (Signed by Judge Denise L. Cote on 4/28/2023) (vfr) (Entered: 04/28/2023) |
| 04/28/2023 | 609 | ORDER: Accordingly, it is hereby ORDERED that the parties shall meet and confer, and, by May 19, 2023, inform the Court if there are any other issues raised in the motions to dismiss that need to be addressed. IT IS FURTHER ORDERED that the parties shall meet and confer regarding which claims have survived the Court's rulings and, by May 19, 2023, propose a schedule for the filing amended pleadings or the presentation of a stipulation of dismissal. (Signed by Judge Denise L. Cote on 4/28/2023) (vfr) (Entered: 04/28/2023) |
| 04/28/2023 | 610 | LETTER MOTION for Discovery *Protective Order Regarding JJCI's Discovery Requests to the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 4/28/2023. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Defendant JJCI's First Set of Interrogatories, # 2 Exhibit B – April 27, 2023 letter).(Keller, Ashley) (Entered: 04/28/2023) |
| 05/01/2023 | 611 | NOTICE OF APPEARANCE by Allison M. Brown on behalf of Johnson & Johnson Consumer Inc...(Brown, Allison) (Entered: 05/01/2023) |
| 05/02/2023 | 612 | MOTION for Certification Under 28 U.S.C. § 1292(b) re: 602 Memorandum & Opinion, 589 Memorandum & Opinion, . Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 05/03/2023) |
| 05/03/2023 | 613 | MEMORANDUM OF LAW in Support re: 612 MOTION for Certification Under 28 U.S.C. § 1292(b) re: 602 Memorandum & Opinion, 589 Memorandum & Opinion, . . Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 05/03/2023) |
| 05/03/2023 | 614 | LETTER addressed to Judge Denise L. Cote from Sarah Johnston dated May 3, 2023 re: JJCI's Response in Opposition to Plaintiffs Motion for Protective Order. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Johnston, Sarah) (Entered: 05/03/2023) |
| 05/03/2023 | 615 | LETTER addressed to Judge Denise L. Cote from Mark Lanier, Ashley Keller, Mikal Watts dated 05/03/2023 re: FDA's Production of Documents. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – FDA's April 17, 2023 Production, # 2 Exhibit B – FDA's April 17, 2023 Privilege Log).(Lanier, W.) (Entered: 05/03/2023) |
| 05/03/2023 | 616 | ORDER: On April 28, 2023, the plaintiffs filed a letter raising a discovery dispute between the plaintiffs and defendant Johnson & Johnson Consumer Inc. ("JJCI"). On May 3, JJCI filed a response. It is hereby ORDERED that a telephone conference will be held on May 15, 2023 at 3:00 P.M. The parties shall use the following dial–in credentials for the telephone conference: Dial–in: 888–363–4749 Access Code: 4324948. The parties shall use a landline if one is available. ( Telephone Conference set for 5/15/2023 at 03:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 5/3/2023) (vfr) (Entered: 05/03/2023) |
| 05/03/2023 | 617 | ORDER: On May 2, JJCI moved for certification of an interlocutory appeal under 28 U.S.C. § 1292(b) of the April 20 preemption Opinion and the April 27 causation and knowledge Opinion. It is hereby ORDERED that the plaintiffs shall file any opposition to JJCI's motion by May 24, 2023. A reply, if any, shall be filed by June 7, 2023. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. ( Replies due by 6/7/2023., |

| | | |
|---|---|---|
| | | Responses due by 5/24/2023) (Signed by Judge Denise L. Cote on 5/3/2023) (vfr) (Entered: 05/03/2023) |
| 05/03/2023 | 618 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Keith Rozanski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27694668. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Keith Rozanski, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Order for Admission Pro Hac Vice).(Rozanski, Keith) Modified on 5/4/2023 (sgz). (Entered: 05/03/2023) |
| 05/04/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 618 MOTION for Keith Rozanski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27694668. Motion and supporting papers to be reviewed by Clerk's Office staff.The filing is deficient for the following reason(s): Extra case number listed on documents but did not spread entry. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (sgz)** (Entered: 05/04/2023) |
| 05/04/2023 | 619 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Keith Rozanski to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Keith Rozanski, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Rozanski, Keith) Modified on 5/5/2023 (dsh). (Entered: 05/04/2023) |
| 05/04/2023 | 620 | LETTER MOTION to Seal *Exhibit 1 in Support of Plaintiffs' Reply to JJCI's Opposition to Plaintiffs' Motion for Protective Order and portions of the Reply* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 5/4/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 05/04/2023) |
| 05/04/2023 | 621 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File Reply in Support of Plaintiffs' Motion for Protective Order addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 5/4/2023. Document filed by Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Proposed Reply)Motion or Order to File Under Seal: 620 .(Keller, Ashley) (Entered: 05/04/2023) |
| 05/04/2023 | 622 | LETTER MOTION for Leave to File Reply in Support of Plaintiffs' Motion for Protective Order addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 5/4/2023. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Redacted Proposed Reply).(Keller, Ashley) (Entered: 05/04/2023) |
| 05/05/2023 | 623 | MOTION for Jennifer Neal to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by J.S, Tiffany Skibicki. (Attachments: # 1 Affidavit of Jennifer Neal in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order Granting)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC.(Neal, Jennifer) (Entered: 05/05/2023) |
| 05/05/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (623 in 1:22–md–03043–DLC, 57 in 1:22–cv–09032–DLC) MOTION for Jennifer Neal to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC(dsh)** (Entered: 05/05/2023) |
| 05/05/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (619 in 1:22–md–03043–DLC) MOTION for Keith Rozanski to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. \The filing is deficient for the following reason(s): Only spread your motion to the cases your motion relates to. All cases are not to be selected.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers –** |

| | | |
|---|---|---|
| | | **attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Filed In Associated Cases: 1:22–md–03043–DLC et al.**(dsh) (Entered: 05/05/2023) |
| 05/08/2023 | 624 | MOTION for Keith Rozanski to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Keith Rozanski, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Order for Admission Pro Hac Vice).(Rozanski, Keith) (Entered: 05/08/2023) |
| 05/08/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 624 MOTION for Keith Rozanski to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 05/08/2023) |
| 05/09/2023 | 625 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 05/09/2023) |
| 05/10/2023 | 626 | ORDER granting 606 Motion for Brett Ashley Emison to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 05/10/2023) |
| 05/10/2023 | 627 | ORDER granting Motion for Jennifer Neal to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09032–DLC (jwh) (Entered: 05/10/2023) |
| 05/10/2023 | 628 | ORDER granting 624 Motion for Keith Rozanski to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 05/10/2023) |
| 05/11/2023 | 629 | NOTICE OF APPEARANCE by Keith Rozanski on behalf of Big Lots. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC.(Rozanski, Keith) (Entered: 05/11/2023) |
| 05/11/2023 | 630 | ORDER granting 620 Letter Motion to Seal; granting 621 Letter Motion for Leave to File Document; terminating 622 Letter Motion for Leave to File Document. Request to file under seal and redact is approved. (Signed by Judge Denise L. Cote on 5/11/2023) (vfr) (Entered: 05/11/2023) |
| 05/11/2023 | 631 | LETTER MOTION to Compel Johnson & Johnson Consumer Inc. to Privilege logs addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 5/11/2023. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – May 9 Privilege Log, # 2 Exhibit B – May 10 Privilege Log, # 3 Exhibit C – March 8 Telephone Conference Transcript, # 4 Exhibit D – April 5 Privilege Log, # 5 Exhibit E – May 4 Privilege Log, # 6 Exhibit F – May 11 Email).(Keller, Ashley) (Entered: 05/11/2023) |
| 05/12/2023 | 632 | JOINT LETTER MOTION for Extension of Time *for Plaintiffs to submit Plaintiff Fact Sheets and and for Defendants to respond with deficiencies* addressed to Judge Denise L. Cote from Ashley Keller dated 5/12/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 05/12/2023) |
| 05/12/2023 | 633 | LETTER addressed to Judge Denise L. Cote from Sarah Johnston dated May 12, 2023 re: JJCIs Opposition to Plaintiffs Motion to Compel. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit 1– Privilege Log Addendum).(Johnston, Sarah) (Entered: 05/12/2023) |
| 05/15/2023 | 634 | OPINION AND ORDER: The motion to dismiss Anderson's claims is denied. The motion to dismiss Washington's claims is granted. (Signed by Judge Denise L. Cote on 5/15/2023) (vfr) (Entered: 05/15/2023) |
| 05/15/2023 | 635 | ORDER granting 632 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 5/15/2023) (vfr) (Entered: 05/15/2023) |
| 05/15/2023 | 636 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Tessa Cuneo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27740439. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by A.C., Amber Bryant. (Attachments: # 1 Affidavit Declaration of Tessa Cuneo |

| | | |
|---|---|---|
| | | in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03141–DLC.(Cuneo, Tessa) Modified on 5/15/2023 (sgz). (Entered: 05/15/2023) |
| 05/15/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (636 in 1:22–md–03043–DLC) MOTION for Tessa Cuneo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27740439. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): the motion was not signed; expired Certificate of Good Standing from Supreme Court of Minnesota. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03141–DLC(sgz)** (Entered: 05/15/2023) |
| 05/15/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 5/15/2023. (Court Reporter Patricia Nilsen) (jwh) (Entered: 05/15/2023) |
| 05/15/2023 | 637 | NOTICE OF APPEARANCE by David Michael Cohen on behalf of Johnson & Johnson..(Cohen, David) (Entered: 05/15/2023) |
| 05/15/2023 | 638 | NOTICE OF APPEARANCE by Raquel Lucas Herraiz on behalf of Johnson & Johnson..(Lucas Herraiz, Raquel) (Entered: 05/15/2023) |
| 05/15/2023 | 648 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER CTO–15 FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Indiana Southern, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 5/15/2023)(tro) (Entered: 05/23/2023) |
| 05/18/2023 | 639 | NOTICE OF APPEARANCE by Jay Philip Lefkowitz on behalf of Johnson & Johnson Consumer Inc...(Lefkowitz, Jay) (Entered: 05/18/2023) |
| 05/18/2023 | 640 | MOTION for Katie Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27757457. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Katie Trinh, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC.(Trinh, Katie) (Entered: 05/18/2023) |
| 05/18/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (640 in 1:22–md–03043–DLC, 79 in 1:22–cv–09878–DLC) MOTION for Katie Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27757457. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC(sgz)** (Entered: 05/18/2023) |
| 05/18/2023 | 641 | NOTICE OF APPEARANCE by Katie Megan Trinh on behalf of Big Lots. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC.(Trinh, Katie) (Entered: 05/18/2023) |
| 05/18/2023 | 642 | MOTION for Tessa Cuneo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27760082. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by A.C., Amber Bryant. (Attachments: # 1 Affidavit Declaration of Tessa Cuneo in Support of Motion, # 2 Exhibit Supreme Court of Minnesota Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03141–DLC.(Cuneo, Tessa) (Entered: 05/18/2023) |

| | | |
|---|---|---|
| 05/19/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (642 in 1:22–md–03043–DLC, 25 in 1:23–cv–03141–DLC) MOTION for Tessa Cuneo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27760082. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03141–DLC**(sgz) (Entered: 05/19/2023) |
| 05/19/2023 | 643 | ORDER granting Motion for Katie Trinh to Appear Pro Hac Vice in case (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC (jwh) (Entered: 05/19/2023) |
| 05/19/2023 | 644 | ORDER granting Motion for Tessa Cuneo to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03141–DLC (jwh) (Entered: 05/19/2023) |
| 05/19/2023 | <u>645</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated May 19, 2023 re: Proposed Schedule for Amended Pleadings. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 05/19/2023) |
| 05/19/2023 | <u>646</u> | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 05/19/2023) |
| 05/23/2023 | <u>647</u> | MEMO ENDORSEMENT on re: <u>645</u> Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Approved. ( Amended Pleadings due by 6/29/2023.) (Signed by Judge Denise L. Cote on 5/23/2023) (vfr) (Entered: 05/23/2023) |
| 05/23/2023 | <u>649</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Luke Bosso to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by WALMART INC., Wal–Mart Inc., Wal–Mart Stores Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart, Inc., Walmart, Incorporated. (Attachments: # <u>1</u> Affidavit of Luke Bosso, # <u>2</u> Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Bosso, Luke) Modified on 5/24/2023 (dsh). Modified on 5/24/2023 (dsh). (Entered: 05/23/2023) |
| 05/24/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. <u>649</u> MOTION for Luke Bosso to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from The State Bar of Georgia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (dsh)** (Entered: 05/24/2023) |
| 05/24/2023 | <u>650</u> | MOTION for Michael B. Hewes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27783167. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # <u>1</u> Affidavit in Support of Motion for Admission Pro Hac Vice, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order for Admission Pro Hac Vice).(Hewes, Michael) (Entered: 05/24/2023) |
| 05/24/2023 | <u>651</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Travis B. Swearingen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27783407. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # <u>1</u> Affidavit of Motion for Admission Pro Hac Vice, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order for Admission Pro Hac Vice).(Swearingen, Travis) Modified on 5/24/2023 (vba). (Entered: 05/24/2023) |
| 05/24/2023 | <u>652</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Tara Blake to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27783492. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # <u>1</u> Affidavit in Support of Motion for Admission Pro Hac Vice, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order for Admission Pro Hac Vice).(Blake, Tara) Modified on |

| | | 5/24/2023 (vba). (Entered: 05/24/2023) |
|---|---|---|
| 05/24/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 650 MOTION for Michael B. Hewes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27783167. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 05/24/2023) |
| 05/24/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 651 MOTION for Travis B. Swearingen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27783407. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Tennessee;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (vba)** (Entered: 05/24/2023) |
| 05/24/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 652 MOTION for Tara Blake to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27783492. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Tennessee;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (vba)** (Entered: 05/24/2023) |
| 05/24/2023 | 653 | LETTER MOTION to Seal *portions of Plaintiffs' Opposition to Johnson & Johnson Consumer, Inc's Motion for Certification under 28 U.S.C. § 1292(b) and select exhibits in support* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts, and Mark Lanier dated 5/24/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 05/24/2023) |
| 05/24/2023 | 654 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 612 MOTION for Certification Under 28 U.S.C. § 1292(b) re: 602 Memorandum & Opinion, 589 Memorandum & Opinion, . . Document filed by Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Plaintiffs Counsel. Motion or Order to File Under Seal: 653 .(Keller, Ashley) (Entered: 05/24/2023) |
| 05/24/2023 | 655 | ***SELECTED PARTIES***DECLARATION of Ashley Keller in Opposition re: 612 MOTION for Certification Under 28 U.S.C. § 1292(b) re: 602 Memorandum & Opinion, 589 Memorandum & Opinion, .. Document filed by J. C., Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Plaintiffs Counsel. (Attachments: # 1 Exhibit A – APAP–JJCI–0000008545, # 2 Exhibit B – January 13, 2023 Transcript Excerpts, # 3 Exhibit C – November 17, 2022 Transcript Excerpts, # 4 Exhibit D – Email, # 5 Exhibit E – APAP–JJCI–0000071615, # 6 Exhibit F – Email, # 7 Exhibit G – May 19, 2023 Deposition Transcript Excerpts of Dr. Rachel Weinstein, # 8 Exhibit H – Email, # 9 Exhibit I – Email, # 10 Exhibit J – APAP–JJCI–0001232685, # 11 Exhibit K – APAP–JJCI–0000014221, # 12 Exhibit L – APAP–JJCI–0000015609, # 13 Exhibit M – APAP–JJCI–0000536588)Motion or Order to File Under Seal: 653 .(Keller, Ashley) (Entered: 05/24/2023) |
| 05/24/2023 | 656 | RESPONSE in Opposition to Motion re: 612 MOTION for Certification Under 28 U.S.C. § 1292(b) re: 602 Memorandum & Opinion, 589 Memorandum & Opinion, ., 653 LETTER MOTION to Seal *portions of Plaintiffs' Opposition to Johnson & Johnson Consumer, Inc's Motion for Certification under 28 U.S.C. § 1292(b) and select exhibits in support* addressed to Judge Denise L. Cote from Ashley Kelle *Redacted*. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 05/24/2023) |
| 05/24/2023 | 657 | DECLARATION of Ashley Keller in Opposition re: 612 MOTION for Certification Under 28 U.S.C. § 1292(b) re: 602 Memorandum & Opinion, 589 Memorandum & Opinion, ., 653 LETTER MOTION to Seal *portions of Plaintiffs' Opposition to Johnson & Johnson Consumer, Inc's Motion for Certification under 28 U.S.C. § 1292(b) and select exhibits in support* addressed to Judge Denise L. Cote from Ashley |

| | | Kelle. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit A – APAP–JJCI–0000008545, # <u>2</u> Exhibit B – January 13, 2023 Transcript Excerpts, # <u>3</u> Exhibit C – November 17, 2022 Transcript Excerpts, # <u>4</u> Exhibit D – Email, # <u>5</u> Exhibit E – APAP–JJCI–0000071615, # <u>6</u> Exhibit F – Email, # <u>7</u> Exhibit G – May 19, 2023 Deposition Transcript Excerpts of Dr. Rachel Weinstein, # <u>8</u> Exhibit H – Email, # <u>9</u> Exhibit I – Email, # <u>10</u> Exhibit J – APAP–JJCI–0001232685, # <u>11</u> Exhibit K – APAP–JJCI–0000014221, # <u>12</u> Exhibit L – APAP–JJCI–0000015609, # <u>13</u> Exhibit M – APAP–JJCI–0000536588).(Keller, Ashley) (Entered: 05/24/2023) |
|---|---|---|
| 05/25/2023 | 658 | ORDER granting <u>650</u> Motion for Michael D. Hewes to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 05/25/2023) |
| 05/25/2023 | <u>659</u> | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 05/25/2023) |
| 05/25/2023 | <u>660</u> | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc., CVS Pharmacy, Inc., CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 05/25/2023) |
| 05/25/2023 | <u>661</u> | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co., Walgreen Co., Walgreens Co.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 05/25/2023) |
| 05/25/2023 | <u>662</u> | MOTION for Travis B. Swearingen to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # <u>1</u> Affidavit in Support of Motion for Admission Pro Hac Vice, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order for Admission Pro Hac Vice).(Swearingen, Travis) (Entered: 05/25/2023) |
| 05/25/2023 | <u>663</u> | MOTION for Tara Blake to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # <u>1</u> Affidavit in Support of Motion for Admission Pro Hac Vice, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order for Admission Pro Hac Vice).(Blake, Tara) (Entered: 05/25/2023) |
| 05/25/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>662</u> MOTION for Travis B. Swearingen to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., <u>663</u> MOTION for Tara Blake to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 05/25/2023) |
| 05/26/2023 | 664 | ORDER granting <u>662</u> Motion for Travis B. Swearingen to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 05/26/2023) |
| 05/26/2023 | 665 | ORDER granting <u>663</u> Motion for Tara Blake to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 05/26/2023) |
| 05/26/2023 | <u>666</u> | MOTION for Roseann Romano to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by M A, A.K., A.M., A.S., Makesha Anderson, M B, Lindsey Baxter, Lindsey Baxter, Jessica Brakken, Linda G. Brewer, Greetus Bureau, A. S., G. C., T. C., Libier Camargo, Christine Contreras, Christine Contreras, Shannon Costa, F.C., Krysanthemum Feiler, Sherika Ferguson, T. G., Tammy Gaddis, Helen Gazley, Sheri Greene, C.H., Z. H., H.L., Alyssa Hanson, Robin Hatfield, M. I., I.H., C. J., J.L., J.W., Danyelle Jackson, Aunesty Janssen, K.C., Jennifer King, J L, I. L., R. L., Rhiann Lindberg, S M, D. M., M. M., M.B., Derek Maguire, Michelle Maguire, Katrina McKinney, Melissa Mcevoy, A N, P. N., Stephanie Nickles, Lilia Oleson, Lilia Oleson, Amy Pfuhl, C. R., L. R., Kelsie Rivera, Lisa Roberts, Lisa Roberts, Cassie Rodriguez, Tiffany Rutledge, L. S., L. S., Kayla Strenke, Nicole Tellock, Precious Watts, Cara Wicker, Trista Wiley. (Attachments: # <u>1</u> Affidavit Declaration of Roseann Romano, # <u>2</u> Exhibit A – Certificates of Good Standing, # <u>3</u> Text of Proposed Order Proposed Order)Filed In |

| | | |
|---|---|---|
| | | Associated Cases: 1:22–md–03043–DLC et al..(Romano, Roseann) Modified on 5/26/2023 (sgz). (Entered: 05/26/2023) |
| 05/26/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (53 in 1:22–cv–08810–DLC, 47 in 1:22–cv–09025–DLC, 68 in 1:22–cv–08931–DLC, 72 in 1:22–cv–08814–DLC, 47 in 1:22–cv–09030–DLC, 48 in 1:22–cv–09028–DLC, 62 in 1:22–cv–09083–DLC, 55 in 1:22–cv–09052–DLC, 44 in 1:22–cv–09035–DLC, 61 in 1:22–cv–08809–DLC, 49 in 1:22–cv–08815–DLC, 54 in 1:22–cv–09037–DLC, 42 in 1:22–cv–09041–DLC, 33 in 1:23–cv–00209–DLC, 82 in 1:22–cv–09878–DLC, 48 in 1:22–cv–09026–DLC, 666 in 1:22–md–03043–DLC, 35 in 1:22–cv–09039–DLC, 48 in 1:22–cv–09027–DLC, 52 in 1:22–cv–09086–DLC, 56 in 1:22–cv–08782–DLC, 36 in 1:22–cv–09040–DLC, 46 in 1:22–cv–09029–DLC, 46 in 1:22–cv–09020–DLC, 49 in 1:22–cv–09078–DLC, 66 in 1:22–cv–09043–DLC, 97 in 1:22–cv–09011–DLC, 47 in 1:22–cv–09045–DLC, 98 in 1:22–cv–09012–DLC, 44 in 1:22–cv–09024–DLC, 68 in 1:22–cv–09042–DLC, 56 in 1:22–cv–08811–DLC, 44 in 1:22–cv–09034–DLC, 50 in 1:22–cv–08818–DLC, 40 in 1:22–cv–09078–DLC) MOTION for Roseann Romano to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(sgz)** (Entered: 05/26/2023) |
| 05/30/2023 | 667 | ORDER granting (666) Motion for Roseann Romano to Appear Pro Hac Vice in case 1:22–md–03043–DLC (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 05/30/2023) |
| 05/30/2023 | 668 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 05/30/2023 re: Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 05/30/2023) |
| 05/30/2023 | 669 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated May 30, 2023 re: Plaintiff Fact Sheets. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Text of Proposed Order Regarding Plaintiff Fact Sheets, # 2 Exhibit A – Plaintiff Fact Sheet, # 3 Exhibit B – General Addendum, # 4 Exhibit C – Plaintiff Child Addendum, # 5 Exhibit D – Biological Father Addendum, # 6 Exhibit E – Proposed Order with Redlines).(Richer, Kristen) (Entered: 05/30/2023) |
| 05/31/2023 | 670 | ORDER: PLAINTIFF FACT SHEETS: Accordingly, it is hereby ORDERED that the PFS and addenda attached to this Order shall be used in this MDL. IT IS FURTHER ORDERED that the following instructions shall govern use of the PFS and shall replace the Court's Order: Plaintiff Fact Sheets (22MD3043: ECF No. 517) but shall not impact the Court's Order: Plaintiff Authorization Forms (22MD3043: ECF No. 516). I. COMPLETION OF PLAINTIFF FACT SHEET, DOCUMENT PRODUCTION, AND AUTHORIZATIONS: 1. In accordance with the schedule set forth in Section II, each plaintiff in each current and future Member Case shall: a. Complete, verify, and upload a PFS via MDL Centrality, which is the electronic platform for the Census of Filed Cases using the fillable form and addenda, if necessary, attached hereto as Exhibits A, B, C, and D. Although copies of the fillable forms are attached as exemplars to this Order, each plaintiff must use the fillable versions of these documents available through MDL Centrality in completing their PFS; as further set forth herein. 2. Substantial Completeness: All PFS submissions must be substantially complete, which means a plaintiff must: a. Answer all questions in the PFS to the best of their ability and/or recollection, as further set forth herein. 3. A plaintiff's responses to the PFS shall be treated as answers to interrogatories under Fed. R. Civ. P. 33 and responses to requests for production of documents under Fed. R. Civ. P. 34, and shall be supplemented in accordance with Fed. R. Civ. P. 26. 4. The defendants' use of the PFS, document productions, and Authorization Forms shall be without prejudice to defendants' right to serve additional, non–duplicative discovery as part of a bellwether process. Otherwise, the defendants shall not serve any additional discovery without either consent of a plaintiff or prior authorization from the Court. 5. Nothing in the PFS shall limit the scope of inquiry at depositions or the admissibility of evidence at trial. 6. All objections to the admissibility of information contained in the PFS are reserved; therefore, no objections shall be lodged in the responses to the questions and requests contained therein. 7. A plaintiff may withhold |

or redact information requested in the PFS based upon the attorney–client privilege. Information or Responsive Documents withheld or redacted on the basis of such privilege shall be recorded in a privilege log provided to the defendants within thirty (30) days of the service of the completed PFS and production of Responsive Documents. II. TIMING AND SERVICE OF PLAINTIFF FACT SHEETS: Currently Pending Cases: Plaintiffs who have already filed a Short Form Complaint as of the entry of this Order shall have until June 16, 2023, in accordance with the Court's previous order (22MD3043: ECF No. 635), or sixty (60) days from the day their initial Short Form Complaint was filed, whichever is later, to complete, verify, and serve their PFS upon counsel for each defendant named in their Member Case, in the manner prescribed herein. 9. Future Cases: Any future plaintiff who files directly in this MDL pursuant to this Court's Order: Direct Filing (22MC3043: ECF No. 25), or whose case is otherwise removed or transferred into this MDL from another jurisdiction, is required to complete, verify, and serve his or her PFS, in the manner prescribed herein, within sixty (60) days of filing his or her Short Form Complaint, as further set forth herein. III. REVIEW OF PLAINTIFF FACT SHEETS FOR DEFICIENCIES: 10. For those plaintiffs who serve their PFS in accordance with this Order, the defendants shall have forty–five (45) days to review and notify the plaintiff of any deficiencies with their PFS. In the event that this 45–day period is not sufficient for a defendant's law firm in any given month, defense counsel shall contact plaintiffs' leadership via email at APAP–Co–Leads@Mail–List.com, and if consent for an extension is not forthcoming, may request an extension from the Court. 11. The failure of a physician, healthcare provider, federal, state, and/or local government agency, or any other entity asked to produce records relating to a plaintiff ("Entity") to accept an Authorization Form will not be considered a deficiency for purposes of this Order. To the extent an Entity fails to accept an Authorization Form, the parties must meet and confer in good faith in an effort to resolve the issue so that the records may be collected. Those efforts may include the plaintiff executing a new authorization form that meets the Entity's requirements. 12. Deficiency Notice Process: a. Failure to timely serve a PFS: In the event a plaintiff misses the deadline to timely complete and serve a PFS, defendants shall serve a Notice of Overdue PFS on that plaintiff's counsel, as further set forth herein. IV. ORDER TO SHOW CAUSE PROCESS: 13. If a plaintiff fails to complete and serve a PFS following Notice of Overdue PFS or to cure any deficiencies in his or her PFS pursuant to the Notice of Deficient PFS, a defendant may seek relief from the Court, including a request that the Court issue an Order to Show Cause why the Member Case should not be dismissed with prejudice. 14. A defendant may raise multiple Member Cases' deficiencies in a single application to the Court. V. CONFIDENTIALITY OF DATA: 15. Information any plaintiff provides pursuant to a PFS is deemed confidential, will only be used for purposes related to this litigation, and may be disclosed only as permitted by the Protective Order (22MC3043: ECF No. 41). (As further set forth in this Order.) (Signed by Judge Denise L. Cote on 5/31/2023) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (vfr) Modified on 5/31/2023 (vfr). (Entered: 05/31/2023)

| 05/31/2023 | 671 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/15/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Patricia Nilsen, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/21/2023. Redacted Transcript Deadline set for 7/3/2023. Release of Transcript Restriction set for 8/29/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 05/31/2023) |
| 05/31/2023 | 672 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/15/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 05/31/2023) |
| 05/31/2023 | 673 | ORDER granting 653 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 5/31/2023) (vfr) (Entered: 06/01/2023) |

| 06/01/2023 | 674 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Dollar Tree Stores, Inc...(Leskin, Lori) (Entered: 06/01/2023) |
|---|---|---|
| 06/01/2023 | 675 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Dollar Tree Stores, Inc...(Stern, Mitchell) (Entered: 06/01/2023) |
| 06/01/2023 | 676 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Family Dollar Stores, LLC..(Leskin, Lori) (Entered: 06/01/2023) |
| 06/01/2023 | 677 | NOTICE OF APPEARANCE by Rayne Ellis on behalf of Dollar Tree Stores, Inc...(Ellis, Rayne) (Entered: 06/01/2023) |
| 06/01/2023 | 678 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Family Dollar Stores, LLC..(Stern, Mitchell) (Entered: 06/01/2023) |
| 06/01/2023 | 679 | NOTICE OF APPEARANCE by Rayne Ellis on behalf of Family Dollar Stores, LLC..(Ellis, Rayne) (Entered: 06/01/2023) |
| 06/01/2023 | 680 | NOTICE OF APPEARANCE by Rayne Ellis on behalf of 7−Eleven, Inc...(Ellis, Rayne) (Entered: 06/01/2023) |
| 06/01/2023 | 681 | LETTER MOTION to Expedite *Motion to Quash Rule 45 Subpoenas and/or Request for Conference* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 6/1/2023. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 − Defendants' Notice of Service of Subpoena to Ann Z. Bauer, # 2 Exhibit 2 − Defendants' Notice of Service of Subpoena to Beate R. Ritz, # 3 Exhibit 3 − Defendants' Notice of Service of Subpoena to Brennan Baker, # 4 Exhibit 4 − Defendants' Notice of Service of Subpoena to David P. Kriebel, # 5 Exhibit 5 − Defendants' Notice of Service of Subpoena to Georgiana Gould, # 6 Exhibit 6 − Defendants' Notice of Service of Subpoena to Roberta Ness, # 7 Exhibit 7 − Defendants' Notice of Service of Subpoena to Shanna H. Swan, # 8 Exhibit 8 − Defendants' Notice of Service of Subpoena to Stephen T. Schultz, # 9 Exhibit 9 − Defendants' Notice of Service of Subpoena to William Parker, # 10 Exhibit 10 − Hearing Transcript Excerpts, # 11 Exhibit 11 − Email).(Keller, Ashley) (Entered: 06/01/2023) |
| 06/02/2023 | 682 | ORDER: On June 1, 2023, the plaintiffs filed an expedited motion to quash Rule 45 subpoenas and/or request for conference. It is hereby ORDERED that a telephone conference will be held on June 2, 2023 at 3:00 P.M. The parties shall use the following dial−in credentials for the telephone conference: Dial−in: 888−363−4749 Access Code: 4324948 The parties shall use a landline if one is available. (Telephone Conference set for 6/2/2023 at 03:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 6/2/2023) (jwh) (Entered: 06/02/2023) |
| 06/02/2023 | 683 | NOTICE of Withdrawal of Appearance re: (584 in 1:22−md−03043−DLC) Notice of Appearance. Document filed by Big Lots. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09878−DLC.(Trinh, Katie) (Entered: 06/02/2023) |
| 06/02/2023 | 684 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated June 2, 2023 re: Opposition to Plaintiffs Motion to Quash Third−Party Subpoenas. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co... (Attachments: # 1 Exhibit A − A. Bauer Tweet, # 2 Exhibit B − Plaintiffs' Responses to JJCI's Discovery Requests, # 3 Exhibit C − JJCI Letter to Plaintiffs re Plaintiffs' Responses and Objections to JJCI's Discovery Requests, # 4 Exhibit D − Email Communications with Plaintiffs' Counsel).(Richer, Kristen) (Entered: 06/02/2023) |
| 06/02/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Discovery Hearing held on 6/2/2023. (Court Reporter Alena Lynch) (jwh) (Entered: 06/02/2023) |
| 06/05/2023 | 685 | FIRST MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27828660. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alicia Keyes, A. M.. (Attachments: # 1 Exhibit Declaration in Support, # 2 Text of Proposed Order Proposed Order, # 3 Exhibit KS COGS, # 4 Exhibit IL COGS, # 5 Exhibit MO COGS).(Emison, Brett) (Entered: 06/05/2023) |
| 06/05/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 685 FIRST MOTION for Brett Ashley Emison to Appear Pro Hac Vice .** |

| | | |
|---|---|---|
| | | **Filing fee $ 200.00, receipt number ANYSDC−27828660. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 06/05/2023) |
| 06/05/2023 | 686 | MOTION for Luke Bosso to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by WALMART INC., Wal−Mart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart, Inc., Walmart, Inc., Walmart, Incorporated. (Attachments: # 1 Affidavit of Luke Bosso, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22−md−03043−DLC et al..(Bosso, Luke) Modified on 6/8/2023 (vba). (Entered: 06/05/2023) |
| 06/06/2023 | 687 | ORDER granting 685 Motion for Brett Ashley Emison to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 06/06/2023) |
| 06/06/2023 | 688 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Johnston, Sarah) (Entered: 06/06/2023) |
| 06/06/2023 | | Pro Hac Vice Fee Payment: for 686 MOTION for Luke Bosso to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC−27838270..(Bosso, Luke) (Entered: 06/06/2023) |
| 06/06/2023 | 689 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated June 6, 2023 re: Third Party Subpoenas. Document filed by Johnson & Johnson Consumer Inc...(Brennan, Jessica) (Entered: 06/06/2023) |
| 06/07/2023 | 690 | LETTER addressed to Judge Denise L. Cote from Kristen R. Fournier dated 06/07/2023 re: Johnson & Johnson Consumer Inc.s Motion for Certification. Document filed by Walmart Inc..Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−08830−DLC.(Fournier, Kristen) (Entered: 06/07/2023) |
| 06/07/2023 | 691 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated June 7, 2023 re: Status update regarding Defendants' third−party subpoenas. Document filed by Johnson & Johnson Consumer Inc...(Brennan, Jessica) (Entered: 06/07/2023) |
| 06/07/2023 | 692 | REPLY MEMORANDUM OF LAW in Support re: 612 MOTION for Certification Under 28 U.S.C. § 1292(b) re: 602 Memorandum & Opinion, 589 Memorandum & Opinion, . . Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 06/07/2023) |
| 06/07/2023 | 693 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 6/7/2023 re: Response to Defendant Johnson & Johnson Consumer Inc.'s Letter Status update regarding Defendants' third−party subpoenas. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A − Plaintiffs' Amended Objections and Answers to JJCI's First Set of Interrogatories to Plaintiffs, # 2 Exhibit B − Email re Schultz Subpoena, # 3 Exhibit C − Email re Swan Subpoena).(Keller, Ashley) (Entered: 06/07/2023) |
| 06/08/2023 | 694 | MEMO ENDORSEMENT on NOTICE OF WITHDRAWAL OF COUNSEL. ENDORSEMENT: SO ORDERED. Attorney Corrie Johnson Yackulic terminated. (Signed by Judge Denise L. Cote on 10/20/2022) (rro) (Entered: 06/08/2023) |
| 06/08/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 686 MOTION for Luke Bosso to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 06/08/2023) |
| 06/08/2023 | 695 | ORDER granting (686) Motion for Luke Bosso to Appear Pro Hac Vice in case 1:22−md−03043−DLC (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22−md−03043−DLC et al. (jwh) (Entered: 06/08/2023) |

| | | |
|---|---|---|
| 06/09/2023 | 696 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Cassie Rodriguez, Individually and as Mother, General Guardian of C.R., a Minor, and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) Walmart Inc. So ordered. (Signed by Judge Denise L. Cote on 6/9/2023) (vfr) (Entered: 06/09/2023) |
| 06/13/2023 | 697 | NOTICE OF APPEARANCE by Luke Alexander Bosso on behalf of WALMART INC., Wal–Mart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart, Inc., Walmart, Inc., Walmart, Incorporated. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Bosso, Luke) (Entered: 06/13/2023) |
| 06/15/2023 | 698 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer, Inc., Johnson & Jonhson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 06/15/2023) |
| 06/15/2023 | 699 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 06/15/2023) |
| 06/15/2023 | 700 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc, CVS Pharmacy, Inc., CVS Pharmacy, Inc., CVS Pharmacy, Inc., CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 06/15/2023) |
| 06/15/2023 | 701 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co., Walgreen Co., Walgreen Co., Walgreen, Co., Walgreens Co.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 06/15/2023) |
| 06/15/2023 | 702 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Colleen Battista, individually and on behalf of D.B., a minor, hereby give notice of their voluntary dismissal of all claims in this action, without prejudice. So ordered. (Signed by Judge Denise L. Cote on 6/14/2023) (vfr) (Entered: 06/15/2023) |
| 06/15/2023 | 703 | NOTICE OF APPEARANCE by Sandra Ko on behalf of Costco Wholesale Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04624–DLC.(Ko, Sandra) (Entered: 06/15/2023) |
| 06/16/2023 | 704 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated June 16, 2023 re: State Court Litigation. Document filed by Walgreen Co.. (Attachments: # 1 Exhibit 1).(Richer, Kristen) (Entered: 06/16/2023) |
| 06/23/2023 | 705 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 06/23/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 06/23/2023) |
| 06/23/2023 | 706 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1) (A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Erika Avila, Individually, and Plaintiff Maria Avila, as Guardian Ad Litem of A.B., a minor, and or their counsel, hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice, against Defendants CVS Pharmacy, Inc., and Johnson & Johnson Consumer, Inc. Granted. (Signed by Judge Denise L. Cote on 6/23/2023) (vfr) (Entered: 06/23/2023) |
| 06/23/2023 | 707 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Aide Soriano, Individually and as Guardian Ad Litcm of J.G. and E.A., minors, and or their counsel, hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice, against Defendants Walgreens Boots Alliance, and Johnson & Johnson Consumer, Inc. Granted. (Signed by Judge Denise L. Cote on 6/23/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10043–DLC (tg) (Entered: 06/23/2023) |

| 06/23/2023 | 708 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i) WITHOUT PREJUDICE. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs LaShanda Cavaness, Individually and as Guardian Ad Litem to L.M.R., a minor, hereby give notice voluntarily dismissal of all claims in this action, without prejudice. Granted., (Lashanda Cavaness and Lashanda Cavaness terminated.) (Signed by Judge Denise L. Cote on 6/23/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10258–DLC (yv) (Entered: 06/23/2023) |
|---|---|---|
| 06/23/2023 | 709 | NOTICE OF APPEARANCE by Michael Shea Werner on behalf of Gregory Abrams, J.A. Abrams, Jessica Abrams..(Werner, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 710 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/2/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/14/2023. Redacted Transcript Deadline set for 7/24/2023. Release of Transcript Restriction set for 9/21/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 06/23/2023) |
| 06/23/2023 | 711 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/2/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 06/23/2023) |
| 06/24/2023 | 712 | LETTER MOTION to Continue *Regarding Expert Discovery Deadlines* addressed to Judge Denise L. Cote from Kristen L. Richer dated June 24, 2023. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 06/24/2023) |
| 06/26/2023 | 713 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated June 26, 2023 re: Plaintiffs Amendment of Expert Reports and Agreement to Continue Certain Expert Discovery Deadlines. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 06/26/2023) |
| 06/26/2023 | 714 | MOTION for Nathanial Baber to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–27918279. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicole Morin, L.M.. (Attachments: # 1 Affidavit of Attorney Baber, # 2 Exhibit A, # 3 Text of Proposed Order to Motion for Admission).(Baber, Nathaniel) (Entered: 06/26/2023) |
| 06/26/2023 | 715 | MEMO ENDORSEMENT on re: 713 Joint Letter terminating 712 Letter Motion to Continue. ENDORSEMENT: So ordered. (Signed by Judge Denise L. Cote on 6/26/2023) (vfr) (Entered: 06/26/2023) |
| 06/26/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 714 MOTION for Nathanial Baber to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–27918279. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 06/26/2023) |
| 06/27/2023 | 716 | ORDER granting 714 Motion for Nathanial Baber to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 06/27/2023) |
| 06/27/2023 | 717 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Amy Pfuhl, Individually, and H.L., a Minor, by and Through her Parent and Natural Guardian, Amy Pfuhl, and or their counsel( s ), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) Johnson & Johnson Consumer Inc. and Walmart Inc. (Signed by Judge Denise L. Cote on 6/27/2023) . *** Party Johnson & Johnson Consumer Inc. and WALMART INC. terminated. (ama) Modified on 6/27/2023 (ama). (Entered: 06/27/2023) |

| | | |
|---|---|---|
| 06/27/2023 | <u>718</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Trista Wiley Individually and as Mother, General Guardian of A.C. A Minor and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) Costco Wholesale Corporation, Target Corporation, and Walmart Inc. SO ORDERED. (Signed by Judge Denise L. Cote on 6/27/2023) (ama) Modified on 12/8/2023 (vfr). (Entered: 06/27/2023) |
| 06/27/2023 | <u>719</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Krysanthemum Feiler, Individually, and F.C., a Minor, by and Through his Parent and Natural Guardian, Krysanthemum Feiler and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) Target Corporation, Walgreen Co., and Walmart Inc. SO ORDERED. (Signed by Judge Denise L. Cote on 6/27/2023) (ama) Modified on 12/8/2023 (vfr). (Entered: 06/27/2023) |
| 06/27/2023 | <u>720</u> | TRANSCRIPT of Proceedings re: CONFERNECE held on 3/16/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2023. Redacted Transcript Deadline set for 7/28/2023. Release of Transcript Restriction set for 9/25/2023.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 06/27/2023) |
| 06/27/2023 | <u>721</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/16/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 06/27/2023) |
| 06/27/2023 | <u>722</u> | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated June 27, 2023 re: Amended Pleadings Schedule. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 06/27/2023) |
| 06/28/2023 | <u>723</u> | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 06/28/2023) |
| 06/28/2023 | <u>724</u> | MEMO ENDORSEMENT on re: <u>722</u> Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Approved. ( Amended Pleadings due by 7/25/2023.) (Signed by Judge Denise L. Cote on 6/28/2023) (vfr) (Entered: 06/28/2023) |
| 06/28/2023 | <u>725</u> | MOTION for Rose J. Jones to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–27937382. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by WALMART INC., Wal-Mart Inc., Walgreens Co., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart, Inc., Walmart, Inc., Walmart, Inc., Walmart, Incorporated. (Attachments: # <u>1</u> Affidavit of Rose J. Jones, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Jones, Rose) Modified on 6/29/2023 (va). (Entered: 06/28/2023) |
| 06/29/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (20 in 1:23–cv–03123–DLC, 83 in 1:22–cv–10020–DLC, 83 in 1:22–cv–08814–DLC, 82 in 1:22–cv–08830–DLC, 17 in 1:23–cv–03636–DLC, 108 in 1:22–cv–09011–DLC, 62 in 1:22–cv–10036–DLC, 73 in 1:22–cv–09059–DLC, 94 in 1:22–cv–09060–DLC, 25 in 1:23–cv–02209–DLC, 16 in 1:23–cv–03634–DLC, 69 in 1:22–cv–09038–DLC, 69 in 1:22–cv–09091–DLC, 67 in 1:22–cv–10044–DLC, 67 in 1:22–cv–08811–DLC, 77 in** |

| | | |
|---|---|---|
| | | **1:22–cv–10027–DLC, 83 in 1:22–cv–09049–DLC, 68 in 1:22–cv–09057–DLC, 25 in 1:23–cv–02726–DLC, 57 in 1:22–cv–09020–DLC, 71 in 1:22–cv–08930–DLC, 15 in 1:23–cv–04028–DLC, 77 in 1:22–cv–09043–DLC, 75 in 1:22–cv–09047–DLC, 15 in 1:23–cv–03632–DLC, 53 in 1:22–cv–09879–DLC, 27 in 1:23–cv–02010–DLC, 16 in 1:23–cv–03642–DLC, 16 in 1:23–cv–03581–DLC, 22 in 1:23–cv–02730–DLC, 26 in 1:23–cv–02743–DLC, 21 in 1:23–cv–03233–DLC, 66 in 1:22–cv–09052–DLC, 29 in 1:23–cv–02944–DLC, 135 in 1:22–cv–10026–DLC, 46 in 1:22–cv–10220–DLC, 58 in 1:22–cv–09045–DLC, 59 in 1:22–cv–09027–DLC, 16 in 1:23–cv–03629–DLC, 68 in 1:22–cv–09081–DLC, 16 in 1:23–cv–04015–DLC, 53 in 1:22–cv–10038–DLC, 43 in 1:22–cv–10699–DLC, 69 in 1:22–cv–09032–DLC, 64 in 1:22–cv–08810–DLC, 68 in 1:22–cv–08813–DLC, 44 in 1:23–cv–00664–DLC, 64 in 1:22–cv–10042–DLC, 66 in 1:22–cv–10039–DLC, 67 in 1:22–cv–08782–DLC, 725 in 1:22–md–03043–DLC, 68 in 1:22–cv–10046–DLC, 65 in 1:22–cv–10041–DLC, 62 in 1:22–cv–09046–DLC, 23 in 1:23–cv–03635–DLC, 64 in 1:22–cv–08808–DLC, 72 in 1:22–cv–09050–DLC, 89 in 1:22–cv–09055–DLC, 63 in 1:22–cv–10034–DLC, 79 in 1:22–cv–08931–DLC, 81 in 1:22–cv–09031–DLC, 19 in 1:23–cv–02732–DLC, 28 in 1:23–cv–02442–DLC, 61 in 1:22–cv–09022–DLC, 109 in 1:22–cv–09012–DLC, 55 in 1:22–cv–09035–DLC, 73 in 1:22–cv–09083–DLC, 66 in 1:22–cv–10031–DLC, 28 in 1:23–cv–02745–DLC, 20 in 1:23–cv–02719–DLC, 76 in 1:22–cv–08816–DLC, 70 in 1:22–cv–09069–DLC, 57 in 1:23–cv–00214–DLC, 59 in 1:22–cv–09048–DLC, 44 in 1:23–cv–00209–DLC, 58 in 1:22–cv–09030–DLC, 83 in 1:22–cv–09076–DLC, 60 in 1:22–cv–09078–DLC, 79 in 1:22–cv–09042–DLC, 55 in 1:22–cv–09024–DLC) MOTION for Rose J. Jones to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–27937382. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(va)** (Entered: 06/29/2023) |
| 06/29/2023 | 726 | ORDER granting Motion for Rose J. Jones to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 06/29/2023) |
| 07/06/2023 | 727 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated July 6, 2023 re: Defendants' Request for an Order to Show Cause. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit A – Deficiency Notices)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00209–DLC, 1:23–cv–00664–DLC.(Richer, Kristen) (Entered: 07/06/2023) |
| 07/06/2023 | 728 | ORDER: It is hereby ORDERED that by July 13, 2023, the plaintiffs shall show cause why this action should not be dismissed with prejudice for failure to timely serve the PFS on the defendant. (Signed by Judge Denise L. Cote on 7/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00209–DLC (mml) (Entered: 07/06/2023) |
| 07/06/2023 | 729 | ORDER: It is hereby ORDERED that by July 13, 2023, the plaintiffs shall show cause why this action should not be dismissed with prejudice for failure to timely serve the PFS on the defendants. (Signed by Judge Denise L. Cote on 7/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–00664–DLC. (mml) (Entered: 07/06/2023) |
| 07/07/2023 | 730 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Nicole Tellock, Individually, and A.M., a Minor, by and Through his Parent and Natural Guardian, Nicole Tellock and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) Johnson & Johnson Consumer, Inc., Dollar Tree Stores, Inc., and Walgreen Co. SO ORDERED. Dollar Tree Stores, Inc. and Johnson & Johnson Consumer Inc. terminated. (Signed by Judge Denise L. Cote on 7/7/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09026–DLC (tg) (Entered: 07/07/2023) |
| 07/07/2023 | 731 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILED IN THE WRONG CASE** COMPLAINT against Target Corporation. (Filing Fee $ 402.00, Receipt Number BNYSDC–27971614)Document filed by L.M., Nicole Morin..(Baber, |

| | | |
|---|---|---|
| | | Nathaniel) Modified on 7/10/2023 (gp). (Entered: 07/07/2023) |
| 07/10/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Nathaniel Baber to RE–FILE Document No. The filing is deficient for the following reason(s): the pleading was filed in the wrong case. Pursuant to Order #238 in case 1:22–md–3043, a new civil action is to be opened opened on the docket (see page 1 section 3). File a new civil action in the Court's electronic filing system. (gp) (Entered: 07/10/2023) |
| 07/11/2023 | 732 | MOTION for William E. Padgett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27986091. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Text of Proposed Order for admission to practice Pro Hac Vice, # 2 Affidavit of William E. Padaett, # 3 Exhibit Certificate of Good Standing from the Supreme Court of Indiana).(Padgett, William) (Entered: 07/11/2023) |
| 07/12/2023 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 732 MOTION for William E. Padgett to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27986091. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh) (Entered: 07/12/2023) |
| 07/12/2023 | 733 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 07/12/2023) |
| 07/12/2023 | 734 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 07/12/2023) |
| 07/12/2023 | 735 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 07/12/2023) |
| 07/12/2023 | 736 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 07/12/2023) |
| 07/13/2023 | 737 | ORDER granting 732 Motion for William E. Padgett to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 07/13/2023) |
| 07/13/2023 | 738 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION for Andrew Bluth to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–27995716. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Andrew Bluth. (Attachments: # 1 Affidavit of Andrew Bluth in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Bluth, Andrew) Modified on 7/13/2023 (va). (Entered: 07/13/2023) |
| 07/13/2023 | 739 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION for Christopher R. Rodriguez to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–27995836. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Christopher R Rodriguez. (Attachments: # 1 Affidavit of Christopher R. Rodriguez in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Rodriguez, Christopher) Modified on 7/13/2023 (va). (Entered: 07/13/2023) |
| 07/13/2023 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 738 MOTION for Andrew Bluth to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–27995716. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California. Re–file the motion as a Motion to Appear |

| | | |
|---|---|---|
| | | **Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (va)** (Entered: 07/13/2023) |
| 07/13/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. <u>739</u> MOTION for Christopher R. Rodriguez to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–27995836. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California; notary stamp should NOTbe electronic. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (va)** (Entered: 07/13/2023) |
| 07/13/2023 | <u>740</u> | NOTICE OF APPEARANCE by Dana J Ash on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Ash, Dana) (Entered: 07/13/2023) |
| 07/13/2023 | <u>741</u> | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc., CVS Pharmacy, Inc., CVS Pharmacy, Inc., CVS Pharmacy, CVS Pharmacy, Inc.,. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 07/13/2023) |
| 07/13/2023 | <u>742</u> | NOTICE OF APPEARANCE by Sean Kenneth Burke on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Burke, Sean) (Entered: 07/13/2023) |
| 07/13/2023 | <u>743</u> | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Gruner, Anne) (Entered: 07/13/2023) |
| 07/13/2023 | <u>744</u> | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co., Walgreen Co., Walgreen, Co.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 07/13/2023) |
| 07/13/2023 | <u>745</u> | NOTICE OF APPEARANCE by Sandra Ko on behalf of Costco Wholesale Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–05656–DLC.(Ko, Sandra) (Entered: 07/13/2023) |
| 07/17/2023 | <u>746</u> | NOTICE OF APPEARANCE by Dana J Ash on behalf of Dolgencorp LLC. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02745–DLC.(Ash, Dana) (Entered: 07/17/2023) |
| 07/17/2023 | <u>747</u> | NOTICE OF APPEARANCE by Sean Kenneth Burke on behalf of Dolgencorp LLC. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02745–DLC.(Burke, Sean) (Entered: 07/17/2023) |
| 07/17/2023 | <u>748</u> | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dolgencorp LLC. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02745–DLC.(Gruner, Anne) (Entered: 07/17/2023) |
| 07/17/2023 | <u>749</u> | MOTION for Nao Takada to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28010985. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson. (Attachments: # <u>1</u> Affidavit in Support of Motion for Admission Pro Hac Vice, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order for Admission Pro Hac Vice).(Takada, Nao) (Entered: 07/17/2023) |
| 07/17/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>749</u> MOTION for Nao Takada to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28010985. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/17/2023) |
| 07/17/2023 | <u>750</u> | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 07/17/2023) |

| | | |
|---|---|---|
| 07/18/2023 | <u>751</u> | MOTION for Kimball Jones to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28014579. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sophyia Sonia Kegbe−Davis. (Attachments: # <u>1</u> Text of Proposed Order to practice Pro Hac Vice, # <u>2</u> Affidavit of Kimball Jones, # <u>3</u> Exhibit Certificate of Good Standing from Supreme Court of the state of Nevada).(Jones, Kimball) (Entered: 07/18/2023) |
| 07/18/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 751 MOTION for Kimball Jones to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28014579. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 07/18/2023) |
| 07/18/2023 | <u>752</u> | NOTICE OF CHANGE OF ADDRESS by Livia M. Kiser on behalf of Wal−Mart Inc., Wal−Mart Stores Inc., Wal−Mart Stores, Incorporated, Walmart, Incorporated. New Address: King & Spalding LLP, 110 Wacker Drive, Suite 3800, Chicago, Illinois, United States 60606, (312) 764−6911..(Kiser, Livia) (Entered: 07/18/2023) |
| 07/19/2023 | 753 | ORDER granting <u>749</u> Motion for Nao Takada to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 07/19/2023) |
| 07/19/2023 | 754 | ORDER granting <u>751</u> Motion for Kimball Jones to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 07/19/2023) |
| 07/19/2023 | <u>755</u> | ORDER granting (9 in case 1:23−cv−05688−DLC) Letter Motion for Leave to File Document. It is hereby ORDERED that the plaintiffs may file the revised SFC as an amended complaint. The Clerk of Court shall then correct the spelling of the plaintiff mother's name on the docket. (Signed by Judge Denise L. Cote on 7/19/2023) (vfr) Transmission to Civil Case Openings Clerk for processing. (Entered: 07/19/2023) |
| 07/19/2023 | <u>756</u> | ORDER granting (8 in case 1:23−cv−05650−DLC) Letter Motion for Leave to File Document. It is hereby ORDERED that the plaintiffs may file the revised SFC as an amended complaint. The Clerk of Court shall then correct the spelling of the plaintiff mother's name on the docket. (Signed by Judge Denise L. Cote on 7/19/2023) (vfr) Transmission to Civil Case Openings Clerk for processing. (Entered: 07/19/2023) |
| 07/19/2023 | <u>757</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i). Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Angela Douglas, Individually, and as Mother, General Guardian of C.D. and C.D., minors and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So Ordered., (Johnson & Johnson Consumer Inc. and Johnson & Johnson Consumer Inc. terminated.) (Signed by Judge Denise L. Cote on 7/19/23) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04077−DLC (yv) (Entered: 07/19/2023) |
| 07/19/2023 | <u>758</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i). Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Crystal Greenberg and Hunter Greenberg and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So Ordered., (Signed by Judge Denise L. Cote on 7/19/23) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04116−DLC (yv) Modified on 12/13/2023 (yv). (Entered: 07/19/2023) |
| 07/19/2023 | <u>759</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Laurie Skinner and Camillia Allen and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So ordered. Camillia Allen and Laurie Skinner terminated. (Signed by Judge Denise L. Cote on 7/19/2023) (vfr) (Entered: 07/19/2023) |
| 07/19/2023 | <u>760</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Danyelle Jackson, Individually, and C.J., a Minor, by and Through his Parent and Natural Guardian, Danyelle Jackson and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Walmart Inc. This action is dismissed with prejudice. (Signed |

| | | |
|---|---|---|
| | | by Judge Denise L. Cote on 7/19/2023) (ama) (Entered: 07/19/2023) |
| 07/19/2023 | 761 | ORDER: On July 6, 2023, the plaintiffs were ordered to show cause why this action should not be dismissed with prejudice for failure to timely serve the plaintiff fact sheet ("PFS") on the defendants. On July 12, the plaintiffs responded. It is hereby ORDERED that the plaintiffs' PFS is accepted as timely served on the defendants. (Signed by Judge Denise L. Cote on 7/19/2023) (vfr) (Entered: 07/19/2023) |
| 07/19/2023 | 762 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Shannon Bline and Shane Bline and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So ordered. Shane Bline and Shannon Bline terminated. (Signed by Judge Denise L. Cote on 7/19/2023) (vfr) (Entered: 07/19/2023) |
| 07/19/2023 | 763 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Katia Franco and Kailany Santos Franco and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. Kailany Santos Franco and Katia Franco (Individually) terminated. (Signed by Judge Denise L. Cote on 7/19/2023) (vfr) (Entered: 07/19/2023) |
| 07/19/2023 | 764 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Vivian Spencer and Steven Vanover and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So Ordered. (Signed by Judge Denise L. Cote on 7/19/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04188–DLC (tg) (Entered: 07/19/2023) |
| 07/19/2023 | 765 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Sandra Martin and Mary Martin and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So Ordered. (Signed by Judge Denise L. Cote on 7/19/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04179–DLC (tg) (Entered: 07/19/2023) |
| 07/20/2023 | 766 | MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28026907. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Leigh Ann May, Leigh Ann May. (Attachments: # 1 Exhibit Declaration in Support, # 2 Text of Proposed Order Proposed Order, # 3 Exhibit KS COGS, # 4 Exhibit IL COGS, # 5 Exhibit MO COGS).(Emison, Brett) (Entered: 07/20/2023) |
| 07/20/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 766 MOTION for Brett Ashley Emison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28026907. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/20/2023) |
| 07/21/2023 | 767 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 07/21/2023) |
| 07/21/2023 | 768 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 07/21/2023) |
| 07/21/2023 | 769 | ORDER granting 766 Motion for Brett Ashley Emison to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 07/21/2023) |
| 07/21/2023 | 770 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 07/21/2023) |
| 07/24/2023 | 771 | ORDER: The Court hereby notifies the parties that, on occasion, the Court has received communications from individuals and physicians regarding this multidistrict |

| | | litigation. The Court has preserved such communications but has not acted on them. (Signed by Judge Denise L. Cote on 7/24/2023) (mml) (Entered: 07/24/2023) |
|---|---|---|
| 07/25/2023 | 772 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated July 25, 2023 re: Amended Pleadings. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 07/25/2023) |
| 07/25/2023 | 773 | AMENDED COMPLAINT amending 277 Complaint, against 7–Eleven, Inc., Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, CVS Pharmacy Inc, CVS Pharmacy, Inc., Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree Stores, Inc., Dollar Tree, Inc., Family Dollar Stores Inc., Family Dollar Stores, LLC, Family Dollar, Inc., Rite Aid, Rite Aid Corporation, Rite Aid Corporation, Safeway Inc., Sam's West Inc., Sams West Inc., The Kroger, Co., Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc., Walgreens Co. with JURY DEMAND.Document filed by Plaintiffs Counsel. Related document: 277 Complaint,..(Keller, Ashley) (Entered: 07/25/2023) |
| 07/25/2023 | 774 | AMENDED COMPLAINT amending 276 Complaint against Johnson & Johnson Consumer, Inc. with JURY DEMAND.Document filed by Plaintiffs Counsel. Related document: 276 Complaint..(Keller, Ashley) (Entered: 07/25/2023) |
| 07/25/2023 | 775 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 7/25/2023 re: Plaintiffs' Amended Template Short Form Complaint. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – Plaintiffs Amended Template Short Form Complaint).(Keller, Ashley) (Entered: 07/25/2023) |
| 07/26/2023 | 776 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 07/26/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 07/26/2023) |
| 07/28/2023 | 777 | LETTER addressed to Judge Denise L. Cote from Jacob Lillywhite dated 7/28/2023 re: the Court's Invitation of April 19, 2023. Document filed by UNITED STATES OF AMERICA..(Lillywhite, Jacob) (Entered: 07/28/2023) |
| 07/28/2023 | 778 | MOTION for Hanne Laine Jensen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28070332. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Melissa Mcevoy. (Attachments: # 1 Affidavit of Hanne Jensen in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A (Certificate of Good Standing), # 3 Proposed Order Granting Motion for Admission Pro Hac Vice).(Jensen, Hanne) (Entered: 07/28/2023) |
| 07/28/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 778 MOTION for Hanne Laine Jensen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28070332. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/28/2023) |
| 07/28/2023 | 779 | ORDER: With that observation, it is hereby ORDERED that the Government's request to file a Statement of Interest by September 15, 2023 is granted. (Signed by Judge Denise L. Cote on 7/28/2023) (rro) (Entered: 07/28/2023) |
| 07/31/2023 | 780 | ORDER granting 778 Motion for Hanne Laine Jensen to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 07/31/2023) |
| 07/31/2023 | 781 | MEMO ENDORSEMENT on re: 772 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 7/31/2023) (vfr) (Entered: 07/31/2023) |
| 07/31/2023 | 782 | NOTICE OF APPEARANCE by Dana J Ash on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Ash, Dana) (Entered: 07/31/2023) |
| 07/31/2023 | 783 | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Gruner, |

| | | |
|---|---|---|
| | | Anne) (Entered: 07/31/2023) |
| 07/31/2023 | 784 | NOTICE OF APPEARANCE by Sean Kenneth Burke on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Burke, Sean) (Entered: 07/31/2023) |
| 07/31/2023 | 785 | ORDER: AMENDED SFC AND RENEWED MOTIONS TO DISMISS: It is hereby ORDERED that strict liability misrepresentation claims, standalone apparent manufacturer claims, and consumer protection claims are dismissed from each Member Case pending in this multidistrict litigation ("MDL") to the extent they have been asserted in a Member Case filed before July 31, 2023. IT IS FURTHER ORDERED that the amended SFC template filed on July 25, 2023 is approved and adopted for use in this MDL. IT IS FURTHER ORDERED that all future plaintiffs shall file and serve SFCs using the amended SFC template filed on July 25, 2023. IT IS FURTHER ORDERED that the parties' request to allow the defendants to move at a later date to dismiss negligent misrepresentation by omission claims under the laws of Kansas, Maryland, Michigan, and Wisconsin is granted. By August 7, 2023, the parties shall submit a list of jurisdictions at issue in the Member Cases pending in this MDL in which the parties have agreed that negligent misrepresentation claims may not be pled under a theory of omission. IT IS FURTHER ORDERED that the parties' request to address at the end of October 2023 the choice–of–law question as to the seven cases listed in the parties' letter of July 25, 2023 in which Texas law may apply is granted. After meeting and conferring with the plaintiffs, the defendants shall by November 3, 2023 advise the Court if they intend to file a motion to dismiss or a motion for summary judgment as to these cases and if so, propose a briefing schedule for such motion(s). All other Member Cases filed before July 31, 2023 that are governed by Texas law are dismissed, including Banda v. Johnson & Johnson Consumer Inc., et al., 23cv3634, and Wilson v. Johnson & Johnson Consumer Inc., et al., 23cv5195. (Signed by Judge Denise L. Cote on 7/31/2023) (vfr) (Entered: 07/31/2023) |
| 07/31/2023 | 786 | ORDER: For the reasons stated in the July 31, 2023 Order: Amended SFC and Renewed Motions to Dismiss (22MC3043: ECF No. 77), it is hereby ORDERED that this action is dismissed. Kinsbar Bryce Wilson, Kinsbar Bryce Wilson, Nadine Wilson (as Guardian, on behalf of Kinsbar Bryce Wilson), Nadine Wilson (individually), Nadine Wilson (as Guardian, on behalf of Kinsbar Bryce Wilson), Nadine Wilson (individually), CVS Pharmacy, Inc., Johnson & Johnson Consumer Inc., Target Corporation, Walmart Inc., terminated. (Signed by Judge Denise L. Cote on 7/31/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–05195–DLC (vfr) (Entered: 07/31/2023) |
| 07/31/2023 | 787 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Iris Garcia and Raul Silva Garcia and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. SO ORDERED. Johnson & Johnson Consumer Inc. terminated. (Signed by Judge Denise L. Cote on 7/31/2023) (ama) Modified on 12/8/2023 (vfr). (Entered: 07/31/2023) |
| 07/31/2023 | 788 | ORDER: For the reasons stated in the July 31, 2023 Order: Amended SFC and Renewed Motions to Dismiss (22MC3043: ECF No. 77), it is hereby ORDERED that this action is dismissed. Karina Gamez (individually), Karina Gamez (individually), Johnson & Johnson Consumer Inc., Walmart Inc., Luis Banda and Luis Banda terminated. (Signed by Judge Denise L. Cote on 7/31/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03634–DLC (vfr) (Entered: 07/31/2023) |
| 08/01/2023 | 789 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 8/1/2023 re: Government's Statement of Interest Deadline by September 15, 2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 08/01/2023) |
| 08/01/2023 | 790 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Razeeni Bruno, Individually and as General Guardian for Keandre Bruno and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Johnson & Johnson |

| | | |
|---|---|---|
| | | Consumer Inc., CVS Pharmacy, Dolgencorp, LLC, and Walmart Inc. Granted. Razeeni Bruno (As Guardian, on behalf of the Plaintiff Child), Razeeni Bruno (Individually), Razeeni Bruno (As Guardian, on behalf of the Plaintiff Child), Razeeni Bruno (Individually), CVS Pharmacy, Inc, Dolgencorp LLC, Johnson & Johnson Consumer Inc., Walmart Inc. and Keandre Bruno terminated. (Signed by Judge Denise L. Cote on 8/1/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04248–DLC (vfr) (Entered: 08/01/2023) |
| 08/01/2023 | <u>791</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Deidra Dabney, Individually and as General Guardian for Alvin Dabney and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. Granted. Deidra Dabney (Individually), Deidra Dabney (As Guardian, on behalf of the Plaintiff Child), Deidra Dabney (As Guardian, on behalf of the Plaintiff Child), Deidra Dabney (Individually), Johnson & Johnson Consumer Inc., Alvin Dabney and Alvin Dabney terminated. (Signed by Judge Denise L. Cote on 8/1/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04247–DLC (vfr) (Entered: 08/01/2023) |
| 08/01/2023 | <u>792</u> | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Marshelle King and Aden King and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. Granted. Marshelle King (Individually ), Johnson & Johnson Consumer Inc. and Aden King terminated. (Signed by Judge Denise L. Cote on 8/1/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04245–DLC (vfr) (Entered: 08/01/2023) |
| 08/01/2023 | <u>793</u> | ORDER: Attached to this Order is a Draft Order of August 1, 2023: Master Answers ("Draft Order"). The Draft Order establishes the effect of the defendants' Master Answers on Member Cases for the purposes of Rules 12 (a) (1) (A) and 41 (a) (1) (A) (i), Fed. R. Civ. P. It is hereby ORDERED that the parties shall confer and by August 8, 2023 submit any proposed revisions to the Draft Order. (Signed by Judge Denise L. Cote on 8/1/2023) (Attachments: # <u>1</u> Exhibit 1) (vfr) (Entered: 08/01/2023) |
| 08/01/2023 | <u>794</u> | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated August 1, 2023 re: Defendants' Response to Plaintiffs' Letter re: Government's Statement of Interest (DE 789). Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 08/01/2023) |
| 08/01/2023 | <u>795</u> | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated August 1, 2023 re: Plaintiffs' Fact Sheets and the Scope of the Litigation. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 08/01/2023) |
| 08/02/2023 | <u>796</u> | ORDER: On August 1, 2023, the defendants filed a letter raising concerns about deficient plaintiff fact sheets and a change in the claims being asserted against the Retailer Defendants. It is hereby ORDERED that the parties shall meet and confer and by August 11, 2023 notify the Court if a conference is required to resolve the dispute. IT IS FURTHER ORDERED that should a conference be necessary, a telephone conference will be held on August 17, 2023 at 4:00 P.M. The parties shall use the following dial–in credentials for the telephone conference: Dial–in: 888–363–4749 Access Code: 4324948. The parties shall use a landline if one is available. ( Telephone Conference set for 8/17/2023 at 04:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 8/2/2023) (vfr) (Entered: 08/02/2023) |
| 08/02/2023 | <u>797</u> | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 8/2/2023 re: Plaintiffs' Response to Defendants' Letter, Dkt. 795, Regarding Plaintiff Fact Sheets. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 08/02/2023) |
| 08/02/2023 | <u>798</u> | MOTION for Christopher R. Rodriguez to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Christopher Rodriguez. (Attachments: # <u>1</u> Affidavit of Christopher R. Rodriguez in Support of Motion, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Proposed Order Proposed Order).(Rodriguez, Christopher) (Entered: 08/02/2023) |

| | | |
|---|---|---|
| 08/02/2023 | 799 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Andrew Bluth to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Andrew Bluth. (Attachments: # 1 Affidavit of Andrew Bluth in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Bluth, Andrew) Modified on 8/2/2023 (dsh). (Entered: 08/02/2023) |
| 08/02/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 798 MOTION for Christopher R. Rodriguez to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 08/02/2023) |
| 08/02/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 799 MOTION for Andrew Bluth to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Electronic Notary Not Accepted.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (dsh)** (Entered: 08/02/2023) |
| 08/02/2023 | 800 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Veronica Rodriguez and Daniel Aponte and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So ordered. Johnson & Johnson Consumer Inc., Veronica Rodriguez (individually), Veronica Rodriguez (individually), Dariel Aponte and Dariel Aponte terminated. (Signed by Judge Denise L. Cote on 8/2/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04283–DLC (vfr) (Entered: 08/02/2023) |
| 08/02/2023 | 801 | MOTION for Andrew Bluth to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Andrew Bluth. (Attachments: # 1 Affidavit of Andrew Bluth in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Bluth, Andrew) (Entered: 08/02/2023) |
| 08/03/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 801 MOTION for Andrew Bluth to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 08/03/2023) |
| 08/03/2023 | 802 | ORDER granting 798 Motion for Christopher R. Rodriguez to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 08/03/2023) |
| 08/03/2023 | 803 | ORDER granting 801 Motion for Andrew Bluth to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 08/03/2023) |
| 08/03/2023 | 804 | OPINION AND ORDER re: (612 in 1:22–md–03043–DLC) MOTION for Certification Under 28 U.S.C. § 1292(b) re: (602) Memorandum & Opinion, (589) Memorandum & Opinion, . filed by Johnson & Johnson Consumer Inc.. JJCI's May 2, 2023 motion for certification of an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) from the Preemption Opinion and the Rule 8 Opinion is denied. (Signed by Judge Denise L. Cote on 8/3/2023) (tg) Transmission to Appeals Clerk. (Entered: 08/03/2023) |
| 08/03/2023 | 805 | ORDER: On September 19, 2023, the parties' Daubert motions are due. It is hereby REQUESTED that the plaintiffs and the defendants each file with those motions a letter that includes: (1) their recommendation as to the order in which the Court should address any motions by the defendants to exclude an expert report from the plaintiffs' experts; and (2) their contention as to which of the motions addressed to the parties' expert reports are properly addressed together due to overlapping subject matter. (Signed by Judge Denise L. Cote on 8/3/2023) (vfr) (Entered: 08/03/2023) |

| 08/03/2023 | 806 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Jenny Webster and Gavin Webster and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. Granted. Gavin Webster, Jenny Webster (As Guardian, on behalf of the Plaintiff Child) and Johnson & Johnson Consumer Inc. terminated. (Signed by Judge Denise L. Cote on 8/3/2023) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04335−DLC (vfr) (Entered: 08/03/2023) |
|---|---|---|
| 08/04/2023 | 807 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 808 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 809 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 810 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 811 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 812 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 813 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 814 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 815 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 816 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 817 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 818 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 819 | NOTICE OF APPEARANCE by Joseph Lara on behalf of The Kroger, Co...(Lara, Joseph) (Entered: 08/04/2023) |
| 08/04/2023 | 820 | MOTION for Cristina Delise to Withdraw as Attorney . Document filed by Plaintiffs Counsel.Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09031−DLC.(Delise, Cristina) (Entered: 08/04/2023) |
| 08/07/2023 | 821 | MEMO ENDORSEMENT granting 820 Motion to Withdraw as Attorney. ENDORSEMENT: So ordered. Attorney Cristina Rose Delise terminated. (Signed by Judge Denise L. Cote on 8/7/2023) (vfr) (Entered: 08/07/2023) |
| 08/07/2023 | 822 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated August 7, 2023 re: Negligent Misrepresentation By Omission Claims. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 08/07/2023) |
| 08/08/2023 | 823 | ORDER: NEGLIGENT MISREPRESENTATION CLAIMS: It is hereby ORDERED that negligent misrepresentation claims under the laws of Arkansas, California, Colorado, Idaho, Indiana, Kentucky, North Carolina, North Dakota, Tennessee, and Texas are dismissed from each Member Case pending in this MDL to the extent they have been asserted in a Member Case filed before August 8, 2023. (Signed by Judge Denise L. Cote on 8/8/2023) (vfr) (Entered: 08/08/2023) |

| 08/08/2023 | 824 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated August 8, 2023 re: Draft Order of August 1, 2023: Master Answers. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 08/08/2023) |
|---|---|---|
| 08/09/2023 | 825 | MEMO ENDORSEMENT on re: 824 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 8/9/2023) (vfr) (Entered: 08/09/2023) |
| 08/09/2023 | 826 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores, Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/09/2023) |
| 08/09/2023 | 827 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc., CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 08/09/2023) |
| 08/09/2023 | 828 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen, Co., Walgreen, Co., Walgreens Co.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 08/09/2023) |
| 08/09/2023 | 829 | NOTICE OF APPEARANCE by Sandra Ko on behalf of Costco Wholesale Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06267–DLC.(Ko, Sandra) (Entered: 08/09/2023) |
| 08/09/2023 | 830 | STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE OF LESS THAN ALL DEFENDANTS: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiff Charmaine Tate, et al., are dismissed with prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Walmart Inc. terminated in case 1:22–cv–10699–DLC. (Signed by Judge Denise L. Cote on 8/9/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10699–DLC (vfr) (Entered: 08/09/2023) |
| 08/10/2023 | 831 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Penny Smith, Individually and as Guardian for Dylan Revolta and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So ordered. Dylan Revolta, Penny Smith (Individually), Penny Smith (As Guardian, on behalf of the Plaintiff Child), Johnson & Johnson Consumer Inc. terminated. (Signed by Judge Denise L. Cote on 8/10/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04552–DLC (vfr) (Entered: 08/10/2023) |
| 08/11/2023 | 832 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated August 11, 2023 re: Court's approval for an additional lawyer to be designated as CB–Approved Counsel. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A).(Keller, Ashley) (Entered: 08/11/2023) |
| 08/11/2023 | 833 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for John James Snidow to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–28140029. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Makesha Anderson, T. C.. (Attachments: # 1 Affidavit Declaration of John J. Snidow, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09052–DLC.(Snidow, John) Modified on 8/14/2023 (va). (Entered: 08/11/2023) |
| 08/11/2023 | 834 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated August 11, 2023 re: Master Answer Order and Plaintiff Fact Sheets. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Richer, Kristen) (Entered: 08/11/2023) |
| 08/14/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (833 in 1:22–md–03043–DLC, 68 in 1:22–cv–09052–DLC) MOTION for John James Snidow to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–28140029. Motion and** |

| | | |
|---|---|---|
| | | **supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): expired Certificate of Good Standing from Supreme Court of Kentucky. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09052–DLC(va)** (Entered: 08/14/2023) |
| 08/15/2023 | 835 | MEMO ENDORSEMENT on re: 832 Letter, filed by Plaintiffs Counsel. ENDORSEMENT: Approved. (Signed by Judge Denise L. Cote on 8/15/2023) (vfr) (Entered: 08/15/2023) |
| 08/15/2023 | 836 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffs Antonia Buendia, et al., are dismissed without prejudice as to Defendants Family Dollar Stores, LLC. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Family Dollar Stores, LLC terminated. (Signed by Judge Denise L. Cote on 8/15/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04144–DLC (vfr) (Entered: 08/15/2023) |
| 08/15/2023 | 837 | MOTION for John James Snidow to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by M A, A.F., A.K., A.R., A.S., Donald Airth, Katie Airth, Breanna Altman, Makesha Anderson, M B, J. B., Lindsey Baxter, Lindsey Baxter, Jessica Brakken, Linda G. Brewer, Antonia Buendia, Greetus Bureau, A. C., G. C., T. C., C.F., Libier Camargo, Andrew Cannon, Lynn Cannon, Christine Contreras, Sheri Conner, Christine Contreras, Shannon Costa, Devin Cross, Tammy Cross, Jesus Delgado, Norhalys Delgado, Rebekah Dillard, William Ensign, Shantrell Estes, Claude Felton III, Sherika Ferguson, Andrew Franklin, T. G., Tammy Gaddis, Rachael Garcia, Helen Gazley, Jordan Greene, Kimberly Greene, Sheri Greene, C. H., Z. H., Alyssa Hanson, Robin Hatfield, Heather Powlowski, Bliss Holder, M. I., I.H., J.L., J.R., J.W., K.C., Jennifer King, J L, I. L., R. L., Juliet Lester, Shannon Lewis, Sheldon Lewis, Rhiann Lindberg, S M, D. M., M. M., M.B., M.N., Derek Maguire, Michelle Maguire, Timothy Manyweather, Vicki Manyweather, Katrina McKinney, Peggy McManus, Melissa Mcevoy, Cody Mickle, Jessica Minner, A N, P. N., Treyvion Nettles, Stephanie Nickles, Briana Normand, Renee Normand, Normarys Nunez, Lilia Oleson, Hope Pennington, Robert Pennington, William Pennington, James Posey, Nilsa Quezada, Dolores Rainwater, Kelsie Rivera, Lisa Roberts, L. S., Nathaniel Smith, Tabitha Smith, Kayla Strenke, Donnie Sumling, Mailia Sumling, Mailia Sumling, Kammron Thomas, Jossy Vega, Kendrick Vega, Lana Walker, Tammy Walker, Ryan Waterson, Precious Watts, Cara Wicker, Trista Wiley. (Attachments: # 1 Affidavit Declaration of John J. Snidow, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Snidow, John) Modified on 8/16/2023 (dsh). (Entered: 08/15/2023) |
| 08/15/2023 | 838 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE: Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) in this action against Defendant, Rite Aid Corporation, shall be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. Rite Aid Corporation terminated in case 1:23–cv–03120. (Signed by Judge Denise L. Cote on 8/15/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03120–DLC (vfr) (Entered: 08/15/2023) |
| 08/15/2023 | 839 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE: Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) in this action against Defendant, Rite Aid Corporation, shall be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. So ordered. Rite Aid Corporation terminated in case 1:23–cv–02711. (Signed by Judge Denise L. Cote on 8/15/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02711–DLC (vfr) (Entered: 08/15/2023) |
| 08/16/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (48 in 1:22–cv–09087–DLC, 57 in 1:22–cv–09035–DLC, 61 in** |

| | | |
|---|---|---|
| | | 1:22–cv–09027–DLC, 10 in 1:23–cv–05223–DLC, 13 in 1:23–cv–04787–DLC, 91 in 1:22–cv–09878–DLC, 44 in 1:22–cv–09040–DLC, 14 in 1:23–cv–04168–DLC, 12 in 1:23–cv–04725–DLC, 60 in 1:22–cv–09045–DLC, 9 in 1:23–cv–05341–DLC, 9 in 1:23–cv–06402–DLC, 9 in 1:23–cv–05007–DLC, 62 in 1:22–cv–09078–DLC, 9 in 1:23–cv–05547–DLC, 11 in 1:23–cv–04282–DLC, 50 in 1:22–cv–09041–DLC, 837 in 1:22–md–03043–DLC, 111 in 1:22–cv–09012–DLC, 11 in 1:23–cv–04191–DLC, 58 in 1:22–cv–08818–DLC, 9 in 1:23–cv–04719–DLC, 75 in 1:22–cv–09083–DLC, 60 in 1:22–cv–09030–DLC, 3 in 1:23–cv–06398–DLC, 81 in 1:22–cv–09042–DLC, 18 in 1:23–cv–04144–DLC, 69 in 1:22–cv–09052–DLC, 79 in 1:22–cv–09043–DLC, 3 in 1:23–cv–05943–DLC, 10 in 1:23–cv–04752–DLC, 10 in 1:23–cv–04714–DLC, 43 in 1:22–cv–09039–DLC, 81 in 1:22–cv–08931–DLC, 67 in 1:22–cv–09037–DLC, 10 in 1:23–cv–04923–DLC, 7 in 1:23–cv–05433–DLC, 57 in 1:22–cv–08815–DLC, 57 in 1:22–cv–09024–DLC, 66 in 1:22–cv–08810–DLC, 11 in 1:23–cv–04036–DLC, 69 in 1:22–cv–08811–DLC, 9 in 1:23–cv–05339–DLC, 59 in 1:22–cv–09020–DLC, 3 in 1:23–cv–05994–DLC, 54 in 1:22–cv–09029–DLC, 60 in 1:22–cv–09086–DLC, 9 in 1:23–cv–06411–DLC, 85 in 1:22–cv–08814–DLC, 9 in 1:23–cv–05338–DLC, 3 in 1:23–cv–06407–DLC, 110 in 1:22–cv–09011–DLC, 3 in 1:23–cv–06027–DLC, 11 in 1:23–cv–05269–DLC) MOTION for John James Snidow to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC et al.(dsh) (Entered: 08/16/2023) |
| 08/16/2023 | 840 | ORDER: PLAINTIFF FACT SHEETS STAY: It is hereby ORDERED that the telephone conference scheduled for August 17, 2023 is canceled. IT IS FURTHER ORDERED that the May 31, 2023 Order: Plaintiff Fact Sheets (22MC3043: ECF No. 73) remains in effect, with the following modification. The deadlines to serve a PFS, cure a PFS, or serve a PFS deficiency notice are stayed until September 11, 2023. IT IS FURTHER ORDERED that by September 6, 2023, the parties shall file letters to advise the Court of any disputes related to the PFS that remain unresolved and shall file proposed orders for revisions to any PFS deadlines. (Signed by Judge Denise L. Cote on 8/16/2023) (vfr) (Entered: 08/16/2023) |
| 08/16/2023 | 841 | ORDER: MASTER ANSWERS AND RULE 41(a) DISMISSALS: Accordingly, it is hereby ORDERED that the defendants' Master Answers shall be filed by August 22, 2023. IT IS FURTHER ORDERED that in any Member Cases pending on or before July 31, 2023, the plaintiffs shall file by August 30, 2023 an amended SFC on their individual member case docket using the amended SFC template and upload the same to MDL Centrality in accordance with the January 9, 2023 Order: Short Form Complaints (22MC3043: ECF No. 38). The amendments to the SFC shall be limited to revisions that reflect the Court's rulings on the defendants' motions to dismiss, that add defendants already identified in a plaintiff's previously filed PFS, or that have the written consent of all of the defendants named in the SFC. The joinder of a defendant through the amendment of the SFC, as permitted by this Order, shall not be deemed a waiver of that defendant's objections to service, jurisdiction, or venue, and will not waive any defenses to any claims or issues not pleaded in the Amended Master Complaint. IT IS FURTHER ORDERED that any other amendment to any SFC, including the joinder of additional parties, the identification of an additional product, and/or the addition of a claim, shall require the written consent of all defendants in the action or leave of Court, pursuant to Fed. R. Civ. P. 16. IT IS FURTHER ORDERED that dismissal of any defendant from an action for the purpose of either curing a product misidentification or a purchase history inconsistency shall be effectuated by August 30, 2023, through a stipulation of dismissal executed by all of the parties to the action and filed on the Master Docket and the individual Member Case docket. IT IS FURTHER ORDERED that, as set forth in the December 9, 2022 Order: Scheduling Master Complaints, SFCs, and Motions to Dismiss, a Master Answer shall constitute the defendants' answer to the Amended Master Complaint and to any SFC to which the Amended Master Complaint applies, except that a defendant's Master Answer will not waive any objections to service, jurisdiction, or venue, and will not waive any defenses to any claims or issues not pleaded in the Amended Master Complaint. IT IS FURTHER ORDERED that for purposes of Rules 12 (a) (1) (A) and 41 (a), Fed. R. Civ. P., the following provisions will apply, as further set forth in this Order. ( Amended Pleadings due by 8/30/2023.) (Signed by Judge Denise L. Cote on 8/16/2023) (vfr) (Entered: 08/16/2023) |

| | | |
|---|---|---|
| 08/16/2023 | <u>842</u> | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated August 16, 2023 re: Daubert Briefing Page Limits. Document filed by CVS Pharmacy Inc, Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 08/16/2023) |
| 08/17/2023 | 843 | ORDER granting (837) Motion for John James Snidow to Appear Pro Hac Vice in case 1:22–md–03043–DLC (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jwh) (Entered: 08/17/2023) |
| 08/17/2023 | <u>844</u> | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 8/17/2023 re: Plaintiffs' Response to Defendants' Letter Regarding Daubert Briefing Page Limits, Dkt. 842. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 08/17/2023) |
| 08/17/2023 | <u>845</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY** – STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) A.C., Amber Bryant, Amber Bryant(as guardian on behalf of plaintiff child) and without costs. Document filed by Rite Aid Corporation. **Proposed Order to be reviewed by Clerk's Office staff.**.Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03141–DLC.(Katz, David) Modified on 8/18/2023 (km). (Entered: 08/17/2023) |
| 08/17/2023 | <u>846</u> | MEMO ENDORSEMENT on re: <u>844</u> Letter, filed by Plaintiffs Counsel. ENDORSEMENT: The defendants' requests in their 8/16/23 letter are granted. (Signed by Judge Denise L. Cote on 8/17/2023) (vfr) (Entered: 08/17/2023) |
| 08/18/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney David Katz. RE–FILE Document No. <u>845</u> Stipulation of Voluntary Dismissal. The filing is deficient for the following reason(s): the wrong party/parties whom the voluntary dismissal is against was/were selected. Re–file the document using the event type Stipulation of Voluntary Dismissal found under the event list Other Documents – select the correct filer/filers – select the correct party/parties the voluntary dismissal is against – and attach the correct signed PDF. (km)** (Entered: 08/18/2023) |
| 08/18/2023 | <u>847</u> | MOTION for Katie Megan Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28170904. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots, Inc.. (Attachments: # <u>1</u> Affidavit of Katie Trinh, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04516–DLC.(Trinh, Katie) Modified on 8/21/2023 (vba). (Entered: 08/18/2023) |
| 08/18/2023 | <u>848</u> | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) Walgreen Co. and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Walgreen Co.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**.Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10698–DLC.(Richer, Kristen) Modified on 8/21/2023 (nd). (Entered: 08/18/2023) |
| 08/21/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>847</u> MOTION for Katie Megan Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28170904. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 08/21/2023) |
| 08/21/2023 | | **\*\*\*NOTICE TO COURT REGARDING STIPULATION OF VOLUNTARY DISMISSAL Document No. <u>848</u> Stipulation of Voluntary Dismissal,, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety;. (nd)** (Entered: 08/21/2023) |

| | | |
|---|---|---|
| 08/21/2023 | 849 | PROPOSED STIPULATION AND ORDER. Document filed by Rhys Farrell..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 850 | PROPOSED STIPULATION AND ORDER. Document filed by Zev Weisz..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 851 | PROPOSED STIPULATION AND ORDER. Document filed by Nicholas Zagara..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 852 | ORDER granting (847) Motion for Katie Megan Trinh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04516–DLC (jwh) (Entered: 08/21/2023) |
| 08/21/2023 | 853 | PROPOSED STIPULATION AND ORDER. Document filed by Abraham Pruneda..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 854 | PROPOSED STIPULATION AND ORDER. Document filed by Alyssa Lemoine..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 855 | PROPOSED STIPULATION AND ORDER. Document filed by Nicholas Rodriguez..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 856 | PROPOSED STIPULATION AND ORDER. Document filed by Samuel Byrd..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 857 | PROPOSED STIPULATION AND ORDER. Document filed by Amber Bryant..(Robertson, Alexandra) (Entered: 08/21/2023) |
| 08/21/2023 | 858 | PROPOSED STIPULATION AND ORDER. Document filed by Stephanie Roberts..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 859 | PROPOSED STIPULATION AND ORDER. Document filed by Israel Wood, Lyana Wood..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 860 | PROPOSED STIPULATION AND ORDER. Document filed by Raqwan Brooks..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 861 | PROPOSED STIPULATION AND ORDER. Document filed by Andrew Seymour..(Burke, Daniel) (Entered: 08/21/2023) |
| 08/21/2023 | 862 | PROPOSED STIPULATION AND ORDER. Document filed by M.R...(Luff, Patrick) (Entered: 08/21/2023) |
| 08/21/2023 | 863 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of 7–Eleven, Inc...(Leskin, Lori) (Entered: 08/21/2023) |
| 08/21/2023 | 864 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Dollar Tree Stores, Inc...(Leskin, Lori) (Entered: 08/21/2023) |
| 08/21/2023 | 865 | NOTICE OF APPEARANCE by Lori Blake Leskin on behalf of Family Dollar Stores, LLC..(Leskin, Lori) (Entered: 08/21/2023) |
| 08/21/2023 | 866 | NOTICE OF APPEARANCE by Rayne Ellis on behalf of Family Dollar Stores, LLC..(Ellis, Rayne) (Entered: 08/21/2023) |
| 08/21/2023 | 867 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of 7–Eleven, Inc...(Stern, Mitchell) (Entered: 08/21/2023) |
| 08/21/2023 | 868 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Dollar Tree Stores, Inc...(Stern, Mitchell) (Entered: 08/21/2023) |
| 08/21/2023 | 869 | NOTICE OF APPEARANCE by Mitchell Russell Stern on behalf of Family Dollar Stores, LLC..(Stern, Mitchell) (Entered: 08/21/2023) |
| 08/21/2023 | 870 | NOTICE OF APPEARANCE by Rayne Ellis on behalf of 7–Eleven, Inc...(Ellis, Rayne) (Entered: 08/21/2023) |
| 08/21/2023 | 871 | NOTICE OF APPEARANCE by Rayne Ellis on behalf of Dollar Tree Stores, Inc...(Ellis, Rayne) (Entered: 08/21/2023) |

| | | |
|---|---|---|
| 08/22/2023 | 872 | STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE OF LESS THAN ALL DEFENDANTS IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Patties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims by Plaintiff Tammy Peavley Hawes are dismissed with prejudice as to Defendant Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 8/22/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10698–DLC (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 873 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Compaines, Inc., Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 08/22/2023) |
| 08/22/2023 | 874 | NOTICE OF APPEARANCE by Sean Kenneth Burke on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Burke, Sean) (Entered: 08/22/2023) |
| 08/22/2023 | 875 | NOTICE OF APPEARANCE by Katie Megan Trinh on behalf of Big Lots, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04516–DLC.(Trinh, Katie) (Entered: 08/22/2023) |
| 08/22/2023 | 876 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 08/22/2023) |
| 08/22/2023 | 877 | NOTICE OF APPEARANCE by Dana J Ash on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Ash, Dana) (Entered: 08/22/2023) |
| 08/22/2023 | 878 | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dolgencorp LLC, Dolgencorp, LLC. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Gruner, Anne) (Entered: 08/22/2023) |
| 08/22/2023 | 879 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 08/22/2023) |
| 08/22/2023 | 880 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 08/22/2023) |
| 08/22/2023 | 881 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) in this action against Defendant, Rite Aid Corporation, shall be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 8/22/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02711–DLC (jca) Modified on 12/13/2023 (vfr). (Entered: 08/22/2023) |
| 08/22/2023 | 882 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims by Plaintiff Israel Wood are dismissed without prejudice as to Defendant Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 883 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 4l(a)(l), all claims by plaintiffs Samuel Byrd and Donna Marie Byrd, individually and as natural mother of Samuel Byrd, are dismissed without prejudice as to Defendant Dollar Tree Stores, Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/22/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06074–DLC (jca) (Entered: 08/22/2023) |

| 08/22/2023 | 884 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 4l(a)(l), all claims by plaintiffs Nicholas Rodriguez and Ann Rodriguez, individually and as natural mother of Nicholas Rodriguez, are dismissed without prejudice as to Defendant Dollar Tree Stores, Inc. and Family Dollar Stores, LLC. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/22/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–01014–DLC (jca) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 885 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 4l(a)(l), all claims by plaintiff Alyssa Lemoine are dismissed without prejudice as to Defendant Dollar Tree Stores, Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/22/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03635–DLC (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 886 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(l), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) in this action against Defendant, Rite Aid Corporation, shall be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 887 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 4l(a)(l), all claims by Plaintiff Abraham Pruneda are dismissed without prejudice as to Defendants CVS Pharmacy, Inc. and Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 888 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) in this action against Defendant, Rite Aid Corporation, shall be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. Rite Aid Corporation terminated. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 889 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) in this action against Defendant, Rite Aid Corporation, shall be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. Rite Aid Corporation terminated. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 890 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(l)(ii), all claims by plaintiff Jacqueline Rife, as guardian of M.R., are dismissed without prejudice as to Defendants Dollar Tree Stores, Inc. and Family Dollar Stores, LLC. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Dollar Tree Stores, Inc. and Family Dollar Stores, LLC terminated. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 891 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) Pursuant to F.R.C.P. 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Peggy McManus, Individually and as Guardian of Breanna Altman and or their counsel (s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Johnson & Johnson Consumer Inc., Walgreen Co., and Walmart Inc. So Ordered. Walmart Inc., Johnson & Johnson Consumer Inc. and Walgreen Co. terminated. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |

| 08/22/2023 | 892 | STIPULATION OF DISMISSAL WITHOUT PREJUDICE Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) in this action against Defendant, Rite Aid Corporation, shall be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 893 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41 (a)(1), all claims by Plaintiff Stephanie Roberts are dismissed without prejudice as to Defendant Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 8/22/2023) (jca) (Entered: 08/22/2023) |
| 08/22/2023 | 894 | ANSWER to Complaint with JURY DEMAND. Document filed by Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart, Incorporated, Wal–Mart Inc., Wal–Mart Stores, Incorporated..(Fournier, Kristen) (Entered: 08/22/2023) |
| 08/22/2023 | 895 | ANSWER to Complaint with JURY DEMAND. Document filed by Sams West Inc., Sam's West Inc...(Fournier, Kristen) (Entered: 08/22/2023) |
| 08/22/2023 | 896 | ANSWER to Complaint with JURY DEMAND. Document filed by Dolgencorp LLC..(Gruner, Anne) (Entered: 08/22/2023) |
| 08/22/2023 | 897 | ANSWER to Complaint with JURY DEMAND. Document filed by Target Corporation..(Park, Julie) (Entered: 08/22/2023) |
| 08/22/2023 | 898 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) Antonia Buendia(As Guardian, on behalf of Plaintiff Child ) and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by The Kroger, Co.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)..**(Lara, Joseph) Modified on 8/23/2023 (km). (Entered: 08/22/2023) |
| 08/22/2023 | 899 | ANSWER to Complaint with JURY DEMAND. Document filed by The Kroger, Co...(Lara, Joseph) (Entered: 08/22/2023) |
| 08/22/2023 | 900 | ANSWER to Complaint with JURY DEMAND. Document filed by Safeway Inc...(Ellis, Gregory) (Entered: 08/22/2023) |
| 08/22/2023 | 901 | ANSWER to Complaint with JURY DEMAND. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 08/22/2023) |
| 08/22/2023 | 902 | ANSWER to Complaint with JURY DEMAND. Document filed by CVS Pharmacy, Inc...(Richer, Kristen) (Entered: 08/22/2023) |
| 08/22/2023 | 903 | ANSWER to Complaint with JURY DEMAND. Document filed by Walgreen Co...(Richer, Kristen) (Entered: 08/22/2023) |
| 08/22/2023 | 904 | ANSWER to Complaint with JURY DEMAND. Document filed by Costco Wholesale Corporation..(Richer, Kristen) (Entered: 08/22/2023) |
| 08/22/2023 | 905 | ANSWER to 277 Complaint, with JURY DEMAND. Document filed by 7–Eleven, Inc...(Leskin, Lori) (Entered: 08/22/2023) |
| 08/22/2023 | 906 | ANSWER to Complaint with JURY DEMAND. Document filed by Family Dollar Stores, LLC..(Leskin, Lori) (Entered: 08/22/2023) |
| 08/22/2023 | 907 | ANSWER to Complaint with JURY DEMAND. Document filed by Dollar Tree Stores, Inc...(Leskin, Lori) (Entered: 08/22/2023) |
| 08/22/2023 | 908 | ANSWER to Complaint with JURY DEMAND. Document filed by Rite Aid Corporation, Rite Aid, Rite Aid Corporation..(Katz, David) (Entered: 08/23/2023) |

| 08/23/2023 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Joseph Lara to RE–FILE Document 898 Stipulation of Voluntary Dismissal. Use the event type Proposed Orders, Proposed Stipulation and Order. The document needs to have handwritten signatures of the parties. (km) (Entered: 08/23/2023)** |
|---|---|---|
| 08/23/2023 | 909 | MOTION for G. Brian Jackson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28186628. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Jackson, Gregory) (Entered: 08/23/2023) |
| 08/23/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 909 MOTION for G. Brian Jackson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28186628. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh) (Entered: 08/23/2023)** |
| 08/23/2023 | 910 | ORDER granting 909 Motion for G. Brian Jackson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 08/23/2023) |
| 08/23/2023 | 911 | ANSWER to 277 Complaint, with JURY DEMAND. Document filed by Big Lots..(Trinh, Katie) (Entered: 08/23/2023) |
| 08/24/2023 | 912 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 913 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 914 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 915 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 916 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 917 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 918 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 919 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart, Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 920 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 921 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | 922 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |

| 08/24/2023 | [923](#) | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
|---|---|---|
| 08/24/2023 | [924](#) | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | [925](#) | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | [926](#) | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | [927](#) | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | [928](#) | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | [929](#) | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/24/2023) |
| 08/24/2023 | [930](#) | PROPOSED STIPULATION AND ORDER. Document filed by The Kroger, Co...(Lara, Joseph) (Entered: 08/24/2023) |
| 08/25/2023 | [931](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff( s ), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04015–DLC (ama) (Entered: 08/25/2023) |
| 08/25/2023 | [932](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41 (a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04324–DLC (jca) (Entered: 08/25/2023) |
| 08/25/2023 | [933](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the patties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff( s ), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02730–DLC (ama) (Entered: 08/25/2023) |
| 08/25/2023 | [934](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03632–DLC (jca) (Entered: 08/25/2023) |
| 08/25/2023 | [935](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all |

| | | |
|---|---|---|
| | | claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 936 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. Walmart Inc. terminated in case 1:23–cv–02719–DLC. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02719–DLC (vfr) (Entered: 08/25/2023) |
| 08/25/2023 | 937 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 938 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03629–DLC (jca) (Entered: 08/25/2023) |
| 08/25/2023 | 939 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees., Walmart Inc. terminated. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 940 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. Walmart Inc. terminated in case 1:23–cv–02209–DLC. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02209–DLC (vfr) (Entered: 08/25/2023) |
| 08/25/2023 | 941 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 942 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(l), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03642–DLC (jca) (Entered: 08/25/2023) |
| 08/25/2023 | 943 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to |

| | | |
|---|---|---|
| | | Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 944 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 945 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04311–DLC (rro) (Entered: 08/25/2023) |
| 08/25/2023 | 946 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 947 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Kimberly Greene and Jordan Greene and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant Johnson & Johnson Consumer Inc. So ordered. Jordan Greene and Kimberly Greene terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (vfr) (Entered: 08/25/2023) |
| 08/25/2023 | 948 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) (ama) (Entered: 08/25/2023) |
| 08/25/2023 | 949 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41 (a)(1), all claims by the above captioned plaintiff s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02010–DLC (jca) (Entered: 08/25/2023) |
| 08/25/2023 | 950 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffs Antonia Buendia, et al., are dismissed without prejudice as to Defendant The Kroger Co, Each party shall bear its own costs and attorneys' fees. SO ORDERED. The Kroger Co. and The Kroger, Co. terminated. (Signed by Judge Denise L. Cote on 8/25/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04144–DLC (rro) (Entered: 08/25/2023) |
| 08/25/2023 | 951 | PROPOSED STIPULATION AND ORDER. Document filed by Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Inc., Walmart, Incorporated..(Fournier, Kristen) (Entered: 08/25/2023) |

| 08/25/2023 | 952 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by the above captioned plaintiff(s), are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 8/25/2023) (vfr) (Entered: 08/25/2023) |
|---|---|---|
| 08/28/2023 | 953 | PROPOSED STIPULATION AND ORDER. Document filed by Pamela Duke, Sarah Duke..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 954 | PROPOSED STIPULATION AND ORDER. Document filed by Alyssa Lemoine..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 955 | PROPOSED STIPULATION AND ORDER. Document filed by Christopher Garcia..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 956 | PROPOSED STIPULATION AND ORDER. Document filed by Nicholas Zagara..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 957 | PROPOSED STIPULATION AND ORDER. Document filed by Mark McDanel, Michele McDanel..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 958 | PROPOSED STIPULATION AND ORDER. Document filed by Danielle Lane, Layla Nishman..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 959 | PROPOSED STIPULATION AND ORDER. Document filed by Jane Zukus, Madeline Zukus..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 960 | PROPOSED STIPULATION AND ORDER. Document filed by Angela Fagan..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 961 | PROPOSED STIPULATION AND ORDER. Document filed by Tova Weisz, Zev Weisz..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 962 | PROPOSED STIPULATION AND ORDER. Document filed by Samantha Gaffney..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 963 | PROPOSED STIPULATION AND ORDER. Document filed by Raven Hicks, S. H...(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 964 | PROPOSED STIPULATION AND ORDER. Document filed by Miracle Jackson, Tatiana Jackson..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 965 | PROPOSED STIPULATION AND ORDER. Document filed by Miracle Jackson, Travon Jackson..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 966 | PROPOSED STIPULATION AND ORDER. Document filed by Klobin Wilkerson, Amanda Williams..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 967 | PROPOSED STIPULATION AND ORDER. Document filed by Valeria Ogoh, Richard Ogoh Jr...(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 968 | PROPOSED STIPULATION AND ORDER. Document filed by Tammy Gordon, Sarah Peters..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/28/2023 | 969 | PROPOSED STIPULATION AND ORDER. Document filed by Michael Rogers..(Burke, Daniel) (Entered: 08/28/2023) |
| 08/29/2023 | 970 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Johnston, Sarah) (Entered: 08/29/2023) |
| 08/29/2023 | 971 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Johnston, Sarah) (Entered: 08/29/2023) |
| 08/29/2023 | 972 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give |

| | | |
|---|---|---|
| | | notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) Target Corporation. Document filed by Anthony Arellano, Maria Arellano. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)**...(Burke, Daniel) (Entered: 08/29/2023) |
| 08/29/2023 | 973 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) Duane Reade. Document filed by Tova Weisz, Zev Weisz. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)**...(Burke, Daniel) (Entered: 08/29/2023) |
| 08/29/2023 | 974 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Patrick Luff to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28214167. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Shannon Arce, M.R., Whitney Walker. (Attachments: # 1 Affidavit Declaration in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit Certificate of Good Standing, # 4 Exhibit Certificate of Good Standing, # 5 Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02442–DLC, 1:23–cv–04641–DLC.(Luff, Patrick) Modified on 8/30/2023(sgz). (Entered: 08/29/2023) |
| 08/29/2023 | 975 | LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 29, 2023. Document filed by Khris Dafney, J. R..Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04249–DLC.(Emison, Brett) (Entered: 08/29/2023) |
| 08/29/2023 | 976 | LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 29, 2023. Document filed by E. B., Katie Brehm.Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Emison, Brett) (Entered: 08/29/2023) |
| 08/30/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (31 in 1:23–cv–02442–DLC, 33 in 1:23–cv–04641–DLC, 974 in 1:22–md–03043–DLC) MOTION for Patrick Luff to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28214167. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas; Documents missing two extra case numbers. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02442–DLC, 1:23–cv–04641–DLC(sgz)** (Entered: 08/30/2023) |
| 08/30/2023 | 977 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | 978 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | 979 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC, Dolgencorp, LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | 980 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC, Dolgencorp, LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | 981 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | 982 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC, Dolgencorp, LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 972 Notice of Voluntary Dismissal, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the** |

| | | |
|---|---|---|
| | | **parties or the action in its entirety. (tp)** (Entered: 08/30/2023) |
| 08/30/2023 | 983 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC, Dolgencorp, LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 973 Notice of Voluntary Dismissal, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (tp)** (Entered: 08/30/2023) |
| 08/30/2023 | 984 | PROPOSED STIPULATION AND ORDER. Document filed by Dolgencorp LLC, Dolgencorp, LLC..(Gruner, Anne) (Entered: 08/30/2023) |
| 08/30/2023 | 985 | LETTER addressed to Judge Denise L. Cote from Ashley Barriere dated August 30, 2023 re: Removing and Replacing General Guardian Title. Document filed by Lilia Oleson. (Attachments: # 1 Exhibit Amended SFC).(Barriere, Ashley) (Entered: 08/30/2023) |
| 08/30/2023 | 986 | SECOND LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023. Document filed by E. B., Katie Brehm.Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 987 | SUPPLEMENTAL LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023. Document filed by Khris Dafney, J. R..Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04249–DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 988 | PROPOSED STIPULATION AND ORDER. Document filed by Dollar Tree Stores, Inc...(Leskin, Lori) (Entered: 08/30/2023) |
| 08/30/2023 | 989 | PROPOSED STIPULATION AND ORDER. Document filed by 7–Eleven, Inc...(Leskin, Lori) (Entered: 08/30/2023) |
| 08/30/2023 | 990 | PROPOSED STIPULATION AND ORDER. Document filed by Dollar Tree Stores, Inc., Family Dollar Stores, LLC..(Leskin, Lori) (Entered: 08/30/2023) |
| 08/30/2023 | 991 | PROPOSED STIPULATION AND ORDER. Document filed by 7–Eleven, Inc., Family Dollar Stores, LLC..(Leskin, Lori) (Entered: 08/30/2023) |
| 08/30/2023 | 992 | PROPOSED STIPULATION AND ORDER. Document filed by Israel Wood, Lyana Wood..(Burke, Daniel) (Entered: 08/30/2023) |
| 08/30/2023 | 993 | PROPOSED STIPULATION AND ORDER. Document filed by Dollar Tree Stores, Inc...(Leskin, Lori) (Entered: 08/30/2023) |
| 08/30/2023 | 994 | PROPOSED STIPULATION AND ORDER. Document filed by Ann Rodriguez, Nicholas Rodriguez..(Burke, Daniel) (Entered: 08/30/2023) |
| 08/30/2023 | 995 | PROPOSED STIPULATION AND ORDER. Document filed by Raqwan Brooks..(Burke, Daniel) (Entered: 08/30/2023) |
| 08/30/2023 | 996 | PROPOSED STIPULATION AND ORDER. Document filed by Family Dollar Stores, LLC..(Leskin, Lori) (Entered: 08/30/2023) |
| 08/30/2023 | 997 | MOTION for Patrick Luff to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by M. R., Whitney Walker. (Attachments: # 1 Affidavit Declaration in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit Certificate of Good Standing, # 4 Exhibit Certificate of Good Standing, # 5 Proposed Order Proposed Order)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02442–DLC, 1:23–cv–04641–DLC.(Luff, Patrick) Modified on 8/30/2023 (sgz). (Entered: 08/30/2023) |
| 08/30/2023 | 998 | PROPOSED STIPULATION AND ORDER. Document filed by 7–Eleven, Inc...(Leskin, Lori) (Entered: 08/30/2023) |

| 08/30/2023 | 999 | PROPOSED STIPULATION AND ORDER. Document filed by A. R., Stephanie Roberts..(Burke, Daniel) (Entered: 08/30/2023) |
|---|---|---|
| 08/30/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (32 in 1:23−cv−02442−DLC, 34 in 1:23−cv−04641−DLC, 997 in 1:22−md−03043−DLC) MOTION for Patrick Luff to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02442−DLC, 1:23−cv−04641−DLC**(sgz) (Entered: 08/30/2023) |
| 08/30/2023 | 1000 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice against the defendant(s) Safeway, Inc.. Document filed by Denise Carroll, Unicque Carroll. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)..** Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−03131−DLC.(Burke, Daniel) (Entered: 08/30/2023) |
| 08/30/2023 | 1001 | **FILING ERROR − DEFICIENT DOCKET ENTRY − PDF ERROR** AMENDED COMPLAINT amending 276 Complaint, 277 Complaint, against Johnson & Johnson, Dollar Tree Inc., Sam's West Inc., Walmart Inc. with JURY DEMAND.Document filed by Alana Swindell. Related document: 276 Complaint, 277 Complaint,..(Adams, Julien) Modified on 8/31/2023 (gp). (Entered: 08/30/2023) |
| 08/30/2023 | 1002 | FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. Document filed by Khris Dafney, J. R..Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04249−DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 1003 | FIRST MEMORANDUM OF LAW in Support re: (16 in 1:23−cv−04249−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. . Document filed by Khris Dafney, J. R.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04249−DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 1004 | DECLARATION of Brett A. Emison in Support re: (16 in 1:23−cv−04249−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*.. Document filed by Khris Dafney, J. R.. (Attachments: # 1 Exhibit Order re. Short Form Complaints and Service, # 2 Exhibit Order re Filing Am SFC, # 3 Exhibit Short Form Complaint, # 4 Exhibit Order re. Plaintiff Fact Sheets, # 5 Exhibit Order re. granting extension of time for P's to submit PFS, # 6 Exhibit Order re PFS Stay and Extension, # 7 Exhibit First Amended Short Form Complaint, # 8 Exhibit Second Amended Short Form Complaint, # 9 Exhibit Letter− Motion for Extension of Time, # 10 Exhibit Letter− Motion for Extension of Time Supplement)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04249−DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 1005 | FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. Document filed by E. B., Katie Brehm.Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02944−DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 1006 | FIRST MEMORANDUM OF LAW in Support re: (38 in 1:23−cv−02944−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. . Document filed by E. B., E. B., Katie Brehm. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02944−DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 1007 | DECLARATION of Brett A. Emison in Support re: (38 in 1:23−cv−02944−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*.. Document filed by E. B., E. B., Katie Brehm. (Attachments: # 1 Exhibit Order re. Short Form Complaints and Service, # 2 Exhibit Order re Filing Am SFC, # 3 Exhibit Short Form Complaint, # 4 Exhibit Order re. Plaintiff Fact Sheets, # 5 Exhibit Order re. granting extension of time for P's to submit PFS, # 6 Exhibit Order re PFS Stay and Extension, # 7 Exhibit First Amended Short Form Complaint, # 8 Exhibit Second Amended Short Form Complaint, # 9 Exhibit Letter−Motion for Extension of Time, # 10 Exhibit Letter−Motion for Extension of Time− Supplement)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02944−DLC.(Emison, Brett) (Entered: 08/30/2023) |

| 08/30/2023 | 1008 | AMENDED MEMORANDUM OF LAW in Support re: (1002 in 1:22–md–03043–DLC, 16 in 1:23–cv–04249–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint.* . Document filed by Khris Dafney, J. R.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04249–DLC.(Emison, Brett) (Entered: 08/30/2023) |
|---|---|---|
| 08/30/2023 | 1009 | AMENDED MEMORANDUM OF LAW in Support re: (38 in 1:23–cv–02944–DLC, 1005 in 1:22–md–03043–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint.* . Document filed by E. B., Katie Brehm. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Emison, Brett) (Entered: 08/30/2023) |
| 08/30/2023 | 1010 | LETTER addressed to Judge Denise L. Cote from Ashley Barriere dated August 30, 2023 re: Removing Guardian Designation. Document filed by D. M., Michelle Maguire. (Attachments: # 1 Exhibit Amended SFC)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08814–DLC.(Barriere, Ashley) (Entered: 08/30/2023) |
| 08/31/2023 | | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (1000 in 1:22–md–03043–DLC, 14 in 1:23–cv–03131–DLC) Notice of Voluntary Dismissal, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03131–DLC. (tp) (Entered: 08/31/2023) |
| 08/31/2023 | 1011 | ORDER granting Motion for Patrick Luff to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02442–DLC, 1:23–cv–04641–DLC (jwh) (Entered: 08/31/2023) |
| 08/31/2023 | 1012 | MOTION for Laura J. Baughman to Withdraw as Attorney . Document filed by Whitney Walker.Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02442–DLC.(Baughman, Laura) (Entered: 08/31/2023) |
| 08/31/2023 | 1013 | MOTION for Laura J. Baughman to Withdraw as Attorney . Document filed by M. R..Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04641–DLC.(Baughman, Laura) (Entered: 08/31/2023) |
| 08/31/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Julien Adams to RE–FILE Document No. 1001 belonging to case SDNY CIVIL CASE (IF YOU DO NOT HAVE A CIVIL MATTER YOU MUST COMMENCE AN ACTION WITH OUR COURT) that was incorrectly filed on 8/30/2023 in case 1:22–MD–3043. The filing is deficient for the following reason(s): the pleading was filed in the wrong case. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against and file it in a civil member number. (gp) (Entered: 08/31/2023) |
| 08/31/2023 | 1014 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated August 31, 2023 re: Leave to File Oppositions to Plaintiffs Motions for Leave to Amend Short Form Complaints at DE 1002, 1005. Document filed by Walgreen Co..Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC, 1:23–cv–04249–DLC.(Richer, Kristen) (Entered: 08/31/2023) |
| 08/31/2023 | 1015 | PROPOSED STIPULATION AND ORDER. Document filed by Target Corporation..(Park, Julie) (Entered: 08/31/2023) |
| 08/31/2023 | 1016 | PROPOSED STIPULATION AND ORDER. Document filed by Target Corporation..(Park, Julie) (Entered: 08/31/2023) |
| 09/05/2023 | 1017 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/06/2023 | 1018 | MEMO ENDORSED ORDER granting (1013) Motion to Withdraw as Attorney. Attorney Laura J Baughman terminated in case 1:22–md–03043–DLC and 1:23–cv–04641–DLC. ENDORSEMENT: So Ordered. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04641–DLC. (mml) Modified on 9/6/2023 (mml). (Entered: 09/06/2023) |
| 09/06/2023 | 1019 | MEMO ENDORSEMENT: on re: (1010 in 1:22–md–03043–DLC, 89 in 1:22–cv–08814–DLC) Letter, filed by D. M., Michelle Maguire. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/06/2023) |
| 09/06/2023 | 1020 | MEMO ENDORSEMENT granting (1012) Motion to Withdraw as Attorney. ; granting (1013) Motion to Withdraw as Attorney; granting (34) Motion to Withdraw as Attorney. ENDORSEMENT: So Ordered. Attorney Laura J Baughman terminated, Attorney Laura J Baughman terminated in case 1:22–md–03043–DLC, and Attorney Laura J Baughman terminated in case 1:23–cv–02442–DLC. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02442–DLC (tg) (Entered: 09/06/2023) |
| 09/06/2023 | 1021 | MEMO ENDORSEMENT: on re: (985 in 1:22–md–03043–DLC) Letter filed by Lilia Oleson, (79 in 1:22–cv–09083–DLC) Letter, filed by Rosario Llamas–Oleson, I. L., Lilia Oleson. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/06/2023) |
| 09/06/2023 | 1022 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Jasmine Rios, et al. are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. So ordered. CVS Pharmacy Inc. terminated in case 1:22–cv–10046–DLC. (Signed by Judge Denise L. Cote on 9/6/2023) (vfr) (Entered: 09/06/2023) |
| 09/06/2023 | 1023 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Tania Osuna, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10027–DLC (ama) Modified on 12/8/2023 (vfr). (Entered: 09/06/2023) |
| 09/06/2023 | 1024 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffsTabitha Smith, et al., are dismissed without prejudice as to Defendant CVS Pharmacy, Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04725–DLC (ama) Modified on 12/8/2023 (vfr). (Entered: 09/06/2023) |
| 09/06/2023 | 1025 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims in the above–captioned action are dismissed without prejudice as to Defendant Target Corporation with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10027–DLC (tg) (Entered: 09/06/2023) |
| 09/06/2023 | 1026 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffsShantrell Estes, et al., are dismissed without prejudice as to Defendant Walgreen Co. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) Modified on 12/8/2023 (vfr). (Entered: 09/06/2023) |

| | | |
|---|---|---|
| 09/06/2023 | 1027 | MEMO ENDORSEMENT on re: 1014 Letter, filed by Walgreen Co. ENDORSEMENT: The motions having been filed on 8/30/2023, opposition is due 9/15/23; reply is due 9/22/23. ( Replies due by 9/22/2023., Responses due by 9/15/2023) (Signed by Judge Denise L. Cote on 9/6/2023) (vfr) (Entered: 09/06/2023) |
| 09/06/2023 | 1028 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41 (a)(1), all claims in the above–captioned matter are dismissed without prejudice as to Defendant Target Corporation with each party bearing its own attorneys' fees, costs, and expenses. So Ordered. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04619–DLC. (mml) (Entered: 09/06/2023) |
| 09/06/2023 | 1029 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Tania Osuna, et al. are dismissed without prejudice as to Defendant Rite Aid Corporation with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10027–DLC (tg) (Entered: 09/06/2023) |
| 09/06/2023 | 1030 | JOINT LETTER MOTION for Extension of Time *August 16, 2023, Order: Plaintiff Fact Sheets Stay* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 9/6/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/06/2023) |
| 09/06/2023 | 1031 | ORDER granting 1030 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 9/6/2023) (vfr) (Entered: 09/06/2023) |
| 09/07/2023 | 1032 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1033 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Lindsay Conner–Ali, et al., are dismissed without prejudice as to Defendants Dolgencorp, LLC, with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) Modified on 12/8/2023 (vfr). (Entered: 09/07/2023) |
| 09/07/2023 | 1034 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Heather Hix, et al. are dismissed without prejudice as to Defendant Dolgencorp, LLC with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1035 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02711–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | 1036 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all |

| | | |
|---|---|---|
| | | claims by Plaintiffs Anna Pirtle, et al. are dismissed without prejudice as to Defendant Family Dollar, LLC with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) Modified on 12/8/2023 (vfr). (Entered: 09/07/2023) |
| 09/07/2023 | 1037 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: It is hereby stipulated and agreed by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(l), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED; (Signed by Judge Denise L. Cote on 9/6/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02010–DLC (yv) Modified on 9/22/2023 (yv). (Entered: 09/07/2023) |
| 09/07/2023 | 1038 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41 (a)(1), all claims by Plaintiffs Brittany Carlock, et al., are dismissed without prejudice as to Defendants Walmart Inc. and Sam's West, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. Sam's West Inc. terminated. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) . Modified on 12/8/2023 (vfr). (Entered: 09/07/2023) |
| 09/07/2023 | 1039 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41 (a)(1), all claims by Plaintiffs Brittany Carlock, et al., are dismissed without prejudice as to Defendant 7–Eleven, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) Modified on 12/8/2023 (vfr). (Entered: 09/07/2023) |
| 09/07/2023 | 1040 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–01014–DLC (mml) (Entered: 09/07/2023) |
| 09/07/2023 | 1041 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1042 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(l), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04022–DLC (yv) Modified on 10/5/2023 (yv). (Entered: 09/07/2023) |
| 09/07/2023 | 1043 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |

| | | |
|---|---|---|
| 09/07/2023 | 1044 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE : IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(l), all claims by Plaintiffs Jessica Stahlke, et al., are dismissed without prejudice as to Defendant Rite Aid Corporation, with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10026–DLC (yv) Modified on 10/5/2023 (yv). (Entered: 09/07/2023) |
| 09/07/2023 | 1045 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVSPharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1046 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1047 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE : IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(l), all claims by Plaintiffs Jessica Stahlke, et al., are dismissed without prejudice as to Defendants Dolgencorp, LLC, with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED: (Signed by Judge Colleen McMahon on 9/6/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10026–DLC (yv) Modified on 10/5/2023 (yv). (Entered: 09/07/2023) |
| 09/07/2023 | 1048 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04015–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | 1049 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(l), all claims by Plaintiffs Jessica Stahlke, et al., are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED: (Signed by Judge Denise L. Cote on 9/6/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10026–DLC (yv) Modified on 10/5/2023 (yv). (Entered: 09/07/2023) |
| 09/07/2023 | 1050 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(l), all claims by plaintiffs Christine Contreras, et al., are dismissed without prejudice as to Defendant Dolgencorp, LLC. Each party shall bear its own costs and attorneys' fees. SO ORDERED., (Dolgencorp, LLC terminated.) (Signed by Judge Denise L. Cote on 9/6/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09878–DLC (yv) Modified on 10/5/2023 (yv). (Entered: 09/07/2023) |
| 09/07/2023 | 1051 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Jessica Stahlke, et al., are dismissed without prejudice as to Defendants 7–Eleven, Inc. and Family Dollar Stores, LLC, with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. |

| | | |
|---|---|---|
| | | Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10026–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | 1052 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVSPharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1053 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Peggy Higgins, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. Wal-Mart Stores Inc. terminated. (Signed by Judge Denise L. Cote on 9/7/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03636–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | 1054 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Lisa Garcia, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1055 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Laura Sinclair, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1056 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Laura Sinclair, et al. are dismissed without prejudice as to Defendant Walgreen Co. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED., Walgreen CO terminated. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1057 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Angelica Garcia, et al. are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1058 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Patties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Jeanette Gray, et al., are dismissed without prejudice as to Defendants Dollar Tree Stores, Inc. and Family Dollar Stores, LLC., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09060–DLC (tg) Modified on 12/13/2023 (vfr). (Entered: 09/07/2023) |
| 09/07/2023 | 1059 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Patties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Miesha Flournoy, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and |

| | | |
|---|---|---|
| | | expenses. SO ORDERED., Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1060 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Miesha Flournoy, et al. are dismissed without prejudice as to Defendant Walgreen Co. and CVS Pharmacy, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1061 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Ashlynn Brown, et al. are dismissed without prejudice as to Defendant Walgreen Co. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1062 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Denise Young, et al. are dismissed without prejudice as to Defendant Walgreen Co. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1063 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Angeles Mijares, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/06/2023) (ama) (Entered: 09/07/2023) |
| 09/07/2023 | 1064 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Anetra Evans, et al., are dismissed without prejudice as to Defendant Sam's West, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. Sam's West Inc. terminated. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04621–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | 1065 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Monique Bell, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09049–DLC (rro) (Entered: 09/07/2023) |
| 09/07/2023 | 1066 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 4l(a)(l), all claims by Plaintiffs Monique Bell, et al. are dismissed without prejudice as to Defendant Walgreen Co. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09049–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1067 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel. for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Kristina Radford–Garcia, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and |

| | | |
|---|---|---|
| | | expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09048–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1068 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each patty bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04325–DLC (rro) (Entered: 09/07/2023) |
| 09/07/2023 | 1069 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Anetra Evans, et al., are dismissed without prejudice as to Defendant Dollar Tree Stores, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED.Dollar Tree Stores, Inc. terminated. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04621–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | 1070 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Jessica Cagle, et al. are dismissed without prejudice as to Defendant Dollar Tree Stores, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1071 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffs Kelsie Rivera, et al., are dismissed without prejudice as to Defendant Walmart Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09024–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1072 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Patties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc. and Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04024–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1073 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc. and Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04317–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | 1074 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04019–DLC (ate) (Entered: 09/07/2023) |

| | | |
|---|---|---|
| 09/07/2023 | [1075](#) | STIPULATION AND ORDER OF OF DISMISSAL WITHOUT PREJUDICE:IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41 (a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03640–DLC (rro) (Entered: 09/07/2023) |
| 09/07/2023 | [1076](#) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Zev Weiz, Individually, and Toya Weisz, Individually and as Mother of Zev Weisz, and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice only against the Defendant Duane Reade. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03649–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | [1077](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Shunta Mathis, et al. are dismissed without prejudice as to Defendant 7–Eleven, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. 7–Eleven, Inc. terminated. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04507–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | [1078](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc. and Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03635–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | [1079](#) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Anthony Arellano, Individually, and Maria Arellano, Individually and as Mother of Anthony Arellano, and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice only against the Defendant Target Corporation. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03624–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | [1080](#) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Unicque Carroll, Individually, and Denise Carroll, Individually and as Mother ofUnicque Carroll, and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice only against the Defendant Safeway Inc. SO ORDERED. Safeway Inc. and Safeway, Inc. terminated. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03131–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | [1081](#) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Jessica Lopez, et al. are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. CVS Pharmacy Inc. terminated. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02743–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | [1082](#) | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO RITE AID CORPORATION ONLY: Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1), counsel for Plaintiff(s) and counsel for Defendant, Rite Aid Corporation, stipulate that this action and all claims asserted by Plaintiff(s) pertaining to or related |

| | | |
|---|---|---|
| | | in any way to M.C. in this action against Defendant, Rite Aid Corporation, shall be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. This stipulation applies to Defendant, Rite Aid Corporation, only. SO ORDERED. Rite Aid Corporation terminated. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03141–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | <u>1083</u> | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–03038–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | <u>1084</u> | STIPULATION AND ORDER OF OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs January Johnson, et al. are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08817–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | <u>1085</u> | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Jessica Lopez, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02745–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | <u>1086</u> | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(l), all claims by Plaintiffs Jessica Lopez, et al. are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02745–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | <u>1087</u> | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Tammy Thomason, et al., are dismissed without prejudice as to Defendant Dolgencorp, LLC, with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/7/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04531–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | <u>1088</u> | STIPULATION AND ORDER OF OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Franchelle Magana, et al. are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08785–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | <u>1089</u> | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and |

| | | |
|---|---|---|
| | | expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02707–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1090 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE:IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Rebekah Reed, et al. are dismissed without prejudice as to Defendant Dolgencorp, LLC with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/7/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04486–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | 1091 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02706–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1092 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) Walgreen Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04324–DLC. (mml) (Entered: 09/07/2023) |
| 09/07/2023 | 1093 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Jessica Lopez, et al. are dismissed without prejudice as to Defendant Dolgencorp, LLC with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/7/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02745–DLC (tg) (Entered: 09/07/2023) |
| 09/07/2023 | 1094 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims in the above caption case are dismissed without prejudice as to Defendant(s) CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02209–DLC (ate) (Entered: 09/07/2023) |
| 09/07/2023 | 1095 | STIPULATION AND ORDER OF OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41 (a)(1), all claims by Plaintiffs Tammy Thomason, et al., are dismissed without prejudice as to Defendant Walmart Inc., with each party bearing its own attorneys' fees, costs, and expenses.. SO ORDERED. Walmart Inc. terminated. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04531–DLC (mml) (Entered: 09/07/2023) |
| 09/07/2023 | 1096 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Natalie Mendez, et al., are dismissed without prejudice as to Defendants Dolgencorp, LLC, with each party bearing its own attorneys' foes, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10039–DLC (ate) (Entered: 09/07/2023) |

| 09/07/2023 | 1097 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Tammy Thomason, et al, are dismissed without prejudice as to Defendant Dollar Tree Stores, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04531–DLC. (mml) (Entered: 09/07/2023) |
|---|---|---|
| 09/07/2023 | 1098 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs January Johnson, et al. are dismissed without prejudice as to Defendant Walgreen Co. with each patty bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/6/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–08817–DLC (ate) (Entered: 09/07/2023) |
| 09/08/2023 | 1099 | PROPOSED STIPULATION AND ORDER. Document filed by The Kroger, Co...(Lara, Joseph) (Entered: 09/08/2023) |
| 09/08/2023 | 1100 | LETTER MOTION for Extension of Time addressed to Judge Denise L. Cote from Daniel M. Sullivan dated September 8, 2023. Document filed by Plaintiffs Counsel..(Sullivan, Daniel) (Entered: 09/08/2023) |
| 09/08/2023 | 1101 | PROPOSED STIPULATION AND ORDER. Document filed by The Kroger Co...(Lara, Joseph) (Entered: 09/08/2023) |
| 09/08/2023 | 1102 | PROPOSED STIPULATION AND ORDER. Document filed by The Kroger Co...(Lara, Joseph) (Entered: 09/08/2023) |
| 09/08/2023 | 1103 | PROPOSED STIPULATION AND ORDER. Document filed by The Kroger Co...(Lara, Joseph) (Entered: 09/08/2023) |
| 09/08/2023 | 1104 | ORDER granting 1100 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 9/8/2023) (vfr) (Entered: 09/08/2023) |
| 09/08/2023 | 1105 | LETTER addressed to Judge Denise L. Cote from Jacob Lillywhite dated 9/8/2023 re: the Court's Invitation to Submit a Statement of Interest. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (DEPI–I March 2023 Review)).(Lillywhite, Jacob) (Entered: 09/08/2023) |
| 09/08/2023 | 1106 | REQUEST: COURTESY COPIES: It is hereby REQUESTED that the parties work together to the extent practicable to submit two (2) courtesy copies total of any scientific study or report to which both parties cite, rather than two copies per party. The February 1 Order otherwise remains in effect. (Signed by Judge Denise L. Cote on 9/8/2023) (vfr) (Entered: 09/08/2023) |
| 09/08/2023 | 1107 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Angelica Garcia, et al. are dismissed without prejudice as to Defendant The Kroger, Co. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/8/2023) (vfr) (Entered: 09/08/2023) |
| 09/08/2023 | 1108 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Laura Sinclair, et al. are dismissed without prejudice as to Defendant The Kroger, Co. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. THE KROGER CO terminated. (Signed by Judge Denise L. Cote on 9/8/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10038–DLC (vfr) (Entered: 09/08/2023) |
| 09/08/2023 | 1109 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all |

| | | |
|---|---|---|
| | | claims by Plaintiffs Tiffany Banks, et al. are dismissed without prejudice as to Defendant The Kroger, Co. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. The Kroger Co. terminated. (Signed by Judge Denise L. Cote on 9/8/2023) (vfr) (Entered: 09/08/2023) |
| 09/08/2023 | 1110 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Cori Stark, et al. are dismissed without prejudice as to Defendant Safeway, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/8/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09079–DLC (vfr) (Entered: 09/08/2023) |
| 09/08/2023 | 1111 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Laura Sinclair, et al. are dismissed without prejudice as to Defendant Safeway, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/8/2023) (vfr) (Entered: 09/08/2023) |
| 09/08/2023 | 1112 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Anetra Evans, et al., are dismissed without prejudice as to Defendant The Kroger Co., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 9/8/2023) (vfr) (Entered: 09/08/2023) |
| 09/09/2023 | 1113 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts, and Mark Lanier dated 9/9/2023 re: Submission of Plaintiffs' August 31, 2023 Letter Referenced in the United States Letter, Dkt. 1105. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit A – August 31, 2023 Letter).(Keller, Ashley) (Entered: 09/09/2023) |
| 09/11/2023 | 1114 | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated September 11, 2023 re: FDA Response to Statement of Interest. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 09/11/2023) |
| 09/11/2023 | 1115 | ORDER: Having received the Government's letter dated September 8, 2023, and the parties' letters dated September 9 and September 11, 2023, it is hereby ORDERED that the request for a status conference is DENIED. IT IS FURTHER ORDERED that the scheduling Order of February 1, 2023 remains in place. Any Rule 702 motions shall be filed on or before September 19, 2023. ( Motions due by 9/19/2023.) (Signed by Judge Denise L. Cote on 9/11/2023) (vfr) (Entered: 09/11/2023) |
| 09/11/2023 | 1116 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 9/11/2023 re: Plaintiffs' Response to Defendants' Letter Regarding FDA Response to Statement of Interest, Dkt. 1114. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/11/2023) |
| 09/12/2023 | 1117 | FIRST MOTION to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by A. M., Katie Brehm, Khris Dafney, E. B., J. F., J. R., Alicia Keyes, Leigh Ann May. (Attachments: # 1 Exhibit Declaration in Support, # 2 Proposed Order Proposed Order, # 3 Exhibit IL COGS, # 4 Exhibit KS COGS, # 5 Exhibit MO COGS)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC, 1:23–cv–04249–DLC, 1:23–cv–05517–DLC, 1:23–cv–06606–DLC.(Emison, Brett) (Entered: 09/12/2023) |
| 09/13/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (1117 in 1:22–md–03043–DLC, 22 in 1:23–cv–04249–DLC, 44 in 1:23–cv–02944–DLC, 11 in 1:23–cv–05517–DLC, 10 in 1:23–cv–06606–DLC) FIRST MOTION to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC, 1:23–cv–04249–DLC, 1:23–cv–05517–DLC, 1:23–cv–06606–DLC**(sgz) (Entered: 09/13/2023) |

| | | |
|---|---|---|
| 09/13/2023 | 1118 | ORDER granting Motion for Brett A. Emison to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02944−DLC, 1:23−cv−04249−DLC, 1:23−cv−05517−DLC, 1:23−cv−06606−DLC (jwh) (Entered: 09/13/2023) |
| 09/13/2023 | 1119 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated September 13, 2023 re: Plaintiff Fact Sheets. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Proposed Order − Amended Schedule Regarding Plaintiff Fact Sheets).(Richer, Kristen) (Entered: 09/13/2023) |
| 09/14/2023 | 1120 | MOTION for Keith Rozanski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−28288125. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04516−DLC.(Rozanski, Keith) (Entered: 09/14/2023) |
| 09/14/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1120 MOTION for Keith Rozanski to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC−28288125. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 09/14/2023) |
| 09/14/2023 | 1121 | ORDER granting Motion for Keith Rozanski to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04516−DLC (jwh) (Entered: 09/14/2023) |
| 09/15/2023 | 1122 | MOTION for Keith Rozanski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−28293544. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Keith Rozanski in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−06311−DLC.(Rozanski, Keith) (Entered: 09/15/2023) |
| 09/15/2023 | 1123 | MOTION for Katie Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−28293760. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Katie Trinh in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−06311−DLC.(Trinh, Katie) (Entered: 09/15/2023) |
| 09/15/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (17 in 1:23−cv−06311−DLC, 1122 in 1:22−md−03043−DLC) MOTION for Keith Rozanski to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC−28293544. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−06311−DLC(va)** (Entered: 09/15/2023) |
| 09/15/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (18 in 1:23−cv−06311−DLC, 1123 in 1:22−md−03043−DLC) MOTION for Katie Trinh to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC−28293760. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−06311−DLC(va)** (Entered: 09/15/2023) |
| 09/15/2023 | 1124 | MOTION for Keith Rozanski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−28294830. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Keith Rozanski in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22−md−03043−DLC, |

| | | |
|---|---|---|
| | | 1:23–cv–06619–DLC.(Rozanski, Keith) (Entered: 09/15/2023) |
| 09/15/2023 | 1125 | MOTION for Katie Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28295370. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Katie Trinh in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06619–DLC.(Trinh, Katie) (Entered: 09/15/2023) |
| 09/15/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (1124 in 1:22–md–03043–DLC, 11 in 1:23–cv–06619–DLC) MOTION for Keith Rozanski to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–28294830. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06619–DLC (va)** (Entered: 09/15/2023) |
| 09/15/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (1125 in 1:22–md–03043–DLC, 12 in 1:23–cv–06619–DLC) MOTION for Katie Trinh to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–28295370. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06619–DLC(va)** (Entered: 09/15/2023) |
| 09/15/2023 | 1126 | MOTION for Keith Rozanski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28297450. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Keith Rozanski in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06060–DLC.(Rozanski, Keith) (Entered: 09/15/2023) |
| 09/15/2023 | 1127 | MOTION for Katie Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28297643. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Katie Trinh in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06060–DLC.(Trinh, Katie) (Entered: 09/15/2023) |
| 09/15/2023 | 1128 | MOTION for Katie Trinh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28297668. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Katie Trinh in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06654–DLC.(Trinh, Katie) (Entered: 09/15/2023) |
| 09/15/2023 | 1129 | MOTION for Keith Rozanski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–28297695. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Big Lots. (Attachments: # 1 Affidavit of Keith Rozanski in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06654–DLC.(Rozanski, Keith) (Entered: 09/15/2023) |
| 09/15/2023 | 1130 | RESPONSE in Opposition to Motion re: (38 in 1:23–cv–02944–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. . Document filed by Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Richer, Kristen) (Entered: 09/15/2023) |
| 09/15/2023 | 1131 | DECLARATION of Kristen L. Richer in Opposition re: (38 in 1:23–cv–02944–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*.. Document filed by Walgreen Co.. (Attachments: # 1 Exhibit A – Correspondence)Filed In Associated Cases: 1:22–md–03043–DLC, |

| | | |
|---|---|---|
| | | 1:23–cv–02944–DLC.(Richer, Kristen) (Entered: 09/15/2023) |
| 09/15/2023 | 1132 | RESPONSE in Opposition to Motion re: (16 in 1:23–cv–04249–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. . Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04249–DLC.(Johnston, Sarah) (Entered: 09/15/2023) |
| 09/15/2023 | 1133 | DECLARATION of Sarah E. Johnston in Opposition re: (16 in 1:23–cv–04249–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*.. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit A – Correspondence)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–04249–DLC.(Johnston, Sarah) (Entered: 09/15/2023) |
| 09/18/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (21 in 1:23–cv–06060–DLC, 1126 in 1:22–md–03043–DLC) MOTION for Keith Rozanski to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–28297450. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06060–DLC(va)** (Entered: 09/18/2023) |
| 09/18/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (1128 in 1:22–md–03043–DLC) MOTION for Katie Trinh to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number NYSDC–28297668. Motion and supporting papers to be reviewed by Clerk's Office staff, (22 in 1:23–cv–06060–DLC) MOTION for Katie Trinh to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–28297643. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06060–DLC(va)** (Entered: 09/18/2023) |
| 09/18/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (18 in 1:23–cv–06654–DLC, 1129 in 1:22–md–03043–DLC) MOTION for Keith Rozanski to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–28297695. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06654–DLC(va)** (Entered: 09/18/2023) |
| 09/18/2023 | 1134 | ORDER: SEPTEMBER 2023 PLAINTIFF FACT SHEET SCHEDULE: Accordingly, it is hereby ORDERED that on or before September 29, 2023, the parties shall file the September 2023 PFS on the Master Docket. IT IS FURTHER ORDERED that the stay of deadlines to serve or cure a PFS, or to serve a PFS deficiency notice shall, be lifted as of September 29, 2023. IT IS FURTHER ORDERED that the May 31 Order remains in effect with the following modifications: (a) All plaintiffs shall complete, verify, and serve a September 2023 PFS. (b) Plaintiffs who have served a PFS by September 29, 2023 shall complete, file, and serve the September 2023 PFS upon counsel for each defendant named in their Member Case on or before Monday, October 30, 2023, in accordance with the May 31 Order. Defendants shall notify the plaintiffs of any deficiencies with their September 2023 PFS by Friday, December 22, 2023. (c) Plaintiffs who have not already served a PFS shall complete, verify, and serve the September 2023 PFS upon counsel for each defendant named in their Member Case on or before November 28, 2023, in accordance with the May 31 Order. Defendants shall notify the plaintiffs of any deficiencies with their September 2023 PFS by January 23, 2024. (Signed by Judge Denise L. Cote on 9/18/2023) (vfr) (Entered: 09/18/2023) |
| 09/18/2023 | 1135 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of Sam's West Inc., Sam's West, Inc., Sams West Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Fournier, Kristen) (Entered: 09/18/2023) |
| 09/19/2023 | 1136 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –(SEE DOCUMENT #1137)** NOTICE OF of Plaintiffs' Rule 702 to Exclude Defendants' Expert Dr. Wendy Chung. Document filed by Plaintiffs Counsel..(Keller, Ashley) Modified on 9/19/2023 (lb). (Entered: 09/19/2023) |

| | | |
|---|---|---|
| 09/19/2023 | <u>1137</u> | MOTION to exclude Defendants' Expert Dr. Wendy Chung Pursuant to Rule 702 . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | <u>1138</u> | MEMORANDUM OF LAW in Support re: <u>1137</u> MOTION to exclude Defendants' Expert Dr. Wendy Chung Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | <u>1139</u> | DECLARATION of Ashley C. Keller in Support re: <u>1137</u> MOTION to exclude Defendants' Expert Dr. Wendy Chung Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 1 Part 1 – Chung Expert Report, # <u>2</u> Exhibit 1 Part 2 – Chung Expert Report, # <u>3</u> Exhibit 1 Part 3 – Chung Expert Report, # <u>4</u> Exhibit 2 – Chung Deposition Transcript, # <u>5</u> Exhibit 3 – Chung Deposition Exhibit 313, # <u>6</u> Exhibit 4 – Chung Deposition Exhibit 333, # <u>7</u> Exhibit 5 – Baccarelli Expert Report, # <u>8</u> Exhibit 6 – Chung Deposition Exhibit 305A, # <u>9</u> Exhibit 7 – Article, # <u>10</u> Exhibit 8 – Chung Deposition Exhibit 319, # <u>11</u> Exhibit 9 – Article, # <u>12</u> Exhibit 10 – Article, # <u>13</u> Exhibit 11 – Article, # <u>14</u> Exhibit 12 – Ted.com Transcript, # <u>15</u> Exhibit 13 – Cabrera Rebuttal Expert Report, # <u>16</u> Exhibit 14 – SPARK Presentation Slides, # <u>17</u> Exhibit 15 – Audio Excerpt, # <u>18</u> Exhibit 16 – Chung Deposition Exhibit 315, # <u>19</u> Exhibit 17 – Article, # <u>20</u> Exhibit 18 – Article, # <u>21</u> Exhibit 19 – Depakote Prescribing Information, # <u>22</u> Exhibit 20 – Chung Deposition Exhibit 326, # <u>23</u> Exhibit 21 – Chung Deposition Exhibit 322, # <u>24</u> Exhibit 22 – Email Correspondence, # <u>25</u> Exhibit 23 – Email Correspondence, # <u>26</u> Exhibit 24 – Email Correspondence, # <u>27</u> Exhibit 25 – Chung Deposition Exhibit 322B, # <u>28</u> Exhibit 26 – Audio Excerpt.(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | <u>1140</u> | LETTER MOTION to Seal *Certain Exhibits to the Declaration in Support of Defendants' Rule 702 Motions* addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated September 19, 2023. Document filed by Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | <u>1141</u> | ***SELECTED PARTIES***REDACTION to <u>1140</u> LETTER MOTION to Seal *Certain Exhibits to the Declaration in Support of Defendants' Rule 702 Motions* addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of Defendants dated September 19, 2023. by Julia Guzman, Walgreen Co. (Attachments: # <u>1</u> Exhibit 2a – Baccarelli Amended Report, # <u>2</u> Exhibit 2b – Baccarelli Amended Report, # <u>3</u> Exhibit 6a – Cabrera Amended Report, # <u>4</u> Exhibit 6b – Cabrera Amended Report, # <u>5</u> Exhibit 6c – Cabrera Amended Report, # <u>6</u> Exhibit 6d – Cabrera Amended Report, # <u>7</u> Exhibit 6e – Cabrera Amended Report, # <u>8</u> Exhibit 6f – Cabrera Amended Report, # <u>9</u> Exhibit 6g – Cabrera Amended Report, # <u>10</u> Exhibit 6h – Cabrera Amended Report, # <u>11</u> Exhibit 6i – Cabrera Amended Report, # <u>12</u> Exhibit 6j – Cabrera Amended Report, # <u>13</u> Exhibit 6k – Cabrera Amended Report, # <u>14</u> Exhibit 8a – Pearson Amended Report, # <u>15</u> Exhibit 8b – Pearson Amended Report, # <u>16</u> Exhibit 8c – Pearson Amended Report, # <u>17</u> Exhibit 8d – Pearson Amended Report, # <u>18</u> Exhibit 8e – Pearson Amended Report, # <u>19</u> Exhibit 11 – Hollander Amended Report, # <u>20</u> Exhibit 18 – Pearson Rebuttal Report)Motion or Order to File Under Seal: <u>1140</u> .(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | <u>1142</u> | MOTION to Exclude Defendants' Expert Dr. Jennifer Pinto–Martin Pursuant to Rule 702 . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | <u>1143</u> | MEMORANDUM OF LAW in Support re: <u>1142</u> MOTION to Exclude Defendants' Expert Dr. Jennifer Pinto–Martin Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | <u>1144</u> | DECLARATION of Ashley C. Keller in Support re: <u>1142</u> MOTION to Exclude Defendants' Expert Dr. Jennifer Pinto–Martin Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 1 – Dr. Pinto–Martin Expert Report, # <u>2</u> Exhibit 2 – Dr. Pinto–Martin Deposition Transcript, # <u>3</u> Exhibit 3 – Dr. Pinto–Martin Deposition Exhibit 631, # <u>4</u> Exhibit 4 – Dr. Stephen Faraone Deposition Exhibit 771, # <u>5</u> Exhibit 5 – Dr. Alex Kolevzon Deposition Exhibit 494, # <u>6</u> Exhibit 6 – Dr. Pinto–Martin Deposition Exhibit 634, # <u>7</u> Exhibit 7 – Dr. Pinto–Martin Deposition Exhibit 626, # <u>8</u> Exhibit 8 – Article, # <u>9</u> Exhibit 9 – Article, # <u>10</u> Exhibit Rule 26 Rebuttal Expert Report of Andrea Baccarelli, # <u>11</u> Exhibit 11 – Article, # <u>12</u> Exhibit 12 – Dr. Pinto–Martin Deposition Exhibit 610, # <u>13</u> Exhibit 13 – Dr. Pinto–Martin Deposition Exhibit 611, # <u>14</u> Exhibit 14 – Dr. Pinto–Martin Deposition Exhibit 612, # <u>15</u> Exhibit 15 – Article, # <u>16</u> Exhibit 16 – Dr. Pinto–Martin Deposition Exhibit 630, # <u>17</u> Exhibit 17 – Dr. Pinto–Martin Deposition Exhibit 627, |

| | | |
|---|---|---|
| | | # 18 Exhibit 18 – Dr. Pinto–Martin Deposition Exhibit 615, # 19 Exhibit 19 – Article, # 20 Exhibit 20 – Dr. Pinto–Martin Deposition Exhibit 621, # 21 Exhibit 21 – Dr. Stephen Faraone Deposition Transcript, # 22 Exhibit 22 – Dr. Mary DAlton Deposition Excerpts, # 23 Exhibit 23 – Dr. Pinto–Martin Deposition Exhibit 623, # 24 Exhibit 24 – Nexium Prescribing Information, # 25 Exhibit 25 – Article, # 26 Exhibit 26 – Dr. Pinto–Martin Deposition Exhibit 628, # 27 Exhibit 27 – Article, # 28 Exhibit 28 – Modern Epidemiology Chapter 3, # 29 Exhibit 29 – Article, # 30 Exhibit 30 – Video Clip, # 31 Exhibit 31 – Dr. Pinto–Martin Deposition Exhibit 633).(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1145 | MOTION to exclude Defendants' Expert Dr. Stephen Faraone Pursuant to Rule 702 . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1146 | MEMORANDUM OF LAW in Support re: 1145 MOTION to exclude Defendants' Expert Dr. Stephen Faraone Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1147 | DECLARATION of Ashley C. Keller in Support re: 1145 MOTION to exclude Defendants' Expert Dr. Stephen Faraone Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – Faraone Amended Expert Report, # 2 Exhibit 2 – Faraone Depo Transcript, # 3 Exhibit 3 – Article, # 4 Exhibit 4 – Faraone Depo Exhibit 785, # 5 Exhibit Faraone Depo Exhibit 705, # 6 Exhibit 6 – Faraone Depo Exhibit 763, # 7 Exhibit 7 – Faraone Depo Exhibit 780, # 8 Exhibit 8 – Faraone Depo Exhibit 764, # 9 Exhibit 9 – Faraone Depo Exhibit 765, # 10 Exhibit 10 – Faraone Depo Exhibit 766, # 11 Exhibit 11 – Faraone Depo Exhibit 781, # 12 Exhibit 12 – Faraone Depo Exhibit 771, # 13 Exhibit 13 – Faraone Depo Exhibit 784, # 14 Exhibit 14 – Pinto–Martin Depo Exhibit 627, # 15 Exhibit 15 – Faraone Depo Exhibit 778, # 16 Exhibit 16 – Article, # 17 Exhibit 17 – Hollander Depo Exhibit 55, # 18 Exhibit 18 – Email Correspondence, # 19 Exhibit 19 – Article, # 20 Exhibit 20 – Pinto–Martin Depo Transcript, # 21 Exhibit 21 – Article, # 22 Exhibit 22 – Baccarelli Rebuttal Expert Report, # 23 Exhibit 23 – Pinto–Martin Depo Exhibit 630, # 24 Exhibit 24 – Pinto–Martin Depo Exhibit 631, # 25 Exhibit 25 – Faraone Depo Exhibit 744, # 26 Exhibit 26 – Faraone Expert Disclosure, # 27 Exhibit 27 – Pinto–Martin Depo Exhibit 628).(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1148 | LETTER MOTION to Seal *Exhibits 2 and 5 to the Declaration in Support of Plaintiffs' Rule 702 Motion to Exclude Dr. Mitchell R. McGill* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 9/19/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1149 | MOTION Exclude Defendants' Expert Dr. Mitchell R. McGill Pursuant to Rule 702 . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1150 | MEMORANDUM OF LAW in Support re: 1149 MOTION Exclude Defendants' Expert Dr. Mitchell R. McGill Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1151 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Support re: 1149 MOTION Exclude Defendants' Expert Dr. Mitchell R. McGill Pursuant to Rule 702 .. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc., Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – McGill Expert Report, # 2 Exhibit 2 – McGill Transcript, # 3 Exhibit 3 – Pinto–Martin Transcript, # 4 Exhibit 4 – Louie Expert Report, # 5 Exhibit 5 – Pearson Expert Report, # 6 Exhibit 6 – Article, # 7 Exhibit 7 – Article, # 8 Exhibit 8 – Article, # 9 Exhibit 9 – Article, # 10 Exhibit 10 – Article, # 11 Exhibit 11 – Article, # 12 Exhibit 12 – Article, # 13 Exhibit 13 – Article, # 14 Exhibit 14 – Article, # 15 Exhibit 15 – Article, # 16 Exhibit 16 – Article, # 17 Exhibit 17 – Article, # 18 Exhibit 18 – Article, # 19 Exhibit 19 – Article, # 20 Exhibit 20 – Article, # 21 Exhibit 21 – Manuscript, # 22 Exhibit 22 – Article, # 23 Exhibit 23 – Article, # 24 Exhibit 24 – Article, # 25 Exhibit 25 – Manuscript, # 26 Exhibit 26 – Article)Motion or Order to File Under Seal: 1148 .(Keller, Ashley) (Entered: |

| | | |
|---|---|---|
| | | 09/19/2023) |
| 09/19/2023 | 1152 | DECLARATION of Ashley C. Keller in Support re: 1149 MOTION Exclude Defendants' Expert Dr. Mitchell R. McGill Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – McGill Expert Report, # 2 Exhibit 2 – Redacted McGill Transcript, # 3 Exhibit 3 – Pinto–Martin Transcript, # 4 Exhibit 4 – Louie Expert Report, # 5 Exhibit 5 – Redacted Pearson Expert Report, # 6 Exhibit 6 – Article, # 7 Exhibit 7 – Article, # 8 Exhibit 8 – Article, # 9 Exhibit 9 – Article, # 10 Exhibit 10 – Article, # 11 Exhibit 11 – Article, # 12 Exhibit 12 – Article, # 13 Exhibit 13 – Article, # 14 Exhibit 14 – Article, # 15 Exhibit 15 – Article, # 16 Exhibit 16 – Article, # 17 Exhibit 17 – Article, # 18 Exhibit 18 – Article, # 19 Exhibit 19 – Article, # 20 Exhibit 20 – Article, # 21 Exhibit 21 – Manuscript, # 22 Exhibit 22 – Article, # 23 Exhibit 23 – Article, # 24 Exhibit 24 – Article, # 25 Exhibit 25 – Manuscript, # 26 Exhibit 26 – Article).(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1153 | LETTER MOTION to Seal *Exhibits 6 and 7 of the Declaration and Portions of Memorandum in Support of Plaintiffs' Rule 702 Motion to Exclude Defendant's Expert Dr. Alexander Kolevzon* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 9/19/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1154 | MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1155 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1154 MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 . . Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. Motion or Order to File Under Seal: 1153 .(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1156 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Support re: 1154 MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 .. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. (Attachments: # 1 Exhibit 1 – Kolevzon Expert Report, # 2 Exhibit 2 – Kolevzon Deposition Transcript, # 3 Exhibit 3 – Kolevzon Deposition Exhibit 506 (Part 1), # 4 Exhibit 3 – Kolevzon Deposition Exhibit 506 (Part 2), # 5 Exhibit 4 – Kolevzon Deposition Exhibit 494 (Part 1), # 6 Exhibit 4 – Kolevzon Deposition Exhibit 494 (Part 2), # 7 Exhibit 5 – Kolevzon Deposition Exhibit 405, # 8 Exhibit 6 – Deposition Transcript Dr. Carol Jeffcoat, # 9 Exhibit 7 – Dr. Rachel Weinstein Deposition Exhibit 18, # 10 Exhibit 8 – Transcript Excerpts, # 11 Exhibit 9 – Pinto–Martin Deposition Exhibit 631, # 12 Exhibit 10 – Kolevzon Deposition Exhibit 463, # 13 Exhibit 11 – Kolevzon Deposition Exhibit 474)Motion or Order to File Under Seal: 1153 .(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1157 | MEMORANDUM OF LAW in Support re: 1154 MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1158 | MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1159 | DECLARATION of Ashley C. Keller in Support re: 1154 MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – Kolevzon Expert Report, # 2 |

| | | | |
|---|---|---|---|
| | | | Exhibit 2 – Kolevzon Deposition Transcript, # 3 Exhibit 3 – Kolevzon Deposition Exhibit 506 (Part 1), # 4 Exhibit 3 – Kolevzon Deposition Exhibit 506 (Part 2), # 5 Exhibit 4 – Kolevzon Deposition Exhibit 494 (Part 1), # 6 Exhibit 4 – Kolevzon Deposition Exhibit 494 (Part 2), # 7 Exhibit 5 – Kolevzon Deposition Exhibit 405, # 8 Exhibit 6 – Deposition Transcript Dr. Carol Jeffcoat (Under Seal), # 9 Exhibit 7 – Dr. Rachel Weinstein Deposition Exhibit 18 (Under Seal), # 10 Exhibit 8 – Transcript Excerpts, # 11 Exhibit 9 – Pinto–Martin Deposition Exhibit 631, # 12 Exhibit 10 – Kolevzon Deposition Exhibit 463, # 13 Exhibit 11 – Kolevzon Deposition Exhibit 474).(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1160 | | MEMORANDUM OF LAW in Support re: 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*. . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1161 | | MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1162 | | MEMORANDUM OF LAW in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*. . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1163 | | LETTER MOTION to Seal *Exhibits 2, 6, 7, and 8 of the Declaration and portions of Plaintiffs' Memorandum in Support of Plaintiffs' Rule 702 Motion to Exclude Defendant's Expert Dr. Mary D'Alton* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 9/19/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1164 | | MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1165 | | MEMORANDUM OF LAW in Support re: 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*. . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1166 | | MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1167 | | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1166 MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 . . Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. Motion or Order to File Under Seal: 1163 .(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1168 | | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Support re: 1166 MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 .. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. (Attachments: # 1 Exhibit 1 – D'Alton Expert Report, # 2 Exhibit 2 – D'Alton Deposition Transcript, # 3 Exhibit 3 – June 14, 2022 Email, # 4 Exhibit 4 – |

| | | |
|---|---|---|
| | | Pinto–Martin Deposition Transcript, # 5 Exhibit 5 – Publication, # 6 Exhibit 6 – D'Alton Deposition Exhibit 986, # 7 Exhibit 7 – D'Alton Deposition Exhibit 988, # 8 Exhibit 8 – Dr. Rachel Weinstein Deposition Exhibit 18, # 9 Exhibit 9 – D'Alton Deposition Exhibit 915A, # 10 Exhibit 10 – D'Alton Deposition Exhibit 915B, # 11 Exhibit 11 – Dr. Stephen Faraone Deposition Exhibit 781, # 12 Exhibit 12 – Dr. Kolevzon Deposition Exhibit 494)Motion or Order to File Under Seal: 1163 .(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1169 | MEMORANDUM OF LAW in Support re: 1166 MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 . *Redacted*. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1170 | DECLARATION of Ashley C. Keller in Support re: 1166 MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 – D'Alton Expert Report, # 2 Exhibit 2 – D'Alton Deposition Transcript (Redacted), # 3 Exhibit 3 – June 14, 2022 Email, # 4 Exhibit 4 – Pinto–Martin Deposition Transcript, # 5 Exhibit 5 – Publication, # 6 Exhibit 6 – D'Alton Deposition Exhibit 986 (Under Seal), # 7 Exhibit 7 – D'Alton Deposition Exhibit 988 (Under Seal), # 8 Exhibit 8 – Dr. Rachel Weinstein Deposition Exhibit 18 (Under Seal), # 9 Exhibit 9 – D'Alton Deposition Exhibit 915A, # 10 Exhibit 10 – D'Alton Deposition Exhibit 915B, # 11 Exhibit 11 – Dr. Stephen Faraone Deposition Exhibit 781, # 12 Exhibit 12 – Dr. Kolevzon Deposition Exhibit 494).(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1171 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 9/19/2023 re: Plaintiffs' Letter in Response to the Court's August 3, 2023 Order, Dkt. 805. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1172 | LETTER MOTION to Seal *Exhibits 3, 10, 13 and 14 of the Declaration in Support of Plaintiffs' Rule 702 Motion to Exclude Defendant's Expert Dr. Craig Powell* addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 9/19/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1173 | MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1174 | MEMORANDUM OF LAW in Support re: 1173 MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1175 | DECLARATION of Kristen L. Richer in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 – Kolevzon Report, # 2 Exhibit 2a – Baccarelli Amended Report, # 3 Exhibit 2b – Baccarelli Amended Report, # 4 Exhibit 3 – Baccarelli Deposition Transcript, # 5 Exhibit 4 – Ex. 94 to Baccarelli Deposition, # 6 Exhibit 5 – McTiernan Report to House of Representatives, # 7 Exhibit 6a – Cabrera Amended Report, # 8 Exhibit 6b – Cabrera Amended Report, # 9 Exhibit 6c – Cabrera Amended Report, # 10 Exhibit 6d – Cabrera Amended Report, # 11 Exhibit 6e – Cabrera Amended Report, # 12 Exhibit 6f – Cabrera Amended Report, # 13 Exhibit 6g – Cabrera Amended Report, # 14 Exhibit 6h – Cabrera Amended Report, # 15 Exhibit 6i – Cabrera Amended Report, # 16 Exhibit 6j – Cabrera Amended Report, # 17 Exhibit 6k – Cabrera Amended Report, # 18 Exhibit 7 – Cabrera Deposition Transcript, # 19 Exhibit 8a – Pearson Amended Report, # 20 Exhibit 8b – Pearson Amended Report, # 21 Exhibit 8c – Pearson Amended Report, # 22 Exhibit 8d – Pearson Amended Report, # 23 Exhibit 8e – Pearson Amended Report, # 24 Exhibit 9 – Louie Amended Report, # 25 Exhibit 10 – Louie Deposition Transcript, # 26 Exhibit 11 – Hollander Amended Report, # 27 Exhibit 12 – Hollander Rebuttal Report, # 28 Exhibit 13 – Hollander Deposition Transcript, # 29 Exhibit 14a – Pinto–Martin Report, # 30 Exhibit 14b – Pinto–Martin |

| | | |
|---|---|---|
| | | Report).(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1176 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Support re: 1173 MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 .. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil−PPC, McNeil−PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal−Mart Stores, Incorporated, Walgreens Boot Alliance, Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. (Attachments: # 1 Exhibit 1 − Powell Amended Expert Report, # 2 Exhibit 2 − Redline of Powell Amended Expert Report, # 3 Exhibit 3 − Powell Deposition Transcript, # 4 Exhibit 4 − Article, # 5 Exhibit 5 − Article, # 6 Exhibit 6 − Essay, # 7 Exhibit 7 − Article, # 8 Exhibit 8 − Article, # 9 Exhibit 9 − Article, # 10 Exhibit 10 − Pearson Rebuttal Report, # 11 Exhibit 11 − Article, # 12 Exhibit 12 − Demonstrative Chart, # 13 Exhibit 13 − Pearson Expert Report, # 14 Exhibit 14 − Cabrera Expert Report)Motion or Order to File Under Seal: 1172 .(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1177 | DECLARATION of Kristen L. Richer in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 15a − Chung Report, # 2 Exhibit 15b − Chung Report, # 3 Exhibit 16 − Baccarelli Rebuttal Report, # 4 Exhibit 17 − Pearson Deposition Transcript, # 5 Exhibit 18 − Pearson Rebuttal Report, # 6 Exhibit 19 − Ex. 54 to Holland Deposition, # 7 Exhibit 20 − Ex. 69 to Pearson Deposition, # 8 Exhibit 21 − Louie Rebuttal Report, # 9 Exhibit 22 − Pearson Supplemental Report, # 10 Exhibit 23 − Cabrera Supplemental Report, # 11 Exhibit 24 − ACOG 2022, # 12 Exhibit 25 − ACOG 2018, # 13 Exhibit 26 − Addo 2019, # 14 Exhibit 27 − Aebi 2010, # 15 Exhibit 28 − Alemany 2021, # 16 Exhibit 29 − Alwan 2022, # 17 Exhibit 30 − Anand 2021, # 18 Exhibit 31 − Angelis 2021, # 19 Exhibit 32 − Armstrong 2014, # 20 Exhibit 33 − Avella−Garcia 2016, # 21 Exhibit 34 − Baker 2022, # 22 Exhibit 35 − Baker 2020, # 23 Exhibit 36 − Baker 2023, # 24 Exhibit 37 − Barch 2020, # 25 Exhibit 38 − Bauer 2013, # 26 Exhibit 39 − 2021 Consensus Statement, # 27 Exhibit 40 − Bauer 2018, # 28 Exhibit 41 − Bauer 2022, # 29 Exhibit 42 − Becker 2010, # 30 Exhibit 43 − Bekkhus 2018, # 31 Exhibit 44 − Bertolini 2006, # 32 Exhibit 45 − Blecharz−Klin 2016).(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1178 | DECLARATION of Ashley C. Keller in Support re: 1173 MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1 − Powell Amended Expert Report, # 2 Exhibit 2 − Redline of Powell Amended Expert Report, # 3 Exhibit 3 − Powell Deposition Transcript (Redacted), # 4 Exhibit 4 − Article, # 5 Exhibit 5 − Article, # 6 Exhibit 6 − Essay, # 7 Exhibit 7 − Article, # 8 Exhibit 8 − Article, # 9 Exhibit 9 − Article, # 10 Exhibit 10 − Pearson Rebuttal Report (Redacted), # 11 Exhibit 11 − Article, # 12 Exhibit 12 − Demonstrative Chart, # 13 Exhibit 13 − Pearson Expert Report (Redacted), # 14 Exhibit 14 − Cabrera Expert Report (Redacted)).(Keller, Ashley) (Entered: 09/19/2023) |
| 09/19/2023 | 1179 | DECLARATION of Kristen L. Richer in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 46 − Blecharz−Klin 2015, # 2 Exhibit 47 − Blecharz−Klin 2019, # 3 Exhibit 48 − Blecharz−Klin 2014, # 4 Exhibit 49 − Blecharz−Klin 2017, # 5 Exhibit 50 − Brandlistuen 2013, # 6 Exhibit 51 − Brewer 2020, # 7 Exhibit 52 − Brune 2015, # 8 Exhibit 53 − Brynge 2022, # 9 |

| | | |
|---|---|---|
| | | Exhibit 54 – Carey 2023, # 10 Exhibit 55 – Carter 2016, # 11 Exhibit 56 – Chakrabarti 2015, # 12 Exhibit 57 – Chen 2014, # 13 Exhibit 58 – Chen 2019, # 14 Exhibit 59 – Christensen 2013, # 15 Exhibit 60 – Croen 2002, # 16 Exhibit 61 – Crunelle 2018, # 17 Exhibit 62 – Curran 2015, # 18 Exhibit 63 – Graaf 2000, # 19 Exhibit 64 – Dean 2012, # 20 Exhibit 65 – Demontis 2023, # 21 Exhibit 66 – DiGuiseppi 2022, # 22 Exhibit 67 – Dimova 2005, # 23 Exhibit 68 – Dupuis 2019, # 24 Exhibit 69 – Eslamimehr 2022, # 25 Exhibit 70 – Faraone 2005, # 26 Exhibit 71 – Faraone 2021, # 27 Exhibit 72 – Gervin 2017, # 28 Exhibit 73 – Gould 2012, # 29 Exhibit 74 – Gualtieri 2005, # 30 Exhibit 75 – Gustavson 2021, # 31 Exhibit 76 – Gustavson 2019, # 32 Exhibit 77 – Harshaw 2022).(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1180 | DECLARATION of Kristen L. Richer in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 78 – Hegvik 2023, # 2 Exhibit 79 – Herculano–Houzel 2009, # 3 Exhibit 80 – Herrington 2022, # 4 Exhibit 81 – Hill 1965, # 5 Exhibit 82 – Hornig 2018, # 6 Exhibit 83 – Hyman 2020, # 7 Exhibit 84 – Ishida 2013, # 8 Exhibit 85 – Jambhekar 2019, # 9 Exhibit 86 – James 2004, # 10 Exhibit 87 – James 2006, # 11 Exhibit 88 – Jetten 2012, # 12 Exhibit 89 – Ji 2020, # 13 Exhibit 90 – Ji 2018, # 14 Exhibit 91 – Kalkbrenner 2020, # 15 Exhibit 92 – Kalueff 2016, # 16 Exhibit 93 – Kessi 2022, # 17 Exhibit 94 – Klein 2020, # 18 Exhibit 95 – Klein 2023, # 19 Exhibit 96 – Laue 2019, # 20 Exhibit 97 – Leppert 2019, # 21 Exhibit 98 – Liew 2014, # 22 Exhibit 99 – Liew 2016, # 23 Exhibit 100 – Liew 2016, # 24 Exhibit 101 – Liew 2016, # 25 Exhibit 102 – Liew 2019, # 26 Exhibit 103 – Marotta 2020, # 27 Exhibit 104 – Masarwa 2020, # 28 Exhibit 105 – Masarwa 2018, # 29 Exhibit 106 – McCarthy 2017, # 30 Exhibit 107 – Motawi 2019, # 31 Exhibit 108 – Nasim 2019, # 32 Exhibit 109 – National Academies of Sciences, Engineering, and Medicine 2021).(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1181 | DECLARATION of Kristen L. Richer in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreens Co.. (Attachments: # 1 Exhibit 110 – Nikolas 2010, # 2 Exhibit 111 – Nutor 2023, # 3 Exhibit 112 – Nuttall 2003, # 4 Exhibit 113 – Oberg 2016, # 5 Exhibit 114 – Olsen 2016, # 6 Exhibit 115 – Olstad 2023, # 7 Exhibit 116 – Parker 2020, # 8 Exhibit 117 – Philippot 2017, # 9 Exhibit 118 – Posadas 2010, # 10 Exhibit 119 – Raijmakers 2001, # 11 Exhibit 120 – Ren 2022, # 12 Exhibit 121 – Ricci 2023, # 13 Exhibit 122 – Rigobello 2021, # 14 Exhibit 123 – Ruepp 2002, # 15 Exhibit 124 – Russell 2013, # 16 Exhibit 125 – Saeedan 2018, # 17 Exhibit 126 – Saunders 2019, # 18 Exhibit 127 – Schultz 2012, # 19 Exhibit 128 – Shaw 2013, # 20 Exhibit 129 – Sheldrick 2022, # 21 Exhibit 130 – Shi 2020, # 22 Exhibit 131 – Sjolander 2017, # 23 Exhibit 132 – Sjolander 2016, # 24 Exhibit 133 – Sjolander 2022, # 25 Exhibit 134 – Skoglund 2014, # 26 Exhibit 135 – Shovlund 2017, # 27 Exhibit 136 – Spildrejorde 2022, # 28 Exhibit 137 – Squires 1997, # 29 Exhibit 138 – Stergiakouli 2016, # 30 Exhibit 139 – Suda 2021, # 31 Exhibit 140 – Sznajder 2022, # 32 Exhibit 141 – Taagaard 2023).(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1182 | DECLARATION of Kristen L. Richer in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by CVS Pharmacy, Inc., Costco |

| | | |
|---|---|---|
| | | Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 142 – Tamiji 2010, # 2 Exhibit 143 – Taylor 2020, # 3 Exhibit 144 – Thapar 1999, # 4 Exhibit 145 – Thapar 2013, # 5 Exhibit 146 – Thome 2012, # 6 Exhibit 147 – Thompson 2014, # 7 Exhibit 148 – Tidmarsh 2003, # 8 Exhibit 149 – Tovo–Rodrigues 2018, # 9 Exhibit 150 – Tovo–Rodrigues 2020, # 10 Exhibit 151 – Tronnes 2020, # 11 Exhibit 152 – Tschudi–Monnet 2022, # 12 Exhibit 153 – Tyl 2008, # 13 Exhibit 154 – VanderWeele 2019, # 14 Exhibit 155 – Vandewouw 2023, # 15 Exhibit 156 – Vega 2020, # 16 Exhibit 157 – Viberg 2014, # 17 Exhibit 158 – Vigo 2019, # 18 Exhibit 159 – Vlenterie 2016, # 19 Exhibit 160 – Wazana 2007, # 20 Exhibit 161 – Wiggs 2017, # 21 Exhibit 162 – Williams 2005, # 22 Exhibit 163 – Woodruff 2014, # 23 Exhibit 164 – Yang 2017, # 24 Exhibit 165 – Ystrom 2017, # 25 Exhibit 166 – Zafeiri 2021, # 26 Exhibit 167 – Zerbo 2013, # 27 Exhibit 168 – Zhang 2021, # 28 Exhibit 169 – Zhao 2017, # 29 Exhibit 170 – Comparison Chart, # 30 Exhibit 171 – Glossary of Terms).(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1183 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of all Defendants dated September 19, 2023 re: Rule 702 Briefing Order. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/19/2023 | 1184 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer on behalf of all Defendants dated September 19, 2023 re: Rule 702 Hearing. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 09/19/2023) |
| 09/20/2023 | 1185 | ORDER granting Motions for Keith Rozanski and Katie Trinh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06311–DLC (jwh) (Entered: 09/20/2023) |
| 09/20/2023 | 1186 | ORDER granting Motions for Keith Rozanski and Katie Trinh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06619–DLC (jwh) (Entered: 09/20/2023) |
| 09/20/2023 | 1187 | ORDER granting Motions for Keith Rozanski and Katie Trinh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06060–DLC (jwh) (Entered: 09/20/2023) |
| 09/20/2023 | 1188 | ORDER granting Motions for Keith Rozanski and Katie Trinh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–06654–DLC (jwh) (Entered: 09/20/2023) |
| 09/20/2023 | 1189 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated September 20, 2023 re: Response to Defendants' Request for Rule 702 Hearing, Dkt. 1184. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 09/20/2023) |
| 09/20/2023 | 1190 | ORDER: DAUBERT SCHEDULING CONFERENCE : The parties having filed their Rule 702 motions, and the defendants having requested a conference regarding the logistics of any Rule 702 hearing, it is hereby ORDERED that a telephone conference is scheduled for Wednesday, October 4, 2023 at 3:00 P.M. The parties shall confer and file their proposals, either jointly or separately, by Monday, October 2. The parties shall use the following dial–in credentials for the telephone conference: Dial–in: 888–363–4749 Access Code: 4324948. The parties shall use a landline if one is available. ( Telephone Conference set for 10/4/2023 at 3:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 9/20/2023) (vfr) (Entered: 09/20/2023) |
| 09/22/2023 | 1191 | REPLY MEMORANDUM OF LAW in Support re: (38 in 1:23–cv–02944–DLC, 1005 in 1:22–md–03043–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. . Document filed by E. B., E. B., Katie Brehm. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC.(Emison, Brett) (Entered: 09/22/2023) |

| | | |
|---|---|---|
| 09/22/2023 | 1192 | DECLARATION of Brett A. Emison in Support re: (38 in 1:23−cv−02944−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*., (1002 in 1:22−md−03043−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*.. Document filed by E. B., E. B., Katie Brehm. (Attachments: # 1 Exhibit Joint Letter re. Amended Pleadings)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02944−DLC.(Emison, Brett) (Entered: 09/22/2023) |
| 09/22/2023 | 1193 | REPLY MEMORANDUM OF LAW in Support re: (38 in 1:23−cv−02944−DLC, 1005 in 1:22−md−03043−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. . Document filed by E. B., E. B., Katie Brehm. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02944−DLC.(Emison, Brett) (Entered: 09/22/2023) |
| 09/22/2023 | 1194 | DECLARATION of Brett A. Emison in Support re: (38 in 1:23−cv−02944−DLC, 1005 in 1:22−md−03043−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*.. Document filed by E. B., E. B., Katie Brehm. (Attachments: # 1 Exhibit Joint Letter re. Amended Pleadings)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−02944−DLC.(Emison, Brett) (Entered: 09/22/2023) |
| 09/22/2023 | 1195 | REPLY MEMORANDUM OF LAW in Support re: (1002 in 1:22−md−03043−DLC, 16 in 1:23−cv−04249−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. . Document filed by Khris Dafney, R. J.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04249−DLC.(Emison, Brett) (Entered: 09/22/2023) |
| 09/22/2023 | 1196 | DECLARATION of Brett A. Emison in Support re: (1002 in 1:22−md−03043−DLC, 16 in 1:23−cv−04249−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*.. Document filed by Khris Dafney, J. R., R. J.. (Attachments: # 1 Exhibit Joint Letter re. Amended Pleadings)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04249−DLC.(Emison, Brett) (Entered: 09/22/2023) |
| 09/25/2023 | 1197 | NOTICE OF APPEARANCE by Katie Megan Trinh on behalf of Big Lots..(Trinh, Katie) (Entered: 09/25/2023) |
| 09/25/2023 | 1198 | NOTICE OF APPEARANCE by Keith Rozanski on behalf of Big Lots..(Rozanski, Keith) (Entered: 09/25/2023) |
| 09/26/2023 | 1199 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Johnston, Sarah) (Entered: 09/26/2023) |
| 09/26/2023 | 1200 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Johnston, Sarah) (Entered: 09/26/2023) |
| 09/26/2023 | 1201 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson and Johnson Consumer, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Johnston, Sarah) (Entered: 09/26/2023) |
| 09/29/2023 | 1202 | NOTICE OF APPEARANCE by Dana J Ash on behalf of Dolgencorp LLC, Dolgencorp, LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Ash, Dana) (Entered: 09/29/2023) |
| 09/29/2023 | 1203 | NOTICE OF APPEARANCE by Sean Kenneth Burke on behalf of Dolgencorp LLC, Dolgencorp, LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Burke, Sean) (Entered: 09/29/2023) |
| 09/29/2023 | 1204 | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dolgencorp LLC, Dolgencorp, LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Gruner, Anne) (Entered: 09/29/2023) |
| 09/29/2023 | 1205 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 09/29/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 09/29/2023) |

| | | |
|---|---|---|
| 09/29/2023 | 1206 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller, Mikal C. Watts, W. Mark Lanier dated September 29, 2023 re: Plaintiffs' Supplemental Expert Reports. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Email Communication).(Keller, Ashley) (Entered: 09/29/2023) |
| 09/29/2023 | 1207 | NOTICE OF APPEARANCE by Kristen Renee Fournier on behalf of WALMART INC., Wal−Mart Stores, Incorporated, Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart Inc., Walmart, Inc., Walmart, Inc., Walmart, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Fournier, Kristen) (Entered: 09/29/2023) |
| 09/29/2023 | 1208 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated September 29, 2023 re: Plaintiff Fact Sheets. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit A − Plaintiff Fact Sheet, # 2 Exhibit B − Authorization, # 3 Exhibit C − Authorization).(Richer, Kristen) (Entered: 09/29/2023) |
| 09/30/2023 | 1209 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated September 30, 2023 re: Plaintiffs' Supplemental Reports. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 − Pearson June 21, 2023 Materials Considered, # 2 Exhibit 2 − Pearson July 28, 2023 Materials Considered, # 3 Exhibit 3 − Email Correspondence, # 4 Exhibit 4 − Email Correspondence).(Richer, Kristen) (Entered: 09/30/2023) |
| 10/02/2023 | 1210 | LETTER addressed to Judge Denise L. Cote from James F. Murdica dated October 2, 2023 re: Plaintiffs' Supplemental Expert Reports. Document filed by Johnson & Johnson Consumer Inc...(Murdica, James) (Entered: 10/02/2023) |
| 10/02/2023 | 1211 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Rekita Blackmon, et al. are dismissed without prejudice as to Defendant CVS Pharmacy, Inc., with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 10/2/2023) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04499−DLC (tg) (Entered: 10/02/2023) |
| 10/02/2023 | 1212 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Rekita Blackmon, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 10/2/2023) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04499−DLC (vfr) (Entered: 10/02/2023) |
| 10/02/2023 | 1213 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Morgan Cole, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 10/2/2023) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04600−DLC (tg) (Entered: 10/02/2023) |
| 10/02/2023 | 1214 | MEMO ENDORSEMENT on re: (1208 in 1:22−md−03043−DLC) Letter, filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT So ordered. (Signed by Judge Denise L. Cote on 10/2/2023) (jca) (Entered: 10/02/2023) |
| 10/02/2023 | 1215 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rules of Civil Procedure Rule 21 and 41(a)(1), all claims by Plaintiff Shannon Arce are dismissed without prejudice as to Defendant, Johnson & Johnson Consumer Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. Johnson & Johnson Consumer, Inc. terminated. (Signed by Judge Denise L. Cote on 10/2/2023) Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:22−md−03043−DLC, 1:23−cv−05327−DLC (rro) (Entered: 10/02/2023) |
| 10/02/2023 | 1216 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs Krista Gil, et al. are dismissed without prejudice as to Defendant Walmart, Inc. with each party bearing its own attorneys' fees, costs, and expenses. SO ORDERED. (Signed by Judge Denise L. Cote on 10/2/2023) Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−05425−DLC (vfr) (Entered: 10/02/2023) |
| 10/02/2023 | 1217 | ORDER granting 1140 Letter Motion to Seal; granting 1148 Letter Motion to Seal; granting 1153 Letter Motion to Seal; granting 1163 Letter Motion to Seal; granting 1172 Letter Motion to Seal. After reviewing the parties' letters of September 19, 2023, it is hereby ORDERED that the requests to redact and seal non−public documents and communications of defendant Johnson & Johnson Consumer Inc., as well as its employees' names, are approved. (Signed by Judge Denise L. Cote on 10/2/2023) (vfr) (Entered: 10/02/2023) |
| 10/02/2023 | 1218 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Mikal Watts and Mark Lanier dated 10/2/2023 re: Response to Court's Order Seeking Parties' Proposals Regarding Logistics of Rule 702 Hearing, Dkt. 1190. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/02/2023) |
| 10/02/2023 | 1219 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated October 2, 2023 re: Defendants' Rule 702 Hearing Proposal. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/02/2023) |
| 10/03/2023 | 1220 | NOTICE of Withdraw of Appearance. Document filed by Tammy Peavley−Hawes, CHARMINE TATE..(Grunfeld, Kenneth) (Entered: 10/03/2023) |
| 10/03/2023 | 1221 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated October 3, 2023 re: Plaintiffs' Supplemental Expert Reports. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/03/2023) |
| 10/03/2023 | 1222 | ORDER denying (986) Motion for Extension of Time; denying (987) Motion for Extension of Time; denying (1002) Motion to Amend/Correct (986 in 1:22−md−03043−DLC, 33 in 1:23−cv−02944−DLC) SECOND LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (987 in 1:22−md−03043−DLC, 15 in 1:23−cv−04249−DLC) SUPPLEMENTAL LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (1002 in 1:22−md−03043−DLC, 16 in 1:23−cv−04249−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*., (1005 in 1:22−md−03043−DLC, 38 in 1:23−cv−02944−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. ; denying (1005) Motion to Amend/Correct (986 in 1:22−md−03043−DLC, 33 in 1:23−cv−02944−DLC) SECOND LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (987 in 1:22−md−03043−DLC, 15 in 1:23−cv−04249−DLC) SUPPLEMENTAL LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (1002 in 1:22−md−03043−DLC, 16 in 1:23−cv−04249−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*., (1005 in 1:22−md−03043−DLC, 38 in 1:23−cv−02944−DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. in case 1:22−md−03043−DLC; denying (33) Motion for Extension of Time; denying (38) Motion to Amend/Correct (986 in 1:22−md−03043−DLC, 33 in 1:23−cv−02944−DLC) SECOND LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (987 in 1:22−md−03043−DLC, 15 in 1:23−cv−04249−DLC) SUPPLEMENTAL LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (1002 in 1:22−md−03043−DLC, 16 in |

| | | |
|---|---|---|
| | | 1:23–cv–04249–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*., (1005 in 1:22–md–03043–DLC, 38 in 1:23–cv–02944–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. in case 1:23–cv–02944–DLC; denying (15) Motion for Extension of Time; denying (16) Motion to Amend/Correct (986 in 1:22–md–03043–DLC, 33 in 1:23–cv–02944–DLC) SECOND LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (987 in 1:22–md–03043–DLC, 15 in 1:23–cv–04249–DLC) SUPPLEMENTAL LETTER MOTION for Extension of Time *to File Second Amended Short Form Complaint* addressed to Judge Denise L. Cote from Brett A. Emison dated August 30, 2023., (1002 in 1:22–md–03043–DLC, 16 in 1:23–cv–04249–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*., (1005 in 1:22–md–03043–DLC, 38 in 1:23–cv–02944–DLC) FIRST MOTION to Amend/Correct *Second Amended Short Form Complaint*. in case 1:23–cv–04249–DLC. Accordingly, it is hereby ORDERED that the August 30, 2023 motions in Brehm et al. and Dafney et al. for leave to file Second Amended Short Form Complaints are DENIED.. (Signed by Judge Denise L. Cote on 10/3/2023) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–02944–DLC, 1:23–cv–04249–DLC (jca) (Entered: 10/03/2023) |
| 10/03/2023 | 1223 | MEMO ENDORSEMENT on re: (1220 in 1:22–md–03043–DLC) Notice (Other) filed by Tammy Peavley–Hawes, CHARMINE TATE ENDORSMEENT SO ORDERED. Attorney Kenneth Jay Grunfeld terminated. (Signed by Judge Denise L. Cote on 10/2/2023) (jca) (Entered: 10/03/2023) |
| 10/04/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 10/4/2023. (Court Reporter Sharonda Jones) (jwh) (Entered: 10/04/2023) |
| 10/05/2023 | 1224 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffs Jossy Vega, et al., are dismissed with prejudice as to Defendant Johnson & Johnson Consumer Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Kendrick Vega, Jossy Vega (As Guardian of Kendrick Vega) and Jossy Vega (Individually) terminated. (Signed by Judge Denise L. Cote on 10/5/2023) (vfr) (Entered: 10/05/2023) |
| 10/05/2023 | 1225 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffs Shannon Lewis, et al., are dismissed with prejudice as to Defendant Johnson & Johnson Consumer Inc. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Shannon Lewis and Sheldon Lewis terminated. (Signed by Judge Denise L. Cote on 10/5/2023) (vfr) (Entered: 10/05/2023) |
| 10/05/2023 | 1226 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by plaintiffs Jessica Minner, et al., are dismissed with prejudice as to Defendants Johnson & Johnson Consumer Inc., Dolgencorp, LLC, and Walgreen Co. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Jessica Minner (Individually), J.R. and Jessica Minner (As Guardian, on behalf of the Plaintiff Child) terminated. (Signed by Judge Denise L. Cote on 10/5/2023) (vfr) (Entered: 10/05/2023) |
| 10/06/2023 | 1227 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) Johnson & Johnson Consumer Inc., Target Corporation, Walmart Inc.. Document filed by Vanessa Hernandez, J. H.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08234–DLC.(Emison, Brett) (Entered: 10/06/2023) |

| | | |
|---|---|---|
| 10/09/2023 | 1228 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) Johnson & Johnson Consumer Inc.. Document filed by D. C., Manuela Lugo Munoz. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08282–DLC.(Emison, Brett) Modified on 10/10/2023 (nd). (Entered: 10/09/2023) |
| 10/09/2023 | 1229 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) Johnson & Johnson Consumer Inc., Walmart Inc.. Document filed by I. J., Tierra Rawls. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08374–DLC.(Emison, Brett) (Entered: 10/09/2023) |
| 10/10/2023 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (1227 in 1:22–md–03043–DLC, 11 in 1:23–cv–08234–DLC) Notice of Voluntary Dismissal, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08234–DLC. (tp)** (Entered: 10/10/2023) |
| 10/10/2023 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (7 in 1:23–cv–08282–DLC, 1228 in 1:22–md–03043–DLC) Notice of Voluntary Dismissal,, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety;. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08282–DLC(nd)** (Entered: 10/10/2023) |
| 10/10/2023 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (1229 in 1:22–md–03043–DLC, 8 in 1:23–cv–08374–DLC) Notice of Voluntary Dismissal,, was reviewed and referred to Judge Denise L. Cote for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety;. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08374–DLC(nd)** (Entered: 10/10/2023) |
| 10/10/2023 | 1230 | LETTER MOTION to Seal *Certain Exhibits to the Declarations of Kristen L. Richer in Opposition to Plaintiffs' Rule 702 Motions to Exclude Drs. Pinto–Martin, Chung, and Faraone* addressed to Judge Denise L. Cote from Kristen L. Richer dated October 10, 2023. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1231 | \*\*\*SELECTED PARTIES\*\*\*REDACTION by All Defendants (Attachments: # 1 Exhibit 1 – Hollander Amended Report, # 2 Exhibit 2a – Baccarelli Amended Report, # 3 Exhibit 2b – Baccarelli Amended Report, # 4 Exhibit 3a – Cabrera Amended Report, # 5 Exhibit 3b – Cabrera Amended Report, # 6 Exhibit 3c – Cabrera Amended Report, # 7 Exhibit 3d – Cabrera Amended Report, # 8 Exhibit 3e – Cabrera Amended Report, # 9 Exhibit 3f – Cabrera Amended Report, # 10 Exhibit 3g – Cabrera Amended Report, # 11 Exhibit 3h – Cabrera Amended Report, # 12 Exhibit 3i – Cabrera Amended Report, # 13 Exhibit 3j – Cabrera Amended Report, # 14 Exhibit 3k – Cabrera Amended Report)Motion or Order to File Under Seal: 1230 .(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1232 | LETTER MOTION to Seal *certain exhibits of the Declaration of Ashley C. Keller in Support of Plaintiffs' Opposition to Defendants' Rule 702 Motions and portions of Plaintiffs' Oppositions to Defendants' Rule 702 Motions* addressed to Judge Denise L. Cote from Ashley C. Keller, Mikal C. Watts, and W. Mark Lanier dated 10/10/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1233 | \*\*\*SELECTED PARTIES\*\*\* RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding |

| | | |
|---|---|---|
| | | Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Andrea Baccarelli.* Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. Motion or Order to File Under Seal: 1232 .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1234 | RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Andrea Baccarelli.* Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1235 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/4/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/31/2023. Redacted Transcript Deadline set for 11/13/2023. Release of Transcript Restriction set for 1/8/2024.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 10/10/2023) |
| 10/10/2023 | 1236 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Eric Hollander.* Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. Motion or Order to File Under Seal: 1232 .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1237 | RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Eric Hollander.* Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1238 | RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Stan G. Louie.* Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/10/2023) |

| 10/10/2023 | 1239 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Robert Cabrera.* Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. Motion or Order to File Under Seal: 1232 .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1240 | RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Robert Cabrera.* Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1241 | MEMORANDUM OF LAW in Opposition re: 1142 MOTION to Exclude Defendants' Expert Dr. Jennifer Pinto–Martin Pursuant to Rule 702 . . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1242 | DECLARATION of Kristen L. Richer in Opposition re: 1142 MOTION to Exclude Defendants' Expert Dr. Jennifer Pinto–Martin Pursuant to Rule 702 .. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 – Proton Pump Inhibitor MDL Complaint, # 2 Exhibit 2 – Cabrera Deposition Transcript, # 3 Exhibit 3a – Chung Amended Report, # 4 Exhibit 3b – Chung Amended Report, # 5 Exhibit 4 – Louie Deposition Transcript, # 6 Exhibit 5 – Louie Amended Report, # 7 Exhibit 6a – Cabrera Amended Report, # 8 Exhibit 6b – Cabrera Amended Report, # 9 Exhibit 6c – Cabrera Amended Report, # 10 Exhibit 6d – Cabrera Amended Report, # 11 Exhibit 6e – Cabrera Amended Report, # 12 Exhibit 6f – Cabrera Amended Report, # 13 Exhibit 6g – Cabrera Amended Report, # 14 Exhibit 6h – Cabrera Amended Report, # 15 Exhibit 6i – Cabrera Amended Report, # 16 Exhibit 6j – Cabrera Amended Report, # 17 Exhibit 6k – Cabrera Amended Report, # 18 Exhibit 7a – Baccarelli Amended Report, # 19 Exhibit 7b – Baccarelli Amended Report, # 20 Exhibit 8 – Ames 2021, # 21 Exhibit 9 – Brynge 2022, # 22 Exhibit 10 – Chen 2019, # 23 Exhibit 11 – Curran 2015, # 24 Exhibit 12 – Gustavson 2019, # 25 Exhibit 13 – Hegvik 2023, # 26 Exhibit 14 – Hornig 2018, # 27 Exhibit 15 – Ji 2020, # 28 Exhibit 16 – Ji 2018, # 29 Exhibit 17 – Kalkbrenner 2020, # 30 Exhibit 18 – Leppert 2019, # 31 Exhibit 19 – Liew 2014, # 32 Exhibit 20 – Liew 2016, # 33 Exhibit 21 – Lupattelli 2023, # 34 Exhibit 22 – Oberg 2016, # 35 Exhibit 23 – Ren 2022, # 36 Exhibit 24 – Ricci 2023, # 37 Exhibit 25 – Rifas–Shiman 2019, # 38 Exhibit 26 – Tick 2016, # 39 Exhibit 27 – Yang 2017, # 40 Exhibit 28 – Zhang 2021).(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1243 | MEMORANDUM OF LAW in Opposition re: 1137 MOTION to exclude Defendants' Expert Dr. Wendy Chung Pursuant to Rule 702 . . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1244 | DECLARATION of Kristen L. Richer in Opposition re: 1137 MOTION to exclude Defendants' Expert Dr. Wendy Chung Pursuant to Rule 702 .. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1a – Hollander Amended Report, # 2 Exhibit 1b – Hollander Amended Report, # 3 Exhibit 2 – Cabrera Deposition Transcript, # 4 Exhibit 3 – Gustavson 2021, # 5 Exhibit 4 – Larsson 2014, # 6 Exhibit 5 – Leppert 2019, # 7 Exhibit 6 – Liew 2016, # 8 Exhibit 7 – Meng 2023, # 9 Exhibit 8 – Stergiakouli 2016, # 10 Exhibit 9 – Taylor 2020, # 11 Exhibit 10 – Tick 2016, # 12 Exhibit 11 – Ystrom |

| | | 2017).(Richer, Kristen) (Entered: 10/10/2023) |
|---|---|---|
| 10/10/2023 | 1245 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Brandon Pearson.* Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. Motion or Order to File Under Seal: 1232 .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1246 | MEMORANDUM OF LAW in Opposition re: 1145 MOTION to exclude Defendants' Expert Dr. Stephen Faraone Pursuant to Rule 702 . . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1247 | RESPONSE in Opposition to Motion re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants. as to Dr. Brandon Pearson.* Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1248 | DECLARATION of Kristen L. Richer in Opposition re: 1145 MOTION to exclude Defendants' Expert Dr. Stephen Faraone Pursuant to Rule 702 .. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 – Ex. 733 to Faraone Deposition, # 2 Exhibit 2a – Baccarelli Amended Report, # 3 Exhibit 2b – Baccarelli Amended Report, # 4 Exhibit 3a – Cabrera Amended Report, # 5 Exhibit 3b – Cabrera Amended Report, # 6 Exhibit 3c – Cabrera Amended Report, # 7 Exhibit 3d – Cabrera Amended Report, # 8 Exhibit 3e – Cabrera Amended Report, # 9 Exhibit 3f – Cabrera Amended Report, # 10 Exhibit 3g – Cabrera Amended Report, # 11 Exhibit 3h – Cabrera Amended Report, # 12 Exhibit 3i – Cabrera Amended Report, # 13 Exhibit 3j – Cabrera Amended Report, # 14 Exhibit 3k – Cabrera Amended Report, # 15 Exhibit 4 – Axelsson 2019, # 16 Exhibit 5 – Curran 2016, # 17 Exhibit 6 – Faraone 1995, # 18 Exhibit 7 – Gustavson 2017, # 19 Exhibit 8 – Hegvik 2023, # 20 Exhibit 9 – Lemelin 2021, # 21 Exhibit 10 – Skoglund 2014, # 22 Exhibit 11 – Wiggs 2017).(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1249 | MEMORANDUM OF LAW in Opposition re: 1166 MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 . . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1250 | DECLARATION of Kristen L. Richer in Opposition re: 1166 MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 .. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 – Hollander Deposition Transcript, # 2 Exhibit 2 – Louie Amended Report).(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1251 | MEMORANDUM OF LAW in Opposition re: 1154 MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 . . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1252 | DECLARATION of Kristen L. Richer in Opposition re: 1154 MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 .. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit 1a – Pinto–Martin Expert Report, # 2 Exhibit 1b – Pinto–Martin Expert Report, # 3 Exhibit 2 – Hyman 2020, # 4 Exhibit 3 – Katz 2021).(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1253 | MEMORANDUM OF LAW in Opposition re: 1173 MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 . . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1254 | DECLARATION of Kristen L. Richer in Opposition re: 1173 MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 .. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 – Curriculum Vitae of Craig Powell, # 2 Exhibit 2 – Pearson Deposition Transcript, # 3 Exhibit 3 – Pearson Deposition Exhibit 69, # 4 Exhibit 4 – Pearson Supplemental Report, # 5 Exhibit 5 – Cabrera Supplemental Report, # 6 Exhibit 6 – Ashafaq 2022, # 7 Exhibit 7 – Baker 2016, # 8 Exhibit 8 – Baker 2023, # 9 Exhibit 9 – Beck 2001, # 10 Exhibit 10 – Blecharz–Klin 2016, # 11 Exhibit 11 – Blecharz–Klin 2015, # 12 Exhibit 12 – Blecharz–Klin 2018, # 13 Exhibit 13 – Blecharz–Klin 2015, # 14 Exhibit 14 – Blecharz–Klin 2019, # 15 Exhibit 15 – Blecharz–Klin 2014, # 16 Exhibit 16 – Blecharz–Klin 2017, # 17 Exhibit 17 – Blecharz–Klin 2013, # 18 Exhibit 18 – Brigida 2017, # 19 Exhibit 19 – Chen 2018, # 20 Exhibit 20 – da Silva 2012, # 21 Exhibit 21 – Dean 2012, # 22 Exhibit 22 – Fyke 2021, # 23 Exhibit 23 – Gould 2012, # 24 Exhibit 24 – Harshaw & Warner 2022, # 25 Exhibit 25 – Hay–Schmidt 2017, # 26 Exhibit 26 – Herrington 2022, # 27 Exhibit 27 – Ishida 2007, # 28 Exhibit 28 – Klein 2020, # 29 Exhibit 29 – Klein 2023, # 30 Exhibit 30 – Lichtensteiger 2015, # 31 Exhibit 31 – Philippot 2018, # 32 Exhibit 32 – Philippot 2017, # 33 Exhibit 33 – Philippot 2022, # 34 Exhibit 34 – Rigobello 2021, # 35 Exhibit 35 – Ruepp 2002, # 36 Exhibit 36 – Saad 2016, # 37 Exhibit 37 – Saeedan 2018, # 38 Exhibit 38 – Suda 2021, # 39 Exhibit 39 – Tyl 2008, # 40 Exhibit 40 – Umathe 2009, # 41 Exhibit 41 – Viberg 2014, # 42 Exhibit 42 – Zhao 2017).(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1255 | MEMORANDUM OF LAW in Opposition re: 1149 MOTION Exclude Defendants' Expert Dr. Mitchell R. McGill Pursuant to Rule 702 . . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/10/2023) |
| 10/10/2023 | 1256 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Opposition re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40)Motion or Order to File Under Seal: 1232 .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1257 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Opposition re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION |

to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.*. (Attachments: # 1 Exhibit 41, # 2 Exhibit 42, # 3 Exhibit 43, # 4 Exhibit 44, # 5 Exhibit 45, # 6 Exhibit 46, # 7 Exhibit 47, # 8 Exhibit 48, # 9 Exhibit 49, # 10 Exhibit 50, # 11 Exhibit 51, # 12 Exhibit 52, # 13 Exhibit 53, # 14 Exhibit 54, # 15 Exhibit 55, # 16 Exhibit 56, # 17 Exhibit 57, # 18 Exhibit 58, # 19 Exhibit 59, # 20 Exhibit 60, # 21 Exhibit 61, # 22 Exhibit 62, # 23 Exhibit 63, # 24 Exhibit 64, # 25 Exhibit 65, # 26 Exhibit 66, # 27 Exhibit 67, # 28 Exhibit 68, # 29 Exhibit 69, # 30 Exhibit 70, # 31 Exhibit 71, # 32 Exhibit 72, # 33 Exhibit 73, # 34 Exhibit 74, # 35 Exhibit 75, # 36 Exhibit 76, # 37 Exhibit 77, # 38 Exhibit 78, # 39 Exhibit 79, # 40 Exhibit 80)Motion or Order to File Under Seal: 1232 .(Keller, Ashley) (Entered: 10/10/2023)

| | | |
|---|---|---|
| 10/10/2023 | 1258 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Opposition re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants.*. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. (Attachments: # 1 Exhibit 81, # 2 Exhibit 82, # 3 Exhibit 83, # 4 Exhibit 84, # 5 Exhibit 85, # 6 Exhibit 86, # 7 Exhibit 87, # 8 Exhibit 88, # 9 Exhibit 89, # 10 Exhibit 90, # 11 Exhibit 91, # 12 Exhibit 92, # 13 Exhibit 93, # 14 Exhibit 94, # 15 Exhibit 95, # 16 Exhibit 96, # 17 Exhibit 97, # 18 Exhibit 98, # 19 Exhibit 99, # 20 Exhibit 100, # 21 Exhibit 101, # 22 Exhibit 102, # 23 Exhibit 103, # 24 Exhibit 104, # 25 Exhibit 105, # 26 Exhibit 106, # 27 Exhibit 107, # 28 Exhibit 108, # 29 Exhibit 109, # 30 Exhibit 110, # 31 Exhibit 111, # 32 Exhibit 112, # 33 Exhibit 113, # 34 Exhibit 114, # 35 Exhibit 115, # 36 Exhibit 116, # 37 Exhibit 117, # 38 Exhibit 118, # 39 Exhibit 119, # 40 Exhibit 120)Motion or Order to File Under Seal: 1232 .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1259 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Opposition re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants.*, 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants.*, 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants.*. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. (Attachments: # 1 Exhibit 121, # 2 Exhibit 122 Part 1, # 3 Exhibit 122 Part 2, # 4 Exhibit 122 Part 3, # 5 Exhibit 122 Part 4, # 6 Exhibit 123, # 7 Exhibit 124, # 8 Exhibit 125, # 9 Exhibit 126, # 10 Exhibit 127, # 11 Exhibit 128, # 12 Exhibit 129, # 13 Exhibit 130, # 14 Exhibit 131, # 15 Exhibit 132, # 16 Exhibit 133, # 17 Exhibit 134, # 18 Exhibit 135, # 19 Exhibit 136, # 20 Exhibit 137, # 21 Exhibit 138, # 22 Exhibit 139, # 23 Exhibit 140, # 24 Exhibit 141, # 25 Exhibit 142, # 26 Exhibit 143, # 27 Exhibit 144, # 28 Exhibit 145, # 29 Exhibit 146, # 30 Exhibit 147, # 31 Exhibit 148, # 32 Exhibit 149, # 33 Exhibit 150, # 34 Exhibit 151, # 35 Exhibit 152, # 36 Exhibit 153, # 37 Exhibit 154, # 38 Exhibit |

| | | |
|---|---|---|
| | | 155, # <u>39</u> Exhibit 156, # <u>40</u> Exhibit 157, # <u>41</u> Exhibit 158, # <u>42</u> Exhibit 159, # <u>43</u> Exhibit 160)Motion or Order to File Under Seal: <u>1232</u> .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | <u>1260</u> | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Opposition re: <u>1161</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., <u>1164</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., <u>1158</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. (Attachments: # <u>1</u> Exhibit 161, # <u>2</u> Exhibit 162, # <u>3</u> Exhibit 163, # <u>4</u> Exhibit 164, # <u>5</u> Exhibit 165, # <u>6</u> Exhibit 166, # <u>7</u> Exhibit 167, # <u>8</u> Exhibit 168 Part 1, # <u>9</u> Exhibit 168 Part 2, # <u>10</u> Exhibit 168 Part 3, # <u>11</u> Exhibit 169, # <u>12</u> Exhibit 170, # <u>13</u> Exhibit 171, # <u>14</u> Exhibit 172, # <u>15</u> Exhibit 173, # <u>16</u> Exhibit 174, # <u>17</u> Exhibit 175, # <u>18</u> Exhibit 176, # <u>19</u> Exhibit 177, # <u>20</u> Exhibit 178, # <u>21</u> Exhibit 179, # <u>22</u> Exhibit 180, # <u>23</u> Exhibit 181, # <u>24</u> Exhibit 182, # <u>25</u> Exhibit 183, # <u>26</u> Exhibit 184, # <u>27</u> Exhibit 185, # <u>28</u> Exhibit 186, # <u>29</u> Exhibit 187, # <u>30</u> Exhibit 188, # <u>31</u> Exhibit 189, # <u>32</u> Exhibit 190, # <u>33</u> Exhibit 191, # <u>34</u> Exhibit 192, # <u>35</u> Exhibit 193, # <u>36</u> Exhibit 194, # <u>37</u> Exhibit 195, # <u>38</u> Exhibit 196, # <u>39</u> Exhibit 197, # <u>40</u> Exhibit 198, # <u>41</u> Exhibit 199, # <u>42</u> Exhibit 200)Motion or Order to File Under Seal: <u>1232</u> .(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | <u>1261</u> | DECLARATION of Ashley C. Keller in Opposition re: <u>1161</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., <u>1164</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., <u>1158</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40).(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | <u>1262</u> | DECLARATION of Ashley C. Keller in Opposition re: <u>1161</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., <u>1164</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., <u>1158</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 41, # <u>2</u> Exhibit 42, # <u>3</u> Exhibit 43, # <u>4</u> Exhibit 44, # <u>5</u> Exhibit 45, # <u>6</u> Exhibit 46, # <u>7</u> Exhibit 47, # <u>8</u> Exhibit 48, # <u>9</u> Exhibit 49, # <u>10</u> Exhibit 50, # <u>11</u> Exhibit 51, # <u>12</u> Exhibit 52, # <u>13</u> Exhibit 53, # <u>14</u> Exhibit 54, # <u>15</u> Exhibit 55, # <u>16</u> Exhibit 56, # <u>17</u> Exhibit 57, # <u>18</u> Exhibit 58, # <u>19</u> Exhibit 59, # <u>20</u> Exhibit 60, # <u>21</u> Exhibit 61, # <u>22</u> Exhibit 62, # <u>23</u> Exhibit 63, # <u>24</u> Exhibit 64, # <u>25</u> Exhibit 65, # <u>26</u> Exhibit 66, # <u>27</u> Exhibit 67, # <u>28</u> Exhibit 68, # <u>29</u> Exhibit 69, # <u>30</u> Exhibit 70, # <u>31</u> Exhibit 71, # <u>32</u> Exhibit 72, # <u>33</u> Exhibit 73, # <u>34</u> Exhibit 74, # <u>35</u> Exhibit 75, # <u>36</u> Exhibit 76, # <u>37</u> Exhibit 77, # <u>38</u> Exhibit 78, # <u>39</u> Exhibit 79, # <u>40</u> Exhibit 80).(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | <u>1263</u> | DECLARATION of Ashley C. Keller in Opposition re: <u>1161</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit |

| | | |
|---|---|---|
| | | Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 81, # 2 Exhibit 82, # 3 Exhibit 83, # 4 Exhibit 84, # 5 Exhibit 85, # 6 Exhibit 86, # 7 Exhibit 87, # 8 Exhibit 88, # 9 Exhibit 89, # 10 Exhibit 90, # 11 Exhibit 91, # 12 Exhibit 92, # 13 Exhibit 93, # 14 Exhibit 94, # 15 Exhibit 95, # 16 Exhibit 96, # 17 Exhibit 97, # 18 Exhibit 98, # 19 Exhibit 99, # 20 Exhibit 100, # 21 Exhibit 101, # 22 Exhibit 102, # 23 Exhibit 103, # 24 Exhibit 104, # 25 Exhibit 105, # 26 Exhibit 106, # 27 Exhibit 107, # 28 Exhibit 108, # 29 Exhibit 109, # 30 Exhibit 110, # 31 Exhibit 111, # 32 Exhibit 112, # 33 Exhibit 113, # 34 Exhibit 114, # 35 Exhibit 115, # 36 Exhibit 116, # 37 Exhibit 117, # 38 Exhibit 118, # 39 Exhibit 119, # 40 Exhibit 120).(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1264 | DECLARATION of Ashley C. Keller in Opposition re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 121, # 2 Exhibit 122, # 3 Exhibit 123, # 4 Exhibit 124, # 5 Exhibit 125, # 6 Exhibit 126, # 7 Exhibit 127, # 8 Exhibit 128, # 9 Exhibit 129, # 10 Exhibit 130, # 11 Exhibit 131, # 12 Exhibit 132, # 13 Exhibit 133, # 14 Exhibit 134, # 15 Exhibit 135, # 16 Exhibit 136, # 17 Exhibit 137, # 18 Exhibit 138, # 19 Exhibit 139, # 20 Exhibit 140, # 21 Exhibit 141, # 22 Exhibit 142, # 23 Exhibit 143, # 24 Exhibit 144, # 25 Exhibit 145, # 26 Exhibit 146, # 27 Exhibit 147, # 28 Exhibit 148, # 29 Exhibit 149, # 30 Exhibit 150, # 31 Exhibit 151, # 32 Exhibit 152, # 33 Exhibit 153, # 34 Exhibit 154, # 35 Exhibit 155, # 36 Exhibit 156, # 37 Exhibit 157, # 38 Exhibit 158, # 39 Exhibit 159, # 40 Exhibit 160).(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1265 | DECLARATION of Ashley C. Keller in Opposition re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 161, # 2 Exhibit 162, # 3 Exhibit 163, # 4 Exhibit 164, # 5 Exhibit 165, # 6 Exhibit 166, # 7 Exhibit 167, # 8 Exhibit 168 Part 1, # 9 Exhibit 168 Part 2, # 10 Exhibit 168 Part 3, # 11 Exhibit 169, # 12 Exhibit 170, # 13 Exhibit 171, # 14 Exhibit 172, # 15 Exhibit 173, # 16 Exhibit 174, # 17 Exhibit 175, # 18 Exhibit 176, # 19 Exhibit 177, # 20 Exhibit 178, # 21 Exhibit 179, # 22 Exhibit 180, # 23 Exhibit 181, # 24 Exhibit 182, # 25 Exhibit 183, # 26 Exhibit 184, # 27 Exhibit 185, # 28 Exhibit 186, # 29 Exhibit 187, # 30 Exhibit 188, # 31 Exhibit 189, # 32 Exhibit 190, # 33 Exhibit 191, # 34 Exhibit 192, # 35 Exhibit 193, # 36 Exhibit 194, # 37 Exhibit 195, # 38 Exhibit 196, # 39 Exhibit 197, # 40 Exhibit 198, # 41 Exhibit 199, # 42 Exhibit 200).(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1266 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated October 10, 2023 re: Exhibit 111 to Plaintiffs' Oppositions to Defendants' Rule 702 Motions. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/10/2023) |
| 10/10/2023 | 1268 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i). Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Manuela Lugo Munoz, individually and as mother and general guardian of D.C., and D.C., a minor, hereby give notice of their voluntary dismissal of all claims in this action without prejudice. Each party shall bear its own costs, expenses, and fees. So Ordered., (Manuela Lugo Munoz(as Mother, and General Guardian of D.C., a Minor), Manuela Lugo Munoz, Manuela Lugo Munoz., Manuela Lugo Munoz (Individually), Manuela Lugo Munoz (as Mother, and General Guardian of D.C., a Minor ), Manuela Lugo Munoz (as Mother, and General Guardian of D.C., a Minor) and Manuela Lugo Munoz (Individually) terminated.) (Signed by Judge Denise L. Cote on 10/10/23) |

| | | |
|---|---|---|
| | | Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08282–DLC (yv) (Entered: 10/11/2023) |
| 10/10/2023 | 1269 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i). Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Tierra Rawls, individually and as mother and general guardian of I.J., and I.J., a minor, hereby give notice of their voluntary dismissal of all claims in this action without prejudice. Each party shall bear its own costs, expenses, and fees. So Ordered., (Tierra Rawls(as Mother and General Guardian of I.J., a Minor)., Tierra Rawls (as Mother and General Guardian of I.J., a Minor ), Tierra Rawls (Individually), Tierra Rawls (as Mother and General Guardian of I.J., a Minor) and Tierra Rawls (Individually) terminated.) (Signed by Judge Denise L. Cote on 10/10/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08374–DLC (yv) (Entered: 10/11/2023) |
| 10/11/2023 | 1267 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i). Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Vanessa Hernandez, individually and as mother and general guardian of J.H., and J.H., a minor, hereby give notice of their voluntary dismissal of all claims in this action without prejudice. Each party shall bear its own cost and fees. So Ordered. (Signed by Judge Denise L. Cote on 10/10/23) Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08234–DLC (yv) (Entered: 10/11/2023) |
| 10/11/2023 | 1270 | ORDER: Since documents that are unrenderable in.pdf format may not be uploaded to ECF, it is hereby ORDERED that plaintiffs shall deliver one thumb drive containing the document to this Chambers and shall deliver a second thumb drive containing the documents to the Clerk of Court. IT IS FURTHER ORDERED that the Clerk of Court is directed to accept the plaintiffs' submission for filing and shall retain the thumb drive in the case file. (Signed by Judge Denise L. Cote on 10/11/2023) (vfr) (Entered: 10/11/2023) |
| 10/11/2023 | 1271 | ORDER granting 1230 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/11/2023) (vfr) (Entered: 10/12/2023) |
| 10/11/2023 | 1272 | ORDER granting 1232 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/11/2023) (vfr) (Entered: 10/12/2023) |
| 10/12/2023 | 1273 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy Inc, CVS Pharmacy Inc., CVS Pharmacy, Inc., CVS Pharmacy, Inc., CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 10/12/2023) |
| 10/12/2023 | 1274 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co., Walgreen Co., Walgreen Co., Walgreen Co., Walgreen, Co., Walgreen, Co., Walgreens Co.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 10/12/2023) |
| 10/12/2023 | 1275 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated October 12, 2023 re: Replacement of Expert CV. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Exhibit A).(Keller, Ashley) (Entered: 10/12/2023) |
| 10/12/2023 | 1276 | NOTICE OF APPEARANCE by Sandra Ko on behalf of Costco Wholesale, Costco Wholesale Corporation, Costco Wholesale Corporation, Costo Wholesale Corporation. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Ko, Sandra) (Entered: 10/12/2023) |
| 10/16/2023 | 1277 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 10/16/2023) |
| 10/16/2023 | 1278 | LETTER addressed to Judge Denise L. Cote from David M. Katz dated October 16, 2023 re: Notice of Bankruptcy Filing and Stay. Document filed by Rite Aid Corporation..(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1279 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition).(Katz, David) (Entered: 10/16/2023) |

| 10/16/2023 | 1280 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−08816−DLC.(Katz, David) (Entered: 10/16/2023) |
|---|---|---|
| 10/16/2023 | 1281 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09878−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1282 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09072−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1283 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09056−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1284 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−09285−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1285 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−04725−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1286 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation, Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−05419−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1287 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation, Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−05655−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1288 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation, Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−05649−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1289 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation, Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−05686−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1290 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation, Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−05687−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1291 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−05689−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1292 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−06321−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1293 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation, Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−06333−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1294 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−06580−DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1295 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation, Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−07220−DLC.(Katz, David) |

| | | |
|---|---|---|
| | | (Entered: 10/16/2023) |
| 10/16/2023 | 1296 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09041–DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1297 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08449–DLC.(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1298 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition).(Katz, David) (Entered: 10/16/2023) |
| 10/16/2023 | 1299 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated October 16, 2023 re: Rite–Aid Notice of Bankruptcy, Dkt. 1278, 1288. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/16/2023) |
| 10/17/2023 | 1300 | LETTER addressed to Judge Denise L. Cote from David M. Katz dated October 17, 2023 re: Request for time to respond to Plaintiffs' letter (Dkt. 1299). Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Email Correspondence).(Katz, David) (Entered: 10/17/2023) |
| 10/17/2023 | 1301 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–08964–DLC.(Katz, David) (Entered: 10/17/2023) |
| 10/17/2023 | 1302 | LETTER MOTION for Extension of Time addressed to Judge Denise L. Cote from Daniel M. Sullivan dated October 17, 2023. Document filed by Plaintiffs Counsel..(Sullivan, Daniel) (Entered: 10/17/2023) |
| 10/17/2023 | 1303 | MEMO ENDORSEMENT on re: 1300 Letter, filed by Rite Aid Corporation. ENDORSEMENT: Granted. Response is due by October 19, 2023 at 12:00 P.M. (Signed by Judge Denise L. Cote on 10/17/2023) (vfr) (Entered: 10/17/2023) |
| 10/17/2023 | 1304 | ORDER granting 1302 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 10/17/2023) (vfr) (Entered: 10/17/2023) |
| 10/17/2023 | | Set/Reset Deadlines: Replies due by 10/20/2023. (vfr) (Entered: 10/17/2023) |
| 10/17/2023 | 1305 | NOTICE OF APPEARANCE by Jeffrey S. Grand on behalf of Michael Horne. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–09021–DLC.(Grand, Jeffrey) (Entered: 10/17/2023) |
| 10/19/2023 | 1306 | LETTER addressed to Judge Denise L. Cote from David M. Katz dated October 19, 2023 re: Response to Plaintiff's Proposal for Rite Aid cases. Document filed by Rite Aid Corporation..(Katz, David) (Entered: 10/19/2023) |
| 10/19/2023 | 1307 | NOTICE of Suggestion of Bankruptcy/Stay. Document filed by Rite Aid Corporation. (Attachments: # 1 Exhibit A – Bankruptcy Petition)Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–10041–DLC.(Katz, David) (Entered: 10/19/2023) |
| 10/20/2023 | 1308 | REPLY MEMORANDUM OF LAW in Support re: 1137 MOTION to exclude Defendants' Expert Dr. Wendy Chung Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | 1309 | DECLARATION of Ashley C. Keller in Support re: 1137 MOTION to exclude Defendants' Expert Dr. Wendy Chung Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | 1310 | REPLY MEMORANDUM OF LAW in Support re: 1142 MOTION to Exclude Defendants' Expert Dr. Jennifer Pinto–Martin Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | 1311 | REPLY MEMORANDUM OF LAW in Support re: 1154 MOTION to Exclude Defendants' Expert Dr. Alexander Kolevzon Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |

| | | |
|---|---|---|
| 10/20/2023 | <u>1312</u> | REPLY MEMORANDUM OF LAW in Support re: <u>1145</u> MOTION to exclude Defendants' Expert Dr. Stephen Faraone Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1313</u> | DECLARATION of Ashley C. Keller in Support re: <u>1145</u> MOTION to exclude Defendants' Expert Dr. Stephen Faraone Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8).(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1314</u> | REPLY MEMORANDUM OF LAW in Support re: <u>1149</u> MOTION Exclude Defendants' Expert Dr. Mitchell R. McGill Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1315</u> | DECLARATION of Ashley C. Keller in Support re: <u>1149</u> MOTION Exclude Defendants' Expert Dr. Mitchell R. McGill Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4).(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1316</u> | REPLY MEMORANDUM OF LAW in Support re: <u>1173</u> MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1317</u> | DECLARATION of Ashley C. Keller in Support re: <u>1173</u> MOTION to Exclude Defendants' Expert Dr. Craig Powell Pursuant to Rule 702 .. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit 1).(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1318</u> | LETTER MOTION to Seal *Plaintiffs' Reply in Support of Plaintiffs' Rule 702 Motion to Exclude Dr. Mary D'Alton* addressed to Judge Denise L. Cote from Ashley C. Keller, Mikal C. Watts, and W. Mark Lanier dated 10/20/2023. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1319</u> | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: <u>1166</u> MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 . . Document filed by Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, Costco Wholesale Corp., Costco Wholesale Corporation, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar, Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Sams West Inc., The Kroger Co., Wal–Mart Stores, Incorporated, Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc.. Motion or Order to File Under Seal: <u>1318</u> .(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1320</u> | REPLY MEMORANDUM OF LAW in Support re: <u>1166</u> MOTION to Exclude Defendants' Expert Dr. Mary D'Alton Pursuant to Rule 702 . . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1321</u> | LETTER MOTION to Seal *Portions of Defendants' Reply Memoranda of Law in Support of Motions to Exclude* addressed to Judge Denise L. Cote from Kristen L. Richer dated October 20, 2023. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1322</u> | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: <u>1158</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*. . Document filed by All Defendants. Motion or Order to File Under Seal: <u>1321</u> .(Richer, Kristen) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1323</u> | REPLY MEMORANDUM OF LAW in Support re: <u>1158</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*. . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/20/2023) |
| 10/20/2023 | <u>1324</u> | REPLY MEMORANDUM OF LAW in Support re: <u>1161</u> MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*. . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) |

| | | (Entered: 10/20/2023) |
|---|---|---|
| 10/20/2023 | 1325 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*. . Document filed by All Defendants. Motion or Order to File Under Seal: 1321 .(Richer, Kristen) (Entered: 10/20/2023) |
| 10/20/2023 | 1326 | REPLY MEMORANDUM OF LAW in Support re: 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*. . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 10/20/2023) |
| 10/20/2023 | 1327 | DECLARATION of Kristen L. Richer in Support re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants*.. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 – JPML Hearing Transcript, # 2 Exhibit 2 – Algorta 2016, # 3 Exhibit 3 – Bandoli 2020, # 4 Exhibit 4 – Levy 2019, # 5 Exhibit 5 – Liu 2022, # 6 Exhibit 6 – Mattheisen 2022, # 7 Exhibit 7 – Mazefsky 2011, # 8 Exhibit 8 – Oerbeck 2020, # 9 Exhibit 9 – Overgaard 2019, # 10 Exhibit 10 – Rescorla 2020, # 11 Exhibit 11 – Riglin 2021, # 12 Exhibit 12 – Ruisch 2018, # 13 Exhibit 13 – Spencer 2018, # 14 Exhibit 14 – Stergiakouli 2017).(Richer, Kristen) (Entered: 10/20/2023) |
| 10/20/2023 | 1328 | LETTER addressed to Judge Denise L. Cote from Jessica Davidson dated October 20, 2023 re: ECF No. 1310. Document filed by Johnson & Johnson Consumer Inc...(Davidson, Jessica) (Entered: 10/20/2023) |
| 10/24/2023 | 1340 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Louisiana Middle, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Denise L. Cote, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 10/24/2023) (vba) (Entered: 11/06/2023) |
| 10/30/2023 | 1329 | LETTER addressed to Judge Denise L. Cote from Ashley Keller dated October 30, 2023 re: Rule 702 Hearing Date. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 10/30/2023) |
| 10/30/2023 | 1330 | NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT PUBLIX SUPER MARKETS, INC.: Plaintiffs, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss all claims without prejudice as to Defendant Publix Super Markets, Inc. Defendant Publix has not filed a responsive pleading in this case. Each party shall bear its own costs. L. C. and Shannon Arce terminated. (Signed by Judge Denise L. Cote on 10/30/2023) (vfr) (Entered: 10/30/2023) |
| 10/30/2023 | 1331 | MEMO ENDORSEMENT on re: 1329 Letter filed by Plaintiffs Counsel. ENDORSEMENT: The Court will not require the parties' attendance on December 5. (Signed by Judge Denise L. Cote on 10/30/2023) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) Modified on 10/30/2023 (vfr). (Entered: 10/30/2023) |
| 10/30/2023 | 1332 | ORDER granting (1318) Letter Motion to Seal in case 1:22–md–03043–DLC. Granted. (Signed by Judge Denise L. Cote on 10/30/2023) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) (Entered: 10/30/2023) |
| 10/30/2023 | 1333 | ORDER granting 1321 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/30/2023) (vfr) (Entered: 10/30/2023) |

| | | |
|---|---|---|
| 10/31/2023 | 1334 | LETTER addressed to Judge Denise L. Cote from Ann Callis dated 10/31/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 10/31/2023) |
| 11/02/2023 | 1335 | NOTICE OF APPEARANCE by Dana J Ash on behalf of Dolgencorp LLC, Dolgencorp, LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC.(Ash, Dana) (Entered: 11/02/2023) |
| 11/02/2023 | 1336 | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dolgencorp LLC, Dolgencorp, LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC.(Gruner, Anne) (Entered: 11/02/2023) |
| 11/02/2023 | 1337 | NOTICE OF APPEARANCE by Sean Kenneth Burke on behalf of Dolgencorp LLC, Dolgencorp, LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:22–cv–09033–DLC.(Burke, Sean) (Entered: 11/02/2023) |
| 11/02/2023 | 1338 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 2, 2023 re: Texas Cases. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 11/02/2023) |
| 11/03/2023 | 1339 | MEMO ENDORSEMENT on re: 1338 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 11/3/2023) (vfr) (Entered: 11/03/2023) |
| 11/07/2023 | 1341 | NOTICE OF APPEARANCE by Dana J Ash on behalf of Dolgencorp LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–09571–DLC.(Ash, Dana) (Entered: 11/07/2023) |
| 11/07/2023 | 1342 | NOTICE OF APPEARANCE by Anne A Gruner on behalf of Dolgencorp LLC, Dollar General Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–09571–DLC.(Gruner, Anne) (Entered: 11/07/2023) |
| 11/07/2023 | 1343 | ORDER: DAUBERT HEARING: The Court will hear oral argument on Defendants' Rule 702 motions on Thursday, December 7, at 10:00 a.m. The parties shall have three hours of oral argument. The parties shall meet and confer as to how they will divide that time, including the order in which they will address the Court. As of now, the Court does not require the testimony of any expert at the hearing. Should this change, the Court will notify the parties. SO ORDERED. ( Daubert Hearing set for 12/7/2023 at 10:00 AM before Judge Denise L. Cote., Oral Argument set for 12/7/2023 at 10:00 AM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 11/7/2023) (vfr) (Entered: 11/07/2023) |
| 11/08/2023 | 1344 | NOTICE OF APPEARANCE by Sean Kenneth Burke on behalf of Dolgencorp LLC, Dollar General, Dollar General Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–09571–DLC.(Burke, Sean) (Entered: 11/08/2023) |
| 11/10/2023 | 1345 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer, Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 11/10/2023) |
| 11/10/2023 | 1346 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 11/10/2023) |
| 11/13/2023 | 1347 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for CURTIS G. HOKE to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28563533. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Plaintiffs Counsel. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Hoke, Curtis) Modified on 11/14/2023 (sgz). (Entered: 11/13/2023) |

| 11/14/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 1347 MOTION for CURTIS G. HOKE to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28563533. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California 415–865–7000;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 11/14/2023) |
| 11/16/2023 | 1348 | ORDER: PLAINTIFFS' LEADERSHIP, It is hereby ORDERED that any counsel seeking reappointment shall file an application for renewal by November 29, 2023. ( Motions due by 11/29/2023.) (Signed by Judge Denise L. Cote on 11/16/23) (yv) (Entered: 11/16/2023) |
| 11/20/2023 | 1349 | MOTION for CURTIS G. HOKE to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Curtis G Hoke. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Hoke, Curtis) (Entered: 11/20/2023) |
| 11/20/2023 | 1350 | CONSENT LETTER MOTION to Stay *& Sever Claims Against Rite–Aid* addressed to Judge Denise L. Cote from Ashley C. Keller dated 11/20/2023. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit List of Cases).(Keller, Ashley) (Entered: 11/20/2023) |
| 11/20/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1349 MOTION for CURTIS G. HOKE to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 11/20/2023) |
| 11/21/2023 | 1351 | ORDER granting 1349 Motion for Curtis G. Hoke to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/21/2023) |
| 11/21/2023 | 1352 | ORDER granting (1350) Letter Motion to Stay re: (1350 in 1:22–md–03043–DLC) CONSENT LETTER MOTION to Stay *& Sever Claims Against Rite–Aid* addressed to Judge Denise L. Cote from Ashley C. Keller dated 11/20/2023. in case 1:22–md–03043–DLC. Granted.. (Signed by Judge Denise L. Cote on 11/21/2023) Filed In Associated Cases: 1:22–md–03043–DLC et al. (jca) (Entered: 11/21/2023) |
| 11/22/2023 | 1353 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated November 22, 2023 re: December 7, 2023 Rule 702 Hearing. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 11/22/2023) |
| 11/27/2023 | 1354 | MEMO ENDORSEMENT on re: 1353 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Permission to use PowerPoint presentations is granted. (Signed by Judge Denise L. Cote on 11/27/2023) (vfr) (Entered: 11/27/2023) |
| 11/28/2023 | 1355 | LETTER addressed to Judge Denise L. Cote from Mikal C. Watts dated November 28, 2023 re: Reappointments and Appointments. Document filed by Robin Hatfield, Lisa Roberts. (Attachments: # 1 Exhibit 1 – Mikal Watts' Application for Reappointment, # 2 Exhibit 2 – Ashley Keller's Application for Reappointment, # 3 Exhibit 3 – Mark Lanier's Application for Reappointment, # 4 Exhibit 4 – Daniel Sulllivan's Application for Reappointment, # 5 Exhibit 5 – Julien Adams' Application for Reappointment, # 6 Exhibit 6 – Tricia Campbell's Application for Reappointment, # 7 Exhibit 7 – Charles Cooper's Application for Reappointment, # 8 Exhibit 8 – Eric Cracken's Application for Reappointment, # 9 Exhibit 9 – Patrick Luff's Application for Reappointment, # 10 Exhibit 10 – Neal Moskow's Application for Reappointment, # 11 Exhibit 11 – Richard Paul III's Application for Reappointment, # 12 Exhibit 12 – Ruth Rizkalla's Application for Reappointment, # 13 Exhibit 13 – Lindsey Scarcello's Application for Reappointment, # 14 Exhibit 14 – Greg Dovel's Application for Appointment, # 15 Exhibit 15 – Evan Janush's Application for Appointment, # 16 Exhibit 16 – Amanda Hunt's Application for Appointment, # 17 Exhibit 17 – Ashley Barriere's Application for Reappointment, # 18 Exhibit 18 – Eric Holland's |

| | | |
|---|---|---|
| | | Application for Reappointment, # 19 Exhibit 19 – Roger Smith's Application for Reappointment, # 20 Exhibit 20 – Zoe Littlepage's Application for Reappointment, # 21 Exhibit 21 – Ann Callis' Application for Reappointment, # 22 Exhibit 22 – Sean Tracey's Application for Reappointment).(Sullivan, Daniel) (Entered: 11/28/2023) |
| 11/29/2023 | 1356 | ORDER: PLAINTIFFS' LEADERSHIP: Accordingly, it is hereby ORDERED that the following lawyers are appointed as plaintiffs' leadership team for one year, subject to renewal by Court Order: 1. Plaintiffs' Co–Lead Counsel ("Co–Lead Counsel"): Mikal C. Watts, Ashley C. Keller, and W. Mark Lanier. 2. Plaintiffs' Liaison Counsel ("PLC"): Daniel Sullivan. 3. Plaintiffs' Executive Committee ("PEC"): The PEC shall be composed of Plaintiffs' Co–Lead Counsel, Plaintiffs' Liaison Counsel, and the following committee chairs: a. Law & Briefing Committee: Ashley Barriere. b. Early Vetting/Bellwether Selection Committee: Sean Tracey. c. Discovery/ESI Committee: Eric Holland and Evan Janush. d. Science & Expert Committee: W. Roger Smith and Amanda Hunt. e. Settlement/Lien Resolution Committee: Zoe Littlepage. f. Federal/State Court Liaison Committee: Ann Callis. 4. Plaintiffs' Steering Committee ("PSC"): The PSC shall be composed of Julien Adams, Tricia Campbell, Charles J. Cooper, Eric W. Cracken, Greg Dovel, Patrick Luff, Neal Moskow, Richard M. Paul III, Ruth Rizkalla, and Lindsey Scarcello. (Signed by Judge Denise L. Cote on 11/29/2023) (vfr) (Entered: 11/29/2023) |
| 11/30/2023 | 1357 | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 11/30/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 11/30/2023) |
| 12/01/2023 | 1358 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – COMPLAINT against Marcela Stephannie Satre. (Filing Fee $ 405.00, Receipt Number ANYSDC–28635504).(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1359 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – CIVIL COVER SHEET filed..(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1360 | NOTICE OF APPEARANCE by Debra Nicole Guntner on behalf of Marcela Satre..(Guntner, Debra) (Entered: 12/01/2023) |
| 12/01/2023 | 1361 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – COMPLAINT against Mollie Penn. (Filing Fee $ 405.00, Receipt Number ANYSDC–28635761).(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1362 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – CIVIL COVER SHEET filed..(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1363 | NOTICE OF APPEARANCE by Debra Nicole Guntner on behalf of Mollie Penn..(Guntner, Debra) (Entered: 12/01/2023) |
| 12/01/2023 | 1364 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Johnston, Sarah) (Entered: 12/01/2023) |
| 12/01/2023 | 1365 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – COMPLAINT against Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Emily Engle. (Filing Fee $ 405.00, Receipt Number ANYSDC–28635853).(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1366 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – CIVIL COVER SHEET filed..(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1367 | NOTICE OF APPEARANCE by Debra Nicole Guntner on behalf of Emily Engle..(Guntner, Debra) (Entered: 12/01/2023) |
| 12/01/2023 | 1368 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – COMPLAINT against Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Callie Reese Gobble. (Filing Fee $ 405.00, Receipt Number ANYSDC–28635980).(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1369 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – CIVIL COVER SHEET filed..(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |

| 12/01/2023 | 1370 | NOTICE OF APPEARANCE by Debra Nicole Guntner on behalf of Callie Gobble..(Guntner, Debra) (Entered: 12/01/2023) |
|---|---|---|
| 12/01/2023 | 1371 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** COMPLAINT against Johnson & Johnson, Summer Dawn Foster. (Filing Fee $ 405.00, Receipt Number ANYSDC–28636055).(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1372 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** CIVIL COVER SHEET filed..(Guntner, Debra) Modified on 12/1/2023 (gp). (Entered: 12/01/2023) |
| 12/01/2023 | 1373 | NOTICE OF APPEARANCE by Debra Nicole Guntner on behalf of Summer Foster..(Guntner, Debra) (Entered: 12/01/2023) |
| 12/01/2023 | 1374 | SETTLEMENT SCHEDULING CONFERENCE: A Settlement Scheduling telephone conference in this matter is hereby scheduled for Thursday, January 4, 2024, at 4:30 p.m. At the scheduled time, counsel for the parties shall dial the Court's conference line at 866–434–5269, Access Code 4858267. SO ORDERED. Telephone Conference set for 1/4/2024 at 04:30 PM before Magistrate Judge Katharine H. Parker. (Signed by Magistrate Judge Katharine H. Parker on 12/1/2023) (rro) (Entered: 12/01/2023) |
| 12/04/2023 | 1375 | MOTION for Thomas Matthew Beh to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Certificate of Good Standing – Louisiana, # 2 Exhibit Certificate from Texas, # 3 Exhibit Certificate of Good Standing – Texas Bar Association, # 4 Proposed Order Proposed Order).(Beh, Thomas) Modified on 12/11/2023 (jwh). (Entered: 12/04/2023) |
| 12/06/2023 | | Pro Hac Vice Fee Due: for 1375 MOTION for Thomas Matthew Beh to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff...**(rju) (Entered: 12/06/2023) |
| 12/07/2023 | | Minute Entry for proceedings held before Judge Denise L. Cote: Daubert Hearing held on 12/7/2023. (Court Reporter Amy Walker) (jwh) (Entered: 12/07/2023) |
| 12/08/2023 | | Pro Hac Vice Fee Payment: for 1375 MOTION for Thomas Matthew Beh to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00, receipt number ANYSDC–28668721..(Beh, Thomas) (Entered: 12/08/2023) |
| 12/11/2023 | 1376 | ORDER granting 1375 Motion for Thomas Matthew Beh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 12/11/2023) |
| 12/12/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1375 MOTION for Thomas Matthew Beh to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 12/12/2023) |
| 12/14/2023 | 1377 | NOTICE OF APPEARANCE by Amanda L. Groves on behalf of Albertson's. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–10503–DLC.(Groves, Amanda) (Entered: 12/14/2023) |
| 12/14/2023 | 1378 | NOTICE OF APPEARANCE by Gregory Andrew Ellis on behalf of Albertson's. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–10503–DLC.(Ellis, Gregory) (Entered: 12/14/2023) |
| 12/18/2023 | 1379 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 12/7/2023 before Judge Denise L. Cote. Court Reporter/Transcriber: Amy Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/8/2024. Redacted Transcript Deadline set for 1/18/2024. Release of Transcript Restriction set for 3/18/2024.Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 12/18/2023) |

| 12/18/2023 | 1380 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 12/7/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:22–md–03043–DLC et al..(McGuirk, Kelly) (Entered: 12/18/2023) |
|---|---|---|
| 12/18/2023 | 1381 | OPINION AND ORDER re: 1161 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder *filed on behalf of all Defendants*. filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc., 1164 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism *filed on behalf of all Defendants*. filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc., 1158 MOTION to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder *filed on behalf of all Defendants* filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. The defendants' motions of September 19, 2023 to exclude plaintiffs' general causation experts' opinions regarding Autism Spectrum Disorder, Attention Deficit Hyperactivity Disorder, and biological plausibility are granted. (Signed by Judge Denise L. Cote on 12/18/2023) (vfr) (Entered: 12/18/2023) |
| 12/18/2023 | 1382 | ORDER: Accordingly, it is hereby ORDERED that the parties shall meet and confer as to next steps in this litigation and file a joint status letter by January 12, 2024. (Signed by Judge Denise L. Cote on 12/18/2023) (ate) (Entered: 12/18/2023) |
| 12/19/2023 | 1383 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated December 19, 2023 re: Texas Cases. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 12/19/2023) |
| 12/20/2023 | 1384 | MEMO ENDORSEMENT on re: 1383 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 12/20/2023) (vfr) (Entered: 12/20/2023) |
| 12/22/2023 | 1385 | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 12/22/2023 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 12/22/2023) |
| 12/30/2023 | 1386 | LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Katharine H. Parker from Daniel M. Sullivan dated December 30, 2023. Document filed by Robin Hatfield, Lisa Roberts...(Sullivan, Daniel) (Entered: 12/30/2023) |
| 01/02/2024 | 1387 | ORDER granting 1386 Letter Motion to Adjourn Conference. APPLICATION GRANTED: The Settlement Scheduling Conference scheduled for January 4, 2024 is hereby adjourned sine die. (Signed by Magistrate Judge Katharine H. Parker on 1/2/2024) (vfr) (Entered: 01/02/2024) |
| 01/04/2024 | 1388 | NOTICE of Withdrawal of Appearance. Document filed by Rite Aid Corporation. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Katz, David) (Entered: 01/04/2024) |
| 01/05/2024 | 1389 | MEMO ENDORSEMENT on re: 1388 Notice of Withdrawal filed by Rite Aid Corporation. ENDORSEMENT: Granted. Attorney David Michael–Gregory Katz terminated. (Signed by Judge Denise L. Cote on 1/5/2024) (vfr) (Entered: 01/05/2024) |
| 01/12/2024 | 1390 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 12, 2024 re: the Court's Order at DE 1382. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 01/12/2024) |
| 01/12/2024 | 1391 | MEMO ENDORSEMENT on re: 1390 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 1/12/2024) (vfr) (Entered: 01/12/2024) |
| 01/12/2024 | 1392 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller, Mikal C. Watts, W. Mark Lanier dated January 12, 2024 re: Plaintiffs' Proposal in Response to Court's Order, Dkt. 1382. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: |

| | | |
|---|---|---|
| | | 01/12/2024) |
| 01/12/2024 | 1393 | LETTER addressed to Judge Denise L. Richer from Kristen L. Richer dated January 12, 2024 re: Future MDL Proceedings. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 01/12/2024) |
| 01/16/2024 | 1394 | ORDER: Accordingly, it is hereby ORDERED that by February 1, plaintiffs shall show cause why final judgment under Rule 56 should not be entered in each Member Case of the MDL in which the SFC was served on or before January 11, 2024, on the ground that the plaintiffs in these Member Cases have failed to offer admissible evidence that prenatal exposure to acetaminophen causes either ASD or ADHD in offspring. IT IS FURTHER ORDERED that plaintiffs in any Member Case in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case. The failure to make such a showing will result in the entry of a judgment in favor of the defendants named in that Member Case. (Signed by Judge Denise L. Cote on 1/16/2024) (vfr) (Entered: 01/16/2024) |
| 01/17/2024 | 1395 | ORDER: 21 DAYS TO SHOW CAUSE: On January 16, 2024, an Order was issued in this MDL to address the impact on each Member Case of the December 18, 2023 Opinion granting the defendants' Rule 702 motions on the issue of general causation. In re Acetaminophen – ASD–ADHD Products Liability Litigation, No 22md3043 (DLC), 2023 WL 8711617 (S.D.N. Y. Dec. 18, 2023) ("December 18 Opinion"). The January 16 Order (22MD3043: ECF No. 1394) addresses, inter alia, the due process concerns raised by plaintiffs' counsel in their letter of January 12, 2024. As the plaintiffs' letter recognizes, an order to show cause procedure allows all plaintiffs an opportunity to be heard why the December 18 Opinion does not apply to their individual case ("Member Case"). As reflected in the October 5, 2022 Transfer Order (ECF No. 1) issued by the Judicial Panel on Multidistrict Litigation, all plaintiffs appearing before the Panel requested centralization of the litigation. The Panel granted that request, noting that the common factual questions in the litigation supporting centralization include whether prenatal exposure to acetaminophen can cause ASD and ADHD (the issue of "general causation"). An October 18, 2022 Order (ECF No. 11) consolidated all actions in this MDL for all pretrial purposes. An Order of November 3 (ECF No. 62) adopted the plaintiffs' proposed leadership structure and charged Lead Counsel for plaintiffs with acting "for all plaintiffs." Since that time, it appears that that leadership structure has worked assiduously to engage with this litigation both efficiently and zealously on behalf of all plaintiffs. A December 2, 2022 Order (ECF No. 238) permitted the direct filing of Member Cases in this MDL. That Order set out a mechanism for parties in directly filed Member Cases to object to the inclusion of their case in the MDL, and provided that failure to object pursuant to that mechanism would constitute a waiver of any objection to inclusion. Since that time, many Member Cases have joined this MDL through direct filing. Before and after those filings, the plaintiffs have had full access to the progress of this litigation through the ECF filings on the dockets bearing numbers 22md3043 and 22mc3043. An Order of January 9, 2023 (ECF No. 323) created a common benefit fund in recognition of the fact that some of the work performed by certain plaintiffs' lawyers will accrue to the benefit of all or most plaintiffs in the MDL. That common benefit work has included the discovery and motion practice related to general causation. A February 1, 2023 Order (ECF No. 391) set the schedule for fact and expert discovery on the issue of general causation. It also set out the briefing schedule for the Rule 702 motions on that issue. The plaintiffs' Lead Counsel supervised and/or conducted that discovery and briefed and argued those motions on behalf of all Member Cases. In this litigation, defendants are deemed to have answered each SFC for a newly–filed Member Case twenty–one days after they have been served with the SFC. Thus, an August 16, 2023 Order (ECF No. 841) established the dates on which Master Answers would be deemed served in each Member Case for purposes of both Rules 12 and 41. It provided, inter alia, that for any Member Case first served on or after August 2, 2023, the Master Answer will be deemed served on the plaintiff twenty–one days after service of the SFC on the defendant. Relying on this history, the January 16, 2024 Order allows each plaintiff twenty–one days to explain why summary judgment should not be entered in a Member Case based on the December |

| | | |
|---|---|---|
| | | 18 Opinion's exclusion of the plaintiffs' evidence of general causation. Thus, in each Member Case, the defendant will have been deemed to answer the SFC and the plaintiff will have had an opportunity to review the December 18 Opinion and explain why the defendants are not entitled to summary judgment in that Member Case. (Signed by Judge Denise L. Cote on 1/17/2024) (vfr) (Entered: 01/17/2024) |
| 01/23/2024 | 1396 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated January 23, 2024 re: Plaintiff Fact Sheet Deadlines. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 01/23/2024) |
| 01/24/2024 | 1397 | MEMO ENDORSEMENT on re: 1396 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 1/23/2024) (va) (Entered: 01/24/2024) |
| 02/01/2024 | 1398 | RESPONSE TO ORDER TO SHOW CAUSE re: (1394 in 1:22–md–03043–DLC) Order to Show Cause,,,,. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) (Entered: 02/01/2024) |
| 02/01/2024 | 1399 | RESPONSE TO ORDER TO SHOW CAUSE re: (1394 in 1:22–md–03043–DLC) Order to Show Cause,,,,. Document filed by Plaintiffs Counsel. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) (Entered: 02/01/2024) |
| 02/01/2024 | 1400 | RESPONSE TO ORDER TO SHOW CAUSE re: (1394 in 1:22–md–03043–DLC) Order to Show Cause,,,,. Document filed by Nicole Morin. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–05940–DLC.(Baber, Nathaniel) (Entered: 02/01/2024) |
| 02/05/2024 | 1401 | ORDER: Accordingly, it is hereby ORDERED that the defendants shall respond to the plaintiffs' February 1, 2024 responses by February 15, 2024. IT IS FURTHER ORDERED that the defendants shall, in their response, confirm that Exhibit A to 22md3043: ECF No. 1398 is a complete list of member cases in which the SFC was served on or before January 11, 2024, with the exception of member case 23cv5940 and four cases filed by the Mota Plaintiffs. IT IS FURTHER ORDERED that the Mota Plaintiffs shall file their new expert report on the docket by February 7, 2024 and shall expeditiously provide two courtesy copies to the Court. IT IS FURTHER ORDERED that the parties shall confer and submit by February 15, 2024 a proposed scheduling order with respect to any further proceedings regarding the Mota Plaintiffs' expert report. (Signed by Judge Denise L. Cote on 2/5/2024) (vfr) (Entered: 02/05/2024) |
| 02/06/2024 | 1402 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated February 6, 2024 re: February 5 Order (DE 1401). Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 02/06/2024) |
| 02/06/2024 | 1403 | MEMO ENDORSEMENT on re: 1402 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: The defendants' understanding of the February 5 Order is correct. The proposed scheduling order may include a date by which the defendants will provide a substantive response to the Mota Plaintiffs' filing. (Signed by Judge Denise L. Cote on 2/6/2024) (vfr) (Entered: 02/06/2024) |
| 02/07/2024 | 1404 | RULE 26 DISCLOSURE.Document filed by Plaintiffs Counsel.Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) (Entered: 02/07/2024) |
| 02/15/2024 | 1405 | RESPONSE re: 1398 Response to Order to Show Cause, 1400 Response to Order to Show Cause . Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit 1 – Member Cases).(Richer, Kristen) (Entered: 02/15/2024) |
| 02/15/2024 | 1406 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated February 15, 2024 re: Mota Plaintiffs' Show Cause Response. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co.. (Attachments: # 1 Exhibit A).(Richer, Kristen) (Entered: 02/15/2024) |

| 02/15/2024 | 1407 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Brett Emison, and Daniel Burke dated February 15, 2024 re: Mota Plaintiffs' Proposal in Response to Court's Order, Dkt. 1401. Document filed by Plaintiffs Counsel.Filed In Associated Cases: 1:22−md−03043−DLC et al..(Keller, Ashley) (Entered: 02/15/2024) |
|---|---|---|
| 02/16/2024 | 1408 | ORDER: Accordingly, it is hereby ORDERED that the parties shall confer and submit by February 23, 2024, their proposed schedule(s) for Rule 702 briefing regarding the Ness Report. (Signed by Judge Denise L. Cote on 2/16/2024) (vfr) (Entered: 02/16/2024) |
| 02/21/2024 | 1409 | FINAL JUDGMENT: Accordingly, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for defendants under Fed. R. Civ. P. 58 in each case listed in Exhibit 1 to this Order. (AS FURTHER SET FORTH IN THIS ORDER.) (Signed by Judge Denise L. Cote on 2/21/2024) (vfr) (Entered: 02/22/2024) |
| 02/23/2024 | 1410 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated February 23, 2024 re: Rule 702 Briefing Related to Ness Report. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 02/23/2024) |
| 02/23/2024 | 1411 | LETTER addressed to Judge Denise L. Cote from Ashley Keller, Brett Emison, and Daniel Burke dated February 23, 2024 re: Plaintiffs' Proposal for Page Limits Re Rule 702 Briefing for Dr. Ness Expert Testimony. Document filed by Plaintiffs Counsel.Filed In Associated Cases: 1:22−md−03043−DLC et al..(Keller, Ashley) (Entered: 02/23/2024) |
| 02/23/2024 | 1412 | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated February 23, 2024 re: Page Limits for Rule 702 Briefing. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 02/23/2024) |
| 02/23/2024 | 1413 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:23−cv−11252−DLC.(Kohane, Nadine) (Entered: 02/23/2024) |
| 02/26/2024 | 1414 | NOTICE OF APPEARANCE by Sarah Johnston on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Johnston, Sarah) (Entered: 02/26/2024) |
| 02/26/2024 | 1415 | ORDER: Having received the parties' February 23, 2024 submissions, it is hereby ORDERED that the defendants' Rule 702 motion to exclude Dr. Ness's testimony shall be fully submitted by July 1, 2024. IT IS FURTHER ORDERED that the moving party shall supply Chambers with two (2) courtesy copies of all motion papers on the date they are served by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. IT IS FURTHER ORDERED that the defendants' memorandum of law in support of their motion shall be limited to 60 pages; that the plaintiffs' memorandum in opposition shall be limited to 60 pages; and that the defendants' reply shall be limited to 30 pages. ( Motions due by 7/1/2024.) (Signed by Judge Denise L. Cote on 2/26/2024) (vfr) (Entered: 02/26/2024) |
| 02/29/2024 | 1416 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Brennan, Jessica) (Entered: 02/29/2024) |
| 03/01/2024 | 1417 | JOINT LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated March 1, 2024 re: Ness Deposition and Rule 702 Briefing. Document filed by CVS Pharmacy, Inc., Costco Wholesale Corporation, Walgreen Co...(Richer, Kristen) (Entered: 03/01/2024) |
| 03/01/2024 | 1418 | RESPONSE *to Plaintiff Trigloff's Order to Show Cause Response*. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:24−cv−00717−DLC.(Murdica, James) (Entered: 03/01/2024) |

| 03/01/2024 | 1419 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated March 1, 2024 re: Plaintiff Martin's Failure to File Show Cause Response. Document filed by Johnson & Johnson Consumer Inc..Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–00958–DLC.(Brennan, Jessica) (Entered: 03/01/2024) |
|---|---|---|
| 03/01/2024 | 1420 | MEMO ENDORSEMENT on re: 1417 Letter filed by Costco Wholesale Corporation, Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT So Ordered. (Motions due by 4/25/2024., Replies due by 6/6/2024., Responses due by 5/23/2024) (Signed by Judge Denise L. Cote on 3/1/2024) (jca) (Entered: 03/01/2024) |
| 03/05/2024 | 1421 | FINAL JUDGMENT: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Case 24cv958 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Case 24cv958 is dismissed with prejudice. (Signed by Judge Denise L. Cote on 3/5/2024) (tg) (Entered: 03/06/2024) |
| 03/06/2024 | 1422 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated March 6, 2024 re: Plaintiff Barbee's Failure to File Show Cause Response. Document filed by Johnson & Johnson Consumer Inc..Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–00978–DLC.(Brennan, Jessica) (Entered: 03/06/2024) |
| 03/06/2024 | 1423 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,. Document filed by Deandre Barbee, Jantail Barbee, Ashton Burke, Taryne Burke..(Burke, Daniel) (Entered: 03/06/2024) |
| 03/06/2024 | 1424 | FINAL JUDGMENT Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendant in Member Case 24cv978 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Case 24cv978 is dismissed with prejudice. (Signed by Judge Denise L. Cote on 3/6/2024) (jca) (Entered: 03/06/2024) |
| 03/14/2024 | 1425 | RESPONSE to Plaintiff Burke's Show Cause Response. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01479–DLC.(Brennan, Jessica) (Entered: 03/14/2024) |
| 03/14/2024 | 1426 | RESPONSE to Plaintiff Courington's Show Cause Response. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01159–DLC.(Brennan, Jessica) (Entered: 03/14/2024) |
| 03/14/2024 | 1427 | REPLY re: (1426 in 1:22–md–03043–DLC, 7 in 1:24–cv–01159–DLC) Response, (1425 in 1:22–md–03043–DLC, 5 in 1:24–cv–01479–DLC) Response to Plaintiffs' Order to Show Cause. Document filed by Ashton Burke, Taryne Burke, Hunter Courington, Laurie Courington. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01159–DLC, 1:24–cv–01479–DLC.(Keller, Ashley) (Entered: 03/14/2024) |
| 03/15/2024 | 1428 | ORDER: Accordingly, it is hereby ORDERED that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 may satisfy their obligation to present admissible evidence of general causation by adopting the Ness Report in a timely–filed response to the OTSC. (Signed by Judge Denise L. Cote on 3/15/2024) (vfr) (Entered: 03/15/2024) |
| 03/15/2024 | 1429 | JOINT LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated March 15, 2024 re: Rescheduling Ness Deadlines. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 03/15/2024) |
| 03/18/2024 | 1430 | RESPONSE to Morrow, Bassett, Roby, and Brown Plaintiffs' Show Cause Responses. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01322–DLC, 1:24–cv–01341–DLC, 1:24–cv–01343–DLC, 1:24–cv–01440–DLC.(Brennan, Jessica) (Entered: 03/18/2024) |
| 03/18/2024 | 1431 | RESPONSE to Mikuski and Gilliam Plaintiffs' Show Cause Response. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01377–DLC, 1:24–cv–01378–DLC.(Brennan, Jessica) (Entered: 03/18/2024) |

| | | |
|---|---|---|
| 03/18/2024 | <u>1432</u> | RESPONSE *to Hurst Plaintiffs' Show Cause Response*. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01380–DLC.(Brennan, Jessica) (Entered: 03/18/2024) |
| 03/19/2024 | <u>1433</u> | FINAL JUDGMENT: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Case 24cv1380 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Case 24cv1380 is dismissed with prejudice. (Signed by Judge Denise L. Cote on 3/19/2024) (vfr) (Entered: 03/19/2024) |
| 03/20/2024 | <u>1434</u> | RESPONSE TO ORDER TO SHOW CAUSE re: <u>1394</u> Order to Show Cause,,,,. Document filed by Denisa Cullom, Samari Sims..(Burke, Daniel) (Entered: 03/20/2024) |
| 03/20/2024 | <u>1435</u> | MEMO ENDORSEMENT on re: <u>1429</u> Letter filed by Plaintiffs Counsel. ENDORSEMENT: Approved. ( Deposition due by 4/9/2024., Motions due by 4/29/2024., Replies due by 6/11/2024., Responses due by 5/28/2024) (Signed by Judge Denise L. Cote on 3/20/2024) (vfr) (Entered: 03/20/2024) |
| 03/21/2024 | <u>1436</u> | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01953–DLC.(Brennan, Jessica) (Entered: 03/21/2024) |
| 03/22/2024 | <u>1437</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY –** NOTICE OF APPEAL from (1381 in 1:22–md–03043–DLC) Memorandum & Opinion,,,, (1409 in 1:22–md–03043–DLC) Order,. Document filed by Plaintiffs Counsel. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) Modified on 4/2/2024 (km). (Entered: 03/22/2024) |
| 03/22/2024 | <u>1438</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY –** NOTICE OF APPEAL from (1381 in 1:22–md–03043–DLC) Memorandum & Opinion,,,, (1409 in 1:22–md–03043–DLC) Order,. Document filed by Plaintiffs Counsel. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) Modified on 4/1/2024 (nd). (Entered: 03/22/2024) |
| 03/22/2024 | <u>1439</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY –** NOTICE OF APPEAL from (1381 in 1:22–md–03043–DLC) Memorandum & Opinion,,,, (1409 in 1:22–md–03043–DLC) Order,. Document filed by Plaintiffs Counsel. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) Modified on 4/3/2024 (tp). (Entered: 03/22/2024) |
| 03/22/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (10 in 1:23–cv–09615–DLC, 17 in 1:23–cv–09420–DLC, 10 in 1:23–cv–10529–DLC, 6 in 1:23–cv–10904–DLC, 7 in 1:24–cv–00978–DLC, 10 in 1:23–cv–10070–DLC, 12 in 1:23–cv–09045–DLC, 10 in 1:23–cv–09582–DLC, 6 in 1:23–cv–10891–DLC, 8 in 1:23–cv–10228–DLC, 8 in 1:23–cv–10761–DLC, 9 in 1:23–cv–10526–DLC, 11 in 1:23–cv–09564–DLC, 10 in 1:23–cv–09607–DLC, 8 in 1:23–cv–10627–DLC, 9 in 1:23–cv–09845–DLC, 14 in 1:23–cv–11124–DLC, 10 in 1:23–cv–10482–DLC, 13 in 1:23–cv–09967–DLC, 13 in 1:23–cv–09099–DLC, 14 in 1:23–cv–10291–DLC, 10 in 1:23–cv–10476–DLC, 10 in 1:23–cv–10634–DLC, 8 in 1:24–cv–00958–DLC, 10 in 1:23–cv–09594–DLC, 12 in 1:23–cv–09525–DLC, 8 in 1:23–cv–10449–DLC, 12 in 1:23–cv–10837–DLC, 8 in 1:23–cv–10496–DLC, 8 in 1:23–cv–10175–DLC, 10 in 1:23–cv–09892–DLC, 13 in 1:23–cv–09814–DLC, 12 in 1:23–cv–09041–DLC, 10 in 1:23–cv–09852–DLC, 7 in 1:23–cv–10446–DLC, 12 in 1:23–cv–09659–DLC, 14 in 1:23–cv–09669–DLC, 9 in 1:24–cv–01380–DLC, 8 in 1:23–cv–09841–DLC, 7 in 1:23–cv–10401–DLC, 12 in 1:23–cv–09882–DLC, 11 in 1:23–cv–10221–DLC, 7 in 1:23–cv–10452–DLC, 9 in 1:23–cv–09848–DLC, 10 in 1:23–cv–09593–DLC, 8 in 1:23–cv–10192–DLC, 6 in 1:23–cv–11121–DLC, 6 in 1:23–cv–10892–DLC, 10 in 1:23–cv–10820–DLC, 10 in 1:23–cv–09597–DLC, 11 in 1:23–cv–09964–DLC, 7 in 1:23–cv–10483–DLC, 14 in 1:23–cv–09566–DLC, 8 in 1:23–cv–10492–DLC, 10 in 1:23–cv–09585–DLC, 15 in 1:23–cv–08964–DLC, 19 in** |

| | | |
|---|---|---|
| | | **1:23–cv–10567–DLC, 8 in 1:23–cv–10494–DLC, 13 in 1:23–cv–09446–DLC, 10 in 1:24–cv–00071–DLC, 9 in 1:23–cv–09583–DLC, 9 in 1:23–cv–10461–DLC, 11 in 1:23–cv–09032–DLC, 14 in 1:23–cv–09527–DLC, 8 in 1:23–cv–10562–DLC, 8 in 1:23–cv–10558–DLC, 7 in 1:23–cv–10422–DLC, 7 in 1:23–cv–10417–DLC, 7 in 1:23–cv–10409–DLC, 17 in 1:23–cv–09163–DLC, 15 in 1:23–cv–09959–DLC, 17 in 1:23–cv–09385–DLC, 9 in 1:23–cv–09584–DLC, 8 in 1:23–cv–10833–DLC, 12 in 1:23–cv–10081–DLC, 12 in 1:23–cv–10677–DLC, 7 in 1:23–cv–10412–DLC, 6 in 1:24–cv–00083–DLC, 1438 in 1:22–md–03043–DLC, 7 in 1:23–cv–10625–DLC, 15 in 1:23–cv–10503–DLC, 8 in 1:23–cv–10497–DLC, 9 in 1:23–cv–09626–DLC, 12 in 1:23–cv–10825–DLC, 8 in 1:23–cv–10495–DLC, 13 in 1:23–cv–09021–DLC, 14 in 1:23–cv–10054–DLC, 10 in 1:23–cv–09581–DLC, 8 in 1:23–cv–10478–DLC, 9 in 1:23–cv–10227–DLC, 6 in 1:23–cv–10909–DLC, 8 in 1:23–cv–10215–DLC, 10 in 1:23–cv–10500–DLC, 8 in 1:23–cv–10458–DLC, 10 in 1:23–cv–09588–DLC, 8 in 1:23–cv–10792–DLC, 7 in 1:23–cv–10450–DLC, 10 in 1:23–cv–09595–DLC, 12 in 1:23–cv–09242–DLC, 12 in 1:23–cv–10019–DLC, 10 in 1:23–cv–10914–DLC, 12 in 1:23–cv–10470–DLC, 10 in 1:23–cv–09608–DLC, 10 in 1:23–cv–10286–DLC, 10 in 1:23–cv–11243–DLC, 8 in 1:23–cv–10705–DLC, 8 in 1:23–cv–10404–DLC, 9 in 1:24–cv–00221–DLC, 8 in 1:23–cv–10325–DLC, 8 in 1:23–cv–10493–DLC, 6 in 1:23–cv–10888–DLC, 18 in 1:23–cv–09257–DLC, 21 in 1:23–cv–09571–DLC, 12 in 1:23–cv–10189–DLC, 13 in 1:23–cv–09567–DLC, 10 in 1:23–cv–09596–DLC, 10 in 1:23–cv–10341–DLC, 10 in 1:23–cv–10082–DLC, 10 in 1:23–cv–09586–DLC, 8 in 1:23–cv–10498–DLC, 15 in 1:23–cv–08974–DLC, 8 in 1:23–cv–10704–DLC, 7 in 1:23–cv–10505–DLC, 12 in 1:23–cv–09504–DLC, 6 in 1:24–cv–00431–DLC, 10 in 1:23–cv–10501–DLC, 7 in 1:23–cv–10418–DLC, 8 in 1:23–cv–10622–DLC, 20 in 1:23–cv–09687–DLC, 7 in 1:23–cv–10397–DLC, 14 in 1:23–cv–10183–DLC, 12 in 1:23–cv–08858–DLC, 14 in 1:23–cv–10055–DLC, 6 in 1:23–cv–10445–DLC, 12 in 1:23–cv–08859–DLC, 8 in 1:23–cv–10499–DLC) Notice of Appeal,.. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–File the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(nd) (Entered: 04/01/2024)** |
| 03/26/2024 | [1440](#) | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated March 26, 2024 re: White and Holland Plaintiffs' Failure to File Show Cause Responses. Document filed by Johnson & Johnson Consumer Inc..Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01332–DLC, 1:24–cv–01476–DLC.(Brennan, Jessica) (Entered: 03/26/2024) |
| 03/26/2024 | [1441](#) | RESPONSE *to Sims Plaintiffs' Show Cause Response*. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–01953–DLC.(Brennan, Jessica) (Entered: 03/26/2024) |
| 03/27/2024 | [1442](#) | FINAL JUDGMENT: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 24cv1332 and 24cv1476 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Cases 24cv1332 and 24cv1476 are dismissed with prejudice. (Signed by Judge Denise L. Cote on 3/27/2024) (vfr) (Entered: 03/27/2024) |
| 03/27/2024 | | **\*\*\*DELETED DOCUMENT. Deleted document: transmission to USCA entered on 03/25/2024 docketed in error. (km)** (Entered: 03/27/2024) |
| 04/01/2024 | [1443](#) | RESPONSE TO ORDER TO SHOW CAUSE re: [1394](#) Order to Show Cause,,,,. Document filed by Dana Stewart, Collin Stover..(Burke, Daniel) (Entered: 04/01/2024) |
| 04/02/2024 | [1444](#) | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated April 2, 2024 re: Notice of Appeal. Document filed by Plaintiffs Counsel. (Attachments: # [1](#) Exhibit Exhibit A).(Keller, Ashley) (Entered: 04/02/2024) |
| 04/02/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (23 in 1:23–cv–04619–DLC,** |

| | | |
|---|---|---|
| | | 20 in 1:23–cv–04612–DLC, 46 in 1:23–cv–04641–DLC, 21 in 1:23–cv–04645–DLC, 34 in 1:23–cv–04624–DLC, 1437 in 1:22–md–03043–DLC, 22 in 1:23–cv–04714–DLC, 39 in 1:23–cv–04621–DLC, 20 in 1:23–cv–04613–DLC, 21 in 1:23–cv–04644–DLC, 24 in 1:23–cv–04608–DLC) Notice of Appeal. The filing is deficient for the following reason(s): The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/02/2024) |
| 04/02/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (29 in 1:23–cv–04725–DLC, 18 in 1:23–cv–05005–DLC, 16 in 1:23–cv–05045–DLC, 21 in 1:23–cv–05285–DLC, 24 in 1:23–cv–05223–DLC, 1437 in 1:22–md–03043–DLC, 23 in 1:23–cv–05083–DLC, 22 in 1:23–cv–04752–DLC, 22 in 1:23–cv–04719–DLC, 20 in 1:23–cv–05298–DLC, 29 in 1:23–cv–05187–DLC, 20 in 1:23–cv–05189–DLC, 23 in 1:23–cv–05269–DLC, 16 in 1:23–cv–05002–DLC, 17 in 1:23–cv–04992–DLC, 23 in 1:23–cv–05278–DLC) Notice of Appeal.. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/02/2024) |
| 04/02/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (18 in 1:23–cv–05421–DLC, 18 in 1:23–cv–05413–DLC, 25 in 1:23–cv–05425–DLC, 26 in 1:23–cv–05408–DLC, 22 in 1:23–cv–05339–DLC, 28 in 1:23–cv–05419–DLC, 23 in 1:23–cv–05341–DLC, 1437 in 1:22–md–03043–DLC, 18 in 1:23–cv–05417–DLC, 18 in 1:23–cv–05415–DLC, 22 in 1:23–cv–05338–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/02/2024) |
| 04/02/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (19 in 1:23–cv–05513–DLC, 25 in 1:23–cv–05470–DLC, 16 in 1:23–cv–05499–DLC, 25 in 1:23–cv–05505–DLC, 18 in 1:23–cv–05475–DLC, 27 in 1:23–cv–05522–DLC, 18 in 1:23–cv–05478–DLC, 16 in 1:23–cv–05474–DLC, 1437 in 1:22–md–03043–DLC, 18 in 1:23–cv–05445–DLC, 18 in 1:23–cv–05496–DLC, 18 in 1:23–cv–05449–DLC, 24 in 1:23–cv–05524–DLC, 16 in 1:23–cv–05521–DLC, 16 in 1:23–cv–05480–DLC, 17 in 1:23–cv–05497–DLC, 21 in 1:23–cv–05517–DLC, 29 in 1:23–cv–05520–DLC, 17 in 1:23–cv–05507–DLC, 16 in 1:23–cv–05508–DLC, 19 in 1:23–cv–05433–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/02/2024) |
| 04/02/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (16 in 1:23–cv–05632–DLC, 16 in 1:23–cv–05684–DLC, 17 in 1:23–cv–05566–DLC, 16 in 1:23–cv–05648–DLC, 23 in 1:23–cv–05650–DLC, 17 in 1:23–cv–05538–DLC, 18 |

| | | |
|---|---|---|
| | | in 1:23–cv–05680–DLC, 25 in 1:23–cv–05534–DLC, 35 in 1:23–cv–05649–DLC, 1437 in 1:22–md–03043–DLC, 29 in 1:23–cv–05655–DLC, 16 in 1:23–cv–05575–DLC, 17 in 1:23–cv–05526–DLC, 24 in 1:23–cv–05683–DLC, 16 in 1:23–cv–05682–DLC, 16 in 1:23–cv–05532–DLC, 26 in 1:23–cv–05636–DLC, 23 in 1:23–cv–05681–DLC, 16 in 1:23–cv–05685–DLC, 16 in 1:23–cv–05527–DLC, 15 in 1:23–cv–05629–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/02/2024) |
| 04/02/2024 | 1445 | NOTICE OF APPEARANCE by Ashley Barriere on behalf of Plaintiffs Counsel. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Barriere, Ashley) (Entered: 04/02/2024) |
| 04/02/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (16 in 1:23–cv–05724–DLC, 37 in 1:23–cv–06060–DLC, 16 in 1:23–cv–06055–DLC, 16 in 1:23–cv–05930–DLC, 24 in 1:23–cv–05687–DLC, 12 in 1:23–cv–05940–DLC, 30 in 1:23–cv–06062–DLC, 20 in 1:23–cv–05690–DLC, 17 in 1:23–cv–05765–DLC, 23 in 1:23–cv–05689–DLC, 1437 in 1:22–md–03043–DLC, 17 in 1:23–cv–06027–DLC, 25 in 1:23–cv–05688–DLC, 16 in 1:23–cv–05799–DLC, 18 in 1:23–cv–05721–DLC, 15 in 1:23–cv–05703–DLC, 16 in 1:23–cv–06057–DLC, 18 in 1:23–cv–05927–DLC, 16 in 1:23–cv–05768–DLC, 41 in 1:23–cv–05686–DLC, 18 in 1:23–cv–05691–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/02/2024) |
| 04/03/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (21 in 1:23–cv–06330–DLC, 17 in 1:23–cv–06256–DLC, 15 in 1:23–cv–06316–DLC, 16 in 1:23–cv–06080–DLC, 33 in 1:23–cv–06311–DLC, 15 in 1:23–cv–06337–DLC, 30 in 1:23–cv–06333–DLC, 1437 in 1:22–md–03043–DLC, 16 in 1:23–cv–06378–DLC, 18 in 1:23–cv–06074–DLC, 31 in 1:23–cv–06263–DLC, 31 in 1:23–cv–06267–DLC, 20 in 1:23–cv–06209–DLC, 22 in 1:23–cv–06310–DLC, 17 in 1:23–cv–06253–DLC, 17 in 1:23–cv–06065–DLC, 30 in 1:23–cv–06259–DLC, 15 in 1:23–cv–06255–DLC, 22 in 1:23–cv–06321–DLC, 17 in 1:23–cv–06254–DLC, 23 in 1:23–cv–06308–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/03/2024) |
| 04/03/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (15 in 1:23–cv–06488–DLC, 17 in 1:23–cv–06504–DLC, 15 in 1:23–cv–06507–DLC, 29 in 1:23–cv–06495–DLC, 23 in 1:23–cv–06402–DLC, 16 in 1:23–cv–06489–DLC, 16 in 1:23–cv–06490–DLC, 23 in 1:23–cv–06497–DLC, 16 in 1:23–cv–06505–DLC, 1437 in 1:22–md–03043–DLC, 15 in 1:23–cv–06493–DLC, 15 in 1:23–cv–06562–DLC, 16 in 1:23–cv–06514–DLC, 15 in 1:23–cv–06491–DLC, 23 in 1:23–cv–06411–DLC, 16 in 1:23–cv–06502–DLC, 15 in 1:23–cv–06381–DLC, 23 in 1:23–cv–06494–DLC, 16 in 1:23–cv–06407–DLC, 17 in 1:23–cv–06498–DLC, 24 in 1:23–cv–06492–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the |

| | | |
|---|---|---|
| | | appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/03/2024) |
| 04/03/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (17 in 1:23–cv–06565–DLC, 16 in 1:23–cv–06567–DLC, 18 in 1:23–cv–06636–DLC, 15 in 1:23–cv–06621–DLC, 17 in 1:23–cv–06569–DLC, 16 in 1:23–cv–06623–DLC, 29 in 1:23–cv–06619–DLC, 23 in 1:23–cv–06617–DLC, 29 in 1:23–cv–06579–DLC, 1437 in 1:22–md–03043–DLC, 18 in 1:23–cv–06618–DLC, 16 in 1:23–cv–06575–DLC, 17 in 1:23–cv–06574–DLC, 27 in 1:23–cv–06563–DLC, 24 in 1:23–cv–06571–DLC, 15 in 1:23–cv–06622–DLC, 21 in 1:23–cv–06606–DLC, 15 in 1:23–cv–06616–DLC, 17 in 1:23–cv–06638–DLC, 31 in 1:23–cv–06580–DLC, 17 in 1:23–cv–06564–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/03/2024) |
| 04/03/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (20 in 1:23–cv–06671–DLC, 17 in 1:23–cv–06641–DLC, 17 in 1:23–cv–06669–DLC, 16 in 1:23–cv–06665–DLC, 16 in 1:23–cv–06663–DLC, 1437 in 1:22–md–03043–DLC, 18 in 1:23–cv–06676–DLC, 15 in 1:23–cv–06666–DLC, 31 in 1:23–cv–06654–DLC, 24 in 1:23–cv–06678–DLC, 20 in 1:23–cv–06648–DLC, 18 in 1:23–cv–06639–DLC, 24 in 1:23–cv–07012–DLC, 22 in 1:23–cv–06681–DLC, 15 in 1:23–cv–06662–DLC, 20 in 1:23–cv–06659–DLC, 17 in 1:23–cv–06672–DLC, 26 in 1:23–cv–06677–DLC, 15 in 1:23–cv–06647–DLC, 17 in 1:23–cv–06664–DLC, 22 in 1:23–cv–06682–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(km) (Entered: 04/03/2024) |
| 04/03/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (23 in 1:23–cv–04588–DLC, 92 in 1:22–cv–08931–DLC, 26 in 1:23–cv–02626–DLC, 100 in 1:22–cv–09049–DLC, 32 in 1:23–cv–04546–DLC, 74 in 1:22–cv–10034–DLC, 57 in 1:22–cv–09040–DLC, 44 in 1:23–cv–04516–DLC, 31 in 1:23–cv–02992–DLC, 45 in 1:23–cv–02010–DLC, 28 in 1:23–cv–04539–DLC, 68 in 1:22–cv–10021–DLC, 80 in 1:22–cv–08782–DLC, 45 in 1:23–cv–02743–DLC, 75 in 1:22–cv–10036–DLC, 66 in 1:22–cv–09891–DLC, 31 in 1:23–cv–02435–DLC, 34 in 1:23–cv–04504–DLC, 54 in 1:22–cv–10198–DLC, 20 in 1:23–cv–03128–DLC, 77 in 1:22–cv–10041–DLC, 90 in 1:22–cv–09043–DLC, 80 in 1:22–cv–09038–DLC, 41 in 1:22–cv–10698–DLC, 58 in 1:22–cv–10220–DLC, 74 in 1:22–cv–09053–DLC, 27 in 1:23–cv–03581–DLC, 67 in 1:22–cv–09041–DLC, 29 in 1:23–cv–03629–DLC, 25 in 1:23–cv–04324–DLC, 21 in 1:23–cv–03118–DLC, 78 in 1:22–cv–08810–DLC, 20 in 1:23–cv–04559–DLC, 69 in 1:22–cv–08818–DLC, 22 in 1:23–cv–04517–DLC, 66 in 1:22–cv–09029–DLC, 29 in 1:23–cv–04556–DLC, 25 in 1:23–cv–03638–DLC, 27 in 1:23–cv–03621–DLC, 56 in 1:22–cv–10699–DLC, 82 in 1:22–cv–09052–DLC, 25 in 1:23–cv–04325–DLC, 37 in 1:23–cv–04249–DLC, 22 in 1:23–cv–04311–DLC, 92 in 1:22–cv–09042–DLC, 75 in 1:22–cv–09079–DLC, 46 in 1:23–cv–02442–DLC, 95 in 1:22–cv–08830–DLC, 22 in 1:23–cv–03035–DLC, 71 in 1:22–cv–09020–DLC, 31 in 1:23–cv–04015–DLC, 42 in 1:23–cv–01014–DLC, 22 in 1:23–cv–03648–DLC, 33 in 1:23–cv–04486–DLC, 77 |

| | | |
|---|---|---|
| | | in 1:22–cv–10023–DLC, 24 in 1:23–cv–04512–DLC, 23 in 1:23–cv–03624–DLC, 78 in 1:22–cv–09058–DLC, 100 in 1:22–cv–08814–DLC, 93 in 1:22–cv–09076–DLC, 73 in 1:22–cv–09027–DLC, 103 in 1:22–cv–09055–DLC, 30 in 1:23–cv–01955–DLC, 157 in 1:22–cv–10026–DLC, 82 in 1:22–cv–09032–DLC, 80 in 1:22–cv–09033–DLC, 45 in 1:23–cv–03141–DLC, 35 in 1:23–cv–02711–DLC, 26 in 1:23–cv–04285–DLC, 25 in 1:23–cv–04019–DLC, 31 in 1:23–cv–03120–DLC, 24 in 1:23–cv–04036–DLC, 83 in 1:22–cv–09057–DLC, 69 in 1:23–cv–00214–DLC, 34 in 1:23–cv–01512–DLC, 20 in 1:23–cv–04553–DLC, 23 in 1:23–cv–04564–DLC, 22 in 1:23–cv–04496–DLC, 28 in 1:23–cv–03632–DLC, 20 in 1:23–cv–04593–DLC, 73 in 1:22–cv–09086–DLC, 70 in 1:22–cv–09035–DLC, 96 in 1:22–cv–10027–DLC, 28 in 1:23–cv–04499–DLC, 24 in 1:23–cv–04600–DLC, 35 in 1:23–cv–02719–DLC, 79 in 1:22–cv–08785–DLC, 21 in 1:23–cv–04586–DLC, 70 in 1:22–cv–09024–DLC, 56 in 1:22–cv–09039–DLC, 79 in 1:22–cv–09081–DLC, 31 in 1:23–cv–04507–DLC, 90 in 1:22–cv–09056–DLC, 82 in 1:22–cv–08930–DLC, 61 in 1:23–cv–02944–DLC, 76 in 1:22–cv–10042–DLC, 58 in 1:23–cv–00664–DLC, 27 in 1:23–cv–04168–DLC, 25 in 1:23–cv–03131–DLC, 66 in 1:22–cv–09996–DLC, 76 in 1:22–cv–09072–DLC, 26 in 1:23–cv–03640–DLC, 21 in 1:23–cv–04177–DLC, 33 in 1:23–cv–03636–DLC, 82 in 1:22–cv–10044–DLC, 79 in 1:22–cv–10031–DLC, 60 in 1:22–cv–09087–DLC, 84 in 1:22–cv–09069–DLC, 30 in 1:23–cv–02357–DLC, 35 in 1:23–cv–01511–DLC, 20 in 1:23–cv–04576–DLC, 33 in 1:23–cv–00563–DLC, 23 in 1:23–cv–04026–DLC, 27 in 1:23–cv–04587–DLC, 59 in 1:22–cv–10030–DLC, 91 in 1:22–cv–08816–DLC, 31 in 1:23–cv–04024–DLC, 72 in 1:22–cv–09045–DLC, 26 in 1:23–cv–02707–DLC, 63 in 1:22–cv–09879–DLC, 23 in 1:23–cv–04022–DLC, 90 in 1:22–cv–08817–DLC, 111 in 1:22–cv–09878–DLC, 36 in 1:23–cv–04531–DLC, 51 in 1:23–cv–02745–DLC, 1439 in 1:22–md–03043–DLC, 75 in 1:22–cv–09078–DLC, 32 in 1:23–cv–03649–DLC, 72 in 1:22–cv–10040–DLC, 21 in 1:23–cv–04538–DLC, 23 in 1:23–cv–03619–DLC, 35 in 1:23–cv–03550–DLC, 20 in 1:23–cv–04574–DLC, 72 in 1:22–cv–10038–DLC, 20 in 1:23–cv–04543–DLC, 123 in 1:22–cv–09012–DLC, 21 in 1:23–cv–02417–DLC, 31 in 1:23–cv–04144–DLC, 83 in 1:22–cv–09050–DLC, 43 in 1:23–cv–02726–DLC, 60 in 1:22–cv–08783–DLC, 28 in 1:23–cv–04534–DLC, 124 in 1:22–cv–09011–DLC, 36 in 1:23–cv–02730–DLC, 22 in 1:23–cv–03615–DLC, 86 in 1:22–cv–09059–DLC, 20 in 1:23–cv–04589–DLC, 75 in 1:22–cv–08808–DLC, 37 in 1:23–cv–03233–DLC, 22 in 1:23–cv–04469–DLC, 80 in 1:22–cv–08811–DLC, 70 in 1:22–cv–08815–DLC, 26 in 1:23–cv–03038–DLC, 20 in 1:23–cv–04558–DLC, 22 in 1:23–cv–04594–DLC, 28 in 1:23–cv–04317–DLC, 30 in 1:23–cv–01953–DLC, 35 in 1:23–cv–03123–DLC, 99 in 1:22–cv–10020–DLC, 22 in 1:23–cv–04549–DLC, 23 in 1:23–cv–04029–DLC, 77 in 1:22–cv–09992–DLC, 82 in 1:22–cv–10022–DLC, 79 in 1:22–cv–08813–DLC, 30 in 1:23–cv–02706–DLC, 72 in 1:22–cv–09022–DLC, 74 in 1:22–cv–09046–DLC, 41 in 1:23–cv–03635–DLC, 96 in 1:22–cv–09031–DLC, 30 in 1:23–cv–03642–DLC, 21 in 1:23–cv–04535–DLC, 22 in 1:23–cv–04511–DLC, 55 in 1:22–cv–09934–DLC, 20 in 1:23–cv–04529–DLC, 20 in 1:23–cv–04568–DLC, 23 in 1:23–cv–04282–DLC, 34 in 1:23–cv–02983–DLC, 24 in 1:23–cv–03136–DLC, 20 in 1:23–cv–04561–DLC, 77 in 1:22–cv–10029–DLC, 81 in 1:22–cv–10039–DLC, 89 in 1:22–cv–09083–DLC, 87 in 1:22–cv–09047–DLC, 74 in 1:22–cv–09048–DLC, 40 in 1:23–cv–02209–DLC, 32 in 1:23–cv–02732–DLC, 83 in 1:22–cv–10046–DLC, 24 in 1:23–cv–04191–DLC, 79 in 1:22–cv–09054–DLC, 28 in 1:23–cv–04028–DLC, 108 in 1:22–cv–09060–DLC, 81 in 1:22–cv–09091–DLC, 71 in 1:22–cv–09030–DLC, 28 in 1:22–cv–09285–DLC) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filers were selected for the appeal; the Opinion/judgment being appealed was not selected; party names must be selected individually. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Filed In Associated Cases: 1:22–md–03043–DLC et al.(tp) (Entered: 04/03/2024) |
| 04/03/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. (13 in 1:23–cv–07223–DLC, 18 in 1:23–cv–07653–DLC, 28 in 1:23–cv–07096–DLC, 13 in 1:23–cv–07730–DLC, 22 in 1:23–cv–07220–DLC, 15 in 1:23–cv–07412–DLC, 12 |

---

Baines, Ebony Baines, Jaclyne Baker, Raquel Ballesteros, Roman Ballesteros, Amrita
Banerjee, Tiffany Banks, Deandre Barbee, Jantail Barbee, Leticia Barrera, Colleen
Battista, Joshua Baudoin, Lindsey Baxter, Shanon Baxter, Jena Bea–Flores, Shandy
Beatty, Jennifer Beckham, Aimy Belcher, Monique Bell, Julie Bellin, Lance Bellin,
Jennifer Belmonte, Riana Berry, Riana Berry, Meghan Berthiaume, Aida Bicic,
Jordan Bishop, Laura Bishop, Lily Bishop, Andrea Bissette, Rekita Blackmon, Amber
Blanchard, Robert Blanchard, Betina Blueford, Haleem Bonaparte, Jesse Boney,
Sherrie Booker, Jamie Bordelon, Naomi Borriello, Tonia Bouley, Jackie Bowes,
Gabriel Bowlin, Jennifer Bowlin, James Boyd, Jessica Brakken, Ana Bravo–Segura,
Katie Brehm, Amber Breitweiser, Linda G. Brewer, Victoria Brewer, Denise Briggs,
Holly Brooks, Raqwan Brooks, Ashlynn Brown, Jacklyn Brown, Deisi Brownledoux,
Amber Bryant, Antonia Buendia, Greetus Bureau, Donna Byrd, Samuel Byrd, C. C.,
K. C., C. B., C. C., C. F., C. G., C. H., C. J., C. K., C. M., C. R., C. S., C. W., C.B.,
C.D., C.F., C.O., C.P., CT, Jessica Cagle, Chanal Caine, Felerio Caine, Amneris
Calderon–Santiago, Mara Gabriela Calvani, Libier Camargo, Virginia Campbell,
Felicia Campbell–Booth, Andrew Cannon, Dana Cannon, Lynn Cannon, Kymberly
Cardenas, Brittany Carlock, Allyson Carnes Bagley, Denise Carroll, Unicque Carroll,
Jessica Case, Lindsey Cassidy, Leslie Castellanos, Ryan Caston, Sarah Cervantes,
Cherise Chapman, Alisa Charles, Dalana Charlot, Courtnie Chenevert, Melissa
Cheramie, Juanita Childress, Crystal Chopin, Christine Contreras, Bianca Clark,
Brianna Coada, Morgan Cole, Misty Coleman, Jasmine Comeaux–Villermin, Sheri
Conner, Lindsay Conner–Ali, Rebekah Cooper, Shayla Cooper, Angela Cordell,
Christina Correll, Shannon Costa, Kelley Costello, Candice Crawford, Kristie
Crawford, Kadijah Crawley, Devin Cross, Tabitha Cross, Tammy Cross, Ayeshia
Crump, Crystal Washington, D. B., D. C., D. D., D. H., D. J., D. L., III, D. P., D. R.,
D. S., D. T., D. W., Jr., D.D., D.F., D.M., D.P., D.S., Khris Dafney, Angel Daniels,
David Giddings as Guardian Ad Litem of H.G., Minor, Emma Davidson, Monique
Davis, Rachel Davis, Teashawn Dawson, Marcela Stephanie De Satre, Jeffrey
DeCarlo, Raven Deberry, Vondah Dede, Rachel Delamain, Jesus Delgado, Norhalys
Delgado, Chris Deming, Junior Denson, Tara Denton, Rebekah Dillard, Brooke
Dillworth, Dequisha Dodd, Sarah Dodson, Jane Doe, Mirza Dogo, Donovan
Donaldson, Tyler Donaldson, Angela Douglas, Stormy Dowdell, Tiffany Drago,
Duane Reade, Pamela Duke, Sarah Duke, Tanya Dunn, Megan Dupree, E. A., E. B.,
E. E., E. G., E. H., E. N., E. P., E. R., E. S., E. V., E. W., E. Z., E.B., E.E., E.G., E.L.,
E.R., E.S., E.W., EM, Janel Edwards, Jessica Edwards, Olga Edwards, Samuel
Edwards, Farran Elder, Aliyah Ellis, Buffy Ellis, Brittany Emerson, Emily Engle,
Enrique Rodriguez Avalos as Guardian Ad Litem of E.R., Minor, William Ensign,
Erik Thompson, as Guardian Ad Litem of C.T., Minor, Erin Sanders, Stacey Ervin,
Felicia Esquiliano, Shantrell Estes, Tanesha Etheridge, Anetra Evans, F. D., F. J., F.
M., F. S., F.C., F.G., III, Angela Fagan, Rhys Farrell, Krysanthemum Feiler, Claude
Felton III, Sherika Ferguson, Rosann Ferrante, Juanita Fischer, Jessica Flores, Miesha
Flournoy, Twanna Floyd, Samantha Foley, Kimberly Ford, Melody Ford, Nichola
Ford, Katie Foster, Renica Foster, Summer Foster, Ty Foster, Amanda Foust, Andrew
Franklin, Tamara Freeman, Jothany Frey, Linzy Funk, G. C., G. G., G. K., Jr., G. N.,
G. S., G. T., G.R., Tammy Gaddis, Samantha Gaffney, Antoinette Gameroz, Natasha
Gameroz, Dimitrios Ganis, Amanda Gaona, Angelica Garcia, Briceida Garcia,
Christopher Garcia, Iris Garcia, Lisa Garcia, Rachael Garcia, Raul Garcia, Dafina
Gashi, Helen Gazley, Cherish Gentle, Jennifer George, Madonna Gevargiz, Krista
Gil, Dana Gilley, Rhonda Gisclair, Precious Glover, Callie Gobble, Karen Golightly,
Ria Gonowrie, Maria Gonzalez, Maria Gonzalez, Nydia Gonzalez, Katie Good,
Valenzcia Gooden, Tammy Gordon, Hope Grady, Quantae Grant, Anastasia Gray,
Jeanette Gray, Annikia Green, Christy Green, Claudia Green, Michelle Green, Crystal
Greenberg, Hunter Greenberg, Sheri Greene, Michele Greer, Leslie Gutierrez, Janet
Guzman, Julia Guzman, C. H., N. H., H. C., H. E., H. G., H. K., H. M., H. S., H.L.,
H.W., Siupeli Halafihi, Ashleigh Hall, Jasmine Hall, Feda Hamad, Cynthia Hampton,
Shea Hankins, Alyssa Hanson, Chanel Hardin, Samantha Hardin, Sherece Hardin,
Vivan Haris–Ganis, Silesse Harris, Phylicia Harrison, Whitney Hart, Tiffany Hatcher,
Robin Hatfield, Seanna Hauser, Latasha Hawkins, Tremaine Hawkins, Rowdy
Heffner, Joyce Helmondollar, Randall Helmondollar, Raeshawn Henderson, Michelle
Herbert, Diana Hernandez, Laura Hernandez, Daniela Herrera, Cassandra Herrin,
Lorae Hessler, Raven Hicks, Peggy Higgins, Brian Hill, Stephanie Hill, Alex Hillyer,
Wendae Hinson, Heather Hix, Bliss Holder, Alexander Holland, Christine Holland,
Jessica Holmes, Donna Holt, Carole Holzmann, Logan Holzmann, Michael Horne,
Abby Horowitz, Becky Howell–Adams, Amanda Hubble, Kerri–Ann Huggett, Tina

Hughitt, Janelle Hunter, Trina Hunter, Melissa Huntsman, Mary Hurst, Rachel Hurst, Stacy Hutchens, Meghan Hutson, I. C., I. J., I. M., I.D., I.K., I.R., a Minor, IB, Arlene Irizarry, Hanna Isa, J. B., J. C., J. D., J. E., J. F., J. G., J. G. B., J. H., J. J., J. K., J. M., J. M. G., J. P., J. R., J. S., J. T., J. V., J. W., J.B., J.D., J.G.V., J.H., J.J., J.L., J.L., J.M., J.R., J.S, J.S., JC, Jackie Bowes As Guardian, On Behalf of Plaintiff Child L.S., Jacklyn Brown As Guardian, on behalf of Plaintiff Child L.E., Danyelle Jackson, Miracle Jackson, Tatiana Jackson, Travon Jackson, Triniece Jackson, Stella James, James Patrick as Guardian Ad Litem of N.P., Minor, Aunesty Janssen, Makayla Jellema, Janet Jernigan, Allison Johnson, January Johnson, Landon Johnson, Sherri Johnson, Whitney Johnson, Amanda Jones, Amber Jones, Daniel Jones, Jaylen Jones, Laquetta Jones, Leah Jones, Melisha Jones, Shaquille Jones, Vanessa Jones, Eliud Jordan, Ellen Joseph–Richard, Carisma Julun, K. A., K. B., K. C., K. E., K. F., K. G., K. H., K. J., K. K., K. L., K. M., K. R., K. R. C., K. S., K. V., K.B., K.C., K.G., K.W, Morgan Kanyuh, Alexandra Karl, Babita Karn, Huda Kasim, Sophiya Kegbe–Davis, Sophyia Kegbe–Davis, Keila Chardon, Bridgett Kelley, Keaton Kendrick, Aidan Kennedy, Christine Kennedy, Lauren Key, Alicia Keyes, Courtnie King, Jennifer King, Melissa Klein, Jordan Knaack, Britany Knight, Eric Knight as Guardian Ad Litem of A.K., Minor, April Knighten, Sabrina Korir, Khelzie Koston, L. A., L. B., L. C., L. F.–J., L. G., L. J., L. L., L. M., L. M. R., L. P., L. S., L. T., L.A., L.C.B., L.H., L.L., a Minor, L.M., L.M.F., L.N.K. International, Inc., L.R., L.S., L.T., Ashley LaBranche, KateLynn LaBranche, Jaimi Lala, Christy Landry, Danielle Lane, Laura Oseguera as Guardian Ad Litem of A.H., Minor, Danyale Lawrence, Staci Leanox, Alyssa Lemoine, Mariana Leon, Enrique Lesende, Perla Lesende, Juliet Lester, Jamie Levindoski, Rhiann Lindberg, Robin Lindemann, Sara Lindsey, Lissette Berdote–Barroso, Lissette Berdote–Barroso As Guardian, On Behalf Of Plaintiff Child K.B., Amia Lonzo, Jessica Lopez, Maria Lopez, Gracyln Lott, Emily Lumpkins, Ashlea Lyons, A. M., M. M., M. A., M. B., M. C., M. D., M. D., M. E., M. G., M. H., M. I., M. L., M. M., M. P., M. R., M. S., M. T., M. V., M. W., M.A., M.B., M.H., M.L., M.M., M.N., M.P.W., M.R., M.S., MB, Nichole Mack, Altheia Madding, Franchelle Magana, Derek Maguire, Michelle Maguire, Brittany Mako, Fatme Mallah, Martin Maltos, Douglas Mangin, Timothy Manyweather, Vicki Manyweather, Christine Marrero, Rebecca Marsh, Kellie Marshall, Clarissa Martin, Emma Martin, Mary Martin, Mya Martin, Natalie Martin, Sandra Martin, Natasha Masse, Countess Massey, Lizbeth Mata, Shunta Mathis, Shantell Maxwell, Lauren May, Leigh Ann May, Tonya Mayer, Chantell Mayfield, Tiffany McCalister, Bridget McConnell, Courtney McCreary, Mark McDanel, Michele McDanel, Jessica McGee, Leslie McIntosh, Katrina McKinney, Peggy McManus, Taylor McQuaide, Kamonica McWhite–York, Felicia Mccauley, Melissa Mcevoy, Whitney Mckinnie, Megan Meece, Aariel Melvin, Natalie Mendez, Eirinn Merritt, Aaron Merriweather, Jacob Messenger, Janice Messenger, Ethan Meyer, Angeles Mijares, Raven Miles, Sharee Miles, Wanda Miles, Meagan Milligan, Sheldon Milligan, Josie Mitchell, Eman Mohamed, Salyers Monica, Danielle Moore, Lyntorius Moore, Tara Moore, Annmarie Morales, Erika Morales, Vanessa Morales, Ingrid Moran, Nicole Morin, Misha Motahari, Kelly Mulholland, Steven Mullen, Ebony Murray, N. A., N. B., N. E. S., N. F., N. J., N. L., N. M., N. N., N. S., NB, Christian Negron, Nicholas Nelson, Stephanie Nickles, Nicole White as Guardian Ad Litem of S.M., Minor, Layla Nishman, Jennifer Nolte, Brittany Norfleet, Misty Norman, Misty Norman, Briana Normand, Renee Normand, Douglas Norris, Jennifer Norris, Normarys Nunez, Vanessa Nunez, Angela O'Barr, Guenevere O'Griffin, O.F., OH, Aiesha Offord, Valeria Ogoh, Richard Ogoh Jr., Lilia Oleson, Tania Osuna, Angela Overall, Tahcahrah Owens, G. P., P. G., P. H., P. L., P. M., P. S., P. W., P.C., P.P., TAMMY PEAVLEY HAWES, PM, Aaron Paradine, Kristy Parker, Antwanette Patterson, Gwangi Patton, Tammy Peavley–Hawes, Mollie Penn, Hope Pennington, Robert Pennington, William Pennington, Zuania Perez, Ayanna Perkins, Ayanna Perkins, Pernella Booker, as Guardian Ad Litem of K.V., Minor, Tonya Perry, Sarah Peters, Amy Pfuhl, Phoenix Shelton, Anna Pirtle, Plaintiffs Counsel, Lunie Plaisir, Jelissa Pope, Christina Poray, Yessica Portillo, Inna Portnov, Nicole Portnov, James Posey, Heather Powlowski, Nicole Price, Golden Proctor, Abigail Proffitt, Abraham Pruneda, Sarah Pulley, Nilsa Quezada, J. R., R. B., R. C., R. D., R. G., R. H., R. J., R. L., R. M., R. P., R.G.G., R.J., R.S., Kourtney Raby, Kristina Radford–Garcia, Dolores Rainwater, April Ramirez, Crystal Ramirez, Navara Ramirez, Crystal Rasnake, Rebecca Reece, Rebekah Reed, Tanita Register, Stella Reynolds, Jessica Rhead, David Rheingold, Paul Rheingold, Quintygi Richard, Rishona Richardson, Katie Richie, Jessica Richmond, Leah Ricotta, Jacqueline Rife, Christina Rigsby, Danielle

| | | |
|---|---|---|
| | | Riley–Simmons, Jasmine Rios, Kelsie Rivera, Lisa Roberts, Stephanie Roberts, Zailyn Roberts, Brandi Robinson, Hannah Robinson, Ann Rodriguez, Cassie Rodriguez, Nicholas Rodriguez, Jane Roe, Michael Rogers, Rosann Ferrante as Mother and Natural Guardian of V.F., an infant, Deanne Rosenbaum, Kadie Rousse, Dedre Rudd, Angie Ruiz, Tiffany Rutledge, J. S., L. S., S. B., S. E., S. F., S. F.–J., S. G., S. H., S. J., S. K., S. M., S. M. W., S. R., S. R.R., S. S., S. T., S. W., SF., S.M., S.S., SM, Monica Salyers, Annie Sampson, Stephanie Sanchez, Jared Satre, Marcela Satre, Chelsie Saucier, Christy Savoy, Amanda Schambon, Shaylyn Schell, Erin Schupbach, Joseph Sciocchetti, Maureen Sciocchetti, Jacob Semmes, Jennifer Semmes, Alicia Senegal, Heather Senske, Andrew Seymour, Kylie Shaffett, Stacy Shawneerae, Solomon Shepard, Stacy Shepard, Rebecca Shryock, Tracy Siegel, Victoria Silas, Denise Simmons, Jerica Sims, Laura Sinclair, Alisha Singletary, Deborah Singleton, Tiffany Skibicki, Carla Slaughter, Erica Smart, Angela Smith, Jenaye Smith, Jessica Smith, Melissa Smith, Nathaniel Smith, Rebbecca Smith, Sarah Smith, Tabitha Smith, Tinisha Smith, Alicia Snorton, Melissa Soria, Aide Soriano, Mary Sousa, Chrishawn Spann, Vivian Spencer, Courtney Springer, Julianna Staehle, Helena Stafford, Jessica Stahlke, Bailey Stanley, Cori Stark, Arshaun Stevenson, Chanel Stewart, Dana Stewart, Micah Stewart, Collin Stover, Heather Strydom, Alexis Stubblefield, Chrisanna Sullivan, Donnie Sumling, Mailia Sumling, Mailia Sumling, Crystal Sutton, Alana Swindell, T. A., T. B., T. D., T. E., T. F., T. G., T. H., T. K., T. L., T. M., T. P., T. R., T. T., T. W., T.T., CHARMINE TATE, Chloe Tagg, Cynthia Talbot, Shane Talbot, Tania Osuna, as Guardian Ad Litem of S.O., Minor, Tanner Corlett as Guardian Ad Litem of J.F., Minor, Erin Tarallo, Adejah Tate, Adrianna Tate, Charmaine Tate, Frances Taylor, Megan Taylor, Chatanya Tezeno, Ledricka Thierry, Kammron Thomas, Ronnisha Thomas, Rosalyn Thomas, Tammy Thomason, Aujenai Thompson, Caroline Thompson, Ashley Thornton, Heather Tidwell, Robin Todd, Catherine Trevorrow, Katie Tsui, Tequilla Tuco, Courtney Tune, Angel Turner, Kacee Tyson, U. W., V. D., V. E., V. H., V.F., an infant, V.T., Vanessa Valdez, Kelly Van Horn, Steven Vanover, Holly Vincent, Tara Vincent, Denise Vison, Victoria Vorise, Z. W., W. B., W. D., W. D., Jr, W. J., III, W. L., W. M., W. P., W. S., W. W., W.A., Anna Wagemaker, Ixchelle Wagner, Ashley Walk, Lana Walker, Tammy Walker, Whitney Walker, Angelica Wallace, Amanda Walston, Stephanie Ward–Jones, Ryan Waterson, Jhona Watts, Precious Watts, Nicole Waymire, Elaine Weaver, Evan Weaver, Tova Weisz, Zev Weisz, Kathy Wells, Austin Whitaker, Ashley White, Kristopher White, Meranda White, Teaira White, Candace Whitehead, Candice Whitehead, Brie Whitfield, Melissa Whitney, Michelle Wick, Victoria Wick, Trista Wiley, Klobin Wilkerson, Amanda Williams, Brandy Williams, Jeanie Williams, Tyler Williams, Zoe Williams, Jennifer Wilson, Margaret Wilson, William Wilson, Israel Wood, Lyana Wood, Ashleigh Woolbright, X. H., X. J., Y. A., Y. M., Courtney Yearby, Rachel Yoakum, Denise Young, Jessica Young, Z. B., Z. C–V., Z. D., Z. H., Z. M., Z. W., Z.L., Z.W., Nicholas Zagara, Ami Zida, Jane Zukus, Madeline Zukus. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Exhibit 1).(Keller, Ashley) Modified on 4/3/2024 (km). (Entered: 04/03/2024) |
| 04/03/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Ashley Keller to RE–FILE Document No. 1446 Notice of Appeal. The filing is deficient for the following reason(s): the wrong event type was used to file the appeal. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (km) (Entered: 04/03/2024) |
| 04/03/2024 | 1447 | NOTICE OF APPEAL from 1381 Memorandum & Opinion,,,, 1409 Order,. Document filed by Allyson Carnes Bagley, Janely Espinoza, Molly Fortune, Heather Hix, Tiffany Jones, Robin Lindemann, Cody Mickle, Treyvion Nettles, Cathy Raymer, A&K, A,L., M. A., A. A., A. B., A. C., A. D., A. G., A. H, A. H., A. J., A. K., A. L., A. M., A. N.C., A. P., A. R., A. T., A. V., A. W., A.A., A.B., A.C., A.F., A.H., A.K., A.L., A.N., A.R., A.S., A.W., Stacey Abdin, Gregory Abrams, J.A. Abrams, Jessica Abrams, Jennifer Acevedo, Malerie Adams, Sawyer Adams, Stacey Addicott, Jonitta Adolph, Patricia Aguiar, Victoria Aguiar, Sherly Aguilar, Donald Airth, Katie Airth, Albertson's, Kristy Alfonso, Lakeisha Allen, Michelle Allen, Malinda Allison, Allison Allred, Zackary Allred, Breanna Altman, Blythe Amerson, Aaron Anderson, Brittany Anderson, Makesha Anderson, Sunshine Anderson, Silvia Andino, Brittany Andrews, Christie Appelhanz, Chiyaukaa Archer, Isabella Archie, |

Keya Archie, Anthony Arellano, Maria Arellano, Lauren Arredondo, Latoshia Atkins,
Brandon Ausherman, Catherine Ausherman, E. B., B. B., B. C., B. D., B. F., B. H., B.
K., B. R., B. S., B.B., B.C., B.K., J. B.P., B.R.G., B.S., B.T., Evangeline Bailey,
Ebony Baines, Ebony Baines, Jaclyne Baker, Raquel Ballesteros, Roman Ballesteros,
Amrita Banerjee, Tiffany Banks, Deandre Barbee, Jantail Barbee, Leticia Barrera,
Colleen Battista, Joshua Baudoin, Lindsey Baxter, Shanon Baxter, Jena Bea–Flores,
Shandy Beatty, Jennifer Beckham, Aimy Belcher, Monique Bell, Julie Bellin, Lance
Bellin, Jennifer Belmonte, Riana Berry, Riana Berry, Meghan Berthiaume, Aida
Bicic, Jordan Bishop, Laura Bishop, Lily Bishop, Andrea Bissette, Rekita Blackmon,
Amber Blanchard, Robert Blanchard, Betina Blueford, Haleem Bonaparte, Jesse
Boney, Sherrie Booker, Jamie Bordelon, Naomi Borriello, Tonia Bouley, Jackie
Bowes, Gabriel Bowlin, Jennifer Bowlin, James Boyd, Jessica Brakken, Ana
Bravo–Segura, Katie Brehm, Amber Breitweiser, Linda G. Brewer, Victoria Brewer,
Denise Briggs, Holly Brooks, Raqwan Brooks, Ashlynn Brown, Jacklyn Brown,
BrownGreer PLC, Deisi Brownledoux, Amber Bryant, Antonia Buendia, Greetus
Bureau, Donna Byrd, Samuel Byrd, C. C., K. C., C. B., C. C., C. F., C. G., C. H., C.
J., C. K., C. M., C. R., C. S., C. W., C.B., C.D., C.F., C.O., C.P., CT, Jessica Cagle,
Chanal Caine, Felerio Caine, Amneris Calderon–Santiago, Mara Gabriela Calvani,
Libier Camargo, Virginia Campbell, Felicia Campbell–Booth, Andrew Cannon, Dana
Cannon, Lynn Cannon, Kymberly Cardenas, Brittany Carlock, Allyson Carnes
Bagley, Denise Carroll, Unicque Carroll, Jessica Case, Lindsey Cassidy, Leslie
Castellanos, Ryan Caston, Sarah Cervantes, Cherise Chapman, Alisa Charles, Dalana
Charlot, Courtnie Chenevert, Melissa Cheramie, Juanita Childress, Crystal Chopin,
Christine Contreras, Bianca Clark, Brianna Coada, Morgan Cole, Misty Coleman,
Jasmine Comeaux–Villermin, Sheri Conner, Lindsay Conner–Ali, Rebekah Cooper,
Shayla Cooper, Angela Cordell, Christina Correll, Shannon Costa, Kelley Costello,
Candice Crawford, Kristie Crawford, Kadijah Crawley, Devin Cross, Tabitha Cross,
Tammy Cross, Ayeshia Crump, Crystal Washington, D. B., D. C., D. D., D. H., D. J.,
D. L., III, D. P., D. R., D. S., D. T., D. W., Jr., D.D., D.F., D.M., D.P., D.S., Khris
Dafney, Angel Daniels, David Giddings as Guardian Ad Litem of H.G., Minor, Emma
Davidson, Monique Davis, Rachel Davis, Teashawn Dawson, Marcela Stephanie De
Satre, Jeffrey DeCarlo, Raven Deberry, Vondah Dede, Rachel Delamain, Jesus
Delgado, Norhalys Delgado, Chris Deming, Junior Denson, Tara Denton, Rebekah
Dillard, Brooke Dillworth, Dequisha Dodd, Sarah Dodson, Jane Doe, Mirza Dogo,
Donovan Donaldson, Tyler Donaldson, Angela Douglas, Stormy Dowdell, Tiffany
Drago, Pamela Duke, Sarah Duke, Tanya Dunn, Megan Dupree, E. A., E. B., E. E., E.
G., E. H., E. N., E. P., E. R., E. S., E. V., E. W., E. Z., E.B., E.E., E.G., E.L., E.R.,
E.S., E.W., EM, Janel Edwards, Jessica Edwards, Olga Edwards, Samuel Edwards,
Farran Elder, Aliyah Ellis, Buffy Ellis, Brittany Emerson, Emily Engle, Enrique
Rodriguez Avalos as Guardian Ad Litem of E.R., Minor, William Ensign, Erik
Thompson, as Guardian Ad Litem of C.T., Minor, Erin Sanders, Stacey Ervin, Felicia
Esquiliano, Shantrell Estes, Tanesha Etheridge, Anetra Evans, F. D., F. J., F. M., F.
S., F.C., F.G., III, Angela Fagan, Rhys Farrell, Krysanthemum Feiler, Claude Felton
III, Sherika Ferguson, Rosann Ferrante, Juanita Fischer, Jessica Flores, Miesha
Flournoy, Twanna Floyd, Samantha Foley, Kimberly Ford, Melody Ford, Nichola
Ford, Katie Foster, Renica Foster, Summer Foster, Ty Foster, Amanda Foust, Andrew
Franklin, Tamara Freeman, Jothany Frey, Linzy Funk, G. C., G. G., G. K., Jr., G. N.,
G. S., G. T., G.R., Tammy Gaddis, Samantha Gaffney, Antoinette Gameroz, Natasha
Gameroz, Dimitrios Ganis, Amanda Gaona, Angelica Garcia, Briceida Garcia,
Christopher Garcia, Iris Garcia, Lisa Garcia, Rachael Garcia, Raul Garcia, Dafina
Gashi, Helen Gazley, Cherish Gentle, Jennifer George, Madonna Gevargiz, Krista
Gil, Dana Gilley, Rhonda Gisclair, Precious Glover, Callie Gobble, Karen Golightly,
Ria Gonowrie, Maria Gonzalez, Maria Gonzalez, Nydia Gonzalez, Katie Good,
Valenzcia Gooden, Tammy Gordon, Hope Grady, Quantae Grant, Anastasia Gray,
Jeanette Gray, Annikia Green, Christy Green, Claudia Green, Michelle Green, Crystal
Greenberg, Hunter Greenberg, Sheri Greene, Michele Greer, Leslie Gutierrez, Janet
Guzman, Julia Guzman, C. H., N. H., H. C., H. E., H. G., H. K., H. M., H. S., H.L.,
H.W., Siupeli Halafihi, Ashleigh Hall, Jasmine Hall, Feda Hamad, Cynthia Hampton,
Shea Hankins, Alyssa Hanson, Chanel Hardin, Samantha Hardin, Sherece Hardin,
Vivan Haris–Ganis, Silesse Harris, Phylicia Harrison, Whitney Hart, Tiffany Hatcher,
Robin Hatfield, Seanna Hauser, Latasha Hawkins, Tremaine Hawkins, Rowdy
Heffner, Joyce Helmondollar, Randall Helmondollar, Raeshawn Henderson, Michelle
Herbert, Diana Hernandez, Laura Hernandez, Daniela Herrera, Cassandra Herrin,
Lorae Hessler, Raven Hicks, Peggy Higgins, Brian Hill, Stephanie Hill, Alex Hillyer,

Wendae Hinson, Heather Hix, Bliss Holder, Alexander Holland, Christine Holland,
Jessica Holmes, Donna Holt, Carole Holtzman, Logan Holzmann, Michael Horne,
Abby Horowitz, Becky Howell–Adams, Amanda Hubble, Kerri–Ann Huggett, Tina
Hughitt, Janelle Hunter, Trina Hunter, Melissa Huntsman, Mary Hurst, Rachel Hurst,
Stacy Hutchens, Meghan Hutson, I. C., I. J., I. M., I.D., I.K., I.R., a Minor, IB, Arlene
Irizarry, Hanna Isa, J. B., J. C., J. D., J. E., J. F., J. G., J. G. B., J. H., J. J., J. K., J. M.,
J. M. G., J. P., J. R., J. S., J. T., J. V., J. W., J.B., J.D., J.G.V., J.H., J.J., J.L., J.L.,
J.M., J.R., J.S, J.S., JC, Jackie Bowes As Guardian, On Behalf of Plaintiff Child L.S.,
Jacklyn Brown As Guardian, on behalf of Plaintiff Child L.E., Danyelle Jackson,
Miracle Jackson, Tatiana Jackson, Travon Jackson, Triniece Jackson, Stella James,
James Patrick as Guardian Ad Litem of N.P., Minor, Aunesty Janssen, Makayla
Jellema, Janet Jernigan, Allison Johnson, January Johnson, Landon Johnson, Sherri
Johnson, Whitney Johnson, Amanda Jones, Amber Jones, Daniel Jones, Jaylen Jones,
Laquetta Jones, Leah Jones, Melisha Jones, Shaquille Jones, Vanessa Jones, Eliud
Jordan, Ellen Joseph–Richard, Carisma Julun, K. A., K. B., K. C., K. E., K. F., K. G.,
K. H., K. J., K., K. L., K. M., K. R., K. R. C., K. S., K. V., K.B., K.C., K.G., K.W,
Morgan Kanyuh, Alexandra Karl, Babita Karn, Huda Kasim, Sophiya Kegbe–Davis,
Sophyia Kegbe–Davis, Keila Chardon, Bridgett Kelley, Keaton Kendrick, Aidan
Kennedy, Christine Kennedy, Lauren Key, Alicia Keyes, Courtnie King, Jennifer
King, Melissa Klein, Jordan Knaack, Britany Knight, Eric Knight as Guardian Ad
Litem of A.K., Minor, April Knighten, Sabrina Korir, Khelzie Koston, L. A., L. B., L.
C., L. F.–J., L. G., L. J., L. L., L. M., L. M. R., L. P., L. S., L. T., L.A., L.C.B., L.H.,
L.L., a Minor, L.M., L.M.F., L.N.K. International, Inc., L.R., L.S., L.T., Ashley
LaBranche, KateLynn LaBranche, Jaimi Lala, Christy Landry, Danielle Lane, Laura
Oseguera as Guardian Ad Litem of A.H., Minor, Danyale Lawrence, Staci Leanox,
Alyssa Lemoine, Mariana Leon, Enrique Lesende, Perla Lesende, Juliet Lester, Jamie
Levindoski, Rhiann Lindberg, Robin Lindemann, Sara Lindsey, Lissette
Berdote–Barroso, Lissette Berdote–Barroso As Guardian, On Behalf Of Plaintiff
Child K.B., Amia Lonzo, Jessica Lopez, Maria Lopez, Gracyln Lott, Emily
Lumpkins, Ashlea Lyons, A. M., M. M., M. A., M. B., M. C., M. D., M. E., M.
G., M. H., M. I., M. L., M. M., M. P., M. R., M. S., M. T., M. V., M. W., M.A., M.B.,
M.H., M.L., M.M., M.N., M.P.W., M.R., M.S., MB, Nichole Mack, Altheia Madding,
Franchelle Magana, Derek Maguire, Michelle Maguire, Brittany Mako, Fatme
Mallah, Martin Maltos, Douglas Mangin, Timothy Manyweather, Vicki
Manyweather, Christine Marrero, Rebecca Marsh, Kellie Marshall, Clarissa Martin,
Emma Martin, Mary Martin, Mya Martin, Natalie Martin, Sandra Martin, Natasha
Masse, Countess Massey, Lizbeth Mata, Shunta Mathis, Shantell Maxwell, Lauren
May, Leigh Ann May, Tonya Mayer, Chantell Mayfield, Tiffany McCalister, Bridget
McConnell, Courtney McCreary, Mark McDanel, Michele McDanel, Jessica McGee,
Leslie McIntosh, Katrina McKinney, Peggy McManus, Taylor McQuaide, Kamonica
McWhite–York, Felicia Mccauley, Melissa Mcevoy, Whitney Mckinnie, Megan
Meece, Aariel Melvin, Natalie Mendez, Eirinn Merritt, Aaron Merriweather, Jacob
Messenger, Janice Messenger, Ethan Meyer, Angeles Mijares, Raven Miles, Sharee
Miles, Wanda Miles, Meagan Milligan, Sheldon Milligan, Josie Mitchell, Eman
Mohamed, Salyers Monica, Danielle Moore, Lyntorius Moore, Tara Moore,
Annmarie Morales, Erika Morales, Vanessa Morales, Ingrid Moran, Nicole Morin,
Misha Motahari, Kelly Mulholland, Steven Mullen, Ebony Murray, N. A., N. B., N.
E. S., N. F., N. J., N. L., N. M., N. N., N. S., NB, Christian Negron, Nicholas Nelson,
Stephanie Nickles, Nicole White as Guardian Ad Litem of S.M., Minor, Layla
Nishman, Jennifer Nolte, Brittany Norfleet, Misty Norman, Misty Norman, Briana
Normand, Renee Normand, Douglas Norris, Jennifer Norris, Normarys Nunez,
Vanessa Nunez, Angela O'Barr, Guenevere O'Griffin, O.F., OH, Aiesha Offord,
Valeria Ogoh, Richard Ogoh Jr., Lilia Oleson, Tania Osuna, Angela Overall,
Tahcahrah Owens, G. P., P. G., P. H., P. L., P. M., P. S., P. W., P.C., P.P., TAMMY
PEAVLEY HAWES, PM, Aaron Paradine, Kristy Parker, Antwanette Patterson,
Gwangi Patton, Tammy Peavley–Hawes, Mollie Penn, Hope Pennington, Robert
Pennington, William Pennington, Zuania Perez, Ayanna Perkins, Ayanna Perkins,
Pernella Booker, as Guardian Ad Litem of K.V., Minor, Tonya Perry, Sarah Peters,
Amy Pfuhl, Phoenix Shelton, Anna Pirtle, Lunie Plaisir, Jelissa Pope, Christina Poray,
Yessica Portillo, Inna Portnov, Nicole Portnov, James Posey, Heather Powlowski,
Nicole Price, Golden Proctor, Abigail Proffitt, Abraham Pruneda, Sarah Pulley, Nilsa
Quezada, J. R., R. B., R. C., R. D., R. G., R. H., R. J., R. L., R. M., R. P., R.G.G.,
R.J., R.S., Kourtney Raby, Kristina Radford–Garcia, Dolores Rainwater, April
Ramirez, Crystal Ramirez, Navara Ramirez, Crystal Rasnake, Rebecca Reece,

Rebekah Reed, Tanita Register, Stella Reynolds, Jessica Rhead, David Rheingold, Paul Rheingold, Quintygi Richard, Rishona Richardson, Katie Richie, Jessica Richmond, Leah Ricotta, Jacqueline Rife, Christina Rigsby, Danielle Riley–Simmons, Jasmine Rios, Kelsie Rivera, Lisa Roberts, Stephanie Roberts, Zailyn Roberts, Brandi Robinson, Hannah Robinson, Ann Rodriguez, Cassie Rodriguez, Nicholas Rodriguez, Jane Roe, Michael Rogers, Rosann Ferrante as Mother and Natural Guardian of V.F., an infant, Deanne Rosenbaum, Kadie Rousse, Dedre Rudd, Angie Ruiz, Tiffany Rutledge, J. S., L. S., S. B., S. E., S. F., S. F.–J., S. G., S. H., S. J., S. K., S. M., S. M. W., S. R., S. R.R., S. S., S. T., S. W., S.F., S.M., S.S., SM, Monica Salyers, Annie Sampson, Stephanie Sanchez, Jared Satre, Marcela Satre, Chelsie Saucier, Christy Savoy, Amanda Schambon, Shaylyn Schell, Erin Schupbach, Joseph Sciocchetti, Maureen Sciocchetti, Jacob Semmes, Jennifer Semmes, Alicia Senegal, Heather Senske, Andrew Seymour, Kylie Shaffett, Stacy Shawneerae, Solomon Shepard, Stacy Shepard, Rebecca Shryock, Tracy Siegel, Victoria Silas, Denise Simmons, Jerica Sims, Laura Sinclair, Alisha Singletary, Deborah Singleton, Tiffany Skibicki, Carla Slaughter, Erica Smart, Angela Smith, Jenaye Smith, Jessica Smith, Melissa Smith, Nathaniel Smith, Rebbecca Smith, Sarah Smith, Tabitha Smith, Tinisha Smith, Alicia Snorton, Melissa Soria, Aide Soriano, Mary Sousa, Chrishawn Spann, Vivian Spencer, Courtney Springer, Julianna Staehle, Helena Stafford, Jessica Stahlke, Bailey Stanley, Cori Stark, Arshaun Stevenson, Chanel Stewart, Dana Stewart, Micah Stewart, Collin Stover, Heather Strydom, Alexis Stubblefield, Chrisanna Sullivan, Donnie Sumling, Mailia Sumling, Mailia Sumling, Crystal Sutton, Alana Swindell, T. A., T. B., T. D., T. E., T. F., T. G., T. H., T. K., T. L., T. M., T. P., T. R., T. T., T. W., T.T., CHARMINE TATE, Chloe Tagg, Cynthia Talbot, Shane Talbot, Tania Osuna, as Guardian Ad Litem of S.O., Minor, Tanner Corlett as Guardian Ad Litem of J.F., Minor, Erin Tarallo, Adejah Tate, Adrianna Tate, Charmaine Tate, Frances Taylor, Megan Taylor, Chatanya Tezeno, Ledricka Thierry, Kammron Thomas, Ronnisha Thomas, Rosalyn Thomas, Tammy Thomason, Aujenai Thompson, Caroline Thompson, Ashley Thornton, Heather Tidwell, Robin Todd, Catherine Trevorrow, Katie Tsui, Tequilla Tuco, Courtney Tune, Angel Turner, Kacee Tyson, U. W., V. D., V. E., V. H., V.F., an infant, V.T., Vanessa Valdez, Kelly Van Horn, Steven Vanover, Holly Vincent, Tara Vincent, Denise Vison, Victoria Vorise, Z. W., W. B., W. D., W. D., Jr, W. J., III, W. L., W. M., W. P., W. S., W. W., W.A., Anna Wagemaker, Ixchelle Wagner, Ashley Walk, Lana Walker, Tammy Walker, Whitney Walker, Angelica Wallace, Amanda Walston, Stephanie Ward–Jones, Ryan Waterson, Jhona Watts, Precious Watts, Nicole Waymire, Elaine Weaver, Evan Weaver, Tova Weisz, Zev Weisz, Kathy Wells, Austin Whitaker, Ashley White, Kristopher White, Meranda White, Teaira White, Candace Whitehead, Candice Whitehead, Brie Whitfield, Melissa Whitney, Michelle Wick, Victoria Wick, Trista Wiley, Klobin Wilkerson, Amanda Williams, Brandy Williams, Jeanie Williams, Tyler Williams, Zoe Williams, Jennifer Wilson, Margaret Wilson, William Wilson, Israel Wood, Lyana Wood, Ashleigh Woolbright, X. H., X. J., Y. A., Y. M., Courtney Yearby, Rachel Yoakum, Denise Young, Jessica Young, Z. B., Z. C–V., Z. D., Z. H., Z. M., Z. W., Z.L., Z.W., Nicholas Zagara, Ami Zida, Jane Zukus, Madeline Zukus. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Exhibit 1).(Keller, Ashley) (Entered: 04/03/2024)

| | | |
|---|---|---|
| 04/03/2024 | | Appeal Fee Due: for 1447 Notice of Appeal. Appeal fee due by 4/17/2024.(km) (Entered: 04/03/2024) |
| 04/03/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1447 Notice of Appeal.(km) (Entered: 04/03/2024) |
| 04/03/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1447 Notice of Appeal filed by T. P., Lily Bishop, L.H., Nicholas Nelson, L. F.–J., L. S., Lauren Key, Amia Lonzo, K.B., Amber Jones, Julianna Staehle, J.S, E. P., Jaylen Jones, Donald Airth, Makayla Jellema, E.S., Sarah Duke, Annikia Green, Kristina Radford–Garcia, Emma Martin, Tanya Dunn, Jasmine Comeaux–Villermin, Rhys Farrell, Carisma Julun, William Ensign, Lyntorius Moore, C.B., Natalie Martin, Devin Cross, J. H., Valenzcia Gooden, Amanda Foust, Frances Taylor, Angela O'Barr, Jessica Flores, Aujenai Thompson, Stacy Shawneerae, Katie Foster, J. F., Sarah Dodson, P. L., Erica Smart, G. K., Jr., Allison Johnson, Ayeshia Crump, Nicole Morin, Y. A., W. W., Courtnie King, W. M., Jessica Rhead, Ingrid Moran, S. R.R., Shane Talbot, Julie Bellin, H. M., M.D., Jordan Knaack, Meghan |

Hutson, Ashley White, Lynn Cannon, Juanita Fischer, Greetus Bureau, B. B., Rachel Davis, Aaron Merriweather, CT, Danielle Riley–Simmons, Brianna Coada, Robin Lindemann, T. D., Z. W., A. D., Janet Jernigan, Jessica Richmond, Margaret Wilson, Leah Jones, Chanel Hardin, Zailyn Roberts, Amanda Walston, Nichola Ford, Raven Hicks, Sara Lindsey, Megan Dupree, Stella James, M.M., C. C., Misty Coleman, Jeanie Williams, Amber Bryant, Lindsay Conner–Ali, Tiffany Skibicki, Angela Overall, Stephanie Sanchez, Jerica Sims, Cody Mickle, S.S., J. C., Angela Fagan, Vanessa Jones, Phylicia Harrison, Latasha Hawkins, F. J., Morgan Kanyuh, Mya Martin, E. W., W. B., Richard Ogoh Jr., Robert Blanchard, Danielle Lane, M. B., E.L., Raquel Ballesteros, MB, Navara Ramirez, Taylor McQuaide, Inna Portnov, N. L., L. M. R., Jesse Boney, Jantail Barbee, M. G., L. S., Ashley LaBranche, Kellie Marshall, Amber Breitwieser, J. T., Ixchelle Wagner, T. R., KateLynn LaBranche, Jeanette Gray, A. C., Linzy Funk, Heather Hix, Tina Louise Hughitt, Danyale Lawrence, Alicia Keyes, Michelle Green, Ebony Murray, Quintygi Richard, B.S., N. J., J.R., Stephanie Roberts, Z.W., Shantell Maxwell, Rosann Ferrante, Dalana Charlot, Sarah Pulley, A,L., Nicholas Rodriguez, Brittany L Emerson, Maria Gonzalez, William Pennington, Lakeisha Allen, Michael Rogers, BrownGreer PLC, Eric Knight as Guardian Ad Litem of A.K., Minor, Alana Swindell, Denise Carroll, Courtney Springer, Jessica Abrams, C.D., A&K, Summer Dawn Foster, Jennifer Beckham, Samantha Hardin, Jacqueline Rife, William Wilson, M. P., Aliyah Ellis, Amanda Schambon, S. M. W., Tania Osuna, E.G., K. K., Morgan Cole, Shunta Mathis, K. V., A. J., Joseph Sciocchetti, EM, J.J., Caroline Thompson, David B Rheingold, Nydia Gonzalez, Lissette Berdote–Barroso, Tatiana Jackson, M.B., Briana Normand, N. E. S., Arlene Irizarry, A. P., R.S., E. E., J.G.V., Claude Felton III, L. M., Hope Pennington, Ryan Caston, J. E., Alicia Senegal, Feda Hamad, Laura Hernandez, Ami Zida, E. V., Patricia Aguiar, W. S., L. B., April Ramirez, Eman Mohamed, Michele Greer, Jennifer Acevedo, I. M., Katie Brehm, Jena Bea–Flores, Denise Vison, Buffy Jean Ellis, J. V., Landon Johnson, B. D., Cassandra Herrin, K. M., Denise Briggs, Diana Hernandez, Janelle Hunter, E.W., Tiffany Rutledge, J. M., Hannah Robinson, E. G., C. R., Lissette Berdote–Barroso As Guardian, On Behalf Of Plaintiff Child K.B., Lizbeth Mata, N. A., Randall Helmondollar, Ashley Walk, Marcela Stephanie De Satre, J.B., Sarah Cervantes, Precious Watts, Brooke N. Dillworth, Jessica Edwards, Candice Crawford, I.R., a minor, B.R.G., Carole Holzmann, Shanon Baxter, Brittany Mako, H. G., K.G., M. S., Andrea Bissette, T. E., Kristie Crawford, Crystal Greenberg, D.P., Katrina McKinney, Jane Doe, Melissa Cheramie, Candace Whitehead, Tinisha Smith, Isabella Archie, N. F., Raven Deberry, Triniece Jackson, Peggy McManus, B.T., W. D., IB, Laura Bishop, Briceida Garcia, Jennifer Nolte, Joshua Jr. Baudoin, Altheia Madding, Kadijah Crawley, B. K., Quantae Grant, Chrisanna Sullivan, Pamela Duke, Jonitta Edwards Adolph, Raqwan Brooks, L.M., Whitney Walker, Kristy Parker, A. N.C., G. C., Kacee Tyson, Miesha Flournoy, Z. C–V., D.S., Jamie Bordelon, Mara Gabriela Calvani, Cynthia Hampton, Jessica Holmes, Vicki Manyweather, E. A., Raul Silva Garcia, Robin Hatfield, Abigail Proffitt, Unicque Carroll, M.P.W., A.S., S. H., Bridgett Kelley, Lance Bellin, Christopher Garcia, Melissa Klein, Jessica Cagle, H. C., Rowdy Heffner, T. T., G. T., Z. B., L.A., M. D., Juanita Childress, Aunesty Janssen, Krysanthemum Feiler, S. K., Brie Whitfield, M.H., W. J., III, Alisha Singletary, Amrita Banerjee, Vanessa Valdez, J. B., Nilsa Quezada, L.S., Monique Davis, A. M., Crystal Chopin, K. C., A.B., Jenaye Smith, Deborah Singleton, B. R., Cherish Gentle, Kristy Alfonso, Tammy Peavley–Hawes, Jessica McGee, Leslie McIntosh, A.C., Misty Norman, Farran Elder, Sheri Conner, L. P., A. M., Tonya Perry, Jelissa Sherie Pope, C. W., Amber Blanchard, Stacey Abdin, Mark McDanel, Erin Sanders, Josie Mitchell, L. G., Alisa Charles, Victoria Brewer, Teashawn Dawson, Rosann Ferrante as Mother and Natural Guardian of V.F., an infant, J. G. B.P., J.H., E. S., Janel Edwards, K. E., Angelica Garcia, Stephanie Nickles, Deanne Rosenbaum, K. J., Salyers Monica, S.F., I. J., D.M., T. K., J. S., Aariel Melvin, G. B. P., Guenevere O'Griffin, Aida Bicic, C. B., Maureen Sciocchetti, Steven Vanover, Jennifer George, P. G., Z. W., O.F., Abby Horowitz, Lorae Hessler, Helena Stafford, N. S., Miracle Jackson, Tara Moore, Lyana Wood, Alyssa Lemoine, Lisa Roberts, G. S., E. H., D. D., Tamara Freeman, Arshaun Stevenson, B.C., J. R., Kimberly Ford, Ellen Joseph–Richard, F. S., Whitney Mckinnie, R. D., Tequilla Tuco, Eliud Jordan, Perla Lesende, C. M., Katie Tsui, Shaylyn Schell, Meghan Berthiaume, Whitney Johnson, Heather Strydom, J. M. G., Christy Savoy, A. R., H. K., Jennifer Wilson, Hanna Isa, Lauren May, Donna Marie Byrd, Michael Horne, Tania Osuna, as Guardian Ad Litem of S.O., Minor, Jacob Semmes, Stacy Hutchens, C. H., Amanda Williams, D. J., Abraham J. Pruneda, Sarah

Peters, Tyler Williams, Bliss Holder, Vanessa Morales, Stephanie Ward–Jones, Angeles Mijares, E. N., Rebekah Cooper, M. A., Sherika Ferguson, T. A., Amneris Calderon–Santiago, Erin Tarallo, Christian Negron, Chanel Stewart, Sheri Greene, Danielle Moore, Shantrell Estes, A. K., S. B., K. H., Rhiann Lindberg, Rishona Richardson, A.H., C. G., G. G., J.D., Jacklyn Brown, Tracy Siegel, Monique Bell, Anastasia Gray, I. C., Gwangi Patton, Samantha Gaffney, V. H., Janet Guzman, Meranda White, Aimy Belcher, Phoenix Shelton, A.L., Gregory Ross Abrams, Treyvion Nettles, Allyson Carnes Bagley, B. H., Precious Glover, Heather Tidwell, Jeffrey DeCarlo, A. G., Deisi Brownledoux, David Giddings as Guardian Ad Litem of H.G., Minor, Felicia Esquiliano, Aaron Anderson, Victoria Silas, NB, Elaine Weaver, Candice Whitehead, Stormy Dowdell, James Boyd, A.N., S. S., Denise Young, R. H., F. M., Courtney McCreary, Aiesha Offord, Chelsie Saucier, P. S., F.C., Z.L., S.M., Khris Dafney, Keila Chardon, K.C., Riana Berry, Angie Ruiz, Tiffany Hatcher, Albertson's, Cathy Raymer, Donovan Donaldson, Jesus Delgado, L. L., E. B., Jessica Smith, Ashley Thornton, I.D., Trista Wiley, Staci Leanox, J. W., E. Z., TAMMY PEAVLEY HAWES, Katie Good, Felicia Renee Campbell–Booth, C. K., Tiffany Drago, Amy Pfuhl, L.R., Jamie Levindoski, V.F., an infant, Maria Arellano, Jennifer Norris, Wendae Hinson, Christine Holland, Sophyia Sonia Kegbe–Davis, Sheldon Marcus Milligan, A.R., Erik Thompson, as Guardian Ad Litem of C.T., Minor, A. B., Stacey Ervin, Nicole Price, M. I., Kamonica McWhite–York, Leticia Garcia Barrera, Carla Slaughter, Leslie Gutierrez, Latoshia Atkins, K.W, Catherine Ausherman, Layla Nishman, R. C., PM, Virginia Campbell, Andrew Franklin, Brittany Carlock, Colleen Battista, A. H, I.K., Rebecca Shryock, N. H., P.C., Lauren Alicia Arredondo, C. C., Eirinn Merritt, Ashlea Lyons, Alexandra Karl, V. E., Emma Davidson, Mary Hurst, Mary Martin, Z. H., J. R., Seanna Hauser, Jasmine Hall, Gabriel Bowlin, Shannon Costa, Bailey Stanley, D. B., Marcela Stephanie Parada De Satre, Daniel Thomas Jones, Tremaine Hawkins, Siupeli Halafihi, JC, D. C., M. C., Amanda Hubble, C. F., Christy Landry, Annie Sampson, L.T., J. G., Natasha Antoinette Gameroz, Christie Appelhanz, M. T., Anna Pirtle, Silesse Harris, M. H., S. M., Sharee Miles, Emily Lumpkins, M. M., Tara Vincent, A. T., Teaira White, J. S., Jennifer Belmonte, T. B., Brittany Andrews, Anna Wagemaker, Jennifer Semmes, Chanal Caine, Douglas Norris, J.L., Krista Gil, Amanda Jones, Maria Lopez, T. H., G.R., Laura Sinclair, Tanesha Renee Etheridge, Twanna Floyd, Donnie Sumling, Samuel Richard Edwards, Silvia Andino, Keaton Kendrick, Shandy Beatty, Sarah Smith, Ashleigh Woolbright, Zuania Perez, Mailia Sumling, Leigh Ann May, J.S., F.G., III, Renica Foster, Laquetta Jones, Kerri–Ann Huggett, D.F., Sabrina Korir, Claudia Green, Kristopher White, Steven Mullen, Sawyer Adams, Martin Maltos, Janely Espinoza, K. L., Tova Weisz, Brittany Anderson, Tanita Register, Helen Gazley, Brittany Norfleet, Sophiya Kegbe–Davis, Heather Senske, Heather Powlowski, Jessica Stahlke, C.P., M. R., Amanda Gaona, Chatanya Tezeno, Molly Fortune, Breanna Altman, Lilia Oleson, Robin Lindemann, Marcela Stephannie Satre, Roman X–Zavier Ballesteros, H.L., T.T., E. R., W. P., Jaclyne Baker, E.B., Holly Vincent, Antonia Buendia, Iris Garcia, Kelly Van Horn, Courtney Tune, Ryan Waterson, Evan Weaver, V. D., C. J., Denise Simmons, K. B., Brian Hill, M.S., Israel Wood, Lisa Garcia, Tiffany Banks, P.P., P. M., Kourtney Raby, Becky Howell–Adams, R.G.G., Tara Denton, N. M., Libier Camargo, Logan Holzmann, L. T., Rosalyn Thomas, Alex Hillyer, Shea Hankins, Ana Bravo–Segura, D. S., Tiffany McCalister, M.A., Angel C. Turner, Antwanette Patterson, Stacey Addicott, Melissa Mcevoy, Tabitha Cross, Samantha Foley, Jothany Frey, Jhona Watts, M. E., Katie Airth, Alicia Snorton, X. H., Natasha Masse, Aidan John Kennedy, Rachel Hurst, J.A. Abrams, Pernella Booker, as Guardian Ad Litem of K.V., Minor, Felerio Caine, Michelle Wick, J. P., Christine Kennedy, Rebecca Reece, Ayanna Perkins, Brandon Scott Ausherman, Jane Roe, V.T., F. D., Karen Golightly, P. H., Daniela Herrera, B.K., April Knighten, Melissa Whitney, D. H., Stacy Shepard, C. S., T. L., K. C., Joyce Helmondollar, K. F., Antoinette Gameroz, M.N., Rachael Garcia, Raven Miles, Chris Deming, Tanner Corlett as Guardian Ad Litem of J.F., Minor, Zev Weisz, Christy Green, A.A., SM, Riana Berry, Katie Richie, Anthony Arellano, Leslie Castellanos, Countess Massey, Cori Stark, Crystal Sutton, A. H., T. M., Natalie Mendez, Donna Holt, Stella Reynolds, Babita Karn, C.O., Bridget McConnell, Michele McDanel, Bianca Clark, Allison Allred, Zoe Williams, Haleem Bonaparte, Peggy Higgins, Sherri Johnson, A.K., Laura Oseguera as Guardian Ad Litem of A.H., Minor, Sherrie Booker, K. S., C.F., Victoria Wick, Kelsie Rivera, U. W., Adejah Tate, S. T., L. J., Rebekah Dillard, Lana Walker, Timothy Manyweather, Whitney Hart, Mariana Leon, Raeshawn Henderson, Jared S. Satre, Z. M., Mollie Penn, Vivian Spencer, CHARMINE TATE, Ethan Meyer, Jackie Bowes, Lindsey

| | | |
|---|---|---|
| | | Cassidy, Linda G. Brewer, J. G. B., Jessica Young, W. D., Jr, Norhalys Delgado, T. W., Nathaniel Smith, B. S., Nichole Mack, Franchelle Magana, B. F., K. A., S. W., Megan Taylor, Juliet Lester, Nicole Waymire, A.W., Stephanie J. Hill, Angela Smith, Catherine Trevorrow, Christine Marrero, N. B., Rebekah Reed, K. R. C., Jasmine Rios, Micah Stewart, Tammy Gordon, T. F., Lindsey Baxter, Danyelle Jackson, K. R., Kelley Siobhan Costello, Olga Edwards, H.W., L.N.K. International, Inc., Yessica Portillo, Cassie Rodriguez, Tammy Gaddis, L. A., Alyssa Hanson, D.D., D. T., C. H., Travon Jackson, OH, R.J., Mary Ashley Sousa, D. L., III, A. A., S. G., S. F., T. G., Jessica Case, J. J., Madeline Zukus, Cynthia Talbot, D. R., Chloe Tagg, Rachel Yoakum, M. W., Adrianna Tate, Valeria Ogoh, Robert Pennington, Angel Daniels, Renee Normand, Mirza Dogo, R. G., Douglas Mangin, Hope Grady, Vondah Dede, Robin Todd, Ledricka Thierry, Cherise Chapman, Ashleigh Hall, Kammron Thomas, Deandre Barbee, Jaimi Lala, Jennifer King, Victoria Aguiar, Collin Stover, E.R., Dedre Rudd, Rebecca Marsh, W. L., Khelzie Koston, M.R., Dequisha Dodd, Annmarie Morales, Courtnie Chenevert, L.M.F., Samuel Byrd, Tonia Bouley, Melisha Jones, Kathy Wells, Erin Schupbach, Anetra Evans, Charmaine Tate, Rachel Delamain, Malerie Adams, Tiffany Jones, Andrew Cannon, S. E., Jane Zukus, Tammy Cross, Vanessa Nunez, Enrique Lesende, Callie Reese Gobble, Tahcahrah Owens, Chantell Mayfield, H. S., Tonya Mayer, Rekita Blackmon, S. F.–J., Trina D. Hunter, Tammy Thomason, January Johnson, Sunshine Anderson, Madonna Gevargiz, Crystal Rasnake, Alexis Stubblefield, Dolores Rainwater, Nicole Portnov, Melissa Huntsman, Ria Gonowrie, L. C., Melissa Soria, Jackie Bowes As Guardian, On Behalf of Plaintiff Child L.S., X. J., Michelle Allen, Sherly Aguilar, Makesha Anderson, James Posey, Jr., Kelly F Mulholland, Vivan Haris–Ganis, Misha Motahari, B.B., Fatme Mallah, L.C.B., P. W., Christina Poray, M. V., Dana Stewart, G. N., Jacklyn Brown As Guardian, on behalf of Plaintiff Child L.E., Tyler Donaldson, Victoria Vorise, D. P., M. L., S. J., Alexander Holland, Klobin Wilkerson, J. K., Dimitrios Ganis, M. M., Sandra Martin, Dana Gilley, Ty Foster, A. V.,, Melody Ford, Paul D. Rheingold, Enrique Rodriguez Avalos as Guardian Ad Litem of E.R., Minor, Austin Whitaker, Julia Guzman, Christina Rigsby, Brandi Robinson, Z. D., Ashlynn Brown, R. M., Rhonda Gisclair, E. B., B. C., Naomi Borriello, R. L., Keya Archie, J.M., Dana Cannon, R. P., Jacob Messenger, Betina Blueford, Jessica Lopez, K. G., N. N., Blythe Amerson, Courtney Yearby, Malinda Allison, Dafina Gashi, Felicia Mccauley, Kylie Shaffett, L.L., a Minor, Brandy L. Williams, Christina Correll, Rebbecca Smith, Ebony Baines, Shayla Antoinette Cooper, Meagan Rosa Milligan, M. A., Zackary Allred, W.A., Monica Salyers, Megan Meece, Derek Maguire, Leah Ricotta, A. L., S. R., Evangeline Bailey, Emily Engle, Chrishawn Spann, Christine Contreras, Golden Proctor, Crystal Ramirez, Jennifer Bowlin, Heather Hix, Angela Douglas, Jordan Bishop, R. B., Angelica Wallace, Crystal Washington, A. W., Michelle Herbert, Hunter Greenberg, Aide Soriano, Kadie Rousse, Melissa Smith, D. W., Jr., Holly Brooks, Chiyaukaa Archer, Clarissa Martin, Kymberly Cardenas, Wanda Miles, Tammy Walker, E.E., Britany Knight, Aaron Paradine, James Patrick as Guardian Ad Litem of N.P., Minor, Normarys Nunez, Janice Messenger, Erika Morales, Ronnisha Thomas, H. E., Ann Rodriguez, Junior Denson, Shaquille Jones, Nicholas Zagara, Nicole White as Guardian Ad Litem of S.M., Minor, J. D., Lunie Plaisir, Andrew Seymour, Solomon L. Shepard, Tabitha Smith, Huda Kasim, A.F., Gracyln Lott, M.L., Jessica Brakken, R. J., Sherece Hardin, Y. M., Michelle Maguire, Angela Cordell were transmitted to the U.S. Court of Appeals. (km) (Entered: 04/03/2024) |
| 04/03/2024 | | Appeal Fee Payment: for <u>1447</u> Notice of Appeal,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Filing fee $ 605.00, receipt number ANYSDC–29172224..(Keller, Ashley) (Entered: 04/03/2024) |
| 04/05/2024 | <u>1448</u> | NOTICE OF APPEARANCE by John James Snidow on behalf of Plaintiffs Counsel. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Snidow, John) (Entered: 04/05/2024) |
| 04/09/2024 | <u>1449</u> | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) Johnson & Johnson Consumer Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Jessica Mota, Plaintiffs Counsel. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by** |

| | | |
|---|---|---|
| | | **chambers)..**Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–11074–DLC.(Barriere, Ashley) Modified on 4/10/2024 (tp). (Entered: 04/09/2024) |
| 04/10/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney Ashley Barriere. RE–FILE Document No. (13 in 1:23–cv–11074–DLC, 1449 in 1:22–md–03043–DLC) Stipulation of Voluntary Dismissal. The filing is deficient for the following reason(s): the wrong event type was used to file the voluntary dismissal. Re–file the document using the event type Proposed Stipulation and Order found under the event list Proposed Orders – select the correct filer/filers – select the correct party/parties the voluntary dismissal is against – and attach the correct signed (scanned signature image) PDF. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–11074–DLC(tp)** (Entered: 04/10/2024) |
| 04/10/2024 | 1450 | PROPOSED STIPULATION AND ORDER. Document filed by Jessica Mota..(Barriere, Ashley) (Entered: 04/10/2024) |
| 04/11/2024 | 1451 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiffs, Jessica Mota, individually and as general guardian of M.M., a minor, and M.M., a minor, are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. SO ORDERED. Jessica Mota (as General Guardian of M.M.), M.M. (a Minor) and Jessica Mota (Individually) terminated. (Signed by Judge Denise L. Cote on 4/11/2024) (vfr) (Entered: 04/11/2024) |
| 04/12/2024 | 1452 | RESPONSE *to Plaintiff Stover's Order to Show Cause Response*. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–02340–DLC.(Brennan, Jessica) (Entered: 04/12/2024) |
| 04/18/2024 | 1453 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** FIRST NOTICE OF APPEAL from 1381 Memorandum & Opinion,,,,. Document filed by Alexander Holland, Christine Holland, Bridget McConnell, Kristopher White. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Burke, Daniel) Modified on 4/18/2024 (km). (Entered: 04/18/2024) |
| 04/18/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Daniel Burke to RE–FILE Document No. 1453 Notice of Appeal. The filing is deficient for the following reason(s): all the orders/judgments mentioned in the Appeal were not selected in the filing. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (km)** (Entered: 04/18/2024) |
| 04/18/2024 | 1454 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** SECOND NOTICE OF APPEAL from 1442 Judgment, 1382 Order. Document filed by Alexander Holland, Christine Holland, Bridget McConnell, Kristopher White. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Burke, Daniel) Modified on 4/18/2024 (km). (Entered: 04/18/2024) |
| 04/18/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Daniel Burke to RE–FILE Document No. 1454 Notice of Appeal. The filing is deficient for the following reason(s): Do not add any words in front of the notice of appeal filing (do not add First or Second Notice of Appeal). Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (km)** (Entered: 04/18/2024) |
| 04/18/2024 | 1455 | NOTICE OF APPEAL from 1381 Memorandum & Opinion,,,, 1442 Judgment,. Document filed by Alexander Holland, Christine Holland, Bridget McConnell, Kristopher White. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Burke, Daniel) (Entered: 04/18/2024) |

| 04/18/2024 | | Appeal Fee Due: for 1455 Notice of Appeal. Appeal fee due by 5/2/2024.(km) (Entered: 04/18/2024) |
|---|---|---|
| 04/18/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1455 Notice of Appeal.(km) (Entered: 04/18/2024) |
| 04/18/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1455 Notice of Appeal, filed by Christine Holland, Bridget McConnell, Alexander Holland, Kristopher White were transmitted to the U.S. Court of Appeals. (km) (Entered: 04/18/2024) |
| 04/25/2024 | 1456 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU (SEE 1457 Response to Order to Show Cause) –** FIRST NOTICE OF APPEAL from 1381 Memorandum & Opinion, 1394 Order to Show Cause. Document filed by Rian Czar Johnson, Zayne Costello, Courtney Tillotson, Jade Stubblefield, Landon Kellogg, Christi Kellogg, Crystal Alexander, Elijah McCall, Shilo Rich, Christy Howard, Amy Allen, Deven Brauer, Zarina Caldwell–Parsons, Kaitlynn Cornett, Martha Cornett, Kalli Kobler, Kelli Lyken, Rachel McCormick, Kailey Nangle, Sheena Schnepp, Alexis Stubblefield. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Burke, Daniel) Modified on 4/25/2024 (db). As per ECF–ERROR Email Correspondence Received on 4/25/2024 @ 1:14pm. (Entered: 04/25/2024) |
| 04/25/2024 | 1457 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,. Document filed by Crystal Alexander, Amy Allen, Deven Brauer, Zarina Caldwell–Parsons, Kaitlynn Cornett, Martha Cornett, Zayne Costello, Christy Howard, Rian Johnson, Christi Kellogg, Landon Kellogg, Kalli Kobler, Kelli Lyken, Elijah McCall, Rachel McCormick, Kailey Nangle, Shilo Rich, Sheena Schnepp, Alexis Stubblefield, Jade Stubblefield, Courtney Tillotson..(Burke, Daniel) (Entered: 04/25/2024) |
| 04/25/2024 | | Appeal Fee Due: for 1456 Notice of Appeal. Appeal fee due by 5/9/2024.(km) (Entered: 04/25/2024) |
| 04/25/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1456 Notice of Appeal.(km) (Entered: 04/25/2024) |
| 04/25/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1456 Notice of Appeal,, filed by Kailey Nangle, Sheena Schnepp, Amy Allen, Kalli Kobler, Alexis Stubblefield, Kaitlynn Cornett, Kelli Lyken, Zarina Caldwell–Parsons, Rachel McCormick, Martha Cornett, Deven Brauer were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/25/2024) |
| 04/29/2024 | 1458 | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 04/29/2024 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Holland, Eric) (Entered: 04/29/2024) |
| 04/29/2024 | 1459 | LETTER MOTION to Seal *Defendants' Rule 702 Memorandum of Law and Certain Exhibits to the Declaration Filed in Support thereof* addressed to Judge Denise L. Cote from Kristen L. Richer dated April 29, 2024. Document filed by Walgreen Co...(Richer, Kristen) (Entered: 04/29/2024) |
| 04/29/2024 | 1460 | MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*. Document filed by Walgreen Co...(Richer, Kristen) (Entered: 04/29/2024) |
| 04/29/2024 | 1461 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*. . Document filed by All Defendants. Motion or Order to File Under Seal: 1459 .(Richer, Kristen) (Entered: 04/29/2024) |
| 04/29/2024 | 1462 | MEMORANDUM OF LAW in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*. . Document filed by Walgreen Co...(Richer, Kristen) (Entered: 04/29/2024) |
| 04/29/2024 | 1463 | ***SELECTED PARTIES***DECLARATION of Kristen L. Richer in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*.. Document filed by All Defendants. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 2 – Ness Dep., # 2 Exhibit 5 – Ex. 2 to Ness Dep., # 3 Exhibit 10 – NESS_0006, # 4 Exhibit 11 – NESS_0012, # 5 Exhibit 12 – NESS_0028)Motion or Order to File Under Seal: 1459 .(Richer, Kristen) (Entered: 04/29/2024) |
| 04/29/2024 | 1464 | DECLARATION of Kristen L. Richer in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*.. Document filed by Walgreen Co.. (Attachments: # 1 Exhibit 1 – Ahlqvist 2024, # 2 Exhibit 2 – Ness Dep., # 3 Exhibit 3 – Ness Rep., # 4 Exhibit 4a – Baccarelli Am. Rep., # 5 Exhibit 4b – Baccarelli Am. Rep., # 6 Exhibit 5 – Ex. 2 to Ness Dep., # 7 Exhibit 6 – Matthey Tr., # 8 Exhibit 7a – Pearson Am. Rep., # 9 Exhibit 7b – Pearson Am. Rep., # 10 Exhibit 7c – Pearson Am. Rep., # 11 Exhibit 7d – Pearson Am. Rep., # 12 Exhibit 7e – Pearson Am. Rep., # 13 Exhibit 8a – Cabrera Am. Rep., # 14 Exhibit 8b – Cabrera Am. Rep., # 15 Exhibit 8c – Cabrera Am. Rep., # 16 Exhibit 8d – Cabrera Am. Rep., # 17 Exhibit 8e – Cabrera Am. Rep., # 18 Exhibit 8f – Cabrera Am. Rep., # 19 Exhibit 8g – Cabrera Am. Rep., # 20 Exhibit 8h – Cabrera Am. Rep., # 21 Exhibit 8i – Cabrera Am. Rep., # 22 Exhibit 8j – Cabrera Am. Rep., # 23 Exhibit 8k – Cabrera Am. Rep., # 24 Exhibit 9 – Baccarelli Rebuttal Rep., # 25 Exhibit 10 – NESS_0006, # 26 Exhibit 11 – NESS_0012, # 27 Exhibit 12 – NESS_0028, # 28 Exhibit 13 – Ness Dep. Ex. 14A, # 29 Exhibit 14 – Ness Dep. Ex. 14B, # 30 Exhibit 15 – Baccarelli Dep., # 31 Exhibit 16 – Ness Brower Rep., # 32 Exhibit 17 – Ness Swann Dep., # 33 Exhibit 18 – Hollander Rebuttal Rep., # 34 Exhibit 19 – Rothman 2008, # 35 Exhibit 20 – Abdelnour 2022, # 36 Exhibit 21 – Anand 2017, # 37 Exhibit 22 – Anand 2021, # 38 Exhibit 23 – Baker 2020, # 39 Exhibit 24 – Bandoli 2020, # 40 Exhibit 25 – Blecharz–Klin 2015, # 41 Exhibit 26 – Blecharz–Klin 2018).(Richer, Kristen) (Entered: 04/29/2024) |
| 04/29/2024 | 1465 | DECLARATION of Kristen L. Richer in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*.. Document filed by Walgreen Co.. (Attachments: # 1 Exhibit 27 – Blecharz–Klin 2015, # 2 Exhibit 28 – Blecharz–Klin 2019, # 3 Exhibit 29 – Blecharz–Klin 2017, # 4 Exhibit 30 – Blecharz–Klin 2014, # 5 Exhibit 31 – Boutelet–Bouchan 1997, # 6 Exhibit 32 – Carey 2022, # 7 Exhibit 33 – Chen 2019, # 8 Exhibit 34 – Christensen 2019, # 9 Exhibit 35 – Damkier 2015, # 10 Exhibit 36 – Damkier 2020, # 11 Exhibit 37 – Donfrancesco 2016, # 12 Exhibit 38 – Dutheil 2009, # 13 Exhibit 39 – Gustavson 2021, # 14 Exhibit 40 – Huttenlocher 1990, # 15 Exhibit 41 – Jaeschke 2021, # 16 Exhibit 42 – Ji 2018, # 17 Exhibit 43 – Klein 2020, # 18 Exhibit 44 – Kolk & Rakic 2022, # 19 Exhibit 45 – Kroon 2019, # 20 Exhibit 46 – Lee 2023, # 21 Exhibit 47 – Leffa 2018, # 22 Exhibit 48 – Leppert 2019, # 23 Exhibit 49 – Liew 2014, # 24 Exhibit 50 – Masarwa 2020, # 25 Exhibit 51 – Miyazaki 2017, # 26 Exhibit 52 – Nielsen 2021, # 27 Exhibit 53 – Nielsen 2017, # 28 Exhibit 54 – OShea 2014, # 29 Exhibit 55 – Oades 2010, # 30 Exhibit 56 – Oades 2010, # 31 Exhibit 57 – Petanjek 2008, # 32 Exhibit 58 – Posadas 2010, # 33 Exhibit 59 – Raijmakers 2001, # 34 Exhibit 60 – Ricci 2023, # 35 Exhibit 61 – Rigobello 2021, # 36 Exhibit 62 – Singla 2012, # 37 Exhibit 63 – Teffer & Semendeferi 2012, # 38 Exhibit 64 – Upadhya 2000, # 39 Exhibit 65 – van der Schans 2017, # 40 Exhibit 66 – Xu 2018, # 41 Exhibit 67 – Zafeiri 2021).(Richer, Kristen) (Entered: 04/29/2024) |
| 04/30/2024 | 1466 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 04/30/2024) |
| 04/30/2024 | 1467 | ORDER granting 1459 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 4/30/2024) (vfr) (Entered: 04/30/2024) |
| 04/30/2024 | 1468 | ORDER: Accordingly, it is hereby ORDERED that the parties shall file by May 17 a letter on the docket supporting each claimed confidentiality designation referred to in the April 29 Letter Motion. (Signed by Judge Denise L. Cote on 4/30/2024) (vfr) (Entered: 04/30/2024) |
| 05/02/2024 | | Appeal Fee Payment: for 1455 Notice of Appeal,. Filing fee $ 605.00, receipt number ANYSDC–29304962..(Burke, Daniel) (Entered: 05/02/2024) |
| 05/08/2024 | 1469 | RESPONSE *to Plaintiffs' Show Cause Response at DE 1457*. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 05/08/2024) |

| 05/08/2024 | 1470 | RESPONSE *to Plaintiffs' Show Cause Response at DE 1457*. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 05/08/2024) |
|---|---|---|
| 05/10/2024 | 1471 | LETTER addressed to Judge Denise L. Cote from Ashley Barriere dated May 10, 2024 re: Dr. Ness Depo Transcript. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Ness Depo Transcript).(Barriere, Ashley) (Entered: 05/10/2024) |
| 05/17/2024 | 1472 | RESPONSE re: 1467 Order on Motion to Seal *Ness Materials*. Document filed by Plaintiffs Counsel. (Attachments: # 1 Exhibit Exhibit 5 (redacted), # 2 Exhibit Exhibit 10, # 3 Exhibit Exhibit 11, # 4 Exhibit Exhibit 12).(Barriere, Ashley) (Entered: 05/17/2024) |
| 05/28/2024 | 1473 | LETTER MOTION to Seal *Memorandum in Opposition to Defendants' Motion to Exclude the Opinions of Dr. Roberta Ness* addressed to Judge Denise L. Cote from Ashley Keller dated May 28, 2024. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 05/28/2024) |
| 05/28/2024 | 1474 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*. . Document filed by Johnson & Johnson, 7–Eleven, Inc., Albertson's, Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, CVS Pharmacy Inc, CVS Pharmacy, Inc., Costco Wholesale Corp., Costco Wholesale Corporation, Costco Wholesale Corporation, Dolgencorp LLC, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree Stores, Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar Stores, LLC, Family Dollar, Inc., Giant Food LLC, Harris Teeter, LLC, John Doe's 1–10, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson and Johnson Consumer Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Publix Super Markets, Inc., Rite Aid, Rite Aid Corporation, Rite Aid Corporation, Safeway Inc., Sam's West Inc., Sams West Inc., Target Corporation, The Kroger Co., The Kroger, Co., Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walgreen CO, Walgreen Co., Walgreen, Co., Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc., Walgreens Co., Walmart Inc., Walmart Inc., Walmart Stores Inc., Walmart, Inc., Walmart, Incorporated. Motion or Order to File Under Seal: 1473 .(Keller, Ashley) (Entered: 05/28/2024) |
| 05/28/2024 | 1475 | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Support re: 1474 Memorandum of Law in Opposition to Motion,,,,,. Document filed by Johnson & Johnson, 7–Eleven, Inc., Albertson's, Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, CVS Pharmacy Inc, CVS Pharmacy, Inc., Costco Wholesale Corp., Costco Wholesale Corporation, Costco Wholesale Corporation, Dolgencorp LLC, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree Stores, Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar Stores, LLC, Family Dollar, Inc., Giant Food LLC, Harris Teeter, LLC, John Doe's 1–10, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson and Johnson Consumer Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Publix Super Markets, Inc., Rite Aid, Rite Aid Corporation, Rite Aid Corporation, Safeway Inc., Sam's West Inc., Sams West Inc., Target Corporation, The Kroger Co., The Kroger, Co., Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walgreen CO, Walgreen Co., Walgreen, Co., Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc., Walgreens Co., Walmart Inc., Walmart, Inc., Walmart Stores Inc., Walmart, Inc., Walmart, Incorporated. (Attachments: # 1 Exhibit Exhibit 1 – Ness CV, # 2 Exhibit Exhibit 2 – Ness Materials Considered, # 3 Exhibit Exhibit 3–1 – Handwritten Notes, # 4 Exhibit Exhibit 3–2 – Handwritten Notes, # 5 Exhibit Exhibit 4 – Faraone Dep Transcript, # 6 Exhibit Exhibit 5 – Kolevzon Dep Transcript, # 7 Exhibit Exhibit 6 – Pinto–Martin Dep Transcript, # 8 Exhibit Exhibit 7 – Powell Dep Transcript, # 9 Exhibit Exhibit 8 – Jeffcoat Dep Transcript, # 10 Exhibit Exhibit 9 – Faraone Ex. 771, # 11 Exhibit Exhibit 10 – Faraone Ex. 781, # 12 Exhibit Exhibit 11–1 – Pinto–Martin Ex. 622, # 13 Exhibit Exhibit 11–2 – Pinto–Martin Ex. 622, # 14 Exhibit Exhibit 12–1 Powell Ex. 2016, # 15 Exhibit Exhibit 12–2 Powell Ex. 2016, # 16 Exhibit Exhibit 13 – Slide Presentation (2022), # 17 Exhibit Exhibit 14 – Slide Presentation (2023), # 18 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 15 – ATSDR (2017), # <u>19</u> Exhibit Exhibit 16 – Adesi (2013), # <u>20</u> Exhibit Exhibit 17 – Alemany (2021), # <u>21</u> Exhibit Exhibit 18 – Amrhein (2019), # <u>22</u> Exhibit Exhibit 19 – Ballatori (2009), # <u>23</u> Exhibit Exhibit 20 – Bauer (2018), # <u>24</u> Exhibit Exhibit 21 – Bello (2023), # <u>25</u> Exhibit Exhibit 22 – Bertoldi (2020), # <u>26</u> Exhibit Exhibit 23 – Bornehag (2018), # <u>27</u> Exhibit Exhibit 24 – Bove (2024))Motion or Order to File Under Seal: <u>1473</u> .(Keller, Ashley) (Entered: 05/28/2024) |
| 05/28/2024 | <u>1476</u> | ***SELECTED PARTIES***DECLARATION of Ashley C. Keller in Support re: <u>1474</u> Memorandum of Law in Opposition to Motion,,,,,,. Document filed by Johnson & Johnson, 7–Eleven, Inc., Albertson's, Big Lots, CVS Health, CVS Health Corp., CVS Health Corporation, CVS Pharmacy Inc, CVS Pharmacy, Inc., Costco Wholesale Corp., Costco Wholesale Corporation, Costco Wholesale Corporation, Dolgencorp LLC, Dollar General, Dollar General Corporation, Dollar Tree Inc., Dollar Tree Stores, Inc., Dollar Tree, Inc., Duane Reade, Family Dollar Stores Inc., Family Dollar Stores, LLC, Family Dollar, Inc., Giant Food LLC, Harris Teeter, LLC, John Doe's 1–10, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc., Johnson and Johnson Consumer Inc., McNeil Consumer Healthcare, McNeil–PPC, McNeil–PPC Inc., Plaintiffs Counsel, Publix Super Markets, Inc., Rite Aid, Rite Aid Corporation, Rite Aid Corporation, Safeway Inc., Sam's West Inc., Sams West Inc., Target Corporation, The Kroger Co., The Kroger, Co., Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walgreen CO, Walgreen Co., Walgreen, Co., Walgreens Boot Alliance, Inc., Walgreens Boots Alliance, Walgreens Boots Alliance Incorporated, Walgreens Boots Alliance, Inc., Walgreens Co., Walmart Inc., Walmart Inc., Walmart Stores Inc., Walmart, Inc., Walmart, Incorporated. (Attachments: # <u>1</u> Exhibit Exhibit 25 – Pinto–Martin Ex. 631, # <u>2</u> Exhibit Exhibit 26 – Davidson (2010), # <u>3</u> Exhibit Exhibit 27 – Dennery (2007), # <u>4</u> Exhibit Exhibit 28 – Do (2009), # <u>5</u> Exhibit Exhibit 29 – Fedak (2015), # <u>6</u> Exhibit Exhibit 30 – Gervin (2017), # <u>7</u> Exhibit Exhibit 31 – Giustarini (2023), # <u>8</u> Exhibit Exhibit 32 – Pinto–Martin Ex. 628, # <u>9</u> Exhibit Exhibit 33 – Hansen (2021), # <u>10</u> Exhibit Exhibit 34 – Ji (2020), # <u>11</u> Exhibit Exhibit 35 – Johnson (1986), # <u>12</u> Exhibit Exhibit 36 – Faraone Ex. 785, # <u>13</u> Exhibit Exhibit 37 – Faraone Ex. 784, # <u>14</u> Exhibit Exhibit 38 – Kim (2014), # <u>15</u> Exhibit Exhibit 39 – Modern Epidemiology Excerpts, # <u>16</u> Exhibit Exhibit 40 – Laue (2019), # <u>17</u> Exhibit Exhibit 41 – Lawson (2022), # <u>18</u> Exhibit Exhibit 42 – McNally (1997), # <u>19</u> Exhibit Exhibit 43 – Nowinski (2022), # <u>20</u> Exhibit Exhibit 44 – Patel (2017), # <u>21</u> Exhibit Exhibit 45 – Philippot (2022), # <u>22</u> Exhibit Exhibit 46 – Tovo–Rodrigues (2020), # <u>23</u> Exhibit Exhibit 47 – Pinto–Martin Ex.620)Motion or Order to File Under Seal: <u>1473</u> .(Keller, Ashley) (Entered: 05/28/2024) |
| 05/28/2024 | <u>1477</u> | MEMORANDUM OF LAW in Opposition re: <u>1460</u> MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*. . Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 05/28/2024) |
| 05/28/2024 | <u>1478</u> | DECLARATION of Ashley C. Keller in Support re: <u>1477</u> Memorandum of Law in Opposition to Motion. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit Exhibit 1 – Ness CV, # <u>2</u> Exhibit Exhibit 2 – Ness Materials Considered, # <u>3</u> Exhibit Exhibit 3–1 – Handwritten Notes, # <u>4</u> Exhibit Exhibit 3–2 – Handwritten Notes, # <u>5</u> Exhibit Exhibit 4 – Faraone Dep Transcript, # <u>6</u> Exhibit Exhibit 5 – Kolevzon Dep Transcript, # <u>7</u> Exhibit Exhibit 6 – Pinto–Martin Dep Transcript, # <u>8</u> Exhibit Exhibit 7 – Powell Dep Transcript, # <u>9</u> Exhibit Exhibit 8 – Jeffcoat Dep Transcript, # <u>10</u> Exhibit Exhibit 9 – Faraone Ex. 771, # <u>11</u> Exhibit Exhibit 10 – Faraone Ex. 781, # <u>12</u> Exhibit Exhibit 11–1 – Pinto–Martin Ex. 622, # <u>13</u> Exhibit Exhibit 11–2 – Pinto–Martin Ex. 622, # <u>14</u> Exhibit Exhibit 12 – Powell Ex. 2016, # <u>15</u> Exhibit Exhibit 13 – Slide Presentation (2022), # <u>16</u> Exhibit Exhibit 14 – Slide Presentation (2023), # <u>17</u> Exhibit Exhibit 15 – ATSDR (2017), # <u>18</u> Exhibit Exhibit 16 – Adesi (2013), # <u>19</u> Exhibit Exhibit 17 – Alemany (2021), # <u>20</u> Exhibit Exhibit 18 – Amrhein (2019), # <u>21</u> Exhibit Exhibit 19 – Ballatori (2009), # <u>22</u> Exhibit Exhibit 20 – Bauer (2018), # <u>23</u> Exhibit Exhibit 21 – Bello (2023), # <u>24</u> Exhibit Exhibit 22 – Bertoldi (2020), # <u>25</u> Exhibit Exhibit 23 – Bornehag (2018), # <u>26</u> Exhibit Exhibit 24 – Bove (2024)).(Keller, Ashley) (Entered: 05/28/2024) |
| 05/28/2024 | <u>1479</u> | DECLARATION of Ashley C. Keller in Support re: <u>1477</u> Memorandum of Law in Opposition to Motion. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit Exhibit 25 – Pinto–Martin Ex. 631, # <u>2</u> Exhibit Exhibit 26 – Davidson (2010), # <u>3</u> Exhibit Exhibit 27 – Dennery (2007), # <u>4</u> Exhibit Exhibit 28 – Do (2009), |

| | | |
|---|---|---|
| | | # 5 Exhibit Exhibit 29 – Fedak (2015), # 6 Exhibit Exhibit 30 – Gervin (2017), # 7 Exhibit Exhibit 31 – Giustarini (2023), # 8 Exhibit Exhibit 32 – Pinto–Martin Ex. 628, # 9 Exhibit Exhibit 33 – Hansen (2021), # 10 Exhibit Exhibit 34 – Ji (2020), # 11 Exhibit Exhibit 35 – Johnson (1986), # 12 Exhibit Exhibit 36 – Faraone Ex. 785, # 13 Exhibit Exhibit 37 – Faraone Ex. 784, # 14 Exhibit Exhibit 38 – Kim (2014), # 15 Exhibit Exhibit 39 – Modern Epidemiology Excerpts, # 16 Exhibit Exhibit 40 – Laue (2019), # 17 Exhibit Exhibit 41 – Lawson (2022), # 18 Exhibit Exhibit 42 – McNally (1997), # 19 Exhibit Exhibit 43 – Nowinski (2022), # 20 Exhibit Exhibit 44 – Patel (2017), # 21 Exhibit Exhibit 45 – Philippot (2022), # 22 Exhibit Exhibit 46 – Tovo–Rodrigues (2020), # 23 Exhibit Exhibit 47 – Pinto–Martin Ex.620).(Keller, Ashley) (Entered: 05/28/2024) |
| 06/03/2024 | 1480 | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 06/03/2024 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 06/03/2024) |
| 06/05/2024 | 1481 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,. Document filed by Jessica Clark..(Burke, Daniel) (Entered: 06/05/2024) |
| 06/06/2024 | 1482 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–03962–DLC.(Brennan, Jessica) (Entered: 06/06/2024) |
| 06/06/2024 | 1483 | RESPONSE to Clark Plaintiffs' Show Cause Response. Document filed by Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–03962–DLC.(Brennan, Jessica) (Entered: 06/06/2024) |
| 06/11/2024 | 1484 | LETTER MOTION to Seal Reply Memorandum of Law addressed to Judge Denise L. Cote from Kristen L. Richer dated June 11, 2024. Document filed by Walgreen Co...(Richer, Kristen) (Entered: 06/11/2024) |
| 06/11/2024 | 1485 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness filed on behalf of Defendants. . Document filed by All Defendants. Motion or Order to File Under Seal: 1484 .(Richer, Kristen) (Entered: 06/11/2024) |
| 06/11/2024 | 1486 | REPLY MEMORANDUM OF LAW in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness filed on behalf of Defendants. . Document filed by Walgreen Co...(Richer, Kristen) (Entered: 06/11/2024) |
| 06/11/2024 | 1487 | DECLARATION of Kristen L. Richer in Support re: 1460 MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness filed on behalf of Defendants.. Document filed by Walgreen Co.. (Attachments: # 1 Exhibit 1 – Tronnes 2020, # 2 Exhibit 2 – Bauer 2018).(Richer, Kristen) (Entered: 06/11/2024) |
| 06/12/2024 | 1488 | ORDER granting 1473 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 6/12/2024) (vfr) (Entered: 06/12/2024) |
| 06/12/2024 | 1489 | ORDER granting 1484 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 6/12/2024) (vfr) (Entered: 06/12/2024) |
| 06/14/2024 | 1490 | LETTER addressed to Judge Denise L. Cote from Alexandra J. Kushner dated June 14, 2024 re: Withdrawal as attorney. Document filed by Safeway Inc...(Kushner, Alexandra) (Entered: 06/14/2024) |
| 06/17/2024 | 1491 | MEMO ENDORSEMENT on re: 1490 Letter filed by Safeway Inc. ENDORSEMENT: Granted. Attorney Alexandra J. Kushner terminated. (Signed by Judge Denise L. Cote on 6/17/2024) (vfr) (Entered: 06/17/2024) |
| 07/01/2024 | 1492 | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 07/01/2024 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 07/01/2024) |
| 07/10/2024 | 1493 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,. Document filed by Angela Farrow, H.Y., K. F., Cheryl Webb..(Burke, Daniel) (Entered: 07/10/2024) |

| | | |
|---|---|---|
| 07/10/2024 | <u>1494</u> | OPINION AND ORDER re: (1460 in 1:22−md−03043−DLC) MOTION to Exclude the Opinions of Plaintiffs' Expert Dr. Roberta Ness *filed on behalf of Defendants*. filed by Walgreen Co.. The defendants' motion of March 29, 2024 to exclude Dr. Ness's general causation opinion is granted. (Signed by Judge Denise L. Cote on 7/10/2024) (tg) (Entered: 07/10/2024) |
| 07/11/2024 | <u>1495</u> | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:24−cv−04855−DLC, 1:24−cv−04958−DLC, 1:24−cv−04976−DLC.(Brennan, Jessica) (Entered: 07/11/2024) |
| 07/11/2024 | <u>1496</u> | ORDER: Accordingly, it is hereby ORDERED that by July 25, plaintiffs shall show cause why final judgment under Rule 56 should not be entered in each pending member case of this MDL, on the ground that the plaintiffs in these member cases have failed to offer admissible evidence that prenatal exposure to acetaminophen causes ADHD in offspring. (Signed by Judge Denise L. Cote on 7/11/2024) (vfr) (Entered: 07/11/2024) |
| 07/25/2024 | <u>1497</u> | RESPONSE TO ORDER TO SHOW CAUSE re: (1496 in 1:22−md−03043−DLC) Order to Show Cause,. Document filed by Plaintiffs Counsel. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Keller, Ashley) (Entered: 07/25/2024) |
| 07/25/2024 | <u>1498</u> | DECLARATION of Ashley C. Keller in Support re: (12 in 1:24−cv−00717−DLC, 7 in 1:24−cv−02340−DLC, 10 in 1:24−cv−01378−DLC, 6 in 1:24−cv−03962−DLC, 6 in 1:24−cv−03034−DLC, 6 in 1:24−cv−03053−DLC, 9 in 1:24−cv−01953−DLC, 10 in 1:24−cv−01377−DLC, 7 in 1:24−cv−03043−DLC, 10 in 1:24−cv−01479−DLC, 6 in 1:24−cv−03046−DLC, 7 in 1:24−cv−03047−DLC, 6 in 1:24−cv−03035−DLC, 6 in 1:24−cv−03032−DLC, 6 in 1:24−cv−03039−DLC, 6 in 1:24−cv−03037−DLC, 6 in 1:24−cv−03040−DLC, 1497 in 1:22−md−03043−DLC, 5 in 1:24−cv−04958−DLC, 11 in 1:24−cv−01341−DLC, 6 in 1:24−cv−03036−DLC, 6 in 1:24−cv−03038−DLC, 6 in 1:24−cv−03027−DLC, 13 in 1:24−cv−00693−DLC, 6 in 1:24−cv−03052−DLC, 10 in 1:24−cv−01322−DLC, 6 in 1:24−cv−03044−DLC, 11 in 1:24−cv−01343−DLC, 12 in 1:24−cv−01159−DLC, 13 in 1:23−cv−11079−DLC, 7 in 1:24−cv−04976−DLC, 10 in 1:24−cv−01440−DLC, 19 in 1:23−cv−11252−DLC, 13 in 1:23−cv−11278−DLC, 6 in 1:24−cv−03049−DLC, 9 in 1:24−cv−00978−DLC) Response to Order to Show Cause. Document filed by Plaintiffs Counsel. (Attachments: # <u>1</u> Exhibit Amended Ex. Disc. of Stephen Faraone, # <u>2</u> Exhibit Depo Transcript of Stephen Faraone, # <u>3</u> Exhibit Mulraney 2024, # <u>4</u> Exhibit Faraone 785, # <u>5</u> Exhibit Faraone 705, # <u>6</u> Exhibit Faraone 763, # <u>7</u> Exhibit Faraone 780, # <u>8</u> Exhibit Faraone 764, # <u>9</u> Exhibit Faraone 765, # <u>10</u> Exhibit Faraone 766, # <u>11</u> Exhibit Faraone 781, # <u>12</u> Exhibit Faraone 771, # <u>13</u> Exhibit Faraone 784)Filed In Associated Cases: 1:22−md−03043−DLC et al..(Keller, Ashley) (Entered: 07/25/2024) |
| 07/26/2024 | <u>1499</u> | ORDER: Accordingly, it is hereby ORDERED that the defendants' response shall be filed by August 9, 2024. The plaintiffs' reply, if any, shall be filed by August 16. At the time a submission is filed, the filing parties shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 7/26/2024) (vfr) (Entered: 07/26/2024) |
| 07/31/2024 | <u>1500</u> | LETTER addressed to Judge Denise L. Cote from Kristen L. Richer dated July 31, 2024 re: Plaintiffs who Failed to File a Show Cause Response. Document filed by CVS Pharmacy, Inc., Walgreen Co.. (Attachments: # <u>1</u> Exhibit A).(Richer, Kristen) (Entered: 07/31/2024) |
| 07/31/2024 | <u>1501</u> | MEMO ENDORSEMENT on re: <u>1500</u> Letter filed by Walgreen Co., CVS Pharmacy, Inc. ENDORSEMENT: Granted. The Clerk of Court shall enter jdugment for the defendants in these listed actions. (Signed by Judge Denise L. Cote on 7/31/2024) (mml) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/01/2024) |
| 08/01/2024 | <u>1502</u> | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 08/01/2024 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 08/01/2024) |
| 08/05/2024 | <u>1503</u> | CLERK'S JUDGMENT re: (1501 in 1:22−md−03043−DLC) Memo Endorsement. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in |

| | | |
|---|---|---|
| | | the Court's Memo Endorsement dated July 31, 2024, the Letter filed by Walgreen Co., CVS Pharmacy, Inc. on July 31, 2024, is Granted. Judgment is entered in favor of the defendants and the cases are closed. (Signed by Clerk of Court – Acting Daniel Ortiz on 8/5/2024) (Attachments: # 1 Appeal Package) Filed In Associated Cases: 1:22–md–03043–DLC et al. (tp) (Main Document 1503 replaced on 8/6/2024) (tp). (Entered: 08/05/2024) |
| 08/07/2024 | 1504 | MOTION for Rayne Ellis to Withdraw as Attorney . Document filed by 7–Eleven, Inc., Dollar Tree Stores, Inc., Family Dollar Stores, LLC..(Ellis, Rayne) (Entered: 08/07/2024) |
| 08/08/2024 | 1505 | CERTIFICATE OF SERVICE of Motion for Rayne Ellis to Withdraw as Attorney served on In House Counsel on August 7, 2024. Document filed by 7–Eleven, Inc., Dollar Tree Stores, Inc., Family Dollar Stores, LLC..(Stern, Mitchell) (Entered: 08/08/2024) |
| 08/09/2024 | 1506 | RESPONSE *to Plaintiffs' Response to the Court's July 11, 2024 Order to Show Cause*. Document filed by Walgreen Co...(Richer, Kristen) (Entered: 08/09/2024) |
| 08/09/2024 | 1507 | DECLARATION of Kristen L. Richer re: 1506 Response *to Plaintiffs' Response to the Court's July 11, 2024 Order to Show Cause*. Document filed by Walgreen Co.. (Attachments: # 1 Exhibit 1 – Chen 2019, # 2 Exhibit 2 – Ystrom 2017, # 3 Exhibit 3 – Ahlqvist 2024, # 4 Exhibit 4 – Gustavson 2021).(Richer, Kristen) (Entered: 08/09/2024) |
| 08/16/2024 | 1508 | MEMO ENDORSEMENT granting 1504 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Rayne Ellis terminated. (Signed by Judge Denise L. Cote on 8/16/2024) (vfr) (Entered: 08/16/2024) |
| 08/16/2024 | 1509 | RESPONSE TO ORDER TO SHOW CAUSE re: (1496 in 1:22–md–03043–DLC) Order to Show Cause,. Document filed by Crystal Alexander, Deandre Barbee, Andrew Bassett, Juan Bordoy, Deven Brauer, Michelle Brown, Taryne Burke, Zarina Caldwell–Parsons, Jessica Clark, Kaitlynn Cornett, Zayne Costello, Hunter Courington, Alisha Day, Angela Farrow, Colby Gilliam, Rian Johnson, Christi Kellogg, Kalli Kobler, Kelli Lyken, Elijah McCall, Rachel McCormick, Shannon Mikuski, Jennifer Morrow, Kailey Nangle, Michelle Phippen, Plaintiffs Counsel, Sonnita Roby, Sheena Schnepp, Samari Sims, Sarah Stokes, Collin Stover, Jade Stubblefield, Courtney Tillotson, Amanda Trigloff, Cheryl Webb. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) (Entered: 08/16/2024) |
| 08/16/2024 | 1510 | DECLARATION of Ashley C. Keller in Support re: (13 in 1:24–cv–01343–DLC, 9 in 1:24–cv–03047–DLC, 12 in 1:24–cv–01479–DLC, 8 in 1:24–cv–03039–DLC, 8 in 1:24–cv–03038–DLC, 12 in 1:24–cv–01377–DLC, 11 in 1:24–cv–01953–DLC, 15 in 1:23–cv–11278–DLC, 14 in 1:24–cv–00717–DLC, 9 in 1:24–cv–03043–DLC, 13 in 1:24–cv–01341–DLC, 9 in 1:24–cv–02340–DLC, 21 in 1:23–cv–11252–DLC, 8 in 1:24–cv–03027–DLC, 15 in 1:24–cv–00693–DLC, 11 in 1:24–cv–00978–DLC, 8 in 1:24–cv–03052–DLC, 8 in 1:24–cv–03962–DLC, 8 in 1:24–cv–03036–DLC, 8 in 1:24–cv–03046–DLC, 8 in 1:24–cv–03053–DLC, 7 in 1:24–cv–04958–DLC, 8 in 1:24–cv–03049–DLC, 12 in 1:24–cv–01378–DLC, 8 in 1:24–cv–03034–DLC, 14 in 1:24–cv–01159–DLC, 8 in 1:24–cv–03032–DLC, 8 in 1:24–cv–03035–DLC, 9 in 1:24–cv–04976–DLC, 1509 in 1:22–md–03043–DLC, 8 in 1:24–cv–03044–DLC, 15 in 1:23–cv–11079–DLC, 8 in 1:24–cv–03037–DLC, 8 in 1:24–cv–03040–DLC, 12 in 1:24–cv–01322–DLC, 12 in 1:24–cv–01440–DLC) Response to Order to Show Cause,,. Document filed by Crystal Alexander, Deandre Barbee, Andrew Bassett, Juan Bordoy, Deven Brauer, Michelle Brown, Ashton Burke, Zarina Caldwell–Parsons, Jessica Clark, Kaitlynn Cornett, Zayne Costello, Hunter Courington, Alisha Day, Angela Farrow, Colby Gilliam, Rian Johnson, Christi Kellogg, Kalli Kobler, Kelli Lyken, Elijah McCall, Rachel McCormick, Shannon Mikuski, Alena Morrow, Kailey Nangle, Michelle Phippen, Plaintiffs Counsel, Sonnita Roby, Sheena Schnepp, Samari Sims, Sarah Stokes, Collin Stover, Jade Stubblefield, Courtney Tillotson, Amanda Trigloff, Cheryl Webb. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) (Entered: 08/16/2024) |
| 08/19/2024 | 1511 | MOTION for Austin Evans to Withdraw as Attorney . Document filed by Sam's West Inc., Sams West Inc., Wal–Mart Inc., Wal–Mart Stores Inc., Wal–Mart Stores, Incorporated, Walmart Stores Inc., Walmart, Incorporated..(Evans, Austin) (Entered: 08/19/2024) |

| 08/19/2024 | <u>1512</u> | CERTIFICATE OF SERVICE of Motion for Austin Evans to Withdraw as Attorney served on In House Counsel on 08/19/2024. Document filed by Sam's West Inc., Sams West Inc., Wal–Mart Inc., Wal–Mart Stores, Inc., Wal–Mart Stores, Incorporated, Walmart Stores Inc., Walmart, Incorporated..(Evans, Austin) (Entered: 08/19/2024) |
|---|---|---|
| 08/19/2024 | <u>1513</u> | MEMO ENDORSEMENT granting <u>1511</u> Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Austin Evans terminated. (Signed by Judge Denise L. Cote on 8/19/2024) (vfr) (Entered: 08/19/2024) |
| 08/20/2024 | <u>1514</u> | OPINION AND ORDER: Final judgment is entered for defendants in all pending member cases. The Clerk of Court is directed to enter judgment for defendants and to close all pending member cases. (Signed by Judge Denise L. Cote on 8/20/2024) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/20/2024) |
| 08/21/2024 | <u>1515</u> | CLERK'S JUDGMENT re: (10 in 1:24–cv–03046–DLC, 17 in 1:24–cv–00693–DLC, 14 in 1:24–cv–01479–DLC, 10 in 1:24–cv–03038–DLC, 11 in 1:24–cv–04976–DLC, 10 in 1:24–cv–03036–DLC, 10 in 1:24–cv–03044–DLC, 10 in 1:24–cv–03034–DLC, 14 in 1:24–cv–01322–DLC, 11 in 1:24–cv–03043–DLC, 10 in 1:24–cv–03037–DLC, 10 in 1:24–cv–03035–DLC, 1514 in 1:22–md–03043–DLC, 11 in 1:24–cv–02340–DLC, 14 in 1:24–cv–01378–DLC, 13 in 1:24–cv–00978–DLC, 10 in 1:24–cv–03049–DLC, 15 in 1:24–cv–01341–DLC, 10 in 1:24–cv–03962–DLC, 10 in 1:24–cv–03052–DLC, 10 in 1:24–cv–03040–DLC, 9 in 1:24–cv–04958–DLC, 15 in 1:24–cv–01343–DLC, 16 in 1:24–cv–01159–DLC, 14 in 1:24–cv–01377–DLC, 10 in 1:24–cv–03027–DLC, 13 in 1:24–cv–01953–DLC, 23 in 1:23–cv–11252–DLC, 10 in 1:24–cv–03053–DLC, 11 in 1:24–cv–03047–DLC, 17 in 1:23–cv–11079–DLC, 10 in 1:24–cv–03032–DLC, 16 in 1:24–cv–00717–DLC, 14 in 1:24–cv–01440–DLC, 17 in 1:23–cv–11278–DLC, 10 in 1:24–cv–03039–DLC) Memorandum & Opinion, in favor of Defendants, against Plaintiffs. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated August 20, 2024, Final judgment is entered for defendants in all pending member cases. The Clerk of Court is directed to enter judgment for defendants and to close all pending member cases. Accordingly, all pending cases are closed. (Signed by Clerk of Court – Acting Daniel Ortiz on 8/21/2024) (Attachments: # <u>1</u> Appeal Package) Filed In Associated Cases: 1:22–md–03043–DLC et al. (tp) (Entered: 08/21/2024) |
| 08/29/2024 | <u>1516</u> | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by Betina Blueford, Kelley Costello, Twanna Floyd, Stephanie Hill, J. H., Vanessa Morales. Filing fee $ 605.00, receipt number ANYSDC–29821759. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # <u>1</u> Exhibit List of Matters Appealed, # <u>2</u> Exhibit Docket Sheet for Master Case).(Beh, Thomas) Modified on 8/29/2024 (nd). (Entered: 08/29/2024) |
| 08/29/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Thomas M. Beh to RE–FILE Document No. <u>1516</u> Notice of Appeal,.. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected;. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 08/29/2024) |
| 08/30/2024 | <u>1517</u> | NOTICE OF APPEAL from (1515 in 1:22–md–03043–DLC) Clerk's Judgment,,,,,,. Document filed by Betina Blueford, Kelley Costello, Twanna Floyd, Stephanie Hill, J. H., Vanessa Morales. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # <u>1</u> Exhibit List of Matters Appealed, # <u>2</u> Errata Docket Sheet)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Beh, Thomas) (Entered: 08/30/2024) |
| 08/30/2024 | | USCA Appeal Fees received $605.00 receipt number ANYSDC–29821759 on 8/29/2024 re: <u>1517</u> Notice of Appeal, filed by Vanessa Morales, Betina Blueford, Stephanie J. Hill, Twanna Floyd, Kelley Siobhan Costello, J. H.. (km) (Entered: 08/30/2024) |

| | | |
|---|---|---|
| 08/30/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1517 Notice of Appeal.(km) (Entered: 08/30/2024) |
| 08/30/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1517 Notice of Appeal, filed by Vanessa Morales, Betina Blueford, Stephanie J. Hill, Twanna Floyd, Kelley Siobhan Costello, J. H. were transmitted to the U.S. Court of Appeals. (km) (Entered: 08/30/2024) |
| 08/30/2024 | 1518 | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 08/30/2024 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 08/30/2024) |
| 09/20/2024 | 1519 | NOTICE OF APPEAL from (11 in 1:24–cv–03046–DLC, 17 in 1:24–cv–00717–DLC, 11 in 1:24–cv–03027–DLC, 15 in 1:24–cv–01440–DLC, 11 in 1:24–cv–03040–DLC, 11 in 1:24–cv–03037–DLC, 14 in 1:24–cv–01953–DLC, 16 in 1:24–cv–01341–DLC, 24 in 1:23–cv–11252–DLC, 15 in 1:24–cv–01378–DLC, 11 in 1:24–cv–03036–DLC, 12 in 1:24–cv–04976–DLC, 18 in 1:23–cv–11278–DLC, 11 in 1:24–cv–03032–DLC, 15 in 1:24–cv–01377–DLC, 11 in 1:24–cv–03035–DLC, 11 in 1:24–cv–03039–DLC, 12 in 1:24–cv–02340–DLC, 11 in 1:24–cv–03038–DLC, 11 in 1:24–cv–03962–DLC, 16 in 1:24–cv–01343–DLC, 14 in 1:24–cv–00978–DLC, 11 in 1:24–cv–03044–DLC, 12 in 1:24–cv–03043–DLC, 15 in 1:24–cv–01479–DLC, 1515 in 1:22–md–03043–DLC, 18 in 1:23–cv–11079–DLC, 10 in 1:24–cv–04958–DLC, 11 in 1:24–cv–03052–DLC, 17 in 1:24–cv–01159–DLC, 18 in 1:24–cv–00693–DLC, 15 in 1:24–cv–01322–DLC, 11 in 1:24–cv–03034–DLC, 11 in 1:24–cv–03053–DLC, 12 in 1:24–cv–03047–DLC, 11 in 1:24–cv–03049–DLC) Clerk's Judgment,,,,,, (10 in 1:24–cv–03046–DLC, 17 in 1:24–cv–00693–DLC, 14 in 1:24–cv–01479–DLC, 10 in 1:24–cv–03038–DLC, 11 in 1:24–cv–04976–DLC, 10 in 1:24–cv–03036–DLC, 10 in 1:24–cv–03044–DLC, 10 in 1:24–cv–03034–DLC, 14 in 1:24–cv–01322–DLC, 11 in 1:24–cv–03043–DLC, 10 in 1:24–cv–03037–DLC, 10 in 1:24–cv–03035–DLC, 1514 in 1:22–md–03043–DLC, 11 in 1:24–cv–02340–DLC, 14 in 1:24–cv–01378–DLC, 13 in 1:24–cv–00978–DLC, 10 in 1:24–cv–03049–DLC, 15 in 1:24–cv–01341–DLC, 10 in 1:24–cv–03962–DLC, 10 in 1:24–cv–03052–DLC, 10 in 1:24–cv–03040–DLC, 9 in 1:24–cv–04958–DLC, 15 in 1:24–cv–01343–DLC, 16 in 1:24–cv–01159–DLC, 14 in 1:24–cv–01377–DLC, 10 in 1:24–cv–03027–DLC, 13 in 1:24–cv–01953–DLC, 23 in 1:23–cv–11252–DLC, 10 in 1:24–cv–03053–DLC, 11 in 1:24–cv–03047–DLC, 17 in 1:23–cv–11079–DLC, 10 in 1:24–cv–03032–DLC, 16 in 1:24–cv–00717–DLC, 14 in 1:24–cv–01440–DLC, 17 in 1:23–cv–11278–DLC, 10 in 1:24–cv–03039–DLC) Memorandum & Opinion, (1494 in 1:22–md–03043–DLC) Memorandum & Opinion,. Document filed by Crystal Alexander, Amy Allen, Mary Arce, Deandre Barbee, Jantail Barbee, Andrew Bassett, Callista Bassett, Juan Bordoy, Deven Brauer, Michelle Brown, Taylor Brown, Ashton Burke, Taryne Burke, Zarina Caldwell–Parsons, Jessica Clark, Jessica Clark, Martha Cornett, Zayne Costello, Hunter Courington, Laurie Courington, Denisa Cullom, Alisha Day, Angela Farrow, Colby Gilliam, Heather Gilliam, Christy Howard, Rian Johnson, Christi Kellogg, Landon Kellogg, Kalli Kobler, Kelli Lyken, Elijah McCall, Rachel McCormick, Braydon Mckenzie, Shannon Mikuski, Alena Morrow, Jennifer Morrow, Kailey Nangle, Michelle Phippen, Shilo Rich, Sonnita Roby, Sheena Schnepp, Samari Sims, Dana Stewart, Collin Stover, Jade Stubblefield, Melissa Stubblefield, Courtney Tillotson, Amanda Trigloff, Cheryl Webb. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Exhibit 1)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) Modified on 9/20/2024 (nd). (Entered: 09/20/2024) |
| 09/20/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (12 in 1:24–cv–03053–DLC, 12 in 1:24–cv–03040–DLC, 18 in 1:24–cv–00717–DLC, 19 in 1:23–cv–11278–DLC, 12 in 1:24–cv–03039–DLC, 12 in 1:24–cv–03035–DLC, 12 in 1:24–cv–03034–DLC, 11 in 1:24–cv–04958–DLC, 18 in 1:24–cv–01159–DLC, 17 in 1:24–cv–01341–DLC, 13 in 1:24–cv–02340–DLC, 13 in 1:24–cv–04976–DLC, 12 in 1:24–cv–03049–DLC, 19 in 1:24–cv–00693–DLC, 15 in 1:24–cv–00978–DLC, 16 in 1:24–cv–01322–DLC, 12 in 1:24–cv–03038–DLC, 12 in 1:24–cv–03027–DLC, 19 in 1:23–cv–11079–DLC, 12 in 1:24–cv–03043–DLC, 16 in 1:24–cv–01378–DLC, 12 in 1:24–cv–03046–DLC, 16 in 1:24–cv–01377–DLC, 12 in 1:24–cv–03037–DLC, 12 in 1:24–cv–03036–DLC, 17 in 1:24–cv–01343–DLC, 13 in |

| | | |
|---|---|---|
| | | 1:24–cv–03047–DLC, 25 in 1:23–cv–11252–DLC, 12 in 1:24–cv–03044–DLC, 12 in 1:24–cv–03962–DLC, 1519 in 1:22–md–03043–DLC, 15 in 1:24–cv–01953–DLC, 16 in 1:24–cv–01440–DLC, 12 in 1:24–cv–03032–DLC, 16 in 1:24–cv–01479–DLC, 12 in 1:24–cv–03052–DLC) Notice of Appeal,,,,,,,,,,,. Filed In Associated Cases: 1:22–md–03043–DLC et al..(nd) (Entered: 09/20/2024) |
| 09/20/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (12 in 1:24–cv–03053–DLC, 12 in 1:24–cv–03039–DLC, 12 in 1:24–cv–03034–DLC, 11 in 1:24–cv–04958–DLC, 18 in 1:24–cv–01159–DLC, 12 in 1:24–cv–03049–DLC, 19 in 1:24–cv–00693–DLC, 15 in 1:24–cv–00978–DLC, 16 in 1:24–cv–01322–DLC, 12 in 1:24–cv–03037–DLC, 17 in 1:24–cv–01343–DLC, 12 in 1:24–cv–03044–DLC, 16 in 1:24–cv–01440–DLC, 12 in 1:24–cv–03052–DLC, 12 in 1:24–cv–03040–DLC, 18 in 1:24–cv–00717–DLC, 19 in 1:23–cv–11278–DLC, 12 in 1:24–cv–03035–DLC, 17 in 1:24–cv–01341–DLC, 13 in 1:24–cv–02340–DLC, 13 in 1:24–cv–04976–DLC, 12 in 1:24–cv–03038–DLC, 12 in 1:24–cv–03027–DLC, 19 in 1:23–cv–11079–DLC, 16 in 1:24–cv–01378–DLC, 13 in 1:24–cv–03043–DLC, 12 in 1:24–cv–03046–DLC, 12 in 1:24–cv–01377–DLC, 12 in 1:24–cv–03036–DLC, 25 in 1:23–cv–11252–DLC, 13 in 1:24–cv–03047–DLC, 12 in 1:24–cv–03962–DLC, 1519 in 1:22–md–03043–DLC, 15 in 1:24–cv–01953–DLC, 16 in 1:24–cv–01479–DLC, 12 in 1:24–cv–03032–DLC) Notice of Appeal,,,,,,,,,,, filed by Shilo Rich, Christy Howard, Kalli Kobler, Samari Sims, Michelle Brown, Michelle Phippen, Shannon Mikuski, Jade Stubblefield, Heather Gilliam, Alena Morrow, Deandre Barbee, Sonnita Roby, Taylor Brown, Jessica Clark, Christi Kellogg, Amy Allen, Collin Stover, Dana Stewart, Kelli Lyken, Rachel McCormick, Denisa Cullom, Cheryl Webb, Landon J. Kellogg, Laurie Courington, Jennifer Morrow, Zayne Costello, Angela Farrow, Hunter Courington, Jantail Barbee, Braydon Mckenzie, Zarina Caldwell–Parsons, Crystal Alexander, Elijah McCall, Deven Brauer, Amanda Trigloff, Alisha Day, Mary Elin Arce, Kailey Nangle, Sheena Schnepp, Colby Gilliam, Ashton Burke, Juan Emanuel Bordoy, Rian Czar Johnson, Taryne Burke, Courtney Tillotson, Andrew Bassett, Martha Cornett, Callista Bassett, Melissa Stubblefield were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:22–md–03043–DLC et al..(nd) (Entered: 09/20/2024) |
| 09/23/2024 | | Appeal Fee Payment: for (12 in 1:24–cv–03053–DLC, 12 in 1:24–cv–03040–DLC, 18 in 1:24–cv–00717–DLC, 19 in 1:23–cv–11278–DLC, 12 in 1:24–cv–03039–DLC, 12 in 1:24–cv–03035–DLC, 12 in 1:24–cv–03034–DLC, 11 in 1:24–cv–04958–DLC, 18 in 1:24–cv–01159–DLC, 17 in 1:24–cv–01341–DLC, 13 in 1:24–cv–02340–DLC, 13 in 1:24–cv–04976–DLC, 12 in 1:24–cv–03049–DLC, 19 in 1:24–cv–00693–DLC, 15 in 1:24–cv–00978–DLC, 16 in 1:24–cv–01322–DLC, 12 in 1:24–cv–03038–DLC, 12 in 1:24–cv–03027–DLC, 19 in 1:23–cv–11079–DLC, 13 in 1:24–cv–03043–DLC, 16 in 1:24–cv–01378–DLC, 12 in 1:24–cv–03046–DLC, 16 in 1:24–cv–01377–DLC, 12 in 1:24–cv–03037–DLC, 12 in 1:24–cv–03036–DLC, 17 in 1:24–cv–01343–DLC, 13 in 1:24–cv–03047–DLC, 25 in 1:23–cv–11252–DLC, 12 in 1:24–cv–03044–DLC, 12 in 1:24–cv–03962–DLC, 1519 in 1:22–md–03043–DLC, 15 in 1:24–cv–01953–DLC, 16 in 1:24–cv–01440–DLC, 12 in 1:24–cv–03032–DLC, 16 in 1:24–cv–01479–DLC, 12 in 1:24–cv–03052–DLC) Notice of Appeal,,,,,,,,,,,, Filing fee $ 605.00, receipt number NYSDC–29931431. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Keller, Ashley) (Entered: 09/23/2024) |
| 09/30/2024 | 1520 | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 09/30/2024 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Callis, Ann) (Entered: 09/30/2024) |
| 10/16/2024 | 1521 | ORDER of USCA (Certified Copy) as to 1455 Notice of Appeal, filed by Christine Holland, Bridget McConnell, Alexander Holland, Kristopher White, 1447 Notice of Appeal, iled by T. P., Lily Bishop, L.H., Nicholas Nelson, L. F.–J., L. S., Lauren Key, Amia Lonzo, K.B., Amber Jones, Julianna Staehle, J.S, E. P., Jaylen Jones, Donald Airth, Makayla Jellema, E.S., Sarah Duke, Annikia Green, Kristina Radford–Garcia, Emma Martin, Tanya Dunn, Jasmine Comeaux–Villermin, Rhys Farrell, Carisma Julun, William Ensign, Lyntorius Moore, C.B., Natalie Martin, Devin Cross, J. H., Valenzcia Gooden, Amanda Foust, Frances Taylor, Angela O'Barr, Jessica Flores, Aujenai Thompson, Stacy Shawneerae, Katie Foster, J. F., Sarah Dodson, P. L., Erica |

Smart, G. K., Jr., Allison Johnson, Ayeshia Crump, Nicole Morin, Y. A., W. W., Courtnie King, W. M., Jessica Rhead, Ingrid Moran, S. R.R., Shane Talbot, Julie Bellin, H. M., M.D., Jordan Knaack, Meghan Hutson, Ashley White, Lynn Cannon, Juanita Fischer, Greetus Bureau, B. B., Rachel Davis, Aaron Merriweather, CT, Danielle Riley–Simmons, Brianna Coada, Robin Lindemann, T. D., Z. W., A. D., Janet Jernigan, Jessica Richmond, Margaret Wilson, Leah Jones, Chanel Hardin, Zailyn Roberts, Amanda Walston, Nichola Ford, Raven Hicks, Sara Lindsey, Megan Dupree, Stella James, M.M., C. C., Misty Coleman, Jeanie Williams, Amber Bryant, Lindsay Conner–Ali, Tiffany Skibicki, Angela Overall, Stephanie Sanchez, Jerica Sims, Cody Mickle, S.S., J. C., Angela Fagan, Vanessa Jones, Phylicia Harrison, Latasha Hawkins, F. J., Morgan Kanyuh, Mya Martin, E. W., W. B., Richard Ogoh Jr., Robert Blanchard, Danielle Lane, M. B., E.L., Raquel Ballesteros, MB, Navara Ramirez, Taylor McQuaide, Inna Portnov, N. L., L. M. R., Jesse Boney, Jantail Barbee, M. G., L. S., Ashley LaBranche, Kellie Marshall, Amber Breitweiser, J. T., Ixchelle Wagner, T. R., KateLynn LaBranche, Jeanette Gray, A. C., Linzy Funk, Heather Hix, Tina Louise Hughitt, Danyale Lawrence, Alicia Keyes, Michelle Green, Ebony Murray, Quintygi Richard, B.S., N. J., J.R., Stephanie Roberts, Z.W., Shantell Maxwell, Rosann Ferrante, Dalana Charlot, Sarah Pulley, A,L., Nicholas Rodriguez, Brittany L Emerson, Maria Gonzalez, William Pennington, Lakeisha Allen, Michael Rogers, BrownGreer PLC, Eric Knight as Guardian Ad Litem of A.K., Minor, Alana Swindell, Denise Carroll, Courtney Springer, Jessica Abrams, C.D., A&K, Summer Dawn Foster, Jennifer Beckham, Samantha Hardin, Jacqueline Rife, William Wilson, M. P., Aliyah Ellis, Amanda Schambon, S. M. W., Tania Osuna, E.G., K. K., Morgan Cole, Shunta Mathis, K. V., A. J., Joseph Sciocchetti, EM, J.J., Caroline Thompson, David B Rheingold, Nydia Gonzalez, Lissette Berdote–Barroso, Tatiana Jackson, M.B., Briana Normand, N. E. S., Arlene Irizarry, A. P., R.S., E. E., J.G.V., Claude Felton III, L. M., Hope Pennington, Ryan Caston, J. E., Alicia Senegal, Feda Hamad, Laura Hernandez, Ami Zida, E. V., Patricia Aguiar, W. S., L. B., April Ramirez, Eman Mohamed, Michele Greer, Jennifer Acevedo, I. M., Katie Brehm, Jena Bea–Flores, Denise Vison, Buffy Jean Ellis, J. V., Landon Johnson, B. D., Cassandra Herrin, K. M., Denise Briggs, Diana Hernandez, Janelle Hunter, E.W., Tiffany Rutledge, J. M., Hannah Robinson, E. G., C. R., Lissette Berdote–Barroso As Guardian, On Behalf Of Plaintiff Child K.B., Lizbeth Mata, N. A., Randall Helmondollar, Ashley Walk, Marcela Stephanie De Satre, J.B., Sarah Cervantes, Precious Watts, Brooke N. Dillworth, Jessica Edwards, Candice Crawford, I.R., a Minor, B.R.G., Carole Holzmann, Shanon Baxter, Brittany Mako, H. G., K.G., M. S., Andrea Bissette, T. E., Kristie Crawford, Crystal Greenberg, D.P., Katrina McKinney, Jane Doe, Melissa Cheramie, Candace Whitehead, Tinisha Smith, Isabella Archie, N. F., Raven Deberry, Triniece Jackson, Peggy McManus, B.T., W. D., IB, Laura Bishop, Briceida Garcia, Jennifer Nolte, Joshua Jr. Baudoin, Altheia Madding, Kadijah Crawley, B. K., Quantae Grant, Chrisanna Sullivan, Pamela Duke, Jonitta Edwards Adolph, Raqwan Brooks, L.M., Whitney Walker, Kristy Parker, A. N.C., G. C., Kacee Tyson, Miesha Flournoy, Z. C–V., D.S., Jamie Bordelon, Mara Gabriela Calvani, Cynthia Hampton, Jessica Holmes, Vicki Manyweather, E. A., Raul Silva Garcia, Robin Hatfield, Abigail Proffitt, Unicque Carroll, M.P.W., A.S., S. H., Bridgett Kelley, Lance Bellin, Christopher Garcia, Melissa Klein, Jessica Cagle, H. C., Rowdy Heffner, T. T., G. T., Z. B., L.A., M. D., Juanita Childress, Aunesty Janssen, Krysanthemum Feiler, S. K., Brie Whitfield, M.H., W. J., III, Alisha Singletary, Amrita Banerjee, Vanessa Valdez, J. B., Nilsa Quezada, L.S., Monique Davis, A. M., Crystal Chopin, A.B., Jenaye Smith, Deborah Singleton, B. R., Cherish Gentle, Kristy Alfonso, Tammy Peavley–Hawes, Jessica McGee, Leslie McIntosh, A.C., Misty Norman, Farran Elder, Sheri Conner, L. P., A. M., Tonya Perry, Jelissa Sherie Pope, C. W., Amber Blanchard, Stacey Abdin, Mark McDanel, Erin Sanders, Josie Mitchell, L. G., Alisa Charles, Victoria Brewer, Teashawn Dawson, Rosann Ferrante as Mother and Natural Guardian of V.F., an infant, J. G. B.P., J.H., E. S., Janel Edwards, K. E., Angelica Garcia, Stephanie Nickles, Deanne Rosenbaum, K. J., Salyers Monica, S.F., I. J., D.M., T. K., J. S., Aariel Melvin, G. B. P., Guenevere O'Griffin, Aida Bicic, C. B., Maureen Sciocchetti, Steven Vanover, Jennifer George, P. G., Z. W., O.F., Abby Horowitz, Lorae Hessler, Helena Stafford, N. S., Miracle Jackson, Tara Moore, Lyana Wood, Alyssa Lemoine, Lisa Roberts, G. S., E. H., D. D., Tamara Freeman, Arshaun Stevenson, B.C., J. R., Kimberly Ford, Ellen Joseph–Richard, F. S., Whitney Mckinnie, R. D., Tequilla Tuco, Eliud Jordan, Perla Lesende, C. M., Katie Tsui, Shaylyn Schell, Meghan Berthiaume, Whitney Johnson, Heather Strydom, J. M. G., Christy Savoy, A. R., H. K., Jennifer Wilson, Hanna Isa,

Lauren May, Donna Marie Byrd, Michael Horne, Tania Osuna, as Guardian Ad Litem of S.O., Minor, Jacob Semmes, Stacy Hutchens, C. H., Amanda Williams, D. J., Abraham J. Pruneda, Sarah Peters, Tyler Williams, Bliss Holder, Vanessa Morales, Stephanie Ward–Jones, Angeles Mijares, E. N., Rebekah Cooper, M. A., Sherika Ferguson, T. A., Amneris Calderon–Santiago, Erin Tarallo, Christian Negron, Chanel Stewart, Sheri Greene, Danielle Moore, Shantrell Estes, A. K., S. B., K. H., Rhiann Lindberg, Rishona Richardson, A.H., C. G., G. G., J.D., Jacklyn Brown, Tracy Siegel, Monique Bell, Anastasia Gray, I. C., Gwangi Patton, Samantha Gaffney, V. H., Janet Guzman, Meranda White, Aimy Belcher, Phoenix Shelton, A.L., Gregory Ross Abrams, Treyvion Nettles, Allyson Carnes Bagley, B. H., Precious Glover, Heather Tidwell, Jeffrey DeCarlo, A. G., Deisi Brownledoux, David Giddings as Guardian Ad Litem of H.G., Minor, Felicia Esquiliano, Aaron Anderson, Victoria Silas, NB, Elaine Weaver, Candice Whitehead, Stormy Dowdell, James Boyd, A.N., S. S., Denise Young, R. H., F. M., Courtney McCreary, Aiesha Offord, Chelsie Saucier, P. S., F.C., Z.L., S.M., Khris Dafney, Keila Chardon, K.C., Riana Berry, Angie Ruiz, Tiffany Hatcher, Albertson's, Cathy Raymer, Donovan Donaldson, Jesus Delgado, L. L., E. B., Jessica Smith, Ashley Thornton, I.D., Trista Wiley, Staci Leanox, J. W., E. Z., TAMMY PEAVLEY HAWES, Katie Good, Felicia Renee Campbell–Booth, C. K., Tiffany Drago, Amy Pfuhl, L.R., Jamie Levindoski, V.F., an infant, Maria Arellano, Jennifer Norris, Wendae Hinson, Christine Holland, Sophyia Sonia Kegbe–Davis, Sheldon Marcus Milligan, A.R., Erik Thompson, as Guardian Ad Litem of C.T., Minor, A. B., Stacey Ervin, Nicole Price, M. I., Kamonica McWhite–York, Leticia Garcia Barrera, Carla Slaughter, Leslie Gutierrez, Latoshia Atkins, K.W, Catherine Ausherman, Layla Nishman, R. C., PM, Virginia Campbell, Andrew Franklin, Brittany Carlock, Colleen Battista, A. H, I.K., Rebecca Shryock, N. H., P.C., Lauren Alicia Arredondo, C. C., Eirinn Merritt, Ashlea Lyons, Alexandra Karl, V. E., Emma Davidson, Mary Hurst, Mary Martin, Z. H., J. R., Seanna Hauser, Jasmine Hall, Gabriel Bowlin, Shannon Costa, Bailey Stanley, D. B., Marcela Stephanie Parada De Satre, Daniel Thomas Jones, Tremaine Hawkins, Siupeli Halafihi, JC, D. C., M. C., Amanda Hubble, C. F., Christy Landry, Annie Sampson, L.T., J. G., Natasha Antoinette Gameroz, Christie Appelhanz, M. T., Anna Pirtle, Silesse Harris, M. H., S. M., Sharee Miles, Emily Lumpkins, M. M., Tara Vincent, A. T., Teaira White, J. S., Jennifer Belmonte, T. B., Brittany Andrews, Anna Wagemaker, Jennifer Semmes, Chanal Caine, Douglas Norris, J.L., Krista Gil, Amanda Jones, Maria Lopez, T. H., G.R., Laura Sinclair, Tanesha Renee Etheridge, Twanna Floyd, Donnie Sumling, Samuel Richard Edwards, Silvia Andino, Keaton Kendrick, Shandy Beatty, Sarah Smith, Ashleigh Woolbright, Zuania Perez, Mailia Sumling, Leigh Ann May, J.S., F.G., III, Renica Foster, Laquetta Jones, Kerri–Ann Huggett, D.F., Sabrina Korir, Claudia Green, Kristopher White, Steven Mullen, Sawyer Adams, Martin Maltos, Janely Espinoza, K. L., Tova Weisz, Brittany Anderson, Tanita Register, Helen Gazley, Brittany Norfleet, Sophiya Kegbe–Davis, Heather Senske, Heather Powlowski, Jessica Stahlke, C.P., M. R., Amanda Gaona, Chatanya Tezeno, Molly Fortune, Breanna Altman, Lilia Oleson, Robin Lindemann, Marcela Stephannie Satre, Roman X–Zavier Ballesteros, H.L., T.T., E. R., W. P., Jaclyne Baker, E.B., Holly Vincent, Antonia Buendia, Iris Garcia, Kelly Van Horn, Courtney Tune, Ryan Waterson, Evan Weaver, V. D., C. J., Denise Simmons, K. B., Brian Hill, M.S., Israel Wood, Lisa Garcia, Tiffany Banks, P.P., P. M., Kourtney Raby, Becky Howell–Adams, R.G.G., Tara Denton, N. M., Libier Camargo, Logan Holzmann, L. T., Rosalyn Thomas, Alex Hillyer, Shea Hankins, Ana Bravo–Segura, D. S., Tiffany McCalister, M.A., Angel C. Turner, Antwanette Patterson, Stacey Addicott, Melissa Mcevoy, Tabitha Cross, Samantha Foley, Jothany Frey, Jhona Watts, M. E., Katie Airth, Alicia Snorton, X. H., Natasha Masse, Aidan John Kennedy, Rachel Hurst, J.A. Abrams, Pernella Booker, as Guardian Ad Litem of K.V., Minor, Felerio Caine, Michelle Wick, J. P., Christine Kennedy, Rebecca Reece, Ayanna Perkins, Brandon Scott Ausherman, Jane Roe, V.T., F. D., Karen Golightly, P. H., Daniela Herrera, B.K., April Knighten, Melissa Whitney, D. H., Stacy Shepard, C. S., T. L., K. C., Joyce Helmondollar, K. F., Antoinette Gameroz, M.N., Rachael Garcia, Raven Miles, Chris Deming, Tanner Corlett as Guardian Ad Litem of J.F., Minor, Zev Weisz, Christy Green, A.A., SM, Riana Berry, Katie Richie, Anthony Arellano, Leslie Castellanos, Countess Massey, Cori Stark, Crystal Sutton, A. H., T. M., Natalie Mendez, Donna Holt, Stella Reynolds, Babita Karn, C.O., Bridget McConnell, Michele McDanel, Bianca Clark, Allison Allred, Zoe Williams, Haleem Bonaparte, Peggy Higgins, Sherri Johnson, A.K., Laura Oseguera as Guardian Ad Litem of A.H., Minor, Sherrie Booker, K. S., C.F., Victoria Wick, Kelsie Rivera, U. W., Adejah Tate,

S. T., L. J., Rebekah Dillard, Lana Walker, Timothy Manyweather, Whitney Hart, Mariana Leon, Raeshawn Henderson, Jared S. Satre, Z. M., Mollie Penn, Vivian Spencer, CHARMINE TATE, Ethan Meyer, Jackie Bowes, Lindsey Cassidy, Linda G. Brewer, J. G. B., Jessica Young, W. D., Jr, Norhalys Delgado, T. W., Nathaniel Smith, B. S., Nichole Mack, Franchelle Magana, B. F., K. A., S. W., Megan Taylor, Juliet Lester, Nicole Waymire, A.W., Stephanie J. Hill, Angela Smith, Catherine Trevorrow, Christine Marrero, N. B., Rebekah Reed, K. R. C., Jasmine Rios, Micah Stewart, Tammy Gordon, T. F., Lindsey Baxter, Danyelle Jackson, K. R., Kelley Siobhan Costello, Olga Edwards, H.W., L.N.K. International, Inc., Yessica Portillo, Cassie Rodriguez, Tammy Gaddis, L. A., Alyssa Hanson, D.D., D. T., C. H., Travon Jackson, OH, R.J., Mary Ashley Sousa, D. L., III, A. A., S. G., S. F., T. G., Jessica Case, J. J., Madeline Zukus, Cynthia Talbot, K. C., D. R., Chloe Tagg, Rachel Yoakum, M. W., Adrianna Tate, Valeria Ogoh, Robert Pennington, Angel Daniels, Renee Normand, Mirza Dogo, R. G., Douglas Mangin, Hope Grady, Vondah Dede, Robin Todd, Ledricka Thierry, Cherise Chapman, Ashleigh Hall, Kammron Thomas, Deandre Barbee, Jaimi Lala, Jennifer King, Victoria Aguiar, Collin Stover, E.R., Dedre Rudd, Rebecca Marsh, W. L., Khelzie Koston, M.R., Dequisha Dodd, Annmarie Morales, Courtnie Chenevert, L.M.F., Samuel Byrd, Tonia Bouley, Melisha Jones, Kathy Wells, Erin Schupbach, Anetra Evans, Charmaine Tate, Rachel Delamain, Malerie Adams, Tiffany Jones, Andrew Cannon, S. E., Jane Zukus, Tammy Cross, Vanessa Nunez, Enrique Lesende, Callie Reese Gobble, Tahcahrah Owens, Chantell Mayfield, H. S., Tonya Mayer, Rekita Blackmon, S. F.–J., Trina D. Hunter, Tammy Thomason, January Johnson, Sunshine Anderson, Madonna Gevargiz, Crystal Rasnake, Alexis Stubblefield, Dolores Rainwater, Nicole Portnov, Melissa Huntsman, Ria Gonowrie, L. C., Melissa Soria, Jackie Bowes As Guardian, On Behalf of Plaintiff Child L.S., X. J., Michelle Allen, Sherly Aguilar, Makesha Anderson, James Posey, Jr., Kelly F Mulholland, Vivan Haris–Ganis, Misha Motahari, B.B., Fatme Mallah, L.C.B., P. W., Christina Poray, M. V., Dana Stewart, G. N., Jacklyn Brown As Guardian, on behalf of Plaintiff Child L.E., Tyler Donaldson, Victoria Vorise, D. P., M. L., S. J., Alexander Holland, Klobin Wilkerson, J. K., Dimitrios Ganis, M. M., Sandra Martin, Dana Gilley, Ty Foster, A. V.,, Melody Ford, Paul D. Rheingold, Enrique Rodriguez Avalos as Guardian Ad Litem of E.R., Minor, Austin Whitaker, Julia Guzman, Christina Rigsby, Brandi Robinson, Z. D., Ashlynn Brown, R. M., Rhonda Gisclair, E. B., B. C., Naomi Borriello, R. L., Keya Archie, J.M., Dana Cannon, R. P., Jacob Messenger, Betina Blueford, Jessica Lopez, K. G., N. N., Blythe Amerson, Courtney Yearby, Malinda Allison, Dafina Gashi, Felicia Mccauley, Kylie Shaffett, L.L., a Minor, Brandy L. Williams, Christina Correll, Rebbecca Smith, Ebony Baines, Shayla Antoinette Cooper, Meagan Rosa Milligan, M. A., Zackary Allred, W.A., Monica Salyers, Megan Meece, Derek Maguire, Leah Ricotta, A. L., S. R., Evangeline Bailey, Emily Engle, Chrishawn Spann, Christine Contreras, Golden Proctor, Crystal Ramirez, Jennifer Bowlin, Heather Hix, Angela Douglas, Jordan Bishop, R. B., Angelica Wallace, Crystal Washington, A. W., Michelle Herbert, Hunter Greenberg, Aide Soriano, Kadie Rousse, Melissa Smith, D. W., Jr., Holly Brooks, Chiyaukaa Archer, Clarissa Martin, Kymberly Cardenas, Wanda Miles, Tammy Walker, E.E., Britany Knight, Aaron Paradine, James Patrick as Guardian Ad Litem of N.P., Minor, Normarys Nunez, Janice Messenger, Erika Morales, Ronnisha Thomas, H. E., Ann Rodriguez, Junior Denson, Shaquille Jones, Nicholas Zagara, Nicole White as Guardian Ad Litem of S.M., Minor, J. D., Lunie Plaisir, Andrew Seymour, Solomon L. Shepard, Tabitha Smith, Huda Kasim, A.F., Gracyln Lott, M.L., Jessica Brakken, R. J., Sherece Hardin, Y. M., Michelle Maguire, Angela Cordell USCA Case Number 24–916(L), 24–1121(Con). By noticed filed October 15, 2024, Appellee Big Lots advised this Court that it filed a bankruptcy proceeding in the United States Bankruptcy Court for the District of Delaware on September 9, 2024. In accordance with the stay provisions of the U.S. Bankruptcy Code, 11 U.S.C. § 362, It is hereby ORDERED that this appeal is stayed. Appellee Big Lots is directed to inform this Court, in writing, as to the status of the automatic stay, within 14 days of the date of this order, thereafter at 30–day intervals, and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 10/16/2024. (tp) (Entered: 10/16/2024)

| | | |
|---|---|---|
| 10/22/2024 | 1522 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Big Lots..(Trinh, Katie) (Entered: 10/22/2024) |

| 10/24/2024 | <u>1523</u> | MEMO ENDORSEMENT on re: <u>1522</u> Proposed Order for Withdrawal of Attorney filed by Big Lots. ENDORSEMENT: Granted. Attorney Katie Megan Trinh terminated. (Signed by Judge Denise L. Cote on 10/24/2024) (vfr) (Entered: 10/24/2024) |
|---|---|---|
| 10/25/2024 | <u>1524</u> | NOTICE of Discharge. Document filed by Rite Aid Corporation. (Attachments: # <u>1</u> Exhibit A – Confirmation Order and Plan, # <u>2</u> Exhibit B – Notice of Docket).(Felter, Karen) (Entered: 10/25/2024) |
| 11/04/2024 | <u>1525</u> | LETTER addressed to Judge Denise L. Cote from Ann E. Callis dated 10/31/2024 re: Proposed State/Federal Coordination Order. Document filed by Plaintiffs Counsel..(Dowd, Patrick) (Entered: 11/04/2024) |
| 11/04/2024 | <u>1526</u> | ORDER Accordingly, it is hereby ORDERED that this case is reopened for the purpose of assigning any newly filed member cases to this Court's docket. (Signed by Judge Denise L. Cote on 11/4/2024) (jca) (Entered: 11/04/2024) |
| 11/06/2024 | <u>1527</u> | ORDER of USCA (Certified Copy) as to <u>1447</u> Notice of Appeal, filed by T. P., Lily Bishop, L.H., Nicholas Nelson, L. F.–J., L. S., Lauren Key, Amia Lonzo, K.B., Amber Jones, Julianna Staehle, J.S, E. P., Jaylen Jones, Donald Airth, Makayla Jellema, E.S., Sarah Duke, Annikia Green, Kristina Radford–Garcia, Emma Martin, Tanya Dunn, Jasmine Comeaux–Villermin, Rhys Farrell, Carisma Julun, William Ensign, Lyntorius Moore, C.B., Natalie Martin, Devin Cross, J. H., Valenzcia Gooden, Amanda Foust, Frances Taylor, Angela O'Barr, Jessica Flores, Aujenai Thompson, Stacy Shawneerae, Katie Foster, J. F., Sarah Dodson, P. L., Erica Smart, G. K., Jr., Allison Johnson, Ayeshia Crump, Nicole Morin, Y. A., W. W., Courtnie King, W. M., Jessica Rhead, Ingrid Moran, S. R.R., Shane Talbot, Julie Bellin, H. M., M.D., Jordan Knaack, Meghan Hutson, Ashley White, Lynn Cannon, Juanita Fischer, Greetus Bureau, B. B., Rachel Davis, Aaron Merriweather, CT, Danielle Riley–Simmons, Brianna Coada, Robin Lindemann, T. D., Z. W., A. D., Janet Jernigan, Jessica Richmond, Margaret Wilson, Leah Jones, Chanel Hardin, Zailyn Roberts, Amanda Walston, Nichola Ford, Raven Hicks, Sara Lindsey, Megan Dupree, Stella James, M.M., C. C., Misty Coleman, Jeanie Williams, Amber Bryant, Lindsay Conner–Ali, Tiffany Skibicki, Angela Overall, Stephanie Sanchez, Jerica Sims, Cody Mickle, S.S., J. C., Angela Fagan, Vanessa Jones, Phylicia Harrison, Latasha Hawkins, F. J., Morgan Kanyuh, Mya Martin, E. W., W. B., Richard Ogoh Jr., Robert Blanchard, Danielle Lane, M. B., E.L., Raquel Ballesteros, MB, Navara Ramirez, Taylor McQuaide, Inna Portnov, N. L., L. M. R., Jesse Boney, Jantail Barbee, M. G., L. S., Ashley LaBranche, Kellie Marshall, Amber Breitweiser, J. T., Ixchelle Wagner, T. R., KateLynn LaBranche, Jeanette Gray, A. C., Linzy Funk, Heather Hix, Tina Louise Hughitt, Danyale Lawrence, Alicia Keyes, Michelle Green, Ebony Murray, Quintygi Richard, B.S., N. J., J.R., Stephanie Roberts, Z.W., Shantell Maxwell, Rosann Ferrante, Dalana Charlot, Sarah Pulley, A,L., Nicholas Rodriguez, Brittany L Emerson, Maria Gonzalez, William Pennington, Lakeisha Allen, Michael Rogers, BrownGreer PLC, Eric Knight as Guardian Ad Litem of A.K., Minor, Alana Swindell, Denise Carroll, Courtney Springer, Jessica Abrams, C.D., A&K, Summer Dawn Foster, Jennifer Beckham, Samantha Hardin, Jacqueline Rife, William Wilson, M. P., Aliyah Ellis, Amanda Schambon, S. M. W., Tania Osuna, E.G., K. K., Morgan Cole, Shunta Mathis, K. V., A. J., Joseph Sciocchetti, EM, J.J., Caroline Thompson, David B Rheingold, Nydia Gonzalez, Lissette Berdote–Barroso, Tatiana Jackson, M.B., Briana Normand, N. E. S., Arlene Irizarry, A. P., R.S., E. E., J.G.V., Claude Felton III, L. M., Hope Pennington, Ryan Caston, J. E., Alicia Senegal, Feda Hamad, Laura Hernandez, Ami Zida, E. V., Patricia Aguiar, W. S., L. B., April Ramirez, Eman Mohamed, Michele Greer, Jennifer Acevedo, I. M., Katie Brehm, Jena Bea–Flores, Denise Vison, Buffy Jean Ellis, J. V., Landon Johnson, B. D., Cassandra Herrin, K. M., Denise Briggs, Diana Hernandez, Janelle Hunter, E.W., Tiffany Rutledge, J. M., Hannah Robinson, E. G., C. R., Lissette Berdote–Barroso As Guardian, On Behalf Of Plaintiff Child K.B., Lizbeth Mata, N. A., Randall Helmondollar, Ashley Walk, Marcela Stephanie De Satre, J.B., Sarah Cervantes, Precious Watts, Brooke N. Dillworth, Jessica Edwards, Candice Crawford, I.R., a Minor, B.R.G., Carole Holzmann, Shanon Baxter, Brittany Mako, H. G., K.G., M. S., Andrea Bissette, T. E., Kristie Crawford, Crystal Greenberg, D.P., Katrina McKinney, Jane Doe, Melissa Cheramie, Candace Whitehead, Tinisha Smith, Isabella Archie, N. F., Raven Deberry, Triniece Jackson, Peggy McManus, B.T., W. D., IB, Laura Bishop, Briceida Garcia, Jennifer Nolte, Joshua Jr. Baudoin, Altheia Madding, Kadijah Crawley, B. K., Quantae Grant, Chrisanna Sullivan, Pamela Duke, Jonitta |

Edwards Adolph, Raqwan Brooks, L.M., Whitney Walker, Kristy Parker, A. N.C., G.
C., Kacee Tyson, Miesha Flournoy, Z. C–V., D.S., Jamie Bordelon, Mara Gabriela
Calvani, Cynthia Hampton, Jessica Holmes, Vicki Manyweather, E. A., Raul Silva
Garcia, Robin Hatfield, Abigail Proffitt, Unicque Carroll, M.P.W., A.S., S. H.,
Bridgett Kelley, Lance Bellin, Christopher Garcia, Melissa Klein, Jessica Cagle, H.
C., Rowdy Heffner, T. T., G. T., Z. B., L.A., M. D., Juanita Childress, Aunesty
Janssen, Krysanthemum Feiler, S. K., Brie Whitfield, M.H., W. J., III, Alisha
Singletary, Amrita Banerjee, Vanessa Valdez, J. B., Nilsa Quezada, L.S., Monique
Davis, A. M., Crystal Chopin, A.B., Jenaye Smith, Deborah Singleton, B. R., Cherish
Gentle, Kristy Alfonso, Tammy Peavley–Hawes, Jessica McGee, Leslie McIntosh,
A.C., Misty Norman, Farran Elder, Sheri Conner, L. P., A. M., Tonya Perry, Jelissa
Sherie Pope, C. W., Amber Blanchard, Stacey Abdin, Mark McDanel, Erin Sanders,
Josie Mitchell, L. G., Alisa Charles, Victoria Brewer, Teashawn Dawson, Rosann
Ferrante as Mother and Natural Guardian of V.F., an infant, J. G. B.P., J.H., E. S.,
Janel Edwards, K. E., Angelica Garcia, Stephanie Nickles, Deanne Rosenbaum, K. J.,
Salyers Monica, S.F., I. J., D.M., T. K., J. S., Aariel Melvin, G. B. P., Guenevere
O'Griffin, Aida Bicic, C. B., Maureen Sciocchetti, Steven Vanover, Jennifer George,
P. G., Z. W., O.F., Abby Horowitz, Lorae Hessler, Helena Stafford, N. S., Miracle
Jackson, Tara Moore, Lyana Wood, Alyssa Lemoine, Lisa Roberts, G. S., E. H., D.
D., Tamara Freeman, Arshaun Stevenson, B.C., J. R., Kimberly Ford, Ellen
Joseph–Richard, F. S., Whitney Mckinnie, R. D., Tequilla Tuco, Eliud Jordan, Perla
Lesende, C. M., Katie Tsui, Shaylyn Schell, Meghan Berthiaume, Whitney Johnson,
Heather Strydom, J. M. G., Christy Savoy, A. R., H. K., Jennifer Wilson, Hanna Isa,
Lauren May, Donna Marie Byrd, Michael Horne, Tania Osuna, as Guardian Ad Litem
of S.O., Minor, Jacob Semmes, Stacy Hutchens, C. H., Amanda Williams, D. J.,
Abraham J. Pruneda, Sarah Peters, Tyler Williams, Bliss Holder, Vanessa Morales,
Stephanie Ward–Jones, Angeles Mijares, E. N., Rebekah Cooper, M. A., Sherika
Ferguson, T. A., Amneris Calderon–Santiago, Erin Tarallo, Christian Negron, Chanel
Stewart, Sheri Greene, Danielle Moore, Shantrell Estes, A. K., S. B., K. H., Rhiann
Lindberg, Rishona Richardson, A.H., C. G., G. G., J.D., Jacklyn Brown, Tracy Siegel,
Monique Bell, Anastasia Gray, I. C., Gwangi Patton, Samantha Gaffney, V. H., Janet
Guzman, Meranda White, Aimy Belcher, Phoenix Shelton, A.L., Gregory Ross
Abrams, Treyvion Nettles, Allyson Carnes Bagley, B. H., Precious Glover, Heather
Tidwell, Jeffrey DeCarlo, A. G., Deisi Brownledoux, David Giddings as Guardian Ad
Litem of H.G., Minor, Felicia Esquiliano, Aaron Anderson, Victoria Silas, NB, Elaine
Weaver, Candice Whitehead, Stormy Dowdell, James Boyd, A.N., S. S., Denise
Young, R. H., F. M., Courtney McCreary, Aiesha Offord, Chelsie Saucier, P. S., F.C.,
Z.L., S.M., Khris Dafney, Keila Chardon, K.C., Riana Berry, Angie Ruiz, Tiffany
Hatcher, Albertson's, Cathy Raymer, Donovan Donaldson, Jesus Delgado, L. L., E.
B., Jessica Smith, Ashley Thornton, I.D., Trista Wiley, Staci Leanox, J. W., E. Z.,
TAMMY PEAVLEY HAWES, Katie Good, Felicia Renee Campbell–Booth, C. K.,
Tiffany Drago, Amy Pfuhl, L.R., Jamie Levindoski, V.F., an infant, Maria Arellano,
Jennifer Norris, Wendae Hinson, Christine Holland, Sophyia Sonia Kegbe–Davis,
Sheldon Marcus Milligan, A.R., Erik Thompson, as Guardian Ad Litem of C.T.,
Minor, A. B., Stacey Ervin, Nicole Price, M. I., Kamonica McWhite–York, Leticia
Garcia Barrera, Carla Slaughter, Leslie Gutierrez, Latoshia Atkins, K.W, Catherine
Ausherman, Layla Nishman, R. C., PM, Virginia Campbell, Andrew Franklin,
Brittany Carlock, Colleen Battista, a. H, I.K., Rebecca Shryock, N. H., P.C., Lauren
Alicia Arredondo, C. C., Eirinn Merritt, Ashlea Lyons, Alexandra Karl, V. E., Emma
Davidson, Mary Hurst, Mary Martin, Z. H., J. R., Seanna Hauser, Jasmine Hall,
Gabriel Bowlin, Shannon Costa, Bailey Stanley, D. B., Marcela Stephanie Parada De
Satre, Daniel Thomas Jones, Tremaine Hawkins, Siupeli Halafihi, JC, D. C., M. C.,
Amanda Hubble, C. F., Christy Landry, Annie Sampson, L.T., J. G., Natasha
Antoinette Gameroz, Christie Appelhanz, M. T., Anna Pirtle, Silesse Harris, M. H., S.
M., Sharee Miles, Emily Lumpkins, M. M., Tara Vincent, A. T., Teaira White, J. S.,
Jennifer Belmonte, T. B., Brittany Andrews, Anna Wagemaker, Jennifer Semmes,
Chanal Caine, Douglas Norris, J.L., Krista Gil, Amanda Jones, Maria Lopez, T. H.,
G.R., Laura Sinclair, Tanesha Renee Etheridge, Twanna Floyd, Donnie Sumling,
Samuel Richard Edwards, Silvia Andino, Keaton Kendrick, Shandy Beatty, Sarah
Smith, Ashleigh Woolbright, Zuania Perez, Mailia Sumling, Leigh Ann May, J.S.,
F.G., III, Renica Foster, Laquetta Jones, Kerri–Ann Huggett, D.F., Sabrina Korir,
Claudia Green, Kristopher White, Steven Mullen, Sawyer Adams, Martin Maltos,
Janely Espinoza, K. L., Tova Weisz, Brittany Anderson, Tanita Register, Helen
Gazley, Brittany Norfleet, Sophiya Kegbe–Davis, Heather Senske, Heather

Powlowski, Jessica Stahlke, C.P., M. R., Amanda Gaona, Chatanya Tezeno, Molly Fortune, Breanna Altman, Lilia Oleson, Robin Lindemann, Marcela Stephannie Satre, Roman X–Zavier Ballesteros, H.L., T.T., E. R., W. P., Jaclyne Baker, E.B., Holly Vincent, Antonia Buendia, Iris Garcia, Kelly Van Horn, Courtney Tune, Ryan Waterson, Evan Weaver, V. D., C. J., Denise Simmons, K. B., Brian Hill, M.S., Israel Wood, Lisa Garcia, Tiffany Banks, P.P., P. M., Kourtney Raby, Becky Howell–Adams, R.G.G., Tara Denton, N. M., Libier Camargo, Logan Holzmann, L. T., Rosalyn Thomas, Alex Hillyer, Shea Hankins, Ana Bravo–Segura, D. S., Tiffany McCalister, M.A., Angel C. Turner, Antwanette Patterson, Stacey Addicott, Melissa Mcevoy, Tabitha Cross, Samantha Foley, Jothany Frey, Jhona Watts, M. E., Katie Airth, Alicia Snorton, X. H., Natasha Masse, Aidan John Kennedy, Rachel Hurst, J.A. Abrams, Pernella Booker, as Guardian Ad Litem of K.V., Minor, Felerio Caine, Michelle Wick, J. P., Christine Kennedy, Rebecca Reece, Ayanna Perkins, Brandon Scott Ausherman, Jane Roe, V.T., F. D., Karen Golightly, P. H., Daniela Herrera, B.K., April Knighten, Melissa Whitney, D. H., Stacy Shepard, C. S., T. L., K. C., Joyce Helmondollar, K. F., Antoinette Gameroz, M.N., Rachael Garcia, Raven Miles, Chris Deming, Tanner Corlett as Guardian Ad Litem of J.F., Minor, Zev Weisz, Christy Green, A.A., SM, Riana Berry, Katie Richie, Anthony Arellano, Leslie Castellanos, Countess Massey, Cori Stark, Crystal Sutton, A. H., T. M., Natalie Mendez, Donna Holt, Stella Reynolds, Babita Karn, C.O., Bridget McConnell, Michele McDanel, Bianca Clark, Allison Allred, Zoe Williams, Haleem Bonaparte, Peggy Higgins, Sherri Johnson, A.K., Laura Oseguera as Guardian Ad Litem of A.H., Minor, Sherrie Booker, K. S., C.F., Victoria Wick, Kelsie Rivera, U. W., Adejah Tate, S. T., L. J., Rebekah Dillard, Lana Walker, Timothy Manyweather, Whitney Hart, Mariana Leon, Raeshawn Henderson, Jared S. Satre, Z. M., Mollie Penn, Vivian Spencer, CHARMINE TATE, Ethan Meyer, Jackie Bowes, Lindsey Cassidy, Linda G. Brewer, J. G. B., Jessica Young, W. D., Jr, Norhalys Delgado, T. W., Nathaniel Smith, B. S., Nichole Mack, Franchelle Magana, B. F., K. A., S. W., Megan Taylor, Juliet Lester, Nicole Waymire, A.W., Stephanie J. Hill, Angela Smith, Catherine Trevorrow, Christine Marrero, N. B., Rebekah Reed, K. R. C., Jasmine Rios, Micah Stewart, Tammy Gordon, T. F., Lindsey Baxter, Danyelle Jackson, K. R., Kelley Siobhan Costello, Olga Edwards, H.W., L.N.K. International, Inc., Yessica Portillo, Cassie Rodriguez, Tammy Gaddis, L. A., Alyssa Hanson, D.D., D. T., C. H., Travon Jackson, OH, R.J., Mary Ashley Sousa, D. L., III, A. A., S. G., S. F., T. G., Jessica Case, J. J., Madeline Zukus, Cynthia Talbot, K. C., D. R., Chloe Tagg, Rachel Yoakum, M. W., Adrianna Tate, Valeria Ogoh, Robert Pennington, Angel Daniels, Renee Normand, Mirza Dogo, R. G., Douglas Mangin, Hope Grady, Vondah Dede, Robin Todd, Ledricka Thierry, Cherise Chapman, Ashleigh Hall, Kammron Thomas, Deandre Barbee, Jaimi Lala, Jennifer King, Victoria Aguiar, Collin Stover, E.R., Dedre Rudd, Rebecca Marsh, W. L., Khelzie Koston, M.R., Dequisha Dodd, Annmarie Morales, Courtnie Chenevert, L.M.F., Samuel Byrd, Tonia Bouley, Melisha Jones, Kathy Wells, Erin Schupbach, Anetra Evans, Charmaine Tate, Rachel Delamain, Malerie Adams, Tiffany Jones, Andrew Cannon, S. E., Jane Zukus, Tammy Cross, Vanessa Nunez, Enrique Lesende, Callie Reese Gobble, Tahcahrah Owens, Chantell Mayfield, H. S., Tonya Mayer, Rekita Blackmon, S. F.–J., Trina D. Hunter, Tammy Thomason, January Johnson, Sunshine Anderson, Madonna Gevargiz, Crystal Rasnake, Alexis Stubblefield, Dolores Rainwater, Nicole Portnov, Melissa Huntsman, Ria Gonowrie, L. C., Melissa Soria, Jackie Bowes As Guardian, On Behalf of Plaintiff Child L.S., X. J., Michelle Allen, Sherly Aguilar, Makesha Anderson, James Posey, Jr., Kelly F Mulholland, Vivan Haris–Ganis, Misha Motahari, B.B., Fatme Mallah, L.C.B., P. W., Christina Poray, M. V., Dana Stewart, G. N., Jacklyn Brown As Guardian, on behalf of Plaintiff Child L.E., Tyler Donaldson, Victoria Vorise, D. P., M. L., S. J., Alexander Holland, Klobin Wilkerson, J. K., Dimitrios Ganis, M. M., Sandra Martin, Dana Gilley, Ty Foster, A. V.,, Melody Ford, Paul D. Rheingold, Enrique Rodriguez Avalos as Guardian Ad Litem of E.R., Minor, Austin Whitaker, Julia Guzman, Christina Rigsby, Brandi Robinson, Z. D., Ashlynn Brown, R. M., Rhonda Gisclair, E. B., B. C., Naomi Borriello, R. L., Keya Archie, J.M., Dana Cannon, R. P., Jacob Messenger, Betina Blueford, Jessica Lopez, K. G., N. N., Blythe Amerson, Courtney Yearby, Malinda Allison, Dafina Gashi, Felicia Mccauley, Kylie Shaffett, L.L., a Minor, Brandy L. Williams, Christina Correll, Rebbecca Smith, Ebony Baines, Shayla Antoinette Cooper, Meagan Rosa Milligan, M. A., Zackary Allred, W.A., Monica Salyers, Megan Meece, Derek Maguire, Leah Ricotta, A. L., S. R., Evangeline Bailey, Emily Engle, Chrishawn Spann, Christine Contreras, Golden Proctor, Crystal Ramirez, Jennifer Bowlin,

| | | |
|---|---|---|
| | | Heather Hix, Angela Douglas, Jordan Bishop, R. B., Angelica Wallace, Crystal Washington, A. W., Michelle Herbert, Hunter Greenberg, Aide Soriano, Kadie Rousse, Melissa Smith, D. W., Jr., Holly Brooks, Chiyaukaa Archer, Clarissa Martin, Kymberly Cardenas, Wanda Miles, Tammy Walker, E.E., Britany Knight, Aaron Paradine, James Patrick as Guardian Ad Litem of N.P., Minor, Normarys Nunez, Janice Messenger, Erika Morales, Ronnisha Thomas, H. E., Ann Rodriguez, Junior Denson, Shaquille Jones, Nicholas Zagara, Nicole White as Guardian Ad Litem of S.M., Minor, J. D., Lunie Plaisir, Andrew Seymour, Solomon L. Shepard, Tabitha Smith, Huda Kasim, A.F., Gracyln Lott, M.L., Jessica Brakken, R. J., Sherece Hardin, Y. M., Michelle Maguire, Angela Cordell USCA Case Number 24–0916(L). Plaintiffs–Appellants request the Court lift the automatic bankruptcy stay of this appeal as to non–debtor Defendants–Appellees. The motion is unopposed. IT IS HEREBY ORDERED that the motion is GRANTED. The automatic stay is lifted as to all defendants–appellees except for Big Lots. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 11/6/2024. (tp) (Entered: 11/06/2024) |
| 11/08/2024 | 1528 | ORDER: Accordingly, it is hereby ORDERED that plaintiffs shall file any opposition to Rite Aid's request by Wednesday, November 13, 2024. (Signed by Judge Denise L. Cote on 11/6/2024) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) (Entered: 11/08/2024) |
| 11/13/2024 | 1529 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller, Mikal C. Watts, W. Mark Lanier dated November 13, 2024 re: Court's November 8, 2024 Order, Dkt. 1528. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 11/13/2024) |
| 11/14/2024 | 1530 | ORDER: Accordingly, those member cases proceeded against non–debtor defendants only. Between October 22 and October 29, 2024, Rite Aid filed a series of notices of permanent injunction and discharge, explaining that its approved Plan of Reorganization went into effect on August 30, and that as of that date the automatic stay was replaced by a discharge injunction in accordance with 11 U.S.C. § 534(a) (2). Rite Aid requested that this Court administratively terminate the member cases captioned above as to the reorganized Rite Aid Corporation and certain affiliates and subsidiaries. On November 13, plaintiffs submitted a letter explaining that they do not oppose Rite Aid's request. Accordingly, it is hereby ORDERED that the member cases identified in this Order are administratively terminated as to defendant Rite Aid. (Signed by Judge Denise L. Cote on 11/14/2024) (vfr) (Entered: 11/14/2024) |
| 11/22/2024 | 1531 | NOTICE OF CHANGE OF ADDRESS by Rose J Jones on behalf of Walmart, Incorporated. New Address: Hilgers Graben, PLLC, 1372 Peachtree Street, N.E., Atlanta, Georgia, United States 30309, 402–413–1880..(Jones, Rose) (Entered: 11/22/2024) |
| 11/22/2024 | 1532 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–08350–DLC.(Kohane, Nadine) (Entered: 11/22/2024) |
| 11/22/2024 | 1533 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–08334–DLC, 1:24–cv–08346–DLC.(Kohane, Nadine) (Entered: 11/22/2024) |
| 11/22/2024 | 1534 | NOTICE OF APPEARANCE by Rose J Jones on behalf of Walmart Inc...(Jones, Rose) (Entered: 11/22/2024) |
| 11/22/2024 | 1535 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 11/22/2024) |
| 12/10/2024 | 1536 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,, Document filed by Elaine Porter(as Attorney–In–Fact for Nicholas Porter), Nicholas Porter, Elaine Porter(Individually), Christopher Nelson, Dora Addai–Mensah(as Guardian on behalf of plaintiff–child Kevin Addai–Mensah), Kevin Addai–Mensah, Dora Addai–Mensah(Individually), Czion Burkhalter, Debra Taylor(as Guardian for Plaintiff–Child Stephanie Crouch), Stephanie Crouch, Debra Taylor(Individually), Ariella Lee, James Thoussaint, Stephon Albright, Cody Trealoff, Nicholas Mitchell, Unique Jenkins, Wyatt Peterson..(Grand, Jeffrey) (Entered: 12/10/2024) |

| 12/10/2024 | 1537 | FINAL JUDGMENT: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 24cv8334, 24cv8346, 24cv8350, 24cv8354, 24cv8358, 24cv8362, 24cv8364, 24cv8536, 24cv8537, 24cv8539, 24cv8544, and 24cv8577 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Cases 24cv8334, 24cv8346, 24cv8350, 24cv8354, 24cv8358, 24cv8362, 24cv8364, 24cv8536, 24cv8537, 24cv8539, 24cv8544, and 24cv8577 are dismissed with prejudice. (Signed by Judge Denise L. Cote on 12/10/2024) Filed In Associated Cases: 1:22–md–03043–DLC et al. (mml) (Entered: 12/11/2024) |
|---|---|---|
| 12/13/2024 | 1538 | NOTICE OF APPEAL from 1537 Judgment,, 1381 Memorandum & Opinion,,,,. Document filed by Elaine Porter(as Attorney–In–Fact for Nicholas Porter), Nicholas Porter, Elaine Porter(Individually), Christopher Nelson, Dora Addai–Mensah(as Guardian on behalf of plaintiff–child Kevin Addai–Mensah), Kevin Addai–Mensah, Dora Addai–Mensah(Individually), Czion Burkhalter, Debra Taylor(as Guardian for Plaintiff–Child Stephanie Crouch), Stephanie Crouch, Debra Taylor(Individually), Ariella Lee, James Thoussaint, Stephon Albright, Cody Trealoff, Nicholas Mitchell, Unique Jenkins, Wyatt Peterson. Filing fee $ 605.00, receipt number ANYSDC–30329548. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Grand, Jeffrey) (Entered: 12/13/2024) |
| 12/16/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1538 Notice of Appeal,,..(nd) (Entered: 12/16/2024) |
| 12/16/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1538 Notice of Appeal,,, filed by Kevin Addai–Mensah, Christopher Nelson, Nicholas Porter, Stephanie Crouch, Elaine Porter, Wyatt Peterson, Cody Trealoff, Czion Burkhalter, James Thoussaint, Stephon Albright, Nicholas Mitchell, Debra Taylor, Unique Jenkins, Ariella Lee, Dora Addai–Mensah were transmitted to the U.S. Court of Appeals..(nd) (Entered: 12/16/2024) |
| 01/02/2025 | 1539 | LETTER addressed to Judge Denise L. Cote from Ashley C. Keller dated January 2, 2025 re: Substitution of Charles J. Cooper. Document filed by Plaintiffs Counsel..(Keller, Ashley) (Entered: 01/02/2025) |
| 01/03/2025 | 1540 | MEMO ENDORSEMENT on re: 1539 Letter filed by Plaintiffs Counsel. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 1/3/2025) (jjc) (Entered: 01/03/2025) |
| 01/06/2025 | 1541 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Kohane, Nadine) (Entered: 01/06/2025) |
| 01/06/2025 | 1542 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–08544–DLC, 1:24–cv–09015–DLC, 1:24–cv–09044–DLC.(Kohane, Nadine) (Entered: 01/06/2025) |
| 01/07/2025 | 1543 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 01/07/2025) |
| 01/10/2025 | 1544 | LETTER addressed to Judge Denise L. Cote from Gregory A. Ellis dated January 10, 2025 re: Withdrawal as Counsel. Document filed by Safeway Inc...(Ellis, Gregory) (Entered: 01/10/2025) |
| 01/13/2025 | 1545 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,. Document filed by Gabrielle Howell, Ginamay Cardines, Keith Hulihe'e, Jr., Jessica Massey, Roderick Figures, Julianne Anemone, Randall Kukich, Marie Shearer, Michael Shearer, Rochelle Rose(As Attorney–In–Fact for Michael Caswell), Rochelle Rose(As Guardian, on behalf of Plaintiff Child), Rochelle Rose(Individually), Michael Caswell..(Grand, Jeffrey) (Entered: 01/13/2025) |
| 01/14/2025 | 1546 | FINAL JUDGMENT: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 24cv9012, 24cv9015, 24cv9019, 24cv9021, 24cv9024, 24cv9041, 24cv9044, and |

| | | |
|---|---|---|
| | | 24cv9048 under Fed.R. Civ. P. 58. IT IS FURTHER ORDERED that Member Cases 24cv9012, 24cv9015, 24cv9019, 24cv9021, 24cv9024, 24cv9041, 24cv9044, and 24cv9048 are dismissed with prejudice. (Signed by Judge Denise L. Cote on 1/14/2025) (jjc) (Entered: 01/14/2025) |
| 01/14/2025 | 1547 | MEMO ENDORSEMENT on re: 1544 Letter filed by Safeway Inc. ENDORSEMENT: Granted as to all cases in which Safeway is a defendant in this MDL. Attorney Gregory Andrew Ellis terminated. (Signed by Judge Denise L. Cote on 1/14/2025) (jjc) (Entered: 01/14/2025) |
| 01/15/2025 | 1548 | NOTICE OF APPEARANCE by Sandra Ko on behalf of Costco Wholesale Corporation. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–09707–DLC.(Ko, Sandra) (Entered: 01/15/2025) |
| 01/15/2025 | 1549 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 01/15/2025) |
| 01/15/2025 | 1550 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–09705–DLC, 1:24–cv–09707–DLC.(Kohane, Nadine) (Entered: 01/15/2025) |
| 01/15/2025 | 1551 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:24–cv–09705–DLC, 1:24–cv–09708–DLC.(Kohane, Nadine) (Entered: 01/15/2025) |
| 01/22/2025 | 1552 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,,. Document filed by Timothy Lovelace, Shaneka Lewis(Individually), Shaneka Lewis(As Guardian, on behalf of Plaintiff Child), Sarah Lester(As Attorney–in–Fact and Guardian for Gavin Maynard), Sarah Lester(Individually, as Plaintiff–Mother), Gavin Maynard, Maryann Godje, Linda Davis(Individually), Linda Davis(As Guardian, on behalf of Plaintiff Child Christian Dorsey), Christian Dorsey, Michael Henry, Vaneng Xiong(Individually), Vaneng Xiong(As Attorney–in–Fact for Jack Lee), Jack Lee, Richard Savoca, Andrew Rebholz..(Grand, Jeffrey) (Entered: 01/22/2025) |
| 01/23/2025 | 1553 | ORDER: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 24cv9357, 24cv9358, 24cv9360, 24cv9362, 24cv9365, 24cv9368, 24cv9370, 24cv9413, 24cv9419 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Cases 24cv9357, 24cv9358, 24cv9360, 24cv9362, 24cv9365, 24cv9368, 24cv9370, 24cv9413, 24cv9419 are dismissed with prejudice. (Signed by Judge Denise L. Cote on 1/23/2025) (vfr) (Entered: 01/23/2025) |
| 01/29/2025 | 1554 | RESPONSE to Order to Show Cause, Dkt. 1394. Document filed by Cody Thompson, Andre Jones, Jordan Lee, Leah Hall(Individually), Leah Hall(As Guardian for Parker Hall), Parker Hall, Megan Kail, Justin Troast, Shana Axthelm(Individually), Shana Axthelm(As Guardian for Hunter Axthelm), Hunter Axthelm, Kellyann Tommell (Individually), Kellyann Tommell (As Guardian, on behalf of Plaintiff Child), R. T., Jennifer Fennig(Individually), Jennifer Fennig(As Guardian for Austin Fennig), Austin Fennig..(Grand, Jeffrey) (Entered: 01/29/2025) |
| 01/30/2025 | 1555 | ORDER: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 24cv9681, 24cv9683, 24cv9702, 24cv9705, 24cv9706, 24cv9707, 24cv9708, 24cv9817, and 24cv10012 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Cases 24cv9681, 24cv9683, 24cv9702, 24cv9705, 24cv9706, 24cv9707, 24cv9708, 24cv9817, and 24cv10012 are dismissed with prejudice. (Signed by Judge Denise L. Cote on 1/30/2025) (vfr) Modified on 1/30/2025 (vfr). (Entered: 01/30/2025) |
| 02/06/2025 | 1556 | NOTICE OF APPEAL from 1553 Order,, 1555 Order,, 1381 Memorandum & Opinion,,,, 1546 Judgment,,. Document filed by C. F., Gabrielle Howell, Ginamay Cardines, Keith Hulihe'e, Jr., Jessica Massey, Roderick Figures, Julianne Anemone, Randall Kukich, Marie Shearer, Michael Shearer, Rochelle Rose(As Attorney–In–Fact for Michael Caswell), Rochelle Rose(As Guardian, on behalf of |

| | | |
|---|---|---|
| | | Plaintiff Child), Rochelle Rose(Individually), Michael Caswell, Timothy Lovelace, Shaneka Lewis(Individually), Shaneka Lewis(As Guardian, on behalf of Plaintiff Child), Sarah Lester(As Attorney−in−Fact and Guardian for Gavin Maynard), Sarah Lester(Individually, as Plaintiff−Mother), Gavin Maynard, Maryann Godje, Linda Davis(Individually), Linda Davis(As Guardian, on behalf of Plaintiff Child Christian Dorsey), Christian Dorsey, Michael Henry, Vaneng Xiong(Individually), Vaneng Xiong(As Attorney−in−Fact for Jack Lee), Jack Lee, Richard Savoca, Andrew Rebholz, Cody Thompson, Andre Jones, Jordan Lee, Leah Hall(Individually), Leah Hall(As Guardian for Parker Hall), Parker Hall, Megan Kail, Justin Troast, Shana Axthelm(Individually), Shana Axthelm(As Guardian for Hunter Axthelm), Hunter Axthelm, Kellyann Tommell (Individually), Kellyann Tommell (As Guardian, on behalf of Plaintiff Child), R. T., Jennifer Fennig(Individually), Jennifer Fennig(As Guardian for Austin Fennig), Austin Fennig. Filing fee $ 605.00, receipt number ANYSDC−30576411. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Grand, Jeffrey) (Entered: 02/06/2025) |
| 02/06/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1556 Notice of Appeal.(km) (Entered: 02/06/2025) |
| 02/06/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1556 Notice of Appeal, filed by Shana Axthelm, R. T., Roderick Figures, Michael Shearer, Leah Hall, Richard Savoca, Gavin Maynard, Michael Henry, Andre Jones, Hunter Axthelm, Vaneng Xiong, Linda Davis, Ginamay Cardines, Jack Lee, Keith Hulihe'e, Jr., C. F., Marie Shearer, Rochelle Rose, Megan Kail, Julianne Anemone, Jessica Massey, Sarah Lester, Kellyann Tommell, Shaneka Lewis, Michael Caswell, Gabrielle Howell, Randall Kukich, Jordan Lee, Christian Dorsey, Parker Hall, Justin Troast, Jennifer Fennig, Maryann Godje, Austin Fennig, Cody Thompson, Timothy Lovelace, Andrew Rebholz were transmitted to the U.S. Court of Appeals.(km) (Entered: 02/06/2025) |
| 02/13/2025 | 1557 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Brennan, Jessica) (Entered: 02/13/2025) |
| 02/13/2025 | 1558 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:25−cv−00434−DLC.(Kohane, Nadine) (Entered: 02/13/2025) |
| 02/13/2025 | 1559 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:25−cv−00424−DLC.(Kohane, Nadine) (Entered: 02/13/2025) |
| 02/28/2025 | 1560 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Brennan, Jessica) (Entered: 02/28/2025) |
| 02/28/2025 | 1561 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:25−cv−00725−DLC, 1:25−cv−00733−DLC.(Kohane, Nadine) (Entered: 02/28/2025) |
| 03/11/2025 | 1562 | RESPONSE TO ORDER TO SHOW CAUSE re: 1394 Order to Show Cause,,,,,. Document filed by Emery Layton, Gloria Salazar−Morris, Alyssa Willhite, Jason Whitebread, Geraldine Watson (As Guardian, on behalf of Plaintiff Child), Geraldine Watson (Individually, as Plaintiff−Mother), Keith Watson, Carol Sherry (As Guardian, on behalf of Plaintiff Child), Carol Sherry (Individually, as Plaintiff−Mother), Trevor Sherry, Cameron Jones, Dylan Bowling, Rocio Aybar (As Guardian, on behalf of Minor Plaintiff Child ), Rocio Aybar (Individually), Wendy Stephenson (As Guardian, on behalf of Plaintiff Child), Wendy Stephenson (Individually, as Plaintiff−Mother), Jadon Prevost, A. K., Alexander Davis, Glenda Spetter (As Guardian, on behalf of Plaintiff Child), Glenda Spetter (Individually), Devon Spetter, Becki Becker(Individually), Becki Becker(As Guardian for Anthony Becker), Anthony Becker, Vincent Higginbotham, Randall Jimenez, Danielle Milardo(Individually), Danielle Milardo(As Guardian, on behalf of Minor−Plaintiff−Child J.J.), Alexis Pierce..(Grand, Jeffrey) (Entered: 03/11/2025) |
| 03/12/2025 | 1563 | ORDER: Thus, it is hereby ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show |

| | | |
|---|---|---|
| | | Cause, final judgment is entered for the defendants in Member Cases 25cv422, 25cv424, 25cv426, 25cv429, 25cv431, 25cv433, 25cv434, 25cv437, 25cv719, 25cv722, 25cv723, 25cv725, 25cv726, 25cv733, 25cv734, and 25cv736 under Fed. R. Civ. P. 58. IT IS FURTHER ORDERED that Member Cases 25cv422, 25cv424, 25cv426, 25cv429, 25cv431, 25cv433, 25cv434, 25cv437, 25cv719, 25cv722, 25cv723, 25cv725, 25cv726, 25cv733, 25cv734, and 25cv736 are dismissed with prejudice. (Signed by Judge Denise L. Cote on 3/12/2025) (vfr) (Entered: 03/12/2025) |
| 03/17/2025 | 1564 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 03/17/2025) |
| 03/17/2025 | 1565 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:25–cv–01212–DLC, 1:25–cv–01219–DLC.(Kohane, Nadine) (Entered: 03/17/2025) |
| 04/02/2025 | 1566 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 04/02/2025) |
| 04/08/2025 | 1567 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated April 8, 2025 re: Failure to File Show Cause Responses. Document filed by Johnson and Johnson Consumer Inc.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 04/08/2025) |
| 04/09/2025 | 1568 | ORDER: It is hereby ORDERED that judgment is entered for defendants in Member Cases 25cv1203, 25cv1209, 25cv1212, 25cv1219, 25cv1221, 25cv1223, 25cv1394, 25cv1395, and the cases are dismissed with prejudice. (Signed by Judge Denise L. Cote on 4/9/2025) (vfr) (Entered: 04/09/2025) |
| 04/09/2025 | 1569 | **FILING ERROR – NO ORDER/JUDGMENT SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by A. K., Rocio Aybar, Anthony Becker, Becki Becker, Dylan Bowling, Alexander Davis, Vincent Higginbotham, J.J., Randall Jimenez, Cameron Jones, Emery Layton, Danielle Milardo, Alexis Pierce, Jadon Prevost, Gloria Salazar–Morris, Carol Sherry, Trevor Sherry, Devon Spetter, Glenda Spetter, Wendy Stephenson, Geraldine Watson, Keith Watson, Jason Whitebread, Alyssa Willhite. Filing fee $ 605.00, receipt number ANYSDC-30907056. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Grand, Jeffrey) Modified on 4/10/2025 (nd). (Entered: 04/09/2025) |
| 04/10/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Jeffrey S. Grand to RE–FILE Document No. 1569 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected;. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 04/10/2025) |
| 04/10/2025 | 1570 | NOTICE OF INTERLOCUTORY APPEAL from 1563 Order,,. Document filed by A.K., Rocio Aybar, Anthony Becker, Becki Becker, Dylan Bowling, Alexander Davis, Vincent Higginbotham, Randall Jimenez, Cameron Jones, Emery Layton, Danielle Milardo, Alexis Pierce, Jadon Prevost, Gloria Salazar–Morris, Carol Sherry, Trevor Sherry, Devon Spetter, Glenda Spetter, Wendy Stephenson, Geraldine Watson, Keith Watson, Jason Whitebread, Alyssa Willhite. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Grand, Jeffrey) (Entered: 04/10/2025) |
| 04/10/2025 | | Appeal Fee Paid electronically via Pay.gov: for 1570 Notice of Interlocutory Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC–30907056, paid on 4/9/2025..(nd) (Entered: 04/10/2025) |
| 04/10/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1570 Notice of Interlocutory Appeal,,..(nd) (Entered: 04/10/2025) |
| 04/10/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1570 Notice of Interlocutory Appeal,, filed by Wendy Stephenson, Trevor Sherry, Danielle Milardo, Anthony Becker, A.K., Geraldine |

| | | |
|---|---|---|
| | | Watson, Glenda Spetter, Vincent Higginbotham, Dylan Bowling, Alexis Pierce, Jadon Prevost, Cameron Jones, Alexander Davis, Rocio Aybar, Carol Sherry, Jason Whitebread, Keith Watson, Emery Layton, Becki Becker, Gloria Salazar–Morris, Alyssa Willhite, Randall Jimenez, Devon Spetter were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/10/2025) |
| 04/23/2025 | 1571 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 04/23/2025) |
| 04/23/2025 | 1572 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:25–cv–02221–DLC, 1:25–cv–02413–DLC.(Kohane, Nadine) (Entered: 04/23/2025) |
| 04/30/2025 | 1573 | LETTER addressed to Judge Denise L. Cote from Sarah E. Johnston dated April 30, 2025 re: Notice of Withdrawal of Attorney. Document filed by Johnson & Johnson Consumer Inc...(Johnston, Sarah) (Entered: 04/30/2025) |
| 04/30/2025 | 1574 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated April 30, 2025 re: Manufacturer Liaison Counsel. Document filed by Johnson & Johnson Consumer Inc...(Brennan, Jessica) (Entered: 04/30/2025) |
| 05/01/2025 | 1575 | MEMO ENDORSEMENT on re: 1573 Letter filed by Johnson & Johnson Consumer Inc. ENDORSEMENT: So Ordered. Attorney Sarah Johnston terminated. (Signed by Judge Denise L. Cote on 5/1/2025) (vfr) (Entered: 05/01/2025) |
| 05/01/2025 | 1576 | MEMO ENDORSEMENT on re: 1574 Letter filed by Johnson & Johnson Consumer Inc. ENDORSEMENT: Granted. Attorney Jessica L Brennan for CVS Health Corporation,Jessica L Brennan for Walgreens Boot Alliance, Inc., Jessica L Brennan for Walgreens Boots Alliance added. (Signed by Judge Denise L. Cote on 5/1/2025) (vfr) (Entered: 05/01/2025) |
| 05/08/2025 | 1577 | NOTICE OF APPEAL from 1568 Order,. Document filed by A.C., Amanda Capuano, Tatianna Diaz, Nicholas Falcone, Samantha Jo Faulkner, Jacob Foy, Joseph Manza, Connor Munyon, Devyn Perkins, Lucienne Rivera. Filing fee $ 605.00, receipt number ANYSDC–31050077. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Buchanan, David) (Entered: 05/08/2025) |
| 05/08/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1577 Notice of Appeal,..(nd) (Entered: 05/08/2025) |
| 05/08/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1577 Notice of Appeal, filed by Devyn Perkins, Lucienne Rivera, Samantha Jo Faulkner, Amanda Capuano, A.C., Nicholas Falcone, Jacob Foy, Tatianna Diaz, Connor Munyon, Joseph Manza were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/08/2025) |
| 05/13/2025 | 1578 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:25–cv–02982–DLC, 1:25–cv–02993–DLC, 1:25–cv–03004–DLC, 1:25–cv–03257–DLC.(Kohane, Nadine) (Entered: 05/13/2025) |
| 05/13/2025 | 1579 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:25–cv–03004–DLC.(Kohane, Nadine) (Entered: 05/13/2025) |
| 05/14/2025 | 1580 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 05/14/2025) |
| 05/14/2025 | 1581 | ORDER of USCA (Certified Copy) as to (8 in 1:25–cv–00433–DLC) Notice of Appeal filed by Alexis Pierce, (8 in 1:25–cv–00429–DLC) Notice of Appeal, filed by Danielle Milardo, Randall Jimenez, J. J., (8 in 1:25–cv–00431–DLC) Notice of Appeal filed by Emery Layton, (1570 in 1:22–md–03043–DLC) Notice of Interlocutory Appeal, filed by Wendy Stephenson, Trevor Sherry, Danielle Milardo, Anthony Becker, A.K., Geraldine Watson, Glenda Spetter, Vincent Higginbotham, Dylan Bowling, Alexis Pierce, Jadon Prevost, Cameron Jones, Alexander Davis, Rocio Aybar, Carol Sherry, Jason Whitebread, Keith Watson, Emery Layton, Becki |

|  |  | Becker, Gloria Salazar–Morris, Alyssa Willhite, Randall Jimenez, Devon Spetter, (9 in 1:25−cv−00424−DLC) Notice of Appeal filed by Alexander Davis, (8 in 1:25−cv−00426−DLC) Notice of Appeal filed by Vincent Higginbotham USCA Case Number 25−0917. Appellants move to hold this appeal in abeyance pending the Court's decision in Rutledge v. Walgreen Co., No. 24−916. IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 5/14/2025. Filed In Associated Cases: 1:22−md−03043−DLC et al. (tp) Modified on 5/14/2025 (tp). (Entered: 05/14/2025) |
|---|---|---|
| 05/22/2025 | 1582 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated May 22, 2025 re: Plaintiffs who Failed to File a Show Cause Response. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:22−md−03043−DLC et al..(Brennan, Jessica) (Entered: 05/22/2025) |
| 05/23/2025 | 1583 | ORDER: It is hereby ORDERED that judgment is entered for defendants in Member Cases 25cv1898, 25cv1904, 25cv1905, 25cvl906, 25cv1909, 25cv1914, 25cv2218, 25cv2219, 25cv2221, 25cv2407, and 25cv2413, and the cases are dismissed with prejudice. (Signed by Judge Denise L. Cote on 5/23/2025) (vfr) (Entered: 05/23/2025) |
| 06/03/2025 | 1584 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Brennan, Jessica) (Entered: 06/03/2025) |
| 06/03/2025 | 1585 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:25−cv−03846−DLC, 1:25−cv−03868−DLC.(Kohane, Nadine) (Entered: 06/03/2025) |
| 06/03/2025 | 1586 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:25−cv−03843−DLC, 1:25−cv−03846−DLC.(Kohane, Nadine) (Entered: 06/03/2025) |
| 06/10/2025 | 1587 | ORDER of USCA (Certified Copy) as to 1577 Notice of Appeal, filed by Devyn Perkins, Lucienne Rivera, Samantha Jo Faulkner, Amanda Capuano, A.C., Nicholas Falcone, Jacob Foy, Tatianna Diaz, Connor Munyon, Joseph Manza USCA Case Number 25−1231. Appellants move to hold this appeal in abeyance pending the Courts decision in Rutledge v. Walgreen Co., No. 24−0916. IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 6/10/2025..(tp) (Entered: 06/10/2025) |
| 06/18/2025 | 1588 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22−md−03043−DLC et al..(Brennan, Jessica) (Entered: 06/18/2025) |
| 06/18/2025 | 1589 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:22−cv−08782−DLC, 1:25−cv−03888−DLC, 1:25−cv−03902−DLC.(Kohane, Nadine) (Entered: 06/18/2025) |
| 06/18/2025 | 1590 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22−md−03043−DLC, 1:25−cv−03903−DLC.(Kohane, Nadine) (Entered: 06/18/2025) |
| 06/20/2025 | 1591 | MOTION for Mitchell Stern to Withdraw as Attorney . Document filed by 7−Eleven, Inc., Dollar Tree Inc., Dollar Tree Stores, Inc., Dollar Tree, Inc., Family Dollar Stores Inc., Family Dollar Stores, LLC, Family Dollar, Inc...(Stern, Mitchell) (Entered: 06/20/2025) |
| 06/20/2025 | 1592 | LETTER addressed to Judge Denise L. Cote from Jessica L. Brennan dated June 20, 2025 re: Failure to File Show Cause Responses. Document filed by Johnson & Johnson Consumer Inc.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:22−md−03043−DLC et al..(Brennan, Jessica) (Entered: 06/20/2025) |
| 06/20/2025 | 1593 | **FILING ERROR − WRONG FILER SELECTED −** FIRST NOTICE OF APPEAL from 1583 Order,. Document filed by CVS Health, Jacob Dewart, Pennie Dewart, Noaih Drake, Max Freeman, Fidel Harding, Robert Howard, Austin Moseley, Grace Roberts, J. S., S. J., T. A., Candace Taylor, Chase Thomas, Tia Torres, Kaleb Walters. Filing fee $ 605.00, receipt number ANYSDC−31264658. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Buchanan, David) |

| | | |
|---|---|---|
| | | Modified on 6/20/2025 (nd). (Entered: 06/20/2025) |
| 06/20/2025 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney David R. Buchanan to RE–FILE Document No. 1593 Notice of Appeal,,.. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the appeal. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd) (Entered: 06/20/2025) |
| 06/20/2025 | 1594 | NOTICE OF APPEAL from 1583 Order,. Document filed by Jacob Dewart, Pennie Dewart, Noaih Drake, Max Freeman, Fidel Harding, Robert Howard, Austin Moseley, Grace Roberts, Candace Taylor, Chase Thomas, Tia Torres, Kaleb Walters. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Buchanan, David) (Entered: 06/20/2025) |
| 06/20/2025 | 1595 | MEMO ENDORSEMENT granting (1591) Motion to Withdraw as Attorney in case 1:22–md–03043–DLC. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 6/20/2025) Filed In Associated Cases: 1:22–md–03043–DLC et al. (vfr) (Entered: 06/20/2025) |
| 06/23/2025 | | Appeal Fee Paid electronically via Pay.gov: for 1594 Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC–31264658, paid on 6/20/2025. (tp) (Entered: 06/23/2025) |
| 06/23/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1594 Notice of Appeal. (tp) (Entered: 06/23/2025) |
| 06/23/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1594 Notice of Appeal, filed by Austin Moseley, Pennie Dewart, Fidel Harding, Robert Howard, Candace Taylor, Grace Roberts, Tia Torres, Noaih Drake, Kaleb Walters, Max Freeman, Chase Thomas, Jacob Dewart were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/23/2025) |
| 06/24/2025 | 1596 | ORDER: It is hereby ORDERED that judgment is entered for defendants in Member Cases 25cv2982, 25cv2985, 25cv2991, 25cv2993, 25cv3004, 25cv3006, 25cv3010, 25cv3255, 23cv3257, 25cv3838, 25cv3843, 25cv3846, 25cv3849, 25cv3852, 25cv3859, 25cv3861, 25cv3864, 25cv3868, and 25cv3876, and the cases are dismissed with prejudice. (Signed by Judge Denise L. Cote on 6/24/2025) (vfr) (Main Document 1596 replaced on 6/24/2025) (vfr). Modified on 6/24/2025 (vfr). (Entered: 06/24/2025) |
| 06/24/2025 | 1597 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION for Kristi Weiler Dean to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–31282508. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by The Kroger Co., The Kroger, Co.. (Attachments: # 1 Exhibit A to Declaration of Kristi W. Dean In Support of Motion for Pro Hac Vice, # 2 Proposed Order Re Motion for Pro Hac Vice – Kristi W. Dean)Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–09626–DLC.(Dean, Kristi) Modified on 6/25/2025 (rju). (Entered: 06/24/2025) |
| 06/25/2025 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. (1597 in 1:22–md–03043–DLC) MOTION for Kristi Weiler Dean to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC–31282508. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:23–cv–09626–DLC(rju) (Entered: 06/25/2025) |
| 07/16/2025 | 1598 | NOTICE OF APPEARANCE by Jessica L Brennan on behalf of Johnson & Johnson Consumer Inc.. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Brennan, Jessica) (Entered: 07/16/2025) |

| 07/16/2025 | 1599 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of CVS Pharmacy, Inc.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:25–cv–04558–DLC, 1:25–cv–04899–DLC, 1:25–cv–04901–DLC.(Kohane, Nadine) (Entered: 07/16/2025) |
|---|---|---|
| 07/16/2025 | 1600 | NOTICE OF APPEARANCE by Nadine S. Kohane on behalf of Walgreen Co.. Filed In Associated Cases: 1:22–md–03043–DLC, 1:25–cv–04338–DLC, 1:25–cv–04558–DLC.(Kohane, Nadine) (Entered: 07/16/2025) |
| 07/21/2025 | 1601 | NOTICE OF APPEAL from (10 in 1:25–cv–03004–DLC) Judgment, (8 in 1:25–cv–03876–DLC) Judgment, (9 in 1:25–cv–02982–DLC) Judgment,, (8 in 1:25–cv–03255–DLC) Judgment, (9 in 1:25–cv–03868–DLC) Judgment, (8 in 1:25–cv–03838–DLC) Judgment, (8 in 1:25–cv–03864–DLC) Judgment, (8 in 1:25–cv–03010–DLC) Judgment, (1596 in 1:22–md–03043–DLC) Order, (8 in 1:25–cv–02991–DLC) Judgment, (8 in 1:25–cv–03861–DLC) Judgment, (9 in 1:25–cv–02993–DLC) Judgment, (8 in 1:25–cv–02985–DLC) Judgment, (9 in 1:25–cv–03257–DLC) Judgment, (8 in 1:25–cv–03849–DLC) Judgment, (9 in 1:25–cv–03843–DLC) Judgment, (8 in 1:25–cv–03852–DLC) Judgment, (8 in 1:25–cv–03859–DLC) Judgment, (10 in 1:25–cv–03846–DLC) Judgment, (8 in 1:25–cv–03006–DLC) Judgment,. Document filed by Zachary Amro, Frank Chavez, Kylie Chesley, William Dewart, E. F., J. F., F. J., Gina Fortugno, Alicia Franklin, Shalaya Frazier–Holmes, Genyce Galvan, A. H., Cody Hartman, B. K., K.B., Rebecca Knox, Kristen Kurtz, M. M., Xzavier Macon, Rohit Medishetty, Thamires Muniz, Levi Putnam, Anthony Reed, M S, J. S., T. S., Martha Sanchez, Gol Shell, Holly Squires, Evan Urban. Filing fee $ 605.00, receipt number NYSDC–31411413. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:22–md–03043–DLC et al..(Grand, Jeffrey) Modified on 7/22/2025 (nd). (Entered: 07/21/2025) |
| 07/22/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (9 in 1:25–cv–03864–DLC, 9 in 1:25–cv–03838–DLC, 9 in 1:25–cv–02985–DLC, 9 in 1:25–cv–03010–DLC, 10 in 1:25–cv–03257–DLC, 11 in 1:25–cv–03846–DLC, 10 in 1:25–cv–02982–DLC, 10 in 1:25–cv–03843–DLC, 9 in 1:25–cv–03006–DLC, 9 in 1:25–cv–03852–DLC, 10 in 1:25–cv–03868–DLC, 9 in 1:25–cv–03876–DLC, 9 in 1:25–cv–03255–DLC, 9 in 1:25–cv–03859–DLC, 9 in 1:25–cv–03861–DLC, 11 in 1:25–cv–03004–DLC, 9 in 1:25–cv–03849–DLC, 9 in 1:25–cv–02991–DLC, 1601 in 1:22–md–03043–DLC, 10 in 1:25–cv–02993–DLC) Notice of Appeal. Filed In Associated Cases: 1:22–md–03043–DLC et al..(nd) (Entered: 07/22/2025) |
| 07/22/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (9 in 1:25–cv–03864–DLC, 9 in 1:25–cv–03838–DLC, 9 in 1:25–cv–02985–DLC, 9 in 1:25–cv–03010–DLC, 10 in 1:25–cv–03257–DLC, 11 in 1:25–cv–03846–DLC, 10 in 1:25–cv–02982–DLC, 10 in 1:25–cv–03843–DLC, 9 in 1:25–cv–03006–DLC, 9 in 1:25–cv–03852–DLC, 10 in 1:25–cv–03868–DLC, 9 in 1:25–cv–03876–DLC, 9 in 1:25–cv–03255–DLC, 9 in 1:25–cv–03859–DLC, 9 in 1:25–cv–03861–DLC, 11 in 1:25–cv–03004–DLC, 9 in 1:25–cv–03849–DLC, 9 in 1:25–cv–02991–DLC, 1601 in 1:22–md–03043–DLC, 10 in 1:25–cv–02993–DLC) Notice of Appeal,,,,, filed by F. J., Xzavier Macon, Martha Sanchez, Anthony Reed, Zachary Amro, M S, T. S., J. F., Rohit Medishetty, Thamires Muniz, B. K., K.B., Kylie Chesley, Gol Shell, Shalaya Frazier–Holmes, Gina Fortugno, Rebecca Knox, Genyce Galvan, Frank Chavez, Cody Hartman, Evan Urban, Kristen Kurtz, Holly Squires, A. H., E. F., William Dewart, Levi Putnam, M. M., J. S., Alicia Franklin were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:22–md–03043–DLC et al..(nd) (Entered: 07/22/2025) |