UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1820

**Caption [use short title]**

**Motion for:** To Recall Mandate and To Re-Instate the Appeal

Amro, et al. v. Johnson & Johnson Consumer

**Set forth below precise, complete statement of relief sought:**

Plaintiff- Appellants respectfully move to have court mandate issued on 9/19/2025 Re: this appeal (25-1820) recalled, and further requests to re-instate this appeal. Plaintiffs did not receive notification of docketing of this appeal and therefore inadvertently failed to file notice of appearance, Form C and Form D which are attached here as Exhibits, and filed on the Docket simultaneously.

**MOVING PARTY:** Plaintiffs     **OPPOSING PARTY:** Defendants

☒ Plaintiff     ☐ Defendant
☐ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** David R. Buchanan     **OPPOSING ATTORNEY:** Jay P. Lefkowitz

[name of attorney, with firm, address, phone number and e-mail]

Seeger Weiss LLP, 55 Challenger Road, 6th Floor     Kirfkland & Ellis, LLP, 601 Lexington Avenue
Ridgefield Park, NJ 07660; 973-639-9100     New York, NY 10022; 212-446-4800
dbuchanan@seegerweiss.com     lefknowitz@kirkland.com

**Court- Judge/ Agency appealed from:** Southern District of New York / Hon. Judge Cote

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is the oral argument on motion requested?  ☒ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
David Buchanan  *Digitally signed by David Buchanan Date: 2025.09.23 12:13:19 -04'00'*  **Date:** 9/25/2025  Service: ☐ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)