# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE** | **DISTRICT** | **DOCKET NUMBER** |
| | **JUDGE** | **APPELLANT** |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT** |

**Check the applicable provision:**

☐ I am ordering a transcript.

☐ I am not ordering a transcript.

    **Reason for not ordering a transcript:**

    ☐ Copy is already available

    ☐ No transcribed proceedings

    ☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**     ☐ Funds     ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ David R. Buchanan | |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017

# CIVIL APPEAL TRANSCRIPT INFORAMTION (FORM D) ATTACHMENT

## Short Title: Zachary Amro v. Johnson & Johnson Consumer Inc.
## Docket No.: 25-1820

**Plaintiff-Appellants:**

Zachary Amro

William Dewart

Thamires Muniz & M.M.

Shalaya Frazier-Holmes & A.H.

Xzavier Macon

Levi Putnam

Gol Shell & T.S.

Holly Squires & M.S.

Rohit Medishetty

Alicia Franklin

Rebecca Knox & Anthony Reed

Kristen Kurtz & B.K

Cody Hartman

Gina Fortugno & E.F.

Evan Urban

Frank Chavez

Martha Sanchez & J.S.

Genyce Galvan & J.F., and

Kylie Chesley