UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1820

**Caption [use short title]**

**Motion for:** Reconsideration

Amro, et al. v. Johnson & Johnson Consumer Inc., et al., (22-md-3043-DLC)

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellants respectfully move for Reconsideration of order, dated 10-17-2025- denying motion to recall mandate and reinstating appeal (25-1820).

**MOVING PARTY:** Plaintiffs-Appellants  **OPPOSING PARTY:** Defendants-Appellees

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** David R. Buchanan  **OPPOSING ATTORNEY:** Jay P. Lefkowitz

[name of attorney, with firm, address, phone number and e-mail]

Seeger Weiss LLP, 55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
dbuchanan@seegerweiss.com

Kirkland & Ellis LLP, 601 Lexington Avenue
New York, NY 10022; 212-446-4800
jlefkowitz@kirkland.com

**Court- Judge/ Agency appealed from:** Southern District of New York/Hon. Judge Cote

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is the oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: _____

/s/David Buchanan   **Date:** 10/29/2025   **Service:** ☐ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Zachary Amro *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> Johnson & Johnson Consumer Inc. *et. al.*, <br><br> Defendants-Appellees. | Appeal No. 25-1820 |

## PLAINTIFFS-APPELLANTS' MOTION FOR RECONSIDERATION

Plaintiffs-Appellants (hereafter "Plaintiffs") in the above-captioned appeal respectfully move for reconsideration of the Court's October 17, 2025 Denial of Plaintiffs' Motion to Recall the Court's Mandate of September 19, 2025 and to Reinstate Plaintiffs' Appeal [ECF 31; see also ECF 37 and 20]. As set forth in the attached October 28, 2025 Declaration of David R. Buchanan, Plaintiffs' failure to timely correct the deficiencies in their initial appeal were the result of attorney and office error, and Defendants have withdrawn their objection to reinstatement of Plaintiffs' appeal, and do not oppose the requested relief.

Dated: October 29, 2025

Respectfully submitted,

s/ David R. Buchanan
DAVID R. BUCHANAN
SEEGER WEISS LLP

55 Challenger Rd., 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
Email: dbuchanan@seegerweiss.com
*Attorneys for Plaintiffs-Appellants*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Zachary Amro *et al*., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> Johnson & Johnson Consumer Inc. *et. al*., <br><br> Defendants-Appellees. | Appeal No. 25-1820 |

**DECLARATION OF DAVID R. BUCHANAN IN SUPPORT OF PLAINTIFFS-APPELLANTS' MOTION FOR RECONSIDERATION**

DAVID. R. BUCHANAN declares the following pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm of Seeger Weiss LLP and am admitted to practice in the States of New York and New Jersey and am also admitted to the Bar of this Court. I am counsel of record for Plaintiffs-Appellants ("Plaintiffs") in the above-captioned appeals. I have personal knowledge of the matters set forth herein based on my role in this matter and further review of the case file herein.

2. I make this Declaration in support of Plaintiffs Motion for Reconsideration of the Court's October 17, 2025 Denial of Plaintiffs' Motion to Recall the Court's Mandate of September 19, 2025 and to Reinstate Plaintiffs'

Appeal [ECF 31; see also ECF 37 and 20]. As explained herein, Plaintiffs' failure to timely correct the deficiencies in their initial appeal were the result of attorney and office error, and Defendants have withdrawn their objection to reinstatement of Plaintiffs' appeal.

3. On July 21, 2025, Plaintiffs filed a Notice of Civil Appeal [ECF 1] of the dismissal of their cases that had been filed in the Southern District of New York in connection with the multidistrict litigation captioned *In re Acetaminophen—ASD-ADHD Products Liability Litigation*, No. 22-md-3043.

4. Plaintiffs intended to request that the appeal be held in abeyance of the appeal in *Rutledge v. Walgreen Co.*, No. 24-916 ("*Rutledge*"). Plaintiffs' appeal and *Rutledge* arise out of the district court's December 18, 2023 Decision excluding, under Federal Rule of Evidence ("FRE") 702, all of the expert opinions that the plaintiffs in the *Acetaminophen* MDL had proffered concerning general causation. *In re Acetaminophen—ASD-ADHD Prods. Liab. Litig.*, 707 F. Supp. 3d 309, 333-72 (S.D.N.Y. 2023) (ECF No. 1381 in No. 22-md-3043). Based on that ruling, the district court granted Defendants' motion for summary judgment, on the basis that the plaintiffs could not present any evidence of causation based on that court's FRE 702 ruling, and entered final judgment dismissing the cases. *See* No. 22-md-3043 (S.D.N.Y.) [ECF Nos. 1409, 1503].

5. *Rutledge* is the lead appeal challenging the district court's decision, and

it has been fully briefed. Oral argument in *Rutledge* is currently scheduled for November 17, 2025.

6. Plaintiffs' appeal was docketed on July 25, 2025 [ECF 6]. Regrettably, the attorney charged with managing this appeal for the firm failed to timely submit the required Acknowledgment and Notice of Appearance, as well as Forms C and D. Nor did he instruct the paralegal assigned to this case to monitor the docket accordingly. Thus, the Court's subsequent Orders warning that the appeal would be dismissed unless these deficiencies were cured, [ECF 9 and 10], were not timely docketed internally.

7. The Court ultimately entered an Order dismissing Plaintiffs' appeal on September 5, 2025 and a mandate was issued on September 19, 2025 [ECF 18 and 20].

8. On October 1, 2025, Plaintiffs filed a motion to recall the Court's mandate and reinstate the appeal [ECF 31]. This submission included the required Acknowledgment and Notice of Appearance, Form C, and Form D [ECF 22, 24, and 30].

9. On October 13, 2025, Defendants filed their opposition to Plaintiffs' motion. After conferring with Defendants and explaining the underlying circumstances, Defendants agreed to withdraw their opposition.

10. On October 17, 2025, the Court issued an Order denying our motion to

recall the mandate and reinstate the appeal [ECF 37].

11. This Order appears to have been entered, prior to Defendants withdrawal of their opposition, which also occurred on October 17, 2025 [ECF 38].

12. As stated above, the attorney charged with managing this appeal, who is no longer with the Firm, failed to follow firm protocols with respect to docketing and calendaring of matters. To insure there is no recurrence of such an incident, we have taken steps to create further redundancies in our protocols for docket monitoring.

13. In order to preserve the appeals of Plaintiffs, we respectfully request that the Court reconsider its denial of Plaintiffs' underlying motion and reinstate the appeal.

14. Counsel for Plaintiffs has contacted counsel for Defendants-Appellees concerning the relief requested herein. Counsel for Defendants-Appellees have advised that they do not oppose this motion.

15. Under penalty of perjury, I declare the foregoing to be true and correct. Executed this 29th day of October, 2025

                                                 *s/ David R. Buchanan*
                                                 DAVID R. BUCHANAN

## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of October, 2025, I served the foregoing Motion and Declaration on all counsel of record in these appeals through the Court's CM/ECF system.

                                                  *s/ David R. Buchanan*
                                                  DAVID R. BUCHANAN