# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand twenty-five.

Before:     Debra Ann Livingston,
               *Chief Judge.*

_____

In Re: Acetaminophen – ASD-ADHD Products Liability Litigation

********************************

Zachary Amro, et al.,

       Plaintiffs - Appellants,

  v.

Johnson & Johnson Consumer Inc., Walgreen Co., CVS Pharmacy, Inc, Walmart Inc., The Kroger Co.,

       Defendants - Appellees.

_____

**ORDER**

Docket No. 25-1820

    Appellants move the Court to hold this appeal in abeyance pending the Court's disposition of the appeal in No. 24-916. Appellees do not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

